# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ) | |
| PROMISE HEALTHCARE GROUP, LLC *et al.*, ) | Case No. 18-12491 (CGT) |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| SUCCESS HEALTHCARE 1, LLC and ) | |
| PROMISE HEALTHCARE, INC., ) | Adv. No. 20-50769 (CGT) |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| SURGICAL PROGRAM DEVELOPMENT, LLC ) | |
| and BRENDAN BAKIR, individually, ) | |
| ) | |
| Defendants. ) | |

## PARTIES' JOINT REPORT REGARDING RULE 26(f) CONFERENCE

NOW COME Success Healthcare 1, LLC ("Success"), Promise Healthcare, Inc., Surgical Program Development, LLC ("SPD") and Brendan Bakir (collectively the "Parties") and file this Joint Report Regarding Rule 26(f) Conference, as follows:

1.    The Parties have conferred regarding discovery issues and scheduling as required by Federal Rule of Civil Procedure 26(f), made applicable hereto by Bankruptcy Rule 7026(f).

2.    The Parties were able to agree on certain of the deadlines, but the Parties have not been able to reach an agreement on several of the deadlines, as noted in in the proposed dates as set forth below.

| EVENT | PLAINTIFFS' DATE | DEFENDANTS' DATE |
|---|---|---|
| Amendment of pleadings | 30 days from entry of Scheduling Order | Agreed |
| Initial Disclosures | 30 days from entry of Scheduling Order | Agreed |
| Designation of Experts by part of the burden of proof | 105 days from entry of Scheduling Order | 9 months |
| Responsive expert Designations | 135 days from entry of Scheduling Order | 10 months |
| Discovery cutoff | 165 days from entry of Scheduling Order | 12 months |
| Dispositive motions | 180 days from entry of Scheduling Order | 13 months |
| Pretrial conference | TBD/December 2021 - January 2022 | Fall 2022 |

3.  The Parties do not believe it is necessary to alter the standard discovery rules under Rule 26.

4.  <u>Plaintiffs' Position</u>: Plaintiffs do not believe that this is a case that should take 1.5 years to proceed to trial, as suggested by Defendants. Moreover, given the size of the claims asserted by the Defendants in these cases[1], the delay in resolving this adversary proceeding would result in a delay in distributions to other creditors, as a reserve to accommodate Defendants' claims would result in no meaningful distributions to other creditors, and will delay the prompt administration of the Trust. Plaintiffs reserve the right to seek an estimation of Defendants' claims pursuant to 11 U.S.C. §502(c) if necessary to avoid undue delay.

---

[1] Defendants have filed two proofs of claim in the cases, one in the *Promise Healthcare, LLC* case and one in the *Success Healthcare 1, LLC* case, for $45,900,000 million in each case.

5. Moreover, Defendants previously filed a Motion for Abstention due to the state court lawsuit, which the Defendants had filed in California. Some written discovery had already occurred in that suit, including production of documents. Defendants' counsel has also stated that Defendants have obtained an expert report on damages. Having filed proofs of claim in these cases, Defendants should be both willing to, and in a position to, move promptly to have their claims adjudicated, as well as to have the claim asserted by the Plaintiffs against SPD promptly litigated.

6. <u>Defendants' position</u>: This is a business litigation case with competing contract and business tort claims commenced in California state court in August 2017 by SPD against Plaintiffs as well as individuals who are not parties to the litigation in this Court. Defendants are not aware that any production of documents occurred in that case; in any event, Plaintiffs' counsel has made it clear that "I don't know what document production occurred in California, but the discovery here will be separate." Defendants anticipate that written discovery in this case will take time because, according to Plaintiffs' counsel, responsive documents to Defendants' requests may be in the possession of the buyer of the hospital rather than Plaintiffs. Aside from document production, fact discovery will require access to several third-party witnesses located across the country since the agreed course of performance between SPD and Success deviated from the terms of the underlying contract. Accordingly, the 75 days for fact discovery proposed by Plaintiffs is not even close to feasible for this case.

7. Plaintiffs' argument that SPD's two proofs of claim will potentially delay distributions to creditors is overstated. The Liquidating Trustee objected to one of SPD's two claims as duplicative in the First Omnibus Objection to Claims on March 8, 2021. SPD disputed the objection, but acknowledged that SPD can receive only one recovery on its damages under

the confirmed plan in these cases. Defendants have no intention of drawing out this litigation; they too seek a resolution without delay, but simply request sufficient time to conduct necessary discovery.

WHEREFORE, the Parties submit this joint statement to the Court, and request that the Court either set this matter for a status conference or issue an appropriate Scheduling Order as soon as possible.

Dated: June 18, 2021
Wilmington, Delaware

DLA PIPER LLP (US)

/s/ *Stuart M. Brown*
Stuart M. Brown (#4050)
Matthew S. Sarna (#6578)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: Stuart.Brown@dlapiper.com
      Matthew.Sarna@dlapiper.com

-and-

WALLER LANSDEN DORTCH & DAVIS, LLP
Mark C. Taylor (admitted *pro hac vice*)
100 Congress Avenue, Suite 1800
Austin, TX 78701
Telephone: (512) 685-6400
Facsimile: (512) 685-6417
Email: Mark.Taylor@wallerlaw.com

-and-

WALLER LANSDEN DORTCH & DAVIS, LLP
John Tishler (admitted *pro hac vice*)
Tyler N. Layne (admitted *pro hac vice*)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: John.Tishler@wallerlaw.com
      Tyler.Layne@wallerlaw.com

*Attorneys for the Plaintiffs*

MACAULEY LLC

/s/ *Thomas G. Macauley*
Thomas G. Macauley (No. 3411)
300 Delaware Avenue, Suite 1018
Wilmington, DE 19801
(302) 656-0100

*Attorneys for Defendants Surgical Program Development, LLC and Brendan Bakir*