# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| PROMISE HEALTHCARE GROUP, LLC *et al.*, | ) | Case No. 18-12491 (CTG) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| SUCCESS HEALTHCARE 1, LLC and | ) | |
| PROMISE HEALTHCARE, INC., | ) | Adv. No. 20-50769 (CTG) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SURGICAL PROGRAM DEVELOPMENT, LLC | ) | |
| and BRENDAN BAKIR, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE OF INITIAL DISCLOSURES

PLEASE TAKE NOTICE that, on July 29, 2021, a copy of Defendants' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) was served by electronic mail on:

| | |
|---|---|
| Stuart M. Brown, Esquire | Mark C. Taylor |
| Matthew S. Sarna, Esquire | Waller Lansden Dortch & Davis, LLP |
| DLA Piper LLP (US) | 100 Congress Ave., Suite 1800 |
| 1201 N. Market Street, Suite 2100 | Austin, TX 78701 |
| Wilmington, DE 19801 | |

Dated: July 29, 2021                MACAULEY LLC

                                                                     */s/ Thomas G. Macauley*
                                                                      Thomas G. Macauley (No. 3411)
                                                                       300 Delaware Ave., Suite 1018
                                                                       Wilmington, DE 19801
                                                                       (302) 656-0100

                                                                       Attorneys for Defendants