## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br> PROMISE HEALTHCARE GROUP, LLC, et al., <br><br>                 Debtors. | Case No. 18-12491 (CTG) <br> Chapter 11 |
| SUCCESS HEALTHCARE 1, LLC and PROMISE HEALTHCARE, INC., <br><br>             Plaintiff, <br> v. <br><br> SURGICAL PROGRAM DEVELOPMENT, LLC and BRENDAN BAKIR, individually, <br><br>             Defendants. | Adv. Proc. No. 20-50769 CTG |

### MEDIATOR'S STATUS REPORT

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the parties engaged in mediation on October 21, 2021. The Mediator will be attempting to schedule a subsequent round of mediation within the next 60 days.

Dated:   December 29, 2021

Gellert Scali Busenkell & Brown, LLC

*/s/ Charles J. Brown, III*
Charles J. Brown, III (#3368)
1201 N. Orange Street, 3rd Floor
Wilmington, DE   19801
Phone:   302-425-5813
Fax:   302-425-5814
cbrown@gsbblaw.com