# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| PROMISE HEALTHCARE GROUP, LLC *et al.*, | ) | Case No. 18-12491 (CTG) |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| SUCCESS HEALTHCARE 1, LLC and | ) | |
| PROMISE HEALTHCARE, INC., | ) | Adv. No. 20-50769 (CTG) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SURGICAL PROGRAM DEVELOPMENT, LLC | ) | |
| and BRENDAN BAKIR, individually, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## NOTICE OF SERVICE OF EXPERT DISCLOSURE

PLEASE TAKE NOTICE that, on January 21, 2022, I served Defendants' Expert Disclosure Pursuant to Fed. R. Civ. P. 26(a)(2) by electronic mail on:

| | |
|---|---|
| Stuart M. Brown, Esquire | Mark C. Taylor |
| DLA Piper LLP (US) | Waller Lansden Dortch & Davis, LLP |
| 1201 N. Market Street, Suite 2100 | 100 Congress Ave., Suite 1800 |
| Wilmington, DE 19801 | Austin, TX 78701 |

Dated: January 21, 2022

                                          MACAULEY LLC

                                          */s/ Thomas G. Macauley*
                                          Thomas G. Macauley (No. 3411)
                                          300 Delaware Ave., Suite 1018
                                          Wilmington, DE 19801
                                          (302) 656-0100

                                          Attorneys for Defendants