# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| PROMISE HEALTHCARE GROUP, LLC *et al.*, | ) Case No. 18-12491 (CGT) |
| | ) |
| Debtors. | ) |
| | ) |
| SUCCESS HEALTHCARE 1, LLC and | ) |
| PROMISE HEALTHCARE, INC., | ) Adv. No. 20-50769 (CGT) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| SURGICAL PROGRAM DEVELOPMENT, LLC | ) |
| and BRENDAN BAKIR, individually, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR *ZOOM* HEARING ON MAY 18, 2022 AT 10:00 A.M. (ET)

### THIS HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.

**STATUS CONFERENCE:**

1. Success Healthcare 1, LLC and Promise Healthcare, Inc. vs. Surgical Program Development, LLC and Brendan Bakir, individually [Adversary Proceeding No. 20-50769 (CGT)]

   **Response Deadline:** N/A

   **Related Documents:**

   A. Plaintiffs' Complaint and Incorporated Objection to Proof of Claim Filed by Surgical Program Development, LLC Relations [D.I. 1; Filed 7/27/20].

   B. Motion to Dismiss Count 1 and 2 and for Permissive Abstention [D.I. 8; Filed 11/9/20].

C.     Opening Brief in Support of Motion to Dismiss and for Permissive Abstention [D.I. 9; Filed 11/9/20].

D.     Plaintiffs' Brief in Opposition to Defendants' Motion to Dismiss Counts 1 and 2 of Complaint and for Permissive Abstention [D.I. 11; Filed 11/30/20].

E.     Reply Brief in Support of Motion to Dismiss and for Permissive Abstention [D.I. 13; Filed 12/7/20].

F.     Order Denying Motion to Dismiss Count 1 and 2 and for Permissive Abstention [D.I. 17; Filed 3/23/21].

G.     Answer to Complaint [D.I. 18; Filed 4/9/21].

H.     Parties' Joint Report Regarding Rule 26(f) Conference [D.I. 20; Filed 6/18/21].

I.     Notice of Status Conference [D.I. 21; Filed 6/22/21].

J.     Scheduling Order [D.I. 26; Filed 6/29/21].

K.     Order Assigning Adversary Proceeding to Mediation, Appointing Mediator, and Setting Mediation Deadlines and Trial Date [D.I. 30; Filed 8/17/21].

L.     Plaintiffs' Rule 26 Expert Designation [D.I. 37; Filed 12/10/21].

M.     Mediation Status Report [D.I. 40; Filed 12/29/21].

**Responses Received:** **N/A**

**Status:** The parties have agreed to adjourn the hearing on this matter while they discuss a new briefing/discovery schedule.

Dated: May 16, 2022                    **DLA PIPER LLP (US)**
Wilmington, Delaware

                                       /s/ *Stuart M. Brown*
                                       Stuart M. Brown (#4050)
                                       Matthew S. Sarna (#6578)
                                       1201 N. Market Street, Suite 2100
                                       Wilmington, DE 19801
                                       Telephone: (302) 468-5700
                                       Facsimile: (302) 394-2341
                                       Email: stuart.brown@us.dlapiper.com
                                                      matthew.sarna@us.dlapiper.com

                                       -and-

WALLER LANSDEN DORTCH & DAVIS, LLP
John Tishler (admitted *pro hac vice*)
Katie G. Stenberg (admitted *pro hac vice*)
Blake D. Roth (admitted *pro hac vice*)
Tyler N. Layne (admitted *pro hac vice*)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: John.Tishler@wallerlaw.com
       Katie.Stenberg@wallerlaw.com
       Blake.Roth@wallerlaw.com
       Tyler.Layne@wallerlaw.com

*Attorneys for the Liquidating Trustee Robert Michaelson*

-and-

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: jpomerantz@pszjlaw.com
      bsandler@pszjlaw.com
      crobinson@pszjlaw.com

-and-

EAST\191213792.3

SILLS CUMMIS & GROSS P.C.
Andrew H. Sherman, Esq.
Boris I. Mankovetskiy, Esq.
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
Email: asherman@sillscummis.com
   bmankovetskiy@sillscummis.com

*Counsel to the Liquidating Trustee*