IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------- x
                                   :
In re:                             : Chapter 11
                                   :
PROMISE HEALTHCARE GROUP, LLC,     : Case No. 18-12491 (CTG)
*et al.*,[1]                       :
                                   : (Jointly Administered)
            Debtors.               :
                                   x
---------------------------------- 

---------------------------------- 
SUCCESS HEALTHCARE 1, LLC and
PROMISE HEALTHCARE, INC.,

            Plaintiffs,            | Adv. No. 20-50769 (CTG)

    v.

SURGICAL PROGRAM DEVELOPMENT, LLC
and BRENDAN BAKIR, individually,

            Defendants.
---------------------------------- 

## AFFIDAVIT OF SERVICE

I, Moheen Ahmad, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"),[2] the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, 50 California Street, Suite 1900, San Francisco, CA 94111.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

On May 16, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via Overnight Mail, Email, and Facsimile on the Adversary Service List attached hereto as **Exhibit A**:

- (HEARING CANCELLED) Notice of Agenda of Matters Scheduled for Zoom Hearing on May 18, 2022 at 10:00 a.m. (ET) [Docket No. 47]

Dated: May 25, 2022

*/s/ Moheen Ahmad*
Moheen Ahmad

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 25, 2022, by Moheen Ahmad, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

Exhibit A
Adversary Service List
Served via Overnight Mail, Email, and Facsimile

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | FAX |
|---|---|---|---|---|---|---|---|---|---|
| Surgical Program Development, LLC | Gellert Scali Busenkell & Brown LLC | Attn: Charles J. Brown, III | 1201 N. Orange Street | Suite 300 | Wilmington | DE | 19801 | cbrown@gsbblaw.com | 302-425-5814 |
| Surgical Program Development, LLC | Macauley LLC | Attn: Thomas G. Macauley | 300 Delaware Avenue | Suite 1018 | Wilmington | DE | 19801 | bk@macdelaw.com | 302-654-4362 |