# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROMISE HEALTHCARE GROUP, LLC *et al.*, | Case No. 18-12491 (CTG) |
| Debtors. | |
| SUCCESS HEALTHCARE 1, LLC and PROMISE HEALTHCARE, INC., | Adv. No. 20-50769 (CTG) |
| Plaintiffs, | |
| v. | |
| SURGICAL PROGRAM DEVELOPMENT, LLC and BRENDAN BAKIR, individually, | |
| Defendants. | Re: D.I. No. 60 |

## CERTIFICATION OF COUNSEL REGARDING
## STIPULATION EXTENDING PRETRIAL DEADLINES

I, Stuart M. Brown, an attorney with DLA Piper LLP (US), as co-counsel to the Plaintiffs in the above-captioned adversary case, hereby certify the following:

1. Robert Michaelson of Advisory Group, LLC, solely in his capacity as liquidating trustee of the Promise Healthcare Group Liquidating Trust, in place of Success Healthcare 1, LLC and Promise Healthcare, Inc., and Defendants Brendan Bakir, individually and Surgical Program Development, LLC had previously agreed to pause discovery-related activity in the above-captioned adversary proceeding in order to participate in a second mediation, which was held on January 16, 2023.

2. The parties were ultimately unsuccessful in resolving this matter through the second mediation. However, the Parties intend to continue discussions. Accordingly, the parties have

-1-

entered into the *Stipulation Extending Pretrial Deadlines* [Adv. D.I. 60] (the "Stipulation"), through which, among other things, the parties have agreed to extend certain dates and deadlines.

**WHEREFORE**, the parties respectfully request that the Court enter the Stipulation, at the earliest convenience of the Court.

Dated: February 27, 2023
       Wilmington, Delaware

**DLA PIPER LLP (US)**

/s/ *Stuart M. Brown*
Stuart M. Brown (#4050)
Matthew S. Sarna (#6578)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@us.dlapiper.com
      matthew.sarna@us.dlapiper.com

*Attorneys for the Plaintiffs*

EAST\201023056.2