# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROMISE HEALTHCARE GROUP, LLC *et al.*, | Case No. 18-12491 (CTG) |
| Debtors. | |
| SUCCESS HEALTHCARE 1, LLC and PROMISE HEALTHCARE, INC., | Adv. No. 20-50769 (CTG) |
| Plaintiffs, | **Re: D.I. 60** |
| v. | |
| SURGICAL PROGRAM DEVELOPMENT, LLC and BRENDAN BAKIR, individually, | |
| Defendants. | |

## STIPULATION EXTENDING PRETRIAL DEADLINES

Robert Michaelson of Advisory Group, LLC, solely in his capacity as liquidating trustee of the Promise Healthcare Group Liquidating Trust ("Plaintiff"), in place of Success Healthcare 1, LLC ("Success") and Promise Healthcare, Inc. ("Promise") and Defendants Brendan Bakir, Individually and Surgical Program Development, LLC ("Defendants") submit this Stipulation Extending Pretrial Deadlines, as follows:

1. The parties have attempted to move forward with discovery and other items in the case, but certain items have been delayed. Additionally, the parties paused activity in the case in order to participate in a second mediation, which was held on January 16, 2023.

2. The parties were ultimately unsuccessful in resolving this matter through the second mediation. However, the parties intend to continue discussions. Accordingly, the parties stipulate and agree to the new following deadlines, as follows:

a. Completion of discovery. May 31, 2023.

b. Dispositive motion deadline. June 30, 2023.

c. Docket call. August 15, 2023.

Dated: February 15, 2023.

| | |
|---|---|
| DLA PIPER LLP (US) | MACAULEY LLC |
| /s/ *Stuart M. Brown* | /s/ *Thomas G. Macauley* |
| Stuart M. Brown (No. 4050) | Thomas G. Macauley (No. 3411) |
| Matthew S. Sarna (No. 6578) | 300 Delaware Avenue, Suite 1018 |
| 1201 N. Market St., Suite 2100 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 656-0100 |
| (302) 468-5700 | |
| | *Attorneys for Defendants* |

-and-

WALLER LANSDEN DORTCH & DAVIS, LLP
Mark C. Taylor
100 Congress Ave., Suite 1800
Austin, TX 78701
(512) 685-6400
(512) 685-6418
Mark.taylor@wallerlaw.com

Tyler N. Layne (admitted pro hac vice)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Tyler.Layne@wallerlaw.com

*Attorneys for Plaintiffs*

SO ORDERED

**Dated: February 27th, 2023**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

EAST\200807150.1