# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> PROMISE HEALTHCARE GROUP, LLC *et al.*, ) <br> ) <br> Debtors. ) <br> _____ ) <br> ) <br> SUCCESS HEALTHCARE 1, LLC and ) <br> PROMISE HEALTHCARE, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SURGICAL PROGRAM DEVELOPMENT, LLC ) <br> and BRENDAN BAKIR, individually, ) <br> ) <br> Defendants. ) <br> _____ ) | Chapter 11 <br><br> Case No. 18-12491 (CTG) <br><br><br><br><br><br> Adv. No. 20-50769 (CTG) |

## STIPULATION AND PROPOSED ORDER EXTENDING PRETRIAL DEADLINES

Robert Michaelson of Advisory Group, LLC, solely in his capacity as liquidating trustee of the Promise Healthcare Group Liquidating Trust ("Plaintiff"), in place of Success Healthcare 1, LLC ("Success") and Promise Healthcare, Inc. ("Promise") and Defendants Brendan Bakir, Individually and Surgical Program Development, LLC ("Defendants") submit this Stipulation and Proposed Order Extending Pretrial Deadlines, as follows:

1. The parties have attempted to move forward with discovery and other items in the case, but certain items have been delayed. They also have mediated on two separate occasions.

2. Accordingly, the parties stipulate and agree to the new following deadlines:

    a. Plaintiff to supplement its production of documents: January 5, 2024

    b. Completion of fact depositions and fact discovery: February 16, 2024

    c. Completion of expert depositions and expert discovery: March 15, 2024

    d.    Filing of dispositive motions:  April 5, 2024

    e.    Docket call:  May 29, 2024

Dated:  November 22, 2023

| DLA PIPER LLP (US) | MACAULEY LLC |
|---|---|
| */s/ Stuart M. Brown* | */s/ Thomas G. Macauley* |
| Stuart M. Brown (No. 4050) | Thomas G. Macauley (No. 3411) |
| Matthew S. Sarna (No. 6578) | 300 Delaware Avenue, Suite 1018 |
| 1201 N. Market St., Suite 2100 | Wilmington, DE  19801 |
| Wilmington, DE  19801 | (302) 656-0100 |
| (302) 468-5700 | |
| | *Attorneys for Defendants* |

    -and-

HOLLAND & KNIGHT LLP
Mark C. Taylor
100 Congress Ave., Suite 1800
Austin, TX  78701
(512) 685-6400
mark.taylor@hklaw.com

Tyler N. Layne
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
tyler.layne@hklaw.com

*Attorneys for Plaintiffs*

SO ORDERED this _____ day of November 2023.