**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| PROMISE HEALTHCARE GROUP, LLC *et al.*, | ) | Case No. 18-12491 (CTG) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| SUCCESS HEALTHCARE 1, LLC and | ) | |
| PROMISE HEALTHCARE, INC., | ) | Adv. No. 20-50769 (CTG) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SURGICAL PROGRAM DEVELOPMENT, LLC | ) | |
| and BRENDAN BAKIR, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>STIPULATION REGARDING DISMISSAL OF CERTAIN CAUSES OF ACTION</u>

Robert Michaelson of Advisory Group, LLC, solely in his capacity as liquidating trustee of the Promise Healthcare Group Liquidating Trust ("Plaintiff"), in place of Success Healthcare 1, LLC ("Success") and Promise Healthcare, Inc. ("Promise") and Defendants Brendan Bakir, Individually ("Bakir") and Surgical Program Development, LLC (with Bakir, "Defendants") submit this Stipulation Regarding Dismissal of Certain Causes of Action, as follows:

1.      The parties are continuing to proceed with discovery in this action and bring the case to a conclusion.

2.      Plaintiff has agreed to dismiss the following causes of action contained in its Complaint with prejudice, including all individual claims against Bakir, but without prejudice to any other claims or causes of action, pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure:

    a.      Second Cause of Action – Violation of the Automatic Stay

    b.      Fourth Cause of Action – Breach of Implied Covenant of Good Faith and Fair Dealing

    c.      Fifth Cause of Action – Conversion

Dated:  February 8, 2024

DLA PIPER LLP (US)

/s/ Matthew S. Sarna
Stuart M. Brown (No. 4050)
Matthew S. Sarna (No. 6578)
1201 N. Market St., Suite 2100
Wilmington, DE  19801
(302) 468-5700

    -and-

HOLLAND & KNIGHT, LLP
Mark C. Taylor
100 Congress Ave., Suite 1800
Austin, TX  78701
(512) 685-6400
(512) 685-6418
Mark.taylor@hklaw.com

Tyler N. Layne (admitted pro hac vice)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Tyler.Layne@hklaw.com

*Attorneys for Plaintiffs*

MACAULEY LLC

*/s/ Thomas G. Macauley*
Thomas G. Macauley (No. 3411)
300 Delaware Avenue, Suite 1018
Wilmington, DE  19801
(302) 656-0100

*Attorneys for Defendants*

SO ORDERED this _____ day of February 2024.