# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| PROMISE HEALTHCARE GROUP, LLC *et al.*, ) | Case No. 18-12491 (CTG) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |
| SUCCESS HEALTHCARE 1, LLC and ) | |
| PROMISE HEALTHCARE, INC., ) | Adv. No. 20-50769 (CTG) |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| SURGICAL PROGRAM DEVELOPMENT, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DEPOSITION OF TODD MELLO

TO:  Mark C. Taylor, Esquire                Matthew Sarna, Esq.
     Kane Russell Coleman Logan PC          DLA Piper LLP (US)
     100 Congress Ave., Suite 1800          1201 N. Market St., Suite 2100
     Austin, TX 78701                       Wilmington, DE 19801

PLEASE TAKE NOTICE that the defendant, Surgical Program Development, LLC, by and through its attorneys, will take the oral deposition of Todd Mello, commencing at 10:00 a.m. on Tuesday, April 22, 2025, and will continue day to day until completed. The deposition will take place remotely before a person authorized to administer oaths and will be recorded by stenographic means. The deposition may be used for trial or for any other purpose permitted by the Rules.

2

Dated: April 15, 2025

                                        MACAULEY LLC

                                        */s/ Thomas G. Macauley*
                                        Thomas G. Macauley (No. 3411)
                                        P.O. Box 2792
                                        Wilmington, DE 19805
                                        Telephone: (302) 562-6141

                                        Attorneys for Defendant