**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| PROMISE HEALTHCARE GROUP, LLC *et al.*, | ) | Case No. 18-12491 (CTG) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| SUCCESS HEALTHCARE 1, LLC and | ) | |
| PROMISE HEALTHCARE, INC., | ) | Adv. No. 20-50769 (CTG) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SURGICAL PROGRAM DEVELOPMENT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION SETTING TRIAL DEADLINES**

Robert Michaelson of Advisory Group, LLC, solely in his capacity as liquidating trustee of the Promise Healthcare Group Liquidating Trust ("Plaintiff"), in place of Success Healthcare 1, LLC and Promise Healthcare, Inc. and Defendant Surgical Program Development, LLC ("Defendant") submit this Stipulation and Proposed Order Setting Trial Deadlines, as follows:

      1.      The Court has scheduled trial in this adversary proceeding for one day on June 10, 2025, commencing at 10:00 a.m.

      2.      The deadline to conclude expert discovery in this case is extended until May 2, 2025.

      3.      The parties shall file and serve their pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) by May 7, 2025.

4. Plaintiff shall provide the initial draft of the pretrial order to Defendant by May 9, 2025.

5. Defendant shall provide its initial revisions to the form of pretrial order by May 19, 2025.

6. The parties shall file and serve any objections to the pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3)(B) by May 21, 2025.

7. Plaintiff shall file the agreed form of pretrial order, and the parties shall file pre-trial briefs by June 3, 2025.

Dated: April 16, 2025

| DLA PIPER LLP (US) | MACAULEY LLC |
|---|---|
| /s/ Matthew S. Sarna | /s/ Thomas G. Macauley |
| Stuart M. Brown (No. 4050) | Thomas G. Macauley (No. 3411) |
| Matthew S. Sarna (No. 6578) | P.O. Box 2792 |
| 1201 N. Market St., Suite 2100 | Wilmington, DE 19805 |
| Wilmington, DE 19801 | (302) 562-6141 |
| (302) 468-5700 | |
| | *Attorneys for Defendant* |
| -and- | |
| KANE RUSSELL COLEMAN LOGAN PC | |
| Mark C. Taylor | |
| 401 Congress Ave., Suite 2100 | |
| Austin, TX 78701 | |
| (512) 487-6560 | |
| | |
| *Attorneys for Plaintiff* | |