**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| PROMISE HEALTHCARE GROUP, LLC *et al.*, | ) | Case No. 18-12491 (CTG) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| SUCCESS HEALTHCARE 1, LLC and | ) | |
| PROMISE HEALTHCARE, INC., | ) | Adv. No. 20-50769 (CTG) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SURGICAL PROGRAM DEVELOPMENT, LLC | ) | |
| and BRENDAN BAKIR, individually, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF SERVICE OF PRETRIAL DISCLOSURES</u>**

PLEASE TAKE NOTICE that I served Defendant's Pretrial Disclosures today by

electronic mail on:

Mark C. Taylor
Kane Russell Coleman Logan PC
401 Congress Ave., Suite 2100
Austin, TX  78701

Dated:  May 9, 2025

MACAULEY LLC

*/s/ Thomas G. Macauley*
Thomas G. Macauley (No. 3411)
P.O. Box 2792
Wilmington, DE 19805
(302) 562-6141

Attorneys for Defendant Surgical Program
Development, LLC