# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| PROMISE HEALTHCARE GROUP, LLC *et al.*, | ) Case No. 18-12491 (CTG) |
| | ) |
| Debtors. | ) |
| | ) |
| SUCCESS HEALTHCARE 1, LLC and | ) |
| PROMISE HEALTHCARE, INC., | ) Adv. No. 20-50769 (CTG) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| SURGICAL PROGRAM DEVELOPMENT, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(a)(3) DISCLOSURES

Robert Michaelson of Advisory Group, LLC, solely in his capacity as liquidating trustee of the Promise Healthcare Group Liquidating Trust ("Plaintiff"), in place of Success Healthcare 1, LLC and Promise Healthcare, Inc. has served the required Rule 26(a)(3) Disclosures on counsel for Defendants on May 9, 2025.

Dated: May 14, 2025         **DLA PIPER LLP (US)**

*/s/ Matthew S. Sarna*
Stuart M. Brown (No. 4050)
Matthew S. Sarna (No. 6578)
1201 N. Market St., Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Email:    stuart.brown@us.dlapiper.com
          matthew.sarna@us.dlapiper.com

-and-

KANE RUSSELL COLEMAN LOGAN PC
Mark C. Taylor
Admitted pro hac vice
401 Congress Ave., Suite 2100
Austin, TX  78701
Telephone:  (512) 487-6560
Email:        MTaylor@krcl.com

*Attorneys for Plaintiff*