# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| PROMISE HEALTHCARE GROUP, LLC *et al.*, | ) | Case No. 18-12491 (CTG) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| SUCCESS HEALTHCARE 1, LLC and | ) | |
| PROMISE HEALTHCARE, INC., | ) | Adv. No. 20-50769 (CTG) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SURGICAL PROGRAM DEVELOPMENT, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT TRIAL EXHIBITS

The parties' joint exhibits at the trial in this adversary proceeding on June 10, 2025, are attached hereto. A list of the joint exhibits is docketed at D.I. 82-1.

Dated: September 10, 2025

                            MACAULEY LLC

                            */s/ Thomas G. Macauley*
                            Thomas G. Macauley (No. 3411)
                            P.O. Box 2792
                            Wilmington, DE 19805
                            (302) 562-6141

                            Attorneys for Defendant Surgical Program Development, LLC