# Exhibit 12

**For Discussion Purposes Only**

# FP Designee Board of Directors Meeting

## March 4, 2015





**PRIVILEGED & CONFIDENTIAL**

1

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Table of Contents

I.      Chief Executive Officer Overview

II.     Chief Financial Officer Overview

III.    Promise Healthcare Operations

    a.    Facility Performance 2014 v. 2013

    b.    2015 Budget – 2016 - 2019 Projections

    c.    Market Analysis and Initiatives for Admission Criteria

    d.    Admission Criteria Strategy

    e.    Pharmacy Initiatives 2015

    f.    Capital Expenditures

    g.    Growth/Wellness and Anti-Aging

IV.     Success Healthcare Operations

    a.    Facility Performance

    b.    Market Analysis and Initiatives

    c.    Regulatory Review and Strategy

    d.    Capital Expenditures

    e.    2015 Budget – 2016-2019 Projections

V.      MTS Monetization Alternatives

VI.     Legal Governance Update

VII.    Promise/Success Legal Update

VIII.   Sun Capital Assets

IX.     Executive Session

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000056

PROMISE_0000056

P003468

# I.   Chief Executive Officer

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000057
PROMISE_0000057
P003469

# Chief Executive Officer
# Strategic Overview

I.      Facility Performance

II.     Ft. Myers – Miami Lakes

III.    Promise / Success Healthcare Opportunities

IV.     Post-Acute Diversification

V.      Admission Criteria

VI.     Revenue Growth

VII.    Promise / Success Healthcare Executive Committee Priorities

VIII.   2015-2016 Timetable

IX.     Monetization Opportunities

X.      Executive Session

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000058

PROMISE_0000058
P003470

# Chief Executive Officer
# Facility Performance

**I.** Promise Health EBITDA Performance
2013 actual  16.6 M
2014 budget 29.6  M
2014 actual 30.1 M
2014 vs 2013  +81%

Observations
1) large growth Promise I
2) Blue Cross claims increased substantially
3) Ruby 1.8 M below projection
4) Accounts Receivable reserves significant

2015 EBITDA  budget 40.8 M
2015 vs 2014  + 35%

Keys to budget performance
1) Promise  I consistent performance
2) Ruby facility performance development
3) Miami Lakes-Fort Myers managed demonstration
4) Market diversification initiatives
5) Cash flow stability
6) CAP-X requirements
7) Realized savings and expense containment
8) Planned distractions- admission criteria preparation

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000059

PROMISE_0000059

P003471

# Chief Executive Officer
# EBITDAM by Facility – Annual Trend

**EBITDAM by Facility - FYE (in millions)**
12 Months

| | FYE 2013 Actual | FYE 2014 Actual | YTD 2014 Budget | 2014 Actual v 2013 Actual |
|---|---|---|---|---|
| **East Region** | **13.9** | **21.1** | **20.3** | **7.2** |
| Shreveport/Bossier | **5.3** | **9.9** | **9.3** | **4.7** |
|   Shreveport | 0.7 | 4.4 | 3.7 | 3.7 |
|   Bossier | 4.6 | 5.5 | 5.5 | 0.9 |
| Baton Rouge | **6.9** | **5.5** | **7.9** | **(1.3)** |
|   Ascension (Main) | 2.9 | 2.3 | 3.6 | (0.6) |
|   Baton Rouge HwH | 4.0 | 3.3 | 4.3 | (0.7) |
| Florida | **0.3** | **3.7** | **1.0** | **4.5** |
|   Villages | 0.3 | 5.2 | 3.8 | 4.8 |
|   Miami | - | (0.3) | (1.4) | (0.3) |
|   Ft. Myers | - | (1.2) | (1.4) | |
| Other | **1.4** | **1.9** | **2.2** | **0.5** |
|   Miss Lou | 1.2 | 1.3 | 1.6 | 0.1 |
|   Vicksburg | 0.2 | 0.6 | 0.6 | 0.4 |
| **West Region** | | | | |
| Western Office | | (0.5) | (0.5) | (0.5) |
| Los Angeles | **11.6** | **15.5** | **13.6** | **3.9** |
|   Suburban | 10.4 | 14.7 | 11.3 | 4.3 |
|   East LA | 1.2 | 0.8 | 2.4 | (0.4) |
| Salt Lake City | **4.5** | **5.9** | **5.6** | **1.4** |
|   Salt Lake | 4.5 | 5.9 | 5.6 | 1.4 |
| Others | **(2.0)** | **0.3** | **1.7** | **2.2** |
|   Phoenix | (0.2) | 0.7 | 0.9 | 0.9 |
|   San Diego | (1.8) | (0.5) | 0.8 | 1.3 |
|   Houston | - | (0.6) | 0.6 | (0.6) |
|   Dallas | - | (0.5) | 0.5 | (0.5) |
|   Wichita Falls SNF | - | (0.5) | 0.2 | (0.5) |
|   Wichita Falls LTACH | - | 0.3 | 0.9 | 0.3 |
|   Overland Park SNF | - | 0.4 | 0.7 | 0.4 |
|   Overland Park LTACH | - | 0.4 | 0.5 | 0.4 |
| **Total West** | **14.1** | **21.1** | **20.9** | **7.0** |
| **Promise I Facility Level EBITDAM** | **28.0** | **42.2** | **41.2** | **14.2** |
| **Ruby Region** | | | | |
| Promise II | **(0.6)** | **(0.6)** | **3.5** | **(0.6)** |
| **Promise EBITDAM** | **28.0** | **41.6** | **44.7** | **13.6** |
| Adjustment to Corporate Budget | - | - | (2.6) | - |
| **Promise EBITDAM** | **28.0** | **41.6** | **42.1** | **13.6** |
| **Bridge to EBITDA** | | | | |
| **Promise 1** | | | | |
|   Less: Corporate Expenses at Promise 1 | (15.0) | (13.8) | (14.3) | 1.2 |
|   Plus: Other | | 0.0 | 0.7 | 0.0 |
|   Plus: Rent at Owned Facilities | 3.9 | 3.5 | 3.4 | (0.4) |
|   Plus: Deferred Rent at Miami | 1.9 | 1.3 | | (0.6) |
|   Less: Real Estate Company Expenses | (2.2) | (1.5) | | 0.7 |
| **Promise II** | | | | |
|   Less: Regional Office and Allocation | | (1.0) | (1.5) | (1.0) |
|   Plus: Equipment Rentals | | 0.0 | | 0.0 |
| **Total of Bridge** | **(11.4)** | **(11.5)** | **(12.4)** | **(0.1)** |
| **ProForma EBITDA** | **16.6** | **30.1** | **29.6** | **13.5** |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000060
P003472

# Chief Executive Officer
# EBITDAM by Facility 5 Year Trend

| EBITDAM by Facility - Annual Trend | 2013 | 2014A | 2015B | 2016P | 2017P | 2018P | 2019P |
|---|---|---|---|---|---|---|---|
| **East Region** | | | | | | | |
| Shreveport/Bossier | 5.3 | 9.9 | 8.7 | 7.9 | 8.0 | 8.2 | 8.5 |
|   Shreveport | 0.7 | 4.4 | 3.4 | 2.9 | 3.0 | 3.1 | 3.2 |
|   Bossier | 4.6 | 5.5 | 5.3 | 5.0 | 5.0 | 5.1 | 5.3 |
| Baton Rouge | 6.9 | 5.5 | 6.4 | 5.6 | 5.9 | 6.1 | 6.5 |
|   Ascension (Main) | 2.9 | 2.3 | 3.1 | 2.5 | 2.8 | 2.9 | 3.1 |
|   Baton Rouge HwH | 4.0 | 3.3 | 3.3 | 3.1 | 3.1 | 3.2 | 3.4 |
| Florida | 0.3 | 3.7 | 7.1 | 17.1 | 18.5 | 22.2 | 23.7 |
|   Villages | 0.3 | 5.2 | 6.1 | 6.0 | 6.0 | 6.2 | 6.2 |
|   Miami | | (0.3) | 0.2 | 5.6 | 6.2 | 8.0 | 8.7 |
|   Ft. Myers | | (1.2) | 0.8 | 5.5 | 6.3 | 8.0 | 8.8 |
| Others | 1.4 | 1.9 | 2.2 | 1.2 | 1.2 | 1.4 | 1.5 |
|   Miss Lou | 1.2 | 1.3 | 1.5 | 0.9 | 0.9 | 1.0 | 1.0 |
|   Vicksburg | 0.2 | 0.6 | 0.7 | 0.3 | 0.3 | 0.4 | 0.5 |
|   Regional Office | | | (0.8) | (0.8) | (0.8) | (0.8) | (0.8) |
| **Total East** | 13.9 | 21.1 | 23.6 | 31.0 | 32.8 | 37.1 | 39.4 |
| **West Region** | | | | | | | |
| Los Angeles | 11.6 | 15.5 | 17.8 | 17.7 | 18.1 | 18.2 | 18.5 |
|   East LA | 1.2 | 0.8 | 1.6 | 1.6 | 1.6 | 1.8 | 2.0 |
|   Suburban | 10.4 | 14.7 | 16.2 | 16.1 | 16.3 | 16.4 | 16.5 |
| Salt Lake City | 4.5 | 5.9 | 6.4 | 6.2 | 6.3 | 6.3 | 6.3 |
|   Salt Lake | 4.5 | 5.9 | 6.4 | 6.2 | 6.3 | 6.3 | 6.4 |
| Others | (2.0) | 0.3 | 2.0 | 1.7 | 1.8 | 1.8 | 1.9 |
|   Phoenix | (0.2) | 0.7 | 1.0 | 0.9 | 0.9 | 1.0 | 1.0 |
|   San Diego | (1.8) | (0.5) | 1.0 | 0.8 | 0.8 | 0.9 | 0.9 |
|   Regional Office | | (0.5) | (0.8) | (0.8) | (0.8) | (0.8) | (0.8) |
| **Total West** | 14.1 | 21.1 | 25.4 | 24.9 | 25.5 | 25.7 | 26.0 |
| **East / West Total** | 28.0 | 42.2 | 49.0 | 55.9 | 58.3 | 62.8 | 65.4 |
| **Ruby Region** | | | | | | | |
|   Overland Park LTACH | 0.4 | 0.8 | 0.8 | 0.5 | 0.6 | 0.7 | 0.8 |
|   Overland park SNF | | 0.4 | 0.8 | 0.8 | 0.8 | 0.9 | 1.0 |
|   Wichita Falls LTACH | | 0.3 | 1.0 | 0.6 | 0.6 | 0.7 | 0.8 |
|   Wichita Falls SNF | | | 0.5 | 0.5 | 0.3 | 0.3 | 0.4 |
|   Dallas | | | 1.6 | 1.2 | 1.3 | 1.4 | 1.5 |
|   Houston | | (0.6) | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| **Total Ruby** | | (0.6) | 4.9 | 3.6 | 3.8 | 4.2 | 4.8 |
| **EBITDAM: East / West & Ruby Total** | 28.0 | 41.6 | 53.9 | 59.4 | 62.0 | 67.0 | 70.2 |
| **Bridge to EBITDA** | | | | | | | |
| **Promise 1** | | | | | | | |
|   Less: Corp. Exp. at Promise 1 (excludes non-recurring) | (15.0) | (13.8) | (15.3) | (16.0) | (16.7) | (17.4) | (18.3) |
|   Plus: Other | | 0.0 | 0.0 | | | | |
|   Plus: Rent at Owned Facilities | 3.9 | 3.5 | 3.6 | - | 3.6 | 3.6 | |
|   Less: Deferred Miami Rent | 1.9 | 1.3 | - | - | - | | |
|   Less: Real Estate Company Expenses | (2.2) | (1.5) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) |
| **Promise II** | | | | | | | |
|   Less: Regional Office and Allocation | | (1.0) | (1.1) | (1.1) | (1.1) | (1.1) | (1.1) |
|   Plus: Equipment Rentals | | 0.0 | | | | | |
| **Total of Bridge** | (11.4) | (11.5) | (13.1) | (13.8) | (14.5) | (15.2) | (16.1) |
| **EBITDA** | 16.6 | 30.1 | 40.8 | 45.6 | 47.5 | 51.8 | 54.1 |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000061

P003473

# Chief Executive Officer
# Promise Healthcare Facility Performance

<table>
<tr><td>

1. Strengths
   - Los Angeles (2) (June 2016)
   - Villages (August 2016)
   - Salt Lake (February 2016)
   - Shreveport/Bossier (2) (January 2016)

</td><td>

3. Opportunity
   - Dallas (June 2016)
   - Phoenix (June 2016)
   - San Diego (January 2016)
   - Fort Myers (September 2016)
   - Miami (September 2016)

</td></tr>
<tr><td>

2. Stable
   - Baton Rouge (3) (January 2016 and September 2016)
   - Vicksburg (July 2016)
   - Overland Park (2) (June 2016)
   - Wichita Falls (2) (June 2016)
   - Miss Lou (January 2016)

</td><td>

4. Weakness
   - Houston (June 2016)
   - San Diego (January 2016)

</td></tr>
</table>

Note: Dates Reflect Patient Admission Criteria Commencement

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000062
PROMISE_0000062
P003474

## 2014 EBITDA Performance - Success Healthcare

1. 2013 Actual        13.2 M
2. 2014 Budget         7.8 M
3. 2014 Actual        10.4 M
4. 2014 vs 2013       -22% M

**Observation**
- Silver Lake Physician Growth
- Consistent Governmental Subsidies
- St. Alexius needed Capital Expenditure & Proforma

2015 EBITDA Budget     7.3 M
2015 v. 2014          -30%

**Keys to Budget Performance**
- Silver Lake Continued Physician Growth
- Silver Lake Operating Room Utilization
- Silver Lake East Los Angeles Relocation
- Reduce Rental and Unnecessary fees
- St. Alexius Jefferson campus utilization

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000063

PROMISE_0000063

P003475

## Success Healthcare Overview
## EBITDAM by Facility – 2014 YE Trend
*(in USD millions)*

| | Actual | | Budget | Comparison Actual to | Comparison |
|---|---|---|---|---|---|
| | **2013** | **2014** | **2014** | **Budget** | **2014 to 2013** |
| **St Alexius** | | | | | |
| Revenue (includes EHR) | 65.6 | 58.5 | 64.4 | (5.9) | (7.1) |
| Expenses | 57.7 | 55.0 | 61.4 | (6.4) | (2.7) |
| **EBITDAM** | **7.9** | **3.5** | **3.0** | **0.5** | **(4.4)** |
| **Silver Lake Medical Center** | | | | | |
| Revenue (includes EHR) | 67.5 | 71.2 | 67.8 | 3.4 | 3.7 |
| Expenses | 61.9 | 63.9 | 62.7 | 1.2 | 2.0 |
| **EBITDAM** | **5.6** | **7.3** | **5.1** | **2.2** | **1.7** |
| **TOTAL** | | | | | |
| **Revenue (includes EHR)** | **133.1** | **129.7** | **132.2** | **(2.5)** | **(3.4)** |
| **Expenses** | **119.6** | **118.9** | **124.1** | **(5.2)** | **(0.7)** |
| **EBITDAM** | **13.5** | **10.8** | **8.1** | **2.7** | **(2.7)** |
| **Bridge to EBITDA** | | | | | |
| Less: Corporate Expense | (2.4) | (2.3) | (2.5) | 0.2 | 0.1 |
| Plus: Rent Adjustment (owned facilities) | 2.1 | 1.9 | 2.2 | (0.3) | (0.2) |
| **EBITDA** | **13.2** | **10.4** | **7.8** | **2.6** | **(2.8)** |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000064

PROMISE_0000064

P003476

Case 2:16-cv-07161   Doc 000.1   Filed 00/00/00   Page 12 of 142

# Chief Executive Officer
# EBITDAM by Facility 5 Year Trend

(in USD millions)

| | Historical | | | | Projected | | | |
|---|---|---|---|---|---|---|---|---|
| | Audited 2012 | Audited 2013 | Pre-Audited 2014 | Budget 2015 | 2016 | 2017 | 2018 | 2019 |
| **St Alexius** | | | | | | | | |
| Revenue | 81.1 | 65.6 | 58.5 | 59.7 | 62.1 | 65.8 | 68.4 | 71.1 |
| Expenses | 74.4 | 57.7 | 55.0 | 57.4 | 58.9 | 60.8 | 62.6 | 64.8 |
| **EBITDAM** | **6.7** | **7.9** | **3.5** | **2.3** | **3.2** | **5.0** | **5.8** | **6.3** |
| **Silver Lake Medical Center** | | | | | | | | |
| Revenue | 62.3 | 67.5 | 71.2 | 72.9 | 77.7 | 81.3 | 84.2 | 87.3 |
| Expenses | 61.9 | 61.9 | 63.9 | 66.5 | 68.4 | 70.4 | 72.5 | 74.7 |
| **EBITDAM** | **0.4** | **5.6** | **7.3** | **6.4** | **9.3** | **10.9** | **11.7** | **12.6** |
| **TOTAL** | | | | | | | | |
| **Revenue** | **143.4** | **133.1** | **129.7** | **132.6** | **139.9** | **147.1** | **152.6** | **158.4** |
| **Expenses** | **136.3** | **119.6** | **118.9** | **123.9** | **127.3** | **131.2** | **135.2** | **139.5** |
| **EBITDAM** | **7.1** | **13.5** | **10.8** | **8.7** | **12.5** | **16.0** | **17.4** | **18.9** |
| **Bridge to EBITDA** | | | | | | | | |
| Less: Corporate Expense | (2.3) | (2.4) | (2.3) | (3.5) | (3.7) | (3.9) | (4.1) | (4.3) |
| Plus: Rent Adjustment (owned facilities) | 2.1 | 2.1 | 1.9 | 2.1 | 2.1 | 2.1 | 2.1 | 2.1 |
| **EBITDA** | **6.9** | **13.2** | **10.4** | **7.3** | **10.9** | **14.2** | **15.4** | **16.7** |

**Notes:** Projections based on management estimates
Assumes capital projects are approved and implemented
Promise Hospital of East Los Angeles relocation to Silver Lake Medical Center projected start date of June 2016
Includes Electronic Health Record Payments 2012 - 2017
Assumes HQAF funding through 2019   Current approval through 2016   Only applicable in State of California

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000065
PROMISE_0000065
P003477

**Post- Acute LTACH Competitors**

| Company | Facilities | Strategy |
|---------|-----------|----------|
| Kindred | 97 LTACHs<br>5 IRFs<br>48 SNFs | Integrated Post Acute Platform |
| Select | 113 LTACHs<br>(83 HiHs)<br>16 IRFs | Integrated Post Acute Platform<br>HiH limitations |
| Lifecare | 24 LTACHs<br>(Predominantly HIH) | Admission criteria survival post chap 11 |
| Vibra | 27 LTACHs<br>9 IRFs | limited integrated post -acute platform |
| Promise | 19 LTACHs<br>3 (HiHs)<br>2 SNFs<br>1 Behavioral Health<br>2 STACHs<br>College of Nursing | limited integrated post-acute platform |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000066

PROMISE_0000066
P003478

## II.  Fort Myers – Miami Lakes

a.  Fort Myers

   i.   In Demonstration

   ii.  Management Team in place and Patrick Ryan - CEO

   iii. Relationship with Lee Memorial Health System

   iv.  Physician staff evolving

   v.   Fully operational post demonstration period EBITDAM = .8 MM 2015 / 5.6 MM 2016

b.  Miami

   i.   Scheduled to open – March 2015

   ii.  Leadership team hired

   iii. Local referring hospitals interest strong

   iv.  Physician interest strong – Leon Medical Group

   v.   Fully operational post demonstration period EBITDAM = .2 MM 2015 / 5.5 MM 2016

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000067

PROMISE_0000067
P003479

## III. OPERATIONS

- 2015 Budget – 5 Year Plan
- Ruby Development
- Admission Criteria Strategic Plan & Implementation
- Market Initiatives/Diversification
- Corporate Cost Containment Initiatives
- Supply Chain Management Initiatives
- Facility Management Division
- Capital Expenditure Plan
- Phoenix Development
- San Diego Strategy
- East Los Angeles Move
- Chief Medical Officer
- Marketing Enhancement – Website/SEO
- Facility Lease Negotiations
- Option Incentive Program
- Pharmacy Plan

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000068

PROMISE_0000068
P003480

Case 2:15-bk-xxxxx · Doc 111-1 · Filed 03/05/15 · Page 16 of 142

# Chief Executive Officer
# Success Healthcare Opportunities

- 2015 Budget  - 5 year plan
- Silver Lake – East LA move
- St. Alexius – Jefferson campus strategies
- Drive operating room volume
- Expand Physician Base
- Capital Expenditure Plan
- Marketing Enhancement
- Expand Hospital Services

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000069

PROMISE_0000069

P003481

# Chief Executive Officer
# Promise / Success Healthcare Opportunities

## FINANCE

- Budget Performance Management
- Revenue Cycle Strategy
- Admission Criteria Plan – Capital Expenditure Requirements
- PTO Changes
- Audit 2013 and 2014
- Ruby Accounts Receivable
- MidCAP Relationship – Future Opportunities
- Refinance status
  - San Diego
  - Villages
  - Vidalia
- Investor Shareholder Relations
  - Manager, Communications, Meetings
- IT Strategy – Electronic Medical Record Plan Necessary
- Employee Benefits Savings
- Property & Casualty Savings
- 401K Administrative Change Implemented
- Facility Lease Negotiations
- Corporate Office Lease Extension

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000070

PROMISE_0000070
P003482

**LEGAL**



CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

**IV. Post-Acute Diversification – Admission Criteria Impact**

  a.    Post-Acute Continuum

          i.  SNF's – Baton Rouge, Phoenix, Vidalia

          ii.  Home Health - Market Driven, Inorganic

          iii. Outpatient Services-IV Therapy, Physical Therapy, Radiology, Wound Care

          iv. "Swing Beds"

  b.    Facility and Market Specific Strategies

          i.  "Fill the Building"

                1.  Operating Room opportunities – Los Angeles, Villages, Ft. Myers, Miami, San Diego

                2.  Outpatient Radiology – Los Angeles, Shreveport, Phoenix

                3.  Outpatient Physical therapy – Vidalia

                4.  Addictive Medicine Units – Shreveport, Los Angeles, Phoenix

  c.    Promise Anti-Aging and Wellness Center

          VOW Wellness Centers

          4 Markets – Dallas, Miami, Los Angeles (Suburban-Silver Lake)

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000072

PROMISE_0000072

P003484

# Chief Executive Officer
# Admission Criteria

## V. Admission Criteria Implementation

- Wall Street Journal Article

- Promise Plan "Educate & Certify"

- Facility by Facility Strategy – February CEO Meeting

- March 2015 CEO Summit  - plan roll out

- Implementation begins January 2016

- April 2015 payment rule will include new details

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Chief Executive Officer
# Revenue Growth

**VI.** **Revenue Growth**

- Physician Staff Growth

- Physician Payables Reduction

- Revenue Cycle

- Supply Chain Management

- Electronic Medical Record

- Hospital Labor

- Host Hospital Relationship Review Meetings

- National Pharmacy Strategies

- Postpone Chief Medical Officer until Q3 2015

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000074

PROMISE_0000074
P003486

**VII. Executive Committee Priorities**

- 2015 Performance

- Admission Criteria Strategy

- Monetization Opportunities-Strategic Direction

- Organic Growth Strategy

- Financial issues – Improved Cash Flow

- Ruby Performance

- Shareholder Information & Meetings

- "Host" relationships by market

- Success Capital Requirements

- Promise Capital Requirements

- Finance Capital Expenditures

- Corporate Headquarter's Performance

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Chief Executive Officer
# 2015/2016 Timetable

## VIII.  2015-2016 Timetable

**March –** Board Meeting

              Shareholder Meetings

              MTS Monetization Preparation & Pre-Marketing

              CEO Summit

              Ft. Myers/Miami Demonstrations

              Investor Roadshow – Chicago, Dallas, Los Angeles,

**April –** Board Call – Approve MTS Strategy & Presentation

              Investor Roadshow – Bermuda, Florida

              MTS – Initial Outreach & Preliminary Indications

              CMS Issues Proposed Rule

**May –** Board Meeting

              MTS – Select parties for second round – ongoing due diligence

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000076

PROMISE_0000076
P003488

**June/July**

MTS – Final Bids & Negotiation

Implement Admission Criteria Strategy


**August/September**

Shareholder First Half 2015 Performance Conference Call

Facility CEO Meetings

**August** – Board Meeting

**November –** Board Meeting

**2016**

**Admission Criteria Implementation**

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000077

P003489

**IX. Monetization Opportunities**

- ▪ Opportunities

- ▪ Current status

- ▪ Clean up balance sheet

- ▪ Align Management

- ▪ Change "FP" to "Promise"

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

## X. Executive Session

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000079
PROMISE_0000079
P003491

## II.  Chief Financial Officer Overview

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000080

PROMISE_0000080

P003492

# Chief Financial Officer Report

## Table of Contents

- Monthly Performance Management

- Revenue Cycle Strategy and Ruby A/R update

- Capital Expenditures for Admission Criteria and other Strategic Initiatives

- Audit of 2013 and 2014

- MidCap Relationship, Opportunities

- Refinance Status (San Diego, Villages, Vidalia) and Lease Negotiations (Facilities and Corporate Office)

- IT Strategy and Necessity of an EHR plan

- Employee Benefits Plan Savings and Revenue Opportunities, 401(k) Plan, PTO Plan Changes

- General Insurance and Supply Chain Programs review

- Shareholder / Investor Relations

- FP Designee Treasury Report

- 2014 Financial Statements Appendix

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000081

PROMISE_0000081
P003493

- Create a sense of urgency in analyzing monthly financial statement performance
  - Accounting and finance personnel engaged in analyzing and expediting performance reviews;
  - New tools to more easily track revenue and A/R performance over time;
  - Reduce the number of days to close fiscal periods.
- Monthly performance reviews with operations management
- Increase emphasis on Best Practice Revenue Cycle concepts
- Initiative to improve dashboard data and analytics

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000082

PROMISE_0000082

P003494

- Rationalize and re-engineer staffing
  - Senior Vice President Revenue Cycle
  - New Project Implementation Management
  - CBO Supervisor
  - Collectors
- Continual focus on the billing/collecting process
  - Communicate issues full circle with facility leadership
  - Implement collector desktop tools, training, goals
- System and Interface Enhancements
  - Prepare for ICD-10 and Admissions Criteria
  - Electronic Health Record and Virtual Desktop
  - Optimize Meditech, HCS, MatrixCare at lowest cost

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000083

PROMISE_0000083
P003495

# Chief Financial Officer Report
## Revenue Cycle Strategy – Focus on Maximizing Collections

- Promise facilities perform consistently, collecting between $20-$25 million monthly.

- Success experiences highs and lows as a result of one-time and annual government subsidies and program payments.

- Ruby has required significant attention to move their revenue cycle beyond the start up phase.



March 4, 2015     **PRIVILEGED & CONFIDENTIAL**     **30**

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Chief Financial Officer Report
## Revenue Cycle Strategy – Managed Care Contracting

- Continue our focus on expanding Commercial and Managed Care contracts
  - Diversify business and service offerings
  - Minimize impact on Medicare reimbursement changes
- Recent accomplishments
  - 53% year over year increase in agreements.  Increased commercial volume
  - Established relationships and agreements with major payers in our new markets
  - First time agreement with BCBS in Mississippi
  - Developed national relationship with Humana
  - Action plan by market to renegotiate old and establish new contracts
- Key Initiatives
  - Quarterly meetings with facility CEOs to refine payer strategies by market
  - Develop new payer relationships
  - Negotiate profitable outpatient agreements
  - Engage payer relationships in resolution of aged high-dollar claims

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000085
PROMISE_0000085
P003497

# Chief Financial Officer Report

## Capex for Admissions Criteria and Other Strategic Initiatives

| Capital Expenditures | Total | Funding Source | | | |
| --- | --- | --- | --- | --- | --- |
| | | Landlord | Lease | Mortgage | CashFlow |
| **Promise** | | | | | |
| East | 2,518,656 | - | - | - | 2,518,656 |
| West | 5,379,961 | 212,153 | - | 2,887,000 | 2,280,808 |
| Ruby | 3,361,839 | 1,664,662 | - | - | 1,697,177 |
| Funded by Landlords | (1,876,815) | (1,876,815) | | | |
| **Total CapEx Needs of Facilities** | **9,383,642** | **-** | **-** | **2,887,000** | **6,496,642** |
| | | | | | |
| Vow Wellness | 180,000 | - | - | - | 180,000 |
| Corporate (primarily VDI and EHR) | 4,275,000 | - | 2,750,000 | - | 1,525,000 |
| | | | | | |
| **Total CapEx Needs of Promise** | **13,838,642** | **-** | **2,750,000** | **2,887,000** | **8,201,642** |
| | | | | | |
| **Success** | | | | | |
| St Alexius | 9,497,910 | - | - | 7,722,560 | 1,775,350 |
| SilverLake | 12,226,873 | - | - | 12,074,873 | 152,000 |
| **Total CapEx Needs of Success** | **21,724,783** | **-** | **-** | **19,797,433** | **1,927,350** |
| | | | | | |
| **Total** | **35,563,424** | **-** | **2,750,000** | **22,684,433** | **10,128,992** |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000086
P003498

# Chief Financial Officer Report
## MidCap Status and Relationship

- As Ft. Myers and Miami Lakes build receivables, we expect our current $51.3 million Net Available A/R to grow by more than $5.0 million

- The current credit agreement defines "Additional Tranche" as a mechanism to increase the current $49 million maximum credit line by up to $11.0 million based on Net Available A/R

- Quarterly audits have tended to reduce liquidity factors slightly, resulting in reduced Net Available A/R over time.



CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000087

P003499

# Chief Financial Officer Report
## Real Estate Status – Owned Properties

- Vidalia, LA – refinanced in September 2014.

- Ft. Myers and Miami Lakes – Construction complete. $15 million loan secured by both properties provided by CNB. Maturity June of 2017.

- Villages, FL and San Diego, CA – working with CNB to close loan(s) by June 30, 2015. Reduce interest burden. Depending on final appraisal and underwriting, fund capital expenditure requirements in San Diego.

- Shreveport, LA and Bossier, LA – $5.8 million in Seller Notes with three year amortization:
  - $1.61 million due March 17, 2015;
  - $1.87 million due March 17, 2016;
  - $2.40 million due March 17, 2017.

- Silver Lake Medical Center and St Alexius Hospital
  - Combined recent appraised value of $75.1 million with current third party debt of $18 million;
  - Opportunity to secure new mortgage or other financing to provide funding source for capital expenditures.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000088

PROMISE_0000588
P003500

- Phoenix, AZ – Proposal to landlord to redevelop property into medical campus.  Potentially significant capital expenditures required to maintain and improve building can only be funded by landlord.

- Ruby Facilities – Majority of identified building improvements to be funded by landlord.

- Baton Rouge HIHs – continuing to develop relationships with Host Hospitals in advance of finalizing long term leases.

- Vicksburg – pursuing opportunity to relocate from current location to HIH inside River Regional.

- East LA – proceeding with approved relocation into Silver Lake Medical

- Suburban – building issues addressed through proper maintenance

- Silver Lake Ingleside Campus – opportunity to grow psych.  Capital expenditures required to maintain base as well as grow new programs.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Chief Financial Officer Report
## IT Strategy and Necessity of an EHR Plan

- Current State:
  - Lean staffing.  Limited programmer and system analyst resources to maintain and develop;
  - Unable to quickly develop efficient communication interfaces with health care partners and vendors;
  - Multiple core systems (Meditech, HCS, Matrixcare);
  - Remaining older hardware cannot maintain HIPAA compliance.

- Strategic Initiatives:
  - Efficiently implement an enterprise-wide software and hardware platform that is easily scalable and fully compliant at all times within a quickly changing and technology driven healthcare marketplace;
  - Develop additional software capabilities to speed decision making in an "Admissions Criteria" marketplace;
  - Create capabilities and project managers responsive to new program requirements and implementations.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

- Core Employee Health Benefit Plans are being made more efficient
  - New Broker in place for plan year beginning June 1, 2015;
  - Commission and plan changes targeted to reduce company cost by more than $1.0 million annually;
  - Pursuing revenue building opportunities with payers.
- 401(k) Plan fundamentally changed.
  - Five (5) plans consolidated into one (1) plan;
  - New investment management format that eliminates broker fees, reduces administrative costs, improves investment options and allows plan to funds all related expenses.
- PTO Policy radically changed.
  - Limiting annual carryover to 40 hours (essentially a use-it-or-lose-it policy change with certain exceptions in CA);
  - Year end PTO accrual expected to decline from a combined Promise and Success total of $9.0 million at Dec 31, 2013 to below $6.0 million at Dec 31, 2015.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000091

PROMISE_0000091

P003503

# Chief Financial Officer Report
## General Insurance and Supply Chain Programs Review

- Insurance
  - Prior year savings of $3.0 million will be preserved and expanded where possible;
  - W/C insurance for Promise and Success consolidated into a single, cost saving plan;
  - New work safety programs, procedures and measurement tools;
  - Property maintenance programs to reduce insurance rates;
  - New properties added without incremental cost;
  - Completion of tail coverage payments on legacy D&O coverage;
  - Incremental needs in HIPAA and Cyber insurance to be funded with savings.

- Supply Chain
  - Vendor change opportunities - Rental Bed Supplier $1.5 million over 5yr contract;
  - Initiative to re-establish and improve vendor terms and credit limits;
  - Initiative to redesign inventory and materials management systems;
  - New Admission Criteria support:
    - Wound Care Task Force
    - Telemetry and Vent Program
    - Operating Room Programs

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000092

PROMISE_0000092

P003504

- Investor Relations portal and communication processes fully implemented
  - Currently 121 named members .  With potentially multiple parties within each named member (for example, Global Fund likely has 50 investors), the actual investor base is likely much larger.
  - Established web portal for dissemination of member communications and member specific document storage.  Effective vehicle to allow FP Board to communicate the settlement, ownership transfer and ongoing matters.

- Strategic Objectives:
  - Leverage long-standing relationships of current investor relations officer to build consensus for FP Board and member objectives;
  - Build upon the pattern of regular communications to more fully engage member interest.   Road Show dates, quarterly financial updates, annual meetings;
  - Fulfill Board objectives related to creating ownership liquidity and off-ramps;
  - Expanded role into developing sources of capital and debt financing for operating entities and real estate entities;

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000093

PROMISE_0000050
P003505

# Chief Financial Officer Report
## FP Designee Treasury Report

| FP Designee, LLC Treasury Report As of February 28, 2015 | Annual Budget | Current Status | | Notes on Payable Balances |
| --- | --- | --- | --- | --- |
| | | Cash Reconcilation | Payable to Third Parties | |
| **Income** | | | | |
| Interest Income | $ 6,000,000 | $ 4,583,333 | | |
| Other Income | - | 111,080 | | |
| Total Income | 6,000,000 | 4,694,413 | | |
| | | | | |
| **Expenses** | | | | |
| Audit Expense | 100,000 | - | - | |
| Tax Returns | 50,000 | - | - | |
| Legal Expense | 750,000 | 1,157,304 | - | |
| Directors Fees | 375,000 | 541,357 | - | |
| Investor Relations | 449,825 | 330,760 | 32,641 | Expense reports |
| Board Travel | 100,000 | 4,888 | - | |
| D&O Insurance | 240,092 | 240,092 | - | |
| Specialty Finance Partners | 1,500,000 | - | - | To be paid by Promise & Success |
| MTS Financial | 300,000 | 245,254 | 75,000 | One Quarterly Payment |
| Total expenses | 3,864,917 | 2,519,654 | 107,641 | |
| | | | | |
| Cash Book Balance | $ 2,135,083 | $ 2,174,759 | | |
| | | | | |
| Less: Payable to Third Parties | | (107,641) | | |
| | | | | |
| Net Cash after Payables | | $ 2,067,118 | | |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000094

PROMISE_00002594

P003506

# III.  Promise Healthcare Operations

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000095

PROMISE_0000095

P003507



# a. Facility Performance 2014 v. 2013

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000096

PROMISE_0000096

P003508

| EBITDAM by Facility - FYE (in millions) 12 Months | FYE 2013 Actual | FYE 2014 Actual | YTD 2014 Budget | 2014 Actual v 2013 Actual |
|---|---|---|---|---|
| **East Region** | **13.9** | **21.1** | **20.3** | **7.2** |
| Shreveport/Bossier | 5.3 | 9.9 | 9.3 | 4.7 |
| Shreveport | 0.7 | 4.4 | 3.7 | 3.7 |
| Bossier | 4.6 | 5.5 | 5.5 | 0.9 |
| Baton Rouge | 6.9 | 5.5 | 7.9 | (1.3) |
| Ascension (Main) | 2.9 | 2.3 | 3.6 | (0.6) |
| Baton Rouge HwH | 4.0 | 3.3 | 4.3 | (0.7) |
| Florida | 0.3 | 3.7 | 1.0 | 4.5 |
| Villages | 0.3 | 5.2 | 3.8 | 4.8 |
| Miami | - | (0.3) | (1.4) | (0.3) |
| Ft. Myers | - | (1.2) | (1.4) | |
| Other | 1.4 | 1.9 | 2.2 | 0.5 |
| Miss Lou | 1.2 | 1.3 | 1.6 | 0.1 |
| Vicksburg | 0.2 | 0.6 | 0.6 | 0.4 |
| **West Region** | **14.1** | **21.1** | **20.9** | **7.0** |
| Western Office | | (0.5) | (0.5) | (0.5) |
| Los Angeles | 11.6 | 15.5 | 13.6 | 3.9 |
| Suburban | 10.4 | 14.7 | 11.3 | 4.3 |
| East LA | 1.2 | 0.8 | 2.4 | (0.4) |
| Salt Lake City | 4.5 | 5.9 | 5.6 | 1.4 |
| Salt Lake | 4.5 | 5.9 | 5.6 | 1.4 |
| Others | (2.0) | 0.3 | 1.7 | 2.2 |
| Phoenix | (0.2) | 0.7 | 0.9 | 0.9 |
| San Diego | (1.8) | (0.5) | 0.8 | 1.3 |
| **Total West** | **28.0** | **42.2** | **41.2** | **14.2** |
| **Promise I Facility Level EBITDAM** | **28.0** | **42.2** | **41.2** | **14.2** |
| Ruby Region | | | | |
| Promise II | | | | |
| Promise I | | (0.6) | 3.5 | (0.6) |
| **Bridge to EBITDA** | | | | |
| **Promise 1** | | | | |
| Less: Corporate Expenses at Promise 1 | (15.0) | (13.8) | (14.3) | 1.2 |
| Plus: Other | | 0.0 | | 0.0 |
| Plus: Rent at Owned Facilities | 3.9 | 3.5 | 3.4 | (0.4) |
| Plus: Deferred Rent at Miami | 1.9 | 1.3 | | (0.6) |
| Less: Real Estate Company Expenses | (2.2) | (1.5) | | 0.7 |
| Overland Park LTACH | - | 0.4 | 0.5 | 0.4 |
| Overland Park SNF | - | 0.4 | 0.7 | 0.0 |
| Wichita Falls LTACH | - | 0.3 | 0.9 | 0.3 |
| Wichita Falls SNF | - | (0.5) | 0.2 | (0.5) |
| Dallas | - | (0.6) | 0.5 | (0.6) |
| Houston | - | (0.6) | 0.6 | (0.6) |
| **Promise EBITDAM** | **28.0** | **41.6** | **44.7** | **13.6** |
| Adjustment to Corporate Budget | - | - | (2.6) | - |
| **Promise EBITDAM** | **28.0** | **41.6** | **42.1** | **13.6** |
| **Promise II** | | | | |
| Less: Regional Office and Allocation | | (1.0) | (1.5) | (1.0) |
| Plus: Equipment Rentals | | 0.0 | | 0.0 |
| **Total of Bridge** | **(11.4)** | **(11.5)** | **(12.4)** | **(0.1)** |
| **ProForma EBITDA** | **16.6** | **30.1** | **29.6** | **13.5** |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000097

P003509

# b.  2015 Budget – 2016-2019 Projection

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000098

PROMISE_0000098

P003510

# Promise Plan
# EBITDAM by Facility 5 year projection

| EBITDAM by Facility - Annual Trend | 2013 | 2014A | 2015B | 2016P | 2017P | 2018P | 2019P |
|---|---|---|---|---|---|---|---|
| **East Region** | | | | | | | |
| Shreveport/Bossier | 5.3 | 9.9 | 8.7 | 7.9 | 8.0 | 8.2 | 8.5 |
| Shreveport | 0.7 | 4.4 | 3.4 | 2.9 | 3.0 | 3.1 | 3.2 |
| Bossier | 4.6 | 5.5 | 5.5 | 5.0 | 5.0 | 5.1 | 5.3 |
| Baton Rouge | 6.9 | 5.5 | 6.4 | 5.6 | 5.9 | 6.1 | 6.5 |
| Ascension (Main) | 2.9 | 2.3 | 3.1 | 2.5 | 2.8 | 2.9 | 3.1 |
| Baton Rouge HwH | 4.0 | 3.3 | 3.3 | 3.1 | 3.1 | 3.2 | 3.4 |
| Florida | 0.3 | 3.7 | 7.1 | 17.1 | 18.5 | 22.2 | 23.7 |
| Villages | (0.3) | 5.2 | 6.1 | 6.0 | 6.0 | 6.2 | 6.7 |
| Miami | | (0.3) | 0.2 | 5.6 | 6.2 | 8.0 | 8.7 |
| Ft. Myers | | | | | | | 8.8 |
| Others | 1.4 | 1.9 | 2.2 | 1.2 | 1.2 | 1.4 | 1.5 |
| Miss Lou | 1.2 | 1.3 | 1.5 | 0.9 | 0.9 | 1.0 | 1.0 |
| Vicksburg | 0.2 | 0.6 | 0.7 | 0.3 | 0.3 | 0.4 | 0.5 |
| Regional Office | | | (0.8) | (0.8) | (0.8) | (0.8) | (0.8) |
| **Total East** | 13.9 | 21.1 | 23.6 | 31.0 | 32.8 | 37.1 | 39.4 |
| **West Region** | 2013 | 2014A | 2015B | 2016P | 2017P | 2018P | 2019P |
| Los Angeles | 11.6 | 15.5 | 17.8 | 17.7 | 18.1 | 18.2 | 18.5 |
| East LA | 1.2 | 0.8 | 1.6 | 1.5 | 1.8 | 1.8 | 2.0 |
| Suburban | 10.4 | 14.7 | 16.2 | 16.1 | 16.3 | 16.4 | 16.5 |
| Salt Lake City | 4.5 | 5.9 | 6.4 | 6.2 | 6.3 | 6.3 | 6.3 |
| Salt Lake | 4.5 | 5.9 | 6.4 | 6.2 | 6.3 | 6.3 | 6.4 |
| Others | (2.0) | 0.3 | 2.0 | 1.7 | 1.8 | 1.9 | 1.9 |
| Phoenix | (0.2) | 0.7 | 1.0 | 0.9 | 1.0 | 1.0 | 1.0 |
| San Diego | (1.8) | (0.5) | 1.0 | 0.8 | 0.8 | 0.9 | 0.9 |
| Regional Office | (0.5) | (0.8) | (0.8) | (0.8) | (0.8) | (0.8) | (0.8) |
| **Total West** | 14.1 | 21.1 | 25.4 | 24.9 | 25.5 | 25.7 | 26.0 |
| **East / West Total** | 28.0 | 42.2 | 49.0 | 55.9 | 58.3 | 62.8 | 65.4 |
| **Ruby Region** | 2013 | 2014A | 2015B | 2016P | 2017P | 2018P | 2019P |
| Overland Park LTACH | | 0.4 | 0.8 | 0.8 | 0.6 | 0.7 | 0.8 |
| Overland park SNF | | 0.4 | 0.8 | 0.8 | 0.8 | 0.9 | 1.0 |
| Wichita Falls LTACH | | 0.3 | 1.0 | 0.6 | 0.6 | 0.7 | 0.8 |
| Wichita Falls SNF | | 0.5 | 0.5 | 0.3 | 0.3 | 0.3 | 0.4 |
| Dallas | | 3.9 | 1.6 | 1.2 | 1.3 | 1.4 | 1.5 |
| Houston | | (0.6) | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| **Total Ruby** | | (0.6) | 4.9 | 3.6 | 3.8 | 4.2 | 4.8 |
| **EBITDAM: East / West & Ruby Total** | 28.0 | 41.6 | 53.9 | 59.4 | 62.0 | 67.0 | 70.2 |
| **Bridge to EBITDA** | 2013 | 2014A | 2015B | 2016P | 2017P | 2018P | 2019P |
| **Promise 1** | | | | | | | |
| Less: Corp. Exp. at Promise 1 (excludes non-recurring) | (15.0) | (13.8) | (15.3) | (16.0) | (16.7) | (17.4) | (18.3) |
| Plus: Other | - | 0.0 | - | - | - | - | - |
| Plus: Rent at Owned Facilities | 3.9 | 3.5 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 |
| Less: Deferred Miami Rent | 1.9 | 1.3 | - | - | - | - | - |
| Less: Real Estate Company Expenses | (2.2) | (1.5) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) |
| **Promise II** | | | | | | | |
| Less: Regional Office and Allocation | - | - | (1.0) | (1.1) | (1.1) | (1.1) | (1.1) |
| Plus: Equipment Rentals | - | - | 0.0 | | | | |
| **Total of Bridge** | (11.4) | (11.5) | (13.1) | (13.8) | (14.5) | (15.2) | (16.1) |
| **EBITDA** | 16.6 | 30.1 | 40.8 | 45.6 | 47.5 | 51.8 | 54.1 |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000099
PROMISE_0000099
P003511



## C. Market Analysis and Initiatives for Admission Criteria

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Promise Hospital of Shreveport/Bossier
# January 2016 Cost Report

Overview: Two free-standing LTACHs.  Real estate owned by Promise. Behavioral Health and Addiction Medicine Unit Patient Mix in Shreveport. Promise has 49% share of LTACH beds in market.

**Strengths:**
- Wound care program with Wound Care Associates ("WCA")
- Addiction Medicine Program
- Clinical Staff
- Willis Knighton dominant healthcare system affiliation
- Experienced medical staff

**Weakness:**
- Aging physical plant  - Shreveport
    - Decentralized floor plan
    - Infrastructure has high maintenance costs
- Physician and vendor payment history has weakened relationships
- Competition (Lifecare) located on campus of Willis Knighton system hospitals

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000101

PROMISE_0000001

P003513

**Opportunities**

- Increase high acuity patients
    - Upgrade ICU capability
    - Neuro-trauma program with University Hospital

- Enhance relationships with Willis Knighton Health System and University Hospital
    - Pulmonary relationship with University Hospital

- Diversification Opportunities in the Post-Acute Continuum
    - Inpatient hospice
    - Skilled nursing ("SNF")
    - Partial hospitalization Program (psych)
    - Employee Pharmacy Program
    - Infusion Therapy Program
    - Anti-aging program

- Educate referral sources and physicians on patient admission criteria

- Increase Outpatient wound care development

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000102

PROMISE_0000002
P003514

# Promise Hospital of Shreveport/Bossier January 2016 Cost Report

**Threats**
- Area SNFs increasing acuity capability
- Managed Medicare results in lower rates and denials for admission

**Capital Requirements**
- Shreveport building maintenance
    - o Replace Phone system; roof repair, air handler in ICU and cafeteria etc.
    - o Vents and IV pumps
    - o Wound care equipment

**Managed Care Initiatives**
- Bayou Health Plan
- Negotiate additional rates for Addiction Medicine

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

Overview: Three locations in market: One HiH in Baton Rouge General ("BRG"), one HiH in Ochsner, Free Standing near Our Lady of the Lake ("OLOL") – largest acute care hospital in the market.

**Strengths**
- 70% of market LTACH census
- Experienced medical staff
- Strong relationship with BRG medical leadership.
- Growing relationship with Our Lady of the Lake ("OLOL")

**Weaknesses**
- Payment history has caused
  - In House lab periodically closed due to lack of supplies, testing outsourced at higher costs
  - Host hospitals complain when bills go unpaid – erodes support
- Managed care penetration reduces pricing for services
- Electronic Medical Record

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000104

PROMISE_0000264

P003516

**Opportunities**
- Pulmonary care
    - Implement Virtual ICU program to enhance relationship with OLOL large pulmonary group

- Educate referring hospitals and physicians on patient admission criteria

- Diversification Opportunities
    - Manage or acquire BRG in-house SNF
    - Outpatient
        - Rehab
        - Wound Care
        - Anti-Aging

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

**Threats**
- SNFs compete for higher acuity patients
- BRG closing Emergency Department effective April 2015

**Capital Needs**
- Installation of virtual ICU units (6)
- Bronchoscopes for higher acuity patients
- IV pumps
- Ventilators

PROMISE_0000106

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000006

P003518

Case 15-51014-KMS   Doc 194-1   Filed 04/18/19   Page 54 of 142

# Promise Hospital of Miss Lou
# Cost Report Year January 2016

Overview: Freestanding LTACH owned by Promise, location opened in 2009. Minority physician ownership in real estate and operations.

**Strengths**
- Physical plant
- 8 bed ICU
- Experienced medical staff
- Expense management
- Outpatient rehab program

**Weaknesses**
- Medically complex patients out-migrate
- Rural market
- Limited pulmonology
    - o   Recruitment to rural area

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000107

PROMISE_0000007
P003519

**Opportunities**
- Expand outpatient services
  - Wound Care with hyperbarics
  - Physical therapy
- Educate hospital and physician referral sources on patient admission criteria

- Physician recruitment
- Develop programs in post-acute continuum
  - o Hospice
  - o Correctional in-patient program
  - o Home Health
  - o Vent/Dialysis Inpatients
    - Medically complex
- Meet with MD partners to explore options
- In discussion with Riverland Hospital for partnership

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000108
PROMISE_0002608
P003520

**Threats**
- Local critical access hospital competes by keeping patients in swing beds
- Market population declining

**Capital Needs**
- Specialized mattresses
- IT needs to be addressed by corporate
- Virtual ICU needed (4)

**Managed Care Issues**
- BC/BS
- MS Medical does not pay for LTACH services, LA Medicaid is $521 per diem
- Humana

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000109

PROMISE_0000600
P003521

Overview:  Small rural community hospital leased LTACH.  Isolated campus of the only general hospital in the area (River Region).  Large Medicare payor mix.

**Strengths**
- Experienced medical staff
- Good expense control
- Patient satisfaction rate

**Weaknesses**
- Pulmonologists reluctant to cover off-site LTACH
- Physical plant
- Rural market
- Jackson MS, major medical market has local LTACHs

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000110

PROMISE_0000010

P003522

**Opportunities**
- Option to relocate within River Region
    Educate hospital and physicians on  patient admission criteria
    Re-location  for higher acuity patients
    Required for the long term viability of the LTACH,
    - Loss of LTACH in the community hurts stakeholders
        - General Hospital loses rent, sale of ancillary services and experiences longer/inefficient lengths of stay

- Expanding Department of Correction Program
- Physician growth

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

**Capital Needs**
- Move current telemetry to main campus
- Low air mattresses
- Bladder Scan
- Vents
- Virtual ICU (4)

**Managed Care**
- New BC/BS contract executed November 2014

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000112

PROMISE_0000012

P003524

Overview:  Freestanding LTACH, owned by Promise.  Located in the largest retirement community east of the Mississippi.

**Strengths**
- Clinical staff
- High occupancy
- Operating margin: 25%
- Volunteer program
- CON state

**Weaknesses**
- Recruiting nursing staff
- Electronic medical record
- Distant from larger hospitals
- Lack of diagnostic equipment

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000113

PROMISE_0000013

P003525

**Opportunity**
- Educate physicians and hospital referral sources on patient admission criteria
- Expand hospital referral base to attract more ventilator and high acuity patients
  - Target large general hospitals
    - Ocala Regional
    - Orlando Hospitals
    - Shands/Gainesville

- Nursing staff recruitment
  - St Alexius School and USF
- Diversification Opportunities
  - Outpatient surgery
  - Anti-Aging Programs
- Increase beds from 40 to 60 when moratorium is lifted September 2017

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000114

PROMISE_0000114
P003526

**Capital needs**
- Surgical equipment and CT Scanner
- Virtual ICU (4)

**Managed Care**
- United Health Care Managed Medicare
- Florida Medicaid eligible

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000115

PROMISE_0000115

P003527

Overview:  Promise owned 60 bed free-standing facility.  Initiated service in January.

**Strengths**
- Lee Memorial Health system
  - LTACH medical leadership aligned within Lee
  - Medical Director is critical care intensivist
  - Well-staffed with pulmonologists
  - Chief Clinical Officer is former Lee Memorial ICU nurse manager

- Only one other LTACH within 100 miles FL southwest coastline
- Experienced Promise CEO

**Weakness**
- Community unfamiliar with LTACH services
- Electronic Medical Record

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

**Opportunities**
- Demonstration period completed by August 2015
- Educate hospital and physician community on patient admission criteria
- 148 ICU beds in market.


- Diversification
    - o Outpatient surgery

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

**Threats**
- LTACH in Naples

**Capital needs/requests**
- Ventilators, endoscope cleaner, bronchoscopes

**Managed Care**
- Blue Cross/Blue Shield
- United

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000118

PROMISE_0000018
P003530

Overview: Promise owned 60 bed free-standing facility.

**Strengths**
- Location
- Experienced management  team
- Experienced medical staff leadership

**Weaknesses**
- Electronic Medical Record

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

**Opportunities**

- Educate physicians and hospitals on patient admission criteria
- Diversification
  - o Outpatient Surgery
  - o Outpatient Rehab
  - o Anti-Aging Clinic

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

**Capital Request**
- Surgical instrumentation, CT Scanner, bronchoscopes, ventilators

**Managed Care**
- Key targets
    - Leon Group
    - VA and Workers' Compensation

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Promise Hospital of Suburban/East Los Angeles
# Cost Report Year June 2016

Overview: Two leased campuses: large multifunctional freestanding hospital in Paramount, freestanding facility in East LA.

**Strength**
- Experienced management team
- Loyal medical staff
- Suburban
  - o Location
  - o Physical plant
  - o Digital out-patient imaging program
  - o Full service ancillaries
- Large patient base supports economies of scale

**Weaknesses**
- Physician and vendor payment history has weakened relationships
- Electronic Medical Record

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

**Opportunities**
- Relocate East LA facility to Success' Silver Lake Medical Center
  - o Improved physical plant
  - o Better patient demographics
  - o Keep building lease payments within the system
  - o Increased referrals from host

- Diversification at Suburban
  - o Outpatient Surgery and Interventional Radiology
  - o Wound care and Hyperbarics
  - o Anti-aging clinic
  - o SNF and Sub-Acute programs

- Educate hospitals and physicians on patient admission criteria
- Emphasis on pulmonary and other high acuity inpatients
  - o Recruit 5 additional pulmonologists

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY
PROMISE_0000123
PROMISE_0000623
P003535

# Promise Hospital of Suburban/East Los Angeles Cost Report Year June 2016

**Threats**
- Rate reduction for Medicare/MediCal
- Promise potential exclusion from narrowing market networks and integrated healthcare systems
    - Vivity

**Capital Needs**
- Old medical equipment replacement and new medical equipment for surgical, ultrasound, ventilators, IV pumps, building maintenance and interventional radiology programs

**Managed Care**
- Work with managed care/ ACO networks
    - Blue Cross/Blue Shield
    - Humana
    - Aetna

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000124

PROMISE_0000124

P003536

# Promise Hospital of San Diego
# Cost Report Year January 2016

Overview:  Free standing facility, Promise owned, with 100 bed license, 54 LTACH beds and 46 leased to a behavioral health operator.

**Strengths**
- Full service ancillaries
- Airway management program
- Wound care program
- Experienced LTACH CEO

**Weaknesses**
- Current bed capacity underutilized
- Physical plant
- LTACH competitors in better locations

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

**Opportunities**
- Diversify in current location
    - Outpatient Surgery
    - Outpatient Wound care


- Educate hospital and physician referral sources on patient admission criteria
- Develop community programs for Hispanics and Vietnamese

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

**Capital Needs**
- Surgery HVAC and emergency generator, surgical instrumentation

**Managed Care**
- Aetna, Humana, Blue Cross/Blue Shield

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Promise Hospital of Phoenix
# Cost Report Begins June 2016

Overview: 48 bed LTACH is sole lessor in large general hospital.

**Strengths**
- Physician loyalty
- Vent weaning program
- Clinical staff

**Weaknesses**
- Remainder of physical plant vacant

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000128
PROMISE_0000028
P003540

**Opportunities**
- Potential move to a new physical plant
- Stay in current location with sublease from new master tenant
- Extend term on building lease to include Cap-X subsidies from landlord
- Educate physicians and hospitals on patient admission criteria
- Explore United Healthcare relationship to serve lower acuity patients at reduced rates
- Market vibrant campus
    - PR campaign with story boards  identifying future improvements

- Post-acute diversification
    - Affiliation with Symphony SNF
    - Outpatient Services
        - Wound Care
        - Surgery
        - AMU
        - Behavioral Health

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

**Threats**
- Competition
  - Over-bedded LTACHS
  - Super SNFs in market

**Managed Care**
- United
- Humana
- Blue Cross/Blue Shield

**Capital Needs**
- Bi-paps
- Defibrillator
- Kitchen equipment
- Nurse call
- Roof repair
- Ventilators

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000130

PROMISE_0000630
P003542

## Overview:  Leased 40 bed HiH in the Intermountain Healthcare System

**Strengths**
- Experienced executive team
- Experienced medical staff
- Clinical excellence
- Intermountain Healthcare System affiliation

**Weaknesses**
- Limited private rooms
- Telemetry not available in all rooms

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000131

PROMISE_0000301

P003543

# Promise Hospital of Salt Lake
# Cost Report Year February 2016

**Opportunities**
- Educate all referral sources –hospitals and physicians on patient admission criteria
- In discussion with Intermountain to convert to all private rooms

**Threats**
- Specialized vent units opening in general hospitals
- Managed care plans reducing rates

**Capital Needs**
- Telemetry to all rooms
- Medical equipment
  - Ventilator
  - IV pumps

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000132
PROMISE_0000132
P003544

Overview:  Free standing 66 bed leased facility

**Strengths**
- Location
- Global Prime physicians
- Physical plant recently renovated
- Market has an abundance of ICU beds in general hospitals

**Weaknesses**
- Semi-private rooms
- Lacks sophisticated diagnostic equipment
- Facility does not regularly treat high acuity
  patients
  - o  Lack of pulmonologists
  - o  Clinical staff lacks experience

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

**Opportunities**
- Pulmonary group recruited for May 2015
- Open house for the professional community q2 2015
    - o  Highlight facility renovations and high occupancy unit
- Educate hospital and physician groups on patient admission criteria
- Diversify service
    - o  Hyperbarics and out-patient wound care
    - o  Anti-aging
    - o  Infusion therapy

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

**Threats**
- UGH closed
- 20 LTACHs in market

**Managed Care**
- United Healthcare
- Humana
- Cigna
- Aetna

**Capital Needs**
- Landlord funded 5 year capital improvement program
- Medical equipment
    - o Bronchoscopes
    - o Cautery
    - o Vents
    - o IV Pumps

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000135

PROMISE_0000635
P003547

Overview: Leased free-standing facility.

**Strengths**
- Loyal medical staff

**Weaknesses**
- Family based medical staff
- Physical plant
- Location

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000136
PROMISE_0000636
P003548

**Opportunities**
- Landlord will release Promise from building lease if relocation is available
- New CEO starting March 2015
- Increase services in procedure room
- Recruit pulmonologist and intensivists

- Diversify within the facility
  - Outpatient services
    - Wound Care
- Educate hospital and physician referral sources on patient admission criteria

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000137

PROMISE_0000037

P003549

**Threats**
- 23 LTACHs in market

**Managed Care**
- Contracts needed with key insurers
  - BC/BS Humana, United

**Capital Needs**
- Landlord has made 5 years commitment for Cap-X improvements
- Outfit procedure room for additional revenue

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000138

PROMISE_0000638
P003550

Overview:  Combined LTACH and SNF leased facility.

**Strengths**
- 4 bed ICU
- Co-located SNF and LTACH
- Nearby regional trauma center

**Weaknesses**
- Overly dependent on one referral source
  United Regional Medical Center
- Electronic medical record
- Semi-private rooms
- Talent pool restricted

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000139

PROMISE_0000139
P003551

**Opportunities**
- Expand market catchment area
  - Re-tool marketing team
- Improve relationship with United Regional Medical Center
- Target Lawton OK and other Texoma hospitals for additional referrals
- Focus on high acuity patients
  - Recruit Pulmonologist
- Continue building synergy between LTACH and SNF
- Diversify services
  - Outpatient wound care
- Educate hospital and physician referral sources on patient admission criteria
- Outside audit to evaluate coding and billing effectiveness (SNF)

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

**Threats**
- United Regional is partial owner of Health South

**Capital Needs**
- Landlord committed to 5 year capital improvement plan

**Managed Care**
- Aetna, Humana, United

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000141

PROMISE_0000041

P003553

Case 16-34233-KLT Doc 232-1 Filed 09/28/18 Page 89 of 142

# Promise Hospital and Skilled Nursing Facility of Overland Park Begins Cost Report Period June 1, 2016

Overview: Combined leased LTACH and Skilled Nursing Facility ("SNF")

**Strengths**
- Only ventilator dependent unit in the region (SNF)
- Co-located LTACH and SNF
- Stable performance
- Experienced management team

**Weaknesses**
- Lack of pulmonologists
- Semi-private rooms

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000142

PROMISE_0000942

P003554

**Opportunities**

- LTACHS
  - o Two new pulmonary groups recruited
  - o Treat higher acuity patients
    - ▪ Develop high observation unit for higher acuity patients
  - o Evaluate re-location within the St. Luke's system
  - o Educate physician and referral sources on patient admission criteria

- SNF
  - o Outside audit to evaluate coding and billing effectiveness (SNF)

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Promise Hospital and Skilled Nursing Facility of Overland Park Begins Cost Report Period June 1, 2016

**Threats**
- Lack of pulmonologists

**Capital Needs**
- Landlord committed to 5 year capital improvement plan
- Telemetry required for new HOU unit

**Managed Care**
- Appeal to state to re-base Medicaid rates for tracheostomy patients (SNF)
- LTACH
  - o Aetna
  - o BC/BS
  - o CIGNA
  - o Humana

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Ruby Division

**Overland Park**

- LTACH
    - New pulmonologist recruited, resulting in higher census and higher acuity patients
    - Expand capacity for ventilator patients
    - New beds reduce rental costs
    - Replace outsourced rehab services
    - CDM analysis resulting in higher revenue
    - Reduction of contract labor
    - Cultural and revenue improvements due to capital improvements and renovations

- SNF
    - Increase on ventilator patients
    - Reduction contract labor
    - Reduction of rental cost due to capital purchases

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Ruby Division

**Houston**

- New CEO starting in March
- Change focus of medical staff from "family medicine" to pulmonology and intensive care
- Diversify by establishing procedure room
- CDM analysis resulting in higher revenue
- Blue Cross contract executed  -- increased volume and rates
- Negotiating contract with United Healthcare
- Reduce rental cost by acquiring beds

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000146

PROMISE_0000046
P003558

# Ruby Division

**Wichita Falls**

- LTACH
  - o   Redirect pulmonologist to increase higher acuity patients
  - o   Educate physicians on documentation improvement resulting in higher acuity recognition
  - o   CDM analysis resulting in higher revenue
  - o   Elimination of therapy contracts
  - o   New beds reduce rental costs

- SNF
  - o   Revenue cycle analysis conducted resulting in need for education of documentation leading to higher revenue
  - o   New beds reduce rental costs
  - o   Elimination of therapy contracts

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000147

PROMISE_0000047
P003559

# Ruby Division

**Dallas**

- New LTACH CEO familiar with market, will redirect volume
- 3 pulmonologists starting in May increasing acuity and patient volume
- Better commercial insurance rates
- WCA brought in to improve documentation resulting in improved revenue.
- Decrease contract labor by stabilizing labor force
- CDM analysis resulting in higher revenue
- Reorganizing marketing team
- Negotiating contract with United Healthcare
- Wellness & anti-aging

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY



# d. Admission Criteria Strategy

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000149

PROMISE_0000549

P003561

# Admission Criteria

**LTACH Legislation**
- o LTACH Patient Criteria passed in late December 2013 as part of Budget bill effective Q4 2015

**LTACH Rates for patients with;**
- o 3 day prior short term acute hospital ICU/CCU stay or
- o Ventilation patients for > 96 hours in the LTACH

**Other medically complex patients receive "site neutral" rates which calculate at 70% of LTACH rates. The technical calculation is the lesser of:**

The cost of care for that patient or the pro rated short term DRG up to the full DRG amount.

Two Year Phase in for 2016 -2017 for site –neutral patients will be reimbursed at a blended rate 50% LTACH and 50 % site – neutrality reimbursement.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000150

PROMISE_0000000

P003562

# Promise Admission Criteria Timing

| | |
|---|---|
| PROMISE HOSPITAL OF SAN DIEGO | JANUARY 1, 2016 |
| PROMISE HOSPITAL OF SHREVEPORT | JANUARY 1, 2016 |
| PROMISE HOSPITAL BATON ROUGE HIH | JANUARY 1, 2016 |
| PROMISE HOSPITAL OF MIS LOU | JANUARY 1, 2016 |
| PROMISE HOSPITAL OF SALT LAKE | FEBRUARY 1, 2016 |
| PROMISE HOSPITAL BATON ROUGE | APRIL 1, 2016 |
| PROMISE HOSPITAL OF DALLAS | JUNE 1, 2016 |
| PROMISE HOSPITAL OF HOUSTON | JUNE 1, 2016 |
| PROMISE HOSPITAL OF WICHITA FALLS | JUNE 1, 2016 |
| PROMISE HOSPITAL OF OVERLAND PARK | JUNE 1, 2016 |

March 4, 2015

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Promise Admission Criteria Timing

| | |
|---|---|
| PROMISE HOSPITAL OF EAST LA | JUNE 1, 2016 |
| PROMISE HOSPITAL OF PHOENIX | JUNE 1, 2016 |
| PROMISE HOSPITAL OF FLORIDA THE VILLAGES | JULY 1, 2016 |
| PROMISE HOSPITAL OF VICKSBURG | JULY 1, 2016 |
| PROMISE HOSPITAL OF FT MYERS | SEPTEMBER 1, 2016 |
| PROMISE HOSPITAL OF MIAMI | SEPTEMBER 1, 2016 |
| | |
| | |
| | |
| | |
| | |

March 4, 2015

98

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Promise Admission Criteria Strategy

**1. Educate Leadership:**
- CEO's
- Key Management
- Physicians
- Host Referral Sources

**2.  Educate Referring Physicians** :
- Educate  Referring Physicians with the emphasis on critical care MD's and Pulmonary Specialty MD's

**3. Certification Program:**
- Designed to Evaluate and Train Physicians , Key Personnel on Site-Neutral Patients

**4.  ICU Bed Review:**
- By Market
- By Location
- By Referral Strategy

**5. Corporate Admission Advisor** :
- Identify and Hire an Admission Advisor that will review all referrals prior to Admission

**6.  90 Days Prior to Criteria** :
- Review plan
- Educate  Key Management , Personnel and  Physicians
- Implement plan

March 4, 2015

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000153

PROMISE_0000263

P003565

CONFIDENTIAL - ONLY - CONFIDENTIAL - Page 101 of 142

# Promise Admission Criteria Strategy

7. **Admission Criteria Facility Call:**
   - Each Facility to Review Admission Criteria Implementation Plan with Key Corporate Leadership Monthly and Facility Visits

8. **Referral Source Marketing and Development :**
   - CEO, President, and EVPs to attend Key Referral Source Meetings to Review Qualitative and Quantitative benefits of relationships

9. **Market Diversification Plan by Facility:**
   - Approved Q2 2015

10. **Cap-X Requirements:**
    - Ventilators
    - IV Pumps
    - Telemetry Units

11. **Individual CEO meetings August- September**

March 4, 2015

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000154

PROMISE_0000054

P003566



# e. Pharmacy Initiatives 2014

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000155

PROMISE_0000055

P003567

# Promise Pharmacy Initiatives 2015

- Implement Cost Savings Initiatives
    Formulary Management
    Clinical Protocals
    Contract Compliance

- Renegotiate Wholesaler Agreement for cost of goods discount

- Implement Pyxis Technology at Shreveport/Bossier, Vicksburg, Miami Lakes

- Continue to develop antibiotic stewardship program in conjunction with medication utilization management program

- Develop plan to establish retail pharmacy for anti-aging program

- Provide medication for employees

**March 4, 2015**

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000056
P003568



# f. Capital Expenditures

PROMISE_0000157

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000157

P003569

# Promise Capital Expenditures

| Capital Expenditures | | |
|---|---|---|
| **East** | Shreveport | 402,949 |
| | Bossier | 298,876 |
| | Baton Rouge | 40,000 |
| | Ascension | 168,246 |
| | Miss Lou | 62,500 |
| | Vicksburg | 73,295 |
| | Villages | 920,690 |
| | Fort Myers | 233,100 |
| | Miami Lakes | 319,000 |
| | **Total East** | **2,518,656** |
| **West** | Salt Lake City | 665,534 |
| | Suburban / East Los Angeles | 1,123,212 |
| | Phoenix | 603,714 |
| | San Diego | 2,987,500 |
| | **Total West** | **5,379,961** |
| **Ruby** | Dallas | 908,622 |
| | Houston | 308,489 |
| | Wichita Falls SNF | 195,000 |
| | Wichita Falls LTAC | 228,789 |
| | Overland Park SNF | 438,481 |
| | Overland Park LTAC | 1,282,458 |
| | **Total Ruby** | **3,361,839** |
| **Summary** | Facilities (East, West, and Ruby) | 11,260,456 |
| | Funded by Landlords | (1,876,815) |
| | **Total CapEx Needs of Facilities** | **9,383,642** |
| | Vow Wellness | 180,000 |
| | Corporate (primarily VDI and EHR) | 4,275,000 |
| | **Total CapEx Needs of Promise** | **13,838,642** |

March 4, 2015

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000158
PROMISE_0000008
P003570



# g. Growth – Wellness and Anti-Aging

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Wellness and Anti-Aging Program

**Wellness and Anti-Aging Program**

- Objective
  - Create a wellness and anti-aging hospital based platform, using Promise/Success Healthcare facilities
- Goal
  - Create an additional revenue stream leveraging Promise and Success brand and confidence the public has in these institutions
- Structure
  - Independent entity named "VOW" – a Promise Healthcare Hospital Company
- Services
  - Wellness related services:
    - supplements and nutrients
    - weight management
  - Age Management
    - Biodentical Hormone replacement therapy ("BHRT"), Vitamin IV drips
  - Aesthetics
    - Botox, Juvederm, Face Peels
    - Cosmetic related products
  - Rejuvenative medicine
    - Platelet rich plasma ("PRP")
    - Stem cell therapies and infusion

March 4, 2015

106

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Wellness and Anti-Aging Program

- Markets
  - o Dallas
  - o Los Angeles (2)
  - o Miami
- Leadership
  - o 3 Medical Directors reporting to Promise President
  - o VOW – Director of Operations
- Current Status
  - o 3 Chief Medical Directors ("CMOs") in place (East, West, Corporate)
    - Strategy session set for April
    - Short term consulting agreement to be executed
  - o Marketing firm engaged in a short term agreement
- Due Diligence
  - o Conducted an national industry analysis
  - o Demographic study of Company's markets
- Timeline
  - o Planning  60 days
    - Program design and setup
  - o Hire and Train 90-120 days
    - Staff and physicians
  - o Implementation September/October

March 4, 2015

107

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY



# IV.  Success Healthcare Operations

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000162

PROMISE_00002662

P003574



# a. Facility Performance

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000163

PROMISE_0000163

P003575

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Success Healthcare Overview
# EBITDAM by Facility – Q4 Actual to Projected

(in USD millions)

|  | Actual Q4 | Projected Q4 | Actual to Projected Comparison | 2014 Actual | 2014 Budget | Actual vs Budget |
|---|---|---|---|---|---|---|
| **St Alexius** | | | | | | |
| Revenue | 15.1 | 16.3 | (1.2) | 58.5 | 64.4 | (5.9) |
| Expenses | 13.0 | 15.3 | (2.3) | 55.0 | 61.4 | (6.4) |
| **EBITDAM** | **2.1** | **0.9** | **0.4** | **3.5** | **3.0** | **0.5** |
| **Silver Lake Medical Center** | | | | | | |
| Revenue | 17.7 | 17.1 | 0.6 | 71.2 | 67.8 | 3.4 |
| Expenses | 16.0 | 15.8 | 0.2 | 63.9 | 62.7 | 1.2 |
| **EBITDAM** | **1.7** | **1.3** | **4.3** | **7.3** | **5.1** | **2.2** |
| **TOTAL** | | | | | | |
| **Revenue** | **32.8** | **33.4** | **(0.6)** | **129.7** | **132.2** | **(2.5)** |
| **Expenses** | **29.0** | **31.1** | **(2.1)** | **118.9** | **124.1** | **(5.2)** |
| **EBITDAM** | **3.8** | **2.2** | **1.5** | **10.8** | **8.1** | **2.7** |
| **Bridge to EBITDA** | | | | | | |
| Less: Corporate Expense | 0.1 | (0.4) | 0.5 | (2.3) | (2.5) | 0.2 |
| Plus: Rent Adjustment | 0.5 | 0.5 | 0.0 | 1.9 | 2.2 | (0.3) |
| (owned facilities) | | | | | | |
| **EBITDA** | **4.4** | **2.3** | **2.0** | **10.4** | **7.8** | **2.6** |

PROMISE_0000164

P003576

# Success Healthcare Overview
# EBITDAM by Facility – 2014 YE

(In USD millions)

| | Actual | | Budget | Comparison Actual to | Comparison |
|---|---|---|---|---|---|
| | **2013** | **2014** | **2014** | **Budget** | **2014 to 2013** |
| **St Alexius** | | | | | |
| Revenue | 65.6 | 58.5 | 64.4 | (5.9) | (7.1) |
| Expenses | 57.7 | 55.0 | 61.4 | (6.4) | (2.7) |
| **EBITDAM** | **7.9** | **3.5** | **3.0** | **0.5** | **(4.4)** |
| **Silver Lake Medical Center** | | | | | |
| Revenue | 67.5 | 71.2 | 67.8 | 3.4 | 3.7 |
| Expenses | 61.9 | 63.9 | 62.7 | 1.2 | 2.0 |
| **EBITDAM** | **5.6** | **7.3** | **5.1** | **2.2** | **1.7** |
| **TOTAL** | | | | | |
| **Revenue** | **133.1** | **129.7** | **132.2** | **(2.5)** | **(3.4)** |
| **Expenses** | **119.6** | **118.9** | **124.1** | **(5.2)** | **(0.7)** |
| **EBITDAM** | **13.5** | **10.8** | **8.1** | **2.7** | **(2.7)** |
| **Bridge to EBITDA** | | | | | |
| Less: Corporate Expense | (2.4) | (2.3) | (2.5) | 0.2 | 0.1 |
| Plus: Rent Adjustment | 2.1 | 1.9 | 2.2 | (0.3) | (0.2) |
| (owned facilities) | | | | | |
| **EBITDA** | **13.2** | **10.4** | **7.8** | **2.6** | **(2.8)** |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000165

PROMISE_0000065

P003577

# Success Healthcare Overview
# 2014 Summary

**2014 COMPARED TO BUDGET**

- St. Alexius Hospital:

  - Reduction in Bad Debt Expense due to screenings in the ER
  - Expense Control Management - Salaries and Wages, Supplies and Repairs\Maintenance

- Silver Lake Medical Center:

  - Increase in revenues due to change in payer mix (Medicare increase)
  - Increase in MediCal DSH due to trailing historical base (SFY 12\13)
  - Increase in Med\Surg volume

**2014 v. 2013**

- St. Alexius Hospital:

  - Reduction in FRA vs. PY of $4mm
  - Reduction in EHR incentives of $.9mm

- Silver Lake Medical Center:

  - Growth in Surgeries and Med\Surg volumes
  - Increase in revenues due to change in payer mix (Medicare increase)

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000166

PROMISE_0000166

P003578

(in USD millions)

| | Historical | | | Budget | Projected | | | |
|---|---|---|---|---|---|---|---|---|
| | Audited 2012 | Audited 2013 | Pre-Audited 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| **St Alexius** | | | | | | | | |
| Revenue | 81.1 | 65.6 | 58.5 | 59.7 | 62.1 | 65.8 | 68.4 | 71.1 |
| Expenses | 74.4 | 57.7 | 55.0 | 57.4 | 58.9 | 60.8 | 62.6 | 64.8 |
| **EBITDAM** | **6.7** | **7.9** | **3.5** | **2.3** | **3.2** | **5.0** | **5.8** | **6.3** |
| **Silver Lake Medical Center** | | | | | | | | |
| Revenue | 62.3 | 67.5 | 71.2 | 72.9 | 77.7 | 81.3 | 84.2 | 87.3 |
| Expenses | 61.9 | 61.9 | 63.9 | 66.5 | 68.4 | 70.4 | 72.5 | 74.7 |
| **EBITDAM** | **0.4** | **5.6** | **7.3** | **6.4** | **9.3** | **10.9** | **11.7** | **12.6** |
| **TOTAL** | | | | | | | | |
| **Revenue** | **143.4** | **133.1** | **129.7** | **132.6** | **139.9** | **147.1** | **152.6** | **158.4** |
| **Expenses** | **136.3** | **119.6** | **118.9** | **123.9** | **127.3** | **131.2** | **135.2** | **139.5** |
| **EBITDAM** | **7.1** | **13.5** | **10.8** | **8.7** | **12.5** | **16.0** | **17.4** | **18.9** |
| **Bridge to EBITDA** | | | | | | | | |
| Less: Corporate Expense | (2.3) | (2.4) | (2.3) | (3.5) | (3.7) | (3.9) | (4.1) | (4.3) |
| Plus: Rent Adjustment | 2.1 | 2.1 | 1.9 | 2.1 | 2.1 | 2.1 | 2.1 | 2.1 |
| (owned facilities) | | | | | | | | |
| **EBITDA** | **6.9** | **13.2** | **10.4** | **7.3** | **10.9** | **14.2** | **15.4** | **16.7** |

**Notes:** Projections based on management estimates
Assumes capital projects are approved and implemented
Promise Hospital of East Los Angeles relocation to Silver Lake Medical Center projected start date of June 2016
Includes Electronic Health Record Payments 2012 - 2017
Assumes HQAF funding through 2019  Current approval through 2016  Only applicable in State of California

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY
PROMISE_0000167
P003579

# Success Healthcare Overview
# 2015 v. 2014 EBITDAM Summary

| | | | | |
|---|---|---|---|---|
| **ST. ALEXIUS HOSPITAL:** | | | | |
| | 2014 Final EBITDAM | | | $ 3.50 |
| | 2015 Operational Impact | | | |
| | EHR 2015 | | (0.7) | |
| | Medicaid OP | | (0.5) | |
| | FRA Decrease | | (0.4) | |
| | Medicare DSH loss | | (0.6) | |
| | Operational Efficiencies | | 1.0 | |
| | Subtotal | | | $ (1.20) |
| | 2015 Approved EBITDAM Budget | | | $ 2.30 |
| | | | | |
| **SILVER LAKE MEDICAL CENTER:** | | | | |
| | 2014 Final EBITDAM | | | $ 7.30 |
| | 2015 Operational Impact | | | |
| | LOS Impact due to payer mix shift | | 0.3 | |
| | EHR Growing Pains | | (0.6) | |
| | CPOE payment | | (0.5) | |
| | Spine Fellowship | | 0.7 | |
| | DSH Changes projected | | (1.0) | |
| | Ingleside fifth unit net (delay in capital) | | 0.7 | |
| | Increased expenses with new programs | | (0.5) | |
| | Subtotal | | | $ (0.90) |
| | 2015 Approved EBITDAM Budget | | | $ 6.40 |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000168

PROMISE_0000068

P003580



# b. Market Analysis and Initiatives

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000169

PROMISE_0000169
P003581

# Success Healthcare Overview
# St. Alexius Hospital – Critical Issues

- Market\Operations
  - Sole community provider in South St. Louis
  - Building primary care through sub-providers (Nurse Practionners)
  - Renegotiating managed care rates
  - Aged hospital technology and equipment (restricted capital)
  - Aged physical plant (restricted maintenance capital)
  - Lease 71 residency slots to SSM and SLU
  - Operate Lutheran School of Nursing graduating 86 students per year
    - Reapplying for Federal and State Certification
- Reimbursement Challenges
  - 2015 FRA\DSH reductions resulting from ACA 2015
    - Stabilizing after 2016
  - Medicaid Outpatient rate decline
  - No State Medicaid Expansion




St. Alexius Campus



Jefferson Campus

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000170

PROMISE_0000070
P003582

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Success Healthcare Overview
# St. Alexius Hospital – 2015 Key Strategic Initiatives

- Navigant Consulting Review and Assessment

    - Strategic market association for growth and development
    - Primary Care Physician growth and development

- Grow Primary Care Now program providing expansion of primary care physicians – referrals for specialists resulting in revenue increase.

- Psychiatric bed increase\Broadway Campus revival

    - Increase in $1.4mm NOI
    - Maintains licensed beds
    - Separates med\surg and psych
    - Development of Psychiatric ACO with State of Missouri

- Installation of hyperbaric medicine resulting in incremental EBITDAM of $500,000 annually

- Installation of an interventional Cath Lab resulting in an incremental 260 procedures and 60 admits

- Further development of product line specialty programs

    - New Start (Bariatric Surgery)
    - New Steps (Orthopedic)
    - New Reflections (Plastic Surgery)
    - New Confidence (Female incontinence – urology)

- Stroke Certification – Increasing Emergency Room admits

    - Collaboration with Tele Neurology (Mercy Healthcare)

PROMISE_0000171

PROMISE_0000171

P003583

# Success Healthcare Overview
# Silver Lake Medical Center – Critical Issues

- Seismic Retrofit and Compliance
  - Investment to meet State Compliance
  - Extends compliance to 2030

- Relocation of Promise East Los Angeles Campus
  - Capital requirement of $3.4 mm to locate to 8th floor
  - Generates incremental EBITDAM of $1.8mm/year

- Market\Operations
  - Closure of Temple Hospital (redirected physicians)
  - Sale of St. Vincent's to Prime Healthcare
    - Negative perception but aggressive competitor
  - Potential reopening of Bellflower and LA Metro
- Cost shift associated with ACA
  - Dependent on federally funded patients
  - Little commercial but increasing
- Aged hospital technology and equipment (restricted capital)
- Aged physical plant (restricted maintenance capital)



**Downtown Campus**



**Ingleside Campus**

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000172
PROMISE_0000172
P003584

- Increase surgical volume

    - Redirected physicians from the closed Temple Community Hospital
    - Development of Orthopedic\Spine Fellowship Program
        - SLMC Spine Institute
        - Skull Based Center

- Case Management

    - Shift to higher Medicare (cash)
    - Decrease Medicare LOS – Psych and Med\Surg

- ELA Construction and Relocation

    - Increase EBITDAM of $1.8mm/year

- IPA\Physician growth and development

    - Citizen's Choice
    - SNF Development
    - Increase "managed care friendly" specialists, i.e., Pulm, Neuro, ENT, GS

- New program development:

    - Contract with County Prisoner for increased volume and margin
    - Reopen center psychiatric pavilion at Ingleside Campus

- Stabilize mid – management leadership

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY



# c. Regulatory Review and Strategy

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Success Healthcare Overview
# Key Regulatory Issues – STACHs

- Seismic Retrofit for California

- Hospital Readmissions Reduction Program rate penalties

    - Medicare is fining a record number of hospitals – 2,610 – for having too many patients return within a month for additional treatments
    - Medicare levied penalties against 433 more hospitals than it did last year
    - The average penalty this year is 0.63 percent, up from 0.38 percent last year

- Healthcare reform ("ACA")

    - Former uncompensated care patients now covered by health plans
    - Missouri is not participating in Medicaid Exchange
    - Beneficial reimbursement for formerly uncovered ER patients
    - DSH decreases
    - State and Federal financial support diminished

- Health Insurance Exchanges

    - Lower reimbursement than employer sponsored plans (high deductibles)

- Value-Based Purchasing (VBP)

    - Pay for performance based on clinical\quality indicators

        - HCAPS – patient satisfaction
        - Core Measures – clinical pathways for specified conditions (standardized treatment plans)

- California Medi-Medi insurance initiative

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY



# d. Capital Expenditures

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Success Healthcare Overview
# Capital Expenditures Review – St. Alexius Hospital

| Capital Expenditure Description | Purpose | Payback Within 12 Months | Priority | Full Cost of Project | Total |
|---|---|---|---|---|---|
| Psych Move to Jefferson | Revenue | no | 1 | 2,000,000 | |
| Psych Move to Jefferson(Chiller) | Revenue | no | 1 | 720,000 | |
| Special Procedures/Cath Lab | Revenue | yes | 1 | 918,305 | |
| Defibrillators(5) | Revenue | yes | 1 | 62,000 | |
| Rapid Fluid Infuser/Warmer | Revenue | yes | 1 | 10,240 | |
| External/Transvenous pacemaker(single) | Revenue | yes | 1 | 8,985 | |
| ER Monitors(9) | Patient Safety | no | 1 | 130,746 | |
| ICU Monitors(12) | Patient Safety | no | 1 | 429,004 | |
| Monitors Interface | Patient Safety | no | 1 | 40,000 | |
| Hyperbarics | Revenue | yes | 1 | 50,000 | |
| Helipad | Revenue | yes | 1 | 35,000 | |
| Portable X-Ray | Revenue | yes | 1 | 139,711 | |
| Parking Lots Repaved/Curbed | Maintenance | no | 1 | 163,000 | |
| Refurb Hospital Interior | Maintenance | no | 1 | 200,000 | |
| IABP | Patient Safety | no | 1 | 65,000 | $4,971,991 |
| Patient Beds | Patient Safety | no | 2 | 178,667 | |
| House wide Patient Monitoring | Patient Safety | no | 2 | 133,000 | |
| Digital Mammography | Revenue | yes | 2 | 259,643 | |
| Cystoscopy Equipment | Revenue | yes | 2 | 27,947 | |
| Roofing Replacements | Maintenance | no | 2 | 646,000 | |
| Goby Urodymanics System | Revenue | yes | 2 | 17,824 | |
| Ultrasound Upgrade | Revenue | no | 2 | 140,000 | |
| Dish Machine Repair | Maintenance | no | 2 | 20,000 | |
| Nuclear Medicine Scanner | Revenue | no | 2 | 400,000 | |
| Echo Equipment | Revenue | yes | 2 | 120,000 | |
| Walk in Cooler | Maintenance | no | 2 | 41,123 | |
| ER Rehab | Maintenance | no | 2 | 40,000 | $2,024,204 |
| OR Strecher Beds (6) | Patient Safety | no | 3 | 72,000 | |
| OR Bed | Patient Safety | no | 3 | 36,000 | |
| Ventilators | Patient Safety | no | 3 | 25,000 | |
| Ohmeda Anesthesia Machine | Patient Safety | no | 3 | 35,000 | |
| PFT Machine | Patient Safety | no | 3 | 50,000 | |
| Cafeteria Equipment | Patient Safety | no | 3 | 50,000 | |
| Patient Transportation Vans (2 x 25k) | Patient Safety | no | 3 | 50,000 | |
| Holter Equipment | Patient Safety | no | 3 | 40,000 | |
| Trans Nasal Endoscopy | Patient Safety | no | 3 | 25,000 | |
| LCD Flat Panels(52) (IT) | Patient Safety | no | 3 | 32,968 | |
| Cisco Data Switches(45) (IT) | Maintenance | no | 3 | 125,370 | $541,338 |
| Facility Repairs | Maintenance | no | 4 | 991,377 | |
| Front Desk Rehab | Patient Safety | no | 4 | 60,000 | |
| Horizon Patient Folder (IT) | Patient Safety | no | 4 | 909,000 | $1,960,377 |
| | | | | | $9,497,910 |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000177

P003589

# Success Healthcare Overview
# Capital Expenditures Review – Silver Lake Medical Center

| Capital Expenditure Description | Purpose | Payback Within 12 Months | Priority | Full Cost of Project | Totals |
|---|---|---|---|---|---|
| HVAC Chiller replacement at IC | Maintenance | no | 1 | 665,000 | |
| Elevators 5 (required for Seismic) | Maintenance | no | 1 | 116,500 | |
| Chiller Replacement  - DC | Maintenance | no | 1 | 265,000 | |
| Complete HVAC Repairs at DC | Maintenance | yes | 1 | 160,000 | |
| Boiler Repair  -  DC | Maintenance | no | 1 | 80,000 | |
| HVAC Control Replacement DC | Maintenance | yes | 1 | 88,000 | |
| Telemetry Monitor System | Patient Safety | no | 1 | 150,000 | |
| Central Steril & SPD | Patient Safety | no | 1 | 40,000 | |
| Urology Scopes | Revenue | no | 1 | 30,000 | |
| Washer for CS/SPD | Patient Safety | no | 1 | 27,000 | |
| PHELA | Revenue | no | 1 | 4,300,000 | |
| Seismic Compliance | Maintenance | no | 1 | 3,100,000 | |
| Elevators 1-4 | Maintenance | no | 1 | 466,000 | $9,487,500 |
| Monitors (PACU/ICU/UC) | Revenue | no | 2 | 560,000 | |
| Ultrasound Equipment (US/PICC/Bladder Scanner) | Revenue | no | 2 | 55,000 | |
| ** Skull Based & Neuro Surgery - Tower/Instruments | Revenue | no | 2 | 1,087,931 | ($1,087,931) |
| Surgery Suit Upgrades for Neuro | Revenue | no | 2 | 394,742 | |
| Stryker Video Tower (current rental $5k/mo) | Revenue | no | 2 | 153,000 | |
| OH3 Nerve Stimulator | Revenue | no | 2 | 140,000 | |
| Electronic Surgery Table (5th room) | Revenue | no | 2 | 48,700 | $2,905,373 |
| Telephone System - Both Campuses | Maintenance | no | 3 | 300,000 | $300,000 |
| ** Potential financing by physician | | | | | $11,604,942 |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Success Healthcare Overview
# Capital Expenditures Review

- CAPITAL NEEDS - prioritized

  - St. Alexius Hospital **$9.5mm**

  - Silver Lake Medical Center

    - ELA Move $4.3mm
    - Seismic Compliance $3.3mm
    - Building Maintenance and Other $4.6mm
      - Sub-Total **$12.2mm**

    TOTAL **$21.7mm**

- APPRAISALS

  - St. Alexius Hospital

    - Land and Building $36.3mm
    - Equipment $2.1mm

  - Silver Lake Medical Center

    - Land and Building $33.3mm
    - Equipment $3.4mm

  TOTAL **$75.1mm**

- FINANCING PLAN

  - St. Alexius Hospital: small mortgage or sales leaseback proceeds

  - Silver Lake Medical Center: refinance real estate to cover capital needs

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000179

PROMISE_0000179

P003591



# e.  2015 Budget

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Success Healthcare
# 2015 Budget

(in USD millions)

|  |  | 2015 |
|---|---|---:|
| **St. Alexius** | | |
| | Revenue (includes EHR) | $59.7 |
| | Expenses | $57.4 |
| | EBITDAM | $2.3 |
| | | |
| **Silver Lake Medical Center** | | |
| | Revenue (includes EHR) | $72.9 |
| | Expenses | $66.5 |
| | EBITDAM | $6.4 |
| | | |
| **TOTAL** | | |
| | **Revenue (includes EHR)** | **$132.6** |
| | **Expenses** | **$123.9** |
| | **EBITDAM** | **$8.7** |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000181

PROMISE_0000261

P003593

# V. MTS Monetization Alternatives

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000182

PROMISE_0000582

P003594

 

# VI.  Legal Consolidated Governance

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000183

PROMISE_0000263
P003595

# Legal Governance

1. Approval of November 2014 Board Meeting Minutes
2. Committee Reports

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Legal Governance

**PRIVATE TRANSFER REQUESTS – FOR REVIEW AND APPROVAL**

1. **Pigott**
   - Arthur Pigott has a .14 % interest.  His wife Norma had a .02% interest.
   - Norma Pigott passed away.  Arthur Pigott is Executor of the Estate.
   - The request is to transfer Norma Pigott's interest to Arthur Pigott
   - All necessary documents have been submitted and pre-requisites satisfied.

2. **Sumnicht**
   - Sumnicht Money Masters Fund II Liquidating Trust II desires to transfer its .14% interest to SA Alternative Opportunity Fund LLC a private Delaware Series limited liability company.
   - Vern Sumnicht is President and Managing Member of SA Alternative Opportunity Fund LLC.
   - All necessary documents have been submitted and pre-requisites satisfied

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000185

PROMISE_0000265

P003597

# INVESTOR RELATIONS

## The following documents have been submitted to Members via the investor portal since the last Board meeting

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000186

PROMISE_00002686

P003598

February 23, 2015

Dear Founding Partners Designee, LLC Members,

As you know, the claims settlement process approved by the Federal District Court order dated July 3, 2014 is now complete and your membership interest is now effective in Founding Partners Designee, LLC. Consequently, as planned, the Receiver and offshore provisional liquidator (Dan Newman and Ian Stokoe, respectively) have now retired from the board. In their place, two new members have been voted on to the board: Mr. Don Pollard, Managing Partner of Credit Value Partners and Evatt Tamine, the CEO and Trustee of Edge Capital. Both will join the three remaining Board members, Mr. James Brown (Board Chairman), Mr. Keith Kennedy and Mr. Ed Woodbury.

There are several important matters to bring to your attention. First, with this update we are providing a revised Company Overview for your review. We hope this new Company update will endeavor to further inform you about the Company, but also give you details about our industry as a whole, as well as the growth strategy for the Company going forward. We will also provide you with information on the current Founding Partners Designee Board.

Second, we are planning a multi-city tour in mid-March to meet with investors and update you on the progress of the Company. As part of the itinerary, we intend to have released the 2014 year-end financial reports and we will be prepared to discuss the financial results at these meetings. We hope you will make plans to join us. The cities we are planning to visit are:

| | | | |
|---|---|---|---|
| Chicago | March 11th | 2 pm CST | Marriott Downtown Magnificent Mile<br>5th Floor, Denver/Houston Room<br>540 N. Michigan Ave.<br>Chicago, IL 60611<br>312-836-1011<br>Refreshments will be served |
| Dallas | March 17th | 10 am CST | The Mansion on Turtle Creek<br>2821 Turtle Creek Blvd<br>Dallas, TX 75219<br>214-559-2100<br>Refreshments will be served |
| Los Angeles | March 19th | Time/Place TBD | Meeting details to follow |
| Miami Lakes | April 8th | Time/Place TBD | Meeting details to follow |

In addition, we will be updating you on monetization alternatives and next steps. Further details on that process are currently being discussed by the Board.

Lastly, we will also anticipate hosting a conference call in March with investors; especially those who are not able to meet us in one of the cities listed above. In the meantime, if you have any questions or comments, please direct them to Steve Helland, director of Investor Relations at steve.helland@promisehealthcare.com or at 561-869-3100.

Respectfully,

Peter Baronoff                    Jim Hopwood
CEO                               CFO

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Investor Timeline Schedule

**Investor Relations Timeline Schedule 2015**
All times tentative and subject to change
All Investor Releases thru Investment Café (web portal)

| Completed | Event |
|---|---|
| 2/25/2015 | Release of Investor Update Letter |
| 2/25/2015 | Release of Revised Company Overview |
| 2/25/2015 | Release of Investor Meeting Schedule |
| 3/2/2015 | Individual Investor Meeting and Hospital Tour - Miami Lakes |
|  | Bill Bonewitz |
| 3/3/2015 | Company Board Meeting |
| 3/4/2015 | Company Board Meeting |
| 3/9/2015 | Release of full year 2014 Financial Deck (subject to Board approval) |
|  | Release of Conference Call Schedule to review Financial Deck |
| TBD | Investor Update Conference Call to review the Financial Deck |
|  | Chicago Investor Meeting |
| 3/11/2015 | Chicago Investor Meeting on the 11th (Ed Woodbury attending) |
|  | Marriott Downtown Magnificent Mile, 540 N. Michigan Ave |
|  | Dallas/LA Investor Meetings |
| 3/17/2015 | Dallas Roadshow on the 17th (Keith Kennedy attending) |
|  | The Mansion on Turtle Creek, 2821 Turtle Creek Blvd. |
| 3/19/2015 | Los Angeles Investor Meeting on the 19th (James Brown attending) |
|  | Time/Location TBD |
|  | Bermuda Investor Meeting |
| 4/1/2015 | Bermuda Roadshow on April 1st (Evatt Tamine attending) |
|  | Time/Location TBD |
| 4/8/2015 | Florida Investor Day |
|  | Miami Lakes Hospital |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY
PROMISE_0000188
PROMISE_0000188
P003600

# Chicago Investor Day

**SAVE THE DATE**
**Chicago Investor Day**

**When:** Wednesday, March 11, 2015

**Time:** 2 pm – 4 pm CST

**Where:** Marriott Downtown Magnificent Mile
5th Floor, Denver/Houston Room
540 N. Michigan Ave.
Chicago, IL 60611
312-836-1011
Refreshments will be served

**Attendees:** Peter Baronoff, CEO Promise & Success Healthcare, Founding Partners Designee, LLC
Jim Hopwood, CFO Promise & Success Healthcare, Founding Partners Designee, LLC
Ed Woodbury, Board member Founding Partners Designee, LLC
Jay Shiland, MTS Healthcare Partners
Steve Helland, Head of Investor Relations

**RSVP:** Please RSVP to:
steve.helland@promisehealthcare.com

**Agenda:**

| Time | Item | Presenter |
|---|---|---|
| 2:00 pm | Greetings and Introductions<br>Introduction of Investment Café and Shareholder Update | Steve Helland |
| 2:15 pm | Company Overview<br>Introduction of Promise & Success Healthcare<br>Strategic Direction<br>Highlights of 2014 and expectations for 2015 | Peter Baronoff |
| 3:00 pm | Financial Review<br>Review the financial performance of the Company for 2014 vs 2013 | Jim Hopwood |
| 3:30 pm | Overview of the Industry<br>Monetization and Strategic Opportunities | Jay Shiland |
| 3:45 | Question & Answer Session | Lead by Steve Helland |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000189

PROMISE_0000368
P003601

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Dallas Investor Day

**SAVE THE DATE**
**Dallas Investor Day**

| When: | Tuesday, March 17, 2015 |
|---|---|
| Time: | 10 am – 12 noon CST |
| Where: | The Mansion on Turtle Creek |
| | 2821 Turtle Creek Blvd |
| | Dallas, TX 75219 |
| | 214-559-2100 |
| | Refreshments will be served |
| Attendees: | Peter Baronoff, CEO Promise & Success Healthcare, Founding Partners Designee, LLC |
| | Jim Hopwood, CFO Promise & Success Healthcare, Founding Partners Designee, LLC |
| | Keith Kennedy, Board member Founding Partners Designee, LLC |
| | Keith Reuben, Specialty Finance Partners |
| | Steve Helland, Head of Investor Relations |
| RSVP: | Please RSVP to: |
| | steve.helland@promisehealthcare.com |

**Agenda:**

| 10:00 am | Greetings and Introductions | Steve Helland |
|---|---|---|
| | Introduction of Investment Café and | |
| | Shareholder Update | |
| 10:15 am | Company Overview | Peter Baronoff |
| | Introduction of Promise & Success Healthcare | |
| | Strategic Direction | |
| | Highlights of 2014 and expectations for 2015 | |
| 11:00 am | Financial Review | Jim Hopwood |
| | Review the financial performance of the | |
| | Company for 2014 vs 2013 | |
| 11:30 am | Overview of the Industry | Keith Reuben |
| | Monetization and Strategic Opportunities | |
| 11:45 am | Question & Answer Session | Lead by Steve Helland |

PROMISE_0000190
PROMISE_0000369
P003602

# Los Angeles Investor Day

**SAVE THE DATE**
**Los Angeles Investor Day**

| | |
|---|---|
| When: | Thursday, March 19, 2015 |
| Time: | 10 am – 12 noon CST |
| Where: | TBD<br>Los Angeles, CA<br>Refreshments will be served |
| Attendees: | Peter Baronoff, CEO Promise & Success Healthcare, Founding Partners Designee, LLC<br>Jim Hopwood, CFO Promise & Success Healthcare, Founding Partners Designee, LLC<br>James Brown, Board Chairman, Founding Partners Designee, LLC<br>Keith Reuben, Specialty Finance Partners<br>Steve Helland, Head of Investor Relations |
| RSVP: | Please RSVP to:<br>steve.helland@promisehealthcare.com |

**Agenda:**

| | | |
|---|---|---|
| 10:00 am | Greetings and Introductions<br>Introduction of Investment Café and Shareholder Update | Steve Helland |
| 10:15 am | Company Overview<br>Introduction of Promise & Success Healthcare Strategic Direction<br>Highlights of 2014 and expectations for 2015 | Peter Baronoff |
| 11:00 am | Financial Review<br>Review the financial performance of the Company for 2014 vs 2013 | Jim Hopwood |
| 11:30am | Overview of the Industry<br>Monetization and Strategic Opportunities | Keith Reuben |
| 11:45 am | Question & Answer Session | Lead by Steve Helland |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000191
P003603

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Bermuda Investor Day

**SAVE THE DATE**
**Bermuda Investor Day**

| | |
|---|---|
| **When:** | Wednesday, April 1, 2015 |
| **Time:** | 10 am – 12 noon CST |
| **Where:** | TBD |
| | Hamilton, BM |
| | Refreshments will be served |
| **Attendees:** | Peter Baronoff, CEO Promise & Success Healthcare, Founding Partners Designee, LLC |
| | Jim Hopwood, CFO Promise & Success Healthcare, Founding Partners Designee, LLC |
| | Evatt Tamine, Board member Founding Partners Designee, LLC |
| | Jay Shiland, MTS Healthcare Partners |
| | Keith Reuben, Specialty Finance Partners |
| | Steve Helland, Head of Investor Relations |
| **RSVP:** | Please RSVP to: |
| | steve.helland@promisehealthcare.com |

**Agenda:**

| | | |
|---|---|---|
| 10:00 am | Greetings and Introductions | Steve Helland |
| | Introduction of Investment Café and | |
| | Shareholder Update | |
| 10:15 am | Company Overview | Peter Baronoff |
| | Introduction of Promise & Success Healthcare | |
| | Strategic Direction | |
| | Highlights of 2014 and expectations for 2015 | |
| 11:00 am | Financial Review | Jim Hopwood |
| | Review the financial performance of the | |
| | Company for 2014 vs 2013 | |
| 11:30 am | Overview of the Industry | Jay Shiland |
| | Monetization and Strategic Opportunities | |
| 11:45 am | Question & Answer Session | Lead by Steve Helland |

---

**March 4, 2015**  PRIVILEGED & CONFIDENTIAL  138

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Miami Investor Day

SAVE THE DATE
Miami Lakes Investor Day

**SAVE THE DATE**
**Miami Lakes Investor Day**

**When:** Wednesday, April 8, 2015

**Time:** 10 am – 12 noon CST

**Where:** Promise Hospital of Miami Lakes
Hospital Tour
14001 NW 82nd
Miami Lakes, FL
Refreshments will be served

**Attendees:** Peter Baronoff, CEO Promise & Success Healthcare, Founding Partners Designee, LLC
Jim Hopwood, CFO Promise & Success Healthcare, Founding Partners Designee, LLC
Ted Welding, CEO Promise Hospital of Miami Lakes
Jay Shiland, MTS Healthcare Partners
Steve Helland, Head of Investor Relations

**RSVP:** Please RSVP to:
steve.helland@promisehealthcare.com

**Agenda:**

| Time | Session | |
|---|---|---|
| 10:00 am | Greetings and Introductions<br>Introduction of Investment Café and<br>Shareholder Update | Steve Helland |
| 10:15 am | Company Overview<br>Introduction of Promise & Success Healthcare<br>Strategic Direction<br>Highlights of 2014 and expectations for 2015 | Peter Baronoff |
| 11:00 am | Financial Review<br>Review the financial performance of the<br>Company for 2014 vs 2013 | Jim Hopwood |
| 11:30 am | Overview of the Industry<br>Monetization and Strategic Opportunities | Jay Shiland |
| 11:45 am | Question & Answer Session | Lead by Steve Helland |

PROMISE_0000193

PROMISE_0000260

P003605

# Investor Itinerary – John Cox, Director of Investments
# Kinsight Advisors

Investor Itinerary
January 25 – 26, 2015

John Cox
Director of Investments
Kinsight Advisors
Birmingham, AL
Cell: 205-999-6277

Steve Helland
Head of Investor Relations
Founding Partners Designee, LLC
999 Yamato Road, Suite 300
Boca Raton, FL
Cell: 214-912-1485

**Sunday, January 25, 2015**

2:00 pm — Steve Helland arrives FLL
American Airlines #1511

2:40 pm — John Cox arrives FLL
Southwest Airlines #4509
Meet John outside baggage claim

7:30 pm — Dinner TBD
Jim Hopwood (Stanley Grabish, VP Finance if available)
CFO

**Monday, January 26, 2015**

9:00 am — Peter Baronoff, CEO
Main Conference Room

9:30 am — Richard Gold, President, COO
Main Conference Room

10:00 am — Promise Healthcare
Office tour and introductions with members of the management team
Richard Cohen, CAO; David Armstrong, GC; Trevor Klein, SVP Finance

10:30 pm — Depart for Miami Lakes Hospital Tour

12:00 noon — Miami Lakes Hospital Tour
Ted Welding, CEO
14001 NW 82nd
Miami Lakes, FL

1:00 pm — Depart for FLL airport for John's return flight

2:55 pm — John Departs FLL
Southwest Airlines

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000194

PROMISE_0000204

P003606

# Investor Itinerary – Mr. William "Bill" Bonewitz

Investor Itinerary
Monday, March 2, 2015

Mr. William "Bill" Bonewitz

Steve Helland
Head of Investor Relations
Founding Partners Designee, LLC
999 Yamato Road, Suite 300
Boca Raton, FL
Cell: 214-912-1485

Monday, March 2, 2015

12:30 pm
Lunch
Meet at Promise & Success Healthcare Office
999 Yamato Road
3rd Floor
Boca Raton, FL 33431
561-839-3100

1:30 pm
Promise Healthcare
Office tour and introductions with members of the management team
Peter Baronoff, CEO; Richard Gold, President; Jim Hopwood, CFO
Richard Cohen, CAO; David Armstrong, GC;

2:00 pm
Depart for Miami Lakes Hospital Tour

3:00 pm
Miami Lakes Hospital Tour
Ted Welding, CEO
14001 NW 82nd
Miami Lakes, FL

4:00 pm
Return to Boca Raton

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000195
PROMISE_0000365
P003607