



**For Discussion Purposes Only**

# Company Overview

**Investor Presentation 2015**

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Disclosures
## For Discussion Purposes Only

## Promise Healthcare, Success Healthcare,
## Founding Partners Designee, LLC (FPD)

This document is for informational purposes only and does not constitute an offer to sell or a solicitation of an offer to buy any securities or interests described herein. Under no circumstances shall anything mentioned in this document be construed to be incorporated into a particular confidential memorandum, governance document or other literature. Securities or membership interests in a particular security may not be purchased except pursuant to such governance document (as amended from time to time), which should be reviewed in its entirety.

ALL FIGURES ARE UNAUDITED AND THEREFORE SUBJECT TO CHANGE.

This presentation may contain forward-looking statements based on current management expectations. Numerous factors, including those related to market conditions and those detailed from time-to-time in the Company's disclosures, may cause results to differ materially from those anticipated in the forward-looking statements. Many of the factors that will determine the Company's future results are beyond the ability of the Company to control or predict. These statements are subject to risks and uncertainties and, therefore, actual results may differ materially. Readers should not place undue reliance on forward-looking statements, which reflect management's views only as of the date hereof. The Company undertakes no obligation to revise or update any forward-looking statements, or to make any other forward-looking statements, whether as a result of new information, future events or otherwise.

This document is confidential and may not be shown, copied, published or distributed, in whole or in part, without the express written consent of the Managing Members of Founding Partners Designee, LLC.



CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# I. Company Overview

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

## Company Overview
### Introduction and Background

**The Company's mission is to provide the highest quality health care services by focusing on treating patients requiring the service they deliver best – community based, behavioral and long term acute care.**

**The Company embraces a philosophy that keeps it close and mindful of the needs of its most important customers – its patients, their families, staff and physicians.**



| Long-Term Acute Care |
| :---: |

- Founded in 2003
- 19 LTACH facilities and 2 skilled nursing facilities in 8 states, including two Florida facilities in the demonstration period that provide significant growth opportunities
  - □ Promise owns real estate associated with seven of its free-standing hospitals
- 5th largest LTACH operator in the US
- Headquartered in Boca Raton, FL



| Community-Based Care |
| :---: |

- Formed in 2008
- Acute care hospitals in Los Angeles and St. Louis
  - □ Success owns the primary real estate associated with it's operations
- Leading behavior health provider in St. Louis and Los Angeles
- St. Alexius School of Nursing in St. Louis
- Leading bariatric program in St. Louis

(1) Excludes Start Up Losses.



CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000199

PROMISE_0000200
P003611

# Company Overview
## Promise and Success Facility Locations



**St. Louis St. Alexius Hospital Campus (Broadway) (Jefferson) (Lutheran School)**

**Promise Hospital of Salt Lake**

**Promise Hospital of Louisiana (Shreveport Campus) (Bossier Campus)**

**Promise Hospital of East LA (East Los Angeles Campus) (Suburban Campus)**

**Promise Skilled Nursing Facility of Kansas (Overland Park SNF)**

**Silver Lake Medical Center (Downtown Campus) (Ingleside Campus)**

**Promise Hospital of Vicksburg**

**Promise Hospital of Miss Lou**

**Promise Hospital at The Villages**

**Corporate Headquarters**

**Promise Hospital of San Diego**

**Promise Hospital of Kansas (Overland Park LTACH)**

**Promise Hospital of Ascension (Main Campus)**

**Promise Hospital of Miami Lakes [1]**

**Promise Hospital of Phoenix**

**Promise Hospital of Texas (Houston, Dallas, Wichita Falls) 3 LTACHs**

**Promise Skilled Nursing Facility of Texas (Wichita Falls SNF)**

**Promise Hospital of Baton Rouge (General Campus) (Ochsner Campus)**

**Promise Hospital of Fort Myers**

(1) Expected to open in February 2015.




CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000200

P003612

# Company Overview
## Facility Portfolio

| Facility(s) | State | LTACHs/ SNFs | Beds: Licensed/ Operating |
|---|---|---|---|
| Baton Rouge, Ascension, Bossier, Shreveport, Miss Lou | LA | 6 | 347/297 |
| East LA, Suburban, San Deigo | CA | 3 | 313/260 |
| Salt Lake | UT | 1 | 41 |
| The Villages | FL | 1 | 40 |
| Phoenix | AZ | 1 | 89/41 |
| Vicksburg | MS | 1 | 35/32 |
| **Total Promise I (ex. CONs)** | | **13** | **865/711** |
| **Total Promise II (Ruby) Facilities** | **TX, KS** | **4/2** | **336/269** |
| **Demonstration: Ft. Myers, Miami Lakes** | **FL** | **2** | **120/120** |
| **Promise Total** | | **19/2** | **1,321/1,100** |
| | | | |
| Silver Lake | CA | STACH/Psych | 234 |
| St. Alexius | MO | STACH/Psych | 268 |
| **Success Total** | | | **502** |
| Corporate - Boca Raton | FL | | |
| **Total** | | | **1,823/1,602** |



CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Company Overview
## History and Milestones

- **2003** – Promise founded with acquisition of eight LTACHs (AZ, LA, UT, TX)

- **2004** – Additional facilities added in TX, CA and MS

- **2006** – Acquired LTACHs in LA (Ascension) and San Diego

- **2007** – Opened additional LA LTACH (Bossier City)

- **2008** – Success Healthcare formed through acquisition of two Los Angeles hospitals and two St. Louis hospitals

- **2009** – Sun lender (Founding Partners) put into receivership

- **2010** – LOI executed with Founding Partners Steering Committee

- **2011** – Villages facility opened; sale of SE Texas facility,

- **2012** – Settlement transaction approved by court; Sale of San Antonio facility,

- **2013** – Construction began on the Ft. Myers and Miami Lakes, CON Facilities

- **2014** – Settlement closed (March 17)

- **2014** – Assumed operations of Texas/Kansas LTACH & SNF portfolio (March 17)

- **2014** – Acquired St. Alexis real estate (April)

- **2014** – Finalized move of business office to Boca Raton

- **2015** – Opened Promise Hospital of Ft. Myers and Miami Lakes



(1)   Excludes discontinued operations, non-recurring expenses and start up losses.



148

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Company Overview
## Promise and Success Leadership Team

• **Promise and Success are led by a long-tenured team with significant industry experience**

| Name | Position | Promise Tenure | Relevant Background & Experience | |
|------|----------|----------------|----------------------------------|---|
| **Peter Baronoff** | Chief Executive Officer | 12 years | ▪ 3 term President of ALTHA - National Hospital Association<br>▪ Former Deputy Mayor, City Council Member – City of Boca Raton, Florida<br>▪ University of South Florida Foundation Board | ▪ Boca Raton Regional Hospital Executive Committee & Board<br>▪ Guinness PLCs US subsidiary (CEO)<br>▪ Blair Importers (CEO) |
| **Richard Gold** | President & Chief Operating Officer | 10 years | ▪ Tenet<br>▪ West Boca Medical Center | ▪ North Ridge Medical Center<br>▪ American Hospital Association (Board) |
| **James Hopwood** | Chief Financial Officer | 5 years | ▪ 30 years of experience in Financial Mgmt.<br>▪ Successfully completed multiple healthcare restructurings | ▪ CFO of Publicly Traded Company |
| **Brian Dunn** | CEO, Success Healthcare & EVP, Promise Healthcare | 5 years | ▪ IASIS Healthcare<br>▪ Community Health Systems<br>▪ Hospital Corporation of America | ▪ United HealthGroup/Ingenix<br>▪ Univ. Utah School of Business and Health Admin. (Board) |
| **David Armstrong** | General Counsel, Chief Compliance Officer & Corporate Secretary | 7 years | ▪ Kaiser Permanente<br>▪ Blue Cross Blue Shield of Michigan | ▪ Steven M. Ziegler, P.A. (law firm) |
| **Mike Kornblatt** | Strategic Planning & Development | 12 years (inception) | ▪ Camelot Healthcare<br>▪ Brentwood Hospital<br>▪ Baystate Health System | ▪ Mynex<br>▪ Franklin Medical |
| **Trevor Klein** | SVP, Financial Reporting | 12 years (inception) | ▪ Deloitte & Touche<br>▪ International Magnetic Imaging | ▪ Online Gaming Systems |
| **Nancy Spivack** | SVP, Human Resources | 5 years | ▪ Applied Biosystems/Life Technologies<br>▪ Society for Human Resource Management | ▪ Choice Hotels International<br>▪ American Personal Communications/Sprint PCS |



149

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Company Overview
## Investment Highlights






CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000204
PROMISE_00002704
P003616

# II. LTACH Overview

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# LTACH Overview
## What is an LTACH

- Specialize in the treatment of patients with serious medical conditions that require aggressive specialized care on an ongoing basis, but no longer require intensive care or extensive diagnostic procedures

  - Patients require more than 25 days of hospitalization and
    - Have recently undergone treatment in an acute care hospital
    - Have a serious chronic condition

  - Prevents the costs and traumas associated with short-term acute care hospital readmissions by rapidly responding to changes in their patients' medically complex conditions

| | |
|---|---|
| **PATIENT SELECTION** | ■ A patient's primary need is management of multiple system failure.<br>■ Complex respiratory services, complex wound services, and weaning acute patients from ventilators |
| **MEDICAL CARE** | ■ Complex medical intervention from specialized professional staff, including 24-hour physician and intensive nursing care |
| **MAJOR CONDITIONS TREATED** | ■ Respiratory System Diagnosis with Ventilator<br>■ Pulmonary Edema and Respiratory Failure<br>■ Septicemia or Severe Sepsis with Major Complications<br>■ Respiratory Infections and Inflammation with Major Complications<br>■ Skin Ulcers with Major Complications |

Source: CMS June 2014 Medpac data book and Massachusetts Hospital Association.



152

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# LTACH Overview
## Continuum of Care

**Long Term Acute Care Hospital (LTACH)**

- Daily physician visits
- 24-hour nursing – lower staffing ratio than short term acute care hospitals
- Stay averages 25+ days
- Patients requiring weaning off a ventilator
- Medically complex patients with multiple or severe comorbidities

*Decreasing Level of Acuity / Care*

**Inpatient Rehab Facility (IRF)**

- Daily rehabilitation sessions with trained rehab experts and other therapists
- Typical stay = 14 days
- Stroke patients requiring intensive rehab
- Post-joint replacement patients requiring rehab

**Skilled Nursing Facility (SNF)**

- Daily Skilled nursing
  - □ 24-hour on-call nursing
- Less frequent doctor visits
- Patients require functional nursing assistance to carry-out daily tasks

**Home Health**

- Provides skilled nursing, patient therapy, and caregiving
- Patients require post-acute episodic care management

**Level of Care / Example Patient Types**

| | | | | |
|---|---|---|---|---|
| **Cost Per Day** | $1,470 | $1,338 | $285 | $149 |
| **Average Length of Stay** | 26.2 | 12.9 | 27.2 | 35.6 |
| **# of Medicare Covered Stays** | 140,496 | 373,000 | 2,396,548 | 3,400,000 |
| **# of Providers** | 432 | 1,161 | 15,163 | 12,613 |
| **Facility Ownership Mix** | For Profit: 76% Non-Profit: 19% Gov: 5% | For Profit: 25% Non-Profit: 61% Gov: 14% | For Profit: 69% Non-Profit: 26% Gov: 4% | For Profit: 84% Non-Profit: 11% Other: 5% |
| **Hospital vs. Free standing** | Free Standing 61% Hospital Based: 39% | Free Standing 19% Hospital Based: 81% | Free Standing 94% Hospital Based: 6% | N/A |
| **Rural vs. Urban** | Urban: 95% / Rural: 5% | Urban: 83% / Rural: 17% | Urban: 82% / Rural: 18% | Urban: 83% / Rural: 17% |

Source: CMS June 2014 Medpac data book.



CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

153

# LTACH Overview
## Post-Acute Care Pathways

> **Bundling, Re-admission penalties and admission criteria will place increased pressure on LTACH operators to assert and maintain a critical clinical and financial role in the post-acute system**



23% are Re-admitted to Hospital

**Diagram Key:**
- Blue % – distribution of post-acute admissions amongst PAC providers
- Green % – percentage of initial PAC providers' admissions sent to secondary PAC provider
- Red % – percentage of initial PAC providers' admissions readmitted to hospital

35% of Hospital Discharges are Admitted to Post-Acute for Additional Care ("Post-Acute Admissions")

48% of Post-Acute Admissions go Home after Receiving Post-Acute Care

29% are Transferred to a Secondary Post-Acute Venue for Additional Care



CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000208

PROMISE_0000798

P003620

# LTACH Overview
## A Shift Towards Coordinated Care

**Changing reimbursement and regulatory environment leading to consolidation/integration and diversification across the post-acute care continuum**

| Reimbursement | Regulation | Integration |
|---|---|---|

**Reimbursement**

- Medicare currently uses a fee-for-service payment model
  - Services are unbundled and paid for separately to each provider
  - Incentivizes overutilization rather than quality of care, and can result in fragmented care with minimal coordination across providers
- January 2013 - CMS announced participation in the **Bundled Payments** for Care Improvement initiative
  - Four broadly defined models of care, which link payments for multiple services beneficiaries receive during an episode of care

**Regulation**

- Current Medicare payment is based not only on patient's illness, but on where the patient is treated
  - Similar clinical profiles may be treated in different settings at different costs to Medicare
- To encourage care coordination, Medicare will implement a **site-neutral payment policy** that will take effect in fiscal year 2016
  - Patients will be grouped by clinical condition and severity of illness, and the payment for patients within each group will be the same regardless of where the patient is being treated
- **Revised patient criteria:** Eligibility requirements include more stringent rules regarding the patient's required LOS in an acute care facility

**Integration**

- Post-Acute Care environment is highly fragmented
  - Currently, it's rare for post-acute providers to enter risk arrangements
- Looming shift from fee-for-service to a value-based model has prompted some operators to reorganize their business and delivery systems (and many to contemplate it going forward)
- Providers are positioning themselves to **share financial risk** with insurers and other providers through accountable care organizations, bundled payments and capitation

**By coordinating care within the post-acute landscape, operators can simultaneously improve patient outcomes and reduce costs**



CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

- April 1, 2014 passage of the "MD" fix
  - □ LTACH moratorium began 4/1/14
    - – Exception granted to ensure completion of Promise's 2 Florida projects
      - o Promise played a key role in this technical correction
  - □ New patient admission criteria for LTACHs effective with cost report years beginning October 2015
    - – Only the sickest patients to be reimbursed at LTACH rates, all other to be paid at reduced "site neutral rate"
    - – Positive: clear cut admission criteria supports marketing initiatives to referral sources
    - – Positive: Confirmation and standardization of LTACH role in the post-acute continuum
    - – Challenge: facilities must be prepared to deal with only the "sickest of the sick" or they will not receive adequate reimbursement; CMS estimates approximately 40 facilities will be forced to close
      - o Promise is reviewing each facility's strategic plan to assure compliance and financial success; Promise is also rolling out a strategy in late March to begin implementation of its plan prior to the January 2016 start
  - □ By October 2019, Facilities must have at least 50% of their patients meet LTACH admission criteria to maintain LTACH status

- Healthcare reform
  - □ Formation of ACOs
    - – Promise is working with Intermountain Healthcare, Willis-Knighton, Baton Rouge General, Lady of the Lake, Lee Memorial, Central Florida Hospital Alliance and other healthcare systems to form strategic alliances for the post-acute continuum
  - □ Bundling Payment Proposals
    - – Government initiative to make a single payment for all aspects of an episode of care e.g. LTACH + outpatient care + home health
      - o Promise evaluating participation in bundled payment plans and strategic alliances



156

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# LTACH Overview
## LTACH Competitive Landscape

- Bifurcated market with eight largest operators controlling close to 80% of the market, and the remaining 20% highly fragmented
  - □ Opportunity for larger platform operators to make opportunistic accretive acquisitions



 

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY



# III. Operational Overview

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Promise

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Promise Healthcare Overview








- Founded in 2003 with the acquisition of eight LTACHs in Arizona, Louisiana, Utah and Texas

- Promise has demonstrated impressive growth since its inception, primarily through turn-around acquisitions, and currently operates 19 LTACH facilities and 2 skilled nursing facilities in 8 states

- Promise is now the 5th largest LTACH operator in the US with over 3,200 staff members

- Promise is poised to continue this impressive growth trajectory via same store organic growth, new developments and the acquisition of new facilities

- Headquartered in Boca Raton, FL

(1) Excludes Start Up Losses.



CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000214

P003626

CONFIDENTIAL - DISCLOSURE PROHIBITED - Page 20 of 52

# Promise Healthcare Overview
## Market Overview – California



- **Suburban**
  (177 beds)
- **East LA**
  (36 beds)
- **San Diego**
  (100 beds)

- **Strong footprint in Southern California with 3 LTACHs**
  - □ Suburban, with 110,000 SF and 177 beds, is one of the largest freestanding LTACHs in the U.S.
    - – Case study for successful transition from general hospital to LTACH

### East LA Suburban Campus


### East LA Campus


### San Diego




CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Promise Healthcare Overview
## Market Overview – Louisiana



Shreveport
(146 beds)

Bossier City
(50 beds)

Miss Lou
(40 beds)

Ochsner
(29 beds)

Main Campus
(54 beds)

Mid-City
(28 beds)

■ Freestanding   ■ Hospital in a hospital

- **Substantial market presence and room for additional growth in Louisiana**

  □ Shreveport is the largest freestanding LTACH in Louisiana
  □ Strong Market Presence in Baton Rouge, which is now the largest city in Louisiana. Uniquely positioned in the major medical corridor serving all 3 major medical centers.

    – Local economies of scale

**Bossier City**



**Miss Lou**



**Shreveport Campus**



**Ochsner Campus**



**Ascension**



**Mid City**





162

# Promise Healthcare Overview

## Market Overview – Florida



- **Villages**
  - □ Promise opened the Villages in 2012
    - – Received license, first patient in September 2011
    - – Occupancy increased from 30% to 90% from July 2012 to April 2014
  - □ Strong relationship with Central Florida Healthcare Alliance

- **Ft. Myers and Miami (each 60 beds)**
  - □ Ft. Myers opened in January 2015
  - □ Miami-Dade expected to open in February 2015



CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Promise Healthcare Overview

## Market Overview – Texas, Kansas



**Overland Park**
(66 beds)

**Overland Park (SNF)**
(59 beds)

**Wichita Falls (SNF)**
(72 beds)

**Wichita Falls**
(31 beds)

**Dallas**
(66 beds)

**Houston**
(59 beds)

- Portfolio of LTACHs and SNFs across Texas and Kansas assumed concurrent to the settlement closing

**Overland Park**



**Overland Park SNF**



**Wichita Falls**



**Wichita Falls SNF**



**Dallas**



**Houston**





164

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY



**Phoenix**
(89 beds)

**ARIZONA**

**Salt Lake**
(41 beds)

**Vicksburg**
(35 beds)



MISSISSIPPI



UTAH

- **Phoenix**
  - ☐ Hired new CEO from Restora




- **Vicksburg**
  - ☐ Recently opened outpatient wound care services




- **Salt Lake**
  - ☐ Strong relationship with Intermountain (host), and University of Utah; market leader with greater than 50% of market share




165

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Success

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Success Healthcare Overview







- In 4Q 2008, Success acquired two Los Angeles area hospitals (Silver Lake Medical Center: Downtown Campus and Ingleside Campus) and two hospitals in St. Louis (St. Alexius: Broadway Campus and Jefferson Campus, and Forest Park)

- Success provided an opportunity to expand into community-based acute care and expand footprint into behavioral care

- Since being acquired, management has implemented a number of profitable initiatives, including consolidating Forest Park and St. Alexius. Forest Park property was subsequently sold to release Success from it's lease obligations

- St. Alexis acquired the real estate and buildings from Medline in April 2014 saving ongoing lease costs

 

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000221

P003633

# Success Healthcare Overview
## St. Alexius Hospital – Overview

- Two campuses totaling 268 licensed beds / 155 Currently Operating
  - □ St. Alexius (190 licensed/155 Operating)
  - □ Jefferson (78 licensed/all in Suspense)
- Lutheran School of Nursing
- Physician GME Resident Program (71 slots)
- Three Medical Office Buildings (on & off campuses)
- Sole Community Hospital in South City
- Strong product lines
  - □ New Start (Bariatric)
  - □ New Steps (Orthopedic)
  - □ PrimaryCare NOW
  - □ Limb Preservation (PAD)
  - □ Senior Care (900 visits per month)
- Dominant psych presence in St. Louis and Missouri

**St. Alexius Campus**



**Jefferson Campus**



CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Success Healthcare Overview
## Silver Lake Medical Center – Overview

- Two campuses totaling 234 beds
  - Downtown (116 beds)
  - Ingleside (118 psychiatric beds)
- Positive and quality perception of psychiatric services
- Physician Resident Program (Podiatry)
- Attached Medical Office Buildings
- Great location with maximum exposure
- Developing Product Lines and Surgical Services
  - Spine Surgery
  - New Start (Bariatric – franchised from St. Louis)
  - Orthopedic Services
  - Vascular/Thoracic Services
  - Worker's Compensation Program
  - Limb Preservation Program

### Downtown Campus



### Ingleside Campus



CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# IV. Growth Strategy

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Growth Strategy

## Continue to Improve Existing Operations

- Enhanced referrals from improved physician relationships post-settlement
- Execute on key finance department initiatives
  - □ Revenue cycle enhancement opportunities
  - □ Expand scope of new purchasing department
  - □ Internal controls/facility level budgeting
- Reduce costs by bringing expensive purchased services in-house (dialysis, some surgical procedures pharmacy management, imaging)

## Capitalize on New Facility Growth Runway

- Continue with turnaround/improvements to Ruby Division
- Develop admissions pipeline for Ft. Myers (opened in January 2015) and Miami Lakes (expected to open in February 2015) LTACHs, to build census post-demonstration period
- Realize full potential of Shreveport's re-instated Addictive Medicine Unit

## Leverage the Platform

- **Reallocation and utilization of overhead**
  - □ Promise's LTACHs currently have fully staffed pharmacy, labs, waiting area, physical therapists, dietary consultants
  - □ Fixed costs with extra capacity during lower census periods
- **"Fill the Building" Strategy – Outpatient Opportunities**
  - □ Promise Anti-Aging and Wellness Program
    - ─ Beta-testing planned for 1H'15, with launch in Q2'15
  - □ Outpatient infusion services
    - ─ Already offered at some facilities

## Execute Upon Broader Post-Acute Strategy

- Two SNFs acquired as part of the Ruby acquisition
- Generate "swing beds" where opportunity exists
- Market-analysis of acquisitions (i.e. home healthcare and SNF)

 

171

PROMISE_0000225

PROMISE_0000225

P003637

# VII. Promise/Success Legal Update

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000226

PROMISE_0000736

P003638

# GENERAL COUNSEL REPORT



CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000227

PROMISE_0000227

P003639

# General Counsel Report



CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000228

PROMISE_0000728

P003640

Case 2:14-cv-0...-CV... Doc 229 ... Filed 03/05/15 ... Page 34 of 52

# General Counsel Report



CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# General Counsel Report



PROMISE_0000230

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_0000730
P003642

# General Counsel Report

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000231

PROMISE_0000231

P003643

# General Counsel Report



CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000232

P003644

# II. LEGAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000233
PROMISE_0000233
P003645

# Legal

**Promise Healthcare Foundation**
- Have formed a Florida Non-Profit called – Promise Healthcare Foundation
- Have submitted application to the IRS for 501(c)(3) approval

| **Officers:** | Richard Gold | Executive Director |
| --- | --- | --- |
| | Jim Hopwood | Treasurer |
| | David Armstrong | Secretary |

| **Directors:** | Richard Gold | Chairman |
| --- | --- | --- |
| | Jim Hopwood | |
| | David Armstrong | |
| | Neil Saffer | |
| | Doug Mummaw | |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000234

PROMISE_0000234

P003646

# Legal

## Contract Management

- <u>Staffing:</u>  The Legal Department hired an additional Contracts Administrator to assist with the management of facility contracts.  The two Contracts Administrators will now each be responsible for 50% of the facilities with the goal of providing fast response time and developing closer working relationships with facility leadership.

- <u>Compliance 360</u>:  After polling facility CEOs, the contracts management system will be reworked to make it more efficient and user-friendly.  The Legal Department has scheduled meetings with the vendor to implement these changes in March and April.

- <u>Signature Authority Policy</u>
    - Submission of new signature authority policy for Board approval
        - o Promise Board
        - o Success Board

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000235

PROMISE_0000235

P003647

# Legal

| DEPARTMENT:<br>Legal Department | POLICY TITLE:<br>Contract Signature Authority |
|---|---|
| PAGE:<br>1 OF 4 | POLICY NUMBER: |
| APPROVED BY:<br>P&P Committee | APPROVAL/EFFECTIVE DATE: |
| EFFECTIVE DATE/REVISED DATE(S): | |
| Next Review Date:  10/1/15 | |
| ¨ RETIRED DATE: | |
| ATTACHMENTS: Contracts Review Process Policy; Sample Delegation of Authority Letter | |

**SCOPE:**

This Policy applies to Promise Healthcare, Inc. ("Promise") and its owned, operated and managed facilities (each a "Facility").

**POLICY:**

Individuals have the authority to enter into negotiations, approve and/or sign contracts on behalf of Promise pursuant only to i) a resolution of the Promise Board of Directors or ii) a valid delegation of authority from the Promise Chief Executive Officer, Chief Financial Officer, President or Secretary.  All contracts must be reviewed according to the Contracts Review Process Policy in order for any individual to have authority to sign contracts on behalf of Promise.

**PURPOSE:**

The purpose of this policy is to identify the individuals who are authorized to commit company resources on behalf of Promise through agreements executed in its name.  It also contains a protocol for the delegation of signature authority.

**PROCEDURE:**

"Contract" means any document intended to set forth an agreement or arrangement between Promise and a third party.  For purposes of this policy, a purchase order is not a contract.  This policy applies equally to amendments and terminations.

It is the responsibility of anyone who signs a contract on behalf of Promise to read and understand the terms of the contract, assure that the contract has been reviewed in accordance with the Contracts Review Process Policy and assure that the business terms are fair and reasonable to Promise.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000236

P003648

# Legal

Notwithstanding the authority granted hereunder, under the Promise Code of Conduct, an individual who has a conflict of interest with respect to a contract does not have authority to sign the contract and should not be involved in the approval process with respect to the contract.

A person who signs a contract without having authority may be subject to disciplinary action up to and including termination.  A person who signs without authority may be personally liable for the obligations, risks and debts under the contract. Promise will not be bound by the terms of a contract signed by an individual without authority unless the Chief Executive Officer, Chief Financial Officer, President or Secretary of Promise subsequently agrees that Promise will honor the contract.

## Authorization by Resolution

The Promise Chief Executive Officer has signatory authority granted by the Promise Board of Directors for all contracts entered into in the ordinary course of business or which are entered into in furtherance of the budgetary objectives of the Company provided said contracts have been reviewed and approved in accordance with the Contracts Review Process Policy.

The Promise Chief Financial Officer, President and Secretary have signatory authority granted by the Promise Board of Directors for all contracts up to $500,000 in the aggregate, provided said contracts have been reviewed and approved in accordance with the Contracts Review Process Policy.

The Promise Regional Executives, at the level of Senior Vice President and above but excluding Facility CEO's and Administrators, have signatory authority granted by the Promise Board of Directors for all contracts up to $100,000 in the aggregate, provided said contracts have been reviewed and approved in accordance with the Contracts Review Process Policy.

Facility CEOs and Administrators have signatory authority granted by the Promise Board of Directors for all contracts related specifically to and solely for that facility up to $25,000 in the aggregate, provided said contracts have been reviewed and approved in accordance with the Contracts Review Process Policy.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Legal

**Authorization by Delegation**

The Chief Executive Officer, Chief Financial Officer, President, Secretary, Regional Executives and Facility CEOs have the respective signatory authority as set forth above (the "Authorized Signers"). All others must be the recipient of a specific written delegation from an Authorized Signer. The procedures to follow for proper delegations of authority under this policy are outlined below:

1. All delegations of authority must be in writing. A sample form is attached.
2. Delegations must be to positions, not to individuals. The authority is subject to the continued active employment of the delegate and may not be exercised by an individual prior to the effective date of employment and automatically expires upon any voluntary or involuntary separation from employment.
3. The delegation must include (1) specification of the scope, terms and limitations of the delegation; (2) the contract or types of contracts the delegate is authorized to sign; (3) the monetary limit; (4) the duration of the delegation; and (5) a prohibition on sub-delegation of authority.
4. Sub-Delegation is not permitted..
5. A copy of the delegation of authority must be transmitted to the General Counsel within three (3) calendar days. A copy must also be maintained by the delegator and the delegate.
6. All delegations of authority governed by this policy are considered to be in effect for a period of one (1) year unless otherwise specified, and may be terminated in writing at any time by the delegator, the Promise Chief Executive Officer or Promise General Counsel.
7. In January of each year, each Authorized Signer should review the written delegations of authority governing their areas to ensure that such delegations are current, accurate and consistent with the needs of Promise.
8. Delegates must comply with the Contract Review Process Policy.
9. Delegations that do not strictly conform to the delegation procedure will be void and without effect.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000238

PROMISE_0000238

P003650

# Legal

**Sample Delegation of Authority Letter**

To Whom It May Concern:

By means of this letter, I, [name and title], acknowledging that the ultimate responsibility for the delegation as set forth herein remains with me, hereby delegate the authority herein described to the [position title], on the following terms and conditions:

    a. The [title] may review and execute, on my behalf, contacts in an amount and duration not to exceed [dollar limit] and [period of time].

    b. The contracts subject to this delegation are those relating to [describe the type of contracts].

    c. The effective date of this delegation is [specify] and shall continue until [indicate time limit].

    d. The authority delegated is not subject to sub-delegation without my prior and express written consent.

    e. All contracts executed pursuant to this delegation must be reviewed and approved according to the Promise Contract Review Process Policy prior to execution.

    f. This delegation is made pursuant to the Promise Contract Signature Authority Policy and is subject thereto.


_____

Name and Title of Delegator

_____

Signature and Date


**Acknowledged and Agreed:**

_____

Name and Title of Delegate

_____

Signature and Date

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000239

PROMISE_0000739

P003651

# Legal

## Material Business Initiatives

- Alignment and Integration Strategies:  The Legal Department is working with several facility CEOs to explore co-management arrangements and establishing management services agreements with various physician groups in an effort to better align hospital needs and resources with those of our contracted physicians.

- Clinical Trials:  The Legal Department is working with Operations to develop a clinical trial program at the Corporate Office to assist the facilities in selecting, staffing and conducting clinical trials.

- Fellowship Program: Assisting Silver Lake Medical Center in the development of a Spine Surgery Fellowship Program.

- VOW Wellness:  Trademark Registration Pending

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000240

PROMISE_0000240

P003652

# Legal

## PTO (Paid Time Off) Initiative

- The Company has significantly amended its PTO Program.  Anticipated savings should be material.
- About $1.7 million adjustment for 2014 as a result of a "buy-back" program and was part of 2014 budget

**Details:**
- Elimination of PTO "cash-out" option for Management level employees
- Reduction of total cash-out option for Non-Management employees (Max 80 hours/year)
- Limitation of annual "carry-over" of PTO hours to a maximum of 40.  Making it essentially a "use-it-or-lose-it" Plan.
- Will substantially decrease accumulations of time that cannot be used (previously a significant liability) and will decrease cash-out of unused time (previously a significant source of un-budgeted payments.
- Reduced pre-existing back-log accumulation of unused PTO by about $1.7 for 2014 through a company buy-out program, payable over 12 months.
- Significant savings going forward as projected by the CFO.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Legal

## III.  COMPLIANCE

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000242
PROMISE_0000242
P003654

# Legal Compliance



**March 4, 2015**

189

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Legal Compliance



PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000244

PROMISE_0000244

P003656

# VIII.  Sun Capital Assets

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000245

PROMISE_0000245

P003657

Case 2015-ABC...   Doc 123-4   Filed 06/02/15   Page 51 of 52

# Sun Capital, Inc. and Sun Capital Healthcare, Inc.
## Remaining Assets

- Bedford Brands
  - Promise funded an additional $225,000 for Sun Capital on September 26, 2014 to allow Bedford to bridge to a sale, liquidation or refinancing;
  - The leading potential investor became nervous  with vendor payable levels and walked away from deal in January 2015;
  - A backup investor closed on a purchase of Bedford and discounted payoff to Sun Capital on February  15, 2015;
  - Sun Capital netted $835,000 between collections over time and the final payoff from the backup investor.  Sun Capital repaid Promise for amounts owed to fund and service the account.

- Workers Compensation Portfolio
  - Daily management by a third-party collector;
  - Gross collections have recently ranged from $1,000 to $5,000 per month;
  - Servicing fee of 20% of collections plus $5,000 per month;
  - Management is working with third party collector to extract all data necessary to market portfolio for sale.

- "Pacifica" funds reinvested in Promise
  - Repayment of CON portion will require CNB construction loan to be replaced with permanent financing;
  - Repayment of San Diego portion may be possible with sale or refinancing of the facility.

PROMISE_0000246

PROMISE_0000746

P003658

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# IX.  Executive Session

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_0000247

PROMISE_0000247

P003659