# Exhibit 13

| SCHEDULE C (Form 1040) | **Profit or Loss From Business** (Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► Information about Schedule C and its separate instructions is at *www.irs.gov/schedulec.* ► Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065. | **2014** Attachment Sequence No. **09** |

Name of proprietor: BRENDAN BAKIR
Social security number (SSN):

**A** Principal business or profession, including product or service (see instructions): SURGICAL PROGRAM DEVELOPMENT LLC
**B** Enter code from instructions ► 523900

**C** Business name. If no separate business name, leave blank.
**D** Employer ID number (EIN), (see instrs): 20-3517408

**E** Business address (including suite or room no.) ►
City, town or post office, state, and ZIP code

**F** Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ►

**G** Did you 'materially participate' in the operation of this business during 2014? If 'No,' see instructions for limit on losses .... [X] Yes [ ] No

**H** If you started or acquired this business during 2014, check here ..... ► [ ]

**I** Did you make any payments in 2014 that would require you to file Form(s) 1099? (see instructions) ................... [ ] Yes [X] No

**J** If 'Yes,' did you or will you file required Forms 1099? ............................................... [ ] Yes [ ] No

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked ............................ ► [ ] | **1** | 2,460,803. |
| 2 | Returns and allowances ................................................................ | **2** | |
| 3 | Subtract line 2 from line 1 ............................................................. | **3** | 2,460,803. |
| 4 | Cost of goods sold (from line 42) ....................................................... | **4** | 1,634,504. |
| 5 | **Gross profit.** Subtract line 4 from line 3 ................................................. | **5** | 826,299. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) ..................................................................... | **6** | |
| 7 | **Gross income.** Add lines 5 and 6. ...................................................... ► | **7** | 826,299. |

## Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising............... | **8** | 26,530. | 18 | Office expense (see instructions)..... | **18** | 2,105. |
| 9 | Car and truck expenses (see instructions)............ | **9** | | 19 | Pension and profit-sharing plans..... | **19** | |
| 10 | Commissions and fees........ | **10** | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions)............ | **11** | | a | Vehicles, machinery, and equipment..... | **20a** | |
| 12 | Depletion................. | **12** | | b | Other business property................ | **20b** | 26,333. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions)........ | **13** | 4,144. | 21 | Repairs and maintenance........... | **21** | 715. |
| | | | | 22 | Supplies (not included in Part III)....... | **22** | 7,629. |
| | | | | 23 | Taxes and licenses................ | **23** | |
| 14 | Employee benefit programs (other than on line 19)....... | **14** | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel......................... | **24a** | 107,378. |
| 15 | Insurance (other than health).. | **15** | 4,972. | b | Deductible meals and entertainment (see instructions).............. | **24b** | 9,539. |
| 16 | Interest: | | | 25 | Utilities.......................... | **25** | 11,313. |
| a | Mortgage (paid to banks, etc)...... | **16a** | | 26 | Wages (less employment credits)...... | **26** | |
| b | Other.................... | **16b** | 13. | 27a | Other expenses (from line 48)........ | **27a** | 168,761. |
| 17 | Legal & professional services.. | **17** | 158,838. | b | Reserved for future use ........ | **27b** | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a........................ ► | **28** | 528,270. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 ....................................... | **29** | 298,029. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions).  **Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 ......... | **30** | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.  • If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**  • If a loss, you **must** go to line 32. | **31** | 298,029. |

**32** If you have a loss, check the box that describes your investment in this activity (see instructions).
• If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**
• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

**32a** [ ] All investment is at risk.
**32b** [ ] Some investment is not at risk.

**BAA  For Paperwork Reduction Act Notice, see the separate instructions.**   FDIZ0112L  10/30/14   Schedule C (Form 1040) 2014

Schedule **C** (Form 1040) 2014  BRENDAN BAKIR                                                    Page **2**

**Part III**  **Cost of Goods Sold** (see instructions)

33  Method(s) used to value closing inventory:  **a** ☐ Cost  **b** ☐ Lower of cost or market  **c** ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If 'Yes,' attach explanation........................................................................................ ☐ Yes ☐ No

| | | |
|---|---|---:|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation................ **35** | |
| 36 | Purchases less cost of items withdrawn for personal use............... **36** | 1,634,504. |
| 37 | Cost of labor. Do not include any amounts paid to yourself............... **37** | |
| 38 | Materials and supplies.................................. **38** | |
| 39 | Other costs.......................................... **39** | |
| 40 | Add lines 35 through 39................................ **40** | 1,634,504. |
| 41 | Inventory at end of year................................ **41** | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 ........ **42** | 1,634,504. |

**Part IV**  **Information on Your Vehicle.**  Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year)  ▶ _____.

44  Of the total number of miles you drove your vehicle during 2014, enter the number of miles you used your vehicle for:

   **a** Business _____  **b** Commuting (see instructions) _____  **c** Other _____

45  Was your vehicle available for personal use during off-duty hours?........................................ ☐ Yes ☐ No

46  Do you (or your spouse) have another vehicle available for personal use?................................. ☐ Yes ☐ No

47a Do you have evidence to support your deduction?.................................................... ☐ Yes ☐ No

  **b** If 'Yes,' is the evidence written?............................................................... ☐ Yes ☐ No

**Part V**  **Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

SEE STATEMENT 1 _____

_____

_____

_____

_____

_____

_____

_____

| | | |
|---|---|---:|
| 48 | **Total other expenses.** Enter here and on line 27a ........................ **48** | 168,761. |

Schedule **C** (Form 1040) 2014

FDIZ0112L  10/30/14

SPDE 089

# Exhibit 14

EXHIBIT

SPD - 7

**Subject**: FW: DePuy Synthes Spine - Pt Ser, Hea
**From**: George Watkins <GWatkins@silverlakemc.com>
**To**: Brendan B <brendan@surgicalprogram.com>
**Cc**: Ruben Tejeda <RTejeda@silverlakemc.com>
**Date Sent**: Monday, May 11, 2015 1:11:12 PM GMT-07:00
**Date Received**: Monday, May 11, 2015 1:13:34 PM GMT-07:00
**Attachments**: image001.jpg

Brendan
Below is the vendors information

**From**: Ruben Tejeda
**Sent**: Monday, May 11, 2015 11:20 AM
**To**: George Watkins; Josefa Atangan
**Subject**: Fwd: DePuy Synthes Spine - Pt Ser, Hea

Mr. Watkins,


They need full payment,  please see email below

Ruben Tejeda
Silver Lake Medical Center
Materials Management Director
Tel: 213-484-3536
Fax: 213-484-3550

Begin forwarded message:

> **From**: "Spruill, Scott [DPYUS]" <sspruil1@ITS.JNJ.com>
> **Date**: May 11, 2015 at 10:23:36 AM PDT
> **To**: Ruben Tejeda <RTejeda@silverlakemc.com>
> **Cc**: "Shoush, Trevor [SYNNA]" <shoush.trevor@synthes.com>
> **Subject**: Re: DePuy Synthes Spine - Pt Ser, Hea

At this point we are unable to do the case.  We need the remaining payment for the Dec surgery $10,020 and we would need the upfront payment for the case on Wednesday.

Pricing is already in place through  a national agreement.

Scott Spruill
818-462-3461
Sent from my iPhone

On May 11, 2015, at 9:45 AM, "Ruben Tejeda" <RTejeda@silverlakemc.com> wrote:

Hi Scott,


For the Case on 05/13/15 can you honor the price as the one on 12/4/14?


Thanks

Ruben Tejeda | Materials Management Director | Silver Lake Medical Center | 1711 West Temple Street LA, CA 90026 | (213)484-3536 | Cell 213-725-6262 | Rtejeda@SilverlakeMC.com

**From:** Spruill, Scott [DPYUS] [mailto:sspruil1@ITS.JNJ.com]
**Sent:** Friday, May 01, 2015 9:25 AM
**To:** Ruben Tejeda
**Subject:** DePuy Synthes Spine - Pt Ser, Hea

Ruben,

I am still in need of an additional $10,020.00 form Silver Lake Medical Center.
Invoice Date – 12/8/15
Amount - $20,0020.00
PO # 19295

At this time Silver Lake is on credit hold and all Johnson & Johnson companies will not ship any product to the hospital until payment is received.

Best Regards,

## Scott Spruill
Los Angeles Regional Sales Manager
c. 818-462-3461
sspruil1@its.jnj.com
<image001.jpg>-
depuysynthes.com

**www.jnj.com**

SPD002514

# Exhibit 15

**Subject**: Re: The Spine and Orthopedic cases
**From**: Brendan B <brendan@surgicalprogram.com>
**To**: George Watkins <GWatkins@silverlakemc.com>
**Cc**: Fatima Manuao <fmanuao@silverlakemc.com>, Dunn Brian <bdunn@promisehealthcare.com>, Mark Apodaca <MApodaca@silverlakemc.com>, Pamela Nunez <pnunez@silverlakemc.com>
**Date Sent**: Wednesday, June 24, 2015 1:48:33 PM GMT-07:00
**Date Received**: Wednesday, June 24, 2015 1:48:33 PM GMT-07:00

Thank you George. I look forward to a smooth transition from Phil.

Regards

On Wed, Jun 24, 2015 at 1:13 PM, George Watkins <GWatkins@silverlakemc.com> wrote:

Brendan

I have added Fatima to this email, our goal is to keep everything running as smoothly as it has in the past. Please let me know of any other concerns you may have, we take our relationships very seriously and will continue to work towards our mutual goals.

**From:** Brendan B [mailto:brendan@surgicalprogram.com]
**Sent:** Wednesday, June 24, 2015 12:40 PM
**To:** George Watkins
**Cc:** Dunn Brian; Mark Apodaca; Pamela Nunez
**Subject:** The Spine and Orthopedic cases

Good Morning George

Thanks for the call Monday regarding the status of Phil Calvano. I appreciate your assuring us that Fatima will be doing as good a job if not better moving forward. I don't have Fatima's email address and I don't think we ever met so please feel free to forward this email to her..

I wanted to clarify a couple of things before instructions from you to your staff are completed. SPD and the spine institute has someone at Silver Lake Medical every day to deal with checks, credit card invoices and other forms of payment. It was a tradeoff that we made so that we don't have the checks sent directly to us for the spine management as outlined by the agreement. Recently, we had become very comfortable, some may say too comfortable with Phil. That cause us to reduce our involvement to only picking up checks. Hopefully we can maintain that situation.

Another important item is that every morning by 11:00 AM we get an email message and I personally get a text informing of the checks that came in that morning, including ones that have multiple accounts with one or more being a spine case.

There is a carve-out for cases done by Wilshire Orthopedics, we don't manage these cases, although we manage the hardware and vendor approval process.

Please let me know if there is anything that I can clarify or if you have any questions.

Warm Regards



EXHIBIT

SPD - 8

Brendan

SPD002683

--

*Brendan Bakir, CEO*

*The Silver Lake Spine Institute*

*Surgical Program Development*

*Brendan@SurgicalProgram.com*

*www.SurgicaProgram.com*

*(800) 399-4399*

*+1(310) 861-5001 (fax)*

*+1(310) 748-8800 (Mobile)*

--

*Brendan Bakir, CEO*
*The Silver Lake Spine Institute*
*Surgical Program Development*
*Brendan@SurgicalProgram.com*
*www.SurgicaProgram.com*
*(800) 399-4399*
*+1(310) 861-5001 (fax)*
*+1(310) 748-8800 (Mobile)*

SPD002684

# Exhibit 16

**M E M O R A N D U M**
**PROPRIETARY AND CONFIDENTIAL**

**TO**:        Promise Holdings Group, LLC Board of Directors

**FROM**:     Peter Baronoff

**CC**:        James Hopwood, Keith Reuben, Jay Shiland and David Armstrong

**DATE**:     July 23, 2015

**RE**:        Proposed Silver Lake Sale Leaseback

I.        BACKGROUND:

At our last board meeting, we discussed various options to finance approximately $14 million capital expenditures at Silver Lake.  The expenditures are required to improve existing plant (HVAC, elevators, etc.), fund seismic retrofit costs (long-delayed and mandated by California regulation) and facilitate the 8th floor build-out required to relocate Promise Hospital of East LA ("PHELA") into Silver Lake.

II.        PROPOSALS:

We noted that the management team had canvassed a large number of potential financing sources, and that very few parties came forward with terms that made economic senses for Success.  MedEquities Realty Trust, a private REIT, proposed a sale-leaseback for Silver Lake accompanied by a "parent" (i.e. Promise Holdings) guarantee of lease payments (this guarantee has since been scaled back significantly as described below).  Wells Fargo provided a broader refinancing proposal for all of Promise Holdings that could provide additional ABL liquidity and mortgage refinancing proceeds to generate incremental liquidity to fund the required capex.  We noted that these proposals were at a stage whereby it made sense to involve Jay and Keith R. to advise and assist the management team in creating actionable alternatives for the board to consider and Keith and Jay have been actively involved in the MedEquities negotiations.  The management team is still in the early stages of negotiations with Wells Fargo.

In assessing the MedEquities proposal, the financing team noted the following:
1.  <u>Scope</u> – the MedEquities proposal is confined to monetization of the Silver Lake facility.
2.  <u>Certainty</u> – the MedEquities proposal reflects nearly complete financial diligence, with the primary risk attaching to a future negotiation with MidCap to allow for the sale-leaseback transaction.
3.  <u>Pricing</u> –  the MedEquities proposal represents a valuation of 11.4x rents (8.75% cap rate), an "accretive" multiple given high single-digit valuations of Promise/Success cash flows.
4.  <u>Optionality</u> – we believe that a Silver Lake sale-leaseback represents a "moment in time" opportunity to take advantage of an aggressive healthcare real estate market and, more importantly in the specific case of MedEquities, a REIT with a need to be uber-aggressive in order to quickly create scale as well as tenant diversification required to go public in Q3 2015..

Consistent with Don's board role related to financing opportunities, Jay also spent time with Don reviewing (a) the overall financing process, (b) the details of the MedEquities proposal and (c) an overview of where we stand with Wells Fargo.

III.        STATUS

Over the last two weeks, the finance team negotiated the attached draft LOI with MedEquities, and expects to present finalized terms at Friday's scheduled board meeting, reflecting the following major terms:

1. Purchase Amount: $37 million
2. Rent: $3.24 million per year, reflecting a cap rate of 8.75%, with a 1.5% annual escalator
3. Guarantors: PHELA, as tenant in the newly-constructed Silver Lake 8th Floor, and St. Alexius; provided that St. Alexius can be sold (per our discussion several weeks ago) and released as a guarantor if rent coverage and fixed coverage compliance is maintained
4. Use of Proceeds: refinancing of up to $18m in existing Silver Lake mortgage debt; funding of approximately $14 million of required capex; a dividend of $4m to Promise Holdings to fund a refinancing of a high-interest San Diego mortgage; up to $1 million of fees and expenses
5. Deposit: $100k, covering quality of earnings costs (almost completed) and attorneys-fees for LOI and asset purchase agreement negotiation
6. Renewal Options: 10 1-year renewal options, to be exercised in the first 10 years of the lease; failure to exercise any 1-year option will result in a minor (.15%) increase in annual escalators

Management expects to be in a position to recommend approval of a transaction with MedEquities as part of the board call scheduled for Friday.  In the meantime, given expected agreement on outstanding LOI issues, management is planning to execute the non-binding LOI with MedEquities by end of day Friday and immediately thereafter wire the $100,000 deposit to MedEquities.

Wells Fargo has also sent a revised Summary of Indicative Terms which is being reviewed.

Jim, Keith R., Jay or I are available to discuss any questions/comments/concerns that you may have, and look forward to the discussion on Friday.

We look forward to more fully discussing this proposal on Friday.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Exhibit 17

**Subject**: RE: SPD updates
**From**: George Watkins <GWatkins@silverlakemc.com>
**To**: Brendan B <brendan@surgicalprogram.com>,Fatima Manuao <fmanuao@silverlakemc.com>
**Date Sent**: Tuesday, August 25, 2015 1:53:03 PM GMT-07:00
**Date Received**: Tuesday, August 25, 2015 1:55:37 PM GMT-07:00
**Attachments**: SPD cases as of 082514.xls

Brendan

Attached is the current spreadsheet, I show the unpaid amount to the facility over 180 days at 595,069

Please have you team review

**From:** Brendan B [mailto:brendan@surgicalprogram.com]
**Sent:** Tuesday, August 25, 2015 12:05 PM
**To:** Fatima Manuao
**Cc:** George Watkins
**Subject:** Re: SPD updates

Hello Fatima

I realize that the spreadsheet is huge, but believe it or not, I need every piece of information on there. Part of what we do for the hospital is review the details. One current piece of info which I have shared with Corporate in Florida was the internal cost associated with ICU nights. We currently have one cost for Med/ Surg and ICU that needs to be changed ( the previous CFO wanted one charge for all stays), in the past we also adjusted the charge master to add a few lines to account for new procedures that we anticipated having a need for. I think what we need to do is "automate" some of the cells that have basic information. Currently, the "Phil" spreadsheet is manually populated, which I can imagine takes a long. long time.
As to the last payment, it appears that the cases that were paid had already been paid the month before, hence we need to assign new patient accounts to the last check dated July 13, 2015. As you may expect, that would cause a balance to be carried which we can address next month. I am sending a check for $148,000 that I will not have individual accounts assigned to until we figure our the reconciliation from the last few spreadsheets. I think you would agree with that to avoid possible double entries.

Regards

Brendan

On Mon, Aug 24, 2015 at 4:39 PM, Fatima Manuao <fmanuao@silverlakemc.com> wrote:

Hi Brendan,

Could you send me a (sample) copy of the data that Phil previously provided you? The spreadsheet is huge and I'm not certain you need every bit of detail on it.  I'm providing the column header below for your info.

| Patient Name | Acct # | Admit Dt | Disch Dt | Payor | Physician Name | Surgery | CPT CODES | Expected Reimb | Surgery Time Cost | Recovery Room Cost | Add'l other Cost @ 11% | Total Cost | Expected Hosp Portion @ 40% | Expected S Portion @ 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

Thanks,
Fatima.

**From:** Fatima Manuao
**Sent:** Tuesday, August 18, 2015 10:48 AM
**To:** 'Brendan B'
**Subject:** RE: SPD updates

Hello Brendan,

I was out of the office yesterday. Yes. I have been updating the spreadsheet for the SPD accounts and will forward soon. Thanks.

**From:** Brendan B [mailto:brendan@surgicalprogram.com]
**Sent:** Monday, August 17, 2015 9:16 PM
**To:** Fatima Manuao
**Cc:** Pamela Nunez
**Subject:** SPD updates

Hello Fatima

I hope all is well. Could you please let me know if you have an updated spreadsheet for the SPD accounts. Has anyone taken over that function?

Regards

Brendan

--
Brendan Bakir, CEO
The Silver Lake Spine Institute
Surgical Program Development
Brendan@SurgicalProgram.com
www.SurgicalProgram.com
(800) 399-4399
+1(310) 861-5001 (fax)
+1(310) 748-8800 (Mobile)

--

SPD005298

Brendan Bakir, CEO
Surgical Program Development
Brendan@SurgicalProgram.com
www.SurgicalProgram.com
(800) 399-4399
+1(310) 861-5001 (fax)
+1(310) 748-8800 (Mobile)

SPD005299

# Exhibit 18

**Subject**: SPD Account and the Spine Institute
**From**: Brendan B <brendan@surgicalprogram.com>
**To**: George Watkins <GWatkins@silverlakemc.com>
**Cc**: "mapodaca@silverlakemc.com" <mapodaca@silverlakemc.com>, Dunn Brian <bdunn@promisehealthcare.com>
**Date Sent**: Tuesday, September 1, 2015 3:36:04 PM GMT-07:00
**Date Received**: Tuesday, September 1, 2015 3:36:04 PM GMT-07:00

Hello George

I am writing to address the accounting that is the middle of being reconciled for the Silver Lake / Silver Lake Spine Institute account (or SPD) As I mentioned to you, I have assigned an accountant to do an audit of sorts to determine the minor discrepancies in the dates certain amounts are due. As you know, we tried to take over the accounting and reconciliation from Silver Lake 4 years ago, however, your predecessor insisted that the hospital and Phil Calvano maintain such spreadsheet and email us the amount due each month. We paid each amount as requested. However, in view of the current situation, I think we can agree now that  since it is our responsibility to pay these items timely, we should have been maintaining the spreadsheet.

In doing an initial evaluation of the AR, we see that no amounts are in dispute at all, which is great news, it is only the implant approvals and costs as well as the timing of receiving final "requested items" the may have been the determinant factor in Mr. Calvano's differing certain payments. Silver Lake requested less money that owed based on the spreadsheet in question. What is making many of these items difficult for both your staff and mine to determine is the fact that these spreadsheets are not "smart sheets", they are simply "Phil's system" no formulas in cells and each cell is hand written. Although I am sure my employees, Mr Gajudo and Mr. Agrawal will get to the bottom of things, I feel that it may be in everyone's best interest if I hire Phil Calvano should he still be available. A minimum of 40-80 hours should suffice for him to tell us what he was thinking and how this was maintained for the last 5 years.

I also would like to have Phil sign a confidentiality agreement and a non-compete clause so that he doesn't share the tremendous success we had with any other hospital system. so I feel there is a residual benefit as well. If you are not opposed to this, please let me know and I will get this done a lot sooner. I am also cc'ing corporate to make sure that it is okay to proceed should you have no objections.

In the mean time, we actually don't have a current spreadsheet, so the $148,000 that I sent last week should just be in a "suspense" account until we get the spreadsheet cleaned up.

Regards

Brendan

--
*Brendan Bakir, CEO*
*The Silver Lake Spine Institute*
*Surgical Program Development*
*Brendan@SurgicaProgram.com*
*www.SurgicaProgram.com*
*(800) 399-4399*
*+1(310) 861-5001 (fax)*
*+1(310) 748-8800 (Mobile)*



EXHIBIT
SPD-9

SPD005280

# Exhibit 19

SPD002962



## NOTICE OF ASSIGNMENT

Date:        10/1/2015                                                Page 1 of 1
**United Healthcare PPO**
**PO BOX 30555**
**SALT LAKE CITY UT 84130**

Attention: Accounts Payable regarding Workers' Compensation Remittance Advice for the following:

| Check Date: | Amount: | Claim Number: | Name: | Date of Service: | |
|---|---|---|---|---|---|
| 12/24/2015 | $131,299.11 | 730763 | Mahmoud, Gamal | 9/21/2015 | 9/28/2015 |

Dear Insurance Carrier:

Please be advised that Silver Lake Medical Center (Success Healthcare 1, LLC. DBA Silver Lake Medical Center) has assigned the above referenced patient accounts to Surgical Program Development, LLC. Please remit payment for each patient account as follows:

Check made payable to: Surgical Program Development, LLC.

Remit payment to:
Surgical Program Development, LLC.
18000 Studebaker Road, Suite 700
Cerritos, California 90703
Attention: Brendan Bakir

In the event that the payment is made to Silver Lake Medical Center (SLMC), SLMC shall endorse any payment for this account to the order of SPD. Should you need to contact the assignee, please call Brendan Bakir at (310) 748-8800. You may also reach him by fax at (310) 861-5001.

Sincerely,

Brent Cope
Chief Executive Officer
Silver Lake Medical Center

*Downtown Campus*
1711 West Temple Street, Los Angeles, CA 90026
Phone: 213.989.6100 • Fax: 213.484.3552

*Ingleside Campus*
7500 East Hellman Avenue, Rosemead, CA 91770
Phone: 626.288.1160 • Fax: 626.571.4880

www.silverlakemc.com

SPD002963



## NOTICE OF ASSIGNMENT

Date:        10/1/2015                                    Page 1 of 1

**Comerica Bank**
**2000 Avenue of the Stars Suite 210**
**Los Angeles, CA 90067**

Attention: Accounts Payable regarding Workers' Compensation Remittance Advice for the following:

| Check Date: | Amount: | Claim Number: | Name: | Date of Service: | |
|---|---|---|---|---|---|
| 12/24/2015 | $131,299.11 | 730763 | Mahmoud, Gamal | 9/21/2015 | 9/28/2015 |

Dear Comerica Bank:

Please be advised that Silver Lake Medical Center (Success Healthcare 1, LLC. DBA Silver Lake Medical Center) has assigned the above-referenced patient account to Surgical Program Development, LLC. Silver Lake Medical Center has endorsed the check listed above, please be advised that the check now legally belongs to Surgical Program Development.

Should you have any further questions, please feel free to contact me at (213) 989-6117.

Sincerely,

Brent Cope
Chief Executive Officer
Silver Lake Medical Center

*Downtown Campus*
1711 West Temple Street, Los Angeles, CA 90026
Phone: 213.989.6100 • Fax: 213.484.3552

*Ingleside Campus*
7500 East Hellman Avenue, Rosemead, CA 91770
Phone: 626.288.1160 • Fax: 626.571.4880

www.silverlakeme.com

SPD002964



## NOTICE OF ASSIGNMENT

Date:        10/2/2015                                               Page 1 of 1
**STATE COMPENSATION FRESNO**
**PROCESSING CENTER**
**P.O. Box 65005**

Attention: Accounts Payable regarding Workers' Compensation Remittance Advice for the following:

| **Check Date:** | **Amount:** | **Claim Number:** | **Name:** | **Date of Service:** | |
|---|---|---|---|---|---|
| 10/27/2015 | $16,020.18 | 05673200 | Garcia, Gerado | 9/22/2015 | 9/24/2015 |

Dear Insurance Carrier:

Please be advised that Silver Lake Medical Center (Success Healthcare 1, LLC. DBA Silver Lake Medical Center) has assigned the above referenced patient accounts to Surgical Program Development, LLC. Please remit payment for each patient account as follows:

Check made payable to: Surgical Program Development, LLC.

Remit payment to:
    Surgical Program Development, LLC.
    18000 Studebaker Road, Suite 700
    Cerritos, California 90703
    Attention: Brendan Bakir

In the event that the payment is made to Silver Lake Medical Center (SLMC), SLMC shall endorse any payment for this account to the order of SPD. Should you need to contact the assignee, please call Brendan Bakir at (310) 748-8800. You may also reach him by fax at (310) 861-5001.

Sincerely,

Brent Cope
Chief Executive Officer
Silver Lake Medical Center

*Downtown Campus*
1711 West Temple Street, Los Angeles, CA 90026
Phone: 213.989.6100 • Fax: 213.484.3552

*Ingleside Campus*
7500 East Hellman Avenue, Rosemead, CA 91770
Phone: 626.288.1160 • Fax: 626.571.4880

www.silverlakemc.com

SPD002965



## NOTICE OF ASSIGNMENT

Date:        10/2/2015                                    Page 1 of 1
**Comerica Bank**
**2000 Avenue of the Stars Suite 210**
**Los Angeles, CA 90067**

Attention: Accounts Payable regarding Workers' Compensation Remittance Advice for the following:

| Check Date: | Amount: | Claim Number: | Name: | Date of Service: | |
|---|---|---|---|---|---|
| 10/27/2015 | $16,020.18 | 05673200 | Garcia, Gerado | 9/22/2015 | 9/24/2015 |

Dear Comerica Bank:

Please be advised that Silver Lake Medical Center (Success Healthcare 1, LLC. DBA Silver Lake Medical Center) has assigned the above-referenced patient account to Surgical Program Development, LLC. Silver Lake Medical Center has endorsed the check listed above, please be advised that the check now legally belongs to Surgical Program Development.

Should you have any further questions, please feel free to contact me at (213) 989-6117.

Sincerely,

Brent Cope
Chief Executive Officer
Silver Lake Medical Center

*Downtown Campus*
1711 West Temple Street, Los Angeles, CA 90026
Phone: 213.989.6100 • Fax: 213.484.3552

*Ingleside Campus*
7500 East Hellman Avenue, Rosemead, CA 91770
Phone: 626.288.1160 • Fax: 626.571.4880

www.silverlakemc.com

SPD002966



## NOTICE OF ASSIGNMENT

Date:        10/27/2015                                              Page 1 of 1
**GALLAGHER BASSETT / STATE OF CALIFORNIA**
**PO BOX 22348**
**TUCSON AZ 85734**

Attention: Accounts Payable regarding Workers' Compensation Remittance Advice for the following:

| Check Date: | Amount: | Claim Number: | Name: | Date of Service: | |
|---|---|---|---|---|---|
| 12/29/2015 | $101,448.21 | 001960072476WC01 | Contreras, Jose | 10/17/2015 | 10/23/2015 |

Dear Insurance Carrier:

Please be advised that Silver Lake Medical Center (Success Healthcare 1, LLC. DBA Silver Lake Medical Center) has assigned the above referenced patient accounts to Surgical Program Development, LLC. Please remit payment for each patient account as follows:

<u>Check made payable to: Surgical Program Development, LLC.</u>

<u>Remit payment to</u>:
Surgical Program Development, LLC.
18000 Studebaker Road, Suite 700
Cerritos, California 90703
Attention: Brendan Bakir

In the event that the payment is made to Silver Lake Medical Center (SLMC), SLMC shall endorse any payment for this account to the order of SPD. Should you need to contact the assignee, please call Brendan Bakir at (310) 748-8800. You may also reach him by fax at (310) 861-5001.

Sincerely,

Brent Cope
Chief Executive Officer
Silver Lake Medical Center

*Downtown Campus*
1711 West Temple Street, Los Angeles, CA 90026
Phone: 213.989.6100 • Fax: 213.484.3552

*Ingleside Campus*
7500 East Hellman Avenue, Rosemead, CA 91770
Phone: 626.288.1160 • Fax: 626.571.4880

www.silverlakeme.com

SPD002967



## NOTICE OF ASSIGNMENT

Date:        10/27/2015                                        Page 1 of 1

**Comerica Bank**
**2000 Avenue of the Stars Suite 210**
**Los Angeles, CA 90067**

Attention: Accounts Payable regarding Workers' Compensation Remittance Advice for the following:

| Check Date: | Amount: | Claim Number: | Name: | Date of Service: |
|---|---|---|---|---|
| 12/29/2015 | $101,448.21 | 001960072476WC01 | Contreras, Jose | 10/17/2015  10/23/2015 |

Dear Comerica Bank:

Please be advised that Silver Lake Medical Center (Success Healthcare 1, LLC. DBA Silver Lake Medical Center) has assigned the above-referenced patient account to Surgical Program Development, LLC. Silver Lake Medical Center has endorsed the check listed above, please be advised that the check now legally belongs to Surgical Program Development.

Should you have any further questions, please feel free to contact me at (213) 989-6117.

Sincerely,

Brent Cope
Chief Executive Officer
Silver Lake Medical Center

*Downtown Campus*
1711 West Temple Street, Los Angeles, CA 90026
Phone: 213.989.6100 • Fax: 213.484.3552

*Ingleside Campus*
7500 East Hellman Avenue, Rosemead, CA 91770
Phone: 626.288.1160 • Fax: 626.571.4880

www.silverlakeme.com

SPD002968



## NOTICE OF ASSIGNMENT

Date:        10/30/2015                                    Page 1 of 1
**TRI STAR RISK MGMT**
**PO BOX 11967**
**SANTA ANA  CA 92711-1967**

Attention: Accounts Payable regarding Workers' Compensation Remittance Advice for the following:

| Check Date: | Amount: | Claim Number: | Name: | Date of Service: | |
|---|---|---|---|---|---|
| 5/18/2016 | $112,720.45 | 20000100475 | Mack, Howard | 10/20/2015 | 11/11/2015 |

Dear Insurance Carrier:

Please be advised that Silver Lake Medical Center (Success Healthcare 1, LLC.  DBA Silver Lake Medical Center) has assigned the above referenced patient accounts to Surgical Program Development, LLC.  Please remit payment for each patient account as follows:

<u>Check made payable to: Surgical Program Development, LLC.</u>

<u>Remit payment to:</u>
Surgical Program Development, LLC.
18000 Studebaker Road, Suite 700
Cerritos, California 90703
Attention:  Brendan Bakir

In the event that the payment is made to Silver Lake Medical Center (SLMC), SLMC shall endorse any payment for this account to the order of SPD. Should you need to contact the assignee, please call Brendan Bakir at (310) 748-8800.  You may also reach him by fax at (310) 861-5001.

Sincerely,

Brent Cope
Chief Executive Officer
Silver Lake Medical Center *Campus*

*Downtown Campus*
1711 West Temple Street, Los Angeles, CA  90026
Phone: 213.989.6100 • Fax: 213.484.3552

7500 East Hellman Avenue, Rosemead, CA  91770
Phone: 626.288.1160 • Fax: 626.571.4880

www.silverlakeme.com

SPD002969



## NOTICE OF ASSIGNMENT

Date:       10/30/2015                                              Page 1 of 1

**Comerica Bank**
**2000 Avenue of the Stars Suite 210**
**Los Angeles, CA 90067**

Attention: Accounts Payable regarding Workers' Compensation Remittance Advice for the following:

| Check Date: | Amount: | Claim Number: | Name: | Date of Service: |
|---|---|---|---|---|
| 5/18/2016 | $112,720.45 | 20000100475 | Mack, Howard | 10/20/2015  11/11/2015 |

Dear Comerica Bank:

      Please be advised that Silver Lake Medical Center (Success Healthcare 1, LLC.  DBA Silver Lake Medical Center) has assigned the above-referenced patient account to Surgical Program Development, LLC.  Silver Lake Medical Center has endorsed the check listed above, please be advised that the check now legally belongs to Surgical Program Development.

      Should you have any further questions, please feel free to contact me at (213) 989-6117.

Sincerely,

Brent Cope
Chief Executive Officer
Silver Lake Medical Center

*Downtown Campus*
1711 West Temple Street, Los Angeles, CA  90026
Phone: 213.989.6100 • Fax: 213.484.3552

*Rosemead Campus*
7500 East Hellman Avenue, Rosemead, CA  91770
Phone: 626.288.1160 • Fax: 626.571.4880

www.silverlakemc.com

SPD002970



## NOTICE OF ASSIGNMENT

Date:        11/6/2015                                                   Page 1 of 1
**BROADSPIRE**
**PO BOX 14645**
**LEXINGTON KY 40512**

Attention: Accounts Payable regarding Workers' Compensation Remittance Advice for the following:

| Check Date: | Amount: | Claim Number: | Name: | Date of Service: | |
|---|---|---|---|---|---|
| 12/31/2015 | $15,219.16 | 2193081035001 | Calvillo, Enrique | 10/27/2015 | 10/29/2015 |

Dear Insurance Carrier:

      Please be advised that Silver Lake Medical Center (Success Healthcare 1, LLC.  DBA Silver Lake Medical Center) has assigned the above referenced patient accounts to Surgical Program Development, LLC.  Please remit payment for each patient account as follows:

<u>Check made payable to: Surgical Program Development, LLC.</u>

<u>Remit payment to:</u>
      Surgical Program Development, LLC.
      18000 Studebaker Road, Suite 700
      Cerritos, California 90703
      Attention:  Brendan Bakir

In the event that the payment is made to Silver Lake Medical Center (SLMC), SLMC shall endorse any payment for this account to the order of SPD. Should you need to contact the assignee, please call Brendan Bakir at (310) 748-8800.  You may also reach him by fax at (310) 861-5001.

      Sincerely,

Brent Cope
Chief Executive Officer
Silver Lake Medical Center

*Downtown Campus*
1711 West Temple Street, Los Angeles, CA  90026
Phone: 213.989.6100 • Fax: 213.484.3552

*Ingleside Campus*
7500 East Hellman Avenue, Rosemead, CA  91770
Phone: 626.288.1160 • Fax: 626.571.4880

www.silverlakeme.com

SPD002971



## NOTICE OF ASSIGNMENT

Date:        11/6/2015                                    Page 1 of 1
**Comerica Bank**
**2000 Avenue of the Stars Suite 210**
**Los Angeles, CA 90067**

Attention: Accounts Payable regarding Workers' Compensation Remittance Advice for the following:

| **Check Date:** | **Amount:** | **Claim Number:** | **Name:** | **Date of Service:** |
| --- | --- | --- | --- | --- |
| 12/31/2015 | $15,219.16 | 2193081035001 | Calvillo, Enrique | 10/27/2015  10/29/2015 |

Dear Comerica Bank:

Please be advised that Silver Lake Medical Center (Success Healthcare 1, LLC. DBA Silver Lake Medical Center) has assigned the above-referenced patient account to Surgical Program Development, LLC. Silver Lake Medical Center has endorsed the check listed above, please be advised that the check now legally belongs to Surgical Program Development.

Should you have any further questions, please feel free to contact me at (213) 989-6117.

Sincerely,

Brent Cope
Chief Executive Officer
Silver Lake Medical Center

*Downtown Campus*
1711 West Temple Street, Los Angeles, CA 90026
Phone: 213.989.6100 • Fax: 213.484.3552

*Ingleside Campus*
7500 East Hellman Avenue, Rosemead, CA 91770
Phone: 626.288.1160 • Fax: 626.571.4880

www.silverlakemc.com

SPD002972



## NOTICE OF ASSIGNMENT

Date:        11/13/2015                                          Page 1 of 1
**SEDGWICK CLAIMS**
**PO BOX 14533**
**LEXINGTON KY 40512**

Attention: Accounts Payable regarding Workers' Compensation Remittance Advice for the following:

| **Check Date:** | **Amount:** | **Claim Number:** | **Name:** | **Date of Service:** | |
|---|---|---|---|---|---|
| 2/5/2016 | $50,605.27 | 200324537 | Phillips, Dara | 11/3/2015 | 11/8/2015 |

Dear Insurance Carrier:

Please be advised that Silver Lake Medical Center (Success Healthcare 1, LLC. DBA Silver
Lake Medical Center) has assigned the above referenced patient accounts to Surgical Program
Development, LLC. Please remit payment for each patient account as follows:

Check made payable to: Surgical Program Development, LLC.

Remit payment to:
  Surgical Program Development, LLC.
  18000 Studebaker Road, Suite 700
  Cerritos, California 90703
  Attention: Brendan Bakir

In the event that the payment is made to Silver Lake Medical Center (SLMC), SLMC shall
endorse any payment for this account to the order of SPD. Should you need to contact the
assignee, please call Brendan Bakir at (310) 748-8800. You may also reach him by fax at
(310) 861-5001.

Sincerely,

Brent Cope
Chief Executive Officer
Silver Lake Medical Center

*Downtown Campus*
1711 West Temple Street, Los Angeles, CA 90026
Phone: 213.989.6100 • Fax: 213.484.3552

*Ingleside Campus*
7500 East Hellman Avenue, Rosemead, CA 91770
Phone: 626.288.1160 • Fax: 626.571.4880

www.silverlakemc.com

SPD002973



## NOTICE OF ASSIGNMENT

Date:        11/13/2015                                                Page 1 of 1
**Comerica Bank**
**2000 Avenue of the Stars Suite 210**
**Los Angeles, CA 90067**

Attention: Accounts Payable regarding Workers' Compensation Remittance Advice for the following:

| **Check Date:** | **Amount:** | **Claim Number:** | **Name:** | **Date of Service:** | |
|---|---|---|---|---|---|
| 2/5/2016 | $50,605.27 | 200324537 | Phillips, Dara | 11/3/2015 | 11/8/2015 |

Dear Comerica Bank:

Please be advised that Silver Lake Medical Center (Success Healthcare 1, LLC.  DBA Silver
Lake Medical Center) has assigned the above-referenced patient account to Surgical Program
Development, LLC.  Silver Lake Medical Center has endorsed the check listed above, please
be advised that the check now legally belongs to Surgical Program Development.

Should you have any further questions, please feel free to contact me at (213) 989-6117.

Sincerely,

Brent Cope
Chief Executive Officer
Silver Lake Medical Center

*Downtown Campus*
1711 West Temple Street, Los Angeles, CA  90026
Phone: 213.989.6100 • Fax: 213.484.3552

*Ingleside Campus*
7500 East Hellman Avenue, Rosemead, CA  91770
Phone: 626.288.1160 • Fax: 626.571.4880

www.silverlakeme.com

SPD002974



## NOTICE OF ASSIGNMENT

Date:      11/15/2015                                    Page 1 of 1
**GALLAGHER BASSETT / STATE OF CALIFORNIA**
**PO BOX 22348**
**TUCSON AZ 85734**


Attention: Accounts Payable regarding Workers' Compensation Remittance Advice for the following:

| Check Date: | Amount: | Claim Number: | Name: | Date of Service: | |
|---|---|---|---|---|---|
| 2/22/2016 | $36,597.50 | 003488014568WC01 | Heyne, Yolanda | 11/5/2015 | 11/10/2015 |


Dear Insurance Carrier:

Please be advised that Silver Lake Medical Center (Success Healthcare 1, LLC. DBA Silver Lake Medical Center) has assigned the above referenced patient accounts to Surgical Program Development, LLC. Please remit payment for each patient account as follows:

<u>Check made payable to: Surgical Program Development, LLC.</u>

<u>Remit payment to:</u>
Surgical Program Development, LLC.
18000 Studebaker Road, Suite 700
Cerritos, California 90703
Attention: Brendan Bakir

In the event that the payment is made to Silver Lake Medical Center (SLMC), SLMC shall endorse any payment for this account to the order of SPD. Should you need to contact the assignee, please call Brendan Bakir at (310) 748-8800. You may also reach him by fax at (310) 861-5001.

Sincerely,

Brent Cope
Chief Executive Officer
Silver Lake Medical Center

*Downtown Campus*
1711 West Temple Street, Los Angeles, CA 90026
Phone: 213.989.6100 • Fax: 213.484.3552

*Ingleside Campus*
7500 East Hellman Avenue, Rosemead, CA 91770
Phone: 626.288.1160 • Fax: 626.571.4880

www.silverlakeme.com

SPD002975



## NOTICE OF ASSIGNMENT

Date:        11/15/2015                                        Page 1 of 1
**Comerica Bank**
**2000 Avenue of the Stars Suite 210**
**Los Angeles, CA 90067**


Attention: Accounts Payable regarding Workers' Compensation Remittance Advice for the following:

| Check Date: | Amount: | Claim Number: | Name: | Date of Service: | |
|---|---|---|---|---|---|
| 2/22/2016 | $36,597.50 | 003488014568WC01 | Heyne, Yolanda | 11/5/2015 | 11/10/2015 |


Dear Comerica Bank:

> Please be advised that Silver Lake Medical Center (Success Healthcare 1, LLC. DBA Silver Lake Medical Center) has assigned the above-referenced patient account to Surgical Program Development, LLC. Silver Lake Medical Center has endorsed the check listed above, please be advised that the check now legally belongs to Surgical Program Development.


> Should you have any further questions, please feel free to contact me at (213) 989-6117.


Sincerely,

Brent Cope
Chief Executive Officer
Silver Lake Medical Center

*Downtown Campus*
1711 West Temple Street, Los Angeles, CA  90026
Phone: 213.989.6100 • Fax: 213.484.3552

*Ingleside Campus*
7500 East Hellman Avenue, Rosemead, CA  91770
Phone: 626.288.1160 • Fax: 626.571.4880

www.silverlakeme.com

SPD002976



## NOTICE OF ASSIGNMENT

Date:        11/17/2015                                        Page 1 of 1

**ESIS MEDICAL BILL PROCESSING**
**PO BOX 6569**
**SCRANTON PA 18505-6569**

Attention: Accounts Payable regarding Workers' Compensation Remittance Advice for the following:

| Check Date: | Amount: | Claim Number: | Name: | Date of Service: |
|---|---|---|---|---|
| 12/14/2015 | $16,020.18 | 6A35887005081X | Hernandez, Ryan | 11/7/2015    11/9/2015 |

Dear Insurance Carrier:

    Please be advised that Silver Lake Medical Center (Success Healthcare 1, LLC. DBA Silver Lake Medical Center) has assigned the above referenced patient accounts to Surgical Program Development, LLC. Please remit payment for each patient account as follows:

      <u>Check made payable to: Surgical Program Development, LLC.</u>

     <u>Remit payment to</u>:
      Surgical Program Development, LLC.
      18000 Studebaker Road, Suite 700
      Cerritos, California 90703
      Attention: Brendan Bakir

In the event that the payment is made to Silver Lake Medical Center (SLMC), SLMC shall endorse any payment for this account to the order of SPD. Should you need to contact the assignee, please call Brendan Bakir at (310) 748-8800. You may also reach him by fax at (310) 861-5001.

     Sincerely,

     Brent Cope
     Chief Executive Officer
     Silver Lake Medical Center

*Downtown Campus*
1711 West Temple Street, Los Angeles, CA 90026
Phone: 213.989.6100 • Fax: 213.484.3552

*Ingleside Campus*
7500 East Hellman Avenue, Rosemead, CA 91770
Phone: 626.288.1160 • Fax: 626.571.4880

www.silverlakemc.com

SPD002977



## NOTICE OF ASSIGNMENT

Date:        11/17/2015                                    Page 1 of 1
**Comerica Bank**
**2000 Avenue of the Stars Suite 210**
**Los Angeles, CA 90067**

Attention: Accounts Payable regarding Workers' Compensation Remittance Advice for the following:

| Check Date: | Amount: | Claim Number: | Name: | Date of Service: | |
|---|---|---|---|---|---|
| 12/14/2015 | $16,020.18 | 6A35887005081X | Hernandez, Ryan | 11/7/2015 | 11/9/2015 |

Dear Comerica Bank:

Please be advised that Silver Lake Medical Center (Success Healthcare 1, LLC. DBA Silver Lake Medical Center) has assigned the above-referenced patient account to Surgical Program Development, LLC. Silver Lake Medical Center has endorsed the check listed above, please be advised that the check now legally belongs to Surgical Program Development.

Should you have any further questions, please feel free to contact me at (213) 989-6117.

Sincerely,

Brent Cope
Chief Executive Officer
Silver Lake Medical Center

*Downtown Campus*
1711 West Temple Street, Los Angeles, CA  90026
Phone: 213.989.6100 • Fax: 213.484.3552

*Ingleside Campus*
7500 East Hellman Avenue, Rosemead, CA  91770
Phone: 626.288.1160 • Fax: 626.571.4880

www.silverlakeme.com

SPD002978



## NOTICE OF ASSIGNMENT

Date:      11/17/2015                                    Page 1 of 1
**So. Calif. Edison**
**P.O. Box 5038**
**Rosemead, CA 91770**

Attention: Accounts Payable regarding Workers' Compensation Remittance Advice for the following:

| Check Date: | Amount: | Claim Number: | Name: | Date of Service: | |
|---|---|---|---|---|---|
| 1/29/2016 | $53,416.60 | WC200615710 | Torres, Wilber | 11/7/2015 | 11/11/2015 |

Dear Insurance Carrier:

Please be advised that Silver Lake Medical Center (Success Healthcare 1, LLC. DBA Silver Lake Medical Center) has assigned the above referenced patient accounts to Surgical Program Development, LLC. Please remit payment for each patient account as follows:

Check made payable to: Surgical Program Development, LLC.

Remit payment to:
    Surgical Program Development, LLC.
    18000 Studebaker Road, Suite 700
    Cerritos, California 90703
    Attention: Brendan Bakir

In the event that the payment is made to Silver Lake Medical Center (SLMC), SLMC shall endorse any payment for this account to the order of SPD. Should you need to contact the assignee, please call Brendan Bakir at (310) 748-8800. You may also reach him by fax at (310) 861-5001.

Sincerely,

Brent Cope
Chief Executive Officer
Silver Lake Medical Center

*Downtown Campus*
1711 West Temple Street, Los Angeles, CA 90026
Phone: 213.989.6100 • Fax: 213.484.3552

*Ingleside Campus*
7500 East Hellman Avenue, Rosemead, CA 91770
Phone: 626.288.1160 • Fax: 626.571.4880

www.silverlakeme.com

SPD002979



## NOTICE OF ASSIGNMENT

Date:        11/17/2015                                    Page 1 of 1

**Comerica Bank**
**2000 Avenue of the Stars Suite 210**
**Los Angeles, CA 90067**

Attention: Accounts Payable regarding Workers' Compensation Remittance Advice for the following:

| Check Date: | Amount: | Claim Number: | Name: | Date of Service: |
|---|---|---|---|---|
| 1/29/2016 | $53,416.60 | WC200615710 | Torres, Wilber | 11/7/2015   11/11/2015 |

Dear Comerica Bank:

Please be advised that Silver Lake Medical Center (Success Healthcare 1, LLC.  DBA Silver Lake Medical Center) has assigned the above-referenced patient account to Surgical Program Development, LLC.  Silver Lake Medical Center has endorsed the check listed above, please be advised that the check now legally belongs to Surgical Program Development.

Should you have any further questions, please feel free to contact me at (213) 989-6117.

Sincerely,

Brent Cope
Chief Executive Officer
Silver Lake Medical Center

*Downtown Campus*
1711 West Temple Street, Los Angeles, CA  90026
Phone: 213.989.6100 • Fax: 213.484.3552

*Ingleside Campus*
7500 East Hellman Avenue, Rosemead, CA  91770
Phone: 626.288.1160 • Fax: 626.571.4880

www.silverlakemc.com

SPD002980



## NOTICE OF ASSIGNMENT

Date:        11/20/2015                                    Page 1 of 1
**GALLAGHER BASSETT / STATE OF CALIFORNIA**
**PO BOX 22348**
**TUCSON AZ 85734**


Attention: Accounts Payable regarding Workers' Compensation Remittance Advice for the following:

| Check Date: | Amount: | Claim Number: | Name: | Date of Service: | |
|---|---|---|---|---|---|
| 1/22/2016 | $50,605.27 | 002979054233WC01 | Nunez, Jose | 11/10/2015 | 11/13/2015 |


Dear Insurance Carrier:

Please be advised that Silver Lake Medical Center (Success Healthcare 1, LLC.  DBA Silver Lake Medical Center) has assigned the above referenced patient accounts to Surgical Program Development, LLC.  Please remit payment for each patient account as follows:


Check made payable to: Surgical Program Development, LLC.


Remit payment to:
Surgical Program Development, LLC.
18000 Studebaker Road, Suite 700
Cerritos, California 90703
Attention:  Brendan Bakir

In the event that the payment is made to Silver Lake Medical Center (SLMC), SLMC shall endorse any payment for this account to the order of SPD. Should you need to contact the assignee, please call Brendan Bakir at (310) 748-8800.  You may also reach him by fax at (310) 861-5001.


Sincerely,


Brent Cope
Chief Executive Officer
Silver Lake Medical Center


*Downtown Campus*
1711 West Temple Street, Los Angeles, CA  90026
Phone: 213.989.6100 • Fax: 213.484.3552

*Ingleside Campus*
7500 East Hellman Avenue, Rosemead, CA  91770
Phone: 626.288.1160 • Fax: 626.571.4880

www.silverlakeme.com

SPD002981



## NOTICE OF ASSIGNMENT

Date:        11/20/2015                                        Page 1 of 1
**Comerica Bank**
**2000 Avenue of the Stars Suite 210**
**Los Angeles, CA 90067**

Attention: Accounts Payable regarding Workers' Compensation Remittance Advice for the following:

| Check Date: | Amount: | Claim Number: | Name: | Date of Service: |
|---|---|---|---|---|
| 1/22/2016 | $50,605.27 | 002979054233WC01 | Nunez, Jose | 11/10/2015  11/13/2015 |

Dear Comerica Bank:

     Please be advised that Silver Lake Medical Center (Success Healthcare 1, LLC.  DBA Silver Lake Medical Center) has assigned the above-referenced patient account to Surgical Program Development, LLC.  Silver Lake Medical Center has endorsed the check listed above, please be advised that the check now legally belongs to Surgical Program Development.

     Should you have any further questions, please feel free to contact me at (213) 989-6117.

Sincerely,

Brent Cope
Chief Executive Officer
Silver Lake Medical Center

*Downtown Campus*
1711 West Temple Street, Los Angeles, CA  90026
Phone: 213.989.6100 • Fax: 213.484.3552

*Ingleside Campus*
7500 East Hellman Avenue, Rosemead, CA  91770
Phone: 626.288.1160 • Fax: 626.571.4880

www.silverlakemc.com

SPD002982



## NOTICE OF ASSIGNMENT

Date:        12/25/2015                                    Page 1 of 1
**City of Glendale**
**613 E. Broadway Suite 100**
**Glendale, CA 91206**

Attention: Accounts Payable regarding Workers' Compensation Remittance Advice for the following:

| Check Date: | Amount: | Claim Number: | Name: | Date of Service: | |
|---|---|---|---|---|---|
| 3/1/2016 | $53,416.69 | 13003678 | Arzate, Sirjan | 12/15/2015 | 12/17/2015 |

Dear Insurance Carrier:

Please be advised that Silver Lake Medical Center (Success Healthcare 1, LLC. DBA Silver Lake Medical Center) has assigned the above referenced patient accounts to Surgical Program Development, LLC. Please remit payment for each patient account as follows:

Check made payable to: Surgical Program Development, LLC.

Remit payment to:
        Surgical Program Development, LLC.
        18000 Studebaker Road, Suite 700
        Cerritos, California 90703
        Attention: Brendan Bakir

In the event that the payment is made to Silver Lake Medical Center (SLMC), SLMC shall endorse any payment for this account to the order of SPD. Should you need to contact the assignee, please call Brendan Bakir at (310) 748-8800. You may also reach him by fax at (310) 861-5001.

Sincerely,

Brent Cope
Chief Executive Officer
Silver Lake Medical Center

*Downtown Campus*
1711 West Temple Street, Los Angeles, CA 90026
Phone: 213.989.6100 • Fax: 213.484.3552

*Ingleside Campus*
7500 East Hellman Avenue, Rosemead, CA 91770
Phone: 626.288.1160 • Fax: 626.571.4880

www.silverlakemc.com

SPD002983



## NOTICE OF ASSIGNMENT

Date:        12/25/2015                                              Page 1 of 1
**Comerica Bank**
**2000 Avenue of the Stars Suite 210**
**Los Angeles, CA 90067**

Attention: Accounts Payable regarding Workers' Compensation Remittance Advice for the following:

| Check Date: | Amount: | Claim Number: | Name: | Date of Service: |
|---|---|---|---|---|
| 3/1/2016 | $53,416.69 | 13003678 | Arzate, Sirjan | 12/15/2015  12/17/2015 |

Dear Comerica Bank:

Please be advised that Silver Lake Medical Center (Success Healthcare 1, LLC. DBA Silver Lake Medical Center) has assigned the above-referenced patient account to Surgical Program Development, LLC. Silver Lake Medical Center has endorsed the check listed above, please be advised that the check now legally belongs to Surgical Program Development.

Should you have any further questions, please feel free to contact me at (213) 989-6117.

Sincerely,

Brent Cope
Chief Executive Officer
Silver Lake Medical Center

*Downtown Campus*
1711 West Temple Street, Los Angeles, CA 90026
Phone: 213.989.6100 • Fax: 213.484.3552

*Ingleside Campus*
7500 East Hellman Avenue, Rosemead, CA 91770
Phone: 626.288.1160 • Fax: 626.571.4880

www.silverlakemc.com

# Exhibit 20

**For Discussion Purposes Only**

# Promise Healthcare Group, LLC
## BOARD MEETING

### February 2, 2016




# Table of Contents

I.    <u>Call to Order</u> – James Brown

II.   <u>Roll Call</u> – James Brown

III.  <u>Approval of Prior Meeting Minutes – James Brown</u>
- June 23, 2015 – Board Committee meeting
- June 24, 2015 – Annual Meeting
- June 24, 2015 – Board Meeting
- July 24, 2015 – Board Update Call
- August 21, 2015 – Board Update Call
- September 29, 2015 – Board Meeting
- November 20, 2015 – Board Update Call
- December 11, 2015 – Board Update Call
- January 8, 2016 - Board Update Call

IV.   <u>Promise Healthcare CEO Report – Peter Baronoff</u>
- FY 2015 Performance
- FY 2016 Budget
- 2016 Strategic Direction
- 2017-2019 Projections
- Trends in post-acute care

PRIVILEGED & CONFIDENTIAL

February 2, 2016

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00002309

# Table of Contents

V.    COO Report – Richard Gold
- FY 2015 Performance Review
- FY 2016 Budget
- Florida Plan
- Admission Criteria "Rollout"
- Facility Leadership
- Ruby Development
- Los Angeles Opportunity
- Market Diversification


VI.   Success Healthcare Report – Peter Baronoff, Executive Chair and Brian Dunn, CEO
- FY 2015 Performance Review
- FY 2016 Budget
- FY 2016 Key Objectives
- St. Alexius sale

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                                      **PROMISE_00002310**

P005095

# Table of Contents

VII. <u>Chief Financial Officer Report – Jim Hopwood</u>
- 2015 Preliminary Financials
- 2016 Budget – Review, EBITDA Bridge, Administrative Expenses
- Cash Flow Review – Trends, Top Vendors, 13-week cash flow
- Short Term Cash Need
- Subsequent Cash Build Expectation
- CAPEX Plan and Financing Transaction Update
  - o Revolver – Wells Fargo
  - o Real Estate – Villages, San Diego, Silver Lake
  - o Lease Financing – VFI, Tetra, Others
- Information Technology – Electronic Health Record
- Insurance Programs
- Purchasing
- Promise Healthcare Group, LLC Treasury Report

February 2, 2016          **PRIVILEGED & CONFIDENTIAL**          **50**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**          **PROMISE_00002311**

P005096

# Table of Contents

VIII.    <u>Committee Reports</u>
- Audit – Keith Kennedy
- Compensation and Employment Committee – Evatt Tamine
- Legal Committee – Keith Kennedy
- Governance and Nominating Committee – James Brown

IX.    <u>Old Business</u>
- Monetization Report – Peter Baronoff
    Review JPM Conference
    MTS Presentation – Jay Shiland
    Board Discussion – Review of options and process
    2016 Board Schedule and Shareholder Meetings
- VOW Update

X.    <u>New Business</u>

XI.    <u>Executive Session</u>

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00002312

P005097

# Board Meeting – September 29, 2015

I.     **Call to Order – Chairman, James Brown**

**PRIVILEGED & CONFIDENTIAL**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00002313**

P005098

# Board Meeting – September 29, 2015

II.   **Roll Call – Chairman, James Brown**

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00002314

P005099

# Board Meeting – September 29, 2015

**III. Approval of Prior Meeting Minutes – James Brown**

- June 23, 2015 – Board Committee Meeting
- June 24, 2015 – Annual Meeting
- June 24, 2015 – Board Meeting
- July 24, 2015 – Board Update Call
- August 21, 2015 – Board Update Call
- September 29, 2015 - Board Meeting
- November 20, 2015 – Board Update Call
- December 11, 2015 – Board Update Call
- January 8, 2016 - Board Update Call

# Promise Healthcare CEO Report – Peter Baronoff

## IV. Chief Executive Officer – Peter Baronoff

FY 2015 Performance
FY 2016 Budget
2016 Strategic Direction
2017-2019 Projections
Trends in post-acute care

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00002316**

P005101

# Chief Executive Officer

# Company Overview
## Introduction

- Promise Healthcare Group ("PHG" or the "Company") is headquartered in Boca Raton, Florida, and operates two divisions:
  - □ Promise Healthcare – Specialty Post-acute care hospitals
  - □ Success Healthcare – Community-based care hospitals
- Consolidated 2015A/E Revenue of $507 million, EBITDARM of $77 million, and EBITDA of $42 million





| **Specialty Post-Acute Care Hospitals** | **Community-Based Care Hospitals** |
|---|---|

- 18 LTACH facilities and 2 skilled nursing facilities in 8 states, including two Florida facilities in the CMS-required demonstration period that provide significant growth opportunities
  - □ Promise owns real estate associated with seven of its free-standing hospitals
- 1,262 licensed LTACH/SNF beds
- 6th largest LTACH operator in the US

- Two licensed acute care hospitals in Los Angeles and St. Louis comprising four campuses
- 502 licensed beds
- Leading behavior health provider in St. Louis and Los Angeles
- St. Alexius School of Nursing in St. Louis
- Leading bariatric program in St. Louis

|  | 2014A | 2015A/E | 2016E | 2017E |
|---|---|---|---|---|
| Revenue | $322.0 | $376.1 | $412.0 | $418.5 |
| EBITDARM | 51.7 | 64.3 | 74.3 | 81.3 |
| EBITDAM | 44.0 | 55.7 | 66.4 | 72.7 |
| EBITDA | 27.3 | 35.7 | 45.3 | 50.8 |

Came in at $38.9MM A/E

|  | 2014A | 2015A/E | 2016E | 2017E |
|---|---|---|---|---|
| Revenue | $129.7 | $131.3 | $132.4 | $144.4 |
| EBITDARM | 16.4 | 12.7 | 15.9 | 20.2 |
| EBITDAM | 13.1 | 9.4 | 12.6 | 16.9 |
| EBITDA | 10.6 | 5.8 | 8.3 | 12.4 |

Came in at $6.6MM A/E

Note: Numbers adjusted for non-recurring expenses, expenses at the holding company level, and exclude start-up losses for Florida facilities and VOW.

3

**PRIVILEGED & CONFIDENTIAL**

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

**EBITDA Analysis**

| | 2013 A | 2014 A | 2015 A/E | 2016 B | 2017 P | 2018 P | 2019 P |
|---|---|---|---|---|---|---|---|
| **East Region** | | | | | | | |
| Shreveport/Bossier | 5.3 | 8.9 | 12.4 | 9.0 | 10.0 | 10.5 | 11.1 |
|   Shreveport | 0.7 | 3.1 | 6.4 | 4.0 | 5.0 | 5.0 | 5.5 |
|   Bossier | 4.6 | 5.8 | 6.0 | 5.1 | 5.0 | 5.5 | 5.5 |
| Baton Rouge | 6.9 | 6.4 | 7.3 | 7.4 | 8.0 | 8.5 | 9.0 |
|   Ascension (Main) | 2.9 | 2.6 | 4.3 | 4.9 | 4.5 | 4.7 | 5.0 |
|   Baton Rouge HwH | 4.0 | 3.8 | 3.0 | 2.5 | 3.5 | 3.7 | 4.1 |
| Florida | 0.3 | 3.5 | (1.7) | 15.0 | 16.8 | 19.7 | 21.6 |
|   Villages | 0.3 | 5.2 | 4.5 | 5.2 | 5.5 | 6.1 | 6.6 |
|   Miami | | (0.3) | (3.9) | 4.2 | 5.2 | 6.6 | 7.3 |
|   Ft. Myers | | (1.4) | (2.4) | 5.6 | 6.1 | 7.0 | 7.6 |
| Others | 1.4 | 1.4 | 2.4 | 2.3 | 2.1 | 3.1 | 3.5 |
|   Miss Lou | 1.2 | 1.1 | 1.6 | 1.5 | 2.0 | 2.0 | 2.2 |
|   Vicksburg | 0.2 | 0.3 | 0.8 | 0.8 | 0.1 | 1.2 | 1.3 |
|   Regional Office | | (0.5) | (1.0) | (1.4) | (1.4) | (1.5) | (1.5) |
| **Total East** | 13.9 | 20.2 | 19.4 | 32.4 | 35.6 | 40.3 | 43.6 |
| | 2013 | 2014A | 2015 A/E | 2016 B | 2017 P | 2018 P | 2019 P |
| **West Region** | | | | | | | |
| Los Angeles | 11.6 | 15.0 | 17.5 | 16.5 | 17.6 | 19.6 | 20.6 |
|   East LA | 1.2 | 0.1 | 1.8 | 1.0 | 2.0 | 2.2 | 2.1 |
|   Suburban | 10.4 | 14.9 | 15.7 | 15.5 | 15.6 | 17.4 | 18.5 |
| Salt Lake City | 4.5 | 5.2 | 5.3 | 5.8 | 6.3 | 6.7 | 6.9 |
|   Salt Lake | 4.5 | 5.2 | 5.3 | 5.8 | 6.3 | 6.7 | 6.9 |
| Others | (2.0) | 0.7 | 2.3 | 4.2 | 4.9 | 5.4 | 5.8 |
|   Phoenix | (0.2) | 0.6 | 2.0 | 2.9 | 3.3 | 3.7 | 4.0 |
|   San Diego | (1.8) | 0.0 | 0.3 | 1.4 | 1.6 | 1.7 | 1.8 |
|   Regional Office | | (0.5) | (2.0) | (1.9) | (1.9) | (2.0) | (2.1) |
| **Total West** | 14.1 | 20.4 | 23.1 | 24.7 | 26.8 | 29.7 | 31.2 |
| **East / West Total Including Reg. Allocation** | 28.0 | 40.6 | 42.6 | 57.0 | 62.3 | 70.0 | 74.8 |
| | 2013 | 2014A | 2015 A/E | 2016 B | 2017 P | 2018 P | 2019 P |
| **Ruby Region** | | | | | | | |
|   Overland Park LTACH | | (0.0) | 1.8 | 0.8 | 1.2 | 1.3 | 1.6 |
|   Overland park SNF | | 0.4 | 0.5 | 0.5 | 0.4 | 0.4 | 0.4 |
|   Wichita Falls LTACH | | 0.2 | 0.5 | 0.3 | 0.4 | 0.3 | 0.4 |
|   Wichita Falls SNF | | (0.5) | (0.6) | 0.0 | 0.0 | 0.0 | (0.0) |
|   Dallas | | (1.4) | 0.8 | 1.2 | 1.7 | 2.0 | 2.0 |
|   Houston | | (0.9) | 0.4 | | | | |
| **Total Ruby** | | (2.1) | 3.4 | 2.7 | 3.6 | 4.1 | 4.4 |
| **EBITDAM: East / West & Ruby Total** | 28.0 | 38.4 | 45.9 | 59.8 | 66.0 | 74.1 | 79.2 |
| **Bridge to EBITDA** | | | | | | | |
| **Promise 1** | | | | | | | |
| Less: Corp. Exp. at Promise 1 | (15.0) | (14.3) | (14.8) | (16.5) | (17.2) | (18.0) | (18.8) |
| Plus: Rent at Owned Facilities | 3.9 | 3.6 | 3.7 | 3.4 | 3.4 | 3.4 | 3.4 |
| Less: Deferred Miami Rent | 1.9 | - | | | | | |
| Less: Real Estate Company Expenses | (2.2) | (0.4) | (0.6) | (0.3) | (0.3) | (0.3) | (0.3) |
| **Total of Bridge** | (11.4) | (12.1) | (13.2) | (14.4) | (15.2) | (16.0) | (16.9) |
| **Promise II** | | | | | | | |
| Less: Regional Office and Allocation | - | (1.0) | (1.6) | (1.1) | (1.1) | (1.1) | (1.1) |
| Plus: Equipment Rentals | - | 0.0 | | | | | |
| **EBITDA Before Vow** | 16.6 | 26.3 | 32.7 | 45.3 | 50.8 | 58.2 | 62.4 |
| **VOW** | | | (0.6) | (1.8) | (1.6) | 1.7 | 10.4 |
| **EBITDA With Vow** | 16.6 | 26.3 | 32.1 | 43.5 | 49.2 | 59.9 | 72.7 |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY     PROMISE_00002318

P005103

# Chief Executive Officer
# Promise Healthcare Group, LLC – 2016 Income Projections

| Facility | Budget | 9/26 – Board Report | Variance |
|---|---|---|---|
| Shreveport | 3,960,829 | 4,000,000 | (39,171) |
| Bossier | 5,057,119 | 5,000,000 | 57,119 |
| Ascension | 4,878,407 | 7,500,000 | (110,411) |
| Baton Rouge | 2,511,183 | | |
| Villages | 5,158,243 | 5,000,000 | 158,243 |
| Miami Lakes | 4,188,549 | 4,000,000 | 188,549 |
| Fort Myers | 5,638,956 | 5,600,000 | 38,956 |
| Miss Lou | 1,481,037 | 2,500,000 | (176,329) |
| Vicksburg | 842,634 | | |
| Regional Office - East | (1,359,741) | (1,200,000) | (159,741) |
| **Total EAST** | **32,357,215** | **32,400,000** | **(42,785)** |
| Suburban | 15,481,849 | 16,500,000 | 41 |
| East Los Angeles | 1,018,192 | | |
| Salt Lake City | 5,801,304 | 5,800,000 | 1,304 |
| Phoenix | 2,854,132 | 3,000,000 | (145,868) |
| San Diego | 1,370,000 | 1,400,000 | (30,000) |
| Regional Office - West | (1,860,978) | (1,600,000) | (260,978) |
| **Total WEST** | **24,664,500** | **25,100,000** | **(435,500)** |
| **Total PROMISE 1** | **57,021,715** | **57,500,000** | **(478,285)** |

| Facility | Budget | 9/26 – Board Report | Variance |
|---|---|---|---|
| **Bridge to EBITDA** | | | |
| Overland Park (LTAC) | 814,831 | 1,200,000 | 20,298 |
| Overland Park (SNF) | 405,467 | | |
| Wichita Falls (LTAC) | 300,607 | 300,000 | 9,084 |
| Wichita Falls (SNF) | 8,478 | | |
| Dallas | 1,200,336 | 1,200,000 | 336 |
| Houston | | | |
| **Total PROMISE 2** | **2,729,718** | **2,700,000** | **29,718** |
| **Total PROMISE FACILITIES** | **59,751,433** | **60,200,000** | **(448,567)** |
| **PROMISE 1** | | | |
| Less: Corp. Exp. at Promise 1 | (16,462,297) | (16,000,000) | (462,297) |
| Less: Incremental Corp Expenses | | (500,000) | 500,000 |
| Plus: Rent at Owned Facilities | 3,426,732 | 3,500,000 | (73,268) |
| Less: Deferred Miami Rent | (300,000) | (300,000) | - |
| Less: Real Estate Company Expenses | | | |
| **PROMISE 2** | | | |
| Less: Regional Office and Allocation | (1,100,000) | (1,100,000) | - |
| Plus: Equipment Rentals | | | |
| **Total of Bridge** | **(14,435,565)** | **(14,400,000)** | **(35,565)** |
| **PROMISE EBITDA Before Vow** | **45,315,868** | **45,800,000** | **(484,132)** |
| VOW | (1,796,216) | (1,900,000) | 103,784 |
| **PROMISE EBITDA With Vow** | **43,519,652** | **43,900,000** | **(380,348)** |

| Facility | Budget | 9/26 – Board Report | Variance |
|---|---|---|---|
| St. Alexis | 2,900,189 | 2,900,000 | 189 |
| Silver Lake | 7,618,142 | 9,300,000 | (1,681,858) |
| Corporate Overhead | (4,200,000) | (3,700,000) | (500,000) |
| HLP-LA | 1,990,898 | 1,990,898 | - |
| **Total SUCCESS** | **8,309,229** | **10,490,898** | **(2,181,669)** |
| Promise Healthcare Group, Inc | (2,000,000) | (2,000,000) | - |
| **Promise Healthcare Group, LLC Total** | **49,828,881** | **52,390,898** | **(2,562,017)** |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY        PROMISE_00002319

P005104

# Chief Executive Officer
# 2016 Promise Budget Assumptions

- Facility execution and structure
- Stable regulatory environment
- Admission criteria execution
- No cash availability disruption
- Consistent Medicare reimbursement
- 2016-2017 shareholder distribution limited to 8% note interest on $75,000,000 note and St. Alexius sales proceeds
- Minimum commercial insurance payment volatility
- Bundled payment initiatives post 2019
- Real estate assets remain company owned
- CAPEX requirements funded
- Limited market site-neutral patient restrictions
- EHR system built-funded-implemented
- Promise ELA move to Silver Lake
- VOW platform begins

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY     PROMISE_00002320

P005105

# Chief Executive Officer

2016 Strategic Direction

1. Promise Florida Facilities Performance - $16M Turn
2. Admission Criteria Execution
3. Promise Facilities Performance
4. Stable Cash Flow
   - Wells Fargo Credit Facility
5. Expense Reduction Strategy
   - Labor
   - Benefits
   - Supply Cost
6. CAPEX Requirements Funded
   - Silver Lake
   - Equipment
7. Refinance Opportunities
   - Villages/San Diego
   - Silver Lake Mortgage
8. St. Alexius
9. Diversification Plan
10. EHR – IT initiatives funded

PRIVILEGED & CONFIDENTIAL

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**
**PROMISE_00002321**

P005106

# Chief Executive Officer
# Growth Opportunities

| Opportunity | Description/Comments | Overall Funding Need | Equity Funding Need | Run-Rate EBITDA | Timing |
|---|---|---|---|---|---|
| Baton Rouge SNF | New lease facility; contiguous to LTAC | 3.0 | 3.0 | 2.0 | 2Q 2016 |
| SLC SNF | Acquisition of facility; assists with referring sources. | 12.0 | 4.0 | 1.7 | 3Q 2016 |
| Home Health Care Co. | Acquisition(s); synergistic with LTACH facilities – Shreveport, Florida, Los Angeles, Phoenix | 35.0 | 21.0 | 7.0 | 3Q – 4Q 2016 |
| Wound Care – Vicksburg | Service extension with referring source | 1.0 | 1.0 | 0.8 | 2Q 2016 |
| Phoenix  - Building | Add services – SNF | *5.0 | 5.0 | 3.0 | 2Q 2016 |
| LTACH - New Orleans | Acquisition strengthens LA base | 12.0 | 6.0 | 2.5 | 3Q 2016 |
| Surgery Centers/LTACHS (6) | Natural extension of base; includes CON states | | | 15.0 | 3Q – 4Q 2016 |
| LTACH Platforms | Acquire/Merge – Synergies | TBD | TBD | TBD | TBD |
| VOW (6) | All facilities in numbers already | 17.0 | 12.0 | 15.0 | 2016-2019 |

*Over 5 years

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00002322

P005107

# Chief Operating Officer

## V.   Chief Operating Officer Report – Richard Gold

- FY 2015 Performance Review
- FY 2016 Budget
- Florida Plan
- Admission Criteria "Rollout"
- Facility Leadership
- Phoenix Opportunity
- Ruby Development
- Los Angeles Opportunity
- Market Diversification

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00002323**

P005108

# Promise East Overview
# 2015 FYE

**Shreveport / Bossier market**:
- 2015 FYE is $12.4M vs. $8.9M actual in 2014
- Exceeding budget due to ADC increase and CMI improvement
- Plan to transition the AMU to a medicine based (non-psychiatric) pain medicine program

**Baton Rouge market:**
- 2015 FYE is $7.3M vs. $6.4M actual in 2014
- Ahead of budget due to excellent MD support and increased ADC
- Increased CMI due to wound care development
- Increasing Medicare Advantage penetration creating new opportunities for care delivery
- Potential for SNF expansion
- Potential for At-Risk contracting (Ochsner Health System)

**Villages:**
- 2015 FYE is $4.5M vs. $5.2M actual in 2014
- Volume declined, removed Chief of Staff, recruiting replacement

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY          PROMISE_00002324

P005109

# Promise East Overview
# 2015 FYE

**Ft. Myers:**

- 2015 FYE ($2.4M) vs. ($1.4M) in 2014
- Ft. Myers behind original budget timeline
    - Construction delays
    - Survey/AHCA delays
    - Medicare license delays
- Host hospital ramp up did not commence until 12/2015 due to above delays
- Significant growth planned – current census at 40

**Miami:**

- 2015 FYE is ($3.9M) vs. ($300K) in 2014
- Miami behind budget 10 months due to:
    - Construction/Fire Marshall delays
    - Survey/AHCA delays
    - Medicare license delays
- Demonstration ends March 31, 2016
- Referral sources awaiting end of demonstration period

**Miss Lou/Vicksburg:**

- 2015 FYE $2.4M vs. $1.4M in 2014
- Vicksburg plan to relocate - CON applied for with Mississippi DHH
- Vicksburg improved physician support
- Miss Lou – consistent performance, good expense control

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00002325**

P005110

# Promise West Overview
# 2015 FYE

**Suburban|ELA:**
- 2015 FYE is $17.5M vs. $15M in 2014
- Better case management in H2 resulted in improved slot and increased revenue PPD
- Full implementation of CDI strategy
- Increase in outpatient surgical and diagnostic services

**San Diego:**
- 2015 FYE $300K vs. $0 in 2014
- Airway product line implemented (pulmonary), resulting in growth in census.  Still needs further development

**Salt Lake City:**
- 2015 FYE $5.3M vs. $5.2M in 2014
- Physician pulmonologists redirected from competitor in H2
- Great relationship with Intermountain Healthcare
- New LTACH competitor opened in 2015

**Phoenix:**
- 2015 FYE $2.0M vs. $600K in 2014
- Consolidated Marketplace with two competitors closing
- Excellent volume in H2
- Physician growth

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY         PROMISE_00002326

P005111

# Promise Ruby Overview
# 2015 FYE

**Dallas**:
- 2015 FYE of $800K vs. ($1.4M) in 2014
- Physician growth resulting in increased volume
- Completion of cosmetic upgrade
- Elimination of outside physician management fee
- Houston CEO relocated December 2015

**Wichita Falls:**
LTACH
- Consolidated 2015 FYE of ($100K) vs. ($300K) in 2014
- Relationship improved with Regional Medical Center resulting in additional admissions
- Case management revamped resulting in better performance in H2

SNF
- SNF patient care payer mix challenges
- Created ventilator dependent unit to increase acuity and volume
- Plan to reduce expenses

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00002327**

P005112

# Promise Ruby Overview
# 2015 FYE

**Overland Park:**

LTACH

- Consolidated 2015 FYE of $2.3M vs. $400K in 2014
- Pulmonary physician group recruited
- New CEO hired
- Better case management in H2
- Increased volume, reduction in expenses

SNF

- H2 performance improved due to new pulmonary group
- Focus on LTACH integration
- Focus on SNF improvement

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY    PROMISE_00002328

P005113

# FY 2016 Budget

| EBITDA Analysis | | 2016 B |
|---|---|---|
| **East Region** | | |
| **Shreveport/Bossier** | | **9.0** |
| | Shreveport | 4.0 |
| | Bossier | 5.1 |
| **Baton Rouge** | | **7.4** |
| | Ascension (Main) | 4.9 |
| | Baton Rouge HwH | 2.5 |
| **Florida** | | **15.0** |
| | Villages | 5.2 |
| | Miami | 4.2 |
| | Ft. Myers | 5.6 |
| **Others** | | **2.3** |
| | Miss Lou | 1.5 |
| | Vicksburg | 0.8 |
| | Regional Office | (1.4) |
| **Total East** | | **32.4** |

| | | 2016 B |
|---|---|---|
| **West Region** | | |
| **Los Angeles** | | **16.5** |
| | East LA | 1.0 |
| | Suburban | 15.5 |
| **Salt Lake City** | | **5.8** |
| | Salt Lake | 5.8 |
| **Others** | | **4.2** |
| | Phoenix | 2.9 |
| | San Diego | 1.4 |
| | Regional Office | (1.9) |
| **Total West** | | **24.7** |

| | 2016 B |
|---|---|
| **East / West Total Including Reg. Allocation** | **57.0** |

| | | 2016 B |
|---|---|---|
| **Ruby Region** | | |
| | Overland Park LTACH | 0.8 |
| | Overland park SNF | 0.4 |
| | Wichita Falls LTACH | 0.3 |
| | Wichita Falls SNF | 0.0 |
| | Dallas | 1.2 |
| | Houston | - |
| **Total Ruby** | | **2.7** |

| | 59.8 |
|---|---|
| **EBITDAM: East / West & Ruby Total** | **59.8** |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY     PROMISE_00002329

P005114

# Florida Plan

Ft. Myers
- Current census 40-38 Medicare
- Q1 immediate ramp up planned
- Surgical suite will be open for I/P procedures in February
- Increase CMI and higher reimbursement with improved coding strategy
- Case management with focus on appropriate LOS
- Eliminate contract labor

Miami
- Commercial volume push during demonstration
- Contract with prison system to increase I/P census within 30 days
- Marketing team expanding to increase volume
- Exit demonstration 3/31/16 and ramp up Medicare census in mid-March
- Q2 ramp up strategy to focus on high acuity Medicare patients

Villages
- Recruit additional physicians for increased I/P census and acuity
- Recruit additional surgeons to increase surgical volume
- Executed prison contract to increase I/P surgical volume
- Continue to work Orlando market for additional census

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00002330**

P005115

# Measures Taken To Prepare for
# Admission Criteria Challenges

- Continuing Education of Staff and Physicians,

- Recruitment of Additional Pulmonologists and Critical Care Physicians

- Development of Marketing Materials,

- Expand Marketing Regions to Outlying Areas,

- Purchase of Equipment to Meet the Requirements for Higher Acuity Patients
    - Ventilators, IV Pumps, and Telemetry Units.

- Regularly Meet with Referring Facilities to Improve Collaboration on ICU / CCU Admissions,

- Train Case Management on Site Neutral Requirements,

- Rollout of Software Tools and Mobile Devices to Expedite Admissions Process
    - Referral Software (CuraSpan, AllScripts)
    - LTACH Data Repository Software (LTRAX)
        - Provides standardization and ensures key criteria questions are addressed prior to admissions
    - Insurance Verification (ePremise)
- Develop Pricer Tool (internally generated) – optimization of reimbursement between LTAC and Site Neutral patients at varying lengths of stay

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00002331**

P005116

# Early Observations

- The acuity and type of patients Promise can admit has increased with the new criteria.

- Site Neutral patients will have lower LOS and lower reimbursement, therefore, we will increase the number of admissions to offset the revenue decline and lower the Expenses PPD.

- Focus on case management is critical to achieve the appropriate LOS with LTACH and STACH patients.

- Patient selection is key to achieving desired results.

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                                                    **PROMISE_00002332**

P005117

# Promise Admission Criteria Timing

| Month | # of Sites | | | | | |
|-------|-----------|---|---|---|---|---|
| Jan-16 | 6 | Shreveport | Bossier | Baton Rouge Gen. | Baton Rouge Osc. | San Diego | Miss Lou |
| Feb-16 | 1 | Salt Lake | | | | |
| Mar-16 | - | | | | | |
| Apr-16 | 1 | Miami Lakes | | | | |
| May-16 | - | | | | | |
| Jun-16 | 4 | Dallas | Overland Park | Phoenix | Wichita Falls | |
| Jul-16 | 4 | Suburban | East Los Angeles | Vicksburg | Villages | |
| Aug-16 | - | | | | | |
| Sep-16 | 2 | Ascension | Fort Myers | | | |
| Oct-16 | - | | | | | |
| Nov-16 | - | | | | | |
| Dec-16 | - | | | | | |
| Total | 18 | | | | | |

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**  PROMISE_00002333

P005118

# Facility Leadership

| Facility | CEO | Tenure |
|----------|-----|--------|
| Shreveport/Bossier | Rick Stockton | 6.5 years |
| Miss Lou/Vicksburg | Mike Harrell | 5.0 years |
| Ft. Myers | Patrick Ryan | 4.0 years |
| Suburban/ELA | Mike Kerr | 2.5 years |
| Salt Lake City | Wayne Kinsey | 2.0 years |
| Villages | Hoyt Ross | 2.0 years |
| San Diego | Bill Mitchell | 1.5 years |
| Baton Rouge | Kiley Cedotal | 1.2 years |
| Dallas | Lou Bradley | 1.2 years |
| Miami | Ted Welding | 1.0 years |
| Wichita Falls – SNF | Ruth Bridges | 10 months |
| Phoenix | Gina Herchenhahn | 6 months |
| Overland Park | Kristen Barrett | 6 months |
| Wichita Falls – LTACH | Vacant | |

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**  **PROMISE_00002334**

P005119

# Phoenix Opportunity

- Create multi-use campus
- All private LTACH beds (48)
- Addition of SNF beds (48)
- Addition of ancillary services
    - Lab
    - Imaging

- Addition of urgent care services
- Addition of surgical services

# Ruby Development

- Expand oxygen dependent patient census with ventilator and high acuity patients at Overland Park
- Expansion of Wound Care – Dallas
- Expand and redirect physician base – Dallas
- Recruitment of CEO – Wichita Falls
- Expand physician base resulting in higher volume and higher acuity patients – Wichita Falls

**February 2, 2016**

**PRIVILEGED & CONFIDENTIAL**

**75**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00002336**

P005121

# Los Angeles Opportunity

- Increase OR volume through acquisition of equipment
- Wound care
    - Expand physician base
    - Hyperbaric chambers
    - Create debridement program resulting in higher CMI, higher revenue and increased volume
- Open urgent care center
- Expand interventional radiology
- Relocate ELA 12/2016

# Market Diversification

- SNF
    - Baton Rouge
    - Salt Lake City
    - Phoenix

- Create sub-acute unit offsite – Suburban

- Surgical Suites
    - Suburban
    - Phoenix
    - Villages
    - Ft. Myers
    - Miami

- Urgent Care
    - Suburban
    - Phoenix

- Wound Care
    - Suburban
    - San Diego
    - Dallas
    - Vicksburg

- VOW

**February 2, 2016**

PRIVILEGED & CONFIDENTIAL

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00002338**

P005123

# Chief Operating Officer

## CEO Conference Agenda Outline

1. 2015 FYE Performance Review

2. 2016 Performance Expectations

3. 2016 Admission Criteria
   - LTACH
   - Site Neutrality

4. New Tools for Improved Performance
   - LTRAX
   - Labor productivity
   - Charge capture
   - Metrics to margin

5. Clinical vision for Promise – introduction of Corporate Chief Clinical Officer

6. Marketing
   - Marketing to hospitals, physicians and patients
   - Collateral material
   - Web development – virtual tours

# Chief Operating Officer

## CEO Conference Agenda Outline

7.  Supply Chain (opportunities to lower costs)
    - GPO

8. Finance/Facility Integration
    - CBO interaction
    - Labor management
    - Charge capture

9. IT
    - EHR

10. Managed Care Observations

11. Legal, Compliance, Risk

12. Profit Improvements
    - Insurance
    - Workers' Comp
    - Employee benefits

# 2016 Objectives

- Miami/Ft. Myers/Villages achieve performance objectives
- Execute new admission criteria strategy
- Promise facilities achieve performance objectives
- Diversification initiatives

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00002341

P005126

# Success Healthcare Report

VI.  ## Success Healthcare Report –

## Peter Baronoff, Executive Chair and Brian Dunn, CEO

FY 2015 Performance Review

FY 2016 Budget

FY 2016 Key Objectives

St. Alexius sale

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                PROMISE_00002342

P005127

# Success Healthcare Overview
# EBITDAM by Facility – Annual Trend
**(in USD millions)**

| | Historical | | | Budget | A / E | Projection | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Audited 2012 | Audited 2013 | Pre-Audit 2014 | 2015 | 2015 | Projection 2016 | Projection 2017 | Projection 2018 | Projection 2019 |
| **St Alexius** | | | | | | | | | |
| Revenue | 81.1 | 65.6 | 58.5 | 59.7 | 55.7 | 61.6 | 63.1 | 63.4 | 65.8 |
| Expenses | 74.4 | 57.7 | 55.0 | 57.4 | 54.7 | 58.7 | 59.1 | 59.4 | 61.3 |
| **EBITDAM** | **6.7** | **7.9** | **3.5** | **2.3** | **1.0** | **2.9** | **4.0** | **4.0** | **4.5** |
| **Silver Lake Medical Center** | | | | | | | | | |
| Revenue | 62.3 | 67.5 | 71.2 | 72.9 | 70.7 | 72.7 | 81.3 | 84.2 | 87.3 |
| Expenses | 61.9 | 61.9 | 63.9 | 66.5 | 62.8 | 65.1 | 70.4 | 72.5 | 74.7 |
| **EBITDAM** | **0.4** | **5.6** | **7.3** | **6.4** | **7.9** | **7.6** | **10.9** | **11.7** | **12.6** |
| **TOTAL** | | | | | | | | | |
| **Revenue** | **143.4** | **133.1** | **129.7** | **132.6** | **126.4** | **134.3** | **144.4** | **147.6** | **153.1** |
| **Expenses** | **136.3** | **119.6** | **118.9** | **123.9** | **117.5** | **123.8** | **129.5** | **131.9** | **136.0** |
| **EBITDAM** | **7.1** | **13.5** | **10.8** | **8.7** | **8.9** | **10.5** | **14.9** | **15.7** | **17.1** |
| **Bridge to EBITDA** | | | | | | | | | |
| Less: Corporate Expense | (2.3) | (2.4) | (2.3) | (3.3) | (4.5) | (4.2) | (4.5) | (4.7) | (4.9) |
| Plus: Rent Adjustment | 2.1 | 2.1 | 1.9 | 1.9 | 2.1 | 2.0 | 2.0 | 2.0 | 2.0 |
| **EBITDA** | **6.9** | **13.2** | **10.4** | **7.3** | **6.6** | **8.3** | **12.3** | **13.0** | **14.2** |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00002343

P005128

# Success Healthcare Overview
# Key Strategic Initiatives

**Silver Lake Medical Center**

- Further development of specialty surgical and niche programs
  - Implement Skull Based surgical program
  - Partnership with Silver Lake Spine Institute
  - Robotic partial knee replacement program
  - Bariatric surgery program
- Urgent care conversion to Emergency Care Services
  - Industrial Medicine Clinic with Physicians including after hours support and hotel concierge
- Continue relocation development of Promise ELA campus to 8th Floor
  - Bundled payments and risk reimbursements
- Continued emphasis on case management
  - Clinical documentation allowing shift to better reimbursed Medicare and decrease LOS
- Dialysis service venture with DaVita on 1st floor
- VOW – increase of ancillary tests and complimentary business

**St. Alexius Hospital**

- Residency slots payment increase (SSM)
  - Annual payment - current $1.380m v. $5.2m effective July 2016 (increase of $1.909m for FY)
  - Alternative plan with St. George University
- Growth in primary care physicians through Primary Care Now
- Further development of specialty surgical and niche programs
  - Spine surgery
  - Orthopedics
  - Medical Detox
- Development of hyperbaric medicine and expansion of wound care\limb preservation

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**     **PROMISE_00002344**

P005129

# Success Healthcare Overview
# St. Alexius Hospital Divestiture

- Current position of residency slots are leased by SSM
    - Current slots have a termination of 2/15/2016 for June 30th academic year end close
        - Must be signed by 2/15/16
    - Proposing increase of $3,819,100 annually in slot lease to SSM effective July 1, 2016
- Interest shown by SSM Health to acquire St. Alexius Hospital for residency slots and psychiatric services
    - Initial LOI (not binding) of $25 mm
    - Requested binding LOI after initial diligence – awaiting
- NDA's signed with three additional companies
    - Psych company (Oceans Healthcare) visiting the site on February 10th
- Requesting to engage outside financial brokerage service
    - Solicit national interest
    - Incentivize SSM to "pull the trigger"
    - Increase in competitive pricing

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**      **PROMISE_00002345**

P005130

# VII. Chief Financial Officer Report
## Agenda

a) 2015 Preliminary Financials.

b) 2016 Budget. Review. EBITDA  Bridge. Administrative expenses.

c) Cash Flow Review.  Trends. Top vendors. 13 week cash flow.

d) Subsequent Cash Build Expectation.

e) Short Term Cash Need.

f) Capex Plan and Financing Transaction Update
   - Revolver. Wells Fargo.
   - Real Estate.  Villages. San Diego.  Silver Lake.
   - Lease Financing. VFI.  Tetra.  Others.

g) Information Technology.  Electronic Health Record.

h) Insurance Programs.

i) Purchasing.

j) Promise Healthcare Group LLC Treasury Report.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY     PROMISE_00002346

P005131

# Chief Financial Officer Report
## a.) 2015 Preliminary Financials

PROMISE HEALTHCARE GROUP, LLC AND SUBSIDIARIES

Preliminary - Summary Statement of Operations [Note 1]

For the year ended December 31, 2015

Dollars in millions

|                 | Promise | Success | Group | Total |
|-----------------|---------|---------|-------|-------|
| Revenue         | 371.4   | 126.4   | -     | 497.7 |
| Adjusted EBITDA | 32.1    | 6.6     | (1.1) | 37.5  |

[Note 1]: Subject to further review and reconciliation, such as:

- Accounts Receivable Valuation
- Medical Malpractice
- Workers Compensation
- DSH and FRA Revenue Accruals
- Self Funded Employee Benefits
- Site Neutral Revenue Recognition

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**        **PROMISE_00002347**

P005132

# Chief Financial Officer Report
## b.) 2016 Budget – Review January 8, 2016 Presentation

Budget Handout
From January 8, 2016 Board Call
Will Be Made Available At Meeting

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**　　　　　　　　**PROMISE_00002348**

P005133

# Chief Financial Officer Report
## b.) 2016 Budget – Administrative Expenses

|  | East | West | Headquarters | NonRecurring | Wellness | Total |
|---|---|---|---|---|---|---|
| Salaries | $842,250 | $1,203,132 | $10,601,317 | $0 | $0 | $12,646,698 |
| 2014 Bonus Accrual | 156,267 | 366,944 | 1,176,789 | - | - | 1,700,000 |
| Employee Benefits | 151,605 | 216,564 | 1,680,991 | - | - | 2,049,159 |
| Purchased Services | 5,400 | 129,086 | 3,141,574 | 1,585,000 | 971,000 | 5,832,060 |
| Supplies | 8,500 | 1,500 | 343,866 | - | - | 353,866 |
| Rentals | 26,520 | 55,752 | 692,689 | - | - | 774,961 |
| Travel & Entertainment | 63,600 | 388,000 | 759,532 | - | - | 1,211,132 |
| Other Operating Expenses | 105,600 | - | 1,165,539 | - | - | 1,271,139 |
|  | $1,359,741 | $2,360,978 | $19,562,297 | $1,585,000 | $971,000 | $25,839,016 |

As a % of Revenue (East, West, Headquarters)                3.67%

| Less Allocations: |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Success | $0 | ($500,000) | ($2,000,000) | $0 | $0 | ($2,500,000) |
| Promise II | - | - | (1,100,000) | - | - | (1,100,000) |
|  | $1,359,741 | $1,860,978 | $16,462,297 | $1,585,000 | $971,000 | $22,239,016 |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00002349

P005134

# Chief Financial Officer Report
## c.) Cash Flow Review.  Revenue Cycle and Accounts Payable Trends.

**Trends in Collections, Accounts Payable and Revolving Loan Balance**
**Promise 1, Promise 2 and Success**

|  | PHI | SUC | RUBY | Cash Collections | A/P Balance | Loan Balance | Monthly Expenses | Days of A/P |
|---|---|---|---|---|---|---|---|---|
| **3/17/2014** |  |  |  |  | 50,509,927 | 18,000,000 | 15,470,443 | 97.9 |
| **Apr-14** | 24,669,942 | 11,816,688 | 35,325 | 36,521,955 | 48,488,403 | 23,377,148 | 14,971,396 | 97.2 |
| **May-14** | 21,703,092 | 10,591,024 | 1,188,908 | 33,483,023 | 43,215,435 | 26,265,219 | 19,662,039 | 65.9 |
| **Jun-14** | 21,643,878 | 13,648,567 | 391,188 | 35,683,634 | 43,167,722 | 35,104,531 | 18,068,087 | 71.7 |
| **Jul-14** | 23,306,632 | 10,822,163 | 86,553 | 34,215,348 | 40,757,914 | 42,662,765 | 18,061,249 | 67.7 |
| **Aug-14** | 23,172,304 | 8,740,235 | 169,211 | 32,081,749 | 36,298,492 | 38,722,541 | 14,412,104 | 75.6 |
| **Sep-14** | 22,053,364 | 8,969,189 | 99,192 | 31,121,745 | 39,560,022 | 44,281,451 | 17,427,751 | 68.1 |
| **Oct-14** | 25,435,513 | 10,122,370 | 220,864 | 35,778,747 | 43,626,579 | 44,289,397 | 19,869,444 | 65.9 |
| **Nov-14** | 19,502,947 | 8,940,215 | 9,676,724 | 38,119,886 | 42,357,509 | 39,776,099 | 17,312,272 | 73.4 |
| **Dec-14** | 24,782,680 | 14,447,064 | 5,686,085 | 44,915,830 | 41,841,072 | 41,146,232 | 17,154,753 | 73.2 |
| **Jan-15** | 21,563,660 | 9,413,334 | 4,316,154 | 35,293,147 | 40,925,137 | 42,408,223 | 18,630,500 | 65.9 |
| **Feb-15** | 25,264,435 | 8,281,884 | 3,510,335 | 37,056,653 | 41,101,653 | 39,784,161 | 18,465,229 | 66.8 |
| **Mar-15** | 25,098,501 | 11,022,937 | 6,227,123 | 42,348,560 | 42,693,871 | 39,482,544 | 19,872,470 | 64.5 |
| **Apr-15** | 26,053,031 | 15,030,207 | 5,753,733 | 46,836,971 | 42,681,902 | 39,495,548 | 19,704,933 | 65.0 |
| **May-15** | 25,353,277 | 10,019,377 | 4,434,037 | 39,806,691 | 41,364,410 | 37,231,815 | 19,471,520 | 63.7 |
| **Jun-15** | 24,664,457 | 11,869,805 | 4,348,434 | 40,882,696 | 40,281,585 | 39,054,262 | 20,098,390 | 60.1 |
| **Jul-15** | 26,242,452 | 11,765,806 | 5,062,525 | 43,070,783 | 40,997,955 | 36,894,261 | 19,352,746 | 63.6 |
| **Aug-15** | 26,431,685 | 11,470,259 | 3,860,088 | 41,762,033 | 38,056,783 | 37,444,527 | 18,496,942 | 61.7 |
| **Sep-15** | 25,590,399 | 8,970,352 | 3,696,158 | 38,256,909 | 38,410,840 | 41,039,928 | 19,331,556 | 59.6 |
| **Oct-15** | 23,492,558 | 7,652,826 | 5,108,862 | 36,254,246 | 40,648,773 | 45,709,530 | 19,019,862 | 64.1 |
| **Nov-15** | 22,524,504 | 8,550,269 | 4,150,418 | 35,225,192 | 40,850,008 | 47,272,718 | 18,033,949 | 68.0 |
| **Dec-15** | 26,742,854 | 12,188,478 | 4,336,894 | 43,268,225 | 42,515,086 | 43,773,775 | 19,134,372 | 66.7 |

February 2, 2016

PRIVILEGED & CONFIDENTIAL

89

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00002350

P005135

# Chief Financial Officer Report
## c.) Cash Flow Review.  Top Vendors by Spend.

**Top 30 Vendors by Spend**

| Vendor Name | Payments | Payables | Total Spend |
|---|---|---|---|
| CERIDIAN | 127,739,795 | 24,262 | 127,764,057 |
| CERTI-TAX | 53,192,424 | 103,968 | 53,296,392 |
| CARDINAL HEALTH | 19,094,916 | 275,225 | 19,370,141 |
| MEDLINE INDUSTRIES INC | 17,002,241 | 1,738,628 | 18,740,868 |
| BCBS CLAIMS - WIRE | 15,675,512 | 923,981 | 16,599,493 |
| ARTHUR J GALLAGHER | 6,091,222 | 567,654 | 6,658,877 |
| FPD HOLDINGS INC | 6,403,439 | - | 6,403,439 |
| SWC SPECIAL HOLDINGS, LLC WIRE | 3,912,615 | 312,116 | 4,224,731 |
| MCCREADY & KEENE, INC. | 4,155,833 | - | 4,155,833 |
| CAREFUSION | 1,176,151 | 1,883,723 | 3,059,874 |
| BLUE CROSS BLUE SHIELD OF SC | 2,756,133 | 152,277 | 2,908,410 |
| MCKESSON TECHNOLOGIES INC | 1,868,141 | 903,603 | 2,771,744 |
| KCI USA | 2,023,113 | 647,329 | 2,670,442 |
| SURGICAL PROGRAM DELOPMENT LLC | 2,559,388 | - | 2,559,388 |
| BATON ROUGE GENL MED CNTR - ANC SVC | 1,943,606 | 569,292 | 2,512,898 |
| SOUTHLAND MANAGEMENT GROUP, INC | 2,138,124 | 374,394 | 2,512,518 |
| VSH2008 LLC - RENT | 2,147,291 | 166,632 | 2,313,923 |
| ANGELICA TEXTILE SERVICES | 1,254,067 | 979,585 | 2,233,652 |
| AETNA | 2,206,648 | - | 2,206,648 |
| MORRISON | 1,760,423 | 442,409 | 2,202,832 |
| INTERSTATE REHABILITATION, LLC | 1,838,668 | 285,592 | 2,124,260 |
| RIVER REGION HEALTH SYSTEM - ANC | 1,655,620 | 405,106 | 2,060,727 |
| PARAMOUNT GENERAL HOSPITAL | 2,018,309 | - | 2,018,309 |
| CORETEK, INC. | 1,906,565 | 75,799 | 1,982,363 |
| METLIFE | 1,476,838 | 250,289 | 1,727,127 |
| LION FINANCIAL LLC | 1,584,000 | 124,000 | 1,708,000 |
| FREESE JOHNSON LLC | 1,603,655 | - | 1,603,655 |
| UNIVERSAL HOSPITAL SERVICES | 1,442,098 | 136,919 | 1,579,017 |
| RECOVERCARE LLC | 915,466 | 592,598 | 1,508,064 |
| LDS HOSPITAL | 1,310,165 | 177,189 | 1,487,354 |
| INTERNAL REVENUE SERVICE | 1,469,072 | - | 1,469,072 |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY      PROMISE_00002351

P005136

# Chief Financial Officer Report
## c.) Cash Flow Review.  Top Vendors by Payable Balance.

### Top 30 Vendors by Payables

| Vendor Name | Payments | Payables | Total Spend |
|---|---|---|---|
| CAREFUSION | 1,176,151 | 1,883,723 | 3,059,874 |
| MEDLINE INDUSTRIES INC | 17,002,241 | 1,738,628 | 18,740,868 |
| ANGELICA TEXTILE SERVICES | 1,254,067 | 979,585 | 2,233,652 |
| BCBS CLAIMS - WIRE | 15,675,512 | 923,981 | 16,599,493 |
| MCKESSON TECHNOLOGIES INC | 1,868,141 | 903,603 | 2,771,744 |
| KCI USA | 2,023,113 | 647,329 | 2,670,442 |
| RECOVERCARE LLC | 915,466 | 592,598 | 1,508,064 |
| BATON ROUGE GENL MED CNTR - ANC SVC | 1,943,606 | 569,292 | 2,512,898 |
| ARTHUR J GALLAGHER | 6,091,222 | 567,654 | 6,658,877 |
| FREEDOM MEDICAL INC | 813,962 | 456,226 | 1,270,188 |
| MORRISON | 1,760,423 | 442,409 | 2,202,832 |
| APACHE JUNCTION HOSPITAL LLC | - | 432,241 | 432,241 |
| RIVER REGION HEALTH SYSTEM - ANC | 1,655,620 | 405,106 | 2,060,727 |
| SOUTHLAND MANAGEMENT GROUP, INC | 2,138,124 | 374,394 | 2,512,518 |
| FREEDOM MEDICAL, INC. | 554,466 | 349,652 | 904,117 |
| PRIMACARE, INC. | 129,523 | 334,725 | 464,248 |
| SWC SPECIAL HOLDINGS, LLC WIRE | 3,912,615 | 312,116 | 4,224,731 |
| TOTAL WOUND MANAGEMENT, LLC | 723,584 | 286,350 | 1,009,934 |
| INTERSTATE REHABILITATION, LLC | 1,838,668 | 285,592 | 2,124,260 |
| NAVIN, HAFFTY & ASSOCIATES LLC | 511,785 | 277,747 | 789,532 |
| CARDINAL HEALTH | 19,094,916 | 275,225 | 19,370,141 |
| RECOVERCARE | 45,808 | 265,508 | 311,316 |
| METLIFE | 1,476,838 | 250,289 | 1,727,127 |
| SW GENERAL, INC. | 38,840 | 240,138 | 278,977 |
| ABBOTT DIAGNOSTICS | 195,770 | 236,757 | 432,527 |
| LEE COUNTY TAX COLLECTOR | - | 236,373 | 236,373 |
| REHABCARE | 892,815 | 230,132 | 1,122,947 |
| WK BOSSIER HEALTH CENTER | 122,697 | 229,970 | 352,667 |
| ALLIANCE LABS, LLC | 430,320 | 228,476 | 658,796 |
| FUKUDA DENSHI | 50,703 | 224,836 | 275,539 |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00002352

P005137

# Chief Financial Officer Report
## c.) Cash Flow Review.  Physician Payables.

|  | Payments | Payables | **Doctor Aging by Market**<br>under 30 | 31-60 | 61-90 | 90+ | Total Spend |
|---|---|---|---|---|---|---|---|
| **Promise** | | | | | | | |
| **Total East** | **3,610,513** | **411,374** | **141,694** | **194,918** | **69,448** | **5,313** | **4,021,887** |
| **Total West** | **3,464,043** | **631,599** | **187,528** | **241,845** | **179,967** | **22,259** | **4,095,642** |
| **Total Ruby** | **2,054,135** | **94,064** | **28,746** | **48,891** | **15,314** | **1,113** | **2,148,199** |
| **Total Promise** | **9,128,691** | **1,137,037** | **357,968** | **485,654** | **264,729** | **28,685** | **10,265,728** |
| | | | | | | | |
| **Total Success** | **3,471,733** | **429,098** | **13,227** | **222,335** | **39,477** | **154,059** | **3,900,831** |
| **Specialty** | | | | | | | |
| Southland Mgmt. Group | 1,854,972 | 319,851 | 75,156 | 150,068 | 71,869 | 22,759 | 2,174,822 |
| Interstate Rehabilitation | 1,838,668 | 285,592 | 146,382 | 139,211 | - | - | 2,124,260 |
| Rehabcare | 577,085 | 251,258 | 78,328 | 63,318 | 59,634 | 49,979 | 828,343 |
| Total Wound Mgmt. | 469,436 | 171,004 | 20,834 | 25,542 | 46,064 | 78,565 | 640,440 |
| **Total Specialty** | **4,740,160** | **1,027,706** | **320,700** | **378,138** | **177,566** | **151,302** | **5,767,866** |

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00002353

P005138

# Chief Financial Officer Report
## c.) Cash Flow Review.

13 Week Cash Flow
Handout provided at meeting

February 2, 2016

PRIVILEGED & CONFIDENTIAL

**93**

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00002354

P005139

# Chief Financial Officer Report
## d.) Subsequent Cash Flow Expectation

| Budget Statistics Dollars in Millions | Jan 16 | Feb 16 | Mar 16 | Apr 16 | May 16 | Jun 16 | Jul 16 | Aug 16 | Sep 16 | Oct 16 | Nov 16 | Dec 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adjusted EBITDA | 4.8 | 3.9 | 4.7 | 4.9 | 4.8 | 4.2 | 4.3 | 4.1 | 2.9 | 3.5 | 3.5 | 4.2 |
| Cash | 8.4 | 8.9 | 10.1 | 11.2 | 11.4 | 11.9 | 13.1 | 14.1 | 12.2 | 12.6 | 12.0 | 13.3 |
| Accounts Receivable | 99.7 | 97.5 | 98.1 | 95.2 | 95.2 | 90.9 | 93.6 | 93.5 | 93.9 | 97.9 | 91.6 | 95.3 |
| Revolving Credit | 44.6 | 44.9 | 46.8 | 46.0 | 44.0 | 39.9 | 41.9 | 41.2 | 39.8 | 42.0 | 34.8 | 37.1 |
| Excess Availability | 4.4 | 4.1 | 2.2 | 12.0 | 14.0 | 15.5 | 15.1 | 15.7 | 17.4 | 17.7 | 21.0 | 20.9 |

February 2, 2016                     PRIVILEGED & CONFIDENTIAL                     **94**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                     PROMISE_00002355

P005140

# Chief Financial Officer Report
## e.) Short Term Cash Need and Request.

|  | Promise | Success | Total |
|---|---|---|---|
| Physician Payments | 779,000 | 194,000 | 973,000 |
| Capital Expenditures | 927,000 | 1,100,000 | 2,027,000 |
| Total | 1,706,000 | 1,294,000 | 3,000,000 |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                                        PROMISE_00002356

P005141

# Chief Financial Officer Report
## f.) Capex Plan and Financing Transaction Update

### 2016 Capital Expenditure Figures

**East**

| | | **Ruby** | | **Success - Silver Lake** | |
|---|---|---|---|---|---|
| Ascension | 373,000 | Dallas | 643,000 | Seismic | 4,420,000 |
| Baton Rouge HIHs | 279,000 | Overland Park LTCH | 1,204,000 | Promise ELA Relocation & VOW | 5,770,000 |
| Miss/Lou | 105,000 | Overland Park SNF | 656,000 | Equipment Upgrades | 1,440,000 |
| Vicksburg | 52,000 | Wichita Falls LTCH | 469,000 | | |
| Bossier | 273,000 | Wichita Falls SNF | 528,000 | **Success - St Alexius** | 1,870,000 |
| Shreveport | 499,000 | | | | |
| Villages | 2,020,000 | **Promise 2 Total** | 3,500,000 | **Success Total** | 13,500,000 |
| Miami Lakes | 191,000 | | | | |
| Ft Myers | 451,000 | | | * St Alexius CapEx assumes that the entity is not sold | |

**West**

| | |
|---|---|
| Suburban | 2,042,000 |
| Phoenix | 228,000 |
| San Diego | 1,917,000 |
| Salt Lake | 170,000 |
| **Corporate- E.H.R** | 2,000,000 |
| **Promise 1 Total** | 10,600,000 |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00002357

P005142

# Chief Financial Officer Report
## f.) Capex Plan and Financing Transaction Update

| 2016 Capital Expenditures | | | Sources | Close Date (Est) | Value | | New Loan | Old Debt | Proceeds | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Promise 1** | $ | 10,600 | **Villages Refinance** | 4/1/2016 | $ | 24,600 | $ 16,000 | $12,000 | $ | 4,000 |
| **Leases** | $ | (500) | **SLMC Refinance** | 6/1/2016 | $ | 38,000 | $ 25,100 | $18,000 | $ | 7,100 |
| **Loans** | $ | (6,000) | **PHSD Refinance** | 4/1/2016 | $ | 12,000 | $ 5,000 | $ 4,100 | $ | 900 |
| **Unfinanced** | $ | 4,100 | | | | | | | **$** | **12,000** |
| | | | **Success Cap Ex** | | | | | | $ | (6,000) |
| **Promise 2** | $ | 3,500 | **Promise 1 Cap Ex** | | | | | | $ | (6,000) |
| **Landlord Funds** | $ | (1,500) | **Excess Availabilty from Real Estate Financing** | | | | | | $ | - |
| **Unfinanced** | $ | 2,000 | | | | | | | | |
| | | | **Equipment & T.I. Leases** | | | | | | **$** | **10,000** |
| **Success** | $ | 13,500 | **2015 Open Projects** | | | | | | $ | (2,000) |
| **Leases** | $ | (7,500) | **Promise 1 Cap Ex** | | | | | | $ | (500) |
| **Loans** | $ | (6,000) | **Success Cap Ex** | | | | | | $ | (7,500) |
| **Unfinanced** | $ | - | **Excess Availabilty from Lease Financing** | | | | | | $ | - |
| | | | **Net Cash Proceeds** | | | | | | **$** | **-** |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00002358

P005143

# Chief Financial Officer Report
## f.) Revolver.  Wells Fargo Credit Facility.

|  | Wells Fargo | MidCap |
|---|---|---|
| Credit Facility (MM) | $75.0 | $49.0<br>(Accordians for Miami Lakes & Ft. Myers) |
| Term (Prepayment Penalty) | 5 YR (2/1/1) | 4 YR (3/2/1) |
| Availability (MM) | Eliminates Restrictive Liquidity Factors | $48.0 |
| Rate: | L + 300<br>(No Floor) | L + 350<br>(50 Bps Libor Floor) |
| Un-used line fee | 50 Bps | 50 Bps |
| Management/Agency Fee | 0 | 75 Bps |
| Float Days | 0 Day<br>(w/proposed Treasury Services) | 2 days |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00002359

P005144

# Chief Financial Officer Report
## f.) Revolver.  Wells Fargo Credit Facility.

<u>OUTSTANDING BUSINESS ITEMS</u>

Credit Agreement (Some of these may be resolved when we see the next draft of the credit agreement)
- o  Mechanics of LIBOR elections
- o  Use of Wells' electronic submission system rather than delivering own borrowing base certificates as with MidCap
- o  Sizing of Baskets Generally ($250k vs. 750k-1 million)
- o  Wells pre-agreement to subordinate any lien in Healthcare Permits to other parties
- o  Schedules (Company preparing)
- o  EBITDA addbacks (We added for payments in respect of the Settlement Agreement, and costs relating to Permitted Acquisitions)
- o  Eligible Unbilled Accounts (We added interim bill concept)
- o  Permitted Acquisitions (new concept that was added by us)
- o  Permitted Restricted Payment (we proposed unlimited restricted payments subject to customary compliance conditions and liquidity)
- o  Permitted Purchase Money Indebtedness (we proposed a cap of $25 million)
- o  Permitted Sale Leaseback Transactions (new concept that was added by us)
- o  Receivables Reserves (3 months vs. 100% of payment plans)

Tax Settlement Subordination Agreements
- o  Still outstanding: IRS, California, Missouri

Guaranty and Security Agreement
- o  Definition of Collateral (all assets vs. A/R only)

Landlord Waiver
- o  New Landlord so unclear how receptive they will be to existing MidCap form

Principals' Subordination Agreement
- o  Wells made overbroad comments to the form we are resisting (including scope of Collateral)

Lion Intercreditor Agreement
- o  Waiting to hear from Lion (if Ocean will not close prior to Wells)

---

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**      **PROMISE_00002360**

P005145

# Chief Financial Officer Report
## f.) Real Estate.  Villages.  San Diego.  Silver Lake.

**Villages:**

Ocean Bank
- LOI, currently in underwriting
- Loan Amount: $16M
- Rate: 4.5% for Five years; thereafter prime + 1.25% (prime currently at 3.25%). Term: 10 year.  Amortization: 25 year.

City National Bank
- LOI proposal, awaiting 2014 audit publication.  Will require syndication given current position with Miami and Ft Myers.

**Silver Lake & San Diego:**

Healthcare Finance Partners (Silver Lake & San Diego)
- Agreement in place to begin a debt raise for both facilities
- Pitch book being finalized
- Preliminary lender meetings have begun

MedCap Asset Finance (Silver Lake & San Diego)
- Two preliminary LOI's from brokers representing private capital providers on favorable terms
- Currently in preliminary negotiation
- Indicated Rate: 4% - 5%.  Term: 7-10 years.  Amortization: 20-30 years
- Origination fee: 1.5% - 1.75%
- Subject to 70%-80% of appraised value

City National Bank (San Diego)
- LOI proposal, awaiting 2014 audit publication.  Quick closing.

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    PROMISE_00002361

P005146

# Chief Financial Officer Report
## f.) Lease Financing.  VFI.  Tetra.  Others.

**VFI (Verilease Finance) $10M facility:**

- LOI proposal with commitment from underwriting
- Master facility with schedule add-on for capital needs
- Rate: 8%
- $5M subject to delivery of final 2014 audit
- $5M subject to delivery of final 2015 audit (possible exception on delivery of 2015 draft)
- Term: Operating/Capital lease 36 months with $1 buyout

**Tetra Financial $5M facility:**

- LOI proposal with commitment from underwriting
- Master facility with schedule add-on for capital needs
- Rate: 10.5%
- $1-2M subject to delivery of final 2014 audit
- Seeking additional $3M upon further underwriting
- Operating lease 36-48 months with pre-negotiated buy-out terms not to exceed 20% of purchase price

**CIT, Onset Financial, Siemen, Celtic Commercial Finance, Leaf Financial, & Others:**

- Relationship development with a core stable of equipment lenders on favorable terms and within the revised limits allowed by WFC
- Base level of financials provided (subject to NDA) with the ability to provide updated financials for ongoing cap-ex needs without the need for costly delays in seeking underwriting commitments.
- Helps on the purchasing side to provide adequate funding resources to be able to take advantage of "deals in the marketplace"

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                          PROMISE_00002362

P005147

# Chief Financial Officer Report
## g.) Information Technology.  Electronic Health Record.

- Corporate CIO reassigned to a consultant role to focus exclusively on developing and executing a transition plan of SLMC's IT platform away from St Alexius.  Currently SLMC's Paragon system is hosted at St. Alexius.

- Because the E H R selection is a mission critical decision with a 5 year Total Cost of Ownership of $12MM+, carefully vetting options is crucial.

- In December 2015 Centric Consulting was engaged to:
  - Assess current IT infrastructure (both systems and user experience),
  - Evaluate E H R options and readiness.
  - Provide decision framework for E H R selection that creates clear support expectations for existing and new business lines.
  - Accelerate Management and Performance Dashboards

- Major Ongoing initiatives:
  - Complete Virtual Clinical Workstations ("VCW") through remainder of Promise facilities.  The VCW project allowed dated nursing computers to be replaced with single-sign on thin computers that were HIPAA compliant.
  - Roll out Windstream high-speed data and long-distance across the facilities.  Annualized savings are estimated at +$700K.
  - Roll out of Office365 including SharePoint to allow better collaboration / workflow improvements across all functional areas and expedited dashboard reporting.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                         PROMISE_00002363

P005148

# Chief Financial Officer Report
## h.) Insurance Programs.

Current Trends in Employee Benefit Costs:

- With the costs of healthcare even rising, employers are examining ways to provide quality healthcare plans to employees, without over spending.

- With the assistance of a healthcare actuary, the Promise/ Success management team has begun to the review the current trends that employers are utilizing to control, and when possible, reduce the costs of employee healthcare by redesigning health benefit policies.

- If plan design changes are not initiated, Promise/Success are projected to see an incremental expense of almost $2.6M.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY     PROMISE_00002364

P005149

# Chief Financial Officer Report
## h.) Insurance Programs.

Without plan changes and redesign, the negative cost trend is expected to continue:

| Promise & Success Total | | | | |
|---|---|---|---|---|
| | **FY 2016** | | **FY 2017** | |
| | $ PEPM | $ Annual | $ PEPM | $ Annual |
| Projected Claims | $761.54 | $21,639,161 | $843.13 | $23,938,286 |
| Projected Fixed Costs | $105.97 | $3,011,136 | $115.58 | $3,281,425 |
| **Projected Total Expenses** | **$867.51** | **$24,650,298** | **$958.71** | **$27,219,711** |
| Projected Employee's Contributions | $224.50 | $6,373,885 | $224.50 | $6,373,885 |
| Projected Employer Costs | $643.01 | $18,276,413 | $734.21 | $20,845,827 |
| **Projected Increase Needed** | | | **7.20%** | **7.20%** |

| Summary of Key Assumptions | |
|---|---|
| Medical Trend | 7.5% |
| Pharmacy Trend | 10.0% |
| ASO Fee Increase | 3.0% |
| Reinsurance Premium Increase | 20.0% |
| GBS PEPM Fee | $2.00 |

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**        PROMISE_00002365

P005150

# Chief Financial Officer Report
## h.) Insurance Programs.

Below is a list (in no particular order) of policy design changes we will be exploring:

- Higher co-pays and deductibles (see schedule 3) Schedule 3 reflects the "Current Plan Design Highlights" on the top and an "Estimated Impact Illustrating Self –Funded Plan Changes." Please note that with these fees changes to our current policy, saving of over $1.4M would be realize;

- Employees working spouses/partners who are offered health insurance by their employer will not be eligible to be insured  under the Promise/Success health policy;

- All employees would receive a standard amount from Promise/Success, dependent coverage would be the responsibility of the employee;

- Part-time employees will no longer be eligible health benefits; insurance will be available in the (new) insurance marketplace;

- Employees will no longer automatically receive Wellness Credits; the new policy design will create criteria for earning credit;

- Cobra insurance alternatives will be offered in the new insurance marketplace that eliminate Promise/Success risk as the policies are independent from Promise/Success;

- Purchasing Stop-Loss policies that will start paying us at lower amounts.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00002366

P005151

# Chief Financial Officer Report
## h.) Insurance Programs.

Property, PL/GL, Workers Compensation, and Exec. Package (D&O)

Improvements to facilities, improved maintenance procedures and additional safety training were significant factors in our ability to reduce the corporate insurance premium costs by $687,000; see schedule attached.

Over the last two years, Promise/Success has emphasized efforts to reduce worker compensation events and claims; all our facilities have received training in methods to prevent incidents, our incident reporting documentation was improved, our claims team is managing every claim, and with our HR teams in the facilities' back to work programs, we have reduced our projected liabilities.

With our efforts come dividends; on Monday February 9, our Workers Compensation carrier, PMA, is sending four executives to meet with the Promise/Success team to personally deliver a retro/refund check for $996,000.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00002367

P005152

# Chief Financial Officer Report
## h.) Insurance Programs.

| Promise Healthcare Group, Inc | | | | |
|---|---|---|---|---|
| *Year over year comparison* | | | | |
| *Promise Healthcare, Inc. & Success Healthcare, LLC Combined* | | | | |
| **Line of Business** | **2014 - 2015** | **2015 - 2016** | **$ Difference** / **% Difference** | **Notes** |
| **Property (Including Excess Earth Movement)** | $ 1,435,025 | $ 1,177,571 | $ 257,454 / -17.94% | Generate premium savings while maintaining broad terms and conditions on a two year deal |
| **Umbrella ($25M Excess of $1M)** | $ 1,012,682 | $ 890,716 | $ 121,966 / -12.04% | Negotiated rate decrease. |
| **Umbrella ($10M Excess of $26M)** | $ 65,000 | $ 55,000 | $ 10,000 / -15.38% | Negotiated rate decrease. |
| *Promise Healthcare, Inc.* | | | | |
| **Line of Business** | **2014 - 2015** | **2015 - 2016** | **Difference** | **Notes** |
| **Professional Liability** | $ 1,013,813 | $ 1,013,800 | $ 13 / 0.00% | Negotiated flat renewal with a 16% exposure increase |
| **General Liability/EBL** | $ 118,760 | $ 118,760 | $ - / 0.00% | Negotiated flat renewal with a 16% exposure increase |
| **Business Auto** | $ 30,819 | $ 33,823 | $ (3,004) / 9.75% | Increase due to 50% Loss Ratio |
| ***Workers Compensation** | $ 3,261,385 | $ 3,306,376 | $ (44,991) / 1.38% | Total Payrolls increase by 9% |
| *Success Healthcare, LLC* | | | | |
| **Line of Business** | **2014 - 2015** | **2015 - 2016** | **Difference** | **Notes** |
| **Professional Liability** | $ 698,000 | $ 628,200 | $ 69,800 / -10.00% | Negotiated rate decrease. Exposures decreased by 1% |
| **General Liability** | $ 43,200 | $ 38,880 | $ 4,320 / -10.00% | Negotiated rate decrease. Exposures decreased by 1% |
| **Business Auto** | $ 60,591 | $ 62,737 | $ (2,146) / 3.54% | Units increase by 1 unit. Negotiated carrier 20% rate increase to less than 1% |
| ***Workers Compensation** | $ 1,885,399 | $ 1,652,652 | $ 232,747 / -12.34% | Negotiated defferal. |
| *Executive Package - Promise Healthcare, Inc. & Success Healthcare, LLC Combined* | | | | |
| **Line of Business** | **2015 - 2016** | **2016 - 2017** | **Variance** | **Notes** |
| **Executive Package** | $ 561,668 | $ 521,122 | $ 40,546 / -7.22% | Negotiated rate reduction with exposure increases. (Total Assest 5.2%, Revenue 9.4%, Number of Employees 2.8% Total Plan Assests 22.3%) |
| **Crime (Includes ERISA)** | $ 113,141 | $ 112,641 | $ 500 / -0.44% | Negotiated flat renewal while including Cyber deception coverage |
| **Total Savings** | **$10,299,483** | **$9,612,278** | **$ 687,205** / **-6.67%** | |
| *Premiums show do not include taxes and fees* | | | | |
| *\* Premium show includes negotiated deferral amount* | | | | |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00002368

P005153

# Chief Financial Officer Report
## i.) Purchasing

- We currently have $15.2 MM (Promise and Success) in Pharmacy GPO spend and $23.3 MM in Med/Surg, Food and Lab (Promise and Success) GPO spend.

- Our exclusive MedAssets' agreement expires May 31, 2016.

- Issued RFP to MedAssets/Vizient, Premier, HealthTrust. Responses due 3/11/2016.

- HealthTrust's initial Cost Study (on 80% of our distributed Medline volume or $11 MM) indicates Promise would realize savings between $1.3 MM and $2.0 MM after 90 day implementation (Phase 1) another $1 MM to $2 MM could be realized within 9/12 months of signing agreement (Phase 2) on medical/surgical items. Pharmacy savings would be around $300k.

- HealthTrust's Phase 2 will require product conversion and standardization to reach 80% Healthcare contract compliance (per the HT agreement). This could present some challenges with physicians' preferences and our current system capabilities but will provide Promise Healthcare with greater formulary compliance.

- To fully optimize the savings opportunities, our Meditech infrastructure will need to be reimplemented.

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00002369**

P005154

# Chief Financial Officer Report
## i.) Purchasing

| | Pharmacy Spend Cardinal Distribution | Savings | Medical Surgical Medline Distribution | Savings | Food/Lab |
|---|---|---|---|---|---|
| 2015 GPO Spend<br>2015 Analyzed Spend | $15.2 MM<br>$15.6 MM | | $12 MM<br>$11.3 MM | | $3.6 MM |
| HealthTrust Analysis (80%+ of Distribution Volume) | $12,436,112 | 4.08% + | $9,659,461 | 14.48% to 21.13% | N/A |
| MedAssets/Vizient | | TBD | | TBD | |
| Yankee Alliance/Premier | | TBD | | TBD | |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY     PROMISE_00002370

P005155

# Chief Financial Officer Report
## j.) Promise Healthcare Group Treasury Report

**Promise Healthcare Group, LLC**
**Treasury Report**
**As of January 29, 2016**

| | Year 1 Budget | Year 2 Budget | Current Status Cash Reconcilation | Current Status Payable to Third Parties | Notes on Payable Balances |
|---|---|---|---|---|---|
| Income | | | | | |
| Interest Income | $ 6,000,000 | $ 6,000,000 | $ 10,631,250 | | |
| Other Income | - | - | 111,080 | | |
| Total Income | 6,000,000 | 6,000,000 | 10,742,330 | | |
| | | | | | |
| Expenses | | | | | |
| Audit Expense | 100,000 | 100,000 | 102,040 | - | |
| Tax Returns | 50,000 | 50,000 | 2,400 | - | |
| Legal Expense | 750,000 | 750,000 | 1,831,500 | 83,638 | Proskauer Rose |
| Directors Fees | 375,000 | 375,000 | 630,419 | - | |
| Investor Relations | 449,825 | 224,913 | 710,937 | 1,283 | Efront Financial |
| Board Travel | 100,000 | 100,000 | 15,391 | - | |
| D&O Insurance | 240,092 | 252,000 | 263,754 | 101,562 | Paid by Promise Healthcare |
| Specialty Finance Partners | 1,500,000 | - | - | ` | |
| MTS Financial | 300,000 | 300,000 | 246,254 | 225,000 | Three Quarterly Payments |
| Total expenses | 3,864,917 | 2,151,913 | 3,802,695 | 411,483 | |
| | | | | | |
| Cash Book Balance | $ 2,135,083 | $ 3,848,088 | $ 6,939,635 | | |
| | | | | | |
| Less: Payable to Third Parties | | | (411,483) | | |
| | | | | | |
| Net Cash after Payables | | | $ 6,528,152 | | |

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00002371**

P005156

# Committee Reports

## VIII. Committee Reports

- Audit – Keith Kennedy
- Compensation and Employment Committee – Evatt Tamine
- Legal Committee – Keith Kennedy
- Governance and Nominating Committee – James Brown

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00002372

P005157

# Old Business

## IX.  Old Business

- Monetization Report – PETER BARONOFF
    - Review JPM Conference
    - MTS Presentation – JAY SHILAND
    - Board discussion - Review of options and process
    - 2016 Board Schedule and Shareholder Meetings

- VOW Update

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00002373

P005158

# New Business

## X.    New Business

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00002374

P005159

## Executive Session

**XI.    Executive Session**

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY
PROMISE_00002375

P005160