# Exhibit 21



Pepperdine University

Pepperdine Digital Commons

Pepperdine Private Capital Markets Report

Pepperdine Private Capital Markets Project

3-15-2016

# 2016 Private Capital Markets Report

Craig R. Everett
*Pepperdine University*

Follow this and additional works at: https://digitalcommons.pepperdine.edu/gsbm_pcm_pcmr

 Part of the Corporate Finance Commons, and the Finance and Financial Management Commons

## Recommended Citation
Everett, Craig R.,"2016 Private Capital Markets Report" (2016). Pepperdine University Graziadio School of Business and Management. http://digitalcommons.pepperdine.edu/gsbm_pcm_pcmr/4

This Article is brought to you for free and open access by the Pepperdine Private Capital Markets Project at Pepperdine Digital Commons. It has been accepted for inclusion in Pepperdine Private Capital Markets Report by an authorized administrator of Pepperdine Digital Commons. For more information, please contact bailey.berry@pepperdine.edu.

# 2016 Private Capital Markets Report

**BY DR. CRAIG R. EVERETT**
Assistant Professor of Finance
Director, Pepperdine Private Capital Markets Project





PEPPERDINE | GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT

# 2016 PRIVATE CAPITAL MARKETS REPORT

Craig R. Everett, PhD



PEPPERDINE
Graziadio School of
Business and Management

# EARN A CERTIFICATE IN PRIVATE CAPITAL MARKETS

## Building Value by Making Better Investment and Financing Decisions



The Certificate in Private Capital Markets (CIPCM) is a three-day curriculum-based training program built upon the ground breaking research of the Pepperdine Private Capital Market Project, led by Dr. Craig Everett.  The CIPCM program attendees learn in-depth critical analysis and evaluation skills for transacting successful financing deals within the private capital markets and the valuation methods used by capital providers when evaluating transactions. The program will be instructed by both Pepperdine faculty members and industry experts.

## Locations & Dates

### Silicon Valley
**Pepperdine San Jose Campus**
**September 26-28, 2016**

### Malibu
**Pepperdine Main Campus**
**October 24-26, 2016**

*For more information visit: http://bschool.pepperdine.edu/cipcm*
*or contact Christina LeRubio at  Christina.LeRubio@pepperdine.edu*



PEPPERDINE | GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT

# PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT

*Director*
**CRAIG R. EVERETT, PhD**

*Research Support*
**IRINA SHAYKHUTDINOVA, MBA**

*Director Marketing & Communications*
**LISA PERRY**

*Public Relations*
**KP PUBLIC AFFAIRS**
**PATRICK GEORGE**

## PEPPERDINE UNIVERSITY

Dean David M. Smith, PhD
Associate Dean John K. Paglia, PhD (Founding Director)
Melissa Mikolajczak, MA, MBA (Executive Director of Marketing & Communications)

Primary research funding for the 2016 Private Capital Markets
Report was made possible through a generous gift from

## ED & JEAN WEDBUSH

## FINANCIAL SPONSORS

Ed & Jean Wedbush
Dun & Bradstreet

## RESEARCH PARTNERS

International Business Brokers Association (IBBA)
M&A Source

## RESEARCH SPONSORS

Alliance for Mergers and Acquisitions Advisors
Association for Corporate Growth (ACG)
Best Community Banks Association
Business Valuation Resources (BVR)
California Bankers Association (CBA)
Commercial Finance Association (CFA)
Community Bank (LinkedIn Group)
Corporate Banking (LinkedIn Group)
Deal Flow Source (LinkedIn Group)
Exit Planning Institute
Finance Club (LinkedIn Group)
Graziadio Alumni Network (GAN)
International Business Valuation Assoc. (LinkedIn Group)
International Factoring Association (IFA)
The Mankoff Company
Mezzanine & Junior Capital Deal Flow (LinkedIn Group)
National Association for Small Business Investment Companies (NASBIC)
Risk Management Association (RMA)
Valuation (LinkedIn Group)
Venture Capital (LinkedIn Group)

## SURVEY DESIGN, DISTRIBUTION, AND OTHER SUPPORT

| | | |
|---|---|---|
| Robert T. Slee | Letitia Green | Brett Palmer |
| Leonard Lanzi | Nevena Orbach | Gary LaBranche |
| Gray DeFevere | Brad Triebsch | Dennis Gano |
| Jan Hanssen | Gary W. Clark | Linh Xavier Vuong |
| Robert Zielinski | M. Todd Stemler | Michael Nall |
| Kevin D. Cantrell | Patrick George | Simon James, PhD |
| Eric Nath | Brian Cove | Howard J. Lothrop, CFA |
| Jeri Harmon | Rob Brougham | |

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | ii

# TABLE OF CONTENTS

**INVESTMENT BANKER SURVEY INFORMATION** ..................................................................**4**

    Operational and Assessment Characteristics ............................................................4

**PRIVATE EQUITY SURVEY INFORMATION**..................................................................**12**

    Operational and Assessment Characteristics ...........................................................12

**BANK AND ASSET-BASED LENDING SURVEY INFORMATION** ................................... **20**

    Operational and Assessment Characteristics ...........................................................20

    Asset-Based Lending Specific Characteristics ...........................................................27

**MEZZANINE SURVEY INFORMATION**......................................................................**29**

    Operational and Assessment Characteristics ...........................................................29

**LIMITED PARTNER SURVEY INFORMATION** .............................................................**37**

    Operational and Assessment Characteristics ...........................................................37

**VENTURE CAPITAL SURVEY INFORMATION** ............................................................**43**

    Operational and Assessment Characteristics ...........................................................43

**ANGEL INVESTOR SURVEY INFORMATION** .............................................................**49**

    Operational and Assessment Characteristics ...........................................................49

**BUSINESS APPRAISER SURVEY INFORMATION** .......................................................**55**

    Operational and Assessment Characteristics ...........................................................55

**BROKER SURVEY INFORMATION**...........................................................................**59**

    Operational and Assessment Characteristics ...........................................................59

    Business Transactions Valued Under $499 Thousand................................................67

    Business Transactions Valued Under from $500 to $999 Thousand...............................70

    Business Transactions Valued Under from $1 to $1.99 Million ...................................73

    Business Transactions Valued Under from $2 to $4.99 Million ...................................77

    Business Transactions Valued Under from $5 to $50 Million .....................................80

**FACTOR SURVEY INFORMATION** ..........................................................................**86**

    Operational and Assessment Characteristics ...........................................................86

**BUSINESS OWNER SURVEY INFORMATION** ...........................................................**92**

    Operational and Assessment Characteristics ...........................................................92

**ABOUT THE AUTHOR** .....................................................................................**109**

**INDEX OF TABLES**..........................................................................................**110**

**INDEX OF FIGURES** ........................................................................................**113**

# PEPPERDINE PRIVATE CAPITAL MARKETS SURVEY

The Pepperdine private cost of capital (PCOC) survey was originally launched in 2007 and is the first comprehensive and simultaneous investigation of the major private capital market segments. This year's survey deployed in January 2016, specifically examined the behavior of senior lenders, asset-based lenders, mezzanine funds, private equity groups, venture capital firms, angel investors, privately-held businesses, investment bankers, business brokers, limited partners, and business appraisers. The Pepperdine PCOC survey investigated, for each private capital market segment, the important benchmarks that must be met in order to qualify for capital, how much capital is typically accessible, what the required returns are for extending capital in today's economic environment, and outlooks on demand for various capital types, interest rates, and the economy in general.

Our findings indicate that the cost of capital for privately-held businesses varies significantly by capital type, size, and risk assumed. This relationship is depicted in the Pepperdine Private Capital Market Line, which appears below.

*Figure 1. Private Capital Market Required Rates of Return*



The cost of capital data presented below identifies medians, 25th percentiles (1st quartile), and 75th percentiles (3rd quartile) of annualized gross financing costs for each major capital type and its segments. The data reveal that loans have the lowest average rates while capital obtained from angels has the highest average rates. As the size of loan or investment increases, the cost of borrowing or financing from any of the following sources decreases.

*Table 1.  Private Capital Market Required Rates of Return*

|  | 1st quartile | Median | 3rd quartile |
|---|---|---|---|
| Bank ($1M CF loan) | 5.5% | 6.0% | 9.3% |
| Bank ($5M CF loan) | 4.8% | 5.5% | 6.5% |
| Bank ($10M CF loan) | 4.8% | 5.5% | 6.0% |
| Bank ($25M CF loan) | 4.5% | 5.0% | 6.0% |
| Bank ($50M CF loan) | 3.0% | 3.0% | 3.0% |
| ABL ($1M loan) | 8.8% | 11.0% | 15.5% |
| ABL ($5M loan) | 4.4% | 7.5% | 15.3% |
| ABL ($10M loan) | 3.5% | 6.3% | 14.0% |
| ABL ($25M loan) | 2.8% | 3.3% | 4.1% |
| ABL ($50M loan) | 2.8% | 3.0% | 4.0% |
| Mezz ($1M loan) | 19.0% | 22.0% | 25.0% |
| Mezz ($5M loan) | 15.0% | 16.5% | 21.0% |
| Mezz ($10M loan) | 14.5% | 16.0% | 20.0% |
| Mezz ($25M loan) | 14.5% | 16.0% | 19.3% |
| Mezz ($50M loan) | 14.0% | 15.0% | 18.0% |
| Mezz ($100M loan) | 9.0% | 9.0% | 9.0% |
| PEG ($1M EBITDA) | 23.5% | 26.0% | 38.0% |
| PEG ($5M EBITDA) | 21.0% | 25.0% | 30.0% |
| PEG ($10M EBITDA) | 20.0% | 24.0% | 30.0% |
| PEG ($25M EBITDA) | 20.0% | 24.0% | 29.0% |
| PEG ($50M EBITDA) | 20.3% | 22.0% | 28.8% |
| PEG ($100M EBITDA) | 17.5% | 20.0% | 24.5% |
| VC (Seed) | 23.5% | 38.0% | 43.0% |
| VC (Startup) | 23.0% | 33.0% | 38.0% |
| VC (Early Stage) | 23.0% | 28.0% | 37.0% |
| VC (Expansion) | 20.5% | 28.0% | 30.5% |
| VC (Later Stage) | 18.0% | 23.0% | 28.0% |
| Angel (Seed) | 25.5% | 35.5% | 68.0% |
| Angel (Startup) | 25.5% | 35.5% | 60.5% |
| Angel (Early Stage) | 25.5% | 25.5% | 55.5% |
| Angel (Expansion) | 18.0% | 25.5% | 35.5% |
| Angel (Later Stage) | 15.5% | 20.5% | 28.0% |

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 3

# INVESTMENT BANKER SURVEY INFORMATION

The majority of the 120 respondents to the investment banker survey indicated increasing margin pressure on companies over the last twelve months. They also reported increases in deal flow, presence of strategic buyers, leverage and deal multiples, and slightly worsened business conditions. Domestic economic uncertainty was identified as the most important current and emerging issue facing privately-held businesses, following by access to capital, and government regulations and taxes.

Other key findings include:

- Approximately 35% of respondents expect to close six or more deals in the next 12 months.

- The top three reasons for deals not closing were valuation gap (40%), unreasonable seller or buyer demand (21%), and lack of capital to finance (9%).

- Respondents indicated a general imbalance between companies worthy of financing and capital available for the same. There is a reported shortage of capital for those companies with less than $5 million in EBITDA, but a general surplus for companies with $5 million in EBITDA or more.

- The most popular valuation methods used by respondents when valuing privately-held businesses were discounted future earnings, guideline company transactions, and capitalization of earnings approaches.

- When using multiples to determine the value of a business, the most popular methods used by respondents when valuing privately-held businesses were recast (adjusted) EBITDA multiple (59%), revenue multiple (13%), cash flow multiple (10%) and EBITDA (unadjusted) multiple (10%) approaches.

## Operational and Assessment Characteristics

Approximately 8% of the respondents didn't close any deals in the last twelve months; 64% closed between one and five deals, while 28% closed six deals or more.

*Figure 2. Private Business Sales Transactions Closed in the Last 12 Months*



PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2016

INVESTMENT BANKER cont.

*Figure 3. Business Types That Were Involved in the Transactions Closed in the Last 12 Months*



The majority of deals (60%) took 6 to 12 months to close. 11% of closed deals take more than one year to close.

*Figure 4. Average Number of Months to Close One Deal*



Nearly 63% of respondents expect to close between one and five deals, while 35% expect to close 6 deals or more.

*Figure 5. Private Business Transactions Expected to Close in the Next 12 Months*



**INVESTMENT BANKER cont.**

Approximately 35% of deals terminated without transacting over the past year.

*Figure 6. Percentage of Business Sales Engagements Terminated Without Transacting*



Top three reasons for deals not closing: valuation gap in pricing (40%), unreasonable seller or buyer demand (22%) and lack of capital to finance (9%).

*Figure 7. Reasons for Business Sales Engagements Not Transacting*



Of those transactions that didn't close due to a valuation gap in pricing, approximately 35% had a valuation gap in pricing between 21% and 30%.

*Figure 8. Valuation Gap in Pricing for Transactions That Didn't Close*



**INVESTMENT BANKER cont.**

The weights of the various valuation methods used by respondents when valuing privately-held businesses included 32% for discounted future earnings method.

*Figure 9. Usage of Valuation Methods*



The weights of the various multiple methods used by respondents when valuing privately-held businesses included 59% for recast (adjusted) EBITDA multiple.

*Figure 10. Usage of Multiple Methods*

Average deal multiples on transactions from the prior twelve months as observed by respondents varied from 4.6 to 8.0.

*Table 2.  Median Deal Multiples by EBITDA Size of Company*

| EBITDA | Manufacturing | Construction & engineering | Cons. goods & services | Wholesale & distribution | Business services | Basic materials & energy | Health care & biotech | IT | Financial services | Media & entertain. | Avg. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $0K - $999K | 4.5 | 3.0 | 4.0 | 5.0 | 5.0 | 3.0 | 3.0 | 8.0 | 4.5 | 5.5 | **4.6** |
| $1M - $4.99M | 5.5 | 4.5 | 5.5 | 5.0 | 5.0 | 3.0 | 6.0 | 8.0 | 5.0 | 5.8 | **5.3** |
| $5M - $9.99M | 5.8 | 5.0 | 7.0 | 6.0 | 5.5 | 4.0 | 7.0 | 8.0 | 5.5 | 6.8 | **6.1** |
| $10M - $24.99M | 6.0 | 5.3 | 7.0 | 7.0 | 6.5 | 4.0 | 7.5 | 8.8 | 5.5 | 7.0 | **6.5** |
| $25M - $49.99M | 6.5 | 5.5 | 7.5 | 8.0 | 7.3 | 5.3 | 7.8 | 9.3 | 6.0 | 7.3 | **7.1** |
| $50M+ | 10.0 | 6.0 | | 10.0 | 7.3 | 6.0 | 8.0 | 9.5 | 6.5 | 8.5 | **8.0** |

**INVESTMENT BANKER cont.**

Average total leverage multiples observed by respondents varied from 2.8 to 5.4.

### Table 3. Median Total Leverage Multiples by Size of Company

| EBITDA | Manufacturing | Construction & engineering | Cons. goods & services | Wholesale & distribution | Business services | Basic materials & energy | Health care & biotech | IT | Financial services | Media & entertain. | Avg. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $0K - $999K | 3.0 | 2.0 | 3.0 | 2.5 | 3.0 | 3.5 | 2.0 | | 2.0 | 4.3 | **2.8** |
| $1M - $4.99M | 3.0 | 2.8 | 3.5 | 3.5 | 3.5 | 3.5 | 3.0 | 2.5 | 2.8 | 4.5 | **3.3** |
| $5M - $9.99M | 3.8 | 3.0 | 3.5 | 4.0 | 4.0 | 4.0 | 3.8 | 3.3 | 3.8 | 5.0 | **3.8** |
| $10M - $24.99M | 4.3 | 3.5 | 4.5 | 4.8 | 4.5 | 4.5 | 4.0 | 4.0 | 4.8 | 5.5 | **4.4** |
| $25M - $49.99M | 4.5 | | 5.3 | 4.8 | 4.5 | 6.0 | | 4.0 | | 7.0 | **5.2** |
| $50M+ | 5.0 | 3.5 | | 6.0 | 5.0 | 6.0 | 4.5 | | 6.0 | 7.0 | **5.4** |

Average senior leverage multiples observed by respondents varied from 2.1 to 5.2.

### Table 4. Median Senior Leverage Multiples by Size of Company

| EBITDA | Manufacturing | Construction & engineering | Cons. goods & services | Wholesale & distribution | Business services | Basic materials & energy | Health care & biotech | IT | Financial services | Media & entertain. | Median, all industries |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $0K - $999K | 2.3 | 1.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | | 3.0 | 3.0 | **2.1** |
| $1M - $4.99M | 3.0 | 2.0 | 3.0 | 2.5 | 2.5 | 2.5 | 2.8 | 2.5 | 3.0 | 3.3 | **2.7** |
| $5M - $9.99M | 3.0 | 2.0 | 3.5 | 3.0 | 3.0 | 3.3 | 3.5 | 4.0 | 3.3 | 3.5 | **3.2** |
| $10M - $24.99M | 3.5 | 2.8 | 3.5 | 4.0 | 3.0 | 4.0 | 4.0 | 4.0 | 4.3 | 4.0 | **3.7** |
| $25M - $49.99M | 4.5 | 3.0 | 4.5 | 4.0 | 3.0 | 4.5 | | 4.0 | 5.0 | 5.0 | **4.2** |
| $50M+ | 6.0 | 3.0 | | 7.3 | 4.5 | 5.0 | 4.5 | | 5.0 | 6.3 | **5.2** |

Approximately 35% of business sales transactions closed in the last 12 months involved contingent earnout.

### Figure 11. Components of Closed Deals



© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 8

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2016

**INVESTMENT BANKER cont.**

Approximately 57% of closed business sales transactions over the past 12 months involved strategic buyers.

*Figure 12.  Percent of Transactions Involved Strategic and Financial Buyers*



Approximately 27% of respondents didn't witness any premium paid by strategic buyers, while 50% saw premiums between 1% and 20%.

*Figure 13.  Premium Paid by Strategic Buyers Relative to Financial Buyers*



Approximately 64% of closed business sales transactions that involved financial buyers over the past 12 months were platform investments.

*Figure 14.  Percent of Transactions Involved Strategic and Financial Buyers*



© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 9

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2016

**INVESTMENT BANKER cont.**

Respondents indicated a general imbalance between companies worthy of financing and capital available for the same. There is a reported shortage of capital for those companies with less than $5 million in EBITDA but a general surplus for companies with $5 million in EBITDA or more.

*Table 5. Balance of Available Capital with Quality Companies*

| EBITDA | Companies worthy of financing GREATLY exceed capital available | Companies worthy of financing exceed capital available | General balance | Capital available exceeds companies worthy of financing | Capital available GREATLY exceeds companies worthy of financing | Score (-2 to 2) |
|---|---|---|---|---|---|---|
| $0K - $999K | 37% | 29% | 16% | 14% | 4% | **-0.8** |
| $1M - $4.99M | 11% | 29% | 31% | 20% | 10% | **-0.1** |
| $5M - $9.99M | 2% | 13% | 36% | 34% | 14% | **0.4** |
| $10M - $24.99M | 0% | 7% | 28% | 28% | 38% | **1.0** |
| $25M - $49.99M | 0% | 5% | 20% | 30% | 45% | **1.2** |
| $50M - $99.99M | 0% | 10% | 10% | 32% | 48% | **1.2** |
| $100M+ | 2% | 7% | 11% | 23% | 58% | **1.3** |

Respondents indicated a general difficulty with arranging senior debt for businesses with less than $5 million in EBITDA.

*Table 6. How Difficult to Arrange Senior Debt for Transactions over the Past 12 Months*

| EBITDA | Extremely difficult | Difficult | Somewhat difficult | Neutral | Somewhat easy | Easy | Extremely easy | Score (-3 to 3) |
|---|---|---|---|---|---|---|---|---|
| $0K - $999K | 28% | 30% | 11% | 17% | 6% | 6% | 2% | **-1.3** |
| $1M - $4.99M | 7% | 17% | 21% | 20% | 23% | 11% | 1% | **-0.3** |
| $5M - $9.99M | 3% | 7% | 16% | 23% | 25% | 21% | 5% | **0.4** |
| $10M - $24.99M | 2% | 5% | 14% | 26% | 16% | 30% | 7% | **0.7** |
| $25M - $49.99M | 6% | 3% | 6% | 25% | 22% | 28% | 9% | **0.8** |
| $50M - $99.99M | 8% | 8% | 4% | 15% | 15% | 31% | 19% | **0.9** |
| $100M+ | 8% | 8% | 8% | 16% | 8% | 24% | 28% | **0.9** |

Respondents indicated increasing margin pressure on companies over the last twelve months. They also reported increases in deal flow, increased presence of strategic buyers, leverage and deal multiples, and slightly worsened business conditions.

*Table 7. General Business and Industry Assessment: Today versus 12 Months Ago*

| | Decreased significantly | Decreased slightly | Stayed about the same | Increased slightly | Increased significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Deal flow | 10% | 13% | 28% | 40% | 8% | 48% | 23% | **25%** |
| Leverage multiples | 1% | 20% | 50% | 26% | 3% | 29% | 21% | **8%** |
| Deal multiples | 3% | 16% | 48% | 31% | 3% | 33% | 19% | **14%** |
| Amount of time to sell business | 0% | 8% | 56% | 29% | 7% | 35% | 8% | **27%** |
| Difficulty financing/selling business | 1% | 16% | 48% | 31% | 5% | 36% | 17% | **19%** |
| General business conditions | 6% | 28% | 40% | 23% | 3% | 26% | 34% | **-8%** |
| Strategic buyers making deals | 4% | 12% | 47% | 35% | 2% | 37% | 16% | **21%** |
| Margin pressure on companies | 1% | 6% | 44% | 38% | 12% | 50% | 7% | **43%** |
| Buyer interest in minority transactions | 10% | 17% | 52% | 20% | 2% | 22% | 26% | **-4%** |

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 10

**INVESTMENT BANKER cont.**

During the next twelve months, respondents expect further increases in deal flow, margin pressure on companies, strategic buyers making deals, decreasing leverage and deal multiples and worsening general business conditions.

*Table 8. General Business and Industry Assessment Expectations over the Next 12 Months*

| | Decrease significantly | Decrease slightly | Stay about the same | Increase slightly | Increase significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Deal flow | 5% | 19% | 34% | 36% | 5% | 42% | 25% | **17%** |
| Leverage multiples | 3% | 29% | 55% | 10% | 2% | 12% | 33% | **-21%** |
| Deal multiples | 3% | 29% | 55% | 11% | 1% | 12% | 33% | **-21%** |
| Amount of time to sell business | 1% | 8% | 65% | 19% | 8% | 27% | 9% | **18%** |
| Difficulty financing/selling business | 0% | 12% | 49% | 33% | 6% | 39% | 12% | **27%** |
| General business conditions | 7% | 47% | 29% | 16% | 1% | 17% | 54% | **-37%** |
| Strategic buyers making deals | 3% | 11% | 54% | 27% | 4% | 31% | 15% | **17%** |
| Margin pressure on companies | 1% | 6% | 39% | 43% | 11% | 54% | 7% | **47%** |
| Buyer interest in minority transactions | 10% | 15% | 63% | 11% | 2% | 13% | 25% | **-13%** |

Respondents believe domestic economic uncertainty is the most important current and emerging issue facing privately-held businesses.

*Figure 15. Issues Facing Privately-Held Businesses*



# PRIVATE EQUITY SURVEY INFORMATION

Approximately 45% of the 75 participants who responded to the private equity group survey indicated that they make investments in the $10 million to $25 million range. Nearly 42% of respondents said that demand for private equity is up from twelve months ago, this is down from 63% of respondents indicating increased demand in fall 2014. Other key findings include:

- Respondents indicated flat quality of companies seeking investment. They also reported decrease in expected returns on new investments, slightly worsened general business conditions and increase in expected investment holding period.

- Respondents expect further increases in demand for private equity, decreasing deal multiples, flat value of portfolio companies and worsening business conditions.

- The types of businesses respondents plan to invest in over next 12 months are very diverse with over 18% targeting business services and another 17% planning to invest in manufacturing.

- Respondents believe domestic economic uncertainty is the most important current and emerging issue facing privately-held businesses.

- The most popular valuation methods used by respondents when valuing privately-held businesses were discounted future earnings, guideline company transactions, and capitalization of earnings approaches.

- When using multiples to determine the value of a business, the most popular methods used by respondents when valuing privately-held businesses were recast EBITDA multiple (38%) and EBITDA multiple (24%).

## Operational and Assessment Characteristics

The largest concentration of checks written was in the $10 million - $25 million range (45%), followed by $1 - $5 million (35%), and $5 million - $10 million (35%).

*Figure 16. Typical Investment Size*



Respondents reported on business practices, and the results are reflected below.

*Table 9. PEG Fund Data*

|  | 1st Quartile | Median | 3rd Quartile |
|---|---|---|---|
| Vintage year (year in which first investment made) | 2012 | 2013 | 2014 |
| Size of fund ($ millions) | 37.5 | 175 | 350 |
| Targeted number of total investments | 8 | 8 | 13 |
| Target fund return (gross pretax cash on cash annual IRR %) | 20% | 25% | 25% |
| Expected fund return (gross pretax cash on cash annual IRR%) | 18% | 23% | 25% |

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved. | 12

**PRIVATE EQUITY cont.**

The types of businesses respondents plan to invest in over next 12 months are very diverse with nearly 18% targeting business services and another 17% planning to invest in manufacturing.

*Figure 17. Type of Business for Investments Planned over Next 12 Months*



Approximately 69% of respondents made between one and three investments over the last twelve months.

*Figure 18. Total Number of Investments Made in the Last 12 Months*



*Figure 19. Number of Follow-on Investments Made in the Last 12 Months*



© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved. | 13

**PRIVATE EQUITY cont.**

The majority (66%) of respondents plan to make one to three investments over the next 12 months.



*Figure 20. Number of Total Investments Planned over Next 12 Months*

*Figure 21. Number of Follow-on Investments Planned over Next 12 Months*

Approximately 67% of buyout investments were in the range between $1 million and $10 million of EBITDA.

*Figure 22. Size of Buyout Investments in the Last 12 Months*

**PRIVATE EQUITY cont.**

Average deal multiples for buyout deals for the prior twelve months vary from 5.0 to 8.5 times EBITDA depending on the size of the company. Expected returns vary from 20% to 27.5%.

*Table 10. General Characteristics – Buyout Transactions (medians)*

| EBITDA size | $0K - $999K | $1M - $4.99M | $5M - $9.99M | $10M - $24.99M | $25M - $49.99M |
|---|---|---|---|---|---|
| Number of investments (total) | 18 | 48 | 55 | 27 | 4 |
| Average size of investment (in million USD) | 2 | 3.5 | 15 | 25 | 70 |
| Expected time to exit (years) (median) | 3 | 5 | 5 | 5 | 5 |
| Equity as % of new capital structure (median) | 95% | 45% | 45% | 35% | 35% |
| % of total equity purchased (median) | 85% | 75% | 70% | 65% | 60% |
| Average deal multiple (multiple of EBITDA) | 5.0 | 6.5 | 7.0 | 7.5 | 8.5 |
| Median total expected returns (gross cash on cash pre-tax IRR) | 27.5% | 25% | 23% | 21% | 20% |

Approximately 39% of non-buyout investments were in the range between $0 million and $1 million of EBITDA.



*Figure 23. Size of Non-Buyout Investments in the Last 12 Months*

Average expected returns on non-buyout deals vary from 15% to 30%.

*Table 11. General Characteristics – Non-Buyout Transactions (medians)*

| | $0K - $999K | $1M - $4.99M | $5M - $9.99M | $10M - $24.99M | $25M - $49.99M | $50M - $99.99M |
|---|---|---|---|---|---|---|
| Number of investments | 60 | 32 | 9 | 8 | 7 | 14 |
| Average size of investment in million USD | 3 | 7.5 | 7.5 | 60 | 85 | 85 |
| Expected time to exit (years) (medians) | 4 | 4 | 3 | 4 | 4 | 4.5 |
| Equity as % of new capital structure | 80% | 75% | 35% | 35% | 35% | 15% |
| % of total equity purchased | 55% | 45% | 35% | 30% | 15% | 15% |
| Average deal multiple (multiple of EBITDA) | 5.5 | 6 | 6.5 | 7.5 | 8.5 | n/a |
| Total expected returns (gross cash on cash pre-tax IRR) | 30% | 25.0% | 24% | 21% | 20% | 15% |

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 15

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2016

**PRIVATE EQUITY cont.**

When valuing a business, approximately 22% of the weight is placed on discounted future earnings method.

### Figure 24. Usage of Valuation Approaches



The weights of the various multiple methods used by respondents when valuing privately-held businesses included 30% for recast (adjusted) EBITDA multiple and 30% for EBITDA multiple.

### Figure 25. Usage of Multiple Methods

**PRIVATE EQUITY cont.**

Respondents reported on items required to close one deal.



*Figure 26. Items Required to Close One Deal*

Respondents reported exit strategies that include selling to another private equity group (32%), selling to a private company (30%), and selling to a public company (25%).

*Figure 27. Exit Plans for Portfolio Companies*

- ■ Sell to another PEG
- ■ Sell to a private company
- ■ Sell to a public company
- ■ IPO
- ■ Management buyout
- ■ Other

**PRIVATE EQUITY cont.**

Most of the respondents believe the number of companies "worthy of financing" exceeds "capital available" for the companies with less than $1M in EBITDA. Whereas for the larger companies, "capital available" exceeds the number of companies "worthy of financing."

*Table 12. The Balance of Available Capital with Quality Companies for the Following EBITDA Size*

|  | Companies worthy of financing GREATLY exceed capital available | Companies worthy of financing exceed capital available | General balance | Capital available exceeds companies worthy of financing | Capital available GREATLY exceeds companies worthy of financing | Score (-2 to 2) |
|---|---|---|---|---|---|---|
| $0K - $999K | 13% | 30% | 37% | 12% | 8% | -0.3 |
| $1M - $4.99M | 8% | 20% | 43% | 18% | 11% | 0.0 |
| $5M - $9.99M | 5% | 12% | 27% | 37% | 20% | 0.6 |
| $10M - $14.99M | 8% | 8% | 22% | 22% | 39% | 0.7 |
| $15M - $24.99M | 5% | 15% | 16% | 24% | 40% | 0.8 |
| $25M - $49.99M | 6% | 9% | 20% | 20% | 44% | 0.9 |
| $50M - $99.99M | 7% | 6% | 20% | 20% | 46% | 0.9 |
| $100M+ | 7% | 4% | 20% | 20% | 48% | 1.1 |

Relative to twelve months ago, respondents indicated increases in demand for private equity, quality of companies seeking investment, amount of non-control investments and deal multiples. They also reported a decrease in expected returns on new investments, increase in expected investment holding period and slightly worsened general business conditions.

*Table 13. General Business and Industry Assessment: Today versus 12 Months Ago*

|  | Decreased significantly | Decreased slightly | Stayed about the same | Increased slightly | Increased significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Demand for private equity | 1% | 7% | 50% | 26% | 16% | 42% | 8% | 34% |
| Quality of companies seeking investment | 5% | 23% | 43% | 24% | 4% | 28% | 28% | 0% |
| Average investment size | 1% | 10% | 60% | 25% | 4% | 29% | 11% | 18% |
| Non-control investments | 3% | 5% | 63% | 18% | 11% | 29% | 8% | 21% |
| Expected investment holding period | 0% | 9% | 49% | 34% | 8% | 42% | 9% | 32% |
| Deal multiples | 0% | 16% | 31% | 36% | 16% | 53% | 16% | 36% |
| Exit opportunities | 4% | 25% | 36% | 23% | 12% | 36% | 29% | 7% |
| Expected returns on new investments | 4% | 41% | 38% | 14% | 4% | 18% | 45% | -27% |
| Value of portfolio companies | 4% | 18% | 28% | 30% | 20% | 50% | 22% | 28% |
| General business conditions | 5% | 31% | 32% | 30% | 1% | 31% | 36% | -5% |
| Size of private equity industry | 0% | 8% | 32% | 54% | 6% | 60% | 8% | 51% |

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 18

**PRIVATE EQUITY cont.**

Respondents expect further increases in demand for private equity, decreasing deal multiples, and worsening general business conditions.

*Table 14. General Business and Industry Assessment Expectations over the Next 12 Months*

| | Decrease significantly | Decrease slightly | Stay about the same | Increase slightly | Increase significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Demand for private equity | 0% | 11% | 42% | 33% | 14% | 47% | 11% | **36%** |
| Quality of companies seeking investment | 1% | 22% | 50% | 15% | 11% | 26% | 24% | **3%** |
| Average investment size | 0% | 11% | 60% | 26% | 3% | 29% | 11% | **18%** |
| Non-control investments | 2% | 15% | 52% | 22% | 9% | 31% | 17% | **14%** |
| Expected investment holding period | 0% | 10% | 44% | 35% | 11% | 46% | 10% | **36%** |
| Deal multiples | 1% | 38% | 43% | 14% | 4% | 18% | 39% | **-21%** |
| Exit opportunities | 6% | 36% | 47% | 8% | 3% | 11% | 42% | **-31%** |
| Expected returns on new investments | 0% | 32% | 47% | 18% | 3% | 21% | 32% | **-11%** |
| Value of portfolio companies | 0% | 31% | 36% | 28% | 6% | 33% | 31% | **3%** |
| General business conditions | 7% | 43% | 33% | 14% | 3% | 17% | 50% | **-33%** |
| Size of private equity industry | 0% | 15% | 50% | 31% | 4% | 35% | 15% | **19%** |

Respondents believe government regulations and taxes is the most important issue facing privately-held businesses today.

*Figure 28. Issues Facing Privately-Held Businesses*



# BANK AND ASSET-BASED LENDING SURVEY INFORMATION

There were 53 responses to the bank and asset-based lending surveys with community banks making up 44% in terms of individual lending function. Over 38% of respondents believe that general business conditions will improve over the next 12 months and over 43% said demand for loans will increase. Other key findings include:

- Over the last twelve months respondents were seeing increased credit quality of borrowers applying for credit, with increase in demand for business loans and improved general business conditions

- Respondents also expect increases in demand for business loans, lending capacity of banks, improving general business conditions, average loan size and loan maturity, and further increase in interest rates.

- Currently, 25% lenders see government regulations and taxes as the top issue facing privately-held businesses, followed by domestic economic uncertainty (25%) and access to capital (16%).

## Operational and Assessment Characteristics

Respondents reported on the type of entity that best describes their lending function.

*Figure 28. Description of Lending Entity*



- Community bank
- Commercial bank
- Corporate bank
- Commercial finance company

The majority (70%) report participating in government loan programs.

*Figure 30. Participation in Government Loan Programs*

- Yes
- No

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 20

**BANKS cont.**

The largest concentration of loan sizes was between $1 million and $5 million (21%).

*Figure 31. Typical Investment Size*



Respondents reported on all-in rates for various industries and loan types.

*Table 15. All-in Rates by Loan Size and Industry*

| Loan size | Less than $1M | $1M - $4.99M | $5M - $9.99M | $10M - $24.99M | $25M+ |
|---|---|---|---|---|---|
| Manufacturing | 5.5% | 5.5% | 5.0% | 4.5% | 3.0% |
| Consumer goods and services | 6.3% | 5.5% | 5.0% | 5.0% | 3.0% |
| Wholesale & distribution | 5.5% | 5.5% | 4.8% | 4.5% | 3.0% |
| Business services | 6.0% | 5.5% | 5.0% | 4.8% | 3.0% |
| Basic materials & energy | 6.0% | 5.5% | 5.0% | 4.0% | 3.0% |
| Health care & biotech | 5.5% | 5.3% | 5.0% | 5.0% | 3.0% |
| Information technology | 6.0% | 6.0% | 5.5% | 5.3% | 3.0% |
| Financial services | 5.5% | 5.5% | 5.5% | 4.5% | 3.0% |
| Typical Fixed-Rate Loan Term (months) | 45 | 60 | 48 | 60 | 54 |

*Table 16. All-in Rates by Loan Type*

| | Less than $1M | $1M - $4.99M | $5M - $9.99M | $10M - $24.99M | $25M+ |
|---|---|---|---|---|---|
| Cash flow loan | 6.0% | 5.5% | 5.5% | 5.0% | 3.0% |
| Working capital loan | 6.0% | 6.0% | 5.0% | 4.3% | 3.0% |
| Equipment loan | 6.0% | 5.5% | 5.3% | 5.0% | 3.0% |
| Real estate loan | 5.3% | 5.3% | 4.5% | 4.3% | 3.0% |

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2016

**BANKS cont.**

Senior leverage multiples are reported below for the various industries and EBITDA sizes.

*Table 17. Senior Leverage Multiple by EBITDA Size*

| EBITDA size | $0K - $999K | $1M - $4.99M | $5M - $9.99M | $10M - $24.99M | $25M - $49.99M | $50M+ |
|---|---|---|---|---|---|---|
| Manufacturing | 1.1 | 1.6 | 1.8 | 1.8 | 1.8 | 1.9 |
| Construction & engineering | 1.0 | 1.3 | 1.3 | 1.4 | 1.5 | 1.6 |
| Consumer goods & services | 1.0 | 1.5 | 1.5 | 1.8 | 1.8 | 2.0 |
| Wholesale & distribution | 1.1 | 1.6 | 1.8 | 1.8 | 2.0 | 2.0 |
| Business services | 0.9 | 1.3 | 1.3 | 1.6 | 1.6 | 2.0 |
| Basic materials & energy | 0.9 | 1.3 | 1.3 | 1.5 | 1.6 | 1.8 |
| Healthcare & biotech | 0.9 | 1.3 | 1.3 | 1.3 | 1.6 | 2.0 |
| Information technology | 0.9 | 1.3 | 1.4 | 1.5 | 1.6 | 2.0 |
| Financial services | 0.9 | 1.3 | 1.3 | 1.4 | 1.4 | 1.6 |
| Media & entertainment | 1.0 | 1.4 | 1.5 | 1.6 | 1.6 | 1.8 |
| **Total median** | 1.0 | 1.3 | 1.5 | 1.5 | 1.8 | 2.0 |

Various fees as reported by lenders are as follows.

*Table 18. Fees Charged*

| | 1st Quartile | Median | 3rd Quartile | % Reporting |
|---|---|---|---|---|
| Closing fee | 0.5% | 0.5% | 1.0% | 16% |
| Modification fee | 0.0% | 0.2% | 0.5% | 11% |
| Commitment fee | 0.0% | 0.5% | 0.5% | 10% |
| Underwriting fee | 0.0% | 0.1% | 0.5% | 11% |
| Arrangement fee | 0.0% | 0.0% | 0.4% | 10% |
| Prepayment penalty (yr 1) | 1.0% | 2.0% | 3.3% | 16% |
| Prepayment penalty (yr 2) | 0.3% | 2.0% | 3.0% | 14% |
| Unused line fee | 0.0% | 0.1% | 0.4% | 12% |

Refinancing was the most commonly described financing by buyers at 34%, followed by expansion at 22%.

*Figure 29. Borrower Motivation to Secure Financing (past 12 months)*



**BANKS  cont.**

Total debt-service coverage ratio was the most important factor when deciding whether to invest or not.

#### Table 19. Importance of Financial Evaluation Metrics

|  | Unimportant | Of little importance | Moderately important | Important | Very important | Score (1 to 5) |
|---|---|---|---|---|---|---|
| Current ratio | 31% | 7% | 29% | 26% | 7% | 2.7 |
| Senior DSCR or FCC ratio | 12% | 5% | 19% | 17% | 48% | 3.8 |
| Total DSCR or FCC ratio | 10% | 3% | 18% | 20% | 50% | 4.0 |
| Senior debt-to-cash flow | 8% | 11% | 18% | 34% | 29% | 3.7 |
| Total debt-to-cash flow | 10% | 12% | 24% | 22% | 32% | 3.5 |
| Debt-to-net worth | 11% | 14% | 27% | 32% | 16% | 3.3 |

#### Table 20. Financial Evaluation Metrics Average Data

|  | Average borrower data | Limit not to be exceeded |
|---|---|---|
| Current ratio | 1.2 | 1.1 |
| Senior DSCR or FCC ratio | 1.3 | 1.2 |
| Total DSCR or FCC ratio | 1.3 | 1.1 |
| Senior debt to cash flow | 1.5 | 2.0 |
| Total debt to cash flow | 1.5 | 2.0 |
| Debt to net worth | 2.3 | 3.5 |

Respondents reported on the percentage of loans (by size) that require personal guarantee and collateral.

#### Table 21. Personal Guarantee and Collateral Percentage of Occurrence by Size of Loan (%)

| Loan size | Less than $1M | $1M - $4.99M | $5M - $9.99M | $10M - $24.99M | $50M - $99.99M | $100M+ |
|---|---|---|---|---|---|---|
| Personal guarantee | 95% | 95% | 70% | 38% | 38% | 30% |
| Collateral | 95% | 93% | 90% | 88% | 73% | 25% |

Approximately 59% of cash flow applications were declined.

#### Table 22. Applications Data

|  | Reviewed | Offered | Booked | Declined |
|---|---|---|---|---|
| Cash flow based | 554 | 78% | 74% | 59% |
| Collateral based | 284 | 98% | 50% | 47% |
| Real estate | 312 | 81% | 59% | 21% |

BANKS cont.

Approximately 30% of applications were declined due to poor quality of earnings and/or cash flow followed by 22% that were declined due to insufficient collateral.

*Figure 33. Reason for Declined Loans*



Respondents believe government regulations and taxes and domestic economic uncertainty are the most important issues facing privately-held businesses today.

*Figure 34. Issues Facing Privately-Held Businesses*

**BANKS cont.**

Respondents indicated increases in demand for business loans, percent of loans with personal guarantees, improved general business conditions, credit quality of borrowers applying for credit, decreased loan fees, and number/ tightness of financial covenants.

*Table 23. General Business and Industry Assessment: Today versus 12 Months Ago*

| | Decreased significantly | Decreased slightly | Stayed about the same | Increased slightly | Increased significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Demand for business loans (applications) | 10% | 14% | 36% | 34% | 6% | 40% | 24% | **16%** |
| Credit quality of borrowers applying for credit | 0% | 22% | 46% | 24% | 8% | 32% | 22% | **10%** |
| Due diligence efforts | 4% | 29% | 39% | 25% | 2% | 27% | 33% | **-6%** |
| Average loan size | 0% | 0% | 70% | 20% | 10% | 30% | 0% | **30%** |
| Average loan maturity (months) | 0% | 12% | 45% | 33% | 10% | 43% | 12% | **31%** |
| Percent of loans with personal guarantees | 0% | 10% | 72% | 14% | 4% | 18% | 10% | **8%** |
| Percent of loans requiring collateral | 0% | 13% | 77% | 9% | 2% | 11% | 13% | **-2%** |
| Size of interest rate spreads (pricing) | 0% | 4% | 84% | 4% | 8% | 12% | 4% | **8%** |
| Loan fees | 2% | 39% | 41% | 14% | 4% | 18% | 41% | **-24%** |
| Senior leverage multiples | 0% | 31% | 61% | 8% | 0% | 8% | 31% | **-24%** |
| Total leverage multiples | 4% | 0% | 88% | 8% | 0% | 8% | 4% | **4%** |
| Focus on collateral as backup means of payment | 4% | 8% | 83% | 4% | 0% | 4% | 13% | **-8%** |
| SBA lending | 0% | 6% | 69% | 25% | 0% | 25% | 6% | **19%** |
| Lending capacity of bank | 0% | 26% | 53% | 16% | 5% | 21% | 26% | **-5%** |
| General business conditions | 0% | 4% | 52% | 36% | 8% | 44% | 4% | **40%** |
| Appetite for risk | 2% | 28% | 42% | 26% | 2% | 28% | 30% | **-2%** |
| Loans outstanding | 2% | 18% | 53% | 25% | 2% | 27% | 20% | **8%** |
| Nonaccrual loans | 0% | 4% | 40% | 40% | 16% | 56% | 4% | **52%** |
| Number/ tightness of financial covenants | 5% | 14% | 67% | 14% | 0% | 14% | 19% | **-5%** |
| Standard advance rates | 0% | 8% | 72% | 20% | 0% | 20% | 8% | **12%** |

**BANKS cont.**

Respondents expect further increases in demand for business loans, percent of loans with personal guarantees, lending capacity of bank, improving general business conditions, focus on collateral as backup means of payment and number/ tightness of financial covenants, flat leverage multiples, decreasing due diligence efforts and appetite for risk.

*Table 24. General Business and Industry Assessment Expectations over the Next 12 Months*

|  | Decrease significantly | Decrease slightly | Stay about the same | Increase slightly | Increase significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Demand for business loans (applications) | 2% | 18% | 37% | 37% | 6% | 43% | 20% | **22%** |
| Credit quality of borrowers applying for credit | 0% | 14% | 55% | 29% | 2% | 31% | 14% | **16%** |
| Due diligence efforts | 2% | 31% | 55% | 12% | 0% | 12% | 33% | **-20%** |
| Average loan size | 0% | 2% | 67% | 29% | 2% | 31% | 2% | **29%** |
| Average loan maturity (months) | 0% | 6% | 59% | 33% | 2% | 35% | 6% | **29%** |
| Percent of loans with personal guarantees | 0% | 8% | 81% | 8% | 2% | 10% | 8% | **2%** |
| Percent of loans requiring collateral | 0% | 6% | 87% | 6% | 0% | 6% | 6% | **0%** |
| Size of interest rate spreads (pricing) | 0% | 4% | 87% | 4% | 4% | 9% | 4% | **4%** |
| Loan fees | 0% | 14% | 55% | 31% | 0% | 31% | 14% | **16%** |
| Senior leverage multiples | 2% | 10% | 78% | 10% | 0% | 10% | 12% | **-2%** |
| Total leverage multiples | 0% | 0% | 91% | 9% | 0% | 9% | 0% | **9%** |
| Focus on collateral as backup means of payment | 0% | 4% | 78% | 17% | 0% | 17% | 4% | **13%** |
| SBA lending | 2% | 0% | 77% | 20% | 0% | 20% | 2% | **18%** |
| Lending capacity of bank | 0% | 11% | 67% | 17% | 6% | 22% | 11% | **11%** |
| General business conditions | 0% | 0% | 63% | 38% | 0% | 38% | 0% | **38%** |
| Appetite for risk | 2% | 39% | 49% | 8% | 2% | 10% | 41% | **-31%** |
| Loans outstanding | 2% | 18% | 65% | 14% | 0% | 14% | 20% | **-6%** |
| Nonaccrual loans | 0% | 4% | 36% | 44% | 16% | 60% | 4% | **56%** |
| Number/ tightness of financial covenants | 0% | 9% | 64% | 27% | 0% | 27% | 9% | **18%** |
| Standard advance rates | 0% | 0% | 75% | 25% | 0% | 25% | 0% | **25%** |

**BANKS cont.**

## Asset-Based Lending Specific Characteristics

According to respondents approximately 19% of asset-based loans were issued for manufacturing companies.

*Figure 35. Industries Served by Asset-Based Lenders*



- Manufacturing
- Financial services & real estate
- Wholesale & distribution
- Consumer goods & services
- Construction & engineering
- Information technology
- Business services
- Basic materials & energy
- Health care & biotech
- Media & entertainment
- Other

Approximately 68% of the companies that booked asset-based loans in the last twelve months had EBITDA size less than $5 million.

*Figure 30. Typical EBITDA Sizes for Companies Booked*

| | Negative EBITDA | $0 - $4.99 million in EBITDA | $5 - $9.99 million in EBITDA | $10 - $49.99 million in EBITDA | $50+ million in EBITDA |
|---|---|---|---|---|---|
| | 9% | 59% | 17% | 8% | 8% |

Respondents reported on all-in rates by type and size of current booked loans and the results are reported below.

*Table 25. All-in Rates on Current Asset-Based Loans (medians)*

| | Marketable Securities | Accounts Receivable | Inventory | Equipment | Real estate | Working capital | Typical Fixed-Rate Loan Term (months) |
|---|---|---|---|---|---|---|---|
| Less than $1 million | 7.0% | 11.0% | 12.0% | 12.0% | 12.0% | 10.0% | 12 |
| $1-5 million | 5.8% | 6.5% | 11.5% | 8.5% | 5.5% | 5.5% | 22 |
| $5-$10 million | n/a | 6.3% | 11.0% | 7.5% | 5.0% | 4.0% | 22 |
| $10-25 million | 2.0% | 4.0% | 4.5% | 3.5% | 3.5% | 2.9% | 48 |
| $25-50 million | n/a | 3.5% | 3.5% | 3.5% | 3.3% | 2.9% | 36 |
| $50-100 million | n/a | 3.0% | 3.0% | 2.9% | 2.9% | 2.5% | 36 |

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved. | 27

**BANKS cont.**

Respondents reported on standard advance rates and the results are reflected below.

*Table 26. Standard Advance Rate (or LTV ratio) for Assets (%)*

|  | Typical Loan | | | Upper Limit | | |
|---|---|---|---|---|---|---|
|  | 1st quartile | Median | 3rd quartile | 1st quartile | Median | 3rd quartile |
| Marketable securities | 9% | 68% | 94% | 5% | 70% | 78% |
| Accounts receivable | 84% | 85% | 85% | 85% | 90% | 90% |
| Inventory - low quality | 15% | 25% | 30% | 16% | 30% | 50% |
| Inventory - intermediate quality | 31% | 40% | 50% | 40% | 50% | 65% |
| Inventory - high quality | 50% | 65% | 70% | 60% | 65% | 75% |
| Equipment | 55% | 70% | 80% | 58% | 75% | 80% |
| Real estate | 39% | 60% | 70% | 35% | 70% | 73% |
| Land | 5% | 20% | 45% | 5% | 23% | 50% |

Respondents reported on valuation standards used to estimate LTV ratios.

*Figure 37. Valuation Standards Used to Estimate LTV Ratio*



|  | Purchase price | Depreciated Value (Book) | Face value | Fair Market Value | Forced liquidation | Orderly liquidation | Other |
|---|---|---|---|---|---|---|---|
| ■ Equipment | 5% | 0% | 0% | 0% | 37% | 47% | 0% |
| ■ Real estate | 4% | 0% | 0% | 58% | 8% | 8% | 0% |
| ■ Accounts Receivable | 5% | 5% | 40% | 5% | 0% | 35% | 10% |
| ■ Inventory | 10% | 5% | 5% | 0% | 5% | 70% | 5% |

According to respondents receivables, inventory and equipment based loans had the smallest decline rate (13%) over the last twelve months.

*Figure 31. Asset-Based Loans Decline Rate*



# MEZZANINE SURVEY INFORMATION

The majority of the 20 participants that responded to the mezzanine survey typically book deals in the $1 million to $25 million range. Over 20% plan on investing in business services companies over the next 12 months, followed by 18% in manufacturing. Other key findings include:

- Relative to 12 months ago, respondents indicated increases in demand for mezzanine capital, general underwriting standards, and flat leverage multiple. They also reported decreases in credit quality of borrowers, warrant coverage, general business conditions and appetite for risk.

- Respondents expect further increase in demand for mezzanine capital, general underwriting standards, warrant coverage, PIK features, loan fees and expected returns on new investments; and decrease in credit quality of borrowers, leverage multiples, appetite for risk, and general business conditions.

- Approximately 35% of respondents believe access to capital is the most important issue facing privately-held businesses today.

## Operational and Assessment Characteristics

Approximately 40% of respondents are SBIC Firms.

*Figure 32. SBIC (small business investment) Firms*



The largest concentration of typical loan sizes is between $10 million and $25 million.

*Figure 40. Typical Investment Size*

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2016

MEZZANINE cont.

Respondents reported on business practices and the results are reflected below.

*Table 27. Mezzanine Fund Data*

|  | 1st quartile | Median | 3rd quartile |
|---|---|---|---|
| Vintage year (year in which first investment made) | 2012 | 2013 | 2014 |
| Size of fund ($ millions) | 75 | 250 | 625 |
| Targeted number of total investments | 15 | 18 | 28 |
| Target fund return (gross pretax cash on cash annual IRR %) | 14.5% | 16% | 20% |
| Expected fund return (gross pretax cash on cash annual IRR %) | 12% | 15% | 19% |

The types of businesses respondents plan to invest in over next 12 months are very diverse with over 20% targeting business services, followed by 18% who plan to invest in manufacturing.

*Figure 33. Type of Business for Investments Planned over Next 12 Months*



- Business services
- Manufacturing
- Consumer goods & services
- Health care & biotech
- Information technology
- Wholesale & distribution
- Financial services & real estate
- Basic materials & energy
- Media & entertainment
- Construction & engineering

Approximately 50% of respondents made 6 investments or more over the last 12 months.

*Figure 34. Total Number of Investments Made in the Last 12 Months*



PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2016

**MEZZANINE cont.**

*Figure 35. Number of Follow-on Investments Made in the Last 12 Months*



Approximately 47% of respondents plan to make 6 investments or more over the next 12 months.

*Figure 36. Number of Total Investments Planned over Next 12 Months*



*Figure 37. Number of Follow-on Investments Planned over Next 12 Months*



© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 31

**MEZZANINE cont.**

Approximately 29% of sponsored deals were in the range between $10 million and $25 million of EBITDA.

*Figure 38. Size of Sponsored Deals in the Last 12 Months*



Results of responses to sponsored deals based on size of investee EBITDA are reported below.

*Table 28. Sponsored Deals by EBITDA Size (medians)*

| EBITDA size | $0K - $999K | $1M - $4.99M | $5M - $9.99M | $10M - $24.99M | $25M - $49.99M | $50M+ |
|---|---|---|---|---|---|---|
| % of deals with warrants | 67% | 38% | 8% | 32% | 48% | 0% |
| Average loan terms (years) | 1.5 | 5.5 | 5.5 | 5.8 | 6 | 5 |
| Senior leverage ratio (multiple of EBITDA) | 3 | 2.5 | 3.0 | 3.5 | 3.5 | 4 |
| Total leverage ratio (multiple of EBITDA) | 3 | 3.5 | 4.0 | 4.5 | 4.8 | 6 |
| Average loan size ($ millions) | 0.5 | 7.5 | 15 | 15 | 25 | 95 |
| Cash interest rate | 12% | 12% | 11% | 11% | 10% | 6% |
| PIK | 1% | 1% | 2% | 2% | 2.0% | 0% |
| Warrants expected return (IRR contribution) | 15% | 3.0% | n/a | n/a | n/a | n/a |
| Total expected returns (gross cash on pre-tax IRR) | 17% | 16.5% | 15% | 15% | 15% | 9% |

*Table 29. Investment Type by Size of Investee Company, Sponsored Deals*

| | Sub debt only | Blended Sr. / Jr. | Other |
|---|---|---|---|
| $0K - $999K EBITDA | 0% | 100% | 0% |
| $1M - $4.99M EBITDA | 29% | 43% | 29% |
| $5M - $9.99M EBITDA | 29% | 29% | 43% |
| $10M - $24.99M EBITDA | 40% | 20% | 40% |
| $25M - $49.99M EBITDA | 50% | 17% | 33% |

**MEZZANINE cont.**

Approximately 56% of sponsored deals were in the range between $1 million and $10 million of EBITDA.

*Figure 39. Size of Non-Sponsored Deals in the Last 12 Months*



Results of responses to non-sponsored deals based on size of investee EBITDA are reported below.

*Table 30. Non-Sponsored Deals by EBITDA Size (medians)*

| EBITDA size | $0K - $999K | $1M - $4.99M | $5M - $9.99M | $10M - $24.99M | $25M - $49.99M |
|---|---|---|---|---|---|
| % of deals with warrants | 7% | 9% | 14% | 12% | 92% |
| Average loan terms (years) | 4.0 | 5 | 5 | 6 | 6.3 |
| Senior leverage ratio (multiple of EBITDA) | 2.0 | 2.3 | 2.5 | 2.5 | 2.5 |
| Total leverage ratio (multiple of EBITDA) | 3 | 3.5 | 3.5 | 3.5 | 3.5 |
| Average loan size ($ millions) | 3 | 5 | 7.5 | 20 | 60 |
| Cash interest rate | 11% | 11% | 11% | 11% | 9% |
| PIK | 1% | 2% | 0% | 1.5% | 2% |
| Warrants expected return (IRR contribution) | 10% | 4% | 5.5% | 8% | 8% |
| Total expected returns (gross cash on pre-tax IRR) | 23% | 22% | 18% | 18.5% | 16% |

*Table 31. Investment Type by Size of Investee Company, Sponsored Deals*

| | Senior debt only | Sub debt only | Blended Sr. / Jr. | Other |
|---|---|---|---|---|
| $0K - $999K EBITDA | 33% | 33% | 33% | 0% |
| $1M - $4.99M EBITDA | 40% | 20% | 20% | 20% |
| $5M - $9.99M EBITDA | 20% | 20% | 40% | 20% |
| $10M - $24.99M EBITDA | 0% | 25% | 50% | 25% |
| $25M - $49.99M EBITDA | 0% | 50% | 50% | 0% |

**MEZZANINE cont.**

Management or owner buyout was reported by 22% of respondents as a motivation to secure mezzanine funding, followed by acquisition loan at 21%.

*Figure 40. Borrower Motivation to Secure Mezzanine Funding (past 12 months)*



- Management or owner buyout
- Acquisition loan
- Financing growth or construction
- Refinancing
- Finance worsening operations conditions or distress
- Working capital fluctuations
- Other

*Figure 41. Items Required to Close One Deal*



Total debt service coverage ratio was the most important factor when deciding whether to invest or not, followed by total debt-to-cash flow ratio.

*Table 32. Importance of Financial Evaluation Metrics*

|  | Unimportant | Of little importance | Moderately important | Important | Very important | Score (1 to 5) |
|---|---|---|---|---|---|---|
| Senior DSCR or FCC ratio | 12% | 6% | 35% | 29% | 18% | 3.35 |
| Total DSCR or FCC ratio | 0% | 0% | 12% | 29% | 59% | 4.47 |
| Senior debt-to-cash flow ratio | 0% | 6% | 39% | 39% | 17% | 3.67 |
| Total debt-to-cash flow ratio | 0% | 6% | 11% | 22% | 61% | 4.39 |

**MEZZANINE cont.**

### Table 33. Financial Evaluation Metrics Average Data

|  | Average borrower data | Limit not to be exceeded |
|---|---|---|
| Senior DSCR or FCC ratio | 1.5 | 1.2 |
| Total DSCR or FCC ratio | 1.4 | 1.1 |
| Senior debt to cash flow ratio | 3 | 3.6 |
| Total debt to cash flow ratio | 4.2 | 4.9 |

Respondents believe access to capital is the most important issue facing privately-held businesses today.

### Figure 50. Issues Facing Privately-Held Businesses



**MEZZANINE cont.**

Relative to 12 months ago, respondents indicated increases in demand for mezzanine capital, general underwriting standards and flat expected returns on new investments. They also reported decreases in credit quality of borrowers, warrant coverage, general business conditions, and appetite for risk.

*Table 34. General Business and Industry Assessment: Today versus 12 Months Ago*

| | Decreased significantly | Decreased slightly | Stayed about the same | Increased slightly | Increased significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Demand for mezzanine capital | 0% | 17% | 39% | 39% | 6% | 44% | 17% | **28%** |
| Credit quality of borrowers seeking investment | 6% | 50% | 33% | 6% | 6% | 11% | 56% | **-44%** |
| Average investment size | 0% | 11% | 56% | 28% | 6% | 33% | 11% | **22%** |
| Average investment maturity (months) | 0% | 0% | 94% | 6% | 0% | 6% | 0% | **6%** |
| General underwriting standards | 0% | 6% | 44% | 50% | 0% | 50% | 6% | **44%** |
| Warrant coverage | 0% | 7% | 93% | 0% | 0% | 0% | 7% | **-7%** |
| PIK features | 0% | 0% | 94% | 6% | 0% | 6% | 0% | **6%** |
| Loan fees | 0% | 0% | 100% | 0% | 0% | 0% | 0% | **0%** |
| Leverage multiples | 0% | 28% | 44% | 28% | 0% | 28% | 28% | **0%** |
| Expected returns on new investments | 0% | 17% | 61% | 22% | 0% | 22% | 17% | **6%** |
| General business conditions | 6% | 56% | 28% | 11% | 0% | 11% | 61% | **-50%** |
| Appetite for risk | 0% | 44% | 39% | 17% | 0% | 17% | 44% | **-28%** |

Respondents expect further increases in all business characteristics except general underwriting standards, warrant coverage, loan fees and expected returns on new investments.

*Table 35. General Business and Industry Assessment Expectations over the Next 12 Months*

| | Decrease significantly | Decrease slightly | Stay about the same | Increase slightly | Increase significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Demand for mezzanine capital | 0% | 0% | 17% | 61% | 22% | 83% | 0% | **83%** |
| Credit quality of borrowers seeking investment | 11% | 22% | 50% | 17% | 0% | 17% | 33% | **-17%** |
| Average investment size | 0% | 0% | 67% | 33% | 0% | 33% | 0% | **33%** |
| Average investment maturity (months) | 0% | 0% | 94% | 6% | 0% | 6% | 0% | **6%** |
| General underwriting standards | 0% | 0% | 44% | 50% | 6% | 56% | 0% | **56%** |
| Warrant coverage | 0% | 0% | 85% | 15% | 0% | 15% | 0% | **15%** |
| PIK features | 0% | 0% | 71% | 29% | 0% | 29% | 0% | **29%** |
| Loan fees | 0% | 0% | 88% | 12% | 0% | 12% | 0% | **12%** |
| Leverage multiples | 0% | 44% | 50% | 6% | 0% | 6% | 44% | **-39%** |
| Expected returns on new investments | 0% | 6% | 50% | 39% | 6% | 44% | 6% | **39%** |
| General business conditions | 0% | 59% | 24% | 18% | 0% | 18% | 59% | **-41%** |
| Appetite for risk | 6% | 18% | 29% | 41% | 6% | 47% | 24% | **24%** |

# LIMITED PARTNER SURVEY INFORMATION

Approximately 26% of the 39 respondents in the limited partner survey reported direct investments as being the best risk/return trade-off investment class and another 23% reported real estate funds as being the best risk/return trade-off investment class. When asked about which industry currently offers the best risk/return trade-off, 25% of respondents reported information technology, followed by 22% reporting business services, and another 9% reporting basic materials and energy. Other key findings include:

- On average respondents target to allocate 21% of their assets to buyout private equity, 20% to real estate funds and 13% to direct investments. Respondents expect the highest returns of 12% from venture capital, 12% from growth private equity, 11% from investments in buyout private equity, and 9% from direct investments.

- Respondents indicated increased allocation to real estate funds, and direct investments, and decreased allocation to all other alternative assets in the last twelve months. They also reported worsened business conditions and expected returns on new investments.

- Respondents also expect further increases in allocation to direct investments, and real estate funds, slightly improving business conditions and increasing expected returns.

## Operational and Assessment Characteristics

Approximately 26% of respondents indicated being family office followed by fund of funds (26%).

*Figure 42. Entity Type*



- Family office
- Fund of funds
- Private investor
- Public pension fund
- Investment company
- Bank or investment bank
- Other

Approximately 23% of respondents reported their asset category being less than $50 million, while 28% were between $50 million and $500 million.

*Figure 43. Assets under Management or Investable Funds*



© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 37

Respondents reported on their % of total asset allocations for "Alternative Assets".

*Figure 44. Current Asset Allocation for "Alternative Assets" (% of total portfolio)*



*Figure 45. Target Asset Allocation for "Alternative Assets" (% of total portfolio)*



On average, respondents target to allocate 21% of their assets to buyout private equity, 20% to real estate funds, and 13% to direct investments.

*Figure 46. Target Asset Allocation by Assets*

| | 0% | 5% | 10% | 15% | 20% | 25% |
|---|---|---|---|---|---|---|
| Private equity - buyout | | | | | 21% | |
| Real estate fund | | | | | 20% | |
| Direct investments | | | 13% | | | |
| Hedge fund | | | 10% | | | |
| Venture capital | | 9% | | | | |
| Private equity - growth | | 8% | | | | |
| Private equity - distressed | | 6% | | | | |
| Mezzanine | | 4% | | | | |
| Secondary funds | | 3% | | | | |
| Fund of funds | | 2% | | | | |

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 38

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2016

**LP cont.**

On average, respondents expect the highest returns from investments in venture capital, growth private equity, buyout private equity and direct investments.

*Figure 47. Annual Return Expectations for New Investments*



Approximately 26% of the 39 respondents in the limited partner survey reported direct investments as being the best risk/return trade-off investment class and another 23% reported real estate funds as being the best risk/return trade-off investment class.

*Figure 48. Assets with the Best Risk/Return Trade-off Currently*

**LP cont.**

When asked about which industry currently offers the best risk/return trade-off, 25% of respondents reported information technology, followed by 22% reporting business services, and another 9% reporting basic materials and energy.

*Figure 49. Industry with the Best Risk/Return*



In regard to the geographic regions with the best risk/return trade-offs, 84% of respondents reported North America.

*Figure 50. Geographic Regions of the World Offering the Best Risk/Return Tradeoff Currently*



In regard to the geographic regions with the best risk/return trade-offs in the US, 35% of respondents reported West Coast, and 13% reported Southeast.

*Figure 60. Geographic Regions in the US Offering the Best Risk/Return Tradeoff Currently*



LP cont.

According to respondents, general partner and specific strategy are the most important factors when evaluating investment followed by historical fund performance on all funds.

### Table 36. Importance of Factors When Evaluating

|  | Unimportant | Of little importance | Moderately important | Important | Very important | Score (1 to 5) |
|---|---|---|---|---|---|---|
| Historical fund performance on all funds | 3% | 3% | 23% | 41% | 31% | **4.0** |
| Returned capital from most recent fund (Distribution to Paid-in or DPI) | 3% | 3% | 37% | 42% | 16% | **3.7** |
| Residual value of most recent fund (Residual Value to Paid-in or RVPI) | 8% | 0% | 47% | 37% | 8% | **3.4** |
| General partner | 0% | 3% | 11% | 11% | 76% | **4.6** |
| Specific strategy | 3% | 3% | 13% | 33% | 49% | **4.2** |
| Specific location | 3% | 21% | 45% | 18% | 13% | **3.2** |
| Gut feel/instinct | 3% | 15% | 31% | 36% | 15% | **3.5** |

Respondents believe international economic uncertainty is the most important current and emerging issue facing privately-held businesses.

### Figure 51. Issues Facing Privately-Held Businesses



Figure 51. Issues Facing Privately-Held Businesses

LP cont.

Respondents indicated increased allocation to direct investments and real estate funds, and decreased allocation to all other alternative assets in the last twelve months. They also reported decreased general business conditions and expected returns on new investments.

*Table 37. General Business and Industry Assessment: Today versus 12 Months Ago*

| Characteristics | Decreased significantly | Decreased slightly | Stayed about the same | Increased slightly | Increased significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Allocation to venture capital | 3% | 19% | 69% | 8% | 0% | 8% | 22% | **-14%** |
| Allocation to private equity | 0% | 11% | 78% | 11% | 0% | 11% | 11% | **0%** |
| Allocation to mezzanine | 0% | 10% | 90% | 0% | 0% | 0% | 10% | **-10%** |
| Allocation to hedge funds | 10% | 17% | 70% | 3% | 0% | 3% | 27% | **-23%** |
| Allocation to secondary funds | 6% | 9% | 81% | 3% | 0% | 3% | 16% | **-13%** |
| Allocation to real estate funds | 0% | 9% | 65% | 18% | 9% | 26% | 9% | **18%** |
| Direct investments | 0% | 6% | 51% | 37% | 6% | 43% | 6% | **37%** |
| General business conditions | 3% | 24% | 59% | 14% | 0% | 14% | 27% | **-14%** |
| Expected returns on new capital deployed | 0% | 30% | 49% | 19% | 3% | 22% | 30% | **-8%** |

Respondents also expect further increases in allocation to direct investments, and real estate funds, improving business conditions and increasing expected returns.

*Table 38. General Business and Industry Assessment Expectations over the Next 12 Months*

| Characteristics | Decrease significantly | Decrease slightly | Stay about the same | Increase slightly | Increase significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Allocation to venture capital | 3% | 19% | 72% | 6% | 0% | 6% | 22% | **-17%** |
| Allocation to private equity | 0% | 21% | 64% | 10% | 5% | 15% | 21% | **-5%** |
| Allocation to mezzanine | 0% | 16% | 77% | 6% | 0% | 6% | 16% | **-10%** |
| Allocation to hedge funds | 9% | 22% | 63% | 6% | 0% | 6% | 31% | **-25%** |
| Allocation to secondary funds | 6% | 15% | 76% | 3% | 0% | 3% | 21% | **-18%** |
| Allocation to real estate funds | 0% | 9% | 62% | 21% | 9% | 29% | 9% | **21%** |
| Direct investments | 0% | 0% | 69% | 23% | 9% | 31% | 0% | **31%** |
| General business conditions | 3% | 19% | 47% | 31% | 0% | 31% | 22% | **8%** |
| Expected returns on new capital deployed | 0% | 14% | 54% | 29% | 3% | 31% | 14% | **17%** |

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2016

# VENTURE CAPITAL SURVEY INFORMATION

Of the 65 participants who responded to the venture capital survey, approximately 66% of respondents expect an increasing size of the venture capital industry. The majority (69%) of respondents plan to make four investments or more over the next 12 months.

Other key findings include:

- The types of businesses respondents plan to invest in the next 12 months are very diverse with over 38% targeting information technology and another 22% planning to invest in health care and biotech.

- Respondents' exit strategies include selling to a public company (35%) followed by selling to a private company (30%).

- Respondents believe access to capital is the most important issue facing privately-held businesses today.

## Operational and Assessment Characteristics

Approximately 50% of respondents made five investments or more over the last twelve months.



*Figure 52. Total Number of Investments Made in the Last 12 Months*



*Figure 53. Number of Follow-on Investments Made in the Last 12 Months*

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 43

**VENTURE CAPITAL cont.**

The majority (69%) of respondents plan to make four investments or more over the next 12 months.



*Figure 54. Number of Total Investments Planned over Next 12 Months*



*Figure 55. Number of Follow-on Investments Planned over Next 12 Months*

Respondents reported on business practices and the results are reflected below.

*Table 39. VC Fund Data*

| | 1st quartile | Median | 3rd quartile |
|---|---|---|---|
| Vintage year (year in which first investment made) | 2008 | 2013 | 2014 |
| Size of fund ($ millions) | $10 | $38 | $125 |
| Targeted number of total investments | 13 | 18 | 28 |
| Target fund return (gross pretax cash on cash annual IRR %) | 25% | 25% | 35% |
| Expected fund return (gross pretax cash on cash annual IRR %) | 15% | 25% | 35% |

The types of businesses respondents plan to invest in over next 12 months are very diverse with over 39% targeting Information technology, and another 22% planning to invest in health care and biotech.



*Figure 56. Type of Business for Investments Planned over Next 12 Months*

**VENTURE CAPITAL cont.**

Respondents reported on a variety of stats pertaining to their investments.

*Table 40. General Information on Investments by Company Stages*

|  | Seed | Startup | Early Stage | Expansion | Later Stage |
|---|---|---|---|---|---|
| **Number of Investments Made in Last twelve months** | | | | | |
|  | 146 | 102 | 154 | 64 | 29 |
| **Average Size of Investment ($ million)** | | | | | |
| 1st Quartile | 0.5 | 0.5 | 0.5 | 0.5 | 1.75 |
| **Median** | 0.5 | 0.5 | 1.5 | 1.5 | 2.5 |
| 3rd Quartile | 0.5 | 1.5 | 1.5 | 3.25 | 8.5 |
| **Average % of Total Equity Purchased (fully diluted basis)** | | | | | |
| 1st Quartile | 5% | 5% | 5% | 5% | 5% |
| **Median** | **5%** | **10%** | **15%** | **5%** | **5%** |
| 3rd Quartile | 15% | 15% | 15% | 15% | 5% |
| **Total expected Returns (gross cash on cash pretax IRR) on new investments** | | | | | |
| 1st Quartile | 23% | 24% | 23% | 18% | 18% |
| **Median** | **38%** | **33%** | **28%** | **28%** | **23%** |
| 3rd Quartile | 43% | 36% | 38% | 30% | 28% |
| **Expected Time to Exit (years)** | | | | | |
| 1st Quartile | 4.3 | 4 | 3 | 3 | 3 |
| **Median** | 5 | 5 | 4 | 4 | 3 |
| 3rd Quartile | 5 | 6 | 6 | 5 | 3 |
| **Average company 'pre-money' value ($ million)** | | | | | |
| 1st Quartile | 1.8 | 3.3 | 7.5 | 15.0 | 52.5 |
| **Median** | **4** | **5** | **7.5** | **25** | **100** |
| 3rd Quartile | 7.5 | 15 | 25 | 55 | 100 |
| **Average Company Value at Time of Investment (post-money $ millions)** | | | | | |
| 1st Quartile | 1.0 | 1.3 | 7.0 | 20.0 | 25.0 |
| **Median** | **3.0** | **8.0** | **15.0** | **40.0** | **70.0** |
| 3rd Quartile | 8.0 | 10.0 | 15.0 | 72.5 | 100.0 |

**VENTURE CAPITAL cont.**

Respondents reported on where they plan to invest over the next 12 months. The results reflect investment throughout the U.S.

*Figure 57. Geographic Location of Planned Investment over Next 12 Months*



When valuing the company, approximately 22% of respondents use gut feel when valuing privately-held businesses.

*Figure 58. Usage of Valuation Methods*



The weights of the various multiple methods used by respondents when valuing privately-held businesses included 50% for revenue multiple and 12% for recast (adjusted) EBITDA multiple methods.

*Figure 59. Usage of Multiple Methods*

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2016

**VENTURE CAPITAL cont.**

Respondents reported on items required to close one deal.



*Figure 70. Items Required to Close One Deal*

Respondents' exit strategies include selling to a public company (35%) followed by selling to a private company (30%).



*Figure 60. Exit Plans for Portfolio Companies*

Respondents believe access to capital is the most important issue facing privately-held businesses today.



*Figure 61. Current Issues Facing Privately-Held Businesses*

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2016

**VENTURE CAPITAL cont.**

Respondents indicated increases in demand for venture capital, follow-on investments, value of portfolio companies, presence of super angels in space formerly occupied by VCs, and worsened general business conditions.

*Table 41. General Business and Industry Assessment: Today versus 12 Months Ago*

|  | Decreased significantly | Decreased slightly | Stayed about the same | Increased slightly | Increased significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Demand for venture capital | 0% | 8% | 37% | 29% | 27% | 56% | 8% | **48%** |
| Quality of companies seeking investment | 3% | 10% | 49% | 24% | 14% | 38% | 13% | **25%** |
| Follow-on investments | 0% | 9% | 36% | 41% | 14% | 55% | 9% | **45%** |
| Average investment size | 2% | 11% | 55% | 19% | 14% | 33% | 13% | **20%** |
| Exit opportunities | 6% | 33% | 34% | 20% | 6% | 27% | 39% | **-13%** |
| Time to exit deals | 2% | 11% | 39% | 36% | 13% | 48% | 13% | **36%** |
| Expected returns on new investments | 2% | 15% | 50% | 26% | 8% | 34% | 16% | **18%** |
| Value of portfolio companies | 0% | 17% | 24% | 38% | 21% | 59% | 17% | **41%** |
| General business conditions | 6% | 36% | 34% | 19% | 5% | 23% | 42% | **-19%** |
| Presence of super angels in space formerly occupied by VCs | 5% | 19% | 29% | 34% | 13% | 47% | 24% | **23%** |
| Size of venture capital industry | 3% | 16% | 38% | 33% | 10% | 43% | 19% | **24%** |
| Appetite for risk | 13% | 32% | 35% | 11% | 8% | 19% | 45% | **-26%** |

Respondents expect further worsening general business conditions.

*Table 42. General Business and Industry Assessment Expectations over the Next 12 Months*

|  | Decrease significantly | Decrease slightly | Stay about the same | Increase slightly | Increase significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Demand for venture capital | 0% | 2% | 33% | 48% | 18% | 66% | 2% | **64%** |
| Quality of companies seeking investment | 3% | 7% | 61% | 23% | 7% | 30% | 10% | **20%** |
| Follow-on investments | 0% | 11% | 38% | 41% | 10% | 51% | 11% | **39%** |
| Average investment size | 2% | 23% | 49% | 25% | 2% | 26% | 25% | **2%** |
| Exit opportunities | 2% | 39% | 39% | 20% | 0% | 20% | 41% | **-21%** |
| Time to exit deals | 3% | 2% | 45% | 40% | 10% | 50% | 5% | **45%** |
| Expected returns on new investments | 0% | 13% | 56% | 20% | 11% | 31% | 13% | **18%** |
| Value of portfolio companies | 0% | 30% | 30% | 31% | 10% | 41% | 30% | **11%** |
| General business conditions | 5% | 39% | 36% | 18% | 2% | 20% | 44% | **-25%** |
| Presence of super angels in space formerly occupied by VCs | 13% | 27% | 35% | 18% | 7% | 25% | 40% | **-15%** |
| Size of venture capital industry | 3% | 48% | 34% | 10% | 5% | 15% | 51% | **-36%** |
| Appetite for risk | 22% | 38% | 27% | 13% | 0% | 13% | 60% | **-47%** |

# ANGEL INVESTOR SURVEY INFORMATION

Of the 54 participants who responded to the angel investor survey, the majority (56%) of respondents plan to make between one and four investments. Other key findings include:

- Approximately 30% of respondents base valuations on gut feel when valuing privately-held businesses.

- When using multiples to determine the value of a business, the most popular methods used by respondents were revenue multiple (37%), EBITDA multiple (20%) and net income multiple (12%).

- The types of businesses respondents plan to invest in over next 12 months are very diverse with 36% targeting information technology and another 20% planning to invest in health care or biotech.

- Respondents indicated a sharp increase in demand for angel capital, increases in size of angel industry, follow-on investments, and quality of companies seeking investment. They also reported worsened and decreased expected returns on new investments.

- Respondents' exit strategies include selling to a public company (38%) and selling to a private company (30%).

## Operational and Assessment Characteristics

Approximately 44% of respondents made either five investments or more over the last twelve months.

*Figure 62. Total Number of Investments Made in the Last 12 Months*





*Figure 63. Number of Follow-on Investments Made in the Last 12 Months*



ANGEL cont.

The majority (44%) of respondents plan to make between two and four investments over the next 12 months.



*Figure 64. Number of Total Investments Planned over Next 12 Months*



*Figure 65. Number of Follow-on Investments Planned over Next 12 Months*

The types of businesses respondents plan to invest in over next 12 months are very diverse with over 36% targeting information technology and another 20% planning to invest in health care & biotech.

*Figure 66. Type of Business for Investments Planned over Next 12 Months*

- Information technology
- Health care & biotech
- Manufacturing
- Media & entertainment
- Business services
- Consumer goods & services
- Basic materials & energy
- Financial services & real estate
- Wholesale & distribution
- Construction & engineering
- Other

**ANGEL cont.**

Respondents reported on a variety of stats pertaining to their investments.

### Table 43. General Information on Investments by Company Stages

| | Seed | Startup | Early Stage | Expansion | Later Stage |
|---|---|---|---|---|---|
| **Number of Investments Made in Last twelve months** | | | | | |
| 1st Quartile | **144** | **77** | **40** | **12** | **3** |
| **Average Size of Investment (in thousands)** | | | | | |
| 1st Quartile | $25 | $25 | $25 | $25 | $62.5 |
| Median | **$25** | **$75** | **$75** | **$150** | **$250** |
| 3rd Quartile | $150 | $250 | $250 | $275 | $500 |
| **Average % of Total Equity Purchased (fully diluted basis)** | | | | | |
| 1st Quartile | 3% | 2% | 2% | 1.8% | 1.5% |
| Median | **5%** | **5%** | **2.5%** | **3.5%** | **2%** |
| 3rd Quartile | 11% | 11% | 8.5% | 5.5% | 3.5% |
| **Total EXPECTED Returns (gross cash on cash pretax IRR) on New Investments (%)** | | | | | |
| 1st Quartile | 25% | 25% | 25% | 17.5% | 15% |
| Median | **35%** | **35%** | **25%** | **25%** | **20%** |
| 3rd Quartile | 67.5% | 60% | 55% | 35% | 27.5% |
| **Expected Time to Exit (years)** | | | | | |
| 1st Quartile | 4,5 | 4 | 3 | 4 | 5 |
| Median | **5** | **5** | **4** | **5** | **5** |
| 3rd Quartile | 6 | 5 | 5 | 6.5 | 5 |
| **Average company 'pre-money' value (in thousands)** | | | | | |
| 1st Quartile | $750 | $750 | $1,000 | $1,500 | $4,500 |
| Median | **$750** | **$1,500** | **$2,500** | **$7,500** | **$10,000** |
| 3rd Quartile | $750 | $2,750 | $3,500 | $7,500 | $10,000 |
| **Average Company Value at Time of Investment (post-money $ thousands)** | | | | | |
| 1st Quartile | $1,000 | $1,500 | $4,000 | $7,500 | $7,500 |
| Median | **$2,000** | **$3,000** | **$6,000** | **$20,000** | **$20,000** |
| 3rd Quartile | $4,000 | $4,250 | $8,000 | $20,000 | $20,000 |

Respondents reported on where they plan to invest over the next 12 months. The results reflect investment throughout the U.S.

### Figure 67. Geographic Location of Planned Investment over Next 12 Months



- West Coast 40%
- Mid-Atlantic 12%
- Midwest 10%
- Southeast 10%
- Outside of US 9%
- Mountain 7%
- New England 6%
- Great Lakes 5%
- South 1%

**ANGEL cont.**

Respondents reported on their geographical limits for investments.

*Figure 68. Geographical Limit for Investment*



Approximately 30% of respondents base valuations on gut feel when valuing privately-held businesses followed by discounted future earnings method (12%).

*Figure 80. Usage of Valuation Methods*



The weights of the various multiple methods used by respondents when valuing privately-held businesses included 37% for revenue multiple and 20% for EBITDA multiple methods.

*Figure 69. Usage of Multiple Methods*



© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 52

**ANGEL cont.**

Respondents reported on items required to close one deal.



*Figure 70. Items Required to Close One Deal*

Respondents' exit strategies include selling to a public company (38%) and selling to a private company (30%).



*Figure 71. Exit Plans for Portfolio Companies*

- Sell to a public company
- Sell to a private company
- Sell to private equity group
- IPO
- Liquidate or bankrupt
- Sell to a venture capital fund
- Management buyout
- Other

Respondents believe access to capital is the most important current issue facing privately-held businesses.



*Figure 84. Issues Facing Privately-Held Businesses*

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2016

ANGEL cont.

Respondents indicated a sharp increase in demand for angel capital, increases in size of angel industry, follow-on investments and time to exit deals. They also reported decreased expected returns on new investments and worsened general business conditions.

*Table 44. General Business and Industry Assessment: Today versus 12 Months Ago*

|  | Decreased significantly | Decreased slightly | Stayed about the same | Increased slightly | Increased significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Demand for angel capital | 4% | 4% | 28% | 30% | 34% | 64% | 8% | **57%** |
| Size of angel finance industry | 4% | 10% | 31% | 39% | 16% | 55% | 14% | **41%** |
| Quality of companies seeking investment | 6% | 17% | 42% | 29% | 6% | 35% | 23% | **12%** |
| Follow-on investments | 2% | 12% | 50% | 35% | 2% | 37% | 13% | **23%** |
| Average investment size | 4% | 4% | 60% | 25% | 8% | 33% | 8% | **25%** |
| Exit opportunities | 9% | 32% | 45% | 8% | 6% | 13% | 42% | **-28%** |
| Time to exit deals | 8% | 8% | 42% | 31% | 12% | 42% | 15% | **27%** |
| Expected returns on new investments | 2% | 20% | 67% | 10% | 2% | 12% | 22% | **-10%** |
| Value of portfolio companies | 2% | 21% | 42% | 19% | 17% | 36% | 23% | **13%** |
| General business conditions | 6% | 35% | 31% | 29% | 0% | 29% | 40% | **-12%** |
| Appetite for risk | 4% | 40% | 40% | 13% | 2% | 15% | 44% | **-29%** |

Respondents expect further increases in business characteristics except exit opportunities, general business conditions and appetite for risk.

*Table 45. General Business and Industry Assessment Expectations over the Next 12 Months*

|  | Decrease significantly | Decrease slightly | Stay about the same | Increase slightly | Increase significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Demand for angel capital | 2% | 8% | 39% | 31% | 20% | 51% | 10% | **41%** |
| Size of angel finance industry | 2% | 20% | 36% | 32% | 10% | 42% | 22% | **20%** |
| Quality of companies seeking investment | 2% | 20% | 53% | 24% | 2% | 25% | 22% | **4%** |
| Follow-on investments | 0% | 14% | 51% | 29% | 6% | 35% | 14% | **22%** |
| Average investment size | 2% | 12% | 55% | 31% | 0% | 31% | 14% | **18%** |
| Exit opportunities | 4% | 37% | 33% | 25% | 0% | 25% | 41% | **-16%** |
| Time to exit deals | 0% | 6% | 51% | 29% | 14% | 43% | 6% | **37%** |
| Expected returns on new investments | 0% | 18% | 57% | 22% | 4% | 25% | 18% | **8%** |
| Value of portfolio companies | 0% | 18% | 45% | 31% | 6% | 37% | 18% | **20%** |
| General business conditions | 12% | 27% | 31% | 29% | 0% | 29% | 39% | **-10%** |
| Appetite for risk | 8% | 33% | 51% | 8% | 0% | 8% | 41% | **-33%** |

# BUSINESS APPRAISER SURVEY INFORMATION

According to the 168 business appraiser survey respondents domestic economic uncertainty is the most important issue facing privately-held business today. Respondents indicated increases in number of engagements, fees for services, competition, and improved general business conditions over the last twelve months. They also expect decreases in all general business characteristics over the next year except cost of capital and discounts for lack of marketability.

Other key findings include:

- When using valuation methods to determine the value of a business, the most popular methods used by respondents were discounted future earnings method (33%), capitalization of earnings method (27%) and guideline company transactions method (16%).
- Recast (adjusted) EBITDA multiple is the most popular when using multiple valuation method
- Respondents use an average risk-free rate of 2.99% and a market (equity) risk premium of 6.35%
- Average long-term terminal growth is estimated at 3.11%

## Operational and Assessment Characteristics

Most of the companies valued by respondents have annual revenues from $1 million to $50 million.

*Figure 72. Annual Revenues of Companies Valued*



Appraisers, on average, apply a 33% weight to discounted future earnings method when valuing a privately-held business.

*Figure 73. Usage of Valuation Methods*



- Discounted future earnings method
- Capitalization of earnings method
- Guideline company transactions method
- Guideline public company method
- Adjusted net asset method
- Other
- Gut feel

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 55

**APPRAISERS cont.**

Respondents using multiples-based approaches indicate a preference for using recast (adjusted) EBITDA multiples (40%), followed by revenue multiples (22%).

*Figure 74. Usage of Multiple Methods*



- ■ Recast (Adjusted) EBITDA multiple
- ■ Revenue multiple
- ■ Cash flow multiple
- ■ EBITDA (unadjusted) multiple
- ■ EBIT multiple
- ■ Net income multiple
- ■ Other

Respondents indicated using an average risk-free rate of 2.99%, average market (equity) risk premium of 6.35% and average long-term growth rate of 3.11%.

*Figure 75. Average Risk-Free Rat and Market (equity) Risk Premium and Long-Term Growth Rate*

Figure below indicates considerable differences in DLOMs across sizes of companies and subject interests.

*Figure 76. Discount for Lack of Marketability (DLOM) by Revenue Sizes*



APPRAISERS cont.

Only 25% of respondents are comfort applying public cost of capital to privately-held companies with annual revenues less than $1 million.

*Figure 77. Overall Comfort Level with Applying Public Cost of Capital to Privately-held Companies of Various Sizes*



*Figure 78. Explicit Forecast Period for High-Growth Companies by Revenue Sizes (years)*



Respondents indicated increases in number of engagements, fees for services, competition, and improved general business conditions over the last twelve months.

*Table 46. General Business and Industry Assessment: Today versus 12 Months Ago*

| Characteristics | Decreased significantly | Decreased slightly | Stayed about the same | Increased slightly | Increased significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Number of engagements | 2% | 13% | 32% | 35% | 18% | 52% | 16% | **36%** |
| Time to complete a typical appraisal | 0% | 10% | 72% | 12% | 6% | 18% | 10% | **8%** |
| Fees for services | 1% | 8% | 52% | 35% | 5% | 40% | 9% | **31%** |
| Competition | 0% | 4% | 61% | 28% | 7% | 35% | 4% | **31%** |
| Cost of capital | 0% | 14% | 65% | 20% | 1% | 22% | 14% | **8%** |
| Market (equity) risk premiums | 0% | 9% | 73% | 16% | 2% | 18% | 9% | **9%** |
| Discounts for lack of marketability (DLOM) | 0% | 10% | 81% | 7% | 2% | 9% | 10% | **-1%** |
| Company specific risk premiums | 1% | 8% | 70% | 18% | 3% | 21% | 9% | **12%** |
| General business conditions | 2% | 11% | 49% | 33% | 6% | 38% | 13% | **26%** |
| Appetite for risk | 1% | 17% | 52% | 27% | 3% | 30% | 18% | **13%** |

APPRAISERS cont.

Respondents expect decreases in all general business characteristics over the next year except DLOMs and cost of capital.

*Table 47. General Business and Industry Assessment Expectations over the Next 12 Months*

| Characteristics | Decrease significantly | Decrease slightly | Stay about the same | Increase slightly | Increase significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Number of engagements | 2% | 8% | 37% | 42% | 8% | 2% | 10% | **-8%** |
| Time to complete a typical appraisal | 1% | 12% | 73% | 10% | 3% | 1% | 13% | **-13%** |
| Fees for services | 1% | 5% | 50% | 41% | 1% | 2% | 6% | **-4%** |
| Competition | 1% | 4% | 66% | 25% | 2% | 2% | 4% | **-2%** |
| Cost of capital | 1% | 4% | 54% | 35% | 2% | 5% | 4% | **1%** |
| Market (equity) risk premiums | 1% | 5% | 60% | 29% | 2% | 4% | 5% | **-2%** |
| Discounts for lack of marketability (DLOM) | 1% | 2% | 79% | 12% | 1% | 5% | 3% | **2%** |
| Company specific risk premiums | 1% | 5% | 62% | 24% | 3% | 4% | 6% | **-2%** |
| General business conditions | 2% | 21% | 42% | 29% | 2% | 4% | 23% | **-18%** |
| Appetite for risk | 4% | 20% | 51% | 18% | 3% | 4% | 24% | **-20%** |

Respondents believe domestic economic uncertainty is the most important issue facing privately-held businesses today.

*Figure 79. Issues Facing Privately-Held Businesses*

# BROKER SURVEY INFORMATION

Approximately 36% of the 378 participants for the broker survey said they expect to close six deals or more in the next 12 months.

Other key findings include:

- Approximately 16% of business listings/ engagements terminated without closing in the last 12 months.

- Respondents indicated increases in deal flow, ratio of businesses sold to total listings, business exit opportunities and difficulty selling business.

- Top three reasons for sellers to go to market: retirement, burn out, and new opportunity.

## Operational and Assessment Characteristics

Approximately 20% of the respondents didn't close any deal in the last twelve months; 62% closed between one to five deals, while 19% closed six or more transactions.

*Figure 80. Private Business Sales Transactions Closed in the Last Twelve Months*



Approximately 62% of respondents are planning to close between one and five business sales transactions in the next 12 months.

*Figure 81. Private Business Sales Transactions Expected to Close in the Next Twelve Months*



**BROKER cont.**

Respondents indicated typical sizes of transactions they are currently working on.

### Figure 82. Typical Size of Business Transactions

| | Deals valued under $499,999 | Deals valued from $500,000 to $999,999 | Deals valued from $1 million to $1.99 million | Deals valued from $2 million to $4.99 million | Deals valued from $5 million to $50 million |
|---|---|---|---|---|---|
| Whole sample | 56% | 48% | 44% | 36% | 26% |

Respondents indicate out of all business transactions they worked on in the last 12 months 33% were closed, 44% are continued marketing, 6% are in escrow and 16% were terminated without closing.

### Figure 83. Business Transactions in the Last 12 Months



- continued marketing
- in escrow
- closed
- terminated without closing

Nearly 45% of respondents closed more transactions in 2015 than in 2014, 14% of respondents closed equal amount.

### Figure 84. Did Respondents Close More Transactions in 2015 than in Previous Years



| | Yes | No | Equal amount |
|---|---|---|---|
| 2014 | 45% | 41% | 14% |
| 2013 | 45% | 44% | 11% |
| 2012 | 42% | 47% | 10% |
| 2011 | 43% | 46% | 10% |
| 2010 | 45% | 41% | 14% |
| 2009 | 43% | 45% | 11% |

**BROKER cont.**

Approximately 29% of business transactions valued under $2 million contain SBA components.

**Figure 85. Percentage of Closed Business Transactions Valued under $2 million Utilized SBA Components**



■ Business transactions valued under $2 million without SBA components

■ Business transactions valued under $2 million with SBA components

Respondents indicate difficulty to arrange senior debt for transactions with annual revenues under $100 thousands.

**Table 48. How Difficult to Arrange Senior Debt for Transactions over the Past 12 Months**

| Revenue size | Extremely difficult | Difficult | Somewhat difficult | Neutral | Somewhat easy | Easy | Extremely easy | Score (-2 to 2) |
|---|---|---|---|---|---|---|---|---|
| $100K | 32% | 19% | 11% | 12% | 11% | 7% | 8% | -1.0 |
| $500K | 8% | 14% | 17% | 18% | 17% | 15% | 10% | 0.1 |
| $1M | 3% | 11% | 21% | 17% | 24% | 12% | 12% | 0.3 |
| $5M | 2% | 7% | 20% | 16% | 24% | 18% | 13% | 0.6 |
| $10M | 4% | 4% | 11% | 27% | 31% | 14% | 8% | 0.5 |
| $15M | 4% | 4% | 17% | 23% | 21% | 21% | 11% | 0.6 |
| $25M+ | 9% | 11% | 9% | 22% | 17% | 17% | 15% | 0.4 |

Approximately 61% of respondents indicate best clients arrived by referrals.

**Figure 86. In 2015, Best Client Arrived By:**



■ Referral
■ Target mailer
■ Networking
■ Cold calling
■ General mailer
■ Company branding
■ Publication/media source
■ Other

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 61

**BROKER cont.**

Nearly 43% of referrals were past clients.

*Figure 87. Types of Referrals*



*Figure 88. Types of Publication/ Media Source*



Approximately 72% of respondents indicated it was 'buyer's market' for deals valued under $500 thousands, whereas only 18% of respondents indicated it was 'buyer's market' for deals valued between $5 million and $50 million.

*Figure 89. Was It Buyer's or Seller's Market in the Last 3 Months*



| | Deals valued under $499,999 | Deals valued from $500,000 to $999,999 | Deals valued from $1 million to $1.99 million | Deals valued from $2 million to $4.99 million | Deals valued from $5 million to $50 million |
|---|---|---|---|---|---|
| Buyer's market | 72% | 56% | 45% | 33% | 18% |
| Seller's market | 28% | 44% | 55% | 67% | 82% |

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 62

**BROKER cont.**

Median number of months from listing/ engagement to close varies from 6 to 11 months.

*Figure 90. Median Number of Months from Listing/ Engagement to Close by Deal Size*



Median number of months from LOI/ Offer to close varies from 2 to 3 months.

*Figure 91. Median Number of Months from LOI/ Offer to Close by Deal Size*



Median SDE multiple paid varies between 2 and 4.5.

*Figure 92. Median SDE Multiple Paid by Deal Size*



© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 63

**BROKER cont.**

Median EBITDA multiple paid varies between 1.5 and 5.1.



*Figure 93. Median EBITDA Multiple Paid by Deal Size*

SDE not including working capital was the most popular multiple type used for deals valued under $2 million, while EBITDA including working capital was the most popular type for deals valued between $2 million and $50 million.

*Figure 94. Multiple Types by Deal Size*



|  | < 500K | 500K - 1M | 1M - 2M | 2M - 5M | 5M - 50M |
|---|---|---|---|---|---|
| ■ SDE including working capital | 24.8% | 19.7% | 20.0% | 28.6% | 0.0% |
| ■ SDE not including working capital | 68.8% | 62.3% | 56.7% | 9.5% | 3.7% |
| ■ EBITDA including working capital | 0.5% | 9.8% | 3.3% | 38.1% | 55.6% |
| ■ EBITDA not including working capital | 5.0% | 4.9% | 13.3% | 9.5% | 18.5% |
| ■ TTM EBITDA including working capital | 0.0% | 1.6% | 3.3% | 14.3% | 11.1% |
| ■ TTM EBITDA not including working capital | 0.9% | 1.6% | 3.3% | 0.0% | 11.1% |

**BROKER cont.**

For deals valued under $1 million first time individual was the most popular buyer type, existing company/ strategic buyer was the most popular buyer type for deals valued between $1 million and $5 million, while PE firm – platform was the most popular buyer type for deals valued between $5 million and $50 million.

*Figure 95. Buyer Type by Deal Size*



| | < 500K | 500K - 1M | 1M - 2M | 2M - 5M | 5M - 50M |
|---|---|---|---|---|---|
| 1st time individual | 53% | 37% | 27% | 24% | 7% |
| individual who owned a business | 28% | 35% | 20% | 33% | 7% |
| existing company/strategic buyer | 17% | 28% | 40% | 33% | 33% |
| PE firm - Platform | 0% | 0% | 7% | 10% | 37% |
| PE firm - Add-on | 0% | 0% | 7% | 0% | 11% |
| Other | 2% | 0% | 0% | 0% | 4% |

Reason number one for sellers to go to market was retirement.

*Figure 96. Reason for Seller to Go to Market by deal Size*

| | < 500K | 500K - 1M | 1M - 2M | 2M - 5M | 5M - 50M |
|---|---|---|---|---|---|
| Recapitalization | 0% | 5% | 3% | 5% | 15% |
| Burnt out | 19% | 15% | 0% | 24% | 11% |
| Family issues | 14% | 7% | 3% | 0% | 0% |
| Health | 7% | 8% | 7% | 0% | 0% |
| New opportunity | 12% | 10% | 3% | 5% | 4% |
| Potential taxes increases | 0% | 0% | 0% | 5% | 0% |
| Relocation/moving | 11% | 3% | 10% | 5% | 0% |
| Retirement | 30% | 50% | 57% | 52% | 52% |
| Unsolicited offer | 0% | 0% | 0% | 0% | 7% |
| Other | 7% | 2% | 17% | 5% | 11% |

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 65

**BROKER cont.**

Buying a job was the number one motivation for buyer for deals valued under $1 million, while horizontal add-on was the number one motivation for buyer for deals valued between $1 million and $50 million.

*Figure 97. Number One Motivation for Buyer by Deal Size*



|  | < 500K | 500K - 1M | 1M - 2M | 2M - 5M | 5M - 50M |
|---|---|---|---|---|---|
| Buying a job | 51% | 38% | 10% | 19% | 11% |
| Better ROI than other investment | 7% | 13% | 17% | 24% | 11% |
| Vertical add-on | 9% | 15% | 13% | 10% | 15% |
| Horizontal add-on | 21% | 30% | 50% | 38% | 37% |
| Other | 11% | 3% | 10% | 10% | 26% |

Average percentage of final/ selling price realized to asking/ benchmark price was 92%.

*Figure 98. Median Percentage of Final/ Selling Price Realized to Asking/ Benchmark Price by Deal Size*

**BROKER cont.**

## Business Transactions Valued Under $499 Thousand

*Figure 99. Number of Months from Engagement/ Listing to Close*



| | < 1 month | 1 month | 2 months | 3 months | 4 months | 5 months | 6 months | 7 months | 8 months | 9 months | 10 months | 11 months | 12 months | 1.1 - 1.5 years | 1.6 - 2 years | > 2 years |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Deals under 500K | 3% | 4% | 10% | 11% | 10% | 6% | 15% | 5% | 6% | 7% | 6% | 5% | 4% | 6% | 2% | 1% |

*Figure 100. Number of Months from LOI/ Offer to Close*



| | < 1 month | 1 month | 2 months | 3 months | 4 months | 5 months | 6 months | 7 months | 8 months | 9 months | 12 months |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Deals under 500K | 18% | 16% | 28% | 17% | 6% | 4% | 5% | 2% | 1% | 1% | 1% |

*Figure 101. Industry Type*



| | Restaurants | Services - personal | Business services | Consumer goods & Retail | Health care & biotech | Manufact. | Construction & engineering | Services - financial | Wholesale & distribution | Information technology | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Deals under 500K | 27% | 19% | 14% | 10% | 7% | 5% | 3% | 2% | 1% | 1% | 10% |

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 67

**BROKER cont.**



*Figure 102. SDE Multiple Paid*

| | 0.25 | 0.5 | 1 | 1.25 | 1.5 | 1.75 | 2 | 2.25 | 2.5 | 2.75 | 3 | 3.25 | 5 | 8.25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Deals under 500K | 3% | 2% | 12% | 6% | 12% | 9% | 17% | 9% | 10% | 4% | 7% | 2% | 2% | 1% |



*Figure 103. EBITDA Multiple Paid*

| | 1 | 1.25 | 1.5 | 2 | 2.75 |
|---|---|---|---|---|---|
| Deals under 500K | 33% | 11% | 22% | 11% | 22% |



*Figure 104. Multiple Paid*

| | SDE including working capital | SDE not including working capital | EBITDA including working capital | EBITDA not including working capital | TTM EBITDA not including working capital |
|---|---|---|---|---|---|
| Deals under 500K | 24.8% | 68.8% | 0.5% | 5.0% | 0.9% |

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2016

**BROKER cont.**

### Figure 105. Buyer Type



- 1st time individual — 53.3%
- individual who owned a business — 27.6%
- existing company/strategic buyer — 17.3%
- Other — 1.9%

### Figure 106. Reason for Seller to Go to Market



|  | Retirement | Burnt out | Family issues | New/better opportunity | Relocation/moving | Health | Other |
|---|---|---|---|---|---|---|---|
| Deals under 500K | 30% | 19% | 14% | 12% | 11% | 7% | 7% |

### Figure 107. Buyer Location



|  | within 20 miles | within 50 miles | within 100 miles | more than 100 miles |
|---|---|---|---|---|
| Deals under 500K | 66% | 14% | 5% | 15% |

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 69

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2016

**BROKER cont.**



*Figure 108. Number One Motivation for Buyer*

| | Buying a job | Horizontal add-on | Vertical add-on | Better ROI than other investment | Other |
|---|---|---|---|---|---|
| Deals under 500K | 51% | 21% | 9% | 7% | 11% |

## Business Transactions Valued from $500 to $999 Thousand



*Figure 109. Number of Months from Engagement/ Listing to Close*

| | 1 month | 2 months | 3 months | 4 months | 5 months | 6 months | 7 months | 8 months | 9 months | 10 months | 11 months | 12 months | 1.1 - 1.5 years | 1.6 - 2 years |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Deals from $500K to $1M | 2% | 5% | 11% | 5% | 8% | 8% | 7% | 5% | 10% | 3% | 5% | 10% | 16% | 5% |



*Figure 110. Number of Months from LOI/ Offer to Close*

| | < 1 month | 1 month | 2 months | 3 months | 4 months | 5 months | 6 months | 7 months | 8 months | 10 months |
|---|---|---|---|---|---|---|---|---|---|---|
| Deals from $500K to $1M | 5% | 8% | 33% | 25% | 15% | 2% | 7% | 3% | 2% | 2% |

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 70

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2016

**BROKER cont.**



**Figure 111. Industry Type**

| | Business services | Manufact. | Services - personal | Health care & biotech | Construction & engineering | Consumer goods & Retail | Services - financial | Wholesale & distribution | Information technology | Restaurants | Basic materials & energy | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Deals under 500K | 18% | 13% | 11% | 11% | 10% | 10% | 8% | 7% | 3% | 3% | 2% | 3% |



**Figure 112. SDE Multiple Paid**

| | 1.5 | 1.75 | 2 | 2.25 | 2.5 | 2.75 | 3 | 3.25 | 3.5 | 4 | 8.25 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Deals from $500K to $1M | 2% | 10% | 24% | 6% | 14% | 14% | 12% | 8% | 4% | 2% | 4% |



**Figure 113. EBITDA Multiple Paid**

| | 0.5 | 2.75 | 3 | 3.25 | 3.5 | 4 | 4.25 | 6 |
|---|---|---|---|---|---|---|---|---|
| Deals from $500K to $1M | 9% | 9% | 27% | 9% | 9% | 9% | 18% | 9% |

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 71

BROKER cont.

**Figure 114. Multiple Paid**



| | SDE including working capital | SDE not including working capital | EBITDA including working capital | EBITDA not including working capital | TTM EBITDA including working capital | TTM EBITDA not including working capital |
|---|---|---|---|---|---|---|
| Deals from $500K to $1M | 19.7% | 62.3% | 9.8% | 4.9% | 2% | 1.6% |

**Figure 115. Buyer Type**



- 1st time individual — 36.7%
- individual who owned a business — 35.0%
- existing company/strategic buyer — 28.3%

**Figure 116. Reason for Seller to Go to Market**



| | Retirement | Burnt out | New/better opportunity | Health | Family issues | Recapitalization | Relocation/moving | Other |
|---|---|---|---|---|---|---|---|---|
| Deals from $500K to $1M | 50% | 15% | 10% | 8% | 7% | 5% | 3% | 2% |

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 72

**BROKER cont.**



*Figure 117. Buyer Location*

| | within 20 miles | within 50 miles | within 100 miles | more than 100 miles |
|---|---|---|---|---|
| Deals from $500K to $1M | 47% | 22% | 12% | 20% |

*Figure 118. Number One Motivation for Buyer*

| | Buying a job | Horizontal add-on | Vertical add-on | Better ROI than other investment | Other |
|---|---|---|---|---|---|
| Deals from $500K to $1M | 38% | 30% | 15% | 13% | 3% |

## Business Transactions Valued from $1 to $1.99 Million

*Figure 119. Number of Months from Engagement/ Listing to Close*



| | < 1 month | 1 month | 3 months | 4 months | 5 months | 6 months | 8 months | 9 months | 10 months | 12 months | 1.1 - 1.5 years |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Deals from $1M to $2M | 3% | 3% | 3% | 3% | 10% | 7% | 7% | 7% | 7% | 27% | 23% |

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2016

**BROKER cont.**

### Figure 120. Number of Months from LOI/ Offer to Close



| | 1 month | 2 months | 3 months | 4 months | 5 months | 7 months | 8 months | 1.1 - 1.5 years | 1.6 - 2 years |
|---|---|---|---|---|---|---|---|---|---|
| Deals from $1M to $2M | 3% | 23% | 33% | 17% | 10% | 3% | 3% | 3% | 3% |

### Figure 121. Industry Type



| | Business services | Consumer goods & Retail | Health care & biotech | Services - personal | Restaurants | Construction & engineering | Wholesale & distribution | Manufact. | Services - financial | Basic materials & energy | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Deals from $1M to $2M | 17% | 13% | 13% | 10% | 10% | 7% | 7% | 7% | 7% | 3% | 7% |

### Figure 122. SDE Multiple Paid



| | 1.75 | 2.25 | 2.5 | 2.75 | 3 | 3.25 | 3.5 | 4 | 4.25 | 5 | 7.5 | 8 | 8.25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Deals from $1M to $2M | 4% | 4% | 9% | 13% | 17% | 9% | 9% | 13% | 4% | 4% | 4% | 4% | 4% |

**BROKER cont.**

**Figure 123. EBITDA Multiple Paid**



| | 1 | 3.75 | 4 | 5 | 5.5 |
|---|---|---|---|---|---|
| Deals from $1M to $2M | 14% | 14% | 29% | 29% | 14% |

**Figure 124. Multiple Paid**



| | SDE including working capital | SDE not including working capital | EBITDA including working capital | EBITDA not including working capital | TTM EBITDA including working capital | TTM EBITDA not including working capital |
|---|---|---|---|---|---|---|
| Deals from $1M to $2M | 20% | 57% | 3% | 13% | 3% | 3.3% |

**Figure 125. Buyer Type**



- 1st time individual — 27%
- individual who owned a business — 20%
- existing company/strategic buyer — 40%
- PE firm - Platform — 7%
- PE firm - Add-on — 7%

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 75

**BROKER cont.**



Figure 126. Reason for Seller to Go to Market

| | Retirement | Relocation/moving | Health | New/better opportunity | Family issues | Recapitalization | Other |
|---|---|---|---|---|---|---|---|
| Deals from $1M to $2M | 57% | 10% | 7% | 3% | 3% | 3% | 17% |



Figure 127. Buyer Location

| | within 20 miles | within 50 miles | within 100 miles | more than 100 miles |
|---|---|---|---|---|
| Deals from $1M to $2M | 53% | 7% | 7% | 33% |



Figure 128. Number One Motivation for Buyer

| | Horizontal add-on | Better ROI than other investment | Vertical add-on | Buying a job | Other |
|---|---|---|---|---|---|
| Deals from $1M to $2M | 50% | 17% | 13% | 10% | 10% |

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 76

**BROKER cont.**

## Business Transactions Valued from $2 to $4.99 Million



*Figure 129. Number of Months from Engagement/ Listing to Close*

| | < 1 month | 1 month | 6 months | 7 months | 8 months | 9 months | 10 months | 11 months | 12 months | 1.1 - 1.5 years | 1.6 - 2 years | > 2 years |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Deals from $2M to $5M | 5% | 5% | 5% | 19% | 5% | 10% | 5% | 5% | 5% | 19% | 5% | 14% |



*Figure 130. Number of Months from LOI/ Offer to Close*

| | < 1 month | 2 months | 3 months | 4 months | 5 months | 6 months | 7 months | 1.1 - 1.5 years |
|---|---|---|---|---|---|---|---|---|
| Deals from $2M to $5M | 5% | 19% | 33% | 14% | 10% | 5% | 5% | 10% |



*Figure 131. Industry Type*

| | Manufact. | Business services | Wholesale & distribution | Construction & engineering | Health care & biotech | Services - personal | Information technology | Restaurants | Services - financial |
|---|---|---|---|---|---|---|---|---|---|
| Deals from $2M to $5M | 33% | 19% | 14% | 10% | 5% | 5% | 5% | 5% | 5% |

**BROKER cont.**

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 77



*Figure 132. SDE Multiple Paid*

| | 2.25 | 2.5 | 2.75 | 3.5 | 4 | 4.25 | 5 |
|---|---|---|---|---|---|---|---|
| Deals from $2M to $5M | 13% | 13% | 13% | 25% | 13% | 13% | 13% |



*Figure 133. EBITDA Multiple Paid*

| | 2.25 | 2.5 | 3 | 4 | 4.5 | 5 | 5.5 |
|---|---|---|---|---|---|---|---|
| Deals from $2M to $5M | 8% | 8% | 23% | 31% | 8% | 15% | 8% |



*Figure 134. Multiple Paid*

| | SDE including working capital | SDE not including working capital | EBITDA including working capital | EBITDA not including working capital | TTM EBITDA including working capital |
|---|---|---|---|---|---|
| Deals from $2M to $5M | 28.6% | 9.5% | 38.1% | 9.5% | 14% |

**BROKER cont.**

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 78

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2016

*Figure 135. Buyer Type*



*Figure 136. Reason for Seller to Go to Market*



| | Retirement | Burnt out | New/better opportunity | Relocation/moving | Recapitalization | Potential taxes increases | Other |
|---|---|---|---|---|---|---|---|
| Deals from $2M to $5M | 52% | 24% | 5% | 5% | 5% | 5% | 5% |

*Figure 137. Buyer Location*



| | within 20 miles | within 50 miles | within 100 miles | more than 100 miles |
|---|---|---|---|---|
| Deals from $2M to $5M | 19% | 14% | 24% | 43% |

**BROKER cont.**

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 79



*Figure 138. Number One Motivation for Buyer*

| | Horizontal add-on | Better ROI than other investment | Buying a job | Vertical add-on | Other |
|---|---|---|---|---|---|
| Deals from $2M to $5M | 38% | 24% | 19% | 10% | 10% |

## Business Transactions Valued from $5 to $50 Million



*Figure 139. Number of Months from Engagement/ Listing to Close*



| | 3 months | 4 months | 6 months | 7 months | 8 months | 9 months | 10 months | 12 months | 1.1 - 1.5 years | 1.6 - 2 years | > 2 years |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Deals from $5M to $50M | 7% | 4% | 4% | 19% | 19% | 4% | 4% | 11% | 22% | 4% | 4% |

*Figure 140. Number of Months from LOI/ Offer to Close*



| | 2 months | 3 months | 4 months | 5 months | 6 months | 7 months | 9 months | 1.1 - 1.5 years |
|---|---|---|---|---|---|---|---|---|
| Deals from $5M to $50M | 15% | 37% | 11% | 4% | 19% | 4% | 7% | 4% |

**BROKER cont.**

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 80



**Figure 141. Industry Type**

| | Manufact. | Business services | Construction & engineering | Information technology | Health care & biotech | Wholesale & distribution | Consumer goods & Retail | Services - personal | Basic materials & energy | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| Deals from $5M to $50M | 30% | 15% | 15% | 11% | 7% | 4% | 4% | 4% | 4% | 7% |



**Figure 142. SDE Multiple Paid**

| | 1.5 | 4.5 | 5.5 |
|---|---|---|---|
| Deals from $5M to $50M | 33% | 33% | 33% |



**Figure 143. EBITDA Multiple Paid**

| | 2.5 | 3 | 3.5 | 3.75 | 4 | 4.25 | 4.5 | 5 | 5.25 | 5.5 | 5.75 | 6 | 6.5 | 7.25 | 7.5 | 7.75 | >10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Deals from $5M to $50M | 4% | 8% | 8% | 4% | 4% | 8% | 8% | 4% | 4% | 4% | 8% | 13% | 4% | 4% | 4% | 4% | 4% |

**BROKER cont.**

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.   | 81



**Figure 144. Multiple Paid**

| | SDE not including working capital | EBITDA including working capital | EBITDA not including working capital | TTM EBITDA including working capital | TTM EBITDA not including working capital |
|---|---|---|---|---|---|
| Deals from $5M to $50M | 4% | 56% | 19% | 11% | 11% |



**Figure 145. Buyer Type**

- 1st time individual
- individual who owned a business
- existing company/strategic buyer
- PE firm - Platform
- PE firm - Add-on
- Other



**Figure 146. Reason for Seller to Go to Market**

| | Retirement | Recapitalization | Burnt out | Unsolicited offer | New/better opportunity | Other |
|---|---|---|---|---|---|---|
| Deals from $5M to $50M | 52% | 15% | 11% | 7% | 4% | 11% |

**BROKER cont.**

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 82

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2016

**Figure 147. Buyer Location**



| | within 20 miles | within 50 miles | within 100 miles | more than 100 miles |
|---|---|---|---|---|
| Deals from $5M to $50M | 22% | 15% | 4% | 59% |

**Figure 148. Number One Motivation for Buyer**



| | Horizontal add-on | Vertical add-on | Better ROI than other investment | Buying a job | Other |
|---|---|---|---|---|---|
| Deals from $5M to $50M | 37% | 15% | 11% | 11% | 26% |

BROKER cont.

*Table 49. Expectations of Business Listings/ Engagements from New Clients in the Next 3 Months*

| Deal size | Greatly decrease | Decrease | Stay the same | Increase | Greatly increase | Score (1 to 5) |
|---|---|---|---|---|---|---|
| Deals valued under $499,999 | 1.8% | 6.7% | 38.1% | 45.7% | 7.6% | 3.5 |
| Deals valued from $500,000 to $999,999 | 1.0% | 6.4% | 34.0% | 53.2% | 5.4% | 3.6 |
| Deals valued from $1 million to $1.99 million | 0.6% | 2.2% | 34.8% | 58.6% | 3.9% | 3.6 |
| Deals valued from $2 million to $4.99 million | 0.0% | 7.2% | 34.6% | 54.2% | 3.9% | 3.6 |
| Deals over $5 million | 0.8% | 7.3% | 46.3% | 43.1% | 2.4% | 3.4 |

*Table 50. Expectations for Business Valuation Multiples in the Next 3 Months*

| Deal size | Greatly decrease | Decrease | Stay the same | Increase | Greatly increase | Score (1 to 5) |
|---|---|---|---|---|---|---|
| Deals valued under $499,999 | 1.8% | 6.7% | 38.1% | 45.7% | 7.6% | 3.5 |
| Deals valued from $500,000 to $999,999 | 1.0% | 6.4% | 34.0% | 53.2% | 5.4% | 3.6 |
| Deals valued from $1 million to $1.99 million | 0.6% | 2.2% | 34.8% | 58.6% | 3.9% | 3.6 |
| Deals valued from $2 million to $4.99 million | 0.0% | 7.2% | 34.6% | 54.2% | 3.9% | 3.6 |
| Deals over $5 million | 0.8% | 7.3% | 46.3% | 43.1% | 2.4% | 3.4 |

Compared to twelve months ago, respondents indicated increases in deal flow, ratio of businesses sold to total listings, business exit opportunities and improved general business conditions.  During the next twelve months, respondents expect further increases in deal flow, margin pressure on companies, and improving general business conditions.

*Table 51. General Business and Industry Assessment: Today versus 12 Months Ago*

| | Decreased significantly | Decreased slightly | Stayed about the same | Increased slightly | Increased significantly | % increase | % decrease | **Net increase** |
|---|---|---|---|---|---|---|---|---|
| Deal flow | 6% | 14% | 35% | 32% | 14% | 46% | 20% | **26%** |
| Ratio of businesses sold / total listings | 6% | 15% | 42% | 28% | 9% | 37% | 21% | **16%** |
| Deal multiples | 1% | 9% | 64% | 23% | 3% | 25% | 10% | **15%** |
| Business exit opportunities | 1% | 8% | 56% | 30% | 5% | 35% | 9% | **26%** |
| Amount of time to sell business | 2% | 11% | 48% | 30% | 9% | 39% | 13% | **26%** |
| Difficulty selling business | 2% | 12% | 51% | 27% | 8% | 35% | 14% | **21%** |
| Business opportunities for growth | 1% | 8% | 51% | 37% | 3% | 40% | 9% | **31%** |
| General business conditions | 3% | 13% | 44% | 38% | 2% | 40% | 16% | **24%** |
| Margin pressure on companies | 1% | 6% | 61% | 28% | 3% | 31% | 8% | **23%** |

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 84

**BROKER cont.**

*Table 52. General Business and Industry Assessment: Expectations over the Next 12 Months*

| | Decrease significantly | Decrease slightly | Stay about the same | Increase slightly | Increase significantly | % increase | % decrease | Net increase |
|---|---|---|---|---|---|---|---|---|
| Deal flow | 1% | 5% | 30% | 48% | 17% | 65% | 6% | **59%** |
| Ratio of businesses sold / total listings | 1% | 4% | 42% | 42% | 12% | 53% | 5% | **49%** |
| Deal multiples | 0% | 10% | 68% | 21% | 1% | 22% | 10% | **12%** |
| Business exit opportunities | 0% | 3% | 57% | 34% | 5% | 39% | 4% | **36%** |
| Amount of time to sell business | 1% | 12% | 63% | 21% | 4% | 25% | 13% | **12%** |
| Difficulty selling business | 0% | 13% | 64% | 20% | 2% | 22% | 13% | **9%** |
| Business opportunities for growth | 1% | 8% | 57% | 31% | 3% | 35% | 9% | **26%** |
| General business conditions | 2% | 18% | 46% | 31% | 2% | 34% | 20% | **13%** |
| Margin pressure on companies | 0% | 6% | 64% | 26% | 3% | 29% | 7% | **22%** |

# FACTOR SURVEY INFORMATION

Approximately 58% of 18 respondents to the factor survey said the primary uses of factoring facilities are financing working capital fluctuations, followed by expansion (23%), and finance worsening operations conditions (11%). Factoring facilities are relatively short-term compared to other investments with respondents reporting approximately 50% of factoring facilities have less than or equal to 12 months term.

Other key findings include:

- Respondents reported approximately 23% of their company's gross invoices over the last twelve months were originated from business services. Wholesale and distribution were responsible for 17% of invoices followed by manufacturing at 15%.

- When asked about conditions compared to twelve months ago nearly 50% of respondents said they saw an increased demand for business factoring lines in the last 12 months. Approximately 53% of lenders indicated worsened general business conditions in the last twelve months.

- Nearly 37% of respondents believe economic uncertainty is the most important issue facing privately-held businesses today, followed by access to capital (26%) and government regulations and taxes (11%).

## Operational and Assessment Characteristics

Approximately 58% of respondents indicated working capital fluctuations as the primary uses of factoring facilities.

*Figure 149. Primary Use of the Factoring Facilities Over the Last 12 Months*



Respondents reported approximately 23% of their company's gross invoices over the last twelve months were originated from business services.

*Figure 150. Industries for Gross Invoices for the Last 12 Months*

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2016

**FACTOR cont.**

Factoring facilities are relatively short-term compared to other investments with respondents reporting approximately 50% of factoring facilities have less than or equal to 12 months term.

*Figure 151. Term of Current Typical Factoring Facility*



- ■ 1 - 6 months
- ■ 7 - 12 months
- ■ 13 - 18 months
- ■ 19 - 24 months
- ■ More than 24 months

Respondents reported average advance rates charged for various-sized facilities range from 23% to 70% on a monthly basis.

*Figure 152. Current Average Advance Rates for Various-Sized Facilities*



Nearly 100% of respondents charge wire transfer / ACH fee, while 59% of respondents charge due diligence fee.

*Table 53. Fees Charged*

**FACTOR cont.**

*Table 54. Median Percentage or Amount Charged*

|  | Percentage | or Amount |
|---|---|---|
| Application fees | n/a | $1,500 |
| Due diligence fees | 1% | $500 |
| Invoice processing | 1.5% | n/a |
| Wire transfer / ACH fees | 1% | $50 |
| Filing fees | n/a | $10 |
| UCC Search | n/a | $25 |
| Line fee | 1% | n/a |
| Same day funding fee | 1% | $100 |

Approximately 53% of respondents are using prime rate to price items.

*Figure 153. Usage of Reference Rates*



*Table 55. Spread (%)*

|  | 1st quartile | Median | 3rd quartile |
|---|---|---|---|
| Tied to prime | 2 | 1.25 | 1.25 |
| Tied to three-month LIBOR | 2.5 | 2.5 | 2.5 |
| Tied to six-month LIBOR | 3.25 | 3.75 | 3.75 |

*Figure 154. Percentage of Factoring Business - Recourse vs Non-recourse*



**FACTOR cont.**

Respondents reported 91% of their current purchases were on a notification basis.

*Figure 155. Percentage of Purchases on a Non-notification Basis*



Nearly 100% of respondents require a lien on A/R assets and 94.4% require a background check.

*Table 56. Typical Current Requirements*

| Requirement | % |
|---|---|
| Lien on A/R assets | 100.0% |
| Background check | 94.4% |
| Personal guarantee | 88.9% |
| Financial statements | 77.8% |
| Lien on all assets | 55.6% |
| Performance guarantee | 37.5% |
| Audit | 31.3% |

*Table 57. Discount fee (%) on Outstanding Invoices for Notification Basis*

| | First 30 days invoice outstanding | | | 31 - 45 days invoice outstanding | | | 46 - 60 days invoice outstanding | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1st quartile | Median | 3rd quartile | 1st quartile | Median | 3rd quartile | 1st quartile | Median | 3rd quartile |
| $0K - $24.99K | 2.3% | 2.8% | 3.0% | 1.0% | 1.3% | 1.8% | 1.0% | 1.3% | 1.8% |
| $25K - $49.99K | 2.2% | 2.8% | 3.0% | 1.0% | 1.4% | 1.8% | 1.0% | 1.4% | 1.8% |
| $50K - $99.99K | 2.0% | 2.6% | 3.0% | 0.8% | 1.4% | 1.8% | 0.8% | 1.4% | 1.8% |
| $100K - $249.99K | 1.9% | 2.1% | 2.6% | 0.8% | 1.1% | 1.9% | 0.8% | 1.1% | 1.9% |
| $250K - $999.99K | 1.8% | 2.0% | 2.5% | 0.8% | 1.3% | 1.8% | 0.8% | 1.3% | 1.8% |
| $1M - $4.99M | 1.3% | 1.5% | 2.0% | 0.5% | 0.9% | 1.4% | 0.5% | 0.9% | 1.4% |
| $5M - $9.99M | 1.3% | 1.3% | 1.5% | 0.7% | 1.0% | 1.4% | 0.6% | 1.0% | 1.5% |
| $10M - $24.99M | 0.9% | 1.0% | 1.9% | 1.9% | 1.3% | 1.3% | 0.9% | 1.3% | 1.5% |
| $25M - $49.99M | 1.1% | 1.6% | 2.2% | 0.5% | 0.8% | 1.0% | 0.5% | 0.8% | 1.0% |
| $50M - $99.99M | 0.6% | 0.8% | 1.6% | 0.5% | 0.8% | 1.0% | 0.5% | 0.8% | 1.0% |
| $100M+ | 0.6% | 1.0% | 1.8% | 0.3% | 0.3% | 0.8% | 0.3% | 0.3% | 0.8% |

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2016

FACTOR cont.

*Table 58. Expected Total Write-off – Percentage of Receivables Purchased on New Arrangements (%)*

|  | 1st quartile | Median | 3rd quartile |
|---|---|---|---|
| Expected total write-off | 1% | 1% | 2% |

### Table 59. Average Number of Days Outstanding Receivables

|  | 1st quartile | Median | 3rd quartile |
|---|---|---|---|
| During Last 12 Months | 40 | 45 | 54 |
| Expected for Next 12 Months | 40 | 45 | 54 |

According to the 43% of respondents, the most significant concern to factoring business is lack of quality businesses or poor financial health.

### Figure 156. Most Significant Concern to Factoring Business



- Lack of quality businesses / poor financial health
- Businesses lack of understanding of factoring as a financing source
- Lack of capital to deploy
- Return of traditional business lending
- Other

Respondents believe domestic economic uncertainty is the most important current and emerging issue facing privately-held businesses.

### Figure 157. Current Issues Facing Privately-Held Businesses



© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 90

**FACTOR cont.**

Respondents indicated increases in demand for business factoring lines and standard advance rates on receivables, decreases in credit quality of borrowers, interest rate spreads, fees and worsened general business conditions.

*Table 60. General Business and Industry Assessment: Today versus 12 Months Ago*

|  | Decreased significantly | Decreased slightly | Stayed about the same | Increased slightly | Increased significantly | % increase | % decrease | **Net increase/ decrease** |
|---|---|---|---|---|---|---|---|---|
| Demand for business factoring lines (applications) | 17% | 11% | 22% | 44% | 6% | 50% | 28% | **22%** |
| Credit quality of borrowers applying for credit | 6% | 33% | 44% | 11% | 6% | 17% | 39% | **-22%** |
| Time to process Facility | 0% | 17% | 56% | 17% | 11% | 28% | 17% | **11%** |
| Average facility size | 6% | 0% | 44% | 39% | 11% | 50% | 6% | **44%** |
| Average facility term (months) | 0% | 12% | 71% | 12% | 6% | 18% | 12% | **6%** |
| Size of interest rate spreads (pricing) | 6% | 56% | 31% | 6% | 0% | 6% | 63% | **-56%** |
| Fees | 17% | 33% | 50% | 0% | 0% | 0% | 50% | **-50%** |
| Standard advance rates on receivables | 0% | 0% | 76% | 24% | 0% | 24% | 0% | **24%** |
| General business conditions | 18% | 35% | 29% | 12% | 6% | 18% | 53% | **-35%** |

Respondents expect further decreases in interest rate spreads, fees and worsening general business conditions.

*Table 61. General Business and Industry Assessment Expectations over the Next 12 Months*

|  | Decrease significantly | Decrease slightly | Stay about the same | Increase slightly | Increase significantly | % increase | % decrease | **Net increase/ decrease** |
|---|---|---|---|---|---|---|---|---|
| Demand for business factoring lines (applications) | 6% | 6% | 28% | 44% | 17% | 61% | 11% | **50%** |
| Credit quality of borrowers applying for credit | 0% | 33% | 33% | 22% | 11% | 33% | 33% | **0%** |
| Time to process Facility | 0% | 22% | 50% | 22% | 6% | 28% | 22% | **6%** |
| Average facility size | 0% | 0% | 50% | 44% | 6% | 50% | 0% | **50%** |
| Average facility term (months) | 0% | 0% | 76% | 24% | 0% | 24% | 0% | **24%** |
| Size of interest rate spreads (pricing) | 0% | 38% | 38% | 25% | 0% | 25% | 38% | **-13%** |
| Fees | 0% | 22% | 67% | 11% | 0% | 11% | 22% | **-11%** |
| Standard advance rates on receivables | 0% | 0% | 94% | 6% | 0% | 6% | 0% | **6%** |
| General business conditions | 11% | 22% | 44% | 17% | 6% | 22% | 33% | **-11%** |

# BUSINESS OWNER SURVEY INFORMATION

Of the 1,372 privately-held businesses that responded to the survey, 12% had businesses that involved manufacturing, 11% were in professional, scientific or technical services, another 9% were in business service, followed by construction and engineering (9%). Approximately 52% of businesses have annual revenues less than $1 million. Nearly 88% of business owners report having the enthusiasm to execute growth strategies, yet just 50% report having the necessary financial resources to successfully execute growth strategies.

Of the respondents who were seeking financing in the last 12 months, approximately 51% anticipated to raise less than $100,000 in capital. Approximately 45% of respondents reported that they were seeking bank business loans or business credit card financing as a source of funding, followed by friends and family (13%). Of all financing options, bank loans emerged as the financing source with the highest "willingness" for small business to use, followed by grants and lease. Results also showed that 74% of privately-held businesses that sought bank loans over the past 12 months were successful. Survey results indicated that business owners who raised capital on average contacted 2.08 banks.

Nearly three quarters of businesses (72%) are planning to hire additional workers. Approximately 25% of respondents believe government regulations and taxes are the number one issue small businesses face today, another 18% believe domestic economic uncertainty is the most important current issue, followed by access to capital (17%). According to small businesses, of those policies most likely to lead to job creation in 2016, increased access to capital emerged as number one (23%) followed by regulatory reform (21%), and tax incentives (18%). The study showed that of those that do plan to hire, sales and marketing skills are in greatest demand (51%) followed by skilled labor (45%) and service/customer service (37%). Also, 83% of companies planning to hire indicate they'd need to train those they hire.

49% of respondents believe that general business conditions improved in the twelve months compared to 37% surveyed year ago.

## Operational and Assessment Characteristics

The privately-held business survey results were generated from 1,372 participants. The locations of businesses are distributed over all regions of the United States.

*Figure 158. Respondents Distribution by State*



**BUSINESS OWNER cont.**

Businesses involved in manufacturing accounted for 12% of respondents followed by professional, scientific or technical services (11%) and business services (9%).

*Figure 159. Description of Entity*



- ■ Manufacturing
- ■ Professional, scientific or technical services
- ■ Business services
- ■ Construction & engineering
- ■ Finance & real estate
- ■ Retail trade
- ■ Information technology or services
- ■ Health care & biotech
- ■ Wholesale & distribution
- ■ Consumer goods & services
- ■ Educational services
- ■ Arts, entertainment or recreation
- ■ Forestry, fishing, hunting or agriculture
- ■ Transportation and warehousing
- ■ Basic materials & energy
- ■ Other services
- ■ Other

Approximately 49% of businesses have less than or equal to five employees.

*Figure 160. Number of Employees*



- ■ 0
- ■ 1 - 2
- ■ 3 - 5
- ■ 6 - 10
- ■ 11 - 20
- ■ 21 - 50
- ■ 51 - 100
- ■ 101 - 500
- ■ more than 500

**BUSINESS OWNER cont.**

Approximately 64% of the respondents are active control owners of their businesses.

*Figure 161. Ownership Role*



- Control owner (>50%) who actively operates the business
- Control owner (>50%) who passively manages the business
- Shared-control owner (exactly 50%) who actively operates the business
- Shared-control owner (exactly 50%) who passively manages the business)
- Non-control owner (<50%) who actively operates the business
- Non-control owner (< 50%) who passively manages the business
- Manager or executive with no ownership interest in the business
- Other

Approximately 50% of respondents have less than or equal to $1M in annual revenues, followed by 24% reporting between $1M and $5M.

*Figure 162. Annual Revenues*



- $0
- $1 - $99K
- $100K - $499K
- $500K - $999K
- $1M - $4.99M
- $5M - $9.99M
- $10M - $24.99M
- $25M - $49.99M
- Greater than $50 million

**BUSINESS OWNER cont.**

Average change in annual revenues in the last 12 months was 1.9%.

*Figure 163. Annual Revenues Change in the Last 12 Months*



On average respondents expect their annual revenues to grow by 8.4% in the next 12 months.

*Figure 164. Annual Revenues Change Expectations in the Next 12 Months*



Approximately 76% of businesses have net income less than or equal to $500,000, 8% of those have negative net income.

*Figure 165. Net Income*



**BUSINESS OWNER cont.**

Approximately 36% of respondents are currently not financed by any external capital sources. Nearly 32% and 24% of respondents' businesses are financed by bank business loans and business credit card financing, respectively.

*Figure 166. Current Sources of Financing*



Among the businesses that tried to raise capital in the last 12 months 30% applied for bank business loan and 74% were successful, whereas 38% of respondents didn't try to raise capital from any source.

*Figure 167. Capital Sources Contacted To Raise Capital in the Last 12 Months*



BUSINESS OWNER cont.

*Figure 168. Success Rates*



Among respondents who successfully raised capital the average number of capital providers contacted was 2.02.

*Figure 169. Average Number of Capital Providers Contacted*



**BUSINESS OWNER cont.**

Approximately 77% of respondents attempted to raise less than $1 million in the last 12 months.

*Figure 170. Amount of Capital Attempted to Raise in the last 12 Months*



Approximately 35% of respondents took less than 7 days to complete financing process.

*Figure 171. Average Time to Complete Financing Process in Days*



34% of respondents spent less than one day during the process to successfully obtain financing (time spent by all employees and hired outsiders making inquiries, submitting proposals, meeting with capital providers, furnishing documents).

*Figure 172. Days Spent During the Process to Successfully Obtain Financing*



© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 98

**BUSINESS OWNER cont.**

Among those respondents who were not able to obtain external financing in the last 12 months 41% are planning to improve the financial health of their businesses before attempting to raise capital in the future.

*Figure 173. Next Steps to Satisfy Financial Needs*



Among those respondents who didn't attempt to obtain any external financing in the last 12 months, 26% said their businesses would be rejected for funding, followed by 21% of respondents who have sufficient financing already in place, and 16% of respondents whose businesses are generating enough cash flows to fund operations (including growth and expansion).

*Figure 174. Reasons for Not Trying to Obtain Capital in the Last 12 Months*

**BUSINESS OWNER cont.**

According to the respondents, "bank loans" as a category is the most appealing option to obtain financing.

*Figure 175. Willingness to Obtain Financing*



Approximately 49% of respondents indicated increasing revenues from current products or services as the area their businesses are most focused on today.

*Figure 176. The Most Important Area to Focus On*

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2016

**BUSINESS OWNER cont.**

Approximately 28% of respondents are not planning to hire additional employees in the next 12 months, while 32% of respondents are planning to hire one or two additional employees in the next twelve months.

*Figure 177. Amount of Employees Planned to be Hired*



Approximately 37% of respondents believe economic uncertainty in the U.S. market is the number one reason preventing them from hiring, followed by government regulations and taxes (25%).

*Figure 178. Reasons Preventing Privately-Held Businesses from Hiring*

**BUSINESS OWNER cont.**

For those businesses which do plan to hire, sales and marketing skills are in greatest demand (51%) followed by skilled labor (45%) and service/customer service (37%).

*Figure 179. The Skills in Demand for New Hires*



83% of businesses planning to hire indicate need to train those they hire.

*Figure 180. Need for Training of New Hires*

**BUSINESS OWNER cont.**

According to respondents, of those policies most likely to lead to job creation in 2016, increased access to capital emerged as number one (23%) followed by regulatory reform (21%).

*Figure 181. Government Policies to Lead to Job Creation*



■ Increased access to capital

■ Regulatory reform

■ Tax incentives

■ Repeal or modify Affordable Care Act

■ Education reform

■ Increased competitiveness with foreign trade partners

■ Other

Approximately 16% of respondents indicated their business cost of equity capital is in the range of 9% - 10%.

*Figure 182. Cost of Equity Capital*

**BUSINESS OWNER cont.**

Privately-held businesses with revenues less than $5 million on average have almost the same desire to execute growth strategies (86%) as privately-held businesses with revenues greater than $5 million (94%). However, privately-held businesses with smaller revenues report lower levels of necessary resources (people, money, etc.) to grow (46%) as compared to privately-held businesses with higher revenues (64%).

*Figure 183. Usage of Financial Analysis by Revenue Sizes*



Respondents reported on their level of knowledge financing components (scale 0-4: none, some, moderate, very, completely).

*Figure 184. Level of Knowledge of Financing Components*

| | Types of financing | Process to obtain financing | "Costs of capital" | Advantages/ disadvantages of various types of financing | Specific benchmarks to qualify for financing | Specific firms to contact to seek various types of financing | Financing acceptance rates |
|---|---|---|---|---|---|---|---|
| Whole sample | 2.2 | 2.1 | 2.1 | 2.1 | 2.0 | 1.9 | 1.7 |
| < $5 million | 2.1 | 2.0 | 1.9 | 1.9 | 1.8 | 1.7 | 1.6 |
| $5 - $100 million | 2.6 | 2.5 | 2.5 | 2.5 | 2.4 | 2.3 | 2.1 |

**BUSINESS OWNER cont.**

Most of the respondents are planning to transfer their ownership interest in more than five years from now while only 3% plan to transfer their ownership at the first available opportunity.

*Figure 185. Anticipation of the Ownership Transfer*



Assuming respondents businesses were eligible to raise financing from both private equity and a public stock offering (IPO), 59% of them would choose private equity.

*Figure 186. Private Equity vs Initial Public Offering*



| | Private equity | Initial public offering (IPO) | Unsure |
|---|---|---|---|
| ■ Whole sample | 59% | 14% | 27% |
| ■ < $5 million | 57% | 13% | 30% |
| ■ $5 - $100 million | 63% | 13% | 24% |

When asked about general view, 54% of respondents indicated private equity as favorable financing source.

*Figure 187. General Views on Initial Public Offering and Private Equity*



| | Favorable | Neither favorable nor unfavorable | Unfavorable |
|---|---|---|---|
| ■ IPO | 35% | 30% | 35% |
| ■ PE | 54% | 25% | 21% |

**BUSINESS OWNER cont.**

Privately-held businesses with annual revenues less than $5 million are more concerned about access to capital than those with revenues greater than $5 million. Larger privately-held businesses are more concerned about government regulations and taxes.

*Figure 188. The Number One Issue Facing Privately-Held Businesses Today by Revenue Sizes*



*Figure 189. The Number One Emerging Issue Facing Privately-Held Businesses by Revenue Sizes*



**BUSINESS OWNER cont.**

Most of respondents indicated increased unit sales and prices of labor and materials, flat access to capital, and slightly improved general business conditions.

*Table 62. General Business and Industry Assessment: Today Versus Twelve Months Ago*

| Characteristics | Decreased significantly | Decreased slightly | Stayed about the same | Increased slightly | Increased significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Unit sales | 9% | 15% | 26% | 29% | 20% | 49% | 24% | **25%** |
| Prices of labor and materials | 1% | 6% | 37% | 46% | 10% | 56% | 7% | **49%** |
| Net income | 10% | 18% | 24% | 32% | 16% | 48% | 28% | **21%** |
| Inventory levels | 4% | 18% | 49% | 22% | 7% | 29% | 22% | **7%** |
| Capital expenditures | 6% | 11% | 46% | 25% | 11% | 37% | 17% | **19%** |
| Opportunities for growth | 5% | 10% | 28% | 35% | 23% | 57% | 15% | **43%** |
| Access to bank loans | 9% | 10% | 57% | 16% | 8% | 24% | 19% | **6%** |
| Access to equity capital | 10% | 11% | 59% | 13% | 7% | 20% | 21% | **-1%** |
| Prices of your products or services | 2% | 8% | 46% | 39% | 6% | 45% | 10% | **35%** |
| Time to collect receivables | 2% | 8% | 63% | 20% | 7% | 27% | 10% | **18%** |
| Number of employees | 2% | 9% | 60% | 24% | 4% | 28% | 12% | **16%** |
| Competition | 2% | 9% | 55% | 25% | 9% | 34% | 11% | **24%** |
| General business conditions | 8% | 20% | 40% | 27% | 6% | 33% | 28% | **5%** |
| Appetite for risk | 5% | 15% | 52% | 23% | 5% | 29% | 20% | **9%** |
| Probability of business closure | 19% | 17% | 48% | 12% | 4% | 16% | 36% | **-20%** |
| Time worrying about economy | 6% | 11% | 44% | 23% | 17% | 39% | 17% | **22%** |

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 107

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2016

**BUSINESS OWNER cont.**

Participants of the survey believe almost all general business characteristics will increase in the next 12 months.

*Table 63. General Business and Industry Assessment Expectations Over the Next 12 Months*

| Characteristics | Decreased significantly | Decreased slightly | Stayed about the same | Increased slightly | Increased significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Unit sales | 2% | 6% | 22% | 46% | 24% | 69% | 8% | **61%** |
| Prices of labor and materials | 1% | 4% | 41% | 49% | 6% | 54% | 5% | **50%** |
| Net income | 2% | 9% | 22% | 45% | 22% | 68% | 11% | **57%** |
| Inventory levels | 3% | 8% | 55% | 26% | 8% | 34% | 11% | **23%** |
| Capital expenditures | 4% | 8% | 50% | 29% | 10% | 39% | 11% | **27%** |
| Opportunities for growth | 2% | 6% | 26% | 41% | 25% | 66% | 8% | **58%** |
| Access to bank loans | 4% | 6% | 62% | 20% | 7% | 28% | 10% | **17%** |
| Access to equity capital | 5% | 7% | 59% | 19% | 11% | 30% | 11% | **19%** |
| Prices of your products or services | 1% | 5% | 43% | 46% | 4% | 51% | 6% | **44%** |
| Time to collect receivables | 1% | 6% | 73% | 16% | 4% | 20% | 7% | **14%** |
| Number of employees | 1% | 3% | 45% | 44% | 7% | 51% | 4% | **48%** |
| Competition | 1% | 7% | 59% | 26% | 7% | 33% | 8% | **25%** |
| General business conditions | 4% | 17% | 45% | 28% | 6% | 34% | 21% | **14%** |
| Appetite for risk | 5% | 12% | 54% | 24% | 6% | 30% | 16% | **14%** |
| Probability of business closure | 19% | 19% | 50% | 8% | 4% | 12% | 38% | **-26%** |
| Time worrying about economy | 7% | 11% | 51% | 18% | 13% | 31% | 18% | **14%** |

# ABOUT THE AUTHOR

**Craig R. Everett, PhD**

Director, Pepperdine Private Capital Markets Project

Craig R. Everett is an assistant professor of finance at Pepperdine University Graziadio School of Business and Management and Director of the Pepperdine Private Capital Markets Project. His teaching and research interests include entrepreneurial finance, private capital markets, business valuation and behavioral corporate finance.

He holds a PhD in finance from Purdue University, an MBA from George Mason University, and a BA in quantitative economics from Tufts University. Dr. Everett is the author of the best-selling children's fantasy novel, Toby Gold and the Secret Fortune, which incorporates such financial literacy topics as saving, investing, banking, entrepreneurship, interest rates, return on investment, and net worth.

His research has appeared in the *Wall Street Journal*, CNBC, *USA Today*, and the *New York Times*, been published in a number of journals and been presented at domestic and international conferences. Craig Everett is member of the Beta Gamma Sigma Honor Society, Financial Executives International, and the Los Angeles World Affairs Council. Dr. Everett is a certified mergers & acquisitions advisor (CM&AA), and a registered investment advisor (RIA) with the state of California.

Contact: privatecap@pepperdine.edu

# ABOUT THE PEPPERDINE UNIVERSITY
# GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT

A leader in cultivating entrepreneurship and digital innovation, the Pepperdine University Graziadio School of Business and Management focuses on the real-world application of MBA-level business concepts. The Graziadio School provides student-focused, globally-oriented education through part-time, full-time, and executive MBA programs at our five Southern California locations and Silicon Valley, Santa Barbara and Dallas campuses, as well as through online and hybrid formats. In addition, the Graziadio School offers a variety of master of science programs, a bachelor of science in management degree-completion program, and the Presidents and Key Executives MBA, as well as executive education certificate programs. Follow the Graziadio School on Facebook (https://www.facebook.com/pepperdine.graziadio), Twitter at @GraziadioSchool (https://twitter.com/graziadioschool) , and LinkedIn  (https://www.linkedin.com/edu).

© 2015-2016| PEPPERDINE UNIVERSITY GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 109

# INDEX OF TABLES

Table 1.  Private Capital Market Required Rates of Return ................................................................................................. 3

Table 2.  Median Deal Multiples by EBITDA Size of Company ........................................................................................ 7

Table 3. Median Total Leverage Multiples by Size of Company ..................................................................................... 8

Table 4. Median Senior Leverage Multiples by Size of Company ................................................................................. 8

Table 5. Balance of Available Capital with Quality Companies ...................................................................................... 10

Table 6. How Difficult to Arrange Senior Debt for Transactions over the Past 12 Months .............................. 10

Table 7. General Business and Industry Assessment: Today versus 12 Months Ago ......................................... 10

Table 8. General Business and Industry Assessment Expectations over the Next 12 Months ....................... 11

Table 9. PEG Fund Data ............................................................................................................................................................. 12

Table 10. General Characteristics – Buyout Transactions (medians) ......................................................................... 15

Table 11. General Characteristics – Non-Buyout Transactions (medians) ............................................................... 15

Table 12. The Balance of Available Capital with Quality Companies for the Following EBITDA Size ............ 18

Table 13. General Business and Industry Assessment: Today versus 12 Months Ago ....................................... 18

Table 14. General Business and Industry Assessment Expectations over the Next 12 Months ...................... 19

Table 15. All-in Rates by Loan Size and Industry .............................................................................................................. 21

Table 16. All-in Rates by Loan Type ...................................................................................................................................... 21

Table 17. Senior Leverage Multiple by EBITDA Size ....................................................................................................... 22

Table 18. Fees Charged ............................................................................................................................................................... 22

Table 19. Importance of Financial Evaluation Metrics .................................................................................................... 23

Table 20. Financial Evaluation Metrics Average Data ...................................................................................................... 23

Table 21. Personal Guarantee and Collateral Percentage of Occurrence by Size of Loan (%) ....................... 23

Table 22. Applications Data ........................................................................................................................................................ 23

Table 23. General Business and Industry Assessment: Today versus 12 Months Ago ....................................... 25

Table 24. General Business and Industry Assessment Expectations over the Next 12 Months ...................... 26

Table 25. All-in Rates on Current Asset-Based Loans (medians) ................................................................................ 27

Table 26. Standard Advance Rate (or LTV ratio) for Assets (%) .................................................................................. 28

Table 27. Mezzanine Fund Data ............................................................................................................................................... 30

Table 28. Sponsored Deals by EBITDA Size (medians) .................................................................................................. 32

**Table 29. Investment Type by Size of Investee Company, Sponsored Deals** ................................................................. 32

**Table 30. Non-Sponsored Deals by EBITDA Size (medians)** ................................................................. 33

**Table 31. Investment Type by Size of Investee Company, Sponsored Deals** ................................................................. 33

**Table 32. Importance of Financial Evaluation Metrics** ................................................................. 34

**Table 33. Financial Evaluation Metrics Average Data** ................................................................. 35

**Table 34. General Business and Industry Assessment: Today versus 12 Months Ago** ................................................................. 36

**Table 35. General Business and Industry Assessment Expectations over the Next 12 Months** ................................................................. 36

**Table 36. Importance of Factors When Evaluating** ................................................................. 41

**Table 37. General Business and Industry Assessment: Today versus 12 Months Ago** ................................................................. 42

**Table 38. General Business and Industry Assessment Expectations over the Next 12 Months** ................................................................. 42

**Table 39. VC Fund Data** ................................................................. 44

**Table 40. General Information on Investments by Company Stages** ................................................................. 45

**Table 41. General Business and Industry Assessment: Today versus 12 Months Ago** ................................................................. 48

**Table 42. General Business and Industry Assessment Expectations over the Next 12 Months** ................................................................. 48

**Table 43. General Information on Investments by Company Stages** ................................................................. 51

**Table 44. General Business and Industry Assessment: Today versus 12 Months Ago** ................................................................. 54

**Table 45. General Business and Industry Assessment Expectations over the Next 12 Months** ................................................................. 54

**Table 46. General Business and Industry Assessment: Today versus 12 Months Ago** ................................................................. 57

**Table 47. General Business and Industry Assessment Expectations over the Next 12 Months** ................................................................. 58

**Table 48. How Difficult to Arrange Senior Debt for Transactions over the Past 12 Months** ................................................................. 61

**Table 49. Expectations of Business Listings/ Engagements from New Clients in the Next 3 Months** ................................................................. 84

**Table 50. Expectations for Business Valuation Multiples in the Next 3 Months** ................................................................. 84

**Table 51. General Business and Industry Assessment: Today versus 12 Months Ago** ................................................................. 84

**Table 52. General Business and Industry Assessment: Expectations over the Next 12 Months** ................................................................. 85

**Table 53. Fees Charged** ................................................................. 87

**Table 54. Median Percentage or Amount Charged** ................................................................. 88

**Table 55. Spread (%)** ................................................................. 88

**Table 56. Typical Current Requirements** ................................................................. 89

**Table 57. Discount fee (%) on Outstanding Invoices for Notification Basis** ................................................................. 89

**Table 58. Expected Total Write-off – Percentage of Receivables Purchased on New Arrangements (%)** ................................................................. 90

**Table 59. Average Number of Days Outstanding Receivables** ................................................................................ 90

**Table 60. General Business and Industry Assessment: Today versus 12 Months Ago** ................................................. 91

**Table 61. General Business and Industry Assessment Expectations over the Next 12 Months** .................................... 91

**Table 62. General Business and Industry Assessment: Today Versus Twelve Months Ago** ...................................... 107

**Table 63. General Business and Industry Assessment Expectations Over the Next 12 Months** ................................. 108

# INDEX OF FIGURES

Figure 1. Private Capital Market Required Rates of Return ................................................................................ 2

Figure 2. Private Business Sales Transactions Closed in the Last 12 Months ................................................ 4

Figure 3. Business Types That Were Involved in the Transactions Closed in the Last 12 Months ............ 5

Figure 4. Average Number of Months to Close One Deal ................................................................................ 5

Figure 5. Private Business Transactions Expected to Close in the Next 12 Months ................................... 5

Figure 6. Percentage of Business Sales Engagements Terminated Without Transacting ......................... 6

Figure 7. Reasons for Business Sales Engagements Not Transacting ............................................................ 6

Figure 8. Valuation Gap in Pricing for Transactions That Didn't Close ....................................................... 6

Figure 9. Usage of Valuation Methods ............................................................................................................... 7

Figure 10. Usage of Multiple Methods ............................................................................................................... 7

Figure 11. Components of Closed Deals ............................................................................................................. 8

Figure 12.  Percent of Transactions Involved Strategic and Financial Buyers ............................................. 9

Figure 13.  Premium Paid by Strategic Buyers Relative to Financial Buyers ............................................... 9

Figure 14.  Percent of Transactions Involved Strategic and Financial Buyers ............................................. 9

Figure 15. Issues Facing Privately-Held Businesses ........................................................................................ 11

Figure 16. Typical Investment Size ..................................................................................................................... 12

Figure 17. Type of Business for Investments Planned over Next 12 Months ............................................. 13

Figure 18. Total Number of Investments Made in the Last 12 Months ....................................................... 13

Figure 19. Number of Follow-on Investments Made in the Last 12 Months .............................................. 13

Figure 20. Number of Total Investments Planned over Next 12 Months ................................................... 14

Figure 21. Number of Follow-on Investments Planned over Next 12 Months ........................................... 14

Figure 22. Size of Buyout Investments in the Last 12 Months ..................................................................... 14

Figure 23. Size of Non-Buyout Investments in the Last 12 Months ............................................................ 15

Figure 24. Usage of Valuation Approaches ...................................................................................................... 16

Figure 25. Usage of Multiple Methods ............................................................................................................. 16

Figure 26. Items Required to Close One Deal .................................................................................................. 17

Figure 27. Exit Plans for Portfolio Companies ................................................................................................. 17

Figure 28. Description of Lending Entity .......................................................................................................... 20

**Figure 29. Borrower Motivation to Secure Financing (past 12 months)** ........................................................................**22**

**Figure 30. Typical EBITDA Sizes for Companies Booked**................................................................................................**27**

**Figure 31. Asset-Based Loans Decline Rate** ...................................................................................................................**28**

**Figure 32. SBIC (small business investment) Firms** .......................................................................................................**29**

**Figure 33. Type of Business for Investments Planned over Next 12 Months**................................................................**30**

**Figure 34. Total Number of Investments Made in the Last 12 Months** ........................................................................**30**

**Figure 35. Number of Follow-on Investments Made in the Last 12 Months**.................................................................**31**

**Figure 36. Number of Total Investments Planned over Next 12 Months** ......................................................................**31**

**Figure 37. Number of Follow-on Investments Planned over Next 12 Months**...............................................................**31**

**Figure 38. Size of Sponsored Deals in the Last 12 Months** ..........................................................................................**32**

**Figure 39. Size of Non-Sponsored Deals in the Last 12 Months** ..................................................................................**33**

**Figure 40. Borrower Motivation to Secure Mezzanine Funding (past 12 months)**........................................................**34**

**Figure 41. Items Required to Close One Deal** ................................................................................................................**34**

**Figure 42. Entity Type** ...................................................................................................................................................**37**

**Figure 43. Assets under Management or Investable Funds** ...........................................................................................**37**

**Figure 44. Current Asset Allocation for "Alternative Assets" (% of total portfolio)** ...................................................**38**

**Figure 45. Target Asset Allocation for "Alternative Assets" (% of total portfolio)**......................................................**38**

**Figure 46. Target Asset Allocation by Assets** ................................................................................................................**38**

**Figure 47. Annual Return Expectations for New Investments**.......................................................................................**39**

**Figure 48. Assets with the Best Risk/Return Trade-off Currently**.................................................................................**39**

**Figure 49. Industry with the Best Risk/Return** .............................................................................................................**40**

**Figure 50. Geographic Regions of the World Offering the Best Risk/Return Tradeoff Currently** ...............................**40**

**Figure 51. Issues Facing Privately-Held Businesses**......................................................................................................**41**

**Figure 52. Total Number of Investments Made in the Last 12 Months** ........................................................................**43**

**Figure 53. Number of Follow-on Investments Made in the Last 12 Months**.................................................................**43**

**Figure 54. Number of Total Investments Planned over Next 12 Months** ......................................................................**44**

**Figure 55. Number of Follow-on Investments Planned over Next 12 Months**...............................................................**44**

**Figure 56. Type of Business for Investments Planned over Next 12 Months**................................................................**44**

**Figure 57. Geographic Location of Planned Investment over Next 12 Months**.............................................................**46**

**Figure 58. Usage of Valuation Methods** ........................................................................................................................**46**

Figure 59. Usage of Multiple Methods ........................................................................................................46

Figure 60. Exit Plans for Portfolio Companies ...........................................................................................47

Figure 61. Current Issues Facing Privately-Held Businesses .....................................................................47

Figure 62. Total Number of Investments Made in the Last 12 Months ......................................................49

Figure 63. Number of Follow-on Investments Made in the Last 12 Months..............................................49

Figure 64. Number of Total Investments Planned over Next 12 Months ...................................................50

Figure 65. Number of Follow-on Investments Planned over Next 12 Months...........................................50

Figure 66. Type of Business for Investments Planned over Next 12 Months..............................................50

Figure 67. Geographic Location of Planned Investment over Next 12 Months...........................................51

Figure 68. Geographical Limit for Investment ...........................................................................................52

Figure 69. Usage of Multiple Methods .......................................................................................................52

Figure 70. Items Required to Close One Deal .............................................................................................53

Figure 71. Exit Plans for Portfolio Companies ...........................................................................................53

Figure 72. Annual Revenues of Companies Valued ....................................................................................55

Figure 73. Usage of Valuation Methods .....................................................................................................55

Figure 74. Usage of Multiple Methods .......................................................................................................56

Figure 75. Average Risk-Free Rat and Market (equity) Risk Premium and Long-Term Growth Rate ........56

Figure 76. Discount for Lack of Marketability (DLOM) by Revenue Sizes ..................................................56

Figure 77. Overall Comfort Level with Applying Public Cost of Capital to Privately-held Companies of Various Sizes .............57

Figure 78. Explicit Forecast Period for High-Growth Companies by Revenue Sizes (years).......................57

Figure 79. Issues Facing Privately-Held Businesses....................................................................................58

Figure 80. Private Business Sales Transactions Closed in the Last Twelve Months.....................................59

Figure 81. Private Business Sales Transactions Expected to Close in the Next Twelve Months ..................59

Figure 82. Typical Size of Business Transactions........................................................................................60

Figure 83. Business Transactions in the Last 12  Months ...........................................................................60

Figure 84. Did Respondents Close More Transactions in 2015 than in Previous Years ..............................60

Figure 85. Percentage of Closed Business Transactions Valued under $2 million Utilized SBA Components ..........................61

Figure 86. In 2015, Best Client Arrived By: .................................................................................................61

Figure 87. Types of Referrals .....................................................................................................................62

Figure 88. Types of Publication/ Media Source ..........................................................................................62

**Figure 89. Was It Buyer's or Seller's Market in the Last 3 Months** ....................................................................**62**

**Figure 90. Median Number of Months from Listing/ Engagement to Close by Deal Size** ......................**63**

**Figure 91. Median Number of Months from LOI/ Offer to Close by Deal Size** ...........................................**63**

**Figure 92. Median SDE Multiple Paid by Deal Size** .........................................................................................**63**

**Figure 93. Median EBITDA Multiple Paid by Deal Size** ....................................................................................**64**

**Figure 94. Multiple Types by Deal Size** ...........................................................................................................**64**

**Figure 95. Buyer Type by Deal Size** ................................................................................................................**65**

**Figure 96. Reason for Seller to Go to Market by deal Size** ............................................................................**65**

**Figure 97. Number One Motivation for Buyer by Deal Size** ...........................................................................**66**

**Figure 98. Median Percentage of Final/ Selling Price Realized to Asking/ Benchmark Price by Deal Size** .................**66**

**Figure 99. Number of Months from Engagement/ Listing to Close** ...............................................................**67**

**Figure 100. Number of Months from LOI/ Offer to Close** ..............................................................................**67**

**Figure 101. Industry Type** ...............................................................................................................................**67**

**Figure 102. SDE Multiple Paid** .......................................................................................................................**68**

**Figure 103. EBITDA Multiple Paid** ..................................................................................................................**68**

**Figure 104. Multiple Paid** ...............................................................................................................................**68**

**Figure 105. Buyer Type** ...................................................................................................................................**69**

**Figure 106. Reason for Seller to Go to Market** ..............................................................................................**69**

**Figure 107. Buyer Location** .............................................................................................................................**69**

**Figure 108. Number One Motivation for Buyer** ..............................................................................................**70**

**Figure 109. Number of Months from Engagement/ Listing to Close** .............................................................**70**

**Figure 110. Number of Months from LOI/ Offer to Close** ..............................................................................**70**

**Figure 111. Industry Type** ...............................................................................................................................**71**

**Figure 112. SDE Multiple Paid** .......................................................................................................................**71**

**Figure 113. EBITDA Multiple Paid** ..................................................................................................................**71**

**Figure 114. Multiple Paid** ...............................................................................................................................**72**

**Figure 115. Buyer Type** ...................................................................................................................................**72**

**Figure 116. Reason for Seller to Go to Market** ..............................................................................................**72**

**Figure 117. Buyer Location** .............................................................................................................................**73**

**Figure 118. Number One Motivation for Buyer** ..............................................................................................**73**

Figure 119. Number of Months from Engagement/ Listing to Close ........................................................73

Figure 120. Number of Months from LOI/ Offer to Close ........................................................................74

Figure 121. Industry Type ........................................................................................................................74

Figure 122. SDE Multiple Paid .................................................................................................................74

Figure 123. EBITDA Multiple Paid ...........................................................................................................75

Figure 124. Multiple Paid .........................................................................................................................75

Figure 125. Buyer Type ............................................................................................................................75

Figure 126. Reason for Seller to Go to Market .......................................................................................76

Figure 127. Buyer Location ......................................................................................................................76

Figure 128. Number One Motivation for Buyer .......................................................................................76

Figure 129. Number of Months from Engagement/ Listing to Close ........................................................77

Figure 130. Number of Months from LOI/ Offer to Close ........................................................................77

Figure 131. Industry Type ........................................................................................................................77

Figure 132. SDE Multiple Paid .................................................................................................................78

Figure 133. EBITDA Multiple Paid ...........................................................................................................78

Figure 134. Multiple Paid .........................................................................................................................78

Figure 135. Buyer Type ............................................................................................................................79

Figure 136. Reason for Seller to Go to Market .......................................................................................79

Figure 137. Buyer Location ......................................................................................................................79

Figure 138. Number One Motivation for Buyer .......................................................................................80

Figure 139. Number of Months from Engagement/ Listing to Close ........................................................80

Figure 140. Number of Months from LOI/ Offer to Close ........................................................................80

Figure 141. Industry Type ........................................................................................................................81

Figure 142. SDE Multiple Paid .................................................................................................................81

Figure 143. EBITDA Multiple Paid ...........................................................................................................81

Figure 144. Multiple Paid .........................................................................................................................82

Figure 145. Buyer Type ............................................................................................................................82

Figure 146. Reason for Seller to Go to Market .......................................................................................82

Figure 147. Buyer Location ......................................................................................................................83

Figure 148. Number One Motivation for Buyer .......................................................................................83

Figure 149. Primary Use of the Factoring Facilities Over the Last 12 Months .................................................86

Figure 150. Industries for Gross Invoices for the Last 12 Months ................................................................86

Figure 151. Term of Current Typical Factoring Facility ..............................................................................87

Figure 152. Current Average Advance Rates for Various-Sized Facilities ........................................................87

Figure 153. Usage of Reference Rates ...................................................................................................88

Figure 154. Percentage of Factoring Business - Recourse vs Non-recourse ......................................................88

Figure 155. Percentage of Purchases on a Non-notification Basis ................................................................89

Figure 156. Most Significant Concern to Factoring Business ......................................................................90

Figure 157. Current Issues Facing Privately-Held Businesses .....................................................................90

Figure 158. Respondents Distribution by State ......................................................................................92

Figure 159. Description of Entity .......................................................................................................93

Figure 160. Number of Employees ......................................................................................................93

Figure 161. Ownership Role .............................................................................................................94

Figure 162. Annual Revenues ...........................................................................................................94

Figure 163. Annual Revenues Change in the Last 12 Months .......................................................................95

Figure 164. Annual Revenues Change Expectations in the Next 12 Months ......................................................95

Figure 165. Net Income ..................................................................................................................95

Figure 166. Current Sources of Financing .............................................................................................96

Figure 167. Capital Sources Contacted To Raise Capital in the Last 12 Months ................................................96

Figure 168. Success Rates ...............................................................................................................97

Figure 169. Average Number of Capital Providers Contacted .....................................................................97

Figure 170. Amount of Capital Attempted to Raise in the last 12 Months ......................................................98

Figure 171. Average Time to Complete Financing Process in Days ...............................................................98

Figure 172. Days Spent During the Process to Successfully Obtain Financing ..................................................98

Figure 173. Next Steps to Satisfy Financial Needs ..................................................................................99

Figure 174. Reasons for Not Trying to Obtain Capital in the Last 12 Months ...................................................99

Figure 175. Willingness to Obtain Financing .........................................................................................100

Figure 176. The Most Important Area to Focus On ..................................................................................100

Figure 177. Amount of Employees Planned to be Hired ............................................................................101

Figure 178. Reasons Preventing Privately-Held Businesses from Hiring .........................................................101

Figure 179. The Skills in Demand for New Hires ...................................................................................................102

Figure 180. Need for Training of New Hires ........................................................................................................102

Figure 181. Government Policies to Lead to Job Creation ...................................................................................103

Figure 182. Cost of Equity Capital .......................................................................................................................103

Figure 183. Usage of Financial Analysis by Revenue Sizes .................................................................................104

Figure 184. Level of Knowledge of Financing Components..................................................................................104

Figure 185. Anticipation of the Ownership Transfer...........................................................................................105

Figure 186. Private Equity vs Initial Public Offering............................................................................................105

Figure 187. General Views on Initial Public Offering and Private Equity ............................................................105

Figure 188. The Number One Issue Facing Privately-Held Businesses Today by Revenue Sizes .............................106

Figure 189. The Number One Emerging Issue Facing Privately-Held Businesses by Revenue Sizes.........................106

# Exhibit 22

| SCHEDULE C<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service    (99) | **Profit or Loss From Business**<br>(Sole Proprietorship)<br><br>► Information about Schedule C and its separate instructions is at *www.irs.gov/schedulec.*<br>► Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065. | OMB No. 1545-0074<br><br>**2015**<br>Attachment<br>Sequence No. **09** |
|---|---|---|

| Name of proprietor<br>BRENDAN BAKIR | Social security number (SSN) |
|---|---|

| A | Principal business or profession, including product or service (see instructions)<br>SURGICAL PROGRAM DEVELOPMENT LLC | B | Enter code from instructions<br>► 523900 |
|---|---|---|---|

| C | Business name. If no separate business name, leave blank. | D | Employer ID number (EIN), (see instrs)<br>20-3517408 |
|---|---|---|---|

| E | Business address (including suite or room no.) ► |
|---|---|
| | City, town or post office, state, and ZIP code |

F  Accounting method:    (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ►

G  Did you 'materially participate' in the operation of this business during 2015? If 'No,' see instructions for limit on losses.... [X] Yes  [ ] No

H  If you started or acquired this business during 2015, check here............................................. ► [ ]

I  Did you make any payments in 2015 that would require you to file Form(s) 1099? (see instructions)................... [ ] Yes [X] No

J  If 'Yes,' did you or will you file required Forms 1099?............................................................ [ ] Yes [ ] No

### Part I   Income

| | | | |
|---|---|---:|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked.............................. ► [ ] | 1 | 3,309,248. |
| 2 | Returns and allowances.......................................................................... | 2 | |
| 3 | Subtract line 2 from line 1....................................................................... | 3 | 3,309,248. |
| 4 | Cost of goods sold (from line 42)................................................................ | 4 | 1,984,172. |
| 5 | **Gross profit.** Subtract line 4 from line 3..................................................... | 5 | 1,325,076. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions)................................................................................ | 6 | |
| 7 | **Gross income.** Add lines 5 and 6.......................................................... ► | 7 | 1,325,076. |

### Part II   Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---:|---|---|---:|
| 8 | Advertising................. | 8 | 14,103. | 18 Office expense (see instructions)........ 18 | 2,481. |
| 9 | Car and truck expenses (see instructions)............. | 9 | 6,664. | 19 Pension and profit-sharing plans......... 19<br>20 Rent or lease (see instructions): | |
| 10 | Commissions and fees........ | 10 | | a Vehicles, machinery, and equipment..... 20a | |
| 11 | Contract labor (see instructions)............. | 11 | | b Other business property................. 20b | 12,495. |
| 12 | Depletion.................. | 12 | | 21 Repairs and maintenance............... 21 | 163. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions)............ | 13 | | 22 Supplies (not included in Part III)........ 22<br>23 Taxes and licenses.................... 23<br>24 Travel, meals, and entertainment: | 4,702. |
| 14 | Employee benefit programs (other than on line 19)........ | 14 | | a Travel............................... 24a | 65,231. |
| 15 | Insurance (other than health) .. | 15 | 6,426. | b Deductible meals and entertainment (see instructions)..................... 24b | 8,953. |
| 16 | Interest: | | | 25 Utilities............................. 25 | 11,141. |
| | a Mortgage (paid to banks, etc.)....... | 16a | | 26 Wages (less employment credits)........ 26 | |
| | b Other.................. | 16b | 123. | 27a Other expenses (from line 48)............ 27a | 309,553. |
| 17 | Legal and professional services | 17 | 240,642. | b Reserved for future use.................. 27b | |

| | | | |
|---|---|---:|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a........................ ► | 28 | 682,677. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7............................................... | 29 | 642,399. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions).<br>**Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30.................. | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | 31 | 642,399. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).<br>• If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If you checked 32b, you **must** attach Form 6198. Your loss may be limited. | 32a [ ] All investment is at risk.<br>32b [ ] Some investment is not at risk. | |

BAA  **For Paperwork Reduction Act Notice, see the separate instructions.**          FDIZ0112L  11/28/15          Schedule C (Form 1040) 2015

Schedule **C** (Form 1040) 2015  BRENDAN BAKIR                                                    Page **2**

| **Part III** | **Cost of Goods Sold** (see instructions) | | |
|---|---|---|---|

33  Method(s) used to value closing inventory:   **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation)

| | | | |
|---|---|---:|---:|
| 34 | Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If 'Yes,' attach explanation. | ☐ Yes | ☐ No |
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **35** | |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **36** | 1,959,684. |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **37** | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **38** | |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **39** | 24,488. |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **40** | 1,984,172. |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **41** | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . . . . . . . . . . . . . . . . | **42** | 1,984,172. |

| **Part IV** | **Information on Your Vehicle.**  Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

43  When did you place your vehicle in service for business purposes? (month, day, year)  ▶ _1/01/08_ .

44  Of the total number of miles you drove your vehicle during 2015, enter the number of miles you used your vehicle for:

**a** Business _____8,000_   **b** Commuting (see instructions) _____   **c** Other ____4,000___

45  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ Yes  ☐ No

46  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No

**47a** Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ Yes  ☐ No

**b** If 'Yes,' is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ Yes  ☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8-26 or line 30. |
|---|---|

SEE STATEMENT 1

| | | |
|---|---|---:|
| 48 | **Total other expenses.** Enter here and on line 27a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **48** | 309,553. |

Schedule **C** (Form 1040) 2015

FDIZ0112L  11/28/15

**SPDE 091**

# Exhibit 23



**Brendan B <brendan@surgicalprogram.com>**

---

## RE: Silver Lake Business Office / Cash Flow issues
1 message

---

**Brian Dunn** <Brian.Dunn@promisehealthcare.com>        Mon, May 9, 2016 at 2:17 PM
To: Brendan B <brendan@surgicalprogram.com>

Please work with George initially and then we can speak. I am traveling this week. Christy will respond to her emails.

Good to see you last week.

Best wishes.

*Brian E. Dunn*

801.666.5755 Office





Confidentiality Notice:

This email communication and any attachments may contain confidential and privileged information including but not limited to Protected Health Information, all of which is intended only for the use of the designated recipients. If you are not the intended recipient or authorized to receive for the recipient, you are hereby notified that you have received this communication in error and that any disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please destroy all copies of this communication and any attachments and contact the sender by reply email.

**From:** Brendan B [mailto:brendan@surgicalprogram.com]
**Sent:** Monday, May 9, 2016 12:36 PM

**To:** Brian Dunn <Brian.Dunn@promisehealthcare.com>

**Subject:** Silver Lake Business Office / Cash Flow issues


Good Morning Brian


I know we just met on Friday, however, I would like to schedule a call if you don't mind. First of all, I wend back to check on the progress of the cases and why the hospital's totals are off by almost one million dollars. We learned that ever since Pamela from the business office went on maternity leave, there were no bills processed!!. Some of these may have been waiting for MDs to dictate, but when Phil Calvano was there, he would have us speak to MDs who were late in dictating. At least one such MD was actually owed a contract and was very unhappy to even receive a call from myself, I assured him that things were going to be fixed and that we are not giving him the run around.


I also need to go over the numbers since the contract was changed via email agreements. I found that we continued to pay an additional $30,000 to $40,000 per month for the last 18 months or so as the spreadsheets were double charging SPD. I have no problem with that as it could be fixed, however, I don't want to look like the bad guy when I actually was making overpayments.


I will set up a meeting with George to cover both issues, I wanted to email you first as the importance keeping the "status quo" has never been more important.


I will call Christy to schedule something. Is she back?


Warm Regards


Brendan


--

*Brendan Bakir, CEO*

*The Silver Lake Spine Institute*

*Surgical Program Development*

*Brendan@SurgicalProgram.com*

*www.SurgicaProgram.com*

*(800) 399-4399*

*+1(310) 861-5001 (fax)*

*+1(310) 748-8800 (Mobile)*

# Exhibit 24

EXHIBIT

SPD - 10

**Subject**: Re: SPD reconciliation, other issues
**From**: George Watkins <GWatkins@silverlakemc.com>
**To**: Brendan B <brendan@surgicalprogram.com>
**Date Sent**: Monday, May 9, 2016 4:47:19 PM GMT-07:00
**Date Received**: Monday, May 9, 2016 4:52:08 PM GMT-07:00

Sounds great

Thank you
George Watkins

On May 9, 2016, at 3:26 PM, Brendan B <brendan@surgicalprogram.com> wrote:

How is 11:00 AM ?

On Mon, May 9, 2016 at 2:46 PM, George Watkins <GWatkins@silverlakemc.com> wrote:

Brendan

Yes, lets meet Thursday Morning, Let me know what time works for you

**From**: Brendan B [mailto:brendan@surgicalprogram.com]
**Sent**: Monday, May 09, 2016 2:44 PM
**To**: George Watkins
**Subject**: SPD reconciliation, other issues

Good Afternoon George

After meeting with Brian Dunn on Friday and realizing that there is a discrepancy between what we owe and what the hospital believes we owe, I had the guys do a reconciliation of the accounts based on SPD and not Silver Lake's spreadsheets. We had never done that in the past.... It seems that we have been making over payments for the last 21 months or so. As you recall, we received a request from Silver Lake to switch the hardware to the hospital's ledger and add a 10% reimbursement to SL. Well, although you and I talked about going back to the 50% and authorizing hardware, it never happened properly.

It isn't anything that you and I can't easily figure out, however, we need to address this as soon as possible.

As to the more pressing issue, it seems that we have not been sent any bills to file and to bill since a patient admit date 0f 2/3/2016. That poses a serious issue as all collections come to a halt. We need to address that issue even if it means my sending Craig or Phil to work with Fatima and the business office.

Can we meet on Wednesday or Thursday this week.


Regards


Brendan

--

*Brendan Bakir, CEO*

*The Silver Lake Spine Institute*

*Surgical Program Development*

*Brendan@SurgicalProgram.com*

*www.SurgicaProgram.com*

*(800) 399-4399*

*+1(310) 861-5001 (fax)*

*+1(310) 748-8800 (Mobile)*


--
*Brendan Bakir, CEO*
*The Silver Lake Spine Institute*
*Surgical Program Development*
*Brendan@SurgicalProgram.com*
*www.SurgicaProgram.com*
*(800) 399-4399*
*+1(310) 861-5001 (fax)*
*+1(310) 748-8800 (Mobile)*

SPD004616

# Exhibit 25

**Subject**: Reconciliation of SPD cases
**From**: Brendan B <brendan@surgicalprogram.com>
**To**: George Watkins <GWatkins@silverlakemc.com>
**Date Sent**: Monday, May 16, 2016 12:08:33 PM GMT-07:00
**Date Received**: Monday, May 16, 2016 12:08:33 PM GMT-07:00
**Attachments**: Hardware amiounts paid to SLMC 2014 to Present as of 4-13-16.xlsx

Good Morning George

It was very nice meeting with you and Mark last Thursday. I will send you approximately $110K for May so that you can at least pay the invoice corresponding to the check I wrote for Nexxt Spine. We also need to pay at least $50K to Primacare on the old account as long as POs were issued. There may be an additional issue with the Paquette cases. It seems that we were not asked to approve approximately 12 cases in 2015 after we agreed to be responsible for hardware again (4/12/2016)

I am attaching a spreadsheet that addresses the overpayment that SPD made to SL. That coupled with the cases tat we did not approve account for the amount you thought we were in arrears
As you know, in 2013 and in anticipation of state bill 863, we agreed with SLMC that we would pay the hospital 40% of DRG for cases that require instrumentation or implants. We continued to pay for hardware. Late in 2013. we were asked by SLMC to revert back to paying 50% of DRg to SL and having Silver Lake be responsible for "hardware including cash flow" as highlighted by the email from Brent Cope on Jan 7th 2014.

In April of 2015 after a couple of conversations with Karen White regarding Dr. Paquette and with yourself about helping the hospital to contain implant cost, we agreed to help negotiate better prices. We reached out to Alpha Tech and Henry Parmalee, we brought James Vert back (he is owed over $400K as well) and we negotiated with Single Source and X-Spine.

The only thing that we asked for is taht we have to approve hardware before the case is authorized.

Although I warned of these exact consequences in multiple emails, the decision was made that SLMC handles all hardware, etc. I am more than happy to help with the restructuring and payment of these debts in order to salvage the program. It is also in my best interest to keep the spreadsheet for the spine program looking profitable for the hospital.

Finally, I would like to reiterate how important the A/C issue is as we have physicians with over $3 mm in revenue waiting to start doing their cases at SL.

Warm Regards

Brendan

--
*Brendan Bakir, CEO*
*The Silver Lake Spine institute*
*Surgical Program Development*
*Brendan@SurgicalProgram.com*
*www.SurgicaProgram.com*
*(800) 399-4399*
*+1(310) 861-5001 (fax)*
*+1(310) 748-8800 (Mobile)*



EXHIBIT

SPD-11

SPD004600

# Exhibit 26

1:23 PM

10/07/16

Cash Basis

# Surgical Program Development
## Balance Sheet
### As of December 31, 2015

|  | Dec 31, 15 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| First Bank and Trust #3334 | -35,224.85 |
| **Total Checking/Savings** | -35,224.85 |
| **Other Current Assets** | |
| Loan - Yvonne ML Medical | 2,000.00 |
| Loan - Machelle Murray | 2,705.86 |
| Loan - Shimadzu Lab Equipment | 52,288.36 |
| Loan - Bay Spine Associates | 20,000.00 |
| Loan - Steve Popkin | 140,000.00 |
| Loan - Tachycardia | 239,870.07 |
| Loan - Phillip Sobol MD | 225,000.00 |
| Loan - Hospital Consultants Grp | 28,000.00 |
| Loan - Reemar Med Grp Inc | 172,335.73 |
| Loan - Power Surgical | 35,896.13 |
| **Total Other Current Assets** | 918,096.15 |
| **Total Current Assets** | 882,871.30 |
| **Fixed Assets** | |
| Shimadzu Lab Equipment | 158,212.71 |
| Machinery (Lab) | 37,112.31 |
| Equipment (Office) | 15,821.25 |
| **Total Fixed Assets** | 211,146.27 |
| **TOTAL ASSETS** | **1,094,017.57** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| AmEx #73005 | 4,813.29 |
| AmEx #52007 | 24,380.06 |
| Bank of America | -8,226.79 |
| **Total Credit Cards** | 20,966.56 |
| **Other Current Liabilities** | |
| Payroll checks for PS or RMG | -2,519.21 |
| Loan - Hospital Reveivable Acq | 50,000.00 |
| Credit Line - Preferred Credit | 17,347.67 |
| Loan #1 | 18,825.00 |
| Loan - Brendan Bakir | 644,500.00 |
| **Total Other Current Liabilities** | 728,153.46 |
| **Total Current Liabilities** | 749,120.02 |
| **Long Term Liabilities** | |
| Owner Loan | -1,341,389.65 |
| **Total Long Term Liabilities** | -1,341,389.65 |
| **Total Liabilities** | -592,269.63 |
| **Equity** | |
| Retained Earnings | 1,091,497.95 |
| Net Income | 594,789.25 |
| **Total Equity** | 1,686,287.20 |
| **TOTAL LIABILITIES & EQUITY** | **1,094,017.57** |

SPD003047

# Surgical Program Development
## Profit & Loss
### January through December 2015

|  | Jan - Dec 15 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Income | 3,309,247.59 |
| **Total Income** | 3,309,247.59 |
| **Cost of Goods Sold** | |
| Cost of Services Sold | 1,787,347.90 |
| **Total COGS** | 1,787,347.90 |
| **Gross Profit** | 1,521,899.69 |
| **Expense** | |
| Meals & Entertainment | 722.14 |
| Lab Expenses | 24,488.21 |
| Advertising | 7,279.80 |
| **Auto** | |
| Fuel | 4,016.82 |
| Insurance | 2,588.84 |
| Loan | 11,987.19 |
| Parking | 1,434.00 |
| Service | 5,980.14 |
| **Total Auto** | 26,006.99 |
| Bank Charge | 658.18 |
| Computer Expenses | 4,849.86 |
| Credit Card Fees | 60.00 |
| Donations | 3,950.00 |
| Dues | 2,901.00 |
| Education | 12,794.00 |
| Entertainment | 631.89 |
| Gift | 808.80 |
| Hosting Expense | 7,750.32 |
| **Insurance** | |
| Workers Comp | 2,550.00 |
| Liability | 1,287.00 |
| Insurance - Other | 890.00 |
| **Total Insurance** | 4,727.00 |
| Management Fees - Out Acct | 165,399.48 |
| Marketing | 5,500.00 |
| Merchant Fees | 839.20 |
| Office Expense | 2,480.65 |
| Office Supplies | 4,702.25 |
| Outside Services | 87,982.86 |
| Postage and Delivery | 5,725.97 |
| Printing and Reproduction | 113.56 |
| Processing Fees | 557.48 |
| **Professional Fees** | |
| Professional Fees | 14,171.38 |
| Accounting | 9,949.40 |
| Bookkeeping | 3,662.50 |
| Consulting | 24,147.65 |
| Legal | 188,592.35 |
| Professional Fees - Other | 118.67 |
| **Total Professional Fees** | 240,641.95 |

SPD003048

1:23 PM

**Surgical Program Development**

10/07/16

**Profit & Loss**

**Accrual Basis**

**January through December 2015**

|  | Jan - Dec 15 |
|---|---|
| **Promotion** | 514.18 |
| **Recruitment** | 929.50 |
| **Rent** | 12,494.94 |
| **Repairs & Maintenance** | 162.86 |
| **Software** | 44.95 |
| **Storage** | 5,077.68 |
| **Subscriptions** | 1,753.67 |
| **Taxes** | 190,833.42 |
| **Telephone** | |
|     **Cell** | 1,748.79 |
|     **Telephone** | 8,020.57 |
|     **Telephone - Other** | 342.52 |
| **Total Telephone** | 10,111.88 |
| **Trade Show Exp** | 568.17 |
| **Travel** | |
|     **Transportation** | 1,073.79 |
|     **Lodging** | 20,324.64 |
|     **Meals** | 16,550.98 |
|     **Travel** | 43,417.69 |
|     **Travel - Other** | 416.60 |
| **Total Travel** | 81,783.70 |
| **Utilities** | |
|     **Internet** | 11,141.12 |
| **Total Utilities** | 11,141.12 |
| **Total Expense** | 926,987.66 |
| **Net Ordinary Income** | 594,912.03 |
| **Other Income/Expense** | |
| **Other Expense** | |
|     **Interest Exp** | 122.78 |
| **Total Other Expense** | 122.78 |
| **Net Other Income** | -122.78 |
| **Net Income** | **594,789.25** |

SPD003049

# Exhibit 27

**For Discussion Purposes Only**

# Promise Healthcare Group, LLC
# BOARD MEETING

## October 26, 2016





**PRIVILEGED & CONFIDENTIAL**

1

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001340

P004125

# Table of Contents

I.    Call To Order – JAMES BROWN

II.   Roll Call – JAMES BROWN

III.  Approval of Prior Meeting Minutes – JAMES BROWN
- July 26, 2016 – Board Meeting

IV.   Promise/Success Healthcare Report – PETER BARONOFF
- FY 2016 Performance YTD
- 2016 Budget Assumptions
- 2016 Strategic Direction Update
- 2017-2019 Projections
- Regulatory Updates
- Competition Update
- Growth Opportunities
- Corporate Update
- Facility Management

---

October 26, 2016      **PRIVILEGED & CONFIDENTIAL**      **2**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**      **PROMISE_00001341**

P004126

# Table of Contents

V.  Chief Financial Officer Report – JIM HOPWOOD
- 2015 Audited Financials
- Revenue Cycle Update
- Cash Flow Review – Trends, Top Vendors, Physicians,13-week cash flow
- CAPEX Plan and Financing Transaction Update
  - o  Real Estate – Villages, San Diego, Silver Lake
  - o  Lease Financing
- Labor Review
- Information Technology
  - o  Oracle
  - o  Electronic Health Record Update
  - o  Metrics
- Payables
- Insurance Programs
- 2017 Budget Planning
- Promise Healthcare Group, LLC Treasury Report

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**     **PROMISE_00001342**

P004127

# Table of Contents

VI.    Chief Medical Officer – Report
- First 60 days' impressions
- Admissions Criteria – Opportunities
- Clinical Documentation
- Joint Commission
- Wound Care – What is it?
- Objectives

VII.    Litigation Update
- Promise Class Action Suit Update
- Archdiocese Litigation Update
- Litigation Update
- Tax Matters Partner Nomination
- Mayer Brown/Ernst & Young Litigation Update

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                     **PROMISE_00001343**

P004128

# Table of Contents

VIII. **Committee Reports**
- Governance
  - o  Bermuda Shareholder Meeting
- Compensation and Employment
  - o  2015 Incentive Compensation
  - o  Long-Term Compensation Plan Update
    - • Valuation process

IX. **Monetization Report**
- MTS Presentation – JAY SHILAND
  - o  Sale/Leaseback vs. Debt – Real Estate
  - o  Note Refinancing - $75Million
  - o  Facility – Sales process update
    - ▪ St. Alexius
    - ▪ Silver Lake
  - o  Equity
    - ▪ JP Morgan Conference
    - ▪ KPC Health
  - o  Timing
  - o  Growth Initiatives
- Board discussion - Review of options and process
- 2017 Board Schedule and Shareholder Meetings

X. **Executive Session**
- Baton Rouge Fund

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**    PROMISE_00001344

P004129



PLEASE REPLACE THIS PAGE WITH A ROMAN NUMERAL TAB III

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001345**

P004130

# Approval of Prior Meeting Minutes – JAMES BROWN

**III.** Approval of Prior Meeting Minutes – JAMES BROWN
- July 26, 2016 – Board Meeting

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                                 **PROMISE_00001346**

P004131

# Minutes – July 26, 2016 Board Meeting

**COMBINED BOARD COMMITTEES AND BOARD**
**OF DIRECTOR'S MEETING**
July 26, 2016 – Los Angeles, California
Promise Healthcare Group, LLC

**Minutes**

**July 26, 2016 - Board of Director's Meeting**

**Voting Board Members:**

| | |
|---|---|
| James Brown - Chair | Present |
| Keith Kennedy | Present |
| Ed Woodbury | Present |
| Don Pollard | Present |
| Evatt Tamine | Present |
| Peter Baronoff | Present |
| Keith Reuben | Present |

**Non-Voting:**

| | |
|---|---|
| Richard Gold | Present |
| James Hopwood | Present |
| David Armstrong | Present (Secretary) |
| Brian Dunn | Present |
| Bryan Day | Present |
| Steve Helland | Present |
| Charles Posternack | Present |
| Jay Shiland | Present |
| Evan Bernstein | Present |
| Theresa Laurenzano | Present |

**9:00 a.m. – Committee Meeting commenced**
**12:30 p.m. - Board Meeting commenced**

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001347

P004132

# Minutes – July 26, 2016 Board Meeting

- The Board discussed the various items on the agenda for the Committee and Board Meeting and resolved as follows:

**Committee Updates:**

- Keith Kennedy – Update on Archdiocese. Keith Kennedy spoke with Dan Newman and Dan Newman is prepared to let the Board be involved going forward when making decisions regarding the litigation. Dan Newman would be the the ultimate decision maker because he is the appointed Receiver but would not make any decisions without discussion with the Board.

**James Brown, Chair – Called Board Meeting to Order at 12:30 p.m.**

- All Directors Present – Quorum met

**Board Meeting:**

- Motion to approve all prior Meeting Minutes – by Keith Kennedy
  - Seconded – Evatt Tamine
  - Unanimously approved
    - April 25, 2016 – Annual Meeting Minutes - Approved
    - April 26, 2016 – Board Meeting Minutes - Approved
    - June 3, 2016 – Board Update Call - Approved
    - June 24, 2016 – Board Update Call - Approved
    - July 8, 2016 – Board Update Call - Approved

- Motion to approve Dr. Charles Posternack as the new Chief Medical Officer position – by Ed Woodbury
  - Seconded – Evatt Tamine
  - Unanimously Approved

- Motion to move forward creating a sales process for Silver Lake and St. Alexius and engaging MTS Partners – by Peter Baronoff
  - Seconded – Keith Kennedy
  - Unanimously approved

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001348

P004133

# Minutes – July 26, 2016 Board Meeting

**Secretary Certificate**

**I, DAVID ARMSTRONG, the Corporate Secretary for Promise Healthcare Group, LLC, Promise Healthcare, Inc. and Success Healthcare, LLC do hereby certify that the above is a true and correct transcript of the minutes of the meeting and that the meeting was duly called and held in all respects in accordance with the bylaws and that a quorum was present.**

**I further certify that the votes and resolutions of the Board of Directors at the meeting are operative and in full force and effect and have not been annulled or modified by any vote or resolution passed or adopted by either board since the meeting.**

**Board Meeting adjourned 3:00 p.m.**

Respectfully Submitted by:

_____

**David J. Armstrong**
**Corporate Secretary**

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001349

P004134

# IV

Please replace this page with a Roman Numeral tab IV

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

PROMISE_00001350

P004135

# Promise/Success Healthcare Report – Peter Baronoff

## IV. Promise/Success Healthcare Report – Peter Baronoff

FY 2016 Performance YTD

2016 Budget Assumptions

2016 Strategic Direction Update

2017-2019 Projections

Regulatory Updates

Competition Update

Growth Opportunities

Corporate Update

Facility Management

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

PROMISE_00001351

P004136

# Promise/Success Healthcare Report – Peter Baronoff
# 2016 YTD – Year End Projections

| | 2016 YTD - Actual | 2015 YTD - Actual | 2016 YTD - Budget | 2016 Budget | 2015 FYE - Audit | 2016 FYE - Proj |
|---|---|---|---|---|---|---|
| **EBITDAM** | | | | | | |
| **PROMISE** | | | | | | |
| **EASTERN REGION** | | | | | | |
| Shreveport/Bossier City | 9,354,383 | 8,912,510 | 6,280,764 | 9,017,948 | 11,759,573 | 12,500,000 |
| Miss Lou | (519,239) | 806,702 | 816,825 | 1,481,038 | 1,417,691 | (400,000 |
| Baton Rouge(Main Campus) | 4,868,176 | 3,528,840 | 3,880,217 | 4,878,407 | 4,112,085 | 5,800,000 |
| Baton Rouge | 1,703,932 | 3,162,084 | 1,844,957 | 2,511,183 | 2,656,339 | 2,200,000 |
| The Villages | 3,308,583 | 3,163,498 | 3,747,573 | 5,158,042 | 3,828,920 | 4,900,000 |
| Miami Lakes | 506,877 | (2,863,518) | 1,981,189 | 4,188,549 | (3,888,861) | 2,200,000 |
| Fort Myers | 2,961,040 | (2,524,200) | 4,051,765 | 5,638,956 | (2,462,300) | 4,300,000 |
| Vicksburg | 1,329,605 | 336,294 | 601,578 | 842,634 | 755,772 | 1,600,000 |
| Regional Office | (893,744) | (820,563) | (1,019,807) | (1,359,741) | (1,035,118) | (1,300,000 |
| | 22,619,613 | 13,701,647 | 22,185,061 | 32,357,217 | 17,144,101 | 31,800,000 |
| **WESTERN REGION** | | | | | | |
| Suburban/East Los Angeles | 7,166,420 | 13,599,274 | 12,967,315 | 16,500,041 | 15,857,246 | 8,700,000 |
| San Diego | (173,749) | 222,077 | 808,625 | 1,370,000 | 261,070 | 400,000 |
| Phoenix | 1,616,936 | 569,002 | 2,237,399 | 2,854,132 | 2,433,891 | 2,100,000 |
| Salt Lake City | 4,753,773 | 3,645,634 | 4,383,237 | 5,801,305 | 5,610,954 | 6,000,000 |
| Regional Office | (1,200,390) | (1,592,457) | (1,395,734) | (1,860,978) | (1,995,678) | (1,700,000 |
| | 12,162,990 | 16,443,530 | 19,000,843 | 24,664,500 | 22,167,483 | 15,500,000 |
| **RUBY REGION** | | | | | | |
| Dallas | 539,414 | 389,970 | 863,358 | 1,200,336 | 314,481 | 1,000,000 |
| Wichita Falls | 1,265,724 | 308,954 | 174,145 | 300,607 | 217,616 | 1,700,000 |
| Overland Park | 1,859,362 | 652,558 | 704,660 | 814,834 | 1,120,998 | 2,000,000 |
| Overland Park SNF | 38,499 | 164,275 | 294,153 | 405,467 | (514,418) | 100,000 |
| Wichita Falls - SNF | (930,605) | (483,821) | (26,223) | 8,478 | (915,972) | (800,000 |
| | 2,772,394 | 1,031,936 | 2,010,093 | 2,729,722 | 222,705 | 4,000,000 |
| | | | | | | |
| **TOTAL PROMISE EBITDAM** | 37,554,997 | 31,177,113 | 43,195,997 | 59,751,439 | 39,534,289 | 51,300,000 |

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**     **PROMISE_00001352**

P004137

# 2016 Year End Projections

| EBITDAM by Facility - Annual Trend | 2013 | 2014 | 2015 | 2016 | | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|
| DRAFT DATED 10/20/16 | Audit | Stub/Audit | Audit | Budget | Mgmt 10/16 | Mgmt 10/16 | Mgmt 10/16 | Mgmt 10/16 |
| **East Region** | | | | | | | | |
| **Shreveport/Bossier** | **5.3** | **7.6** | **11.8** | **9.0** | **12.5** | **10.8** | **10.8** | **11.1** |
| Shreveport | 0.7 | 1.8 | 6.0 | 4.0 | 5.8 | 5.0 | 4.7 | 4.6 |
| Bossier | 4.6 | 5.9 | 5.8 | 5.1 | 6.7 | 5.8 | 6.1 | 6.5 |
| **Baton Rouge** | **6.9** | **5.7** | **6.8** | **7.4** | **8.0** | **8.5** | **10.0** | **11.0** |
| Ascension (Main) | 2.9 | 2.3 | 4.1 | 4.9 | 5.8 | 4.8 | 5.5 | 6.0 |
| Baton Rouge HwH | 4.0 | 3.5 | 2.7 | 2.5 | 2.2 | 3.7 | 4.5 | 5.0 |
| **Florida** | **0.3** | **3.1** | **(2.5)** | **15.0** | **11.4** | **15.6** | **17.0** | **18.8** |
| Villages | 0.3 | 4.8 | 3.8 | 5.2 | 4.9 | 5.5 | 5.6 | 6.0 |
| Miami | | (0.3) | (3.9) | 4.2 | 2.2 | 4.0 | 4.8 | 5.8 |
| Ft. Myers | | (1.4) | (2.5) | 5.6 | 4.3 | 6.1 | 6.6 | 7.0 |
| **Others** | **1.4** | **0.8** | **2.2** | **2.3** | **1.2** | **2.1** | **2.7** | **3.3** |
| Miss Lou | 1.2 | 0.8 | 1.4 | 1.5 | (0.4) | 0.7 | 1.0 | 1.5 |
| Vicksburg | 0.2 | (0.0) | 0.8 | 0.8 | 1.6 | 1.4 | 1.7 | 1.8 |
| Regional Office | | (1.0) | (2.0) | (1.9) | (1.3) | (1.7) | (1.5) | (1.5) |
| **Total East** | **13.9** | **17.3** | **17.1** | **32.4** | **31.8** | **35.6** | **39.0** | **42.7** |
| **West Region** | | | | | | | | |
| **Los Angeles** | **11.6** | **9.5** | **15.9** | **16.5** | **8.7** | **12.1** | **13.6** | **15.6** |
| East LA | 1.2 | (0.2) | 1.6 | 1.0 | 0.2 | 1.5 | 1.5 | 1.6 |
| Suburban | 10.4 | 9.6 | 14.3 | 15.5 | 8.5 | 10.6 | 12.1 | 14.0 |
| **Salt Lake City** | **4.5** | **5.0** | **5.6** | **5.8** | **6.0** | **6.3** | **6.7** | **6.9** |
| Salt Lake | 4.5 | 5.0 | 5.6 | 5.8 | 6.0 | 6.3 | 6.7 | 6.9 |
| **Others** | **(2.0)** | **(0.8)** | **2.7** | **4.2** | **2.5** | **5.6** | **6.7** | **7.8** |
| Phoenix | (0.2) | 0.1 | 2.4 | 2.9 | 2.1 | 4.0 | 5.0 | 6.0 |
| San Diego | (1.8) | (0.8) | 0.3 | 1.4 | 0.4 | 1.6 | 1.7 | 1.8 |
| Regional Office | | | | | | | | |
| **Total West** | **14.1** | **13.7** | **22.2** | **24.7** | **15.5** | **22.1** | **25.0** | **28.2** |
| **East / West Total Including Reg. All** | **28.0** | **31.0** | **39.3** | **57.0** | **47.3** | **57.7** | **64.0** | **70.9** |
| **Ruby Region** | | | | | | | | |
| Overland Park LTACH | - | (0.0) | 1.1 | 0.8 | 2.0 | 2.1 | 2.2 | 2.3 |
| Overland park SNF | - | 0.4 | (0.5) | 0.4 | 0.1 | 0.4 | 0.5 | 0.6 |
| Wichita Falls LTACH | - | 0.2 | 0.2 | 0.3 | 1.7 | 1.6 | 1.7 | 1.8 |
| Wichita Falls SNF | - | (0.6) | (0.9) | 0.0 | (0.8) | - | 0.1 | 0.2 |
| Dallas | - | (1.4) | 0.3 | 1.2 | 1.0 | 1.7 | 2.0 | 2.0 |
| **Total Ruby** | **-** | **(1.4)** | **0.2** | **2.7** | **4.0** | **5.8** | **6.5** | **6.9** |
| **EBITDAM: East / West & Ruby Total** | **28.0** | **29.6** | **39.5** | **59.8** | **51.3** | **63.5** | **70.5** | **77.8** |
| **Corporate / Real Estate** | | | | | | | | |
| **Promise 1** | | | | | | | | |
| Less: Corp. Exp. at Promise 1 | (13.8) | (14.7) | (12.0) | (14.5) | (14.9) | (15.3) | (16.2) | (17.0) |
| Plus: Rent at Owned Facilities | 3.9 | 3.5 | 3.4 | 3.4 | 3.4 | 3.5 | 3.6 | 3.7 |
| Less: Real Estate Company Expenses | (0.3) | (0.2) | (0.6) | (0.8) | (0.8) | (0.8) | (0.8) | (0.8) |
| **Promise II** | | | | | | | | |
| Less: Wellness Overhead | | | (0.6) | (1.8) | (0.5) | (0.5) | (0.5) | (0.5) |
| Less: Regional Office and Allocation | - | (1.0) | (1.6) | (1.1) | (1.1) | (1.1) | (1.1) | (1.1) |
| **Total Corporate / Real Estate** | **(10.2)** | **(12.4)** | **(11.3)** | **(14.7)** | **(13.9)** | **(14.2)** | **(15.0)** | **(15.7)** |
| **EBITDA** | **17.8** | **17.2** | **28.2** | **45.1** | **37.4** | **49.3** | **55.5** | **62.1** |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY    PROMISE_00001353

P004138

# 2016 Promise Budget Assumptions

- Facility execution and structure – SWOT analysis – "workout markets"
- Stable regulatory environment – April 18 rule impact – 25% rule
- Admission criteria execution – Upside/Downside YTD – start date
- No cash availability disruption – Wells Fargo impact - payables
- Consistent Medicare reimbursement – Okay – "wound care fight"
- Minimum commercial insurance payment volatility – "so far so good"
- Bundled payment initiatives post 2019 – the 2019 plan alignment
- Real estate assets remain company owned – sale/leaseback impact
- CAPEX requirements funded – new plan with new financing
- Limited market site-neutral patient restrictions – market by market referral source impact
- EHR system built-funded-implemented – plan evolving, 3 finalists
- Promise ELA move
- VOW platform begins – new plan update

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                                    PROMISE_00001354

P004139

# 2016 Strategic Direction

2016 Strategic Direction Review

1.  Promise Florida Facilities Performance - $16M Turn – Miami Lakes Key! – New CEO
    *   Projected $13M Turn
    *   Late start in Miami due to State of Florida delays
    *   New Miami CEO and "rapid" business development requirements
    *   Admission criteria differentiated regulatory requirements have been met with positive results
2.  Admission Criteria Execution – "Lessons Learned" – CMO need and plan – CMO Hire
    *   CMO hired and first 60 days focus Los Angeles, Joint Commission and market visits
    *   Differentiated strategy required for each hospital
    *   Medical staff changes required
    *   Academic medical relationship beneficial in key markets
3.  Promise Facilities Performance – LA/Shreveport/Baton Rouge/Salt Lake & Florida
    *   Los Angeles – poor start, difficulty to accelerate criteria patients from current referral sources.  Need to expand referral base, I.E., USC and UCLA
    *   Shreveport – excellent.  LSU Fellowship Program creates opportunity
    *   Baton Rouge – good and increasing LTACH criteria compliance, opportunity to diversify and grow in BRG
    *   Salt Lake – Excellent performance.  Landmark a growth opportunity and also a threat if sold to a competitor.

October 26, 2016

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001355

P004140

# 2016 Strategic Direction

## 2016 Strategic Direction Review

4.  Stable Cash Flow
    - Wells Fargo Credit Facility beneficial
    - Increased Physician payments have reduced liquidity reserve
    - PHG account available for emergency needs
    - Improved revenue cycle systems

5.  Expense Reduction Strategy
    o Labor – Facility by facility analysis and reductions
    o Benefits – New plan/HSA accounts
    o Supply Cost – New GPO

6.  CAPEX Requirements Funded
    o Silver Lake – Seismic – New Plan
    o Equipment – VFI credit facility

7.  Refinance Opportunities
    o Villages/San Diego – CNB - completed
    o Silver Lake Mortgage – Status Update – ongoing – HUD potential

October 26, 2016

**PRIVILEGED & CONFIDENTIAL**                                    **15**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                          **PROMISE_00001356**

P004141

# 2016 Strategic Direction

2016 Strategic Direction Review

8. St. Alexius – Slot lease - $5.2M vs. $1.3M – Management, lease or sale
   - MTS sale plan

9. Silver Lake – Management, lease or sale
   - MTS sale plan
   - Parking offers

10. Diversification Plan – LA, Phoenix, Miss Lou
    - Los Angeles – potential 3 locations
    - Phoenix – new lease of full facility – expansion
    - Miss Lou – convert LTACH to ACH

11. EHR – IT initiatives funded – 3 Finalists

October 26, 2016

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001357

P004142

# Regulatory Update

## 2016 Regulatory Impact

- Admission Criteria
    - Difficult process for LifeCare, Kindred and Cornerstone
    - 25% Rule – Begins now – HR5713 and HR4650 awaits Senate
    - Wound Care – HR5723 "little traction"

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**     **PROMISE_00001358**

P004143

**Peter Baranoff**

| | |
|---|---|
| **From:** | Keith Reuben <kreuben1@gmail.com> |
| **Sent:** | Wednesday, September 28, 2016 8:41 PM |
| **To:** | Peter Baranoff; Jay A. Shiland |
| **Subject:** | Fwd: Vibra Healthcare to Pay $32.7 Million to Resolve Claims for Medically Unnecessary Services |

FYI

---------- Forwarded message ----------
From: **Michael Gehl** <mgehl@hhcfinance.com>
Date: Wed, Sep 28, 2016 at 8:33 PM
Subject: Vibra Healthcare to Pay $32.7 Million to Resolve Claims for Medically Unnecessary Services
To:

## Vibra Healthcare to Pay $32.7 Million to Resolve Claims for Medically Unnecessary Services

Vibra Healthcare LLC (Vibra), a national hospital chain headquartered in Mechanicsburg, Pennsylvania, has agreed to $32.7 million, plus interest, to resolve claims that Vibra violated the False Claims Act by billing Medicare for medically unnecessary services, the Department of Justice announced today.

"Medicare beneficiaries are entitled to receive care that is determined by their clinical needs and not the financial interests of healthcare providers," said Principal Deputy Assistant Attorney General Benjamin C. Mizer, head of the Justice Department's Civil Division. "All providers of taxpayer-funded federal healthcare services, whether contractors or direct billers, will be held accountable when their actions cause false claims for medically unnecessary services to be submitted."

Vibra operates approximately 36 freestanding long term care hospitals (LTCHs) and inpatient rehabilitation facilities (IRFs) in 18 states. LTCHs provide inpatient hospital services for patients whose medically complex conditions require long hospital stays and programs of care. IRFs are intended for patients needing rehabilitative services that require hospital-level care. The government alleged that between 2006 and 2013, Vibra admitted numerous patients to five of its LTCHs and to one of its IRFs who did not demonstrate signs or symptoms that would qualify them for admission. Moreover, Vibra allegedly extended the stays of its LTCH patients without regard to medical necessity, qualification and/or quality of care. In some instances, Vibra allegedly ignored the recommendations of its own clinicians, who deemed these patients ready for discharge.

"Pursuing and recovering fraudulent billing for unnecessary services is a priority of my office," stated U.S. Attorney John E. Kuhn Jr. for the Western District of Kentucky. "This significant case against Vibra Healthcare and today's settlement agreement is but one example of the vigorous work against healthcare fraud taking place in the Western District of Kentucky and across the nation."

As part of the settlement, Vibra also agreed to enter into a chain-wide corporate integrity agreement with the Inspector General of the U.S. Department of Health and Human Services.

"Medical necessity is fundamental if health providers wish to claim taxpayer funds for medical care," said Special Agent in Charge C.J. Porter of the U.S. Department of Health and Human Services' Office of Inspector General (HHS-OIG). "OIG is committed to protecting precious Medicare dollars and ensuring that beneficiaries receive quality, necessary long term care."

Part of the allegations resolved by this settlement were originally filed under the *qui tam* or whistleblower provisions of the False Claims Act by Sylvia Daniel, a former health information coder at Vibra Hospital of Southeastern Michigan. Daniel filed her suit in the Southern District of Texas, where one of Vibra's LTCHs was located. Under the

1

---

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                                        **PROMISE_00001359**

P004144

False Claims Act, a private party, known as a relator, can file an action on behalf of the United States and receive a portion of the recovery. Daniel will receive at least $4 million.

This settlement illustrates the government's emphasis on combating healthcare fraud and marks another achievement for the Health Care Fraud Prevention and Enforcement Action Team initiative, which was announced in May 2009 by the Attorney General and the Secretary of Health and Human Services. The partnership between the two departments has focused efforts to reduce and prevent Medicare and Medicaid financial fraud through enhanced cooperation. One of the most powerful tools in this effort is the False Claims Act. Since January 2009, the Justice Department has recovered a total of more than $30.7 billion through False Claims Act cases, with more than $18.5 billion of that amount recovered in cases involving fraud against federal healthcare programs.

This matter was handled by the Civil Division's Commercial Litigation Branch; the U.S. Attorneys' Offices for the Southern District of Texas in Houston and for the Western District of Kentucky; and the HHS-OIG. The *qui tam* case is captioned United States ex rel. Daniel v. Vibra Healthcare, LLC, Civil Action No. 10-5099 (S.D. Tex.).

The claims resolved by the settlements are allegations only and there has been no determination of liability.

‡

Keith D Reuben
(301) 320-3384 (office)
(301) 233-1121 (mobile)

2

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001360

P004145



**AMG**
**SPECIALTY HOSPITAL**
*Healthcare Management for Complex Medical Needs*

Covington

October 5, 2016

**Re: Covington-AMG Specialty Hospital, LLC Campus Closure Notification**

Dear Service Provider:

This letter shall serve as formal written notice of the closure of business operations for the Covington-AMG Specialty Hospital, LLC Campus. This closure is specifically limited to the Covington-AMG Specialty Hospital, LLC Campus located at 195 Highland Park Entrance Covington, Louisiana 70433. The effective date of the closure will be Friday, October 7, 2016 at 5:00p.m.

This correspondence shall serve as sufficient notification of immediate termination of any current and outstanding agreements that you may have with the Covington-AMG Specialty Hospital, LLC.

We would like to express our gratitude to you for your service. Thank you. If you have any questions, please contact me in writing. You can send your correspondence to:

Acadiana Management Group, LLC

Attention: Timothy C. Deaton, CEO Covington -AMG Specialty Hospital

101 LaRue France, Suite 500

Lafayette, LA 70508

Sincerely,

Timothy C. Deaton
Chief Executive Officer

*[handwritten note]* Scon/email to Payer please. Exhibit AMG Closing

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

PROMISE_00001361

P004146

# Competition Update

Kindred:

- LTACH criteria 9/1/16 start.  Sold 12 facilities on the "bubble" to  Nautic.  Selling additional facilities.

LifeCare:

- HIH facilities failing.  Freestanding facilities having difficult year in rural markets. Corporate CEO resigned.  Attempt to create joint ventures in markets where there is significant competition for LTACH criteria patients.  Shreveport and Dallas are markets where we compete.

Cornerstone:

- HIH facilities in metropolitan areas have seen CEOs resign as a result of limited "resources".  We anticipate Bossier facility closing.  Corporate CEO resigned.

October 26, 2016

21

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001362

P004147

# Competition Update

Vibra:

- Agreed to pay $32.2M to Department of Justice to resolve claims
  for medically unnecessary services.  LTACH compliant patients also trending below
  expectation.

Select:

- Appears to be achieving LTACH criteria objections in 75% of facilities. Has or is closing
  8 facilities.  Continues to diversify.

October 26, 2016

22

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

P004148

# Growth Opportunities

| Opportunity | Description/Comments | Overall Funding Need | Equity Funding Need | Run-Rate EBITDA | Timing |
|---|---|---|---|---|---|
| 1. Los Angeles Status | Gardens Regional – lease negotiation<br>St. Vincent lease negotiations<br>Plan to move ELA beds<br>Reduce semiprivate Suburban beds | | | 5.0 | 2017 |
| 2. Baton Rouge SNF Status | New lease facility; continguous to LTACH<br>Awaiting BRG decision | | | 2.0 | 2017 |
| 3. SLC SNF Status | IHC extended lease w/private rooms<br>Landmark facility acquisition | ? | ? | 3.0 | 2017 |
| 4. Vicksburg Status | Move to main building<br>Lease 11/1/17 – New Lease | - | - | 1.0 | 2017 |
| 5. Phoenix - Building | Add services – SNF, OR, UC – Plan 1/1/17 | *5.0 | 5.0 | 7.0 | 2017 |
| 6. Miss Lou | Acute care strategy – implementation 1/1/17 | ? | ? | 1.5-2.0 | January 2017 |
| 7. Promise Rejuvenation Clinic Status | New plan<br>Promise Rejuvenation Clinic Plan | 1.0 | - | 1.0-10.0 | 2017-2019 |
| 8. Surgery Centers | California, Florida, Phoenix | | | | |

**\*Over 5 years**

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001364

P004149

# Corporate Update

<u>Chief Medical Officer</u> – Charles Posternack, MD, FACP, FRCP
- Standard of care, Joint Commission, coding, clinical documentation (CDI) and Pharmacy

<u>Human Resources</u> – Nancy Spivack resigned.
- Katie Kato interim.  Hire objective is January 1, 2017

<u>Chief Administrative Officer</u> – Richard Cohen
- Insurance, purchasing, facilities management, vendor relationships, travel, regulatory, lease relationships and corporate office.

<u>Account Payable Manager</u> – Melissa Armstrong resigned.
- Caroline Cascio started October 2016.

<u>VP Information Technology</u> – Mark Mock resigned.
- James Brooks started October 2016

October 26, 2016

**PRIVILEGED & CONFIDENTIAL**

24

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001365

P004150

## Facility Management – Richard Cohen

# Facility Management

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001366

P004151

# Why formalize a Facility Management Dept.

- Aging facilities

- Maintenance requirements

- Need for Corporate Office oversight and expertise

- Real Estate manager and Licensed General Contractor works out of the Corporate Office

- Outcomes improved:
    - construction, repairs and maintenance projects are completed  more timely, and less costly
    - vendor relationships yield better pricing

October 26, 2016

PRIVILEGED & CONFIDENTIAL

26

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

# Facilities Management Dept. Responsibilities

### For facilities owned or leased under triple net leases, responsibilities are:

- Oversight of mechanical systems and the building structure.
- Construction projects and major repairs: planning, structural design, budgeting and contracting.
- Maintenance Programs – implementation of a program that will include both national and local vendor maintenance plans.
- Inspection of each facility at least twice a year to confirm compliance (Inspect what you expect)

October 26, 2016

PRIVILEGED & CONFIDENTIAL

27

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

# Facilities Management Department Responsibilities

For the Medical Office Buildings ("MOB's") both owned and leased, responsibilities are:

1) Make the MOB's profit centers
2) Oversight on leasing
3) Setting appropriate rental rates
4) Oversight of rent collection
5) Rejuvenate the conditions of the MOB's
6) Implement a maintenance program
7) Inspect each of the MOB's at least twice a year

PRIVILEGED & CONFIDENTIAL

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001369**

P004154

# CAPITAL PROJECTS

| PROMISE - WEST REGION | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| FACILITY | PROJECT | | | AMOUNT | | STATUS |
| | | | | | | |
| SAN DIEGO | OR HVAC REPLACEMENT AND E-POWER ADDITION | | | $1,700,000.00 | | STARTED |
| | | | | | | |
| | | | | $1,700,000.00 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| SUBURBAN | STERILIZATION REPLACEMENT IN OR | | | $45,000.00 | | STARTED |
| | DIALYSIS ROOM | | | $125,000.00 | | STARTED |
| | OXYGEN RAIL SYSTEM | | | $65,450.00 | | we have a proposal |
| | HYPERBARIC ADDITION | | | $300,000.00 | | STARTED |
| | RADIOLOGY AS-BUILTS FOR OSHPD APPROVAL | | | $20,000.00 | | STARTED |
| | CT SCAN TRAILER | | | $30,000.00 | | |
| | HVAC OR AND RADIOLOGY REPLACEMENT | | | $500,000.00 | | |
| | ROOF REPLACEMENT | | | $1,000,000.00 | | |
| | | | | | | |
| | | | | $2,085,450.00 | | |
| | | | | | | |
| SURBURAN MOB | UNIT AND CORRIDOR UPGRADES | | | $50,000.00 | | |
| | ROOF REPLACEMENT | | | $184,000.00 | | |
| | | | | $234,000.00 | | |
| | | | | | | |
| PHOENIX | HOSPITAL REFURBISHMENT AND EXPANSION | | | $5,000,000.00 | | |
| | | | | | | |
| HIH NOT CONSIDERED | | | | | | |
| | | | | | | |
| SALT LAKE CITY | | | | | | |
| | | | | | | |
| | | | | | | |

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001370

P004155

# CAPITAL PROJECTS

| PROMISE - EAST REGION | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| **FACILITY** | | | | | |
| | | | | | |
| **FORT MYERS** | WATER CONDITIONING APPARATUS | | | $20,000.00 | |
| | OR RECONFIGURATION TO MEET JCO COMPLIANCE | | | $100,000.00 | |
| | | | | **$120,000.00** | |
| | | | | | |
| | | | | | |
| **MIAMI** | OR RECONFIGURATION TO MEET JCO COMPLIANCE | | | **$100,000.00** | |
| | | | | | |
| | | | | | |
| **VILLAGES** | | | | $-0- | |
| | | | | | |
| **SHREVEPORT** | UNDERGROUND TANK REMOVAL & GENERATOR PROJECT | | | $80,000.00 | |
| | HOU PROJECT | | | $1,900,000.00 | |
| | | | | **$1,980,000.00** | |
| | | | | | |
| | | | | | |
| **VICKSBURG** | PLAN TO MOVE TO ANOTHER FACILITY | | | | |
| | | | | | |
| **BATON ROUGE** | | | | | |
| Mancuso | | | | | |
| | | | | | |
| **MISS-LOU** | | | | | |
| | | | | | |
| | | | | | |

October 26, 2016

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001371

P004156

# CAPITAL PROJECTS

| RUBY REGION | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| FACILITY | | | | | |
| | | | | | |
| OVERLAND PARK | VACUUM PUMP REPLACEMENT | | | $66,200.00 | STARTED |
| | WATER SOFTENING FOR 500 HALL | | | $15,000.00 | |
| | PROCEDURE ROOM | | | 75,000.00 | |
| | | | | $156,200.00 | |
| | | | | | |
| WICHITA FALLS | SNF REAR OF FACILITY SIDING/FACIA BOARD (SCHRON) | | | $70,000.00 | STARTED |
| | SNF ROOF REPLACEMENT (SCHRON) | | | $63,000.00 | |
| | SNF NURSES STATION (SCHRON) | | | $94,000.00 | |
| | | | | $227,000.00 | |
| | | | | | |
| DALLAS | ROOF REPLACEMENT (SCHRON) | | | $154,607.00 | STARTED |
| | BOILER REPLACEMENTS (SCHRON) | | | $111,752.00 | STARTED |
| | WATER HEATER REPLACEMENTS (SHRON) | | | $15,000.00 | |
| | COOLING TOWER REPAIR (SHRON) | | | $29,000.00 | |
| | | | | $310,359.00 | |
| | | | | | |

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001372

P004157

# CAPITAL PROJECTS

| SUCCESS | | | | | | |
|---------|---|---|---|---|---|---|
| | | | | | | |
| FACILITY | | | | | | |
| | | | | | | |
| SILVER LAKE | SEISMIC SPC-2 & NPC-3 UPGRADES | | | $3,000,000.00 | | STARTED |
| | CT SCANNER INSTALLATION WITHOUT PERMIT (TBD) | | | $500,000.00 | | STARTED |
| | ROOF REPLACEMENT | | | $320,000.00 | | |
| | BOILER PROJECT COMPLETION | | | $100,000.00 | | |
| | LOBBY RENOVATION PROJECT | | | $450,000.00 | | |
| | COOLING TOWER REPAIR | | | $75,000.00 | | |
| | CHILLER REPLACEMENT | | | $1,000,000.00 | | |
| | | | | | | |
| | | | | $5,445,000.00 | | |
| | | | | | | |
| | | | | | | |
| ST. ALEXIUS | ROOF REPLACEMENT | | | $500,000.00 | | STARTED |
| | OF AIR HANDLER REPAIR | | | $100,000.00 | | STARTED |
| | STERILIZATION ROOM REDESIGN | | | $100,000.00 | | STARTED |
| | SEWER LINE CLEAN OUT REPLACEMENT | | | $14,000.00 | | STARTED |
| | | | | $714,000.00 | | |
| | | | | | | |

October 26, 2016

PRIVILEGED & CONFIDENTIAL

32

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001373

# Success – 2016 Budget Variances - September

**Success Healthcare, LLC**
**2016 Budget Variances**
**September**

| | | Annual 2016 Budget | YTD Ended September 30, 2016 | | | YTD 2015 Actual |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Actual | Budget | Variance | |
| **EBITDAM** | | | | | | |
| **Success** | | | | | | |
| St. Louis | (a) | 2,900,189 | 728,243 | 1,756,869 | (1,028,626) | (155,345) |
| Silver Lake | | 7,618,142 | 2,553,042 | 5,728,619 | (3,175,577) | 4,177,911 |
| **Total Success EBITDAM** | | **10,518,331** | **3,281,285** | **7,485,488** | **(4,204,203)** | **4,022,566** |
| PROMISE ALLOCATED EXPENSES | | | | | | |
| Less: Corporate Expense (Success) | | (4,200,000) | (2,960,305) | (3,149,999) | 189,694 | (3,095,601) |
| Plus: Rent Adjustment (owned facilities) | | 2,093,544 | 1,570,158 | 1,570,158 | - | 1,609,799 |
| **Pro Forma EBITDA** | | **8,411,875** | **1,891,138** | **5,905,647** | **(4,014,509)** | **2,536,764** |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY     PROMISE_00001374

P004159

# FY 2017 – 2019 Projections - Success

## FY 2017 – 2019 Projections

| | Historical | | | | Projection | | |
|---|---|---|---|---|---|---|---|
| | Audited 2013 | Audited 2014 | Audited 2015 | Projected 2016 | Projection 2017 (a) | Projection 2018 (a) | Projection 2019 (a) |
| **EBITDAM** | | | | | | | |
| **St. Alexius Hospital** | 7.9 | 2.1 | 0.5 | 1.3 | 3.0 | 3.5 | 4.0 |
| **Silver Lake Medical Center** | 5.6 | 3.8 | 4.1 | 3.9 | 4.5 | 5.1 | 6.0 |
| **Total** | 13.5 | 5.9 | 4.6 | 5.2 | 7.5 | 8.6 | 10.0 |

**Footnotes:**
   **(a)  Backed out contribution of ELA 8th floor addition of $3 mm**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**          PROMISE_00001375

P004160

# Success Healthcare
# St. Alexius Hospital and Silver Lake Medical Center Divestiture

## St. Alexius Hospital

**Summary**
- Sole metropolitan "stand alone facility"
- Lower income neighborhood – no Medicaid expansion
- Difficult physician staff
- Aged facilities
- Lack of adequate resource
- Limited managed care contracts
- Contract labor expense excessive
- Closed services for regular repairs
- High benefit costs

**Growth**
- 5 year slot lease agreement - $5.2M vs. $1.3M annual
- Projecting increase in all surgical services
- Addition of dialysis services
- Hyperbarics to be installed in 2017
- Recruited vascular surgeon and return of Dr. Knight in the cath lab
- Increase in primary care claims

PRIVILEGED & CONFIDENTIAL

October 26, 2016

35

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

P004161

# St. Alexius Hospital and Silver Lake Medical Center Divestiture

## Silver Lake Medical Center

**Summary**

- LOS and over utilization difficulties
- Contract labor cost excessive
- Lack of resources
- Seismic requirement – cash needs

**Growth**

- Reduce contract labor usage
- Redirection of surgeons from St. Vincent
- Improve case management reducing Medicare LOS by 3 days
- New spinal surgical group
- Dialysis center in MOB (Davita)
- 8th Floor lease options

**PRIVILEGED & CONFIDENTIAL**

October 26, 2016

36

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

PROMISE_00001377

P004162

# V

Please replace this page with a **roman numeral** tab V

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

PROMISE_00001378

P004163

# V. Chief Financial Officer Report – James Hopwood
## Agenda

- 2015 Audited Financials
- Revenue Cycle Update
- Cash Flow Review – Trends, Top Vendors, Physicians,13-week cash flow
- CAPEX Plan and Financing Transaction Update
    - o    Real Estate – Villages, San Diego, Silver Lake
    - o    Lease Financing
- Labor Review
- Information Technology
    - o    Oracle
    - o    Electronic Health Record Update
    - o    Metrics
- Payables
- Insurance Programs
- 2017 Budget Planning
- Promise Healthcare Group, LLC Treasury Report

**PRIVILEGED & CONFIDENTIAL**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001379**

P004164

# V. Chief Financial Officer Report
## Agenda

a)  Financial Statement and Audit Recap

b)  Revenue Cycle Update

c)  Cash Flow Review

d)  Capex Plan and Financing Transaction Update

e)  Labor Planning Update

f)  Information Technology

g)  Payables

h)  Insurance Programs

i)  2017 Budget Planning

j)  Promise Healthcare Group LLC Treasury Report

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                                        PROMISE_00001380

P004165

# Chief Financial Officer Report
## a.) Financial Statement and Audit Recap

PROMISE HEALTHCARE GROUP, LLC AND SUBSIDIARIES
Audited Consolidated Statement of Operations
FOR THE YEAR ENDING DECEMBER 31, 2015

| | Promise Healthcare, Inc and Affiliates | Success Healthcare, LLC and Subsidiaries | Promise Healthcare # 2 and Subsidiaries | Promise Healthcare Holdings, Inc | Promise Healthcare Group, LLC | Sun Capital Healthcare, Inc and Sun Capital, Inc | Eliminations | Consolidated |
|---|---|---|---|---|---|---|---|---|
| **Net Operating Revenues** | | | | | | | | |
| Operating revenues before provision for doubtful accounts | $ 319,999,311 | $ 137,658,570 | $ 62,429,886 | $ - | $ - | $ 19,976 | $ (3,229,558) | $ 516,878,185 |
| Less: provision for doubtful account | $ 8,075,808 | $ 14,578,352 | $ 4,760,716 | $ - | $ - | $ - | $ - | $ 27,414,876 |
| **Net Operating Revenues** | $ 311,923,503 | $ 123,080,218 | $ 57,669,170 | $ - | $ - | $ 19,976 | $ (3,229,558) | $ 489,463,309 |
| **Operating expenses:** | | | | | | | | |
| Salaries and wages | $ 146,650,910 | $ 64,330,856 | $ 25,651,891 | $ - | $ 1,191,053 | $ 70,000 | $ - | $ 237,894,710 |
| Employee taxes and benefits | $ 25,652,318 | $ 11,738,454 | $ 4,367,327 | $ - | $ 537,599 | $ - | $ - | $ 42,295,698 |
| Purchased services | $ 43,620,253 | $ 11,664,834 | $ 9,319,484 | $ - | $ 1,555,989 | $ 381,551 | $ - | $ 66,542,111 |
| Supplies and materials | $ 37,535,784 | $ 14,622,752 | $ 6,666,093 | $ - | $ - | $ - | $ - | $ 58,824,629 |
| Rent and leases | $ 13,891,655 | $ 5,480,975 | $ 6,132,732 | $ - | $ - | $ - | $ (59,560) | $ 25,445,802 |
| General and administrative expenses | $ 20,328,661 | $ 13,806,073 | $ 7,329,088 | $ - | $ 264,018 | $ 13,586 | $ (3,169,998) | $ 38,571,428 |
| Depreciation and amortization | $ 12,492,349 | $ 6,858,559 | $ 163,373 | $ - | $ - | $ - | $ - | $ 19,514,281 |
| **Total operating expenses** | $ 300,171,930 | $ 128,502,503 | $ 59,629,988 | $ - | $ 3,548,659 | $ 465,137 | $ (3,229,558) | $ 489,088,659 |
| **Operating Income (Loss)** | $ 11,751,573 | $ (5,422,285) | $ (1,960,818) | $ - | $ (3,548,659) | $ (445,161) | $ - | $ 374,650 |
| **Other Income (Expense):** | | | | | | | | |
| Interest expense | $ (7,743,629) | $ (2,205,366) | $ (81,980) | $ - | $ - | $ - | $ - | $ (10,030,975) |
| Interest (expense) income - related party | $ (15,851,701) | $ (3,762,352) | $ (2,164,457) | $ 15,206,333 | $ 6,570,177 | $ - | $ - | $ - |
| Other income(expense) | $ 605,342 | $ 753,165 | $ (59,387) | $ (8,150) | $ (2,400) | $ 183,523 | $ - | $ 1,472,093 |
| **Total other (expense), net** | $ (22,989,988) | $ (5,214,553) | $ (2,305,824) | $ 15,200,183 | $ 6,567,777 | $ 183,523 | $ - | $ (8,556,882) |
| **Net Income (Loss) before taxes** | $ (11,238,415) | $ (10,636,838) | $ (4,266,642) | $ 15,200,183 | $ 3,019,118 | $ (261,638) | $ - | $ (8,184,232) |
| **Provision for Income Taxes** | $ (278,098) | $ (2,700) | $ - | $ - | $ - | $ (105,301) | $ - | $ (366,099) |
| **Net Income (Loss)** | $ (11,516,513) | $ (10,639,538) | $ (4,266,642) | $ 15,200,183 | $ 3,019,118 | $ (366,939) | $ - | $ (8,570,331) |
| Net Income (Loss) Attributable to Non-controlling Interest | $ (1,017,196) | $ - | $ - | $ - | $ - | $ - | $ - | $ (1,017,196) |
| Net Income (Loss) before taxe Attributable to Controlling Interest | $ (10,499,315) | $ (10,639,538) | $ (4,266,642) | $ 15,200,183 | $ 3,019,118 | $ (366,939) | $ - | $ (7,553,133) |
| **Footnotes** | | | | | | | | |
| Operating Income (Loss) from Operations | $ 11,751,573 | $ (5,422,285) | $ (1,960,818) | $ - | $ (3,548,659) | $ (445,161) | $ - | $ 374,650 |
| Add: Non Recurring and one time transactions costs | $ 5,030,574 | $ 1,001,136 | $ 18,222 | $ - | $ 1,359,547 | $ - | $ - | $ 7,409,479 |
| Add: Depreciation and Amortization | $ 12,492,349 | $ 6,858,559 | $ 163,373 | $ - | $ - | $ - | $ - | $ 19,514,281 |
| Add: Dade deferred rent - Land | $ 859,380 | $ - | $ - | $ - | $ - | $ - | $ - | $ 859,380 |
| **Adjusted EBITDA** | $ 30,133,876 | $ 2,437,410 | $ (1,779,223) | $ - | $ (2,189,112) | $ (445,161) | $ - | $ 28,157,790 |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001381

P004166

# Chief Financial Officer Report
## a.) Financial Statement and Audit Recap

PROMISE HEALTHCARE GROUP, LLC AND SUBSIDIARIES
Audited Consolidated Statement of Operations
FOR THE YEAR ENDING DECEMBER 31, 2015

| | Promise Healthcare, Inc and Affiliates | Success Healthcare, LLC and Subsidiaries | Promise Healthcare #2 and Subsidiaries | Promise Healthcare Holdings, Inc | Promise Healthcare Group, LLC | Sun Capital Healthcare, Inc and Sun Capital, Inc | Eliminations | Consolidated |
|---|---|---|---|---|---|---|---|---|
| **EASTERN REGION** | | | | | | | | |
| Shreveport | $ 5,981,008 | | | | | | | $ 5,981,008 |
| Bossier City | $ 5,778,565 | | | | | | | $ 5,778,565 |
| Miss Lou | $ 1,417,691 | | | | | | | $ 1,417,691 |
| Baton Rouge(Main Campus) | $ 4,112,085 | | | | | | | $ 4,112,085 |
| Baton Rouge | $ 2,656,339 | | | | | | | $ 2,656,339 |
| The Villages | $ 3,828,920 | | | | | | | $ 3,828,920 |
| Miami Lakes | $ (3,868,861) | | | | | | | $ (3,868,861) |
| Fort Myers | $ (2,462,300) | | | | | | | $ (2,462,300) |
| Vicksburg | $ 755,772 | | | | | | | $ 755,772 |
| Regional Office | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL EASTERN REGION** | $ 18,179,219 | $ - | $ - | $ - | $ - | $ - | $ - | $ 18,179,219 |
| **WESTERN REGION** | | | | | | | | |
| Suburban | $ 14,301,616 | | | | | | | $ 14,301,616 |
| East Los Angeles | $ 1,555,630 | | | | | | | $ 1,555,630 |
| San Diego | $ 261,070 | | | | | | | $ 261,070 |
| Phoenix | $ 2,433,891 | | | | | | | $ 2,433,891 |
| Salt Lake City | $ 5,610,954 | | | | | | | $ 5,610,954 |
| Regional Office | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL WESTERN REGION** | $ 24,163,161 | $ - | $ - | $ - | $ - | $ - | $ - | $ 24,163,161 |
| **RUBY REGION** | | | | | | | | |
| Dallas | | | $ 314,481 | | | | | $ 314,481 |
| Wichita Falls | | | $ 217,616 | | | | | $ 217,616 |
| Overland Park | | | $ 1,120,998 | | | | | $ 1,120,998 |
| Overland Park SNF | | | $ (514,418) | | | | | $ (514,418) |
| Wichita Falls - SNF | | | $ (915,972) | | | | | $ (915,972) |
| Houston | | | $ (439,635) | | | | | $ (439,635) |
| **TOTAL RUBY REGION** | $ - | $ - | $ (216,930) | $ - | $ - | $ - | $ - | $ (216,930) |
| **SUCCESS** | | | | | | | | |
| St. Alexius | | $ 477,706 | | | | | | $ 477,706 |
| Silver Lake | | $ 4,088,462 | | | | | | $ 4,088,462 |
| **TOTAL EBITDAM** | $ 42,342,380 | $ 4,566,168 | $ (216,930) | $ - | $ - | $ - | $ - | $ 46,691,618 |
| Less: Corporate Expense - (Promise/Ph#2) (ex non recurring) | $ (15,063,939) | $ (3,972,048) | $ (1,562,293) | $ - | $ (2,189,112) | $ (445,161) | $ - | $ (23,232,553) |
| Less: Allocated Expense - Ruby | | | | | | | | $ - |
| Plus: Rent building at owned facilities | $ 3,426,732 | $ 2,133,185 | | | | | | $ 5,559,917 |
| Less: Anti-Aging/ Wellness | $ - | $ - | $ - | | | | | $ - |
| Less: Real Estate Company expenses | $ (571,297) | $ (289,895) | $ - | | | | | $ (861,192) |
| **Pro Forma EBITDA** | $ 30,133,876 | $ 2,437,410 | $ (1,779,223) | $ - | $ (2,189,112) | $ (445,161) | $ - | $ 28,157,790 |

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001382

# Chief Financial Officer Report
## a.) Financial Statement and Audit Recap

**Audit Completion Timeline**

- 12/31/14 Audit:  Commenced April 2015.  Audit issued 3/15/16.

- 12/31/15 Audit:  Commenced April 2016.  Audit issued 8/1/16.

- 12/31/16 Audit: Commenced October 2016. Audit expected 4/30/17.

**Improved Process**

- Upfront discussion of audit challenges, daily communication with the Crowe team during the audit process, and effective project management by Promise personnel facilitated the swift issuance of the 12/31/15 audited financials.

- These same techniques as well as the addition of 2016 interim audit testing by the Crowe team should lead to issuance of the 12/31/16 audited financials by the 4/30/17 deadline.

In addition, efficient completion of tax returns is highly dependent on the timely publication of audited financial results.  As we continue to compress the timeline and cost of audit completion, we expect improved efficiencies in tax reporting.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001383

P004168

# Chief Financial Officer Report
## b.) Revenue Cycle Update.  Summary.

Significant process improvements and personnel upgrades have occurred over the last twelve months.  Specifically:

- More experienced collectors and supervisors/managers are now in place;

- Revenue calculation and recognition systems were redesigned and rebuilt;

- Front end accountability has been reinforced through RAVE and Triple-Check systems, education, training and communication;

- More frequent and regular conference call communications between CBO management and Hospital personnel to review account status;

- Dedicated denial management personnel tasked with tracking, reporting, appealing and resolving payer denials and identifying trends;

- More aggressive collection efforts placed upon payers who delay ultimate resolution and collection of balances owed including assignment of accounts to third party experts and legal counsel;

- Development of CBO dashboards that provide significantly improved information flow to manage revenue, monitor coding and billing process flows, identify issues and trends, monitor stale accounts, report collections as well other important aspects of revenue cycle management.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                     PROMISE_00001384

P004169

# Chief Financial Officer Report
## b.) Revenue Cycle Update.  Triple Check Process.

**Triple Check went live August 1, 2016**

Triple Check process.

**PPS Revenue Report**

- All facilities have access to PPS Revenue Report;
- Recalculates at 6am every morning;
- Patient's names that are blue are site neutral patients;
- Calculations that are missing are red;
- DRGs that are 0 are red;
- When RAVE is updated the update will appear the following day or request manual recalculation from CBO.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY     PROMISE_00001385

P004170

# Chief Financial Officer Report
## b.) Revenue Cycle Update.  Triple Check Process.

**Final Coded Monitoring**

- Report is "Discharge to Code" that will be monitored by CBO
- The colors are as follows:
    - Yellow 3-4 days from discharge not coded
    - Red >5 not coded
- Report reflects total revenue on accounts not coded

**Triple Check – Discharge Patient Approval**

- Facility reviews authorizations, charges & expected revenue
- Agree – agree to authorizations complete, charges posted and expected revenue is correct
- After facility agrees and saves, revenue is locked and the patient's name turns green in the PPS Revenue Report
- Account is then final billed by CBO
- If facility disagrees, the comment field must be completed prior to clicking save
- CBO retrieves the Triple Check Disagree Report, reviews the comments and follows up with the facility
- Facilities have access to the Triple Check Log Report for all agree and disagree accounts for follow up
- Once updated facility will go back into Triple Check, agree and save.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001386

P004171

# Chief Financial Officer Report
## b.) Revenue Cycle Update.  Triple Check Process.

**Patients Holding up Revenue**

- Patients discharged, final coded and not agreed are monitored
- Report lists expected reimbursement held up if account is not completed and approved

**Scripting Tool**

- Meditech proration was disabled and replaced with the Scripting Tool
- Scripting Tool went live September 1, 2016
- Contractual Adjustments are posted the same day the account is final billed
- If the Triple Check is completed timely within the month, the revenue closing process is streamlined and there is no delay from final bill to posted adjustments.

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                                    **PROMISE_00001387**

P004172

# Chief Financial Officer Report
## b.) Revenue Cycle Update.  Dashboard Review.



**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00001388**

P004173

# Chief Financial Officer Report

## b.) Revenue Cycle Update.  Dashboard Review.

**BD Agencies**  List of Accounts that were outsourced to a designated Insurance Collection Agency. The list includes the date and the amount it was outsourced and all payments or denials posted after the outsource date.

**Credit Balances**  List of Accounts with credit balances filtered by Facility – by Insurance – by Age

**Denial – Prior Day Cash**  Lists any payments or denials for appealed accounts for the prior day. There is an option to choose a date range and not just the prior day.

**Denial Management**

List of Accounts filtered by Facility – by Insurance.

States the reason for the Denial – Coding, No Authorization, Timely.

States if the appeal was Reversed or Upheld.

States if the appeal went to the second level of appeal.

Lists the Percentage for each of the statuses.

**DNFB By Name**  List of all accounts by Biller/Collector's name that are Discharged, Final Coded and Approved in Triple Check that can be billed. Report has a date range option to ensure all approved accounts are submitted.

**Interim Billing Report**  List of all patients that are still in house at month end so Billers/Collectors can request an interim bill. Commercial – every 30 days, Medicare – every 60 days. The report also states the last time an interim bill was requested to ensure the account is billed every 30/60 days.

**Late Charges**  List of all accounts by Facility – by Insurance – by Account – Late Charge Amount - for all accounts that have charges posted after the account was Final Billed.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                                     PROMISE_00001389

P004174

# Chief Financial Officer Report
## b.) Revenue Cycle Update.  Dashboard Review.

**Medicare Exhaust**  List of all accounts that Exhausted all Medicare Days, by Facility, Account, Age
**Patients Holding Up Revenue**  List of patients – by Facility – by Year – by Month – Reimbursement Amount – Number of Days since Final Coded
**PPS Condensed Report**  List of Facility's expected revenue – by Facility – by Year – by Month – by Financial Class – by Discharge/In House Status – by Payor – LTAC and STAC outlier (reduces Medicare claim submission timeframe when this information is known before claims are submitted)– by Facility Expected Reimbursement
**Prior Day Cash**  List of accounts that have payment/denial posted prior day or selected date– by Facility – by Insurance – by patient Account. List includes the Total Charges, Total Adjustments, Payments and Balance. These accounts are worked daily to ensure the balance is correct, the amount due is in the proper Insurance bucket and all Insurances are billed.
**Projects**  List of Accounts in an Insurance Project status – by Name of Insurance – by Facility – by Patient – With Patient's Birthdate, Policy Number and Revenue Codes (Information required on Insurance's Template) – Total Charges and Expected Reimbursement.
**Reminders**  List of Reminders (Tickler File) – by Biller/Collector – by Facility – by Date – by Account with the Reminder Text
**RptCash-CBO Biller**  Statement of Cash Posted Drilled down by Quarter – by Month – by East, West, Ruby – by Facility – by Insurance – by Biller ID
East and West are real time (cash is updated as it is posted) Ruby is updated once a day each morning.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001390

P004175

# Chief Financial Officer Report

## b.) Revenue Cycle Update.  Dashboard Review.

**CBO Statistics – Cash Report**

Statement of Cash Posted Drilled down by East, West, Ruby – by Facility – by Insurance – by Biller ID

East and West are real time (cash is updated as it is posted) Ruby is updated once a day each morning.

In Development – Promise Two Cash will be listed separately.

**CBO vs Revenue**

Verification of CBO expected payment is equal to Facility expected payment – should match.

**Contractual Adjustments**

Approval of Contractual Adjustments on accounts that are Final Billed. Once approved by adding current date to the Batch Date column it is auto posted at designated time – checked and posted every day

**Final Billing Report**

Calculates the total claims submitted by Biller – the amount of time from Discharge to Final Code, Final Code to Triple Check Approval, Approval to Final Bill (Claim Submitted), Overall amount of time from Discharge to Final Bill.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001391

P004176

# Chief Financial Officer Report

## b.) Revenue Cycle Update.  Dashboard Review.

**Discharge to code**  List of all Discharged patients that are not Final Coded – by Facility – by Account, with the number of days since discharged and the Reimbursement amount.

**Patients Holding Up Revenue**  List of all Discharged, Final Coded patients that have not been approved in Triple Check, with the amount of Expected Revenue. These patients are not Final Billed until they are approved.

**PPS Revenue Report**  List of Patients that are In House or Discharged – by Year – by month - by Facility - by Financial Class with all of the information that is needed to approve Triple Check. Patient Names are Blue if they are site neutral. Block with the Patient Name is Green when it is approved in Triple Check.

**Rave Issues**  List of Patients that are In House – by Year – by month - by Facility - that have edits that need to be resolved so Expected Revenue can be calculated.

**Triple Check Log Report**  List of Patients that are Discharged and Final Coded - by Date – by Facility – with the Log Response (Agree or Disagree) – by User – by Date Stamp. All D – Disagree need to be worked.

**POWER BI Dashboard**  report filtering capabilities for aged account and expected revenue to cash.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                              PROMISE_00001392

P004177

# Chief Financial Officer Report
## b.) Revenue Cycle Update.  Managed Care Contracting.

- All facilities credentialed with Veterans Affairs and Department of Labor Office for Government Workers Comp

- Streamlined credentialing Process to avoid unnecessary terminations with payers and to easily become a participating provider more efficiently.

- Adding on site Managed Care team member to increase Managed Care business in the California market.

- In 2 years increased Managed Care Agreements by 75%.

- Adding outpatient contracts to existing agreements and adding new to enhance our growing outpatient programs
  - OP Surgery
  - Urgent Care

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001393

P004178

# Chief Financial Officer Report
## b.) Revenue Cycle Update.  Managed Care Contracting.

- Coventry WC          Suburban – ½ million in collections in 6 months
- Aetna                Vicksburg –  access to prisoner population
- Cigna                St. Alexius
- Molina               Texas
- Cigna                Overland Park
- Coventry             All Florida facilities
- Mercy Care           Phoenix
- Bridgeway            Phoenix
- Optum                Shreveport
- LACARE               Silverlake
- LACARE               Suburban
- United               Villages Outpatient – this is big for Villages
- Tricare              Miami
- Tricare              Ft. Myers
- Tricare              Shreveport Mental Health

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00001394**

P004179

# Chief Financial Officer Report
## b.) Revenue Cycle Update.  Centralized Authorization Unit.

- Currently in development phase – preparing for Proof of Concept

- Pilot in Florida to have full range of services and cooperation of local payers

- When expanding will need to have flexible hours to account for varying time zones

- Supervisor should have a strong medical background such as an RN Case Manager

- Doing this to streamline process. Direct access to CBO and Corporate Managed Care. Avoid unnecessary denials. Problem solve real time any issues with payers.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001395

P004180

# Chief Financial Officer Report
## c.) Cash Flow Review

On the following pages, we will review:

- o  Trends in collections, accounts payable and revolver balance

- o  Top vendors

- o  Physician Aging

And as a separate handout:

- o  Historical weekly cash flow
- o  13 week cash flow forecast

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                                    PROMISE_00001396

P004181

# Chief Financial Officer Report

## c.) Cash Flow Review.  Collection and Accounts Payable Trends.

| | Collections | | | | | Loan | Monthly | Days of |
|---|---|---|---|---|---|---|---|---|
| | Promise 1 | Success | Promise 2 | Total | A/P Balance | Balance | Expenses | A/P |
| **3/17/2014** | | | | | 50,509,927 | 18,000,000 | 15,470,443 | 99.6 |
| **Apr-14** | 24,669,942 | 11,816,688 | 35,325 | 36,521,955 | 48,488,403 | 23,377,148 | 14,971,396 | 98.8 |
| **May-14** | 21,703,092 | 10,591,024 | 1,188,908 | 33,483,023 | 43,215,435 | 26,265,219 | 19,662,039 | 67.0 |
| **Jun-14** | 21,643,878 | 13,648,567 | 391,188 | 35,683,634 | 43,167,722 | 35,104,531 | 18,068,087 | 75.4 |
| **Jul-14** | 23,306,632 | 10,822,163 | 86,553 | 34,215,348 | 40,757,914 | 42,662,765 | 18,061,249 | 67.2 |
| **Aug-14** | 23,172,304 | 8,740,235 | 169,211 | 32,081,749 | 36,298,492 | 38,722,541 | 14,412,104 | 66.1 |
| **Sep-14** | 22,053,364 | 8,969,189 | 99,192 | 31,121,745 | 39,560,022 | 44,281,451 | 17,427,751 | 72.9 |
| **Oct-14** | 25,435,513 | 10,122,370 | 220,864 | 35,778,747 | 43,626,579 | 44,289,397 | 19,869,444 | 77.6 |
| **Nov-14** | 19,502,947 | 8,940,215 | 9,676,724 | 38,119,886 | 42,357,509 | 39,776,099 | 17,312,272 | 71.4 |
| **Dec-14** | 24,782,680 | 14,447,064 | 5,686,085 | 44,915,830 | 41,841,072 | 41,146,232 | 17,154,753 | 70.8 |
| **Jan-15** | 21,563,660 | 9,413,334 | 4,316,154 | 35,293,147 | 40,925,137 | 42,408,223 | 18,630,500 | 70.9 |
| **Feb-15** | 25,264,435 | 8,281,884 | 3,510,335 | 37,056,653 | 41,101,653 | 39,784,161 | 18,465,229 | 69.7 |
| **Mar-15** | 25,098,501 | 11,022,937 | 6,227,123 | 42,348,560 | 42,693,871 | 39,482,544 | 19,872,470 | 68.9 |
| **Apr-15** | 26,053,031 | 15,030,207 | 5,753,733 | 46,836,971 | 42,681,902 | 39,495,548 | 19,704,933 | 67.7 |
| **May-15** | 25,353,277 | 10,019,377 | 4,434,037 | 39,806,691 | 37,459,349 | 37,231,815 | 19,471,520 | 58.4 |
| **Jun-15** | 24,664,457 | 11,869,805 | 4,348,434 | 40,882,696 | 36,952,746 | 39,054,262 | 20,098,390 | 57.4 |
| **Jul-15** | 26,242,452 | 11,765,806 | 5,062,525 | 43,070,783 | 40,179,483 | 36,894,261 | 19,352,746 | 62.7 |
| **Aug-15** | 26,431,685 | 11,470,259 | 3,860,088 | 41,762,033 | 38,062,606 | 37,444,527 | 18,496,942 | 60.4 |
| **Sep-15** | 25,590,399 | 8,970,352 | 3,696,158 | 38,256,909 | 38,263,634 | 41,039,928 | 17,675,058 | 63.4 |
| **Oct-15** | 23,492,558 | 7,652,826 | 5,108,862 | 36,254,246 | 40,162,993 | 45,709,530 | 18,825,718 | 67.2 |
| **Nov-15** | 22,524,504 | 8,550,269 | 4,150,418 | 35,225,192 | 40,512,342 | 47,272,718 | 17,824,833 | 68.6 |
| **Dec-15** | 26,742,854 | 12,188,478 | 4,336,894 | 43,268,225 | 49,624,308 | 43,773,775 | 18,442,722 | 82.9 |
| **Jan-16** | 24,619,610 | 9,453,926 | 4,825,099 | 38,898,635 | 50,917,630 | 44,094,011 | 19,580,422 | 83.9 |
| **Feb-16** | 26,154,970 | 9,583,088 | 4,509,608 | 40,247,666 | 51,018,278 | 46,899,642 | 20,060,311 | 80.8 |
| **Mar-16** | 29,137,314 | 9,579,265 | 5,379,595 | 44,096,175 | 51,859,031 | 49,608,512 | 18,577,805 | 82.0 |
| **Apr-16** | 26,833,310 | 10,823,076 | 3,641,524 | 41,297,910 | 49,036,435 | 51,634,674 | 19,387,026 | 77.7 |
| **May-16** | 26,438,402 | 9,957,172 | 4,807,933 | 41,203,507 | 46,928,450 | 55,809,152 | 19,910,153 | 74.6 |
| **Jun-16** | 29,765,318 | 9,380,598 | 6,051,592 | 45,197,508 | 42,992,564 | 56,980,749 | 19,643,633 | 67.1 |
| **Jul-16** | 25,107,967 | 10,266,178 | 5,121,063 | 40,495,209 | 48,583,872 | 54,000,280 | 19,349,565 | 75.9 |
| **Aug-16** | 26,607,060 | 11,653,085 | 4,705,983 | 42,966,128 | 51,739,415 | 48,911,331 | 21,175,600 | 79.1 |
| **Sep-16** | 25,406,402 | 9,834,175 | 4,911,644 | 40,152,221 | 49,979,368 | 51,584,430 | 18,758,138 | 77.6 |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY    PROMISE_00001397

P004182

# Chief Financial Officer Report
## c.) Cash Flow Review.  Top Vendors by Payable Balance.

| Vendor Name | TTM Payments | Payables | Total Spend |
|---|---|---|---|
| MEDLINE INDUSTRIES INC | 16,461,912 | 2,901,219 | 19,363,130 |
| MCKESSON TECHNOLOGIES INC | 155,241 | 1,215,079 | 1,370,320 |
| ANGELICA TEXTILE SERVICES | 1,817,806 | 1,024,194 | 2,842,001 |
| SOUTHLAND MANAGEMENT GROUP, INC | 1,910,687 | 864,832 | 2,775,519 |
| PENNSYLVANIA MANUFACTURERS | 2,710,898 | 814,783 | 3,525,682 |
| MORRISON | 1,910,364 | 807,200 | 2,717,564 |
| METLIFE | 1,373,860 | 672,549 | 2,046,409 |
| KCI USA | 2,100,006 | 571,411 | 2,671,417 |
| M*MODAL SERVICES, LTD | 525,569 | 538,144 | 1,063,713 |
| PROSKAUER ROSE LLP | 312,024 | 523,365 | 835,389 |
| FREEDOM MEDICAL, INC. | 3,047,101 | 512,100 | 3,559,202 |
| CAREFUSION SOLUTIONS, LLC | 2,988,032 | 498,679 | 3,486,712 |
| TOTAL WOUND MANAGEMENT, LLC | 703,835 | 427,011 | 1,130,846 |
| CROWE HORWATH LLP | 941,460 | 405,918 | 1,347,378 |
| SW GENERAL, INC. | 43,928 | 396,993 | 440,921 |
| READYLINK INC | 242,529 | 391,583 | 634,112 |
| INTERSTATE REHABILITATION, LLC | 1,518,561 | 390,360 | 1,908,920 |
| CARDINAL HEALTH | 18,958,414 | 390,278 | 19,348,693 |
| BUCHALTER NEMER | 279,891 | 386,092 | 665,983 |
| VSH 2008, LLC | 2,268,574 | 378,205 | 2,646,780 |
| PRIMACARE, INC. | 128,300 | 370,065 | 498,365 |
| RIVER REGION HEALTH SYSTEM - ANC | 1,441,139 | 362,065 | 1,803,204 |
| REHABCARE GROUP MANAGEMENT | 246,240 | 341,262 | 587,502 |
| NTHRIVE SOLUTIONS, INC | 11,406 | 339,230 | 350,636 |
| KAISER FOUNDATION HEALTH PLAN | 1,604,046 | 306,082 | 1,910,128 |
| BEAL, JOHN | | 303,402 | 303,402 |
| MEDASSETS INC | 833,528 | 300,863 | 1,134,391 |
| HEALTHCARE SERVICES GROUP INC | 555,264 | 298,520 | 853,783 |
| LABCORP | 302,803 | 277,817 | 580,620 |
| SYMETRA LIFE INSURANCE COMPANY | 1,609,775 | 273,709 | 1,883,485 |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001398

P004183

# Chief Financial Officer Report
## c.) Cash Flow Review.  Physician Payables.

|  | TTM Payments | Payables | Under 30 | 31-60 | 61-90 | 90+ | Total Spend |
|---|---|---|---|---|---|---|---|
| **Promise** | | | | | | | |
| **Total East** | 3,926,829 | 391,370 | 113,444 | 230,137 | 32,789 | 15,000 | 4,318,199 |
| **Total West** | 3,885,024 | 335,885 | 87,540 | 169,025 | 79,320 | - | 4,220,908 |
| **Total Ruby** | 726,114 | 74,793 | 25,307 | 49,486 | - | - | 800,907 |
| **Total Promise** | 8,537,966 | 802,048 | 226,291 | 448,648 | 112,109 | 15,000 | 9,340,014 |
| | | | | | | | |
| **Total Success** | 1,681,762 | 287,112 | 95,031 | 42,461 | 36,154 | 113,465 | 1,968,874 |
| **Specialty** | | | | | | | |
| Southland Mngt. Group | 1,910,687 | 842,073 | 118,042 | 182,446 | 233,655 | 307,929 | 2,752,760 |
| Interstate Rehabilitation | 1,518,561 | 390,360 | 115,733 | 137,249 | 137,378 | - | 1,908,920 |
| Total Wound Mngt. | 703,835 | 427,011 | 68,918 | 74,467 | 73,433 | 210,192 | 1,130,846 |
| **Total Specialty** | 4,133,083 | 1,659,443 | 302,693 | 394,162 | 444,467 | 518,121 | 5,792,526 |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001399

P004184

# Chief Financial Officer Report
## d.) Capex Plan and Financing Transaction Update

On the following pages, we will review:

- o Capital Expenditure Plan, Forecast and Funding Status

- o Real Estate Financing Update

- o Lease Financing Update

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**      **PROMISE_00001400**

P004185

# Chief Financial Officer Report
## d.) Capital Expenditure Plan Status

| | 2016 Budget | | | | | 2016 Forecast | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Budget** | **Lease** | **Loan** | **Landlord** | **Unfinanced** | **Forecast** | **Lease** | **Loan** | **Landloard** | **Unfinanced** |
| **Promise 1** | | | | | | | | | | |
| East | 4,243,000 | 1,500,000 | 2,380,000 | - | 363,000 | 2,378,848 | 1,708,165 | 550,000 | - | 120,683 |
| West | 4,357,000 | 1,500,000 | 2,380,000 | - | 477,000 | 2,538,421 | 1,596,178 | 550,000 | - | 392,243 |
| Corporate | 2,000,000 | 2,000,000 | - | - | - | 1,799,311 | 1,688,094 | - | - | 111,217 |
| **Promise 1 Total** | **10,600,000** | **5,000,000** | **4,760,000** | **-** | **840,000** | **6,716,580** | **4,992,437** | **1,100,000** | **-** | **624,144** |
| | | | | | | | | | | |
| **Promise 2 Total** | **3,500,000** | **-** | **-** | **1,500,000** | **2,000,000** | **1,057,925** | **351,317** | **-** | **500,000** | **206,608** |
| | | | | | | | | | | |
| **Success** | | | | | | | | | | |
| Silver Lake | 8,740,000 | 2,800,000 | 5,940,000 | - | - | 3,385,907 | 619,955 | 1,500,000 | - | 1,265,952 |
| St. Alexius | 600,000 | 200,000 | 400,000 | - | - | 1,447,725 | 103,900 | 1,000,000 | - | 343,825 |
| **Success Total** | **9,340,000** | **3,000,000** | **6,340,000** | **-** | **-** | **4,833,632** | **723,855** | **2,500,000** | **-** | **1,609,777** |
| | | | | | | | | | | |
| **Company Total** | **23,440,000** | **8,000,000** | **11,100,000** | **1,500,000** | **2,840,000** | **12,608,137** | **6,067,609** | **3,600,000** | **500,000** | **2,440,528** |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY      PROMISE_00001401

P004186

# Chief Financial Officer Report
## d.) Real Estate Financing Update.

**Villages, San Diego, Ft. Meyers & Miami Lakes:**

City National Bank
- As part of a broader expansion of the banks exposure to the company, we were able to complete a refinance of the Ft. Meyers and Miami Lakes real estate ($15M), including the inclusion of the Villages ($16M) and San Diego ($4.4M) loans.
- The total loan size is $35.4M with varying rates of interest (previous interest rate):
    - Ft. Meyers & Miami Lakes L+350 (5.75% floor)
    - San Diego (24%)
    - Villages (12%)
- The total loan interest rate was reduced to 3.94% (fixed).
- The final step was the closing on September 23, 2016 of the Villages loan of $16M, which included $4M of additional capital that was returned to the company.

**Silver Lake Medical Center:**

Healthcare Finance Partners
- Agreement in place for a debt raise for SLMC
    - Term Sheets are being evaluated to provide up to $25M to refinance the existing mortgage and provide additional proceeds to finish seismic and capex projects.
    - We have begun discussions with HUD to provide a very attractive long term loan at attractive rates.
- Pitch book has been finalized
- Lender meetings are ongoing

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001402

P004187

# Chief Financial Officer Report
## d.) Lease Financing Update

**VFI (Verilease Finance) $10M facility:**

- Approved two $5M facilities ($10M total)
- Current funded amount: ~ $4.8M ($5.2M remains available)
- Rate: 8.9%
- Term: Operating Capital lease 36 month, fixed buyout

**Tetra Financial $5M facility:**

- Approved $1.75M (Schedule 1)
- Approved $3.25M (Schedule 2)
- Current funded amount: ~ $1M ($4M remains available)
- Rate: 8.9%
- Term: Operating capital lease 36 month, fixed buyout

**IBM Credit $2M facility:**
- Facility used for Oracle and EHR implementation

**Wells Fargo Leasing, Celtic Commercial Finance, & Others (up to an additional $10M of additional capacity):**

- Relationship development with a core stable of equipment lenders on favorable terms and within the revised limits allowed by WFC
- Next phase will be to have availability for continued EHR hardware, software upgrades once Oracle implementation has been completed

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001403

P004188

# Chief Financial Officer Report
## e.) Labor Planning Update.

- A Labor Optimization task force was formed in March 2016.  Actionable topics include:
  - Minimizing contract labor and overtime by better matching shifts and acuity levels to available nurses,
  - Maximizing flexibility and productivity of our core workforce,
  - Reducing turnover,
  - Creating and publishing better metrics,
  - Streamlining processes / eliminating redundant data entry by staff,
  - Reducing paper processes, maximizing efficiencies by leveraging existing technologies.

- The task force has begun reviewing and cleaning up the pay practices across the facilities (required before Labor Scheduler can go live).  This should be complete in late November / early December.

- Promise licensed the Labor Scheduler program from Kronos with a go-live rollout forecast to take eight months across all facilities.  Salt Lake and Suburban are two of the 1st sites to go live.

- Additional IT Personnel hired with expertise in Kronos, Labor Scheduler and Ultimate Software (payroll and HR software) to fully support the roll-out and ongoing operations.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY     PROMISE_00001404

P004189

# Chief Financial Officer Report
## f.) Information Technology Update

On the following pages, we will review:

- o   An Overview of IT Staffing Upgrades

- o   Oracle and Back Office Upgrades

- o   Electronic Health Record Selection

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                                   **PROMISE_00001405**

P004190

# Chief Financial Officer Report
## f.) Information Technology.  Overview.

- Corporate CIO reassigned to a consultant role in late 2015 to focus exclusively on developing and executing a transition plan of SLMC's IT platform away from St Alexius.  Currently SLMC's Paragon system is hosted at St. Alexius and must be upgraded to Meaningful Use 3 or risk permanent deduction to revenue for non-compliance.

- The Promise Director of Information Technology was replaced in October 2016, which provided an opportunity to bring in an interim CIO with extensive Industry and E H R experience.

- The Company's IT staff has been increased in 2015 and 2016 to handle the increased number of initiatives.

- In July 2016, the Company contracted out with HSM to provide help desk support for users.  This provided users 24 hour support and also allowed the IT department to concentrate more on mission critical projects, and less on the day-to-day maintenance issues.

- Major Ongoing initiatives:
  - Support of critical initiatives: Labor Cost Reductions, Supply Cost Reductions, EHR Implementation
  - Oracle implementation elaborated in detail on next slide.
  - Roll out Windstream high-speed data and long-distance across the facilities.  Annualized savings are estimated at +$700K.
  - Roll out of Office365 including SharePoint to allow better collaboration / workflow improvements across all functional areas and expedited dashboard reporting.
  - Improved disaster recovery capabilities.  Looking at options to remove downtime in event of natural disasters.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                                                    PROMISE_00001406

P004191

# Chief Financial Officer Report
## f.) Information Technology.  Oracle and Back Office Upgrades.

- The Company signed with Oracle to provide an ERP back office and Learning Management Solution (training software platform).

- Implementation began in late July and is slated to go live in early 2017.

  - Benefits include:

    - Removal of many manual processes including expenses, payables processing.

    - Tighter controls on inventory.

    - Better charge capture capabilities through scanning, which automates the charge to the patient charts (replacing the current sticker process)

    - Upgraded materials management capabilities including EDI and centralized controls on ordering and pricing.

    - LMS solution:  better organized and standardized clinical training across the facilities, which is needed to handle the higher level acuity patients.

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00001407**

P004192

# Chief Financial Officer Report
## f.) Information Technology.  Electronic Health Record Selection.

- Because the E H R and Back Office systems are a mission critical decision with a 5 year Total Cost of Ownership of potentially more than $20MM+ including implementation, hardware, software and support personnel, carefully vetting options is crucial.

- In December 2015 Centric Consulting was engaged to:
  - Assess current IT infrastructure (both systems and user experience),
  - Evaluate E H R options and readiness.
  - Provide decision framework for E H R selection that creates clear support expectations for existing and new business lines.

- We are in the final stages of negotiating a pilot of the iCare system to provide a proof of concept and predetermined cost of rolling-out the solution to the entire Promise organization.
  - While this pilot is being finalized and implemented, we will continue to negotiate with the more established E H R vendors to create maximum value for our organization.
  - Our CMO and CNO are fully engaged in providing leadership in the vetting process.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001408

P004193

# Chief Financial Officer Report
## g.) Payables

- Recent management change in Corporate A/P function creates an opportunity to:
  - Reenergize vendor communication and relationships;
  - Expand vendor credit lines and credit terms;
  - Reorganize processes and communication between hospitals and home office.

- Significant cash flow pressure from a number of key vendors with increased payment expectations has required a higher level of planning and cash flow strategy across all vendors.

- Recent improvements in treasury management and cash flow planning have assisted in minimizing disruption to critical patient supplies.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY      PROMISE_00001409

P004194

# Chief Financial Officer Report
## h.) Insurance Programs.

- On the following pages, we will review:

  - o  Changes to our Employee Health Benefit programs

  - o  Trends in our General Insurance programs

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**          **PROMISE_00001410**

P004195

# Chief Financial Officer Report
## h.) Insurance Programs.  Employee Benefits.

To meet our objective of reducing the cost of employee healthcare while providing quality coverage for our employees, Promise/Success continues to introduce new concepts in our health benefit offerings as well as determining the drivers behind employee satisfaction:

- Redesign pay practices as well as insurance offerings;

- Expand utilization of a high deductible, high co-pay ("HDHP") Health Savings Account ("HSA") program.  We now offer this HDHP to our eligible employees - a competitive medical insurance tied to a tax–advantaged HSA that lets our employees decide how to spend their healthcare dollars;

- Policy design changes for the 2017 policy year;

- Added TELE-DOC offering, instituted a nicotine surcharge and adjusted deductibles and co-pays;

- Develop RFPs for networks, stop-loss plans, TPA firms and brokers to extract additional savings over time;

- Reviewing Rx spend for additional savings.  Target at least a 20% savings to ancillary spending.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001411

P004196

# Chief Financial Officer Report
## h.) Insurance Programs.  Corporate Coverages.

With total annual premiums of approximately $10.2 million, management will continue to pursue cost saving opportunities through program redesign, education and incentive programs intended to reduce the cost and frequency of claims.

| Coverage | Carrier | Effective | Expiration | Limits/Participation | Deductible | Premium |
|---|---|---|---|---|---|---|
| **Property Program** | | | | | | |
| **Excess Excess Earthquake Layer (Excess of Deductible)** | | | | | | |
| Earthquake (CA) | United Specialty Insurance Company | 11/18/2015 | 11/18/2016 | $25M Part of $40M XS of $10M | See Below | $ 213,750 |
| Earthquake (CA) | Underwriters at Lloyds of London | 11/18/2015 | 11/18/2016 | $5M Part of $40M XS of $10M | | $ 42,750 |
| Earthquake (CA) | General Security Indemnity Co of Arizona | 11/18/2015 | 11/18/2016 | $10M Part of $40M XS of $10M | | $ 85,500 |
| | | | **Total Layer** | **$40,000,000** | | |
| **Primary Layer (Excess of Deductible)** | | | | | | |
| Primary Property | Continental Casualty Company | 11/18/2015 | 11/18/2016 | $763,358,570 Per Occurrence | | $ 840,578 |
| **Casualty Program** | | | | | | |
| **SUCCESS HEALTHCARE, LLC** | | | | | | |
| Coverage | Carrier | Effective | Expiration | Limits/Participation | Deductible | Premium |
| Hospital Professional Liability | Nautilus Insurance Company | 11/18/2015 | 11/18/2016 | $1M Per Occurrence | $100,000 Per Occurrence | $ 628,200 |
| General Liability / EBL | Nautilus Insurance Company | 11/18/2015 | 11/18/2016 | $1M Per Occurrence | $50,000 Per Occurrence | $ 40,824 |
| Business Auto | Philadelphia Indemnity Insurance Company | 11/18/2015 | 11/18/2016 | $1M Combined Single Limit | $1,000 Comp / $1,000 Collision | $ 62,737 |
| **PROMISE HEALTHCARE, INC** | | | | | | |
| Coverage | Carrier | Effective | Expiration | Limits/Participation | Deductible | Premium |
| Hospital Professional Liability | Nautilus Insurance Company | 11/18/2015 | 11/18/2016 | $1M Per Occurrence | $100,000 Per Occurrence | $ 1,013,800 |
| General Liability / EBL | Nautilus Insurance Company | 11/18/2015 | 11/18/2016 | $1M Per Occurrence | $50,000 Per Occurrence | $ 124,698 |
| Business Auto | PMA Insurance Company | 11/18/2015 | 11/18/2016 | $1M Combined Single Limit | $1,000 Comp / $1,000 Collision | |
| **PROMISE HEALTHCARE, INC. / SUCCESS HEALTHCARE, LLC** | | | | | | |
| Coverage | Carrier | Effective | Expiration | Limits/Participation | Deductible | Premium |
| Excess Liability | Steadfast Insurance Company | 11/18/2015 | 11/18/2016 | $25M xs of $1M | Underlying Policies | $ 890,716 |
| Excess Liability | Ironshore Specialty Insurance Company | 11/18/2015 | 11/18/2016 | $10M xs of $26M | Underlying Policies | $ 55,000 |
| Workers Compensation | PMA Insurance Company | 3/21/2016 | 3/21/2017 | $1M/$1M/$1M | N/A | $ 5,427,042 |

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**          PROMISE_00001412

P004197

# Chief Financial Officer Report
## h.) Insurance Programs.  Corporate Coverages.

| Executive Package Program | | | | | | |
|---|---|---|---|---|---|---|
| **Coverage** | **Carrier** | **Effective** | **Expiration** | **Limits/Participation** | **Deductible** | **Premium** |
| Executive Package | Hiscox Insurance Company | 1/24/2016 | 1/24/2017 | $5,000,000 | $250,000 Per Occurrence Except: $50,000 Fiduciary Liability $50,000 Employed Lawyers Liability | $   268,747 |
| Excess Liabilty (Directors & Officers) | RSUI Indemnity Company | 1/24/2016 | 1/24/2017 | $5M xs of $5M | Underlying Policies | $   66,280 |
| Excess Liabilty (Directors & Officers) | Navigators Insurance Company | 1/24/2016 | 1/24/2017 | $5M xs of $10M | Underlying Policies | $   46,396 |
| Excess Liabilty (Directors & Officers) | Starr Indemnity & Liability Company | 1/24/2016 | 1/24/2017 | $5M xs of $15M | Underlying Policies | $   40,000 |
| Excess Liabilty (Directors & Officers) | Ironshore Specialty Insurance Company | 1/24/2016 | 1/24/2017 | $5M xs of $20M | Underlying Policies | $   40,000 |
| Excess Liabilty (Directors & Officers) | Illinois National Insurance Company | 1/24/2016 | 1/24/2017 | $5M xs of $25M (Side A Only) | Underlying Policies | $   55,293 |
| Excess Liabilty (Directors & Officers) | Hudson Insurance Company | 1/24/2016 | 1/24/2017 | $5M xs of $30M (Side A Only) | Underlying Policies | $   50,000 |
| Crime | Hiscox Insurance Company | 1/24/2016 | 1/24/2017 | $5,000,000 | $250,000 Per Occurrence | $   112,641 |
| **Bonds Program** | | | | | | |
| **SUCCESS HEALTHCARE, LLC** | | | | | | |
| **Coverage** | **Carrier** | **Effective** | **Expiration** | **Limits/Participation** | **Deductible** | **Premium** |
| Bond - St Alexius Hospital | Hartford | 10/26/2011 | Until Cancelled | $10,000 | N/A | |
| **PROMISE HEALTHCARE, INC** | | | | | | |
| **Coverage** | **Carrier** | **Effective** | **Expiration** | **Limits/Participation** | **Deductible** | **Premium** |
| Bond - Sonny Ramdeo, PayServ Tax | Hartford | 10/25/2012 | Until Cancelled | $50,000 | N/A | |
| Bond - Sonny Ramdeo, PayServ Tax | Hartford | 11/7/2012 | Until Cancelled | $5,000 | N/A | |
| Bond - Sonny Ramdeo, PayServ Tax | Hartford | 11/30/2012 | Until Cancelled | $30,000 | N/A | |
| Bond - Witchita Falls | Hartford | 3/15/2014 | Until Cancelled | $30,000 | N/A | |
| Bond - Overland Park | Hartford | 3/15/2014 | Until Cancelled | $20,000 | N/A | |
| Bond - ELA - California Care Licensing | Western Surety Company | 6/19/2008 | Until Cancelled | $5,000 | N/A | |
| **Storage Tank Liability Program** | | | | | | |
| **PROMISE HEALTHCARE, INC. / SUCCESS HEALTHCARE, LLC** | | | | | | |
| **Coverage** | **Carrier** | **Effective** | **Expiration** | **Limits/Participation** | **Deductible** | **Premium** |
| Storage Tank Liability | Indian Harbour Insurance Company | 6/20/2016 | 6/20/2018 | $1M Per Tank / $13M Agg | $25,000 Each Pollution Incident Except $100,000 for the Shreveport, LA UST | $   23,332 |
| **Cyber Liability Program** | | | | | | |
| **PROMISE HEALTHCARE, INC. / SUCCESS HEALTHCARE, LLC** | | | | | | |
| **Coverage** | **Carrier** | **Effective** | **Expiration** | **Limits/Participation** | **Deductible** | **Premium** |
| Cyber Liability | Brit Insurance | 5/13/2015 | 11/12/2016 | $10,000,000 | Business Income Loss 8 Hours Waiting Period | $   102,485 |

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

PROMISE_00001413

P004198

# Chief Financial Officer Report

## i.) 2017 Budget Planning

- The facility budget process was officially commenced in early October 2016.

  - The facilities were provided both a granular budget workbook and also a powerpoint template for them to outline their strategy on achieving the budget goals.

  - The facilities were also requested to outline major capex needs for 2017.

- A major focus of the budget this year was for the facilities to forecast the number of LTAC patients and site neutral patients, and how they expect to manage their Lengths of Stay, respectively.

- The corporate budget process was begun in mid-October.  Departments were provided powerpoint templates to outline achievement in 2016 and goals in 2017.  They were also asked to outline their staffing needs for the upcoming year.

- With an E H R implementation slated for 2017, additional IT personnel will be required.

- Both the facility and corporate budgets are due back in mid-November, and final budgets are expected to be approved in December / January, similar as last year.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001414

P004199

# Chief Financial Officer Report
## j.) Promise Healthcare Group Treasury Report

**Promise Healthcare Group, LLC**
**Treasury Report**
**As of October 21, 2016**

| | Year 1 Actual | Year 2 Actual | Year 3 Actual | Current Status — Cash Reconcilation | Current Status — Payable to Third Parties | Notes on Payable Balances |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| Interest Income | $ 6,083,333 | $ 6,081,250 | $ 3,050,000 | $ 15,214,583 | | |
| Other Income | 111,080 | - | 100,000 | 211,080 | | |
| Total Income | 6,194,413 | 6,081,250 | 3,150,000 | 15,425,663 | | |
| | | | | | | |
| **Expenses** | | | | | | |
| Audit Expense | - | (120,000) | (452,450) | (572,450) | 405,918 | Crowe Horwath LLP |
| Tax Returns | - | (111,670) | (492,101) | (603,771) | 28,275 | Berkowitz Pollack Brant |
| Legal Expense | (1,461,328) | (370,173) | (196,870) | (2,028,370) | 522,446 | Proskauer Rose |
| Directors Fees | (499,169) | (100,417) | (12,083) | (611,669) | - | |
| Investor Relations | (270,036) | (459,651) | (319,894) | (1,049,581) | - | |
| Board Travel | (5,523) | (9,868) | - | (15,391) | - | |
| D&O Insurance | - | (365,317) | (80,545) | (445,861) | - | |
| MTS Financial | (246,254) | - | (415,956) | (662,209) | 75,000 | Latest Quarterly Payment |
| Total expenses | (2,482,309) | (1,537,095) | (1,969,899) | (5,989,303) | 1,031,639 | |
| | | | | | | |
| Cash Book Balance | $ 8,676,722 | $ 7,618,345 | $ 5,119,899 | $ 9,436,360 | | |
| | | | | | | |
| Less: Payable to Third Parties | | | | (1,031,639) | | |
| | | | | | | |
| Net Cash after Payables | | | | $ 8,404,721 | | |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY          PROMISE_00001415

P004200

# VI

Please replace this page with a **roman numeral** tab

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

# Chief Medical Officer – Report

## VI. Chief Medical Officer Report

- First 60 days' impressions
- Admissions Criteria – Opportunities
- Clinical Documentation
- Joint Commission
- Wound Care – What is it?
- Objectives

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001417

P004202

# Chief Medical Officer Update

Charles Posternack MD, FACP, FRCPC

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001418

P004203

# The First 60 days

- LTACH space is increasingly defining its role in today's and tomorrow's healthcare world

- Opportunities are enormous and the potential is still untapped

- It is time to redefine and improve the clinical care paradigm within the company to meet changing needs

- When we successfully deploy this strategy, we will completely revolutionize the industry and vastly separate ourselves from the competition

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001419

P004204

# Admission Criteria

- Creates opportunities for a new kind of patient in an LTACH

- By partnering with STACHS to help manage these patients, new close alliances can be created to develop tightly knit and mutually beneficial partnerships with academic medical centers, STACHS, and health care systems

- The key is to manage these site neutral patients, cost effectively, and develop specific skill sets within such specialty areas as wound care

- These relationships will capture criteria patients as well, in a more competitive way, and will concomitantly defray fixed costs

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY     PROMISE_00001420

P004205

# Clinical Documentation Improvement

- Remains a great opportunity to enhance real bottom line revenue

- No reason we should not be fairly paid for what we do

- Clear, accurate, and diagnostically appropriate documentation by physicians & allied health providers is key

- Some documentation can lower DRG payment or increase likelihood of regulatory audits

- The focus is on identifying key opportunities and implementing an effective corrective action plan

- Standardization of documentation geared towards the biggest opportunities across the company is the key prior to EHR
    - Sepsis, malnutrition, surgical excisional debridement, CHF

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

P004206

# Joint Commission

- Regulatory body designed to accredit institutions as safe for the provision of patient care

- Now the accrediting body for CMS- deemed status

- Large challenge for Promise in today's environment

- Gaps in good clinical care, environment of care, and lack of compliance with accepted best practices put facilities at risk

- Program is being implemental to help facilities navigate through JC surveys
    -mock surveys, corporate quality intervention

- **MUST CHANGE OVERALL CULTURE OF HEALTHCARE PROVISION**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00001422**

P004207

# Wound Care

- One of the most difficult challenges in an LTACH environment given is the underlying clinical issues faced by caring for very ill, and chronically poor performing patients

- Wounds are also a major hot button for litigation

- Developing a special skill set to aggressively manage all wounds is key to managing over costs of care (LOS) as well as managing risk

- Partnership with wound care specialists such as Med Centris is key to the strategy

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001423

P004208

# CMO Objectives

1. Elevate and standardize clinical practice across the company to comply with best evidence based medicine

2. Recreate the clinical delivery model at Promise to separate it from it's competitors and revolutionize the LTACH space

3. This latter objective will allow us to preferentially partner with large quality, driven healthcare organizations (USC, UCLA, UCI, Mt. Sinai, NCA) and make it the preferred destination for physicians and patients who desire uncompromising care for even the most complex illnesses (transplant, burn, LVAD, complex surgical patients, ventilator patients)

4. Suburban and its rebirth

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001424

P004209

VII

Please replace this page with a **roman numeral** tab

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001425**

P004210

# Litigation Update

## VII. Litigation Update - Discussion

- Promise Class Action Suit Update
- Archdiocese Litigation Update
- Litigation Update
- Tax Matters Partner Nomination
- Mayer Brown/Ernst & Young Litigation Update

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001426

P004211

# Litigation Update

**CLASS ACTION UPDATE**

- Four separate lawsuits consolidated in California state court purportedly representing over 1,600 employees.
- Alleging California Wage and Hour law violations over a 4 year period including:
  - Unpaid wages.
  - Invalid Alternative Work Week.
  - Improper "rounding" of time.
  - Short shift, meal period and rest period violations.
  - Failure to reimburse business expenses.
  - Wage statement violations.
  - Penalties and Attorney Fees.
- Damage Exposure:  $37.5M to $50M.
- <u>First Mediation</u> December 8, 2015.  Adjourned with a bracket of $2.6M to $8.75M ($5.675M midpoint).
- <u>Second Mediation</u> September 15, 2016.  Adjourned with a Plaintiff settlement offer of $5M payable over 5 years commencing January 2018.
- Class Certification Hearing:  First week of January.
- Recommendation:  Approve authority to accept current settlement offer.

October 26, 2016

**83**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

PROMISE_00001427

P004212

Children's Hospital LA Gets Approval For $27M OT Settlement - Law360

http://www.law360.com/articles/841693/print?section=health



Portfolio Media. Inc. | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# Children's Hospital LA Gets Approval For $27M OT Settlement

By **Bonnie Eslinger**

Law360, Los Angeles (September 19, 2016, 3:46 PM EDT) -- A California judge signed off on Monday Children's Hospital Los Angeles' $27 million deal to resolve four class actions brought on behalf of thousands of workers claiming they were shorted on wages and denied breaks, including a one-third cut for attorneys' fees.

Los Angeles Superior Court Judge Ann I. Jones swiftly gave final approval to the agreement during a brief hearing on Monday. The lead case, filed by nurse Denise Mays in January 2012, was "heavily litigated for over three years" prior to the parties agreeing to mediation in June 2015, according to the motion for approval.

The $27 million nonrevisionary wage-and-hour class action settlement covers 9,546 current and former hourly, nonexempt employees who worked for Children's Hospital between April 2004 and May 2016. The plaintiffs who filed the other suits are Joseph Schmidt, who is also a nurse, Michelle Falk, Erin Cooper and Elisabeth McGee.

"This is an excellent settlement," the motion for final approval said.

The court also approved $9 million in legal fees for the class counsel and $250,000 in costs. According to the motion for approval, attorneys for the plaintiffs worked over 6,300 hours on the case at rates that topped at $800 per hour for attorney Joseph Antonelli and $650 per hour for Kevin Mahoney.

The requested amount is based on a 2.25 multiplier "in light of the quality and quantity of work on this matter by all counsel and plaintiffs."

The complaints alleged the workers were shorted on overtime and other wages, not provided meal and rest breaks and not paid promptly at the time of discharge or termination, among other causes of action. The class was certified for purposes of the settlement.

No claim form is required for the employees to receive their share of the settlement funds; money will be sent out automatically, with funds from any uncashed checks sent to a charity proposed by the parties and approved by the court, the St. Baldrick's Foundation.

An estimate of average payments the workers will receive ranges from $9,076.43 for employees who worked over eight hours in a day or 40 hours in a week without allegedly receiving proper overtime to $2,955 for employees who worked 12-hour shifts and claimed under a "two rate system" that they were paid a lower standard wage or a straight-time wage for hours worked.

The deal also includes class representative enhancement payments for the plaintiffs: $25,000 for Mays, $12,500 for Schmidt and $10,000 each for the other three plaintiffs.

Only 22 class members opted out of the settlement, and none objected, according to the motion for final approval.

09/20/16 12:34 PM

October 26, 2016

**84**

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001428

P004213

# VIII

Please replace this page with a Roman Numeral tab (see above)

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

PROMISE_00001429

P004214

# Committee Reports

### VIII.  Committee Reports

- Governance
  - o  Bermuda Shareholder Meeting
- Compensation and Employment
  - o  2015 Incentive Compensation
  - o  Long-Term Compensation Plan Update
    - o  Valuation process

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                     PROMISE_00001430

P004215



# IX

Please replace this page with a Roman Numeral tab (see above)

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001431

P004216

# Monetization Report

## IX.  Monetization Report

- MTS Presentation – JAY SHILAND
  - o  Sale/Leaseback vs. Debt – Real Estate
  - o  Note Refinancing - $75Million
  - o  Facility – Sales process update
    - § St. Alexius
    - § Silver Lake
  - o  Equity
    - § JP Morgan Conference
    - § KPC Health
  - o  Timing
  - o  Growth Initiatives
- Board discussion - Review of options and process
- 2017 Board Schedule and Shareholder Meetings

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00001432**

P004217

X

Please replace this page with a **roman numeral** tab X

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001433**

P004218

# Executive Session

## X.   Executive Session

- Baton Rouge Fund

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001434**

P004219

# Exhibit 28

**Subject**: Surgical Program and The Institute
**From**: Brendan B <brendan@surgicalprogram.com>
**To**: George Watkins <GWatkins@silverlakemc.com>
**Cc**: jhopwood@promisehealthcare.com, Steve Helland <Steve.Helland@promisehealthcare.com>, Brian Dunn <Brian.Dunn@promisehealthcare.com>
**Date Sent**: Tuesday, November 29, 2016 7:28:39 AM GMT-08:00
**Date Received**: Tuesday, November 29, 2016 7:28:39 AM GMT-08:00

Good Morning George

I had a very pleasant call with Jim Hopwood, Steve Helland and I believe David Armstrong was there for a good portion of the call. I will send the spreadsheet that we have for your review and for you to re-conciliate with Craig or Phil from my office.

We have a contract that had been adjusted over the years, over 6 years to be exact. Some of the changes were due to changes in the law, others were simply financial. The most significant change was the one that was requested by Silver Lake regarding implants. I will also forward a copy of the spreadsheet to Jim per his request.

I feel that your staff was put in a very uncomfortable position yesterday, hopefully you can instruct Fatima and Pearl that things are back to normal, even if we all understand that accounting needs to be addressed.

Finally, it is time for a check swap again, I would like to do one this week for $106K and one next week for $92K please let me know if you can do that and when.

Regards

Brendan

--
*Brendan Bakir, CEO*
*The Silver Lake Spine Institute*
*Surgical Program Development*
*Brendan@SurgicalProgram.com*
*www.SurgicalProgram.com*
*(800) 399-4399*
*+1(310) 861-5001 (fax)*
*+1(310) 748-8800 (Mobile)*

EXHIBIT

SPD-2

SPD003992

# Exhibit 29

| | |
|---|---|
| **From:** | brendan@surgicalprogram.com |
| **Sent:** | Thursday, December 15, 2016 1:02 PM |
| **To:** | jhopwood@promisehealthcare.com |
| **Cc:** | Steve Helland <Steve.Helland@promisehealthcare.com>; Brian Dunn <Brian.Dunn@promisehealthcare.com>; George Watkins <GWatkins@silverlakemc.com> |
| **Subject:** | Emails from 2013/2014 outlining the agreement |
| **Attach:** | Contract points SLMC-SPD 2013.pdf |

Good Afternoon Jim

As promised during our phone conversation a couple of weeks ago, I wanted to send you these emails that outline the request by Silver Lake to change the reimbursement, and the agreement by SPD to do so. What I am not sending is communication where I warned of the dire consequences such a change could have, in an email I even predicted an unnecessary loss of "hundreds of thousands of dollars" to the hospital. I can share that email after speaking to Lloyd, as sending it may cause an attorney client privilege to be voided. At the time it was sent to promise and the then attorney may have been copied by the hospital CEO (Liston?). I've desperately been trying to speak to Brian Dunn for the last few weeks but he has been busy. By the way, I had sent these to George earlier this year, but his computer crashed and they needed to be sent again.

Jim, who is reviewing the spreadsheet that I sent to you? We discussed having a conference call with whomever would be reviewing it to explain the email agreements and the reasons as we see them, etc.

I need to address a couple of issues somewhat urgently. I have approximately $90K due to the hospital right now. I also have approximately $51K that is due by Silver Lake to Primacare, a hardware vendor that we never really approved, yet we had to approve a few of their cases after the hospital approved the vendor. Their invoices are at least double what other vendors that we approved charge the hospital. I can advance from the money we owe to pay them their $51K that SPD actually approved, although I explained to George it might be better to pay them $25K per month the next two months to hod of the legal action they keep threatening. I had already directly paid them almost $120K in August, September and October.

Let me know what I can do.

Regards


Brendan


--
*Brendan Bakir, CEO*
*The Silver Lake Spine Institute*
*Surgical Program Development*
*Brendan@SurgicalProgram.com*
*www.SurgicalProgram.com*
*(800) 399-4399*
*+1(310) 861-5001 (fax)*
*+1(310) 748-8800 (Mobile)*



**Brendan B <brendan@surgicalprogram.com>**

---

## RE: Check Swap
1 message

---

**Brent Cope <BCope@silverlakemc.com>**                     Fri, Dec 20, 2013 at 11:01 AM
To: Brendan B <brendan@surgicalprogram.com>
Cc: "bdunn@successhealthcare.com" <bdunn@successhealthcare.com>, George Watkins
<GWatkins@silverlakemc.com>

Brendan,


We discussed revamping the structure of the agreement on Tuesday into one where your guarantees
would be removed, putting the financial responsibility on SLMC for cases thus making lien type cases
possible. As Success Healthcare emerges from its refinancing, I would propose that Success also begin
paying for hardware directly. I would think that these types of changes would also warrant a discussion
about rates paid by SLMC for SPD services. As SLMC takes responsibility for the hardware, SLMC would
reduce the payment to SPD by 10 percentage points, which is what we agreed to as a result of the cost
reimbursement changes in 2013 – this essentially puts us back to pre-2013 rates. Additionally, since SLMC
would carry the risk of reimbursement, I propose that another 10 percentage points be taken off.


Will you be having your legal counsel modify the current agreement or should we handle that on our end?


Brent A. Cope, CEO

Silver Lake Medical Center

Office (213) 989-6123

*Downtown Campus - 1711 W Temple, Los Angeles, CA 90026*

*Ingleside Campus - 7500 E Hellman, Rosemead, CA 91770*

**CONFIDENTIALITY NOTICE**
This email communication and any attachments may contain confidential and privileged information including but
not limited to Protected Health Information (PHI) all of which is intended only for the use of the designated
recipients. If you are not the intended recipient, or authorized to receive for the recipient, you are hereby notified
that you have received this communication in error and that any review, disclosure, dissemination, distribution or
copying of it or its contents is prohibited. If you have received this communication in error, please destroy all copies
of this communication and any attachments and contact the sender by reply email.



**From:** Brendan B [mailto:brendan@surgicalprogram.com]

SPDvPROMISE 0001036    10/12/2016 3:37 PM

P001037

**From:** Brendan B [mailto:brendan@surgicalprogram.com]
**Sent:** Tuesday, January 07, 2014 9:39 AM
**To:** Brent Cope
**Cc:** Dunn Brian
**Subject:** Silver Lake contract with SPD

Hello Brent

Per our conversation last week, I have requested that Lloyd Bookman writes another addendum beginning January 1, 2014 that would address the instrumented cases. Silver lake would bear all the cost for hardware, etc. and the management and collections would revert back to 50%. I asked that the non instrumented cases remain the same for now, as that is the only place where we are making a profit to offset the losses from 2013.

Originally, I had asked to pay 200% of cost for outpatient cases, however, it actually pencils out to about a 7% difference in the hospitals favor to keep it as is.

I need you to please respond to this email today as there are 3 instrumented cases being done tomorrow, January 8 2014.

I hope your New Year is off to a great start!

Brendan


*Brendan Bakir, CEO*

*Surgical Program Development, llc*

*Brendan@SurgicalProgram.com*

*www.SurgicaProgram.com*

*(800) 399-4399*

*+1(310) 861-5001 (fax)*

*+1(310) 748-8800 (Mobile)*



--

*Brendan Bakir, CEO*

*Surgical Program Development, llc*

*Brendan@SurgicalProgram.com*

*www.SurgicaProgram.com*

*(800) 399-4399*

SPDvPROMISE_0001037

**From:** Brendan B [mailto:brendan@surgicalprogram.com]
**Sent:** Wednesday, January 08, 2014 9:25 PM
**To:** Brent Cope
**Cc:** George Watkins; Brian E. Dunn (bdunn@successhealthcare.com)
**Subject:** Re: Silver Lake contract with SPD

Hello Brent

Thanks for your response, Lloyd Bookman should have the January 1 adendum ready for signature tomorrow.

In your communication, I don't understand the term "allowing us to float the vendors' payments" I had a few cases today, and both vendors said they were on COD terms now that the hospital is responsible for the hardware.... So I don't understand where the "floating of payment" would come from? I think SL needs to renegotiate payment terms with vendors. I can always get involved to help.

I also wanted to ask about the last paragraph. A liability agreement? Refresh my memory please, I don't recall a liability agreement?

Regards

Brendan

On Tue, Jan 7, 2014 at 5:51 PM, Brent Cope <BCope@silverlakemc.com> wrote:

Changing the agreement back to a 50/50 with SLMC being responsible for hardware including cash flow is acceptable to me. As long as SLMC can manage the vendors and the terms of payment – allowing us to collect timely and float the vendors' payments. In the language Bookman prepares, we need to make sure that SLMC has the right to approve cases prior to the case being scheduled based on hardware cost.

Also are we still talking about changing the liability arrangement?

Brent A. Cope, CEO

Silver Lake Medical Center

Office (213) 989-6123

Downtown Campus - 1711 W Temple, Los Angeles, CA 90026

Ingleside Campus - 7500 E Hellman, Rosemead, CA 91770

**CONFIDENTIALITY NOTICE**
This email communication and any attachments may contain confidential and privileged information including but not limited to Protected Health Information (PHI) all of which is intended only for the use of the designated recipients. If you are not the intended recipient, or authorized to receive for the recipient, you are hereby notified that you have received this communication in error and that any review, disclosure

SPD-PROMISE_000,038