# Exhibit 30

**For Discussion Purposes Only**

# Promise Healthcare Group, LLC
# OPERATIONS MEETING – February 7, 2017
# BOARD MEETING – February 8, 2017

## February 7, 2017





**PRIVILEGED & CONFIDENTIAL**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

# February 7, 2017 – Agenda - Operations Meeting

1. Call to Order – PETER BARONOFF
2. Chair's Introduction and Comments – PETER BARONOFF
3. Roll Call and Attendance – PETER BARONOFF
4. CEO-COO Report – Promise Healthcare, Inc. – PETER BARONOFF *and* RICHARD GOLD

    a. 2016 Strategic Review
    b. 2016 Performance
    c. 2017 Budget
    d. 2017 Strategy
    e. 2017 Growth
    f. Organization Chart
    g. Market Review
        - Performance – Admission Criteria
        - Revenue
        - Expense
    h. CMO Report
    i. Regulatory Status
    j. Facilities Management
    k. Promise Rejuvenation Clinic

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY     PROMISE_00000876

P003661

# February 7, 2017 – Agenda - Operations Meeting

5.  Success Healthcare, LLC
    a.  2016 Strategic Review
    b.  2016 Performance
    c.  2017 Budget
    d.  2017 Strategy
    e.  2017 Growth
    f.  Market Review
        - Performance
        - Revenue
        - Expense
        - Regulatory Impact
        - St. Alexius Residency Slots
        - Silver Lake Seismic Update

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00000877**

P003662

# February 7, 2017

## BOARD MEETING

- **Governance Update**

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000878

P003663

4

Please replace this page with a number 4 (tab)

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

PROMISE_00000879

P003664

# COO Report – Promise Healthcare, Inc. – Peter Baronoff and Richard Gold

4. CEO-COO Report – Promise Healthcare, Inc. – PETER BARONOFF *and* RICHARD GOLD

   a. 2016 Strategic Review
   b. 2016 Performance
   c. 2017 Budget
   d. 2017 Strategy
   e. 2017 Growth
   f. Organization Chart
   g. Market Review
      - Performance – Admission Criteria
      - Revenue
      - Expense
   h. CMO Report
   i. Regulatory Status
   j. Facilities Management
   k. Promise Rejuvenation Clinic

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY     PROMISE_00000880

P003665

a

Please replace this page with a letter "a" tab (see above)

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000881

P003666

# 2016 Strategic Review (a)

<u>2016 Strategic Review</u>
1.  Promise Florida Facilities Performance - $16M Turn – Miami Lakes Key!
    - Projected $13M Turn – actual $11.7M Turn
    - Late start in Miami and Ft. Myers criteria execution
    - New Miami CEO and "rapid" business development requirements
    - Villages Chief of Staff terminated
2.  Admission Criteria Execution – "Lessons Learned"
    - CMO first 120 days focus Los Angeles, Joint Commission and market visits
    - Strategy change – Good quality – Good business
    - Numerous medical staff changes required
    - Academic medical relationships beneficial in all markets
    - Revise admission process denials management and emphasis on compliant CDI optimization sources
3.  Promise Facilities Performance – LA/Shreveport/Baton Rouge/Salt Lake & Florida
    - Los Angeles – Significant quality problems, difficulty to accelerate criteria patients from current referral sources.  Need to expand institutional referrals
    - Shreveport – excellent.
    - Baton Rouge – Needs to increase LTACH criteria compliance and diversify in BRG
    - Salt Lake – Excellent performance.  Landmark a growth opportunity and also a threat if sold to a competitor.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00000882

P003667

# 2016 Strategic Review (a)

## 2016 Strategic Review

4.  Stable Cash Flow
    - Wells Fargo Credit Facility beneficial – Potential covenant issues – waivers required
    - LA performance impact
    - IT costs
    - Improved revenue cycle systems

5.  Expense Reduction Strategy
    o  Labor – Facility EPPD system not implemented by facility analysis
    o  Lower pharmacy costs
    o  Supply Cost – Vizient agreement not implemented

6.  CAPEX Requirements Funded
    o  Silver Lake – Seismic – New Plan
    o  Equipment – VFI credit facility

7.  Refinance Opportunities
    o  Villages/San Diego – CNB - completed
    o  Silver Lake Mortgage – Status Update – ongoing

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000883

P003668

# 2016 Strategic Review  (a)

## 2016 Strategic Review

8.  St. Alexius – Slot lease - $5.2M vs. $1.3M – Management, lease or sale
    *   MTS sale plan 2017

9.  Silver Lake – Management, lease or sale
    *   MTS sale plan 2017
    *   Parking offers

10. Diversification Plan – LA, Phoenix, Miss Lou
    *   Los Angeles – potential 3 locations
    *   Phoenix – new lease of full facility – expansion
    *   Miss Lou – convert LTACH to ACH

11.  EHR – IT initiatives

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**          **PROMISE_00000884**

P003669

# b

Please replace this page with a letter "b" tab (see above)

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

| EBITDAM by Facility - Annual Trend | 2013 | 2014 | 2015 | 2016 | | | | Est. | 2017 | | | 2018 | | 2019 | | 2020 | | 2021 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Audit | Stub/Audit | Audit | Budget | Prelim. | Extra. | Audit Adj | | 1/17-Ops | 1/17-Board | 1/17-Bank | 1/17-Ops | 1/17-Board | 1/17-Ops | 1/17-Board | 1/17-Ops | 1/17-Board | 1/17-Ops | 1/17-Board |
| **East Region** | | | | | | | | | | | | | | | | | | | |
| **Shreveport/Bossier** | 5.3 | 7.6 | 11.8 | 12.5 | 11.9 | (0.1) | - | 11.8 | 11.1 | 10.0 | 9.4 | 9.7 | 8.7 | 10.0 | 9.0 | 11.1 | 10.0 | 11.4 | 10.3 |
| Shreveport | 0.7 | 1.8 | 6.0 | 5.8 | 5.6 | (0.1) | - | 5.5 | 4.8 | 4.3 | 4.1 | 4.2 | 3.8 | 4.1 | 3.7 | 4.6 | 4.1 | 4.7 | 4.3 |
| Bossier | 4.6 | 5.9 | 5.8 | 6.7 | 6.3 | (0.0) | - | 6.3 | 6.3 | 5.7 | 5.4 | 5.5 | 4.9 | 5.9 | 5.3 | 6.5 | 5.9 | 6.7 | 6.0 |
| **Baton Rouge** | 6.9 | 5.7 | 6.8 | 7.9 | 7.3 | (0.5) | - | 6.8 | 7.5 | 6.7 | 6.4 | 9.0 | 8.1 | 9.9 | 8.9 | 11.0 | 9.9 | 11.3 | 10.2 |
| Ascension (Main) | 2.9 | 2.3 | 4.1 | 5.8 | 5.5 | (0.5) | - | 5.0 | 4.7 | 4.2 | 4.0 | 5.0 | 4.5 | 5.4 | 4.9 | 6.0 | 5.4 | 6.2 | 5.6 |
| Baton Rouge HwH | 4.0 | 3.5 | 2.7 | 2.2 | 1.8 | (0.0) | - | 1.8 | 2.8 | 2.5 | 2.4 | 4.1 | 3.6 | 4.5 | 4.1 | 5.0 | 4.5 | 5.2 | 4.6 |
| **Florida** | 0.3 | 3.1 | (2.5) | 11.5 | 9.2 | (0.0) | - | 9.2 | 14.3 | 12.8 | 12.1 | 15.3 | 13.8 | 17.1 | 15.4 | 19.3 | 17.4 | 19.9 | 17.9 |
| Villages | 0.3 | 4.8 | 3.8 | 4.9 | 4.1 | (0.0) | - | 4.0 | 4.3 | 3.8 | 3.6 | 5.0 | 4.5 | 5.4 | 4.9 | 6.0 | 5.4 | 6.2 | 5.6 |
| Miami | | (0.3) | (3.9) | 2.2 | 1.4 | - | - | 1.4 | 5.2 | 4.7 | 4.4 | 4.3 | 3.9 | 5.4 | 4.9 | 6.3 | 5.7 | 6.5 | 5.8 |
| Ft. Myers | | (1.4) | (2.5) | 4.3 | 3.7 | - | - | 3.7 | 4.8 | 4.3 | 4.1 | 5.9 | 5.3 | 6.3 | 5.7 | 7.0 | 6.3 | 7.2 | 6.5 |
| **Others** | 1.4 | 0.8 | 2.2 | 1.2 | 1.3 | (0.1) | - | 1.2 | 1.2 | 1.1 | 1.0 | 2.4 | 2.2 | 3.0 | 2.7 | 3.3 | 3.0 | 3.4 | 3.1 |
| Miss Lou | 1.2 | 0.8 | 1.4 | (0.4) | (0.5) | (0.0) | - | (0.6) | 0.0 | 0.0 | 0.0 | 0.9 | 0.8 | 1.4 | 1.2 | 1.5 | 1.4 | 1.5 | 1.4 |
| Vicksburg | 0.2 | (0.0) | 0.8 | 1.6 | 1.8 | (0.0) | - | 1.8 | 1.2 | 1.1 | 1.0 | 1.5 | 1.4 | 1.6 | 1.5 | 1.8 | 1.6 | 1.9 | 1.7 |
| **Total East** | 13.9 | 17.3 | 18.2 | 33.2 | 29.7 | (0.7) | - | 29.0 | 34.0 | 30.6 | 28.9 | 36.5 | 32.8 | 40.0 | 36.0 | 44.7 | 40.2 | 46.0 | 41.4 |
| **West Region** | | | | | | | | | | | | | | | | | | | |
| **Los Angeles** | 11.6 | 9.5 | 15.9 | 8.7 | 5.5 | (0.6) | (2.8) | 2.2 | 10.0 | 9.0 | 8.5 | 12.2 | 11.0 | 14.5 | 13.1 | 16.6 | 14.9 | 17.1 | 15.4 |
| East LA | 1.2 | (0.2) | 1.6 | 0.2 | (0.6) | (0.2) | - | (0.8) | 0.8 | 0.7 | 0.6 | 1.4 | 1.2 | 1.4 | 1.3 | 1.6 | 1.4 | 1.6 | 1.5 |
| Suburban | 10.4 | 9.6 | 14.3 | 8.5 | 6.2 | (0.4) | (2.8) | 3.0 | 9.2 | 8.3 | 7.9 | 10.9 | 9.8 | 13.1 | 11.8 | 15.0 | 13.5 | 15.5 | 13.9 |
| **Salt Lake City** | 4.5 | 5.0 | 5.6 | 6.0 | 6.5 | (0.0) | - | 6.4 | 6.3 | 5.7 | 5.4 | 6.0 | 5.4 | 6.2 | 5.6 | 6.9 | 6.2 | 7.1 | 6.4 |
| Salt Lake | 4.5 | 5.0 | 5.6 | 6.0 | 6.5 | (0.0) | - | 6.4 | 6.3 | 5.7 | 5.4 | 6.0 | 5.4 | 6.2 | 5.6 | 6.9 | 6.2 | 7.1 | 6.4 |
| **Others** | (2.0) | (0.8) | 2.7 | 2.5 | 0.9 | (0.2) | - | 0.7 | 4.3 | 3.9 | 3.7 | 6.0 | 5.4 | 7.0 | 6.3 | 7.9 | 7.1 | 8.1 | 7.3 |
| Phoenix | (0.2) | 0.1 | 2.4 | 2.1 | 1.7 | (0.0) | - | 1.6 | 3.0 | 2.7 | 2.6 | 4.5 | 4.1 | 5.4 | 4.9 | 6.1 | 5.5 | 6.3 | 5.7 |
| San Diego | (1.8) | (0.8) | 0.3 | 0.4 | (0.8) | (0.2) | - | (1.0) | 1.3 | 1.2 | 1.1 | 1.5 | 1.4 | 1.6 | 1.5 | 1.8 | 1.6 | 1.9 | 1.7 |
| **Total West** | 14.1 | 13.7 | 24.2 | 17.2 | 12.9 | (0.8) | (2.8) | 9.3 | 20.6 | 18.6 | 17.5 | 24.3 | 21.9 | 27.8 | 25.0 | 31.4 | 28.3 | 32.3 | 29.1 |
| **East / West Total** | 28.0 | 31.0 | 42.3 | 50.4 | 42.6 | (1.6) | (2.8) | 38.3 | 54.7 | 49.2 | 46.5 | 60.8 | 54.7 | 67.8 | 61.0 | 76.1 | 68.5 | 78.4 | 70.5 |
| **Ruby Region** | | | | | | | | | | | | | | | | | | | |
| Overland Park LTACH | - | (0.0) | 1.1 | 2.0 | 2.3 | (0.0) | - | 2.2 | 2.3 | 2.1 | 2.0 | 2.0 | 1.8 | 2.1 | 1.9 | 2.3 | 2.1 | 2.4 | 2.1 |
| Overland park SNF | - | 0.4 | (0.5) | 0.1 | 0.0 | (0.0) | (0.1) | (0.1) | 0.2 | 0.2 | 0.2 | 0.5 | 0.4 | 0.5 | 0.5 | 0.6 | 0.5 | 0.6 | 0.6 |
| Wichita Falls LTACH | - | 0.2 | 0.2 | 1.7 | 2.2 | (0.0) | - | 2.2 | 1.6 | 1.4 | 1.4 | 1.5 | 1.4 | 1.6 | 1.5 | 1.8 | 1.6 | 1.9 | 1.7 |
| Wichita Falls SNF | - | (0.6) | (0.9) | (0.8) | (1.0) | (0.0) | (0.5) | (1.5) | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| Dallas | - | (1.4) | 0.3 | 1.0 | 0.1 | (0.5) | - | (0.4) | 1.3 | 1.2 | 1.1 | 1.8 | 1.6 | 1.8 | 1.6 | 2.0 | 1.8 | 2.1 | 1.9 |
| **Total Ruby** | - | (1.4) | 0.2 | 4.0 | 3.7 | (0.6) | (0.6) | 2.5 | 5.4 | 4.9 | 4.6 | 5.9 | 5.3 | 6.2 | 5.6 | 6.9 | 6.2 | 7.1 | 6.4 |
| **EBITDAM: East / West & Ruby Total** | 28.0 | 29.6 | 42.6 | 54.4 | 46.3 | (2.1) | (3.4) | 40.8 | 60.1 | 54.1 | 51.1 | 66.6 | 59.9 | 74.0 | 66.6 | 83.0 | 74.7 | 85.5 | 76.9 |
| **Corporate / Real Estate** | | | | | | | | | | | | | | | | | | | |
| **Promise 1** | | | | | | | | | | | | | | | | | | | |
| Less: Corp. Exp. at Promise 1 | (13.8) | (14.7) | (15.1) | (17.9) | (17.9) | (0.1) | - | (18.0) | (18.4) | (18.4) | (18.4) | (19.7) | (19.7) | (20.6) | (20.6) | (21.6) | (21.6) | (21.6) | (21.6) |
| Plus: Rent at Owned Facilities | 3.9 | 3.5 | 3.4 | 3.4 | 3.4 | | | 3.4 | 3.4 | 3.4 | 3.4 | 3.5 | 3.5 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 |
| Less: Real Estate Company Expenses | (0.3) | (0.2) | (0.6) | (0.8) | (0.7) | | | (0.7) | (0.7) | (0.7) | (0.7) | (0.9) | (0.9) | (1.0) | (1.0) | (1.0) | (1.0) | (1.0) | (1.0) |
| Less: Wellness Overhead | | | (0.6) | (0.5) | (0.4) | | | (0.4) | (0.4) | (0.4) | (0.4) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) |
| **Promise II** | | | | | | | | | | | | | | | | | | | |
| Less: Regional Office and Allocation | - | (1.0) | (1.6) | (1.1) | (1.1) | | | (1.1) | (1.1) | (1.1) | (1.1) | (1.1) | (1.1) | (1.1) | (1.1) | (1.1) | (1.1) | (1.1) | (1.1) |
| Plus: Equipment Rentals | - | - | | | | | | | | | | | | | | | | | |
| **Total Corporate / Real Estate** | (10.2) | (12.4) | (14.4) | (16.9) | (16.7) | (0.1) | - | (16.8) | (17.2) | (17.2) | (17.2) | (18.7) | (18.7) | (19.6) | (19.6) | (20.6) | (20.6) | (20.6) | (20.6) |
| **EBITDA** | 17.8 | 17.2 | 28.2 | 37.5 | 29.6 | (2.2) | (3.4) | 24.0 | 42.9 | 36.9 | 33.9 | 47.9 | 41.2 | 54.4 | 47.0 | 62.4 | 54.1 | 64.9 | 56.3 |

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

PROMISE_00000886

P003671

# 2017 Budget (c)

| | | Extraordinary items | Audit Adjustments |
|---|---|---|---|
| **East Region** | | | |
| **Shreveport/Bossier** | | | |
| | Shreveport | 71k for Workers Comp | |
| | Bossier | 30k for Workers Comp | |
| **Baton Rouge** | | | |
| | Ascension (Main) | 465k for Kwashiorkor | |
| | | 50k for Workers Comp | |
| | Baton Rouge HwH | 33k for Workers Comp | |
| **Florida** | | | |
| | Villages | 23k for Workers Comp | |
| **Others** | | | |
| | Miss Lou | 29k for Workers Comp | |
| | Vicksburg | 27k for Workers Comp | |
| **West Region** | | | |
| **Los Angeles** | | | |
| | East LA | 180k for Lewis Brisbois | |
| | | 37k for Workers Comp | |
| | Suburban | 209k for Lewis Brisbois | 500k for AR Reserve |
| | | 180k for Workers Comp | 2.25M for Class Action |
| **Salt Lake City** | | | |
| | Salt Lake | 47k for Workers Comp | |
| **Others** | | | |
| | Phoenix | 47k for Workers Comp | |
| | San Diego | 43k for Lewis Brisbois | |
| | | 107k for Workers Comp | |
| **Ruby Region** | | | |
| | Overland Park LTACH | 15K for Workers Comp | |
| | Overland Park SNF | 8k for Workers Comp | 125k for AR Reserve |
| | Wichita Falls LTACH | 14k for Workers Comp | |
| | Wichita Falls SNF | 7k for Workers Comp | 500k for AR Reserve |
| | Dallas | 500k for MCR Outlier Audit | |
| | | 18k for Workers Comp | |
| **Corporate** | | | |
| | Corporate | 36k for Lewis Brisbois | |
| | **Total** | **2.2 million** | **3.4 million** |

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**    **PROMISE_00000887**

P003672

# C

Please replace this page with a letter "c" tab (see above)

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

PROMISE_00000888

P003673

# 2017 Budget (c)

| EBITDAM by Facility - Annual Trend | 2017 | | |
|---|---|---|---|
| | 1/17-Ops | 1/17-Board | 1/17-Bank |
| **East Region** | | | |
| **Shreveport/Bossier** | **11.1** | **10.0** | **9.4** |
| Shreveport | 4.8 | 4.3 | 4.1 |
| Bossier | 6.3 | 5.7 | 5.4 |
| **Baton Rouge** | **7.5** | **6.7** | **6.4** |
| Ascension (Main) | 4.7 | 4.2 | 4.0 |
| Baton Rouge HwH | 2.8 | 2.5 | 2.4 |
| **Florida** | **14.3** | **12.8** | **12.1** |
| Villages | 4.3 | 3.8 | 3.6 |
| Miami | 5.2 | 4.7 | 4.4 |
| Ft. Myers | 4.8 | 4.3 | 4.1 |
| **Others** | **1.2** | **1.1** | **1.0** |
| Miss Lou | 0.0 | 0.0 | 0.0 |
| Vicksburg | 1.2 | 1.1 | 1.0 |
| **Total East** | **34.0** | **30.6** | **28.9** |
| **West Region** | | | |
| **Los Angeles** | **10.0** | **9.0** | **8.5** |
| East LA | 0.8 | 0.7 | 0.6 |
| Suburban | 9.2 | 8.3 | 7.9 |
| **Salt Lake City** | **6.3** | **5.7** | **5.4** |
| Salt Lake | 6.3 | 5.7 | 5.4 |
| **Others** | **4.3** | **3.9** | **3.7** |
| Phoenix | 3.0 | 2.7 | 2.6 |
| San Diego | 1.3 | 1.2 | 1.1 |
| **Total West** | **20.6** | **18.6** | **17.5** |
| **East / West Total** | **54.7** | **49.2** | **46.5** |
| **Ruby Region** | | | |
| Overland Park LTACH | 2.3 | 2.1 | 2.0 |
| Overland park SNF | 0.2 | 0.2 | 0.2 |
| Wichita Falls LTACH | 1.6 | 1.4 | 1.4 |
| Wichita Falls SNF | 0.0 | 0.0 | 0.0 |
| Dallas | 1.3 | 1.2 | 1.1 |
| **Total Ruby** | **5.4** | **4.9** | **4.6** |
| **EBITDAM: East / West & Ruby Total** | **60.1** | **54.1** | **51.1** |
| **Corporate / Real Estate** | | | |
| **Promise 1** | | | |
| Less: Corp. Exp. at Promise 1 | (18.4) | (18.4) | (18.4) |
| Plus: Rent at Owned Facilities | 3.4 | 3.4 | 3.4 |
| Less: Real Estate Company Expenses | (0.7) | (0.7) | (0.7) |
| Less: Wellness Overhead | (0.4) | (0.4) | (0.4) |
| **Promise II** | | | |
| Less: Regional Office and Allocation | (1.1) | (1.1) | (1.1) |
| Plus: Equipment Rentals | | | |
| **Total Corporate / Real Estate** | **(17.2)** | **(17.2)** | **(17.2)** |
| **EBITDA** | **42.9** | **36.9** | **33.9** |

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000889

P003674

d

Please replace this page with a letter "d" tab (see above)

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00000890**

P003675

# 2017 Strategy

1. <u>Good Quality – Good Business</u>
   - Clinical Operations Expansion
     - Clinical operations
     - Quality and Risk
     - Coding and clinical documentation
     - Denials management
     - Admissions verification and management
     - Accreditation and survey preparation
     - Standardized services

2. <u>Admission Criteria Execution</u>
   - Quality LTACH Compliance – CCO Strength
   - "Dashboard" Management System
   - Physician "buy in"
   - Facility clinical leadership vetted through corporate clinical department
   - Referral source value proposition

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00000891**

P003676

# 2017 Strategy

3.  <u>Promise Operating Performance</u>
    - RPPD vs. EPPD – "Dashboard" Review
    - RPPD action plan requirement – "War Board"
    - 10% EPPD reduction strategy – Labor schedule tool
    - Senior Management facility responsibility
    - Los Angeles reorganization and realignment
    - Facility CEO Metrics
    - Service contract review
    - Supply chain cost reduction

4.  <u>Cash Flow</u>
    - Wells Fargo Review
    - Revenue cycle centralized development
    - Payables leadership

**PRIVILEGED & CONFIDENTIAL**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00000892**

P003677

# 2017 Strategy

5. CAPEX Requirement
   - IT – Oracle, iCare
   - Shreveport HOU
   - Phoenix redesign
   - Facilities management infrastructure

6. Success Divestiture

7. Growth
   - Los Angeles – potential 3 locations
   - Salt Lake City – Landmark acquisition
   - Phoenix expansion
   - Baton Rouge post-acute continuum
   - PRC

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00000893**

P003678

# DASHBOARD

|  |  |  | Daily Census Data |  |  |  |  | Discharged SLOT Recap |  |  |  |  |  |  |  | Cost Report Data |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Region | Facility | Budget | Current | ADC | LTAC | Site | Other | LTAC % | LTAC LS % | LTAC NS % | LTAC SS % | Optimal Slot % | Site @ 5/6 % | Site in Valley % | Site @ IPPS % | ALOS | Days +/- | Date |
| East | Ascension | 0 | 47 | 36 | 16 | 17 | 19 | 57.1 % | 40.9 % | 36.4 % | 22.7 % | 18.2 % | 50.0 % | 18.8 % | 6.3 % | 24.91 | -4 | 8/31 |
| East | Baton Rouge Mid-City | 0 | 14 | 14 | 3 | 4 | 7 | 42.9 % | 0.0 % | 100.0 % | 0.0 % | 0.0 % | 66.7 % | 22.2 % | 0.0 % | 0.00 | 0 | 12/31 |
| East | Baton Rouge Ochsner | 0 | 24 | 20 | 8 | 7 | 9 | 53.3 % | 20.0 % | 60.0 % | 20.0 % | 40.0 % | 0.0 % | 66.7 % | 0.0 % | 31.50 | 13 | 12/31 |
| East | Bossier City | 0 | 46 | 43 | 11 | 27 | 8 | 28.9 % | 7.1 % | 42.9 % | 50.0 % | 35.7 % | 63.3 % | 18.4 % | 2.0 % | 18.57 | -90 | 12/31 |
| East | Fort Myers | 0 | 50 | 47 | 30 | 6 | 14 | 83.3 % | 25.9 % | 44.4 % | 29.6 % | 18.5 % | 12.5 % | 37.5 % | 0.0 % | 22.85 | -340 | 8/31 |
| East | Miami Dade | 0 | 44 | 52 | 40 | 0 | 4 | 100.0 % | 16.7 % | 58.3 % | 25.0 % | 30.4 % | 0.0 % | 20.0 % | 0.0 % | 25.73 | 291 | 3/31 |
| East | Miss Lou | 0 | 37 | 34 | 10 | 23 | 4 | 30.3 % | 55.6 % | 22.2 % | 22.2 % | 0.0 % | 16.7 % | 33.3 % | 8.3 % | 28.00 | 24 | 12/31 |
| East | Shreveport | 0 | 77 | 72 | 18 | 50 | 9 | 26.5 % | 28.6 % | 50.0 % | 21.4 % | 42.9 % | 49.3 % | 16.4 % | 2.7 % | 33.43 | 118 | 12/31 |
| East | The Villages | 0 | 36 | 35 | 20 | 2 | 14 | 90.9 % | 9.1 % | 63.6 % | 27.3 % | 13.0 % | 100.0 % | 0.0 % | 0.0 % | 23.45 | -245 | 6/30 |
| East | Vicksburg | 0 | 28 | 26 | 9 | 16 | 3 | 36.0 % | 20.0 % | 60.0 % | 20.0 % | 30.0 % | 46.7 % | 26.7 % | 6.7 % | 27.49 | 189 | 6/30 |
| Ruby | Dallas | 0 | 21 | 23 | 1 | 15 | 5 | 6.3 % | 25.0 % | 25.0 % | 50.0 % | 25.0 % | 55.0 % | 10.0 % | 0.0 % | 28.13 | 97 | 5/31 |
| Ruby | Overland Park | 0 | 22 | 24 | 7 | 7 | 8 | 50.0 % | 42.9 % | 35.7 % | 21.4 % | 7.1 % | 83.3 % | 0.0 % | 0.0 % | 26.01 | 96 | 5/31 |
| Ruby | Wichita | 0 | 20 | 21 | 7 | 7 | 6 | 50.0 % | 30.8 % | 38.5 % | 30.8 % | 38.5 % | 88.9 % | 0.0 % | 0.0 % | 25.71 | 72 | 5/31 |
| West | East Los Angeles | 0 | 22 | 18 | 6 | 12 | 4 | 33.3 % | 14.3 % | 42.9 % | 42.9 % | 14.3 % | 12.5 % | 50.0 % | 33.3 % | 26.49 | 61 | 6/30 |
| West | Phoenix | 0 | 30 | 32 | 25 | 1 | 4 | 96.2 % | 42.3 % | 42.3 % | 15.4 % | 24.1 % | 50.0 % | 25.0 % | 25.0 % | 22.95 | -328 | 5/31 |
| West | Salt Lake City | 0 | 29 | 34 | 14 | 4 | 11 | 77.8 % | 39.1 % | 52.2 % | 8.7 % | 21.7 % | 28.6 % | 28.6 % | 0.0 % | 28.15 | 466 | 1/31 |
| West | San Diego | 0 | 30 | 39 | 11 | 9 | 10 | 55.0 % | 19.1 % | 52.4 % | 28.6 % | 42.9 % | 37.0 % | 18.5 % | 18.5 % | 22.65 | -47 | 12/31 |
| West | Suburban | 0 | 106 | 94 | 42 | 43 | 21 | 49.4 % | 50.0 % | 30.0 % | 20.0 % | 22.6 % | 28.8 % | 22.0 % | 37.3 % | 40.36 | 3195 | 6/30 |

|  |  | Revenue Month to Date Recap |  |  |  | Revenue Month to Date PPD Recap |  |  |  | YTD PPD Recap |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Region | Facility | Rev- LTAC | Rev- Site | Rev- Other | Rev- MTD | Rev- LTAC PPD | Rev- Site PPD | Rev- Other PPD | Rev- MTD PPD | Exp- Prior Mth PPD | Rev- Mth End Proj. | Rev- YTD PPD | Exp- YTD PPD |
| East | Ascension | 593,389.60 | 384,889.08 | 532,780.89 | 1,511,059.57 | 1,666.82 | 1,159.30 | 1,293.16 | 1,373.69 | 1,431.83 | 1,511,059.57 | 1,373.69 | 2,713.14 |
| East | Baton Rouge Mid-City | 92,004.31 | 198,664.13 | 232,870.14 | 523,538.58 | 1,394.00 | 1,273.49 | 1,124.98 | 1,220.37 | 882.54 | 523,538.58 | 1,220.37 | 1,871.48 |
| East | Baton Rouge Ochsner | 311,030.49 | 148,568.85 | 302,645.05 | 762,244.39 | 1,495.34 | 958.51 | 1,261.02 | 1,264.09 | 882.54 | 762,244.39 | 1,264.09 | 1,871.48 |
| East | Bossier City | 462,263.36 | 1,059,359.07 | 222,971.11 | 1,744,593.54 | 1,894.52 | 1,140.32 | 1,466.92 | 1,316.67 | 1,221.18 | 1,744,593.54 | 1,316.67 | 2,115.47 |
| East | Fort Myers | 1,283,790.70 | 148,836.85 | 526,789.56 | 1,959,417.11 | 1,384.89 | 795.92 | 1,596.33 | 1,356.94 | 1,079.39 | 1,959,417.11 | 1,356.94 | 2,101.33 |
| East | Miami Dade | 2,171,854.96 | 43,906.23 | 179,690.00 | 2,395,451.19 | 1,531.63 | 585.42 | 1,510.00 | 1,486.01 | 1,177.21 | 2,395,451.19 | 1,486.01 | 2,450.67 |
| East | Miss Lou | 193,319.27 | 590,805.88 | 129,988.99 | 914,114.14 | 1,068.06 | 763.32 | 1,428.45 | 873.91 | 1,037.90 | 914,114.14 | 873.91 | 1,976.22 |
| East | Shreveport | 694,851.48 | 1,493,728.61 | 253,596.35 | 2,442,176.44 | 1,728.49 | 961.83 | 953.37 | 1,099.58 | 1,299.10 | 2,442,176.44 | 1,099.58 | 2,350.13 |
| East | The Villages | 1,169,143.41 | 47,064.42 | 701,413.26 | 1,917,621.09 | 1,913.49 | 1,069.65 | 1,674.02 | 1,785.49 | 1,473.84 | 1,917,621.09 | 1,785.49 | 2,690.86 |
| East | Vicksburg | 344,928.80 | 409,618.12 | 142,098.39 | 896,645.31 | 1,519.51 | 928.84 | 1,127.77 | 1,129.28 | 1,327.80 | 896,645.31 | 1,129.28 | 2,584.64 |
| Ruby | Dallas | 123,988.17 | 629,384.39 | 131,475.83 | 884,848.39 | 2,530.37 | 1,241.39 | 777.96 | 1,220.48 | 1,951.55 | 884,848.39 | 1,220.48 | 3,787.45 |
| Ruby | Overland Park | 627,411.08 | 241,319.82 | 199,274.98 | 1,068,005.88 | 1,767.36 | 1,453.73 | 905.80 | 1,441.30 | 1,596.97 | 1,068,005.88 | 1,441.30 | 3,218.92 |
| Ruby | Wichita | 341,565.24 | 261,814.13 | 43,490.85 | 646,870.22 | 1,574.03 | 1,200.98 | 200.42 | 992.13 | 1,428.98 | 646,870.22 | 992.13 | 2,922.34 |
| West | East Los Angeles | 561,550.13 | 415,524.24 | 80,200.21 | 1,057,274.58 | 2,865.05 | 1,331.81 | 1,706.39 | 1,905.00 | 2,245.85 | 1,057,274.58 | 1,905.00 | 4,538.67 |
| West | Phoenix | 1,366,949.21 | 67,239.03 | 288,360.80 | 1,722,549.04 | 1,919.87 | 1,102.28 | 1,341.21 | 1,743.47 | 1,816.36 | 1,722,549.04 | 1,743.47 | 3,553.03 |
| West | Salt Lake City | 908,996.98 | 115,707.63 | 740,454.21 | 1,765,158.82 | 1,878.09 | 1,051.89 | 1,623.80 | 1,681.10 | 1,350.61 | 1,765,158.82 | 1,681.10 | 2,821.99 |
| West | San Diego | 803,356.39 | 557,043.77 | 604,117.21 | 1,964,517.37 | 1,863.94 | 1,389.14 | 1,573.22 | 1,615.56 | 1,639.94 | 1,964,517.37 | 1,615.56 | 3,159.38 |
| West | Suburban | 2,318,419.55 | 1,399,025.14 | 1,651,283.95 | 5,368,728.64 | 2,183.07 | 1,461.89 | 1,874.33 | 1,851.29 | 2,382.39 | 5,368,728.64 | 1,851.29 | 4,773.65 |
| Total |  | 14,368,813.13 | 8,212,499.39 | 6,963,501.78 | 29,544,814.30 |  |  |  |  |  | 29,544,814.30 |  |  |

PRIVILEGED & CONFIDENTIAL

15

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000894

P003679

e

Please replace this page with a letter "e" tab (see above)

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

PROMISE_00000895

P003680

# Growth Opportunities  (e)

| Opportunity | Description/Comments | Overall Funding Need | Equity Funding Need | Run-Rate EBITDA | Timing |
|---|---|---|---|---|---|
| 1. Los Angeles Status | Gardens Regional  – lease negotiation<br>St. Vincent lease negotiations<br>Plan to move ELA beds<br>Reduce semiprivate Suburban beds | | | 5.0 | 2017 |
| 2. Baton Rouge SNF Status | Awaiting BRG executed agreement | | | | 2017 |
| 3. SLC SNF Status | IHC extended lease w/private rooms<br>Landmark facility acquisition | 3.0 | 1.8 | | 2017 |
| 4. Vicksburg Status | Move to main building<br>Lease 03/1/17 – New Lease | - | - | 1.0 | 2017 |
| 5. Phoenix  - Building | Add services – SNF, OR, UC – Plan 1/1/17 | *5.0 | 5.0 | 7.0 | 2017 |
| 6. Miss Lou | Acute care strategy – implementation 1/1/17 | ? | ? | 1.5-2.0 | January 2017 |
| 7. Promise Rejuvenation Clinic Status | New plan<br>Promise Rejuvenation Clinic Plan | 1.0 | - | 1.0-10.0 | 2017-2019 |

**\*Over 5 years**

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000896

P003681

f

Please replace this page with a letter "f" tab (see above)

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00000897**

# Corporate Organization Chart



**PRIVILEGED & CONFIDENTIAL**

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000898

P003683

# Operations Organization Chart (f)



PROMISE HEALTHCARE, INC.
Organizational Chart 2017

Revised 2/2/2017

**Peter Baronoff**
CEO

**Theresa Laurenzano**
Senior Exec. Assistant

**Richard Gold**
President & COO

Dr. Charles Posternack
Chief Medical Officer

Toni Strickland
Executive    Ass't.

Nishat Patel
Corporate V.P.
Of Pharmacy

Bob Buruchian
Chief Marketing
Technologist

Richard Cohen
Chief
Administrative
Officer

**Brian Dunn**
**EVP**
**Western Region**

**Bryan Day**
**EVP**
**East Region**

Kim Montes
SVP
Chief Clinical Officer

Kimberly Wade
Marketing
Manager

Rick Coffin
Facilities
Management
Consultant

Brenda Gonzalez
VP
Supply Chain

Michael Choo
CEO
Los Angeles
Market

Rick Stockton
CEO (2)
Shreveport/Bossier

Maureen Moore
VP Quality & Care
Management

Timothy Clark
CEO
San Diego

Kiley Cedotal
CEO
Baton Rouge

Theresa    Hunkins
VP Clinical Risk &
Patient Safety

Linda Hook
Vice President
Mountain Region

Mike Harrell
CEO (2)
Miss Lou

Roseann Webb
Corporate
HIM Director

Wayne Kinsey
CEO
Salt Lake

Mike Harrell
CEO
Vicksburg

Denials Manager

Linda Hook
Interim CEO
Phoenix

Patrick Ryan
CEO
Ft. Myers

Lou Bradley
CEO
Dallas

Hoyt Ross
CEO
Villages

Lou Bradley
CEO
Wichita Falls

Charles Doten
CEO
Miami

Kristen Barrett
CEO
Overland Park

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000899

P003684

# g

Please replace this page with a letter "g" tab (see above)

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000900

P003685

# COO Report – Promise - Market Review (g)

Market Review

- Performance – Admission Criteria
- Revenue
- Expense

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00000901**

P003686

# COO Report - Market Review  - Suburban/East LA  (g)

## Criteria Commencement – July 1, 2016

**Facility**
East Los Angeles

|  | Audit 2015 | Preliminary 2016 | Budget 2016 | Budget 2017 |
|---|---|---|---|---|
| EBITDAM | 1.6 | (0.6) | 0.2 | 0.7 |
| LTACH Compliance (based on discharges) | 100% | 19.3% | | 48.4% |

**Facility**
Suburban

|  | Audit 2015 | Preliminary 2016 | Budget 2016 | Budget 2017 |
|---|---|---|---|---|
| EBITDAM | 14.3 | 6.2 | 8.5 | 8.3 |
| LTACH Compliance (based on discharges) | 100% | 39.4% | | 50.0% |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY            PROMISE_00000902

P003687

# COO Report - Market Review  - Suburban/East LA  (g)

2016 Review:
- Poor performance under LTACH criteria
- Quality of care poor by medical and professional staff
    - Resulted in poor admissions
    - Perception of "super SNF"
    - Poor MD and physician extender compliance
    - State and TJC reviews
- Poor case management performance
- Marketplace confused due to emphasis on ancillary services instead of LTACH compliance
- Unstable executive and nursing leadership with consistent changes
- Ineffective CEO with inability to execute on board plan presentation
    - Inability to manage expenses to volume
    - Inability to drive revenue cycle resulting in significant prior year bad debt hits
- Market perception that ELA campus to close resulting in deterred admissions

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                PROMISE_00000903

P003688

# COO Report - Market Review  - Suburban/East LA  (g)

## 2017 Execution Plan:

- Change in leadership – CEO, CCO, DQRM, Nursing leadership – January 2017
  - Hired dynamic, experienced and proven CEO – Michael Choo
  - Hired experienced, quality driven and clinical expert CCO – Patrick Reinhard
  - Contracted new Hospital CMO – Dr. Sabahi
- Continue the execution of academic partnerships USC, UCLA and UCI for patient transfer of high acuity patients – Q1 2017
- Implemented new clinical plan – Q1 2017
  - New hospitalists and intensivists program – 4 to 8 new physicians
  - New clinical education and development requirement of nursing and clinical staff – hired Director of Clinical Education
  - Mandated physician extender management plan in ICU and Med/surg floors
  - Fully implement wound care program with Medcentris
- Developed revenue cycle oversight and review to decrease bad debt – Q1 2017
- Revamping case management with new leadership and accountability (6 employees) – Q1 2017
- Addressing building and capital needs review – Q1 2017

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                                    PROMISE_00000904

P003689

# COO Report - Market Review  - Suburban/East LA  (g)

- Manage and execute clinical/quality plan of improvement – CCO with CMO oversight
- Manage and execute expenses reduction plan - CFO
    - 10% overall reduction in expenses
    - Eliminate non core business lines – January 2017
- ELA Campus
    - Scale down services for preparation to close
    - Relocate 36 licenses beds to either St. Vincent's or Hawaiian Gardens
- Complete Hawaiian Gardens acquisition
    - Allows for expansion of our geographic footprint and reconfigure beds in Suburban for improved efficiency and market competitiveness

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                PROMISE_00000905

P003690

**Peter Baronoff**

**From:**     Rose, Mary H. <mrose@buchalter.com>
**Sent:**     Tuesday, January 24, 2017 5:51 PM
**To:**       Peter Baronoff; James Hopwood; David Armstrong, Esq; Brian Dunn
**Subject:**  Gardens - Article re Closure of Hospital

Mary H. Rose | Shareholder | **Buchalter**, A Professional Corporation | 1000 Wilshire Boulevard, Suite 1500 | Los Angeles, CA 90017-1730 | Direct Dial: (213) 891-5727 | Cell Phone: (310) 415-9087 | Direct Fax: (213) 630-5629 | Switchboard: (213) 891-0700 | mrose@buchalter.com | www.buchalter.com

*Health Leaders Media article yesterday about the closure of Gardens is set forth below or at*
http://www.healthleadersmedia.com/finance/bankrupt-ca-hospital-shuts-its-doors

# Bankrupt CA Hospital Shuts its Doors

Doug Desjardins, January 23, 2017

## Gardens Regional in Los Angeles closes after state officials and the potential buyer fail to reach an agreement on a requirement to provide charity care.

*This story originally appeared in California Healthfax.*

A Los Angeles-area safety net hospital began shutting down last week after state officials were unable to finalize a deal with a potential buyer.

Gardens Regional Hospital and Medical Center in Hawaiian Gardens began shutting down on January 18 after its proposed sale to Riverside-based Strategic Global Management Inc. fell through.

Strategic Global submitted a bid in August to purchase the assets of Gardens Regional Hospital, a 137-bed not-for profit acute care facility, for $19.5 million.

However, Strategic Global was apparently unable to meet the charity care provisions required by the state Attorney General as a condition of the sale.

Lawyers representing Strategic Global filed an emergency motion in U.S. Bankruptcy Court in Los Angeles to close the hospital, citing its "dwindling" cash on hand and no other buyers willing to acquire Gardens' assets as a going concern.

A Gardens Regional Hospital representative said the facility closed its emergency department at 7:00 a.m. on January 18, was no longer accepting new patients, and planned to shut down completely after its current patient base was discharged.

Officials from Strategic Global Management did not return calls seeking comment.

1

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

PROMISE_00000906

P003691

A January 17 letter from the Los Angeles County Emergency Medical Services Agency notified emergency medical personnel in the area that Hawaiian Gardens would no longer be a receiving hospital for emergency transport.

Gardens Regional filed for bankruptcy in June 2016 and entered an acquisition agreement with Strategic Global in August. In its bankruptcy filing, the hospital cited several factors for its financial problems.

"Medi-cal and Medicare reduced their payment rates in the range of 2.9% to 10% in or after 2010, which whittled down our reimbursement revenues," the filing stated.

Court documents also stated that Gardens Regional needed to generate $119,474 per day in revenue to cover its operating costs but was only generating $91,830 per day.

The facility faced unanticipated operational costs, a decline in bariatric and other surgeries, and difficulties in implementing required changes to electronic health records and in managing patients' length of stay, according to the filing.

Doug Desjardins

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see
http://www.buchalter.com/about/firm-policies/.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000907

2

P003692

**Peter Baronoff**

| | |
|---|---|
| **From:** | Corporate Communications |
| **Sent:** | Monday, January 23, 2017 10:16 AM |
| **To:** | EveryoneCorporate |
| **Subject:** | Leadership Announcement |

We are pleased to announce the appointment of **Michael Choo as Market CEO of Greater Los Angeles**. He will have responsibilities of Silver Lake Medical Center (SLMC) and Promise Hospital of East Los Angeles; ELA and Suburban Campuses (PHELA) to the position of Chief Executive Officer.

This new position allows for collaboration in the continuum of care for the patients being served by both SLMC and PHELA. His extensive experience and capabilities will best serve the market as a whole.

We are also pleased to announce the new **Chief Executive Officer of SLMC, Brian Cotter**. Brian has an extensive background in healthcare having previously been CEO of Anaheim Global Medical Center, HealthBridge Children's Hospital and Anaheim General Hospital. Brian had also previously worked for Promise Healthcare in a regional development role in Phoenix AZ. Brian is also a registered nurse with an MBA, and a veteran of the United States Air Force. Brian starts on Monday, January 23rd.

Please join me in congratulating Michael in his new Market role and welcoming Brian to the SLMC team.

Thank you to all that serve our patients and customers on a daily basis. Your dedication is overwhelming.

*Brian E. Dunn*
Executive Vice President, West and Ruby Region, Promise Healthcare
Chief Executive Officer, Success Healthcare



PROMISE SUCCESS

---

1

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

# COO Report - Market Review  - Salt Lake City  (g)

Criteria Commencement – February 1, 2016

**Facility**
Salt Lake

|  | **Audit** 2015 | **Preliminary** 2016 | **Budget** 2016 | **Budget** 2017 |
|---|---|---|---|---|
| EBITDAM | 5.6 | 6.5 | 6.0 | 5.7 |
| LTACH Compliance (based on discharges) | 100% | 66.0% |  | 75.0% |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY     PROMISE_00000909

P003694

# COO Report - Market Review  - Salt Lake City  (g)

2016 Review:
- Strong performance compared to budget and prior year
- Excellent LTACH compliant strategy and execution
- Expense management controlled through
    - Management of labor
    - Significantly reduced pharmacy costs
- Maintain volume and compliance rate

2017 Execution Plan:
- Acquire Landmark Hospital allowing for Q1 2017:
    - Increase in private rooms
    - South Valley/Utah penetration and gain market share
    - Elimination of market competitor
- Reduce administrative expenses allowing for better operating margin
- Implement product lines of cardio/thoracic pathways to increase high acuity – Q1 2017
- Execute Intermountain manage care contract – Q3 2017
    - Potential for bundled and "risk" contracting

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                                        PROMISE_00000910

P003695

# COO Report - Market Review  - Phoenix  (g)

## Criteria Commencement – June 1, 2016

**Facility**
Phoenix

|  | Audit 2015 | Preliminary 2016 | Budget 2016 | Budget 2017 |
|---|---|---|---|---|
| EBITDAM | 2.4 | 1.7 | 2.1 | 2.7 |
| LTACH Compliance (based on discharges) | 100% | 66.2% | | 70.0% |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY     PROMISE_00000911

P003696

# COO Report - Market Review - Phoenix (g)

2016 Review:
- Poor execution of admissions strategy on site neutral patients limiting volume of admits
- Poor selection of LTACH compliant patients admitted with adverse financial impact (LOS)
  - This will be corrected by 5-31-2017 by managing LOS and appropriate LTACH compliant admissions
- Expenses increased to unacceptable levels due to
  - Premium pay for nurses due to shortage – corrected January 2017
  - Required ambulance transportation costs – will be corrected in Q1 through appropriate payment

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY PROMISE_00000912

P003697

# COO Report - Market Review  - Phoenix  (g)

2017 Execution Plan:

- Replaced CEO and Leadership team – January 2017
- Increase volume and maintain criteria patients by recruiting Banner and Dignity pulmonary groups
- CMO to educate hospitalist on benefits of LTACH - Q1 2017
- Renegotiate managed care contracts and acquire new contracts – United Health Care - Q1 2017
- Potential bundled and "risk" plans with payer and providers

Develop post acute care campus:

- Long-term lease executed requiring development of campus
- New private LTACH rooms
- Development of SNF and vent dialysis
- Emergency room/urgent care/surgical services – outsourced with physician partners
- Ancillary services – lab/imaging (eliminates contracted services)

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**　　　　　　　　**PROMISE_00000913**

P003698

# COO Report - Market Review  - San Diego  (g)

## Criteria Commencement – January 1, 2016

**Facility**
San Diego

|  | Audit 2015 | Preliminary 2016 | Budget 2016 | Budget 2017 |
|---|---|---|---|---|
| EBITDAM | 0.3 | (0.8) | 0.4 | 1.2 |
| LTACH Compliance (based on discharges) | 100% | 47.9% |  | 57.8% |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00000914

P003699

# COO Report - Market Review  - San Diego  (g)

2016 Review:
- Poor volume and low LTACH criteria patients
- Poor expense management
  - High labor costs including contract labor
- Reduced surgical and ancillary services
- Replaced CEO and business development team – Q3 2016
- Poor reputation due to outdated/aged building and location

2017 Execution Plan:
- Crestwood Mental Health to lease building – Q1 2017
  - Final stages of negotiation – 1.2M in revenue
  - Close LTACH services
  - Sell LTACH license

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00000915

P003700

# COO Report - Market Review  - Overland Park LTACH  (g)

## Criteria Commencement – June 1, 2016

**Facility**
Overland Park LTAC

|  | Audit 2015 | Preliminary 2016 | Budget 2016 | Budget 2017 |
|---|---|---|---|---|
| EBITDAM | 1.1 | 2.3 | 2.0 | 2.1 |
| LTACH Compliance (based on discharges) | 100% | 63.0% |  | 75.5% |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000916

P003701

# COO Report - Market Review  - Overland Park LTACH  (g)

2016 Review:
- Good performance compared to budget and prior year
- Good admission rate of LTACH compliant patients due to recruitment of pulmonary group
- Consistent leadership and business development
- Expanded medical staff with sub specialists, cardiology, GI, nephrology
- Expenses higher due to contract labor

2017 Execution Plan:
- Recruit pulmonary group from Shawnee Mission and HCA to diversify – Q2 2017
- Acquire managed care contracts – Aetna and MO Medicaid – Q2 2017
  - Potential risk based business with hospital referrals
- Expand LTACH beds in central corridor reducing SNF beds, allowing for more private rooms – Q2 2017
- Complete procedure room resulting in lower costs – Q2 2017

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                              **PROMISE_00000917**

P003702

# COO Report - Market Review  - Overland Park SNF  (g)

**Facility**
Overland Park SNF

|  | | **Audit** 2015 | **Preliminary** 2016 | **Budget** 2016 | **Budget** 2017 |
|---|---|---|---|---|---|
| | EBITDAM | (0.5) | 0.0 | 0.1 | 0.2 |

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**      **PROMISE_00000918**

P003703

# COO Report - Market Review  - Overland Park SNF  (g)

2016 Review:
- LTACH focus – SNF break even
- High ventilator dependent patients paying well in KS

2017 Execution Plan:
- Increase better paying census with focus on Medicare rehabilitation and respiratory patients – Q1 2017
  - Improve clinical documentation with oversite by CMO
- Reduce expenses
  - Decrease contract labor and retain CNAs – Q1 2017
  - Change pharmacy provider (includes WTF SNF) - Q2 2017
- Decertify six SNF beds and convert to LTACH private rooms allowing additional high acuity patients and reduce KS state bed tax – Q2 2017
- Increased quality star rating from 3 with a goal of 4 by August 2017 allowing for more participation in bundled payments

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                                           **PROMISE_00000919**

P003704

# COO Report - Market Review  - Wichita Falls LTACH  (g)

## Criteria Commencement – June 1, 2016

**Facility**
Wichita Falls LTAC

|  | Audit 2015 | Preliminary 2016 | Budget 2016 | Budget 2017 |
|---|---|---|---|---|
| EBITDAM | 0.2 | 2.2 | 1.7 | 1.4 |
| LTACH Compliance (based on discharges) | 100% | 57.1% |  | 69.5% |

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000920

P003705

# COO Report - Market Review  - Wichita Falls LTACH  (g)

2016 Review:
- Great performance compared to budget and prior year
- Good implementation of LTACH compliant patients
- Good leadership team that is now stable and consistent
- Recruited sub specialists to increase admits. GI, ENT, Nephology and Cardiology

2017 Execution Plan:
- Continued referrals from United Regional Hospital (URH) and Texoma markets
  - Direct admits from URH ER – January 2017
- Continued focus on increase of LTACH compliant patients – January 2017
- Continued reduction in expenses focusing on contract labor – Q1 2017

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00000921

P003706

# COO Report - Market Review  - Wichita Falls SNF  (g)

**Facility**
Wichita Falls SNF

|  | Audit 2015 | Preliminary 2016 | Budget 2016 | Budget 2017 |
|---|---|---|---|---|
| EBITDAM | (0.9) | (1.0) | (0.8) | 0.0 |
| LTACH Compliance (based on discharges) | 100% | | | |

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                         **PROMISE_00000922**

P003707

# COO Report - Market Review - Wichita Falls SNF (g)

2016 Review:
- Increase in revenue PPD due to better documentation and shift in payer mix (Medicare)
- Costs exceeded budget due to contract labor, pharmacy vendor and purchase services
- Maintained volume with new competition in market
- Key physician director and admitter died suddenly and unexpectedly in December 2016

2017 Review:
- SNF administrator and Nursing leadership change – January 2017
- Continue LOS management in collaboration with LTACH - ongoing
- New SNF administrator hired from competing SNF – well known and respected in market with proven results – January 2017
- New administrator will recruit new physicians – Q1 2017
- Continue focus on Medicare "rehab" (low intensity) and ventilator dependent patients - ongoing
- Reduce expenses
    - Decrease contract labor and retain CNA's - Q1 2017
    - Change pharmacy provider (includes Overland Park SNF) - Q2 2017
- Increase quality star rating from 3 to 4 - Q3 2017

February 7, 2017                              PRIVILEGED & CONFIDENTIAL                              41

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                              PROMISE_00000923

P003708

# COO Report - Market Review  - Dallas  (g)

## Criteria Commencement – June 1, 2016

**Facility**
Dallas

|  | **Audit**<br>2015 | **Preliminary**<br>2016 | **Budget**<br>2016 | **Budget**<br>2017 |
|---|---|---|---|---|
| EBITDAM | 0.3 | 0.1 | 1.0 | 1.2 |
| LTACH Compliance<br>(based on discharges) | 100% | 15.4% |  | 54.2% |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY      PROMISE_00000924

P003709

# COO Report - Market Review  - Dallas  (g)

2016 Review:
- Leadership transition early 2016 – mid management followed
- Contract labor due to staff shortage
- Poor LTACH criteria compliance rate due to lack of pulmonologists

2017 Execution Plan:
- Increase LTACH compliant volume through:
    - Recruit three pulmonary physician groups associated with HCA, Methodist and Texas Health Resource – Q1 2017
    - CMO to meet with UT Southwestern and Parkland to create hospital coverage with pulmonary fellows – Q1 2017
    - Physician recruitment of sub specialists allowing for additional admissions; cardiology, GI, Nephrology – Q1 2017
    - Reduce salary and wages by changing skill mix and nurse : patient ratios CCO – Q1 2017
    - Renegotiate lab and imaging contracts to reduce costs - CFO – Q2 2017
    - Renegotiate existing managed case contracts for improved rates – BC/BS – VP managed care – Q2 2017
    - Acquire new managed care plans for additional volume – Humana – Aetna – VP managed care – Q1 217

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                                              PROMISE_00000925

P003710

# COO Report – Market Review – Shreveport/Bossier  (g)

## Criteria Commencement - January 1, 2016

**Facility**
Shreveport

|  | Audit 2015 | Preliminary 2016 | Budget 2016 | Budget 2017 |
|---|---|---|---|---|
| EBITDAM | 6.0 | 5.6 | 5.8 | 4.3 |
| LTACH Compliance (based on discharges) | 100% | 30.0% |  | 55.0% |

**Facility**
Bossier

|  | Audit 2015 | Preliminary 2016 | Budget 2016 | Budget 2017 |
|---|---|---|---|---|
| EBITDAM | 5.8 | 6.3 | 6.7 | 5.7 |
| LTACH Compliance (based on discharges) | 100% | 37.0% |  | 51.0% |

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**         **PROMISE_00000926**

P003711

# COO Report – Market Review – Shreveport/Bossier  (g)

2016 Review:
- Excellent performance due to
  - Created excellent strategy and successfully executed
  - Improved clinical documentation resulting in increased case mix index (CMI) and length of stay
  - Improved case management resulting in higher revenue per patient days
  - Recruited LSU pulmonary physicians and fellowship program resulting in higher LTACH compliant patients, stabilizing census and lowering expense per patient day
  - Increased psych program volume, additionally lowering expenses per patient day and offsetting 25% rule from Willis-Knighton

2017 Execution Plan:
- Continue to grow LTACH compliant volume
- Build out high observation unit to accommodate volume of high acuity patients and LSU fellowship program
- This is expected to yield an ADC at 10 LTACH compliant patients – Q3 2017

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY          PROMISE_00000927

P003712

# COO Report – Market Review – Baton Rouge (g)

## Criteria Commencement (HIH's) – January 1, 2016
## Criteria Commencement (Main)- September 1, 2016

Ascension

|  | Audit 2015 | Preliminary 2016 | Budget 2016 | Budget 2017 |
|---|---|---|---|---|
| EBITDAM | 4.1 | 5.5 | 5.8 | 4.2 |
| LTACH Compliance (based on discharges) | 100% | 39.0% |  | 60.0% |

**Facility**
Baton Rouge

|  | Audit 2015 | Preliminary 2016 | Budget 2016 | Budget 2017 |
|---|---|---|---|---|
| EBITDAM | 2.7 | 1.8 | 2.2 | 2.5 |
| LTACH Compliance (based on discharges) | 100% | 44.9% |  | 60.0% |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY · PROMISE_00000928

P003713

# COO Report – Market Review – Baton Rouge (g)

2016 Review:
- Only market with 2 separate licenses and different year-end cost report dates, allowing market to optimize LTACH compliant admissions until August 31, 2016
- Baton Rouge General mid-city Hospital closed operations reducing referrals from that hospital by 40 per month.  Patients were displaced to OLOL Hospital when we have challenges with hospitalist groups.

2017 Execution Plan:
- Management agreement for Rehab, SNF, post-acute care agreement to be executed with Baton Rouge General Hospital in February 2017.  This will give us the ability to contract with ACO's and payors to provide full continuum of care.  Managing the SNF's will also give us a discharge destination which will enable us to better manage LOS.  The agreement will yield $350K annually in management fees.
- Ongoing meetings with Dr. Posternack and Our Lady of the Lake CMO, Dr. Vath, to discuss closer referral relationship through ACO and bundling agreements
- Focus on increasing LTACH compliant patients by recruiting additional pulmonary group

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY      PROMISE_00000929

P003714

# COO Report – Market Review – Villages  (g)

## Criteria Commencement - July 1, 2016

**Facility**
Villages

|  | Audit 2015 | Preliminary 2016 | Budget 2016 | Budget 2017 |
|---|---|---|---|---|
| EBITDAM | 3.8 | 4.1 | 4.9 | 3.8 |
| LTACH Compliance (based on discharges) | 100% | 82.4% |  | 90.3% |

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00000930**

P003715

# COO Report – Market Review – Villages  (g)

2016 Review:
- Chief of Staff (largest admitter) left hospital resulting in drop of volume
- Recruited physicians, internal medicine and pulmonology, resulting in additional LTACH compliant patients
- Rebuilt relationships with Central Florida Healthcare Alliance, and instituted a hospitalist program at Promise
- Purchased CT scanner and in-house imaging services, which led to expense reductions and improved patient care

2017 Execution Plan:
- Recruit additional physician to increase LTACH compliant patients – Q1 2017
- Recruit physician for O/P surgery, podiatry, orthopedic surgeon – Q2 2017
- Educate United Healthcare to receive admissions from managed Medicare product – Q2 2017
- Coordinated meeting with Dr. Posternack and CMO of Villages Health to better understand cost/benefits of LTACH utilization

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY     PROMISE_00000931

P003716

# COO Report – Market Review – Miami  (g)

## Criteria Commencement - April 1, 2016

**Facility**
Miami

|  | Audit 2015 | Preliminary 2016 | Budget 2016 | Budget 2017 |
|---|---|---|---|---|
| EBITDAM | (3.9) | 1.4 | 2.2 | 4.7 |
| LTACH Compliance (based on discharges) | 100% | 92.4% |  | 93.1% |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY     PROMISE_00000932

P003717

# COO Report – Market Review – Miami  (g)

2016 Review:
- Expanded medical staff resulting in increased admissions
- Educate and focus on LTACH compliant patients, resulted in highest LTACH compliant patients in company (90+%)
- Purchase of CT scanner resulted in physician confidence and additional high acuity patients.  Reduces outside purchase services expense

2017 Execution Plan:
- Volume growth allowed therapy services to be brought in-house vs. outside service, resulting in significant savings ($350K annually) – January 2017
- Assessing in-house practitioners for 24/7 coverage – Q1 2017
- Building relationship with Jackson Health System and Mt. Sinai will result In additional high acuity referrals

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00000933

P003718

# COO Report – Market Review – Ft. Myers  (g)

## Criteria Commencement - September 1, 2016

**Facility**
Ft Myers

|  | **Audit** 2015 | **Preliminary** 2016 | **Budget** 2016 | **Budget** 2017 |
|---|---|---|---|---|
| EBITDAM | (2.5) | 3.7 | 4.3 | 4.3 |
| LTACH Compliance (based on discharges) | 100% | 68.3% |  | 80.0% |

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**          **PROMISE_00000934**

P003719

# COO Report – Market Review – Ft. Myers  (g)

2016 Review:
- Quality issue identified and resolved through:
    - Replaced CCO in 2016
    - Pulmonary coverage – Q4 2016
- VP PRE replaced in 4th quarter, resulting in volume growth

2017 Execution Plan:
- Expand into Naples area for additional high acuity patients – Q1 2017
- Recruiting in-house practitioner for additional night and weekend coverage – Q1 2017
- Meetings scheduled with Dr. Posternack and CMO from Lee Memorial
   System to discuss gain sharing and bundling agreements February 2017

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**        **PROMISE_00000935**

P003720

# COO Report – Market Review – Miss Lou  (g)

## Criteria Commencement - January 1, 2016

**Facility**
Miss Lou

|  | **Audit** 2015 | **Preliminary** 2016 | **Budget** 2016 | **Budget** 2017 |
|---|---|---|---|---|
| EBITDAM | 1.4 | (0.5) | (0.4) | 0.0 |
| LTACH Compliance (based on discharges) | 100% | 19.5% |  | 24.1% |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY     PROMISE_00000936

P003721

# COO Report – Market Review – Miss Lou  (g)

2016 Review:

- Less than 15% LTACH compliant patients, due to weak market, poorly run referral sources, and continued outmigration of patients to larger hospitals
- Operating as an acute care hospital
- Purchased a used ambulance reducing expense by approximately $20K/month
- Created an outpatient wound care program generating additional $50K/month in revenue

2017 Execution Plan:

- Continue to pursue partnership with adjacent MD owned imaging, surgical services, labs and urgent care to better function as an acute care hospital – Q2 2017
- Continue to reduce outside purchased services to lower expenses
- Need to bring laboratory and blood bank services in-house – Q2 2017

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00000937

P003722

# COO Report – Market Review – Vicksburg  (g)

Criteria Commencement - July 1, 2016

**Facility**
Vicksburg

|  | **Audit** 2015 | **Preliminary** 2016 | **Budget** 2016 | **Budget** 2017 |
|---|---|---|---|---|
| EBITDAM | 0.8 | 1.8 | 1.6 | 1.1 |
| LTACH Compliance (based on discharges) | 100% | 47.4% |  | 53.3% |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY     PROMISE_00000938

P003723

# COO Report – Market Review – Vicksburg  (g)

2016 Review:
- Excellent performance due to:
    - Recruited new hospitalist to the community with large hospital practice focusing on high acuity patients and LTACH experience

2017 Execution Plan:
- Expanded relationship with Mississippi State and Federal prison system to increase census – Q1 2017
- Move hospital to 6th floor of River Region Medical Center, owned by CHS delayed due to leadership changes.  Interim leadership has indicated Continued interest and have extended current lease through June while we work on finalization – Q3 2017

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000939

P003724

h

Please replace this page with a letter "h" tab (see above)

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000940

P003725

# CHIEF MEDICAL OFFICER REPORT

Dr. Charles Posternack

PRIVILEGED & CONFIDENTIAL

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00000941**

P003726

# CLINICAL OPERATIONS

- Promise corporate has successfully created a distinct Department of Clinical Operations to oversee all aspects of clinical care delivery, emphasizing overall quality outcomes, patient safety and optimizing regulatory compliance.

- Additionally, clinical operations will focus on maximizing EDITAM through improvements in cost effective care delivery and maximizing payer reimbursement through CDI & authorization/denial management

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                      **PROMISE_00000942**

P003727

# 2017 Clinical Operations Department



PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000943

P003728

# QUALITY & PATIENT SAFETY

- "Good quality is good business!"

- Affords the ability to minimize risk, develop highly profitable strategic partnerships, and minimizes expensive value based purchasing fallouts

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY  PROMISE_00000944

P003729

# HOW IS QUALITY & PATIENT SAFETY MAXIMALLY IMPROVED?

I.    Standardize clinical practice bundles across the company- employing the highest and best proven, evidence based standards

   e.g. -CLABSI reduction program

      -CAUTI prevention

      -Fall prevention

      -Ventilator weaning

- This is accomplished by establishing corporately driven policies and procedures

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY   PROMISE_00000945

P003730

# HOW IS QUALITY & PATIENT SAFETY MAXIMALLY IMPROVED?

II.  Engage high quality clinical leaders and focus on executive retention
   - Current leadership turnover in clinical areas is too high
   - Turnover is expensive ($45,000/New hire) and very disruptive to developing a sustainable culture of excellence

1ST ANNUAL CLINICAL CONFERENCE (APRIL 10-12TH)
Gaylord Hotel – Dallas, TX
CMO's, Medical Directors, Chief of Staffs, CCO's and DQRM's

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY          PROMISE_00000946

P003731

# HOW IS QUALITY & PATIENT SAFETY MAXIMALLY IMPROVED?

III.  Improve medical oversight

- Hospitalist and Intensivists Programs

- Nighttime call

- Strategic engagement of CMO's

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00000947**

P003732

# CARE MANAGEMENT

- Optimal quality is commiserate with optimal reimbursement

- Managing LOS will not only maximize reimbursement and overall revenue, but will also reduce expensive hospital acquired conditions (medical complications)

- Cost effective, high quality medical resource utilization is the most important outcome with which to engage referring physicians and establishing strategic, academic and hospital partnerships

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00000948**

P003733

# PHARMACY

- Maximize the appropriate and cost effective use of drugs to comply with national best practices and minimize resistance of bacteria

- Establish a corporate wide antibiotic stewardship program to comply with Medicare COP requirements

- To continue to strive for cost savings on a corporate basis

- To maximize the value of clinical pharmacy

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                PROMISE_00000949

P003734

# CLINICAL DOCUMENTATION IMPROVEMENT

- Intense focus on ensuring maximum but compliant reimbursement for work which is done

- Focus on clear physician documentation to establish severity of case and assuring that appropriate DRG coding is occurring

- Corporate review has been performed and facility by facility audit is to begin Q1

- Program to be rolled out in Q1-Q2

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000950

P003735

# AUTHORIZATION AND CLAIMS MANGEMENT

- It is critically important that we get paid for the work we do

- Obtaining appropriate and timely initial authorizations are crucial to providing the template for appropriate reimbursement

- Concurrent ongoing authorizations assure payer engagement

- Aggressive management of denials will then minimize bad debt and maximize revenue recovery

- Centralization of authorization process and denial management with corporate oversight

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00000951**

P003736

# RISK MANAGEMENT

- Clinical risk management to be an integral part of clinical ops team

- Focus on risk prevention and regulatory compliance including Joint Commission, CMS, and state

- Essential for all facilities to comply with regulatory standards in order to safely mitigate risk

- Will be a mainstay in setting schedules for preventative mock surveys

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00000952

P003737

# OVERALL CLINICAL OPERATIONS SUMMARY & STRATEGY

I.   Maximize Clinical Quality Outcomes and Patient Safety
   - Key to minimizing value based purchasing financial hit
   - Also key to building academic, health system, and physician partnerships

II.  Establishing high performing, cost effective utilization of medical resources (LOS, cost per case)
   - Maximizes revenue and minimizes HAC's, and unnecessary readmissions

III. Focus on appropriate and compliant clinical documentation improvement
   - Maximizes revenue and minimizes compliance driven audits

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY     PROMISE_00000953

P003738

# OVERALL CLINICAL OPERATIONS SUMMARY & STRATEGY

IV.  Redefining a central authorization and claims denial process to assure we are appropriately paid for the services that we provide
   - We cannot leave dollars on the table

V.   Promote cost effective use of drugs to maximize clinical outcomes and minimize spend

VI.  Maximize risk prevention by standardizing national, best practices and assuring complete regulatory compliance

VII. Create a Promise standard of clinical care (24 hour hospitalist coverage, fellowship trained intensivists) that will separate it from the rest of the industry and create an industry mismatch for the LTACH compliant patient

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY          PROMISE_00000954

P003739

i

Please replace this page with a letter "i" tab (see above)

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00000955**

# Regulatory Update (i)

<u>2017 Regulatory Impact</u>

- Admission Criteria
  - Difficult process for LifeCare, Kindred and Cornerstone
  - 25% Rule – avoided
  - Wound Care – HR5723
  - DC strategy

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00000956**

P003741

## Executive Insights

Volume XVIII, Issue 46

# What's Next for U.S. Healthcare Under Trump?

What will the transition to a Donald Trump administration mean for the healthcare industry's key constituents? While experts of all stripes are asserting predictions, they are typically long on speculation and short on evidence. Detailed predictions are premature, but this article provides a framework for evaluating developments over the coming months.

At this stage, there are still far more unknowns than knowns. How much of the GOP healthcare agenda will the Trump administration adopt? What will be the openness to traditionally powerful lobbying groups, such as the AHA, AMA, AHIP and Big Pharma? Most important, what will be the focus and cadence of change efforts to come?

In a moment of political uncertainty, it is most useful to know which issues and stakeholder "tensions" to watch closely. In this *Executive Insights*, we briefly evaluate the current state of play as Trump assumes the presidency. We then discuss a framework for monitoring and interpreting possible executive and legislative actions as the path ahead comes into focus over the coming months. Finally, we share six specific tensions that we believe will drive the near-term evolution of U.S. healthcare reform.

### Current Republican reality — from opposition to accountability

As Trump and the GOP grasp the levers of power in Washington, the beautiful messiness of American democracy is about to assert itself.

1. **Pressure to act — but how?** After years of emphasizing repeal, the GOP must act. But their policy outlines were created in opposition, not while in power. They have had nearly unanimous support on the right when actual implementation was theoretical. Substantial intra-party debate will now occur before a truly workable replacement plan can be proffered. Though premium hikes (whether ACA-driven or not) and mandates earn voter wrath, many elements of the ACA are quite popular in states and districts nationwide.

2. **A tripartisan era?** Further, Trump's election win may turn out to be the equivalent of a third-party victory. To the more predictable battle between the GOP and Democrats, we can now add the question of how closely the president will adhere to the GOP's agenda — particularly when it conflicts with his populist messaging. For example, despite the campaign rhetoric, Trump is holding the door open for guaranteed issue and maintaining coverage for dependents up to age 26.

3. **No free hand.** If the ACA were fully repealed, up to 24 million people would be at risk of losing coverage. Fifty percent are non-Hispanic whites — a demographic that appears to have preferred Trump to Clinton by over 20

*What's Next for U.S. Healthcare Under Trump?* was written by **Kevin Grabenstatter** and **Wiley Bell**, Managing Directors, and **Andrew Kadar**, Senior Engagement Manager, in L.E.K. Consulting's Healthcare Services practices. Kevin and Andrew are based in San Francisco and Wiley is based in New York.

For more information, contact **healthcare@lek.com**.



L.E.K.
INSIGHTS@WORK

# Executive Insights

## Figure 1
### Healthcare Reform Initiatives



**Degree of Impact**
(e.g., number of lives affected)

**Extensive**

Major Repeals – Replacements Likely Needed

○ Individual mandate   ○ Public exchange premium subsidies   ○ Medicaid expansion

○ Federal public exchanges   ○ State public exchanges

○ Essential health benefit regulations

**Limited**

○ ACA taxes (Cadillac, device, etc.)

○ State innovation grants   ○ Research organizations (e.g., CMMI, AHRQ)

**Low**

**Potential for Repeal**

No caps on lifetime / annual coverage

Dependent eligibility for plans through age 26   ○

Age rating ratio   △

**Saved & Potential New Major Regulations**

Directional

Guaranteed issue   ○ Medicare premium support (vouchers)   △ Medicaid block grants

Premium and medical expense tax deductibility   △

MACRA   ○   High-risk pools   △

Medicare Advantage expansion   △   Expansion of HSA enrollment   △

Medicare drug price negotiation   △

Fill Part D donut hole   ○   DSH payments   △

Agency deregulation (e.g., FDA)   △   Price transparency   ○

Interstate insurance sales   △   Increase speed of FDA approval   △

Re-importation of medications   △

Level of Congressional Republican Support

**Stay the Course?**

○ Existing   △ Proposed

**Low** ... **High**

---

## A framework — rating reform elements by degree of impact and level of GOP support

Given the current political uncertainty, how can industry stakeholders think effectively about possible alternative futures? We suggest unpacking current and potential elements of reform legislation and regulation. We can then assess each element along two dimensions: degree of impact and level of congressional Republican support. This will allow us to project the expected

points per exit polls. Working-class white voters may have favored Trump by closer to 40 points. And one of the strongest predictors of Trump support is in fact health status. * If repeal without robust and swift replacement were to happen, it would be the first time in modern American history that a major entitlement program was successfully clawed back from the people. In fact, only 26% of Americans want to repeal ACA while 49% want to either continue ACA implementation as is or expand the law. **

impact — both overall and for specific industry stakeholder groups — as the uncertainty surrounding each component diminishes.

Initiatives in Figure 1, Healthcare Reform Initiatives, are color-coded. A blue circle indicates an existing regulation, and an orange triangle represents a potential new regulation that Republicans or Trump may introduce.

The matrix shows graphically that healthcare reform entails many moving parts. Several of the elements are closely interrelated, and many high-impact elements represent policy concessions that were required to achieve payer, provider or pharmaceutical industry support for reform. If Trump and the GOP repeal key coverage elements of the ACA, it is widely recognized that they will need to

Initiatives on the left of the chart are unpopular with congressional Republicans (and possibly Trump himself) and are therefore likely targets of change efforts. Initiatives on the right are either bipartisan provisions that may remain untouched or potential Republican-supported ideas for "replacement."

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000958

P003743

(http://oascentral.healthcarefinancenews.com/RealMedia/ads/click_lx.ads/healthcarefinancenews.com/directory/provider/1762526323/Fr...

(http://oascentral.healthcarefinancenews.com/RealMedia/ads/click_lx.ads/healthcarefinancenews.com/directory/provider/1762526323/Fr...



## HIMSS NORTH AMERICA COMMITTEES
REIMBURSEMENT (/RESOURCE-TOPIC/REIMBURSEMENT) | REVENUE CYCLE MANAGEMENT (/RESOURCE-TOPIC/REVENUE-CYCLE-MANAGEMENT)
ACCOUNTING & FINANCIAL MANAGEMENT (/RESOURCE-TOPIC/ACCOUN...
*Where volunteers are the ♥ of HIMSS.*

**APPLY NOW**

CAREERS (/CAREERS)

http://oascentral
Top Stories

How Obama (/realm...
based care will
survive
(/news/why-
value-based-care-will-survive-
republican-healthcare-
overhaul)

pullback
(/news/advisory-board-lays-
more-200-cities-pullback-after-
trump-election)

These healthcare...
Board
restructures
after Trump

McKesson
Change
Healthcare pick
new name
(/news/mckesson-
technology-solutions-rebrand-
change-healthcare-after-
merger-closes)

PROVIDER (/directory/provider/L25/21...

GET THE DETAILS ▶▶▶

**HIMSS 17 PRECONFERENCE SYMPOSIA**
February 19, 2017 | Orlando, FL

ARRIVE ONE DAY EARLY.
CONTINUE WITH A COMPETITIVE ADVANTAGE.

**JAN 27**    MORE ON WORKFORCE (/RESOURCE-TOPIC/WORKFORCE)

# MemorialCare Health System lays off 130, partly blames Affordable Care Act

Layoffs amount to less than 3 percent of their staff, concern mostly non-clinical positions, system says.

**Beth Jones Sanborn** (/news/author/90386),
*Managing Editor*

(/news/author/90386)



Southern California's MemorialCare Health System laid off 130 staff members, leveling at least part of the blame on financial challenges suffered under the Affordable Care Act (/directory/affordable-care-act).

The layoffs affect employees at Long Beach Memorial Medical Center, Miller Children's and Women's Hospital Long Beach and Community Hospital Long Beach.

A spokesperson for the system confirmed the layoffs amount to less than 3 percent of their staff, and concern mostly non-clinical positions.

**[Also:** *Hospital Sisters Health System cuts 85 jobs at four hospitals as outpatient wins over patients (/news/hospital-sisters-health-system-cuts-85-jobs-four-hospitals-outpatient-wins-over-patients)]*

**Breaking News. In-Depth Reporting. Best Practices.**
*Delivered to your inbox daily.*

Enter Your Email

Sign me up

(http://pages.healthcarefinancenews.com/nfr
newsletter-subscription.html)

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000959

P003744

"Like many hospitals in California and nationwide, we are experiencing much higher costs, decreasing reimbursement (/directory/reimbursement) and increasing numbers of government-sponsored patients.

Although the decision to reduce a workforce is never an easy one, making our resources properly aligned with the new healthcare reality creates the opportunity to reinvest these resources into other vital areas that propel our community into the future." Long Beach Memorial CEO John Bishop said in a statement.

[Also: University of Texas MD Anderson Cancer Center will slash 1,000 jobs to cut costs (/news/university-texas-md-anderson-cancer-center-will-slash-1000-jobs-cut-costs)]

MemorialCare said they are helping employees who have lost their jobs find work. "Those affected are being offered career transition services as well as the opportunity to apply for open positions within the organization."

Published local reports said the hospital pointed to Medicaid expansion as a contributing factor since it spawned an influx of needy patients. Due to low reimbursement payments from Medi-Cal, the state's Medicaid program, the hospital's costs were not fully covered.

This is not the first time connections have been drawn between layoffs and the ACA. This past fall, Dartmouth-Hitchcock announced 400 layoffs at Dartmouth-Hitchcock Medical Center, saying it's difficult to achieve cost-savings when the facility is already a low-cost care provider.

Twitter: @Beth_Sanborn (https://twitter.com/beth/sanborn)

Show All Comments

## News






Healthcare mergers and acquisitions in 2016: Running list (/slideshow/healthcare-mergers-and-acquisitions-2016-running-list)
While 2015 was a record-breaking year in healthcare mergers and acquisitions, 2016 saw more change as organizations across the industry adjust and adapt to the evolving financial landscape.

Analyze this: Health systems, health plans get to the core of big data (/news/analyze-health-systems-data)
Health plans get-core-big-data) That people who subscribe to cooking magazines have a much higher risk of going to the emergency room. But how she knows that is a whole other story.

Onc
to s
pati
(/ne
acco
surv
Whe
patie
got s
casti
instit

HIMSS NORTH AMERICA
COMMITTEES
Where volunteers are the ♥ of HIMSS.
CALL CLOSES MARCH 13
APPLY NOW

### MostPopular



List: Healthgrades names distinguished hospitals (/news/healthgrades-names-top-hospitals-clinical-excellence-see-who-made-list)

Second phase of Anthem-Cigna merger trial ends (/news/second-phase-anthem-cigna-merger-trial-begins)

Solutions & Services News Briefs (/news/solutions-services-news-briefs)

Top 10 healthcare issues to watch in 2016 (/news/top-10-healthcare-issues-watch-2016)

## Whitepapers

## Featured Resources

REVENUE CYCLE MANAGEMENT (/RESOURCE-TOPIC/REVENUE-CYCLE-MANAGEMENT) IMAGE
How the healthcare
Healthcare-Reform-Impacts-Your-
Revenue-Cycle.html?
topic-reimbursement%26revcycle)

A dramatic increase in the number of patients insured by high-deductible, high-copay plans has led to providers spending more time collecting payments. These challenges are intensified by a number of other trends, including a rise in bad debts, the...

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000960

P003745



**Cordon Events**

**Cordon Events, Inc.**
1800 Diagonal Road
Suite 600
Alexandria, Virginia 22314
T: (703) 647-6031

**Joanna Han, Managing Director**
E: Joanna.han@cordondc.com

January 23, 2017

Dear Colleagues:

Bill Walters, the head of Select Medical's Washington office, asked my firm to develop the following proposal for Select Medical and its allied companies in which my firm would organize a series of events for participating companies in Washington (with events also possible in Dallas, Houston, Philadelphia and Sarasota). The goal would be to convene 5-10 companies that would attend events with Members of Congress and other federal policy-makers to stay abreast of Medicare post-acute policies. Most events would take place on Capitol Hill.

**Proposed Standard Event**

We know getting to Washington is difficult for many companies. For that reason, we would suggest that the monthly events would be structured as follows:

- Participants would begin with dinner with a Member of Congress on one night (usually a Tuesday or Wednesday evening)

- Participants could stay at the same hotel. Our firm would be happy to organize a discounted hotel room block for participants.

- Participants would wake up the next morning and have breakfast with a Member of Congress (usually a Wednesday or Thursday morning).

**Proposed Schedule of Events**

- February 15-16
    - Wednesday, February 15:    Dinner with Rep. Vern Buchanan (R-FL)
    - Thursday, February 16:      Breakfast with Sen. Bill Nelson (D-FL)
- March 1-2
    - Wednesday, March 1:        Dinner with Sen. Pat Toomey (R-PA)
    - Thursday, March 2:          Breakfast with Rep. Pat Tiberi (R-OH)
- March 28-29
    - Tuesday, March 28:          Dinner with House Speaker Paul Ryan (R-WI)
    - Wednesday, March 29:       Breakfast with Chairman Kevin Brady (R-TX)

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00000961**

P003746

- April 26-27
  - Wednesday, April 26:      TBD
  - Thursday, April 27:       TBD
- May 24-25
  - Wednesday, May 24:        TBD
  - Thursday, May 25:         TBD
- June 21-22
  - Wednesday, June 21:       TBD
  - Thursday, June 22:        TBD

## MONTH DINNERS – EXPECTED GUESTS:

Other Members of Congress that we plan to meet with throughout the year:

- Sen. Michael Bennet (D-CO)
- Rep. Kevin Brady (R-TX)
- Sen. Robert Casey (D-PA)
- Sen. Bill Cassidy (R-LA)
- Rep. John Faso (R-NY)
- Sen. Johnny Isakson (R-GA)
- Rep. Bill Pascrell (D-NJ)
- Sen. Rob Portman (R-OH)
- Rep. Tom Reed (R-NY)
- Rep. Tom Rice (R-SC)
- Rep. Jason Smith (R-MO)

## About Our Services

Our firm would work with any companies that agree to participate in:

- Working with company representatives to schedule the monthly dinners, bearing in mind that the U.S. Congress is usually only in session for half-the-year and generally only Tuesday-thru-Thursday nights.
  - Bill Walters has noted some companies may like to schedule these dinners the night before the AHA's Post-Acute Council meetings.
- Conducting monthly calls amongst participating companies to identify which Members of Congress to invite for dinner.
- Liaising with the offices of Members of Congress to schedule the dinners.
- Working with the Capitol Hill Club and the National Democratic Club to obtain dining rooms close to Capitol Hill.
- Helping attendees find hotel rooms should they choose to spend the night. We have relationships with several Capitol Hill hotels and the private clubs in Washington, including the University Club and the Metropolitan Club.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000962

P003747

## Terms & Costs

- Cordon Events is a meeting planning business and is not in the business of lobbying or issue advocacy. Even though our staff members may contact Congressional offices, it is only for the purpose of providing administrative support. Our staff members do not register as lobbyists.

- We would need at least five companies to commit to at least six events for this to make sense from a logistical point of view.

- For information about what we expect it would cost to join this dinner series, please email either me Joanna.han@cordondc.com or Bill Walters at wewalters@selectmedical.com. Either one of us would be happy to discuss.

## INVITED COMPANIES

- Select Medical
- Acuity
- AMG
- Cornerstone
- Kindred Healthcare
- HealthSouth
- Landmark
- LHC Group
- LifeCare
- Promise
- Vibra Healthcare

Joanna Han
T: (703) 647-6031
E: Joanna.han@cordondc.com

Cordon Events, Inc.
1800 Diagonal Road
Suite 600
Alexandria, Virginia 22314

Bill Walters
T: 202-308-8527
E: wewalters@selectmedical.com

Select Medical
1420 Spring Hill Road
Suite 600
Tysons Corner, Virginia 22102 USA
T: USA +1 (703) 442-5300

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000963

P003748

j

Please replace this page with a letter "j" tab (see above)

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000964

P003749

# COO Report – Facilities Management  (j)

## Facility Management

Objectives:
- Centralized facility management process
  - Facility managers report to corporate
- Facility condition survey
- CAPEX planning for equipment replacement, repairs and structural improvements
- Growth initiatives – i.e. PRC Villages
- National facility maintenance contracts
- Facility RFP process for all CAPEX requests

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                                        PROMISE_00000965

P003750

k

Please replace this page with a letter "k" tab (see above)

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00000966**

# Promise Rejuvenation Clinic (k)



A Promise Hospital Healthcare Company



- **THE VILLAGES**
  **Projected opening April 2017**

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# A Review of Our Goals

- Affiliation with the Promise name and mission
- Quality patient care
- Patient safety
- Medical credibility
- Scalable model
- Provide diverse array of medical products and services
- Competitive

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

# The Anti-Aging Market

- This industry is inconsistently regulated
- No global standardized therapeutic protocols exist
- Reputation and credibility are critical for success
- Many entering the market have misplaced intentions
- Promise Health Care wishes to diversify and enter into this market sector

*"Quality Care is Promise #1"*

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00000969**

P003754

# Foundations for Success - *The Villages*

- Scalable model
- Diverse medical offerings
- Community outreach and education
- Collaborative affiliations with other health and wellness businesses
- Community credibility

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                                                    **PROMISE_00000970**

P003755

# Foundations for Success - *The Villages*

- Targeted marketing
- Market competitiveness
- Impeccable customer service
- Clinical competence
- Credible and properly credentialed physcian oversight

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000971

P003756

# Marketing Plan

**Promise Rejuvenation Clinics Marketing Schedule:**

- February - Finalize Brand Voice
    - Begin Building Web Site
    - Doctors Videos' and services
- March - PR, Clinics, Prepare Market
- March - Begin 30 advanced marketing plan
- April   -  Grand Opening

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                                                    **PROMISE_00000972**

P003757

# Proposed Timeline for MD Role in Pilot Clinic: *The Villages*

- Phase I:  Two Months
    - Clinical Operations Manual
    - Hire and initial training of nurse practitioner
    - Medical clinical protocol development
    - Community outreach
    - Collaborative affiliations
    - Vendor account set up
    - Nutritional supplements
    - EMR set up
    - Assist with medical aspects of marketing materials

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                                                               **PROMISE_00000973**

P003758

# Proposed Time Line for MD Role

- Phase II:  Two Months

  - ARNP education and training (on and off site)
  - Ongoing practice evaluation and analysis of clinical efficacy, market applicability, financial feasibility and products and services offered
  - Expansion of nutritional supplement line
  - Ongoing community outreach
  - Ongoing corporate affiliation development

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000974

P003759

# Proposed Time Line for MD Role

- Phase III:  Two Months

  - Review and revise to the Clinical Operations Manual
  - Ongoing practice evaluation and analysis of clinical efficacy, market applicability, financial feasibility and products and services offered
  - Add additional relevant clinical services and ancillary testing
  - Add additional relevant clinical protocols
  - Interview and hire a part-time physician to serve as the 'official' Medical Director of the Clinic.
  - Continue to expand community outreach and introduce the new physician to the community

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000975

P003760

# COO Report – Promise Rejuvenation Clinic

- Executed agreement with Chief Medical Officer, Dr. Lena Edwards
- Executed Lease for space in Villages
- Interviews scheduled for Office Manager position
- Finalizing market plan
- Expected opening April 1, 2017

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000976

P003761

# Revenue and Expense

| | FYE Jan-18 2018 Projected | FYE Jan-19 2019 Projected | FYE Jan-20 2020 Projected | FYE Jan-21 2021 Projected |
|---|---|---|---|---|
| **Total Revenue** | 3,125,498 | 3,982,534 | 4,579,914 | 5,266,901 |
| **Total COGS** | 1,383,522 | 1,591,050 | 1,829,708 | 2,104,164 |
| **Gross Margin** | 1,741,976 | 2,391,484 | 2,750,206 | 3,162,737 |
| - | | | | |
| **Operating Expenses** | | | | |
| Consulting Fee | 262,250 | 225,000 | 225,000 | 225,000 |
| Salaries | 194,091 | 297,322 | 341,920 | 393,208 |
| Employee tax | 40,067 | 59,464 | 68,384 | 78,642 |
| Marketing | 265,000 | 303,600 | 349,140 | 401,511 |
| Utilities, telephone, rubbish, water | 6,720 | 7,728 | 8,887 | 10,220 |
| Rent | 84,000 | 103,500 | 119,025 | 136,879 |
| Other Expenses | 127,674 | 159,935 | 183,925 | 211,514 |
| | - | - | - | - |
| **Total Operating Expenses** | 979,802 | 1,156,549 | 1,296,282 | 1,456,974 |
| | | | | |
| **Net Operating Income/(Loss)/EBITDAM** | 762,174 | 1,234,934 | 1,453,924 | 1,705,763 |
| **CapEx/ Start Up Inventory, Etc** | 24,000 | 27,600 | 31,740 | 36,501 |
| **Cash Flow After Capital Expenses** | 738,174 | 1,207,334 | 1,422,184 | 1,669,262 |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY      PROMISE_00000977

P003762

# 5

Please **replace this page with a number "5" tab** (see above)

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

PROMISE_00000978

P003763

# CEO Report – Success Healthcare, LLC

5. Success Healthcare, LLC
   a. 2016 Strategic Review
   b. 2016 Performance
   c. 2017 Budget
   d. 2017 Strategy
   e. 2017 Growth
   f. Market Review
      - Performance
      - Revenue
      - Expense
      - Regulatory Impact
      - St. Alexius Residency Slots
      - Silver Lake Seismic Update

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY    PROMISE_00000979

P003764

# Success – 2016 Budget Variances

**Success Healthcare, LLC**
**2016 Variances**
**December**

|  | YE Ended December 31, 2016 | | | YE 2015 |
|---|---|---|---|---|
|  | **Actual** | **Budget** | **Variance** | **Actual** |
| **EBITDAM** | | | | |
| **Success** | | | | |
| St. Louis | 85,061 | 2,900,191 | (2,815,130) | 473,183 |
| Silver Lake | 7,353,052 | 7,618,145 | (265,093) | 4,088,462 |
| **Total Success EBITDAM** | **7,438,113** | **10,518,336** | **(3,080,223)** | **4,561,645** |
| | | | | |
| PROMISE ALLOCATED EXPENSES | | | | |
| Less: Corporate Expense (Success) | (3,925,101) | (4,199,999) | 274,898 | (4,257,424) |
| Plus: Rent Adjustment (owned facilities) | 2,093,544 | 2,093,544 | - | 2,133,185 |
| | | | | |
| **Pro Forma EBITDA** | **5,606,556** | **8,411,881** | **(2,805,325)** | **2,437,406** |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY     PROMISE_00000980

P003765

# FY 2017 – 2019 Projections – Success

## FY 2017 – 2019 Projections

|  | Historical | | | | Projection | | |
|---|---|---|---|---|---|---|---|
|  | Audited 2013 | Audited 2014 | Audited 2015 | Actual 2016 | Budget 20.17 | Projection 20.18 | Projection 20.19 |
| **EBITDAM** | | | | | | | |
| **St. Alexius Hospital** | 7.9 | 2.1 | 0.5 | 0.1 | 4.6 | 6.1 | 6.3 |
| **Silver Lake Medical Center** | <u>5.6</u> | <u>3.8</u> | <u>4.1</u> | <u>7.3</u> | <u>9.9</u> | <u>11.0</u> | <u>11.7</u> |
| **Total** | 13.5 | 5.9 | 4.6 | 7.4 | 14.5 | 17.1 | 18.0 |

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**　　　　　　**PROMISE_00000981**

P003766

# Success Healthcare - St. Alexius Hospital

**2016 Strategy Review**
- Increased residency slots lease payment from $1.4mm to $5.2mm effective July 1, 2016
- Operational interruptions resulting in revenue underperformance
    - Interruption in bariatric surgeries due to departure of key physician
        - Redirected back to SAH from University of MO
        - Recruited new physician partner
        - Established bariatric surgical fellowship
    - Key vascular surgeon (Dr. Knight) in limb preservation program had career ending stroke
        - Redirected father and son duo from Tenet
    - Closure of the operating rooms due to State and CMS review – roof leaking and contaminating OR suites - repaired
    - Expenses exceeded budget
        - Nursing shortage due to market supply and elimination of psychiatric nurses (firing for patient abuse) resulting in contract labor needs
    - Case management issues with hard to place psych patients
    - Combatting Union threat resulting in outside resources and management time
        - Union voted down 6 v. 5 in maintenance department
        - Concern a Union would open door to full hospital and other Success/Promise hospitals
    - Continued State and CMS reviews due to condition of building – TJC accreditation received
- Capital projects put on hold due to lack of funds and future divestiture
    - Capital project needs exceed $5mm+

February 7, 2017

95

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000982

P003767

# Success Healthcare - St. Alexius Hospital

**2017 Strategy**

- Leverage residency slots
    - Increase lease rate to SSM University of St. Louis from $5.2 mm to $8 mm effective July 1, 2017 – initially asking $10 mm in lease
    - "Shop" slots to BJC Healthcare (week of February 6th)
    - Increase value proposal for future sale
- Appeal to the State of Missouri to increase the psychiatric base rate allowing for an increase revenue
    - Potential to capitate psychiatric lives resulting in fixed cash flow
- Projected increase in specialty surgical lines
    - Bariatric fellowship
    - Orthopedics
    - Limb preservation
- Hyberbarics to be installed in 2017
- Execute overall 10% expense reduction plan by Q2
- Should Medicaid expansion begin in 2017, the landscape for this facility completing changes
    - Increases value due reduction of bad debt and increase in patient funding

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY      PROMISE_00000983

P003768

# Business

http://www.stltoday.com/business/local/medical-residency-caps-are-a-growing-issue-for-academic-medical/article_56e8bdd8-336a-5f9f-9971-1bc0e64da95e.html

## Medical residency caps are a growing issue for academic medical centers

By Samantha Liss St. Louis Post-Dispatch    Sep 25, 2016



The number of old people is steadily growing in the United States at the same time more Americans are gaining access to health insurance. Both trends are helping drive a need for physicians, and that's posing some challenges for policymakers.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000984

P003769

Currently, the only way to become a practicing doctor in the U.S. is to complete a residency program after medical school. The problem is that for the past two decades there has been a cap on the number of residents funded by Medicare, which is the primary source of payment for residents.

That cap has limited the expansion of some residency programs, which play a significant role in ultimately shaping the medical workforce. Residents also are key to helping academic medical centers meet the need to treat the poor and uninsured.

Health care experts fear that the system is nearing a point where the country will have more medical school graduates than available first-year residency slots, said Len Marquez, director of government relations for the Association of American Medical Colleges.

"Without additional federal funding, we're not going to be able to continue to grow at the rate society needs us to grow," said Dr. Julie Gammack, associate dean for graduate medical education at St. Louis University.

Executives at Barnes-Jewish Hospital, the main teaching hospital of the BJC HealthCare system, say the caps are a big problem.

Currently, Barnes-Jewish is funding 146 residents without any federal help. It's unlikely they'll be able to add residents or make further investments in programs without an additional source of funding, said Dr. John Lynch, chief medical officer at Barnes-Jewish Hospital.

But it's not just a problem for the hospitals, said Steve Lipstein, chief executive officer of BJC HealthCare.

"Missouri has some real challenges in terms of physician manpower," Lipstein said. "Predominantly, the big trend that is worrisome is the aging of the physician workforce in key specialty areas."

More physicians are nearing retirement at the same time an aging population is

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000985

P003770

adding demands on the health care system.

To address the problem, some health systems have turned to interesting ways to increase their lot of residents. In one local instance, a hospital recently inked a deal to effectively lease slots to another, larger academic medical center.

Lawmakers also are getting involved.

Sen. Claire McCaskill, D-Mo., last week said she is adding her name to a bill that would increase Medicare-funded residency slots for hospitals. The bill, the Resident Physician Shortage Reduction Act, would add 3,000 new slots each year from 2017 to 2021, for a total of 15,000 new slots.

"We've got to get more well-trained doctors into the workforce, in the specialties that need them most, and we can't do that without residency programs to train them," McCaskill said in a statement provided to the Post-Dispatch.

"Raising the caps on Medicare-backed residents means giving hospitals and health centers the tools to address looming shortages, lower wait times for patients, and harness a pipeline of qualified professionals to tackle serious public health emergencies like the growing opioid crisis."

However, Marquez said the legislation, sponsored by Sen. Bill Nelson, D-Fla., has been introduced before — and because it requires more funding it faces a gridlock in Congress.

There are 105,341 residents training at hospitals across the country during the 2016-2017 school year, according to the Accreditation Council for Graduate Medical Education. Missouri has 2,288 residents, almost half of who train at Barnes-Jewish Hospital in partnership with Washington University and St. Louis Children's Hospital.

During the 1995-1996 school year, there were 98,035 residents, according to a previous report from Council on Graduate Medical Education.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000986

P003771

The caps reflect how much Medicare is willing to help financially.

"You can train as many doctors as you want, but Medicare will only support a certain number at your hospital," Marquez said.

About 20 years ago, legislators decided to limit the number of residents Medicare helped subsidize to curb costs.

And the number of residents a hospital was teaching at the end of 1996 is the cap that a teaching hospital is limited by today.

Medicare is the largest source of funding for residents. That funding pays for the care provided and covers the salary and other overhead costs to teach residents. However, Medicare doesn't cover the entire cost to train new doctors; it just pays a portion.

"It's months and months before you can see a primary care physician and that's in the city; can you imagine in the rural areas?" said Dr. Joan Shaffer, chairman of graduate medical education for Mercy St. Louis. Shaffer said Mercy already train 10 residents per year over the cap, meaning they receive no federal funding to train those 10 residents.

Mercy would like to add more residents for primary care and more to start a palliative care training program. But that's not likely without more funding.

## Leasing residency slots

Because of the long-standing caps there are some interesting ways area health systems have gone about increasing their lot.

For example, St. Alexius and SSM Health renewed a deal this summer that industry experts say is somewhat rare compared with their peers around the country.

St. Alexius has agreed to effectively lease its 74 residency slots to St. Louis University Hospital annually for $5.2 million for three years, according to St. Alexius Hospital CEO Michael Motte.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000987

P003772

# Success Healthcare - Silver Lake Medical Center

**2016 Strategy Review**

- HQAF funding was $9.4mm ($4.7 was 2015 changed accounting)  for 2016
- Net revenue/operational deficiencies due to case management and excessive length of stay issues
- Expenses exceeded budget
    - Nursing shortage due to market supply resulting in contract labor
- CEO change at end of year – replaced with local and proven leader
- Lack of financial resources resulting in
    - canceled surgeries
    - poor physical plant (routine capital)
    - Inability to redirect surgeons due to inability to build programs
- Continued State and CMS reviews due to condition of building– TJC certification received
- Seismic requirements continue to utilize capex budget

**PRIVILEGED & CONFIDENTIAL**

February 7, 2017

101

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000988

P003773

# Success Healthcare - Silver Lake Medical Center

**2017 Strategy**

- 8th Floor lease options with multiple groups – Rollins Nelson, etc.
- Redirect surgeries from competing facilities
- Participation in risk based IPA plans
- Reduce Medicare LOS by 2 days – new CEO
- Outside consultants review HQAF strategy
  - Potential for a $8.5 mm swing from negative impact to $5 mm positive impact
- Renegotiate with City of Los Angeles and USC psychiatric base rate
- Development of emergency room allows for participation in larger DSH pool with State and increase in commercial contracts – Investment component
- Divestiture plan to sell hospital and accompanying buildings results in high demand
  - Increase in property value due to gentrification of areas
    - New boutique hotel being built across street
  - Ability to sell parking lot for gain – numerous offers of approximately $6.5mm

**PRIVILEGED & CONFIDENTIAL**

**February 7, 2017**

**102**

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000989

P003774

**PLEASE INSERT A BLANK TAB HERE IN PLACE OF THIS SLIDE**
**We will label it ourselves when the books are finished**

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000990

P003775

**For Discussion Purposes Only**

# Promise Healthcare Group, LLC BOARD MEETING

## February 8, 2017





**PRIVILEGED & CONFIDENTIAL**

103

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00000991**

P003776

# Table of Contents

I.   **Call To Order – JAMES BROWN**

II.  **Roll Call – JAMES BROWN**

III. **Approval of Prior Meeting Minutes – JAMES BROWN**
- October 25, 2016 – Operations Meeting Minutes
- October 26, 2016 – Board Meeting Minutes
- December 13, 2016 – Board Call Minutes

IV. **Promise/Success Healthcare Report – PETER BARONOFF**
- 2016 Performance
- 2017 Strategic Plan
- 2017 Budget
- 2018 – 2021 Projections
- Regulatory Updates
- Competition Update
- Growth Opportunities
- Corporate Organization Chart
- Facility Management

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                                    **PROMISE_00000992**

P003777

# Table of Contents

**V.  <u>Chief Financial Officer Report – JIM HOPWOOD</u>**
- 2016 Preliminary Financial Review
    - Preliminary Financials
    - Audit Timeline Update
    - Open Issues
- 2017 Department Changes
- Revenue Cycle Update
    - Collections Trends
    - Admissions changes
- Cash Flow Review
- Payables Planning
- Wells Fargo
    - Team Review week of 2/20/17
    - Bank Budget
    - Covenants
    - Gardens Regional Hospital
    - Landmark
- 2017 Budget
    - Process
    - Assumptions
    - Capital Expenditures
- Labor Review – Scheduler
- Information Technology
    - iCare
    - Oracle
    - Dashboard and Metrics
- Insurance Programs
- Promise Healthcare Group, LLC Treasury Report

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**     **PROMISE_00000993**

P003778

# Table of Contents

**VI.  Chief Medical Officer**
- Department Review
- 2017 Strategy
- Quality Report
- Clinical Documentation
- Compliance
- Accreditation

**VII.  General Counsel and Chief Compliance Officer**
- Department Review
- Promise Class Action Suit Update
- Archdiocese Litigation Update
- Litigation Update
- Mayer Brown/Ernst & Young Litigation Update

**VIII.   Committee Reports**
- Governance
  - Offshore Update
- Compensation and Employment
  - Long-Term Compensation Plan Update
    - Valuation process

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00000994**

P003779

# Table of Contents

**IX. Monetization**
- MTS Presentation – JAY SHILAND
  - o Sale/Leaseback/Debt – Real Estate
  - o Facility – Sales process update
    - St. Alexius
    - Silver Lake
  - o Equity
    - KPC Health
  - o Timing
  - o Growth Initiatives
- Board discussion - Review of options and process
- 2017 Board Schedule and Annual Meeting

**X. <u>Executive Session</u>**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**          **PROMISE_00000995**

P003780



PLEASE REPLACE THIS PAGE WITH A ROMAN NUMERAL TAB III

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00000996**

P003781

# Approval of Prior Meeting Minutes – JAMES BROWN

III.   Approval of Prior Meeting Minutes – JAMES BROWN
- October 25, 2016 – Operations Meeting Minutes
- October 26, 2016 – Board Meeting Minutes
- December 13, 2016 – Board Call Meeting Minutes

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

PROMISE_00000997

P003782

# Minutes – October 25, 2016 Operations Meeting

**OPERATIONS MEETING**

October 25, 2016 – Boca Raton, Florida

Promise Healthcare Group, LLC

**Minutes**

## October 25, 2016 — Operations Reports

**Attendees:**

| | |
|---|---|
| James Brown | Present |
| Keith Kennedy | Present |
| Ed Woodbury | Present |
| Don Pollard | Present |
| Evatt Tamine | Present |
| Peter Baronoff | Present |
| Keith Reuben | Present |
| Richard Gold | Present |
| James Hopwood | Present |
| Richard Cohen | Present |
| Stan Grabish | Present |
| Suzanne Sterling | Present |
| Brian Dunn | Present |
| Bryan Day | Present |
| Steve Helland | Present |
| Charles Posternack | Present |
| Charles Doten | Present |
| Patrick Ryan | Present |
| Hoyt Ross | Present |
| Evan Bernstein | Present |
| Theresa Laurenzano | Present |

**11:00 a.m. - 5:00 p.m. - Operations Reports and Presentations:**

- o **Peter Baronoff – CEO, Promise Healthcare**
- o **Richard Gold – President and COO, Promise Healthcare**
- o **Hoyt Ross – CEO – Promise Hospital at Villages**
- o **Patrick Ryan – CEO – Promise Hospital of Ft. Myers**
- o **Charles Doten – CEO – Promise Hospital of Miami**
- o **Brian Dunn – Executive VP of the Western Region**

February 8, 2017

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000998

P003783

# Minutes – October 25, 2016 Operations Meeting

**Secretary Certificate**

I, DAVID ARMSTRONG, the Corporate Secretary for Promise Healthcare Group, LLC, Promise Healthcare, Inc. and Success Healthcare, LLC do hereby certify that the above is a true and correct transcript of the minutes of the meeting and that the meeting was duly called and held in all respects in accordance with the bylaws and that a quorum was present.

I further certify that the votes and resolutions of the Board of Directors at the meeting are operative and in full force and effect and have not been annulled or modified by any vote or resolution passed or adopted by either board since the meeting.

Operations Presentation adjourned at 5:00 p.m.

Respectfully Submitted by:

_____

**David J. Armstrong**
**Corporate Secretary**

ADOPTED BY THE BOARD IN
THE MEETING OF _____

_____

James Brown - Chairman

February 8, 2017

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00000999

P003784

# Minutes – October 26, 2016 Board Meeting

**BOARD OF DIRECTOR'S MEETING**

October 26, 2016 – Boca Raton, Florida

Promise Healthcare Group, LLC

**Minutes**

**October 26, 2016 – Board of Director's Meeting**

**Voting Board Members:**

| | |
|---|---|
| James Brown - Chair | Present |
| Keith Kennedy | Present |
| Ed Woodbury | Present |
| Don Pollard | Not Present |
| Evatt Tamine | Present |
| Peter Baronoff | Present |
| Keith Reuben | Present |

**Non-Voting:**

| | |
|---|---|
| Richard Gold | Present |
| James Hopwood | Present |
| David Armstrong | Present (Secretary) |
| Brian Dunn | Present |
| Bryan Day | Present |
| Steve Helland | Present |
| Charles Posternack | Present |
| Jay Shiland | Present |
| Evan Bernstein | Present |
| Theresa Laurenzano | Present |

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

PROMISE_00001000

P003785

# Minutes – October 26, 2016 Board Meeting

**James Brown, Chair – Called Board Meeting to Order at 9:00 a.m.**

- Six Directors Present out of Seven – Don Pollard not present – Quorum met

**Peter Baronoff – Summarized Operations Meeting from October 25, 2016**

**Board Meeting:**

- o The various matters set forth in the Agenda were discussed and the followingBoard actions were taken:

  - o Motion to approve the Ababa case to settle at termsup to $5M over 5 years – by Keith Reuben

    - o Seconded – Keith Kennedy

    - o Unanimously approved

  - o Motion for appointment of Belmont Strategic Income Fund, LP as Tax Matters Partner – by James Brown

    - o Seconded – Keith Kennedy

    - o Unanimously approved

**PRIVILEGED & CONFIDENTIAL**

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001001

P003786

# Minutes – October 26, 2016 Board Meeting

**Secretary Certificate**

**I, DAVID ARMSTRONG, the Corporate Secretary for Promise Healthcare Group, LLC, Promise Healthcare, Inc. and Success Healthcare, LLC do hereby certify that the above is a true and correct transcript of the minutes of the meeting and that the meeting was duly called and held in all respects in accordance with the bylaws and that a quorum was present.**

**I further certify that the votes and resolutions of the Board of Directors at the meeting are operative and in full force and effect and have not been annulled or modified by any vote or resolution passed or adopted by either board since the meeting.**

**Board Meeting adjourned 4:00 p.m.**

Respectfully Submitted by:

_____

**David J. Armstrong**
**Corporate Secretary**

**PRIVILEGED & CONFIDENTIAL**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001002**

P003787

# Minutes – December 13, 2016 Board Update Call

**BOARD OF DIRECTORS UPDATE CALL**

December 13, 2016

2:30 p.m. E.T.

Promise Healthcare Group, LLC

**Minutes**

**December 13, 2016 – Board of Directors Update Call**

**Voting Board Members:**

James Brown - Chair — Via Telephone

Keith Kennedy — Via Telephone

Ed Woodbury — Via Telephone

Don Pollard — Via Telephone

Evatt Tamine — Via Telephone

Peter Baronoff — Via Telephone

Keith Reuben — Via Telephone

**Non-Voting:**

Richard Gold — Via Telephone

James Hopwood — Via Telephone

David Armstrong — Via Telephone (Secretary)

Brian Dunn — Via Telephone

Bryan Day — Via Telephone

Keith Reuben — Via Telephone

Jay Shiland — Via Telephone

Steve Helland — Via Telephone

Theresa Laurenzano — Via Telephone (Minutes)

**Peter Baronoff - Called Meeting to Order at 2:30 p.m.**

   o  All Directors Present Via Telephone, except Evatt Tamine and Keith Reuben - Quorum met

- The Board discussed the various items on the agenda and the Board took the following actions:

1. iCare Electronic Health Records. There will be a 90-day trial at the two Success Hospitals first at an initial cost of approximately $600,000.00. This will be Stage 1. If successful the project will move to a full implementation as set forth in materials provided.

Motion to approve Stage 1 of the iCare Electronic Health Records Project. Stage 1 to start with the Success Hospitals and the Board to reconvene near the end of March, 2017 once it is known that it

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001003

P003788

# Minutes – December 13, 2016 Board Update Call

- was successful at each Success Hospital location. – motion to approve made by Peter Baronoff
  - Seconded – Ed Woodbury
  - Unanimously Approved

2. Landmark Salt Lake City hospital acquisition was discussed.

- Motion to approve moving forward with the Landmark Salt Lake City Acquisition at $3M, including the assumption of approximately $1M in debt subject to final agreement and due diligence – motion to approve made by Peter Baronoff
  - Seconded – Ed Woodbury
  - Unanimously Approved

**Secretary Certificate**

I, DAVID ARMSTRONG, the Corporate Secretary for Promise Healthcare Group, LLC, Promise Healthcare, Inc. and Success Healthcare, LLC do hereby certify that the above is a true and correct transcript of the minutes of the meeting and that the meeting was duly called and held in all respects in accordance with the bylaws and that a quorum was present.

I further certify that the votes and resolutions of the Board of Directors at the meeting are operative and in full force and effect and have not been annulled or modified by any vote or resolution passed or adopted by either board since the meeting.

Board Update Call adjourned 3:30 p.m.

Respectfully Submitted by:

_____

**David J. Armstrong**
**Corporate Secretary**

February 8, 2017

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001004

P003789

# IV

## Please replace this page with a Roman Numeral tab IV

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001005**

P003790

# Promise/Success Healthcare Report – Peter Baronoff

IV.   Promise/Success Healthcare Report – PETER BARONOFF
- 2016 Performance
- 2017 Strategic Plan
- 2017 Budget
- 2018 – 2021 Projections
- Regulatory Updates
- Competition Update
- Growth Opportunities
- Corporate Organization Chart
- Facility Management

February 8, 2017

**PRIVILEGED & CONFIDENTIAL**

**116**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001006**

P003791

# 2016 Strategic Review (a)

2016 Strategic Review

1.  Promise Florida Facilities Performance - $16M Turn – Miami Lakes Key!
    -   Projected $13M Turn – actual $11.7M Turn
    -   Late start in Miami and Ft. Myers criteria execution
    -   New Miami CEO and "rapid" business development requirements
    -   Villages Chief of Staff terminated
2.  Admission Criteria Execution – "Lessons Learned"
    -   CMO first 120 days focus Los Angeles, Joint Commission and market visits
    -   Strategy change – Good quality – Good business
    -   Numerous medical staff changes required
    -   Academic medical relationships beneficial in all markets
    -   Revise admission process denials management and emphasis on compliant CDI optimization sources
3.  Promise Facilities Performance – LA/Shreveport/Baton Rouge/Salt Lake & Florida
    -   Los Angeles – Significant quality problems, difficulty to accelerate criteria patients from current referral sources.  Need to expand institutional referrals
    -   Shreveport – excellent.
    -   Baton Rouge – Needs to increase LTACH criteria compliance and diversify in BRG
    -   Salt Lake – Excellent performance.  Landmark a growth opportunity and also a threat if sold to a competitor.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001007

P003792

# 2016 Strategic Review (a)

<u>2016 Strategic Review</u>

4.  Stable Cash Flow
    - Wells Fargo Credit Facility beneficial – Potential covenant issues – waivers required
    - LA performance impact
    - IT costs
    - Improved revenue cycle systems

5.  Expense Reduction Strategy
    o  Labor – Facility EPPD system not implemented by facility analysis
    o  Lower pharmacy costs
    o  Supply Cost – Vizient agreement not implemented

6.  CAPEX Requirements Funded
    o  Silver Lake – Seismic – New Plan
    o  Equipment – VFI credit facility

7.  Refinance Opportunities
    o  Villages/San Diego – CNB - completed
    o  Silver Lake Mortgage – Status Update – ongoing

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001008

P003793

# 2016 Strategic Review  (a)

<u>2016 Strategic Review</u>

8.  St. Alexius – Slot lease - $5.2M vs. $1.3M – Management, lease or sale
    - MTS sale plan 2017


9.  Silver Lake – Management, lease or sale
    - MTS sale plan 2017
    - Parking offers


10. Diversification Plan – LA, Phoenix, Miss Lou
    - Los Angeles – potential 3 locations
    - Phoenix – new lease of full facility – expansion
    - Miss Lou – convert LTACH to ACH


11.  EHR – IT initiatives

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001009

P003794

| EBITDAM by Facility - Annual Trend | 2013 Audit | 2014 Stub/Audit | 2015 Audit | 2016 Budget | 2016 Prelim. | 2016 Extra. | 2016 Audit Adj | 2017 Est. | 2017 1/17-Ops | 2017 1/17-Board | 2017 1/17-Bank | 2018 1/17-Ops | 2018 1/17-Board | 2019 1/17-Ops | 2019 1/17-Board | 2020 1/17-Ops | 2020 1/17-Board | 2021 1/17-Ops | 2021 1/17-Board |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **East Region** | | | | | | | | | | | | | | | | | | | |
| **Shreveport/Bossier** | **5.3** | **7.6** | **11.8** | **12.5** | **11.9** | **(0.1)** | **-** | **11.8** | **11.1** | **10.0** | **9.4** | **9.7** | **8.7** | **10.0** | **9.0** | **11.1** | **10.0** | **11.4** | **10.3** |
| Shreveport | 0.7 | 1.8 | 6.0 | 5.8 | 5.6 | (0.1) | - | 5.5 | 4.8 | 4.3 | 4.1 | 4.2 | 3.8 | 4.1 | 3.7 | 4.6 | 4.1 | 4.7 | 4.3 |
| Bossier | 4.6 | 5.9 | 5.8 | 6.7 | 6.3 | (0.0) | - | 6.3 | 6.3 | 5.7 | 5.4 | 5.5 | 4.9 | 5.9 | 5.3 | 6.5 | 5.9 | 6.7 | 6.0 |
| **Baton Rouge** | **6.9** | **5.7** | **6.8** | **7.9** | **7.3** | **(0.5)** | **-** | **6.8** | **7.5** | **6.7** | **6.4** | **9.0** | **8.1** | **9.9** | **8.9** | **11.0** | **9.9** | **11.3** | **10.2** |
| Ascension (Main) | 2.9 | 2.3 | 4.1 | 5.8 | 5.5 | (0.5) | - | 5.0 | 4.7 | 4.2 | 4.0 | 5.0 | 4.5 | 5.4 | 4.9 | 6.0 | 5.4 | 6.2 | 5.6 |
| Baton Rouge HwH | 4.0 | 3.5 | 2.7 | 2.2 | 1.8 | (0.0) | - | 1.8 | 2.8 | 2.5 | 2.4 | 4.1 | 3.6 | 4.5 | 4.1 | 5.0 | 4.5 | 5.2 | 4.6 |
| **Florida** | **0.3** | **3.1** | **(2.5)** | **11.5** | **9.2** | **(0.0)** | **-** | **9.2** | **14.3** | **12.8** | **12.1** | **15.3** | **13.8** | **17.1** | **15.4** | **19.3** | **17.4** | **19.9** | **17.9** |
| Villages | 0.3 | 4.8 | 3.8 | 4.9 | 4.1 | (0.0) | - | 4.0 | 4.3 | 3.8 | 3.6 | 5.0 | 4.5 | 5.4 | 4.9 | 6.0 | 5.4 | 6.2 | 5.6 |
| Miami | | (0.3) | (3.9) | 2.2 | 1.4 | - | - | 1.4 | 5.2 | 4.7 | 4.4 | 4.3 | 3.9 | 5.4 | 4.9 | 6.3 | 5.7 | 6.5 | 5.8 |
| Ft. Myers | | (1.4) | (2.5) | 4.3 | 3.7 | - | - | 3.7 | 4.8 | 4.3 | 4.1 | 5.9 | 5.3 | 6.3 | 5.7 | 7.0 | 6.3 | 7.2 | 6.5 |
| **Others** | **1.4** | **0.8** | **2.2** | **1.2** | **1.3** | **(0.1)** | **-** | **1.2** | **1.2** | **1.1** | **1.0** | **2.4** | **2.2** | **3.0** | **2.7** | **3.3** | **3.0** | **3.4** | **3.1** |
| Miss Lou | 1.2 | 0.8 | 1.4 | (0.4) | (0.5) | (0.0) | - | (0.6) | 0.0 | 0.0 | 0.0 | 0.9 | 0.8 | 1.4 | 1.2 | 1.5 | 1.4 | 1.5 | 1.4 |
| Vicksburg | 0.2 | (0.0) | 0.8 | 1.6 | 1.8 | (0.0) | - | 1.8 | 1.2 | 1.1 | 1.0 | 1.5 | 1.4 | 1.6 | 1.5 | 1.8 | 1.6 | 1.9 | 1.7 |
| **Total East** | **13.9** | **17.3** | **18.2** | **33.2** | **29.7** | **(0.7)** | **-** | **29.0** | **34.0** | **30.6** | **28.9** | **36.5** | **32.8** | **40.0** | **36.0** | **44.7** | **40.2** | **46.0** | **41.4** |
| **West Region** | | | | | | | | | | | | | | | | | | | |
| **Los Angeles** | **11.6** | **9.5** | **15.9** | **8.7** | **5.5** | **(0.6)** | **(2.8)** | **2.2** | **10.0** | **9.0** | **8.5** | **12.2** | **11.0** | **14.5** | **13.1** | **16.6** | **14.9** | **17.1** | **15.4** |
| East LA | 1.2 | (0.2) | 1.6 | 0.2 | (0.6) | (0.2) | - | (0.8) | 0.8 | 0.7 | 0.6 | 1.4 | 1.2 | 1.4 | 1.3 | 1.6 | 1.4 | 1.6 | 1.5 |
| Suburban | 10.4 | 9.6 | 14.3 | 8.5 | 6.2 | (0.4) | (2.8) | 3.0 | 9.2 | 8.3 | 7.9 | 10.9 | 9.8 | 13.1 | 11.8 | 15.0 | 13.5 | 15.5 | 13.9 |
| **Salt Lake City** | **4.5** | **5.0** | **5.6** | **6.0** | **6.5** | **(0.0)** | **-** | **6.4** | **6.3** | **5.7** | **5.4** | **6.0** | **5.4** | **6.2** | **5.6** | **6.9** | **6.2** | **7.1** | **6.4** |
| Salt Lake | 4.5 | 5.0 | 5.6 | 6.0 | 6.5 | (0.0) | - | 6.4 | 6.3 | 5.7 | 5.4 | 6.0 | 5.4 | 6.2 | 5.6 | 6.9 | 6.2 | 7.1 | 6.4 |
| **Others** | **(2.0)** | **(0.8)** | **2.7** | **2.5** | **0.9** | **(0.2)** | **-** | **0.7** | **4.3** | **3.9** | **3.7** | **6.0** | **5.4** | **7.0** | **6.3** | **7.9** | **7.1** | **8.1** | **7.3** |
| Phoenix | (0.2) | 0.1 | 2.4 | 2.1 | 1.7 | (0.0) | - | 1.6 | 3.0 | 2.7 | 2.6 | 4.5 | 4.1 | 5.4 | 4.9 | 6.1 | 5.5 | 6.3 | 5.7 |
| San Diego | (1.8) | (0.8) | 0.3 | 0.4 | (0.8) | (0.2) | - | (1.0) | 1.3 | 1.2 | 1.1 | 1.5 | 1.4 | 1.6 | 1.5 | 1.8 | 1.6 | 1.9 | 1.7 |
| **Total West** | **14.1** | **13.7** | **24.2** | **17.2** | **12.9** | **(0.8)** | **(2.8)** | **9.3** | **20.6** | **18.6** | **17.5** | **24.3** | **21.9** | **27.8** | **25.0** | **31.4** | **28.3** | **32.3** | **29.1** |
| **East / West Total** | **28.0** | **31.0** | **42.3** | **50.4** | **42.6** | **(1.6)** | **(2.8)** | **38.3** | **54.7** | **49.2** | **46.5** | **60.8** | **54.7** | **67.8** | **61.0** | **76.1** | **68.5** | **78.4** | **70.5** |
| **Ruby Region** | | | | | | | | | | | | | | | | | | | |
| Overland Park LTACH | - | (0.0) | 1.1 | 2.0 | 2.3 | (0.0) | - | 2.2 | 2.3 | 2.1 | 2.0 | 2.0 | 1.8 | 2.1 | 1.9 | 2.3 | 2.1 | 2.4 | 2.1 |
| Overland park SNF | - | 0.4 | (0.5) | 0.1 | 0.0 | (0.0) | (0.1) | (0.1) | 0.2 | 0.2 | 0.2 | 0.5 | 0.4 | 0.5 | 0.5 | 0.6 | 0.5 | 0.6 | 0.6 |
| Wichita Falls LTACH | - | 0.2 | 0.2 | 1.7 | 2.2 | (0.0) | - | 2.2 | 1.6 | 1.4 | 1.4 | 1.5 | 1.4 | 1.6 | 1.5 | 1.8 | 1.6 | 1.9 | 1.7 |
| Wichita Falls SNF | - | (0.6) | (0.9) | (0.8) | (1.0) | (0.0) | (0.5) | (1.5) | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| Dallas | - | (1.4) | 0.3 | 1.0 | 0.1 | (0.0) | - | (0.4) | 1.3 | 1.2 | 1.1 | 1.8 | 1.6 | 1.8 | 1.6 | 2.0 | 1.8 | 2.1 | 1.9 |
| **Total Ruby** | **-** | **(1.4)** | **0.2** | **4.0** | **3.7** | **(0.6)** | **(0.6)** | **2.5** | **5.4** | **4.9** | **4.6** | **5.9** | **5.3** | **6.2** | **5.6** | **6.9** | **6.2** | **7.1** | **6.4** |
| **EBITDAM: East / West & Ruby Total** | **28.0** | **29.6** | **42.6** | **54.4** | **46.3** | **(2.1)** | **(3.4)** | **40.8** | **60.1** | **54.1** | **51.1** | **66.6** | **59.9** | **74.0** | **66.6** | **83.0** | **74.7** | **85.5** | **76.9** |
| **Corporate / Real Estate** | | | | | | | | | | | | | | | | | | | |
| **Promise 1** | | | | | | | | | | | | | | | | | | | |
| Less: Corp. Exp. at Promise 1 | (13.8) | (14.7) | (15.1) | (17.9) | (17.9) | (0.1) | - | (18.0) | (18.4) | (18.4) | (18.4) | (19.7) | (19.7) | (20.6) | (20.6) | (21.6) | (21.6) | (21.6) | (21.6) |
| Plus: Rent at Owned Facilities | 3.9 | 3.5 | 3.4 | 3.4 | 3.4 | | | 3.4 | 3.4 | 3.4 | 3.4 | 3.5 | 3.5 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 |
| Less: Real Estate Company Expenses | (0.3) | (0.2) | (0.6) | (0.8) | (0.7) | | | (0.7) | (0.7) | (0.7) | (0.7) | (0.9) | (0.9) | (1.0) | (1.0) | (1.0) | (1.0) | (1.0) | (1.0) |
| Less: Wellness Overhead | | | (0.6) | (0.5) | (0.4) | | | (0.4) | (0.4) | (0.4) | (0.4) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) |
| **Promise II** | | | | | | | | | | | | | | | | | | | |
| Less: Regional Office and Allocation | - | (1.0) | (1.6) | (1.1) | (1.1) | | | (1.1) | (1.1) | (1.1) | (1.1) | (1.1) | (1.1) | (1.1) | (1.1) | (1.1) | (1.1) | (1.1) | (1.1) |
| Plus: Equipment Rentals | - | - | | | | | | | | | | | | | | | | | |
| **Total Corporate / Real Estate** | **(10.2)** | **(12.4)** | **(14.4)** | **(16.9)** | **(16.7)** | **(0.1)** | **-** | **(16.8)** | **(17.2)** | **(17.2)** | **(17.2)** | **(18.7)** | **(18.7)** | **(19.6)** | **(19.6)** | **(20.6)** | **(20.6)** | **(20.6)** | **(20.6)** |
| **EBITDA** | **17.8** | **17.2** | **28.2** | **37.5** | **29.6** | **(2.2)** | **(3.4)** | **24.0** | **42.9** | **36.9** | **33.9** | **47.9** | **41.2** | **54.4** | **47.0** | **62.4** | **54.1** | **64.9** | **56.3** |

February 7, 2017

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001010

# 2017 Budget

| Region | Item | Extraordinary items | Audit Adjustments |
|---|---|---|---|
| **East Region** | | | |
| Shreveport/Bossier | Shreveport | 71k for Workers Comp | |
| | Bossier | 30k for Workers Comp | |
| **Baton Rouge** | Ascension (Main) | 465k for Kwashiorkor | |
| | Baton Rouge HwH | 50k for Workers Comp | |
| | | 33k for Workers Comp | |
| **Florida** | Villages | 23k for Workers Comp | |
| **Others** | Miss Lou | 29k for Workers Comp | |
| | Vicksburg | 27k for Workers Comp | |
| **West Region** | | | |
| Los Angeles | East LA | 180k for Lewis Brisbois | |
| | | 37k for Workers Comp | |
| | Suburban | 209k for Lewis Brisbois | 500k for AR Reserve |
| | | 180k for Workers Comp | 2.25M for Class Action |
| **Salt Lake City** | Salt Lake | 47k for Workers Comp | |
| **Others** | Phoenix | 47k for Workers Comp | |
| | San Diego | 43k for Lewis Brisbois | |
| | | 107k for Workers Comp | |
| **Ruby Region** | Overland Park LTACH | 15k for Workers Comp | |
| | Overland Park SNF | 8k for Workers Comp | |
| | Wichita Falls LTACH | 14k for Workers Comp | 125k for AR Reserve |
| | Wichita Falls SNF | 7k for Workers Comp | |
| | Dallas | 500k for MCR Outlier Audit | 500k for AR Reserve |
| | | 18k for Workers Comp | |
| **Corporate** | Corporate | 36k for Lewis Brisbois | |
| **Total** | | 2.2 million | 3.4 million |

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001011

P003796

# 2017 Budget

| EBITDAM by Facility - Annual Trend | 1/17-Ops | 1/17-Board | 1/17-Bank |
|---|---|---|---|
| | | **2017** | |
| **East Region** | | | |
| **Shreveport/Bossier** | **11.1** | **10.0** | **9.4** |
| Shreveport | 4.8 | 4.3 | 4.1 |
| Bossier | 6.3 | 5.7 | 5.4 |
| **Baton Rouge** | **7.5** | **6.7** | **6.4** |
| Ascension (Main) | 4.7 | 4.2 | 4.0 |
| Baton Rouge HwH | 2.8 | 2.5 | 2.4 |
| **Florida** | **14.3** | **12.8** | **12.1** |
| Villages | 4.3 | 3.8 | 3.6 |
| Miami | 5.2 | 4.7 | 4.4 |
| Ft. Myers | 4.8 | 4.3 | 4.1 |
| **Others** | **1.2** | **1.1** | **1.0** |
| Miss Lou | 0.0 | 0.0 | 0.0 |
| Vicksburg | 1.2 | 1.1 | 1.0 |
| **Total East** | **34.0** | **30.6** | **28.9** |
| **West Region** | | | |
| **Los Angeles** | **10.0** | **9.0** | **8.5** |
| East LA | 0.8 | 0.7 | 0.6 |
| Suburban | 9.2 | 8.3 | 7.9 |
| **Salt Lake City** | **6.3** | **5.7** | **5.4** |
| Salt Lake | 6.3 | 5.7 | 5.4 |
| **Others** | **4.3** | **3.9** | **3.7** |
| Phoenix | 3.0 | 2.7 | 2.6 |
| San Diego | 1.3 | 1.2 | 1.1 |
| **Total West** | **20.6** | **18.6** | **17.5** |
| **East / West Total** | **54.7** | **49.2** | **46.5** |
| **Ruby Region** | | | |
| Overland Park LTACH | 2.3 | 2.1 | 2.0 |
| Overland park SNF | 0.2 | 0.2 | 0.2 |
| Wichita Falls LTACH | 1.6 | 1.4 | 1.4 |
| Wichita Falls SNF | 0.0 | 0.0 | 0.0 |
| Dallas | 1.3 | 1.2 | 1.1 |
| **Total Ruby** | **5.4** | **4.9** | **4.6** |
| **EBITDAM: East / West & Ruby Total** | **60.1** | **54.1** | **51.1** |
| **Corporate / Real Estate** | | | |
| **Promise 1** | | | |
| Less: Corp. Exp. at Promise 1 | (18.4) | (18.4) | (18.4) |
| Plus: Rent at Owned Facilities | 3.4 | 3.4 | 3.4 |
| Less: Real Estate Company Expenses | (0.7) | (0.7) | (0.7) |
| Less: Wellness Overhead | (0.4) | (0.4) | (0.4) |
| **Promise II** | | | |
| Less: Regional Office and Allocation | (1.1) | (1.1) | (1.1) |
| Plus: Equipment Rentals | | | |
| **Total Corporate / Real Estate** | **(17.2)** | **(17.2)** | **(17.2)** |
| **EBITDA** | **42.9** | **36.9** | **33.9** |

**PRIVILEGED & CONFIDENTIAL**

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# 2017 Strategy

1. <u>Good Quality – Good Business</u>
   - Clinical Operations Expansion
     - Clinical operations
     - Quality and Risk
     - Coding and clinical documentation
     - Denials management
     - Admissions verification and management
     - Accreditation and survey preparation
     - Standardized services

2. <u>Admission Criteria Execution</u>
   - Quality LTACH Compliance – CCO Strength
   - "Dashboard" Management System
   - Physician "buy in"
   - Facility clinical leadership vetted through corporate clinical department
   - Referral source value proposition

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00001013**

P003798

# 2017 Strategy

3. <u>Promise Operating Performance</u>
   - RPPD vs. EPPD – "Dashboard" Review
   - RPPD action plan requirement – "War Board"
   - 10% EPPD reduction strategy – Labor schedule tool
   - Senior Management facility responsibility
   - Los Angeles reorganization and realignment
   - Facility CEO Metrics
   - Service contract review
   - Supply chain cost reduction

4. <u>Cash Flow</u>
   - Wells Fargo Review
   - Revenue cycle centralized development
   - Payables leadership

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00001014**

P003799

# 2017 Strategy

5. CAPEX Requirement
    - IT – Oracle, iCare
    - Shreveport HOU
    - Phoenix redesign
    - Facilities management infrastructure

6. Success Divestiture

7. Growth
    - Los Angeles – potential 3 locations
    - Salt Lake City – Landmark acquisition
    - Phoenix expansion
    - Baton Rouge post-acute continuum
    - PRC

**PRIVILEGED & CONFIDENTIAL**

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001015

P003800

# DASHBOARD

| | | | Daily Census Data | | | | | | | | Discharged SLOT Recap | | | | | | Cost Report Data | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Region | Facility | Budget | Current | ADC | LTAC | Site | Other | LTAC % | LTAC LS % | LTAC NS % | LTAC SS % | Optimal Slot % | Site @ 5/6 % | Site in Valley % | Site @ IPPS % | ALOS | Days +/- | Date |
| East | Ascension | 0 | 47 | 36 | 16 | 12 | 19 | 57.1 % | 40.9 % | 36.4 % | 22.7 % | 18.2 % | 50.0 % | 18.8 % | 6.3 % | 24.91 | -4 | 8/31 |
| East | Baton Rouge Mid-City | 0 | 14 | 14 | 3 | 4 | 7 | 42.9 % | 0.0 % | 100.0 % | 0.0 % | 0.0 % | 66.7 % | 22.2 % | 0.0 % | 0.00 | 0 | 12/31 |
| East | Baton Rouge Ochsner | 0 | 24 | 20 | 8 | 7 | 9 | 53.3 % | 20.0 % | 60.0 % | 20.0 % | 40.0 % | 0.0 % | 66.7 % | 0.0 % | 31.50 | 13 | 12/31 |
| East | Bossier City | 0 | 46 | 43 | 11 | 27 | 8 | 28.9 % | 7.1 % | 42.9 % | 50.0 % | 35.7 % | 63.3 % | 18.4 % | 2.0 % | 18.57 | -90 | 12/31 |
| East | Fort Myers | 0 | 50 | 47 | 30 | 6 | 14 | 83.3 % | 25.9 % | 44.4 % | 29.6 % | 18.5 % | 12.5 % | 37.5 % | 0.0 % | 22.85 | -340 | 8/31 |
| East | Miami Dade | 0 | 44 | 52 | 40 | 0 | 4 | 100.0 % | 16.7 % | 58.3 % | 25.0 % | 30.4 % | 0.0 % | 20.0 % | 0.0 % | 25.73 | 291 | 3/31 |
| East | Miss Lou | 0 | 37 | 34 | 10 | 23 | 4 | 30.3 % | 55.6 % | 22.2 % | 22.2 % | 0.0 % | 16.7 % | 33.3 % | 8.3 % | 28.00 | 24 | 12/31 |
| East | Shreveport | 0 | 77 | 72 | 18 | 50 | 9 | 26.5 % | 28.6 % | 50.0 % | 21.4 % | 42.9 % | 49.3 % | 16.4 % | 2.7 % | 33.43 | 118 | 12/31 |
| East | The Villages | 0 | 36 | 35 | 20 | 2 | 14 | 90.9 % | 9.1 % | 63.6 % | 27.3 % | 13.0 % | 100.0 % | 0.0 % | 0.0 % | 23.45 | -245 | 6/30 |
| East | Vicksburg | 0 | 28 | 26 | 9 | 16 | 3 | 36.0 % | 20.0 % | 60.0 % | 20.0 % | 30.0 % | 46.7 % | 26.7 % | 6.7 % | 27.49 | 189 | 6/30 |
| Ruby | Dallas | 0 | 21 | 23 | 1 | 15 | 5 | 6.3 % | 25.0 % | 25.0 % | 50.0 % | 25.0 % | 55.0 % | 10.0 % | 0.0 % | 28.13 | 97 | 5/31 |
| Ruby | Overland Park | 0 | 22 | 24 | 7 | 7 | 8 | 50.0 % | 42.9 % | 35.7 % | 21.4 % | 7.1 % | 83.3 % | 0.0 % | 0.0 % | 26.01 | 96 | 5/31 |
| Ruby | Wichita | 0 | 20 | 21 | 7 | 7 | 6 | 50.0 % | 30.8 % | 38.5 % | 30.8 % | 38.5 % | 88.9 % | 0.0 % | 0.0 % | 25.71 | 72 | 5/31 |
| West | East Los Angeles | 0 | 22 | 18 | 6 | 12 | 4 | 33.3 % | 14.3 % | 42.9 % | 42.9 % | 14.3 % | 12.5 % | 50.0 % | 33.3 % | 26.49 | 61 | 6/30 |
| West | Phoenix | 0 | 30 | 32 | 25 | 1 | 4 | 96.2 % | 42.3 % | 42.3 % | 15.4 % | 24.1 % | 50.0 % | 25.0 % | 25.0 % | 22.95 | -328 | 5/31 |
| West | Salt Lake City | 0 | 29 | 34 | 14 | 4 | 11 | 77.8 % | 39.1 % | 52.2 % | 8.7 % | 21.7 % | 28.6 % | 28.6 % | 0.0 % | 28.15 | 466 | 1/31 |
| West | San Diego | 0 | 30 | 39 | 11 | 9 | 10 | 55.0 % | 19.1 % | 52.4 % | 28.6 % | 42.9 % | 37.0 % | 18.5 % | 18.5 % | 22.65 | -47 | 12/31 |
| West | Suburban | 0 | 106 | 94 | 42 | 43 | 21 | 49.4 % | 50.0 % | 30.0 % | 20.0 % | 22.6 % | 28.8 % | 22.0 % | 37.3 % | 40.36 | 3195 | 6/30 |

| | | Revenue Month to Date Recap | | | | Revenue Month to Date PPD Recap | | | | | YTD PPD Recap | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Region | Facility | Rev- LTAC | Rev- Site | Rev- Other | Rev- MTD | Rev- LTAC PPD | Rev- Site PPD | Rev- Other PPD | Rev- MTD PPD | Exp- Prior Mth PPD | Rev- Mth End Proj. | Rev- YTD PPD | Exp- YTD PPD |
| East | Ascension | 593,389.60 | 384,889.08 | 532,780.89 | 1,511,059.57 | 1,666.82 | 1,159.30 | 1,293.16 | 1,373.69 | 1,431.83 | 1,511,059.57 | 1,373.69 | 2,713.14 |
| East | Baton Rouge Mid-City | 92,004.31 | 198,664.13 | 232,870.14 | 523,538.58 | 1,394.00 | 1,273.49 | 1,124.98 | 1,220.37 | 882.54 | 523,538.58 | 1,220.37 | 1,871.48 |
| East | Baton Rouge Ochsner | 311,030.49 | 148,568.85 | 302,645.05 | 762,244.39 | 1,495.34 | 958.51 | 1,261.02 | 1,264.09 | 882.54 | 762,244.39 | 1,264.09 | 1,871.48 |
| East | Bossier City | 462,263.36 | 1,059,359.07 | 222,971.11 | 1,744,593.54 | 1,894.52 | 1,140.32 | 1,466.92 | 1,316.67 | 1,221.18 | 1,744,593.54 | 1,316.67 | 2,115.47 |
| East | Fort Myers | 1,283,790.70 | 148,836.85 | 526,789.56 | 1,959,417.11 | 1,384.89 | 795.92 | 1,596.33 | 1,356.94 | 1,079.39 | 1,959,417.11 | 1,356.94 | 2,101.33 |
| East | Miami Dade | 2,171,854.96 | 43,906.23 | 179,690.00 | 2,395,451.19 | 1,531.63 | 585.42 | 1,510.00 | 1,486.01 | 1,177.21 | 2,395,451.19 | 1,486.01 | 2,450.67 |
| East | Miss Lou | 193,319.27 | 590,805.88 | 129,988.99 | 914,114.14 | 1,068.06 | 763.32 | 1,428.45 | 873.91 | 1,037.90 | 914,114.14 | 873.91 | 1,976.22 |
| East | Shreveport | 694,851.48 | 1,493,728.61 | 253,596.35 | 2,442,176.44 | 1,728.49 | 961.83 | 953.37 | 1,099.58 | 1,299.10 | 2,442,176.44 | 1,099.58 | 2,350.13 |
| East | The Villages | 1,169,143.41 | 47,064.42 | 701,413.26 | 1,917,621.09 | 1,913.49 | 1,069.65 | 1,674.02 | 1,785.49 | 1,473.84 | 1,917,621.09 | 1,785.49 | 2,690.86 |
| East | Vicksburg | 344,928.80 | 409,618.12 | 142,098.39 | 896,645.31 | 1,519.51 | 928.84 | 1,127.77 | 1,129.28 | 1,327.80 | 896,645.31 | 1,129.28 | 2,584.64 |
| Ruby | Dallas | 123,988.17 | 629,384.39 | 131,475.83 | 884,848.39 | 2,530.37 | 1,241.39 | 777.96 | 1,220.48 | 1,951.55 | 884,848.39 | 1,220.48 | 3,787.45 |
| Ruby | Overland Park | 627,411.08 | 241,319.82 | 199,274.98 | 1,068,005.88 | 1,767.36 | 1,453.73 | 905.80 | 1,441.30 | 1,596.97 | 1,068,005.88 | 1,441.30 | 3,218.92 |
| Ruby | Wichita | 341,565.24 | 261,814.13 | 43,490.85 | 646,870.22 | 1,574.03 | 1,200.98 | 200.42 | 992.13 | 1,428.98 | 646,870.22 | 992.13 | 2,922.34 |
| West | East Los Angeles | 561,550.13 | 415,524.24 | 80,200.21 | 1,057,274.58 | 2,865.05 | 1,331.81 | 1,706.39 | 1,905.00 | 2,245.85 | 1,057,274.58 | 1,905.00 | 4,538.67 |
| West | Phoenix | 1,366,949.21 | 67,239.03 | 288,360.80 | 1,722,549.04 | 1,919.87 | 1,102.28 | 1,341.21 | 1,743.47 | 1,816.36 | 1,722,549.04 | 1,743.47 | 3,553.03 |
| West | Salt Lake City | 908,996.98 | 115,707.63 | 740,454.21 | 1,765,158.82 | 1,878.09 | 1,051.89 | 1,623.80 | 1,681.10 | 1,350.61 | 1,765,158.82 | 1,681.10 | 2,821.99 |
| West | San Diego | 803,356.39 | 557,043.77 | 604,117.21 | 1,964,517.37 | 1,863.94 | 1,389.14 | 1,573.22 | 1,615.56 | 1,639.94 | 1,964,517.37 | 1,615.56 | 3,159.38 |
| West | Suburban | 2,318,419.55 | 1,390,025.14 | 1,651,283.95 | 5,368,728.64 | 2,183.07 | 1,461.89 | 1,874.33 | 1,851.29 | 2,382.39 | 5,368,728.64 | 1,851.29 | 4,773.65 |
| Total | | 14,368,813.13 | 8,212,499.39 | 6,963,501.78 | 29,544,814.30 | | | | | | 29,544,814.30 | | |

**PRIVILEGED & CONFIDENTIAL**

126

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001016

P003801

# Growth Opportunities

| Opportunity | Description/Comments | Overall Funding Need | Equity Funding Need | Run-Rate EBITDA | Timing |
|---|---|---|---|---|---|
| 1. Los Angeles Status | Gardens Regional – lease negotiation St. Vincent lease negotiations Plan to move ELA beds Reduce semiprivate Suburban beds | | | 5.0 | 2017 |
| 2. Baton Rouge SNF Status | Awaiting BRG executed agreement | | | | 2017 |
| 3. SLC SNF Status | IHC extended lease w/private rooms Landmark facility acquisition | 3.0 | 1.8 | | 2017 |
| 4. Vicksburg Status | Move to main building Lease 03/1/17 – New Lease | - | - | 1.0 | 2017 |
| 5. Phoenix - Building | Add services – SNF, OR, UC – Plan 1/1/17 | *5.0 | 5.0 | 7.0 | 2017 |
| 6. Miss Lou | Acute care strategy – implementation 1/1/17 | ? | ? | 1.5-2.0 | January 2017 |
| 7. Promise Rejuvenation Clinic Status | New plan Promise Rejuvenation Clinic Plan | 1.0 | - | 1.0-10.0 | 2017-2019 |

**\*Over 5 years**

127

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001017

P003802

# Corporate Organization Chart



**Chief Executive Officer**
Peter Baronoff

**Chief Financial Officer**
EVP: James Hopwood

**President & COOO**
EVP: Richard Gold

**General Counsel & Chief Compliance Officer**
EVP: David Armstrong

**Budget, Operations Analysis, Treasury**
Stan Grabish
Mickael Cohen
Matt Poss
Chuck Smith

**Information Technology**
James Brooks
Jim Pope

**Chief Medical Officer**
EVP: Dr. Charles Posternack

**Eastern Region**
EVP: Bryan Day

**Western Region**
EVP: Brian Dunn
Linda Hook

**Administrative, Facilities, Supply Chain**
Richard Cohen

**Chief Hospital Operations Counsel**
Suzanne Sterling

**Corporate Risk Manager**
Jesus Llorens

**Pharmacy**
Nish Patel

**Miami**
CEO: Charles Doten

**Los Angeles Market: Suburban, East Los Angeles & SilverLake**
CEO: Michael Choo

**Supply Chain**
Brenda Gonzalez

**Associate Compliance Officer**
Vacant

**Litigation Manager**
Val Monte

**Payroll**
Robyn Redgate

**Human Resources, Employee Insurances**
Katie Kato

**HIM**
RoseAnn Webb

**Villages**
CEO: Hoyt Ross

**San Diego**
CEO: Tim Clark

**Facilities**
Rick Coffin

**Accounting, Regulatory Reporting**
Ted Duay

**A/P, Finance, Investor Relations, Tax**
Steve Helland

**Clinical**
Kim Montes

**Fort Myers**
CEO: Patrick Ryan

**Phoenix**
Interim CEO:
Linda Hook

**Rejuvenation**
Steve Tebon

**Central Business Office**
Nancy Price

**Managed Care**
Suzanne Hyde

**Clinical Safety and Patient Safety**
Theresa Hunkins

**Miss Lou**
CEO: Michael Harrell

**Salt Lake**
CEO: Wayne Kinsey

**Marketing**
Bob Buruchian

**Quality**
Maureen Moore

**Vicksburg**
CEO: Michael Harrell

**Overland Park LTACH & SNF**
CEO: Kristen Barrett

**Denials**
TBD

**Shreveport & Bossier**
CEO: Rick Stockton

**Wichita Falls LTACH & SNF**
CEO: Lou Bradley

**Baton Rouge**
CEO: Kiley Cedotal

**Dallas**
CEO: Lou Bradley

February 7, 2017

**PRIVILEGED & CONFIDENTIAL**

128

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001018

P003803

# Operations - Organization Chart



**PROMISE HEALTHCARE, INC.**
**Organizational Chart 2017**

Revised 2/2/2017

Peter Baronoff — CEO

Theresa Laurenzano — Senior Exec. Assistant

Richard Gold — President & COO

Dr. Charles Posternack — Chief Medical Officer

Toni Strickland — Executive Ass't.

Nishat Patel — Corporate V.P. Of Pharmacy

Bob Buruchian — Chief Marketing Technologist

Richard Cohen — Chief Administrative Officer

Brian Dunn — EVP Western Region

Bryan Day — EVP East Region

Kim Montes — SVP Chief Clinical Officer

Kimberly Wade — Marketing Manager

Rick Coffin — Facilities Management Consultant

Brenda Gonzalez — VP Supply Chain

Michael Choo — CEO Los Angeles Market

Rick Stockton — CEO (2) Shreveport/Bossier

Maureen Moore — VP Quality & Care Management

Timothy Clark — CEO San Diego

Kiley Cedotal — CEO Baton Rouge

Theresa Hunkins — VP Clinical Risk & Patient Safety

Linda Hook — Vice President Mountain Region

Mike Harrell — CEO (2) Miss Lou

Roseann Webb — Corporate HIM Director

Wayne Kinsey — CEO Salt Lake

Mike Harrell — CEO Vicksburg

Denials Manager

Linda Hook — Interim CEO Phoenix

Patrick Ryan — CEO Ft. Myers

Lou Bradley — CEO Dallas

Hoyt Ross — CEO Villages

Lou Bradley — CEO Wichita Falls

Charles Doten — CEO Miami

Kristen Barrett — CEO Overland Park

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001019

P003804

# COO Report – Facilities Management  (j)

## Facility Management

Objectives:
- Centralized facility management process
  - Facility managers report to corporate
- Facility condition survey
- CAPEX planning for equipment replacement, repairs and structural improvements
- Growth initiatives – i.e. PRC Villages
- National facility maintenance contracts
- Facility RFP process for all CAPEX requests

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001020

P003805

# Regulatory Update

<u>2017 Regulatory Impact</u>

- Admission Criteria
  - Difficult process for LifeCare, Kindred and Cornerstone
  - 25% Rule – avoided
  - Wound Care – HR5723
  - DC strategy

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**      **PROMISE_00001021**

P003806

# Competition Update

Kindred:

- LTACH criteria 9/1/16 start.  Sold 12 facilities on the "bubble" to Nautic.  Selling additional facilities.  Has not released 2016 earnings

LifeCare:

- HIH facilities failing.  Freestanding facilities having difficult year in rural markets. new Corporate CEO resigned.  Attempt to create joint ventures in markets where there is significant competition for LTACH criteria patients.  Shreveport and Dallas are markets where we compete.

Cornerstone:

- HIH facilities in metropolitan areas have seen CEOs resign as a result of limited "resources".  We anticipate Bossier facility closing.  Corporate CEO resigned.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                                        PROMISE_00001022

P003807

# Competition Update

Vibra:

- Agreed to pay $32.2M to Department of Justice to resolve claims
  for medically unnecessary services.  LTACH compliant patients also trending below
  expectation.

Select:

- Appears to be achieving LTACH criteria objectives.
  Has closed 11 facilities.  Continues to diversify.

February 8, 2017

133

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001023

P003808

**UBS**

Global Research

27 January 2017

# Select Medical Holdings

## 4Q16 Outlook Trimmed Modestly; SEM in Refinancing Discussions

**SEM Cuts 4Q16 EBITDA Guidance to $460-470 mln (Previously $460-480 mln)**

SEM announced an updated 4Q16 outlook in conjunction with its discussions with lenders over debt refinancing. SEM's revenue estimate for FY16 is now $4.286 bln vs $4.25-4.30 bln previously (new est is higher than previous midpoint of $4.275 bln). Adj EBITDA guidance has been reduced by $5 mln at the midpoint to $460-470 mln (vs $460-480 mln previously). Previous consensus adj EBITDA estimates were approximately $473 mln. For Q4, this translates to a reduction in guidance to $92-102 mln (previously $92-112 mln) vs previous consensus adj EBITDA estimates of approximately $105 mln. The company is now also looking for slightly lower tax expense at a new midpoint of $55 mln (within a range of $54-56 mln) vs midpoint of $60 mln previously (within range of $56-63 mln). The press release did not comment on price and volume trends in Q4, but based on the outlook revisions, we estimate the modest reduction in EBITDA is due to higher than anticipated costs rather than lower revs. Our 2016E EPS has increased to $0.64 from $0.63, primarily on lower expected income tax expense and a previously unexpected non-operating gain, partly offset by higher costs than previously expected. Our 2017-16 EPS estimates decreased slightly on marginally higher costs.

**The Company Expects 2016's Headwinds to Become 2017's Tailwinds**

Start-up costs related to rehab joint ventures and the KND swaps have been significant headwinds in 2016 (Q3 in particular). On the Q3 call, SEM said it expects to incur roughly $22-22.5 mln of start-up costs for full year 2016, which includes roughly $2.5-3 mln in Q4. We think that the company sees the JVs swinging from the $22-22.5 mln negative position to $15-20 mln positive in 2017, which implies a positive EBITDA swing of roughly $34 mln YrY. It is important to note that the company's year ahead outlook does not generally include unannounced new JVs, which could create additional start-up costs mitigating, to some extent, the positive swing.

**Refinancing of Debt Should Produce Interest Savings**

As a preliminary look, the debt refinancing will likely save on interest costs in the range of roughly $14-17 mln annually. However, we will not include the interest cost savings in our estimates until the amount and timing are more concrete. For now, it looks like the refinancing will be completed during March.

**Valuation: Raise PT to $11 (From $10 Previously) and Maintain Sell Rating**

We are rolling forward our valuation basis to roughly 7.5x our 2018 EBITDA estimate (multiple unchanged).

| Highlights (US$mn) | 12/13 | 12/14 | 12/15 | 12/16E | 12/17E | 12/18E | 12/19E | 12/20E |
|---|---|---|---|---|---|---|---|---|
| Revenues | 2,976 | 3,064 | 3,743 | 4,286 | 4,473 | 4,679 | 4,865 | 5,120 |
| EBIT (US$) | 308 | 295 | 294 | 319 | 400 | 423 | 448 | 474 |
| Net earnings (US$) | 124 | 118 | 127 | 82 | 111 | 125 | 139 | 154 |
| EPS (US$, diluted) (US$) | 0.91 | 0.91 | 0.59 | 0.64 | 0.84 | 0.63 | 1.03 | 1.13 |
| EPS (US$, diluted) (US$) | 0.91 | 0.91 | 0.59 | 0.64 | 0.84 | 0.63 | 1.03 | 1.13 |
| DPS (US$) | 0.30 | 0.40 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Net (debt) / cash | (1,445) | (1,553) | (2,386) | (2,761) | (2,736) | (2,711) | (2,686) | (2,661) |

## Equities

Americas

Healthcare Providers

**Sell**

| | |
|---|---|
| 12-month rating | **Sell** |
| 12m price target | **US$11.00** |
| | *Prior: US$10.00* |
| Price | **US$13.80** |
| RIC: SEM.N BBG: SEM US | |

### Trading data and key metrics

| | |
|---|---|
| 52-wk range | US$15.00/7.50 |
| Market cap. | US$1.78bn |
| Shares o/s | 128m (COM) |
| Free float | 71% |
| Avg. daily volume ('000) | 194 |
| Avg. daily value (m) | US$2.5 |
| Common sh equity (12/16E) | US$0.98bn |
| P/BV (12/16E) | 1.8x |
| Net debt / EBITDA (12/16E) | 5.9x |

### EPS (US$, diluted) (US$)

| | From | To | % ch | Cons. |
|---|---|---|---|---|
| Q1 | 0.23 | 0.23 | 0 | 0.23 |
| Q2 | 0.23 | 0.23 | 0 | 0.23 |
| Q3 | 0.06 | 0.05 | -1 | 0.06 |
| Q4 | 0.12 | 0.13 | 6 | 0.11 |
| Q4E | 0.63 | 0.64 | 2 | 0.62 |
| 12/17E | 0.88 | 0.84 | -5 | 0.87 |
| 12/18E | 0.98 | 0.93 | -5 | 0.92 |

**A.J. Rice**
Analyst
aj.rice@ubs.com
+1-212-713-4299

**Caleb Harris, CPA**
Associate Analyst
caleb.harris@ubs.com
+1-212-713-6253

**Jailendra Singh**
Analyst
jailendra.singh@ubs.com
+1-212-713 9903

**Most Read**
**Novo Nordisk**
⯈ Still a BUY for all the
Michael Leuchten | Analyst BF
3 February 2017

**CSL Limited**
⯈ Anatomy of a short t
Andrew Goodsall | Analyst p₩
2 February 2017

**Indian Pharma**
⯈ Let's cut the noise
Ishmeet Bakhki | Analyst (ID)
2 February 2017

**Anthem Inc**
⯈ Let's Play Q&A: Look
A.J. Rice | Analyst (M0)
2 February 2017

**Cipro**
⯈ Let's Play Q&A: 10-L
Growth and a Projected
to Deployable Capital
A.J. Rice | Analyst (M0) | Unter
2 February 2017

Do you have a quest
Question Bank? Sub
receive a compliment

V

Please replace this page with a **roman numeral** tab V

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

PROMISE_00001025

P003810

# V. Chief Financial Officer Report – James Hopwood
## Agenda

V. **Chief Financial Officer Report – JIM HOPWOOD**
- 2016 Preliminary Financial Review
  - Preliminary Financials
  - Audit Timeline Update
  - Open Issues
- 2017 Department Changes
- Revenue Cycle Update
  - Collections Trends
  - Admissions changes
- Cash Flow Review
- Payables Planning
- Wells Fargo
  - Team Review week of 2/20/17
  - Bank Budget
  - Covenants
  - Gardens Regional Hospital
  - Landmark
- 2017 Budget
  - Process
  - Assumptions
  - Capital Expenditures
- Labor Review – Scheduler
- Information Technology
  - iCare
  - Oracle
  - Dashboard and Metrics
- Insurance Programs
- Promise Healthcare Group, LLC Treasury Report

February 8, 2017

**PRIVILEGED & CONFIDENTIAL**

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001026

P003811

# V. Chief Financial Officer Report
## Agenda

a)  2016 Financial Statement and Audit Recap

b)  2017 Organizational Changes

c)  Revenue Cycle Update

d)  Cash Flow Review

e)  Payables Planning

f)  Wells Fargo Update

g)  2017 Budget Review

h)  Labor Planning Update

i)  Information Technology

j)  Insurance Programs

k)  Promise Healthcare Group LLC Treasury Report

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY      PROMISE_00001027

P003812

# Chief Financial Officer Report
## a.) Preliminary Financial Statement and Audit Recap

**Improved Communication and Process**

- Upfront discussion of audit challenges, daily communication with the Crowe team during the audit process, and effective project management by Promise personnel facilitated the swift issuance of the 12/31/15 audited financials.

- These same techniques as well as the addition of 2016 interim audit testing by the Crowe team should lead to issuance of the 12/31/16 audited financials by the 4/30/17 deadline.

- Efficient completion of tax returns is highly dependent on the timely publication of audited financial results.  As we continue to compress the timeline and cost of audit completion, we expect improved efficiencies in tax reporting.

**Improved Audit Completion Timeline**

- 12/31/14 Audit: Commenced April 2015.  Audit issued 3/15/16.

- 12/31/15 Audit: Commenced April 2016.  Audit issued 8/1/16.

- 12/31/16 Audit: Commenced October 2016.  Audit expected 4/30/17.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                          PROMISE_00001028

P003813

# Chief Financial Officer Report
## a.) Preliminary Financial Statement and Audit Recap

**Improved Timeline and Process**

- 10/2016:  Interim audit work commenced, consisting primarily of detailed testing of revenue.  This testing is time consuming.

- 1/2017:  Interim audit work completed, which has the effect of shifting six weeks of audit work into 2016.  This makes it feasible to issue 2016 PHG audited financials by 4/30/17.

- 2/3/2017:  Completion of year-end close.  Trial balances provided to Crowe.

- 2/4/2017 – 3/6/17:  Continue to respond to audit requests and provide supporting schedules and documentation to Crowe.

- 3/6/17 – 4/30/17:  Crowe team to be on site for audit work.

- 4/30/17:  Issuance of 12/31/16 PHG audited financial statements.

- 5/31/17:  Issuance of 12/31/16 St. Alexius audited financial statements.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001029

P003814

# Chief Financial Officer Report
## a.) Preliminary Financial Statement and Audit Recap

Management has already met with the Crowe Audit Partner to review audit risk areas and significant events that occurred during 2016.  The low-risk audit areas will be tested by Crowe's offsite CAST department of professionals.  The high-risk audit areas will be tested by Crowe's on site personnel.

High risk areas: A/R valuation, Reserve for G/L & P/L (MedMal), IBNR for self-insured health insurance, FRA Analysis, Litigation analysis for class action, 3rd party reimbursement settlements.  Essentially, anything on the balance sheet which relies on a substantial amount of management estimate.

Low risk:  Cash, Fixed Assets, Prepaids, Inventory, 941 Reconciliations, etc.  Anything on the balance sheet that is not subject to much management estimate for the recorded amount.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001030

P003815

# Chief Financial Officer Report
## a.) Preliminary Financial Statement and Audit Recap

**PROMISE HEALTHCARE GROUP, LLC AND SUBSIDIARIES**
*\*PRELIMINARY UNAUDITED - Consolidated Statement of Operations*
**FOR THE TWELVE MONTHS ENDED DECEMBER 31, 2016**

\*FINANCIAL STATEMENTS CONTAINED HEREIN ARE PRELIMINARLY INTERNAL UNAUDITED AND SUBJECT TO CHANGE

| | Promise Healthcare, Inc and Affiliates | Success Healthcare, LLC and Subsidiaries | Promise Healthcare # 2 and Subsidiaries | Promise Healthcare Holdings, Inc | Promise Healthcare Group, LLC | Eliminations | Consolidated |
|---|---|---|---|---|---|---|---|
| **Net Operating Revenues** | | | | | | | |
| Operating revenues before provision for doubtful accounts | $ 337,875,021 | $ 156,451,778 | $ 52,902,272 | $ - | $ - | $(3,389,270) | $ 543,839,801 |
| Less: provision for doubtful account | $ 8,389,906 | $ 19,367,085 | $ 2,880,510 | $ - | $ - | $ - | $ 30,637,501 |
| **Net Operating Revenues** | $ 329,485,115 | $ 137,084,693 | $ 50,021,762 | $ - | $ - | $(3,389,270) | $ 513,202,300 |
| | | | | | | | |
| **Operating expenses:** | | | | | | | |
| Salaries and wages | $ 157,868,692 | $ 68,685,500 | $ 22,900,721 | $ - | $ 2,379,775 | $ - | $ 251,834,688 |
| Employee taxes and benefits | $ 26,519,868 | $ 12,571,457 | $ 3,515,444 | $ - | $ 60,180 | $ - | $ 42,666,949 |
| Purchased services | $ 50,043,798 | $ 11,460,411 | $ 5,801,546 | $ - | $ 6,910,672 | $ - | $ 74,216,427 |
| Supplies and materials | $ 38,603,987 | $ 17,052,514 | $ 5,788,334 | $ - | $ 4,334 | $ - | $ 61,449,169 |
| Rent and leases | $ 14,506,483 | $ 4,599,075 | $ 4,783,435 | $ - | $ - | $ (89,366) | $ 23,799,627 |
| General and administrative expenses | $ 21,822,376 | $ 18,162,389 | $ 6,475,976 | $ - | $ 626,132 | $(3,299,904) | $ 43,786,969 |
| Depreciation and amortization | $ 14,944,262 | $ 4,440,632 | $ 338,174 | $ - | $ - | $ - | $ 19,723,068 |
| **Total operating expenses** | $ 324,309,466 | $ 136,971,978 | $ 49,603,630 | $ - | $ 9,981,093 | $(3,389,270) | $ 517,476,897 |
| | | | | | | | |
| **Operating Income (Loss)** | $ 5,175,649 | $ 112,715 | $ 418,132 | $ - | $ (9,981,093) | $ - | $ (4,274,597) |
| | | | | | | | |
| **Other Income (Expense):** | | | | | | | |
| Interest expense | $ (6,890,793) | $ (2,432,357) | $ (229,163) | $ - | $ - | $ - | $ (9,552,313) |
| Interest (expense) income - related party | $ (28,789,872) | $ (486,584) | $ - | $ 22,488,889 | $ 6,787,567 | $ - | $ 0 |
| Other income(expense) | $ 441,463 | $ (1,792,245) | $ (27,023) | $ (10,054) | $ (5,100) | $ - | $ (1,392,959) |
| **Total other (expense), net** | $ (35,239,202) | $ (4,711,186) | $ (256,186) | $ 22,478,835 | $ 6,782,467 | $ - | $ (10,945,272) |
| | | | | | | | |
| **Net Income (Loss) before taxes** | $ (30,063,553) | $ (4,598,471) | $ 161,946 | $ 22,478,835 | $ (3,198,626) | $ - | $ (15,219,869) |
| | | | | | | | |
| **Net Loss Attributable to Non-controlling Interest** | $ (1,203,400) | $ - | $ 50,000 | $ - | $ - | $ - | $ (1,153,400) |
| | | | | | | | |
| **Net Income (Loss) before taxes Attributable to Controlling Interest** | $ (28,860,153) | $ (4,598,471) | $ 111,946 | $ 22,478,835 | $ (3,198,626) | $ - | $ (14,066,469) |

**Footnotes**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Operating Income (Loss) from Operations** | $ 5,175,649 | $ 112,715 | $ 418,132 | $ - | $ (9,981,093) | $ - | $ (4,274,597) |
| | | | | | | | |
| Add: Non Recurring and one time transactions costs | $ 1,801,891 | $ - | $ 605,260 | $ - | $ 4,999,926 | $ - | $ 7,407,076 |
| Add: Prior Year charges | $ 3,427,048 | $ - | $ 578,682 | $ - | $ - | $ - | $ 4,005,730 |
| Add: Depreciation and Amortization | $ 14,944,262 | $ 4,440,632 | $ 338,174 | $ - | $ - | $ - | $ 19,723,068 |
| Add: Dade deferred rent - Land | $ 700,215 | $ - | $ - | $ - | $ - | $ - | $ 700,215 |
| | | | | | | | |
| **Adjusted EBITDA** | $ 26,049,065 | $ 4,553,347 | $ 1,940,248 | $ - | $ (4,981,167) | $ - | $ 27,561,492 |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY     PROMISE_00001031

P003816

# Chief Financial Officer Report
## a.) Preliminary Financial Statement and Audit Recap

**PROMISE HEALTHCARE GROUP, LLC AND SUBSIDIARIES**
*PRELIMINARY UNAUDITED - Consolidated Statement of Operations*
**FOR THE TWELVE MONTHS ENDED DECEMBER 31, 2016**

| *FINANCIAL STATEMENTS CONTAINED HEREIN ARE PRELIMINARLY INTERNAL UNAUDITED AND SUBJECT TO CHANGE | | Promise Healthcare, Inc and Affiliates | Success Healthcare, LLC and Subsidiaries | Promise Healthcare # 2 and Subsidiaries | Promise Healthcare Holdings, Inc | Promise Healthcare Group, LLC | Eliminations | Consolidated |
|---|---|---|---|---|---|---|---|---|
| **EASTERN REGION** | | | | | | | | |
| Shreveport | shr | 5,590,720 | | | | | | 5,590,720 |
| Bossier City | bos | 6,317,271 | | | | | | 6,317,271 |
| Miss Lou | mlo | (522,985) | | | | | | (522,985) |
| Baton Rouge(Main Campus) | asc | 5,507,189 | | | | | | 5,507,189 |
| Baton Rouge | bat | 1,814,454 | | | | | | 1,814,454 |
| The Villages | vil | 4,062,153 | | | | | | 4,062,153 |
| Miami Lakes | dad | 1,401,225 | | | | | | 1,401,225 |
| Fort Myers | fmy | 3,729,929 | | | | | | 3,729,929 |
| Vicksburg | vic | 1,807,258 | | | | | | 1,807,258 |
| **TOTAL EASTERN REGION** | | 29,707,214 | - | - | - | - | - | 29,707,214 |
| | | | | | | | | - |
| **WESTERN REGION** | | | | | | | | |
| Suburban | sub | 5,446,454 | | | | | | 5,446,454 |
| East Los Angeles | ela | (785,999) | | | | | | (785,999) |
| San Diego | sad | (850,512) | | | | | | (850,512) |
| Phoenix | phx | 1,688,511 | | | | | | 1,688,511 |
| Salt Lake City | sal | 6,470,858 | | | | | | 6,470,858 |
| **TOTAL WESTERN REGION** | | 11,969,312 | - | - | - | - | - | 11,969,312 |
| | | | | | | | | |
| **RUBY REGION** | | | | | | | | |
| Dallas | dal | | | 121,866 | | | | 121,866 |
| Houston | hou | | | (605,260) | | | | |
| Wichita Falls | wfl | | | 2,206,417 | | | | 2,206,417 |
| Overland Park | opl | | | 2,257,782 | | | | 2,257,782 |
| Overland Park SNF | ops | | | (82,114) | | | | (82,114) |
| Wichita Falls - SNF | wfs | | | (1,463,697) | | | | (1,463,697) |
| **TOTAL RUBY REGION** | | - | - | 2,434,994 | - | - | - | 2,434,994 |
| | | | | | | | | |
| **SUCCESS** | | | | | | | | |
| St. Alexius | | | (312,441) | | | | | (312,441) |
| Silver Lake | | | 6,955,549 | | | | | 6,955,549 |
| | | | | | | | | |
| **TOTAL EBITDAM** | | $ 41,676,526 | $ 6,643,108 | $ 2,434,994 | $ - | $ - | $ - | $ 50,754,628 |
| | | | | | | | | |
| Less: Corporate Expense - (Promise/Ph#2) (ex non recurring) | | (17,937,805) | (3,893,573) | (1,100,006) | - | (4,981,167) | - | (27,912,551) |
| Plus: Discontinued Ops | | - | - | 605,260 | - | - | - | 605,260 |
| Plus: Rent building at owned facilities | | 3,426,732 | 2,093,542 | - | - | - | - | 5,520,274 |
| Less: Anti- Aging/ Wellness | | (366,788) | - | - | - | - | - | (366,788) |
| Less: Real Estate Company expenses | | (749,601) | (289,730) | - | - | - | - | (1,039,331) |
| | | | | | | | | |
| **Pro Forma EBITDA** | | $ 26,049,065 | $ 4,553,347 | $ 1,940,248 | $ - | $ (4,981,167) | $ - | $ 27,561,492 |

**February 8, 2017**          **PRIVILEGED & CONFIDENTIAL**          **141**

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Chief Financial Officer Report
## b.) 2017 Organizational Changes



CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001033

P003818

# Chief Financial Officer Report
## c.) Revenue Cycle Update.  Summary.

Significant process improvements and personnel upgrades have occurred over the last twelve months.  Specifically:

- More experienced collectors and supervisors/managers are now in place;

- Revenue calculation and recognition systems were overhauled, redesigned and rebuilt;

- Front end accountability has been reinforced through RAVE and Triple-Check systems, education, training and communication;

- More frequent and regular conference call communications between CBO management and Hospital personnel to review account status and resolve issues;

- Dedicated denial management process with CMO to track, report, appeal and resolve payer denials and identify trends;

- More aggressive collection efforts placed upon payers who delay ultimate resolution and collection of balances owed including assignment of accounts to third party experts and legal counsel;

- Development of CBO dashboards that provide significantly improved information flow to manage revenue, monitor coding and billing process flows, identify issues and trends, monitor stale accounts, report collections as well other important aspects of revenue cycle management.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001034

P003819

# Chief Financial Officer Report
## c.) Revenue Cycle Update.  Centralized Authorization Unit.

- Currently in development phase – preparing for Proof of Concept
- Intended to improve ultimate collectability and improve process.
- Function will have a dual responsibility:
  - Working with local admitting personnel to confirm the business aspects and contract requirements are being handled correctly.
  - Working with local case managers to confirm initial medical authorizations and reauthorizations are handled appropriately.
- Pilot expected in California at Suburban Medical Center.
- Direct access to CBO, CMO and Corporate Managed Care.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001035

P003820

# Chief Financial Officer Report
## d.) Cash Flow Review.  Collection and Accounts Payable Trends.

| | Collections | | | | A/P | Loan | Monthly | Days of |
| | Promise 1 | Success | Promise 2 | Total | Balance | Balance | Expenses | A/P |
|---|---|---|---|---|---|---|---|---|
| 3/17/2014 | | | | | 50,509,927 | 18,000,000 | 15,470,443 | 99.6 |
| Apr-14 | 24,669,942 | 11,816,688 | 35,325 | 36,521,955 | 48,488,403 | 23,377,148 | 14,971,396 | 98.8 |
| May-14 | 21,703,092 | 10,591,024 | 1,188,908 | 33,483,023 | 43,215,435 | 26,265,219 | 19,662,039 | 67.0 |
| Jun-14 | 21,643,878 | 13,648,567 | 391,188 | 35,683,634 | 43,167,722 | 35,104,531 | 18,068,087 | 75.4 |
| Jul-14 | 23,306,632 | 10,822,163 | 86,553 | 34,215,348 | 40,757,914 | 42,662,765 | 18,061,249 | 67.2 |
| Aug-14 | 23,172,304 | 8,740,235 | 169,211 | 32,081,749 | 36,298,492 | 38,722,541 | 14,412,104 | 66.1 |
| Sep-14 | 22,053,364 | 8,969,189 | 99,192 | 31,121,745 | 39,560,022 | 44,281,451 | 17,427,751 | 72.9 |
| Oct-14 | 25,435,513 | 10,122,370 | 220,864 | 35,778,747 | 43,626,579 | 44,289,397 | 19,869,444 | 77.6 |
| Nov-14 | 19,502,947 | 8,940,215 | 9,676,724 | 38,119,886 | 42,357,509 | 39,776,099 | 17,312,272 | 71.4 |
| Dec-14 | 24,782,680 | 14,447,064 | 5,686,085 | 44,915,830 | 41,841,072 | 41,146,232 | 17,154,753 | 70.8 |
| Jan-15 | 21,563,660 | 9,413,334 | 4,316,154 | 35,293,147 | 40,925,137 | 42,408,223 | 18,630,500 | 70.9 |
| Feb-15 | 25,264,435 | 8,281,884 | 3,510,335 | 37,056,653 | 41,101,653 | 39,784,161 | 18,465,229 | 69.7 |
| Mar-15 | 25,098,501 | 11,022,937 | 6,227,123 | 42,348,560 | 42,693,871 | 39,482,544 | 19,872,470 | 68.9 |
| Apr-15 | 26,053,031 | 15,030,207 | 5,753,733 | 46,836,971 | 42,681,902 | 39,495,548 | 19,704,933 | 67.7 |
| May-15 | 25,353,277 | 10,019,377 | 4,434,037 | 39,806,691 | 37,459,349 | 37,231,815 | 19,471,520 | 58.4 |
| Jun-15 | 24,664,457 | 11,869,805 | 4,348,434 | 40,882,696 | 36,952,746 | 39,054,262 | 20,098,390 | 57.4 |
| Jul-15 | 26,242,452 | 11,765,806 | 5,062,525 | 43,070,783 | 40,179,483 | 36,894,261 | 19,352,746 | 62.7 |
| Aug-15 | 26,431,685 | 11,470,259 | 3,860,088 | 41,762,033 | 38,062,606 | 37,444,527 | 18,496,942 | 60.4 |
| Sep-15 | 25,590,399 | 8,970,352 | 3,696,158 | 38,256,909 | 38,263,634 | 41,039,928 | 17,675,058 | 63.4 |
| Oct-15 | 23,492,558 | 7,652,826 | 5,108,862 | 36,254,246 | 40,162,993 | 45,709,530 | 18,825,718 | 67.2 |
| Nov-15 | 22,524,504 | 8,550,269 | 4,150,418 | 35,225,192 | 40,512,342 | 47,272,718 | 17,824,833 | 68.6 |
| Dec-15 | 26,742,854 | 12,188,478 | 4,336,894 | 43,268,225 | 49,624,308 | 43,773,775 | 18,442,722 | 82.9 |
| Jan-16 | 24,619,610 | 9,453,926 | 4,825,099 | 38,898,635 | 50,917,630 | 44,094,011 | 19,580,422 | 83.9 |
| Feb-16 | 26,154,970 | 9,583,088 | 4,509,608 | 40,247,666 | 51,018,278 | 46,899,642 | 20,060,311 | 80.8 |
| Mar-16 | 29,137,314 | 9,579,265 | 5,379,595 | 44,096,175 | 51,859,031 | 49,608,512 | 18,577,805 | 82.0 |
| Apr-16 | 26,833,310 | 10,823,076 | 3,641,524 | 41,297,910 | 49,036,435 | 51,634,674 | 19,387,026 | 77.7 |
| May-16 | 26,438,402 | 9,957,172 | 4,807,933 | 41,203,507 | 46,928,450 | 55,809,152 | 19,910,153 | 74.6 |
| Jun-16 | 29,765,318 | 9,380,598 | 6,051,592 | 45,197,508 | 42,992,564 | 56,980,749 | 19,643,633 | 67.1 |
| Jul-16 | 25,107,967 | 10,266,178 | 5,121,063 | 40,495,209 | 48,583,872 | 54,000,280 | 19,349,565 | 75.9 |
| Aug-16 | 26,607,060 | 11,653,085 | 4,705,983 | 42,966,128 | 51,739,415 | 48,911,331 | 21,175,600 | 79.1 |
| Sep-16 | 25,406,402 | 9,834,175 | 4,911,644 | 40,152,221 | 49,752,833 | 51,584,430 | 18,668,926 | 77.3 |
| Oct-16 | 23,103,654 | 9,975,864 | 4,839,390 | 37,918,908 | 46,841,415 | 54,567,670 | 18,286,118 | 74.1 |
| Nov-16 | 27,077,853 | 9,789,257 | 3,544,397 | 40,411,507 | 47,873,735 | 54,778,397 | 19,511,477 | 78.0 |
| Dec-16 | 25,383,628 | 10,108,849 | 4,255,600 | 39,748,077 | 48,763,860 | 59,793,040 | 21,406,057 | 75.8 |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY     PROMISE_00001036

P003821

# Chief Financial Officer Report

## d.) Cash Flow Review.  Top Vendors by Payable Balance.

| Vendor Name | TTM Payments | Payables | Total Spend |
|---|---:|---:|---:|
| MEDLINE INDUSTRIES, INC. | 14,372,628 | 3,775,963 | 18,148,591 |
| PENNSYLVANIA MANUFACTURERS | 3,666,177 | 2,223,648 | 5,889,825 |
| MCKESSON TECHNOLOGIES INC | 81,796 | 1,148,970 | 1,230,766 |
| SOUTHLAND MANAGEMENT GROUP, IN | 2,104,230 | 879,973 | 2,984,203 |
| FREEDOM MEDICAL, INC. | 2,590,909 | 623,544 | 3,214,453 |
| KCI USA | 2,037,165 | 541,095 | 2,578,261 |
| PACIFIC NATIONAL GROUP | 560,575 | 524,447 | 1,085,022 |
| BATON ROUGE GENL MED CNTR - AN | 2,426,253 | 496,875 | 2,923,128 |
| TOTAL WOUND MANAGEMENT, LLC | 816,547 | 492,425 | 1,308,971 |
| SW GENERAL, INC. | 35,772 | 453,344 | 489,116 |
| LEWIS BRISBOIS BISGAARD & SMIT | 285,722 | 449,505 | 735,226 |
| ANGELICA TEXTILE SERVICES | 1,466,866 | 434,908 | 1,901,774 |
| LOS ANGELES COUNTY TAX COLLECT | | 394,406 | 394,406 |
| REHABCARE GROUP MANAGEMENT | 353,784 | 390,995 | 744,780 |
| PRIMACARE, INC. | 360,750 | 370,065 | 730,815 |
| RIVER REGION HEALTH SYSTEM - A | 1,447,843 | 367,966 | 1,815,809 |
| METLIFE | 1,376,129 | 358,500 | 1,734,629 |
| CROWE HORWATH LLP | 1,296,328 | 337,968 | 1,634,296 |
| HEALTHCARE SERVICES GROUP INC | 488,186 | 330,508 | 818,694 |
| CAPE CORAL HOSPITAL | 261,994 | 283,471 | 545,465 |
| GALLAGHER BENEFIT SERVICES, IN | 1,592,065 | 271,734 | 1,863,798 |
| WK BOSSIER HEALTH CENTER | 21,983 | 267,699 | 289,682 |
| LDS HOSPITAL | 982,676 | 246,794 | 1,229,470 |
| WILLIS KNIGHTON MEDICAL CENTER | 72,344 | 244,265 | 316,609 |
| INTERSTATE REHABILITATION, LLC | 1,605,286 | 239,822 | 1,845,107 |
| WILLIS-KNIGHTON-SOUTH | 56,708 | 235,323 | 292,031 |
| CENTRAL ADMIXTURE PHARMACY SER | 249,265 | 232,348 | 481,612 |
| HEALTHSTREAM, INC | | 232,035 | 232,035 |
| MORRISON | 1,889,754 | 223,967 | 2,113,721 |
| EMR SYSTEMS, INC | 1,057,195 | 221,155 | 1,278,349 |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001037

P003822

# Chief Financial Officer Report
## d.) Cash Flow Review.  Physician Payables as of Dec 31, 2016.

| | TTM Payments | Payables | Under 30 | 31-60 | 61-90 | 90+ | Total Spend |
|---|---|---|---|---|---|---|---|
| **Promise** | | | | | | | |
| **Total East** | 3,126,253 | 562,580 | 24,949 | 207,229 | 235,572 | 94,830 | 3,688,833 |
| **Total West** | 3,129,822 | 560,317 | 67,200 | 207,395 | 153,597 | 132,125 | 3,690,138 |
| **Total Ruby** | 538,144 | 74,848 | - | 37,074 | 37,774 | - | 612,992 |
| **Total Promise** | 6,794,219 | 1,197,744 | 92,149 | 451,698 | 426,943 | 226,955 | 7,991,963 |
| **Total Success** | 1,468,147 | 287,454 | 84,254 | 47,515 | 37,451 | 118,234 | 1,755,601 |
| **Specialty** | | | | | | | |
| Southland Mgmt. Group | 2,104,230 | 879,973 | 124,072 | 233,714 | 198,940 | 323,247 | 2,984,203 |
| Interstate Rehabilitation | 1,605,286 | 239,822 | - | 125,679 | 114,143 | - | 1,845,107 |
| Total Wound Mgmt. | 816,547 | 492,425 | 48,188 | 77,017 | 74,563 | 292,656 | 1,308,971 |
| **Total Specialty** | 4,526,062 | 1,612,220 | 172,261 | 436,410 | 387,646 | 615,904 | 6,138,281 |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001038

P003823

# Chief Financial Officer Report
## e.) Payables

- Steve Helland has recently assumed the additional responsibility of overseeing the Corporate A/P function which creates an opportunity to:

  - Reenergize vendor communication and relationships;

  - Expand vendor credit lines and credit terms;

  - Reorganize processes and communication between hospitals and home office.

- Significant cash flow pressure from a number of key vendors with increased payment expectations has required a higher level of planning and cash flow strategy across all vendors.

- Improvements in treasury management and cash flow planning algorithms have assisted in mitigating disruption to critical patient needs such as food, lab, pharmacy, supplies and utilities.

- With Oracle slated to go live on March 1, the processing of Accounts Payable is expected to improve drastically.  With the EDI functionality offered with Oracle, many vendors will be submitting their invoices electronically which will speed processes and reduce the handling of paper.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001039

P003824

# Chief Financial Officer Report
## f.) Wells Fargo Update.

- Borrowing Base fairly stable at ~ $70 million
- Lender portfolio team update the week of February 20, 2017:
    - 2016 preliminary financials
        - Operating performance
        - Archdiocese settlement
        - Promise East LA class action settlement
        - Covenant compliance
    - 2017 budget/forecast
    - Landmark acquisition
    - Hawaiian Gardens acquisition
    - Real Estate financing opportunities

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                                                        PROMISE_00001040

P003825

# Chief Financial Officer Report
## g.) 2017 Budget Review

- The facility budget process was officially commenced in early October 2016.
  - The facilities were provided both a granular budget workbook and also a Powerpoint template for them to outline their strategy on achieving budgeted operating goals.
  - The facilities also outlined major capex needs for 2017.
- A major focus of the budget this year was for the facilities to forecast the number of LTAC patients and site neutral patients, and how they expect to manage their Lengths of Stay, respectively.
- The corporate budget process began in mid-October. Departments were provided templates to outline achievements in 2016 and goals in 2017. They were also asked to outline their staffing needs for the upcoming year. Department meetings were held with Senior Management to review objectives, staffing requirements and expense reduction opportunities.

*BUDGET FINANCIAL STATEMENT PACKAGE TO BE PROVIDED SEPARATELY*

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY     PROMISE_00001041

P003826

# Chief Financial Officer Report
## h.) Labor Planning Update.

- A Labor Optimization task force was formed to implement actionable topics: (i) minimizing contract labor and overtime by matching shifts and acuity levels to available nurses, (ii) maximizing flexibility and productivity of our core workforce, (iii) reducing turnover, (iv) creating and publishing better metrics, and (v) streamlining processes / eliminating redundant data entry by staff.

- With the Human Resources department now reporting through the CFO, increased emphasis is being placed on finalizing the pay practices and pay rules required to implement labor planning. The task force is in process of standardizing the pay practices across the facilities (required before Labor Scheduler can go live). The review was completed in January and communication to the facilities on the upcoming changes is underway.

- Promise licensed the Labor Scheduler program from Kronos with a go-live rollout to all facilities spread over eight months. The implementation at the two pilot sites Salt Lake and Suburban is slated for late February.

- The Learning Management System from Oracle (with content from HealthStream) is slated to go-live in late February. This system replaces CE Direct. Previously, training was not organized systematically across the system potentially leaving clinical skill gaps.

- The Oracle ERP solution (with a start date of March 1, 2017) will help reduce some of the manual processes with materials management, payables processing and nurses with charge capture (June 2017). These benefits should start accruing soon after going live.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001042

P003827

# Chief Financial Officer Report
## i.) Information Technology.  Overview.

- The Promise Director of Information Technology was replaced in October 2016, which provided an opportunity to bring in an interim CIO with extensive healthcare industry and E H R experience.

- SLMC's Paragon system is hosted at St. Alexius and must be upgraded to Meaningful Use 3 or risk permanent deduction to revenue for non-compliance.  Rather than go-forward with a sun-setting solution like Paragon, Success is testing iCare as the new clinical solution (coupled with Oracle as the back-office.)

- In July 2016, an external helpdesk was put in place for Promise to allow better coverage for the facilities and also allow the IT team to concentrate on the implementation projects.

- Major Ongoing initiatives:

    - Support of critical initiatives: Labor Cost Reductions, Supply Cost Reductions, EHR Implementation.

    - Oracle implementation elaborated in detail on next slide.

    - Roll out of Office365 including SharePoint to allow better collaboration / workflow improvements across all functional areas and expedited dashboard reporting.  The daily dashboard rolled out in December allows for visibility on composition of patients (LTACS, Site Neutral, Other) and projected monthly profitability.

    - Improved disaster recovery capabilities.  Decision has been made to move the data center from the corporate office to a commercial provider that has data redundancy and minimal risk of downtime.

    - Development of iCare capabilities.  The decision to move forward with iCare will require collaboration with their IT development team.  Rather than rely entirely on iCare for the full implementation, Promise / Success will take on more of the development and training required.

    - Pharmacy:  Consolidation of the pharmacy solution from facility-based servers to a centralized server solution.

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                                    **PROMISE_00001043**

P003828

# Chief Financial Officer Report
## i.) Information Technology.  Oracle and Back Office Upgrades.

- The Company signed with Oracle to provide an ERP back office and Learning Management Solution (training software platform).

- Implementation began in late July and is slated to go live in March 2017.  Benefits include:

  - Removal of many manual processes including expenses, payables processing.

  - Tighter controls on inventory and purchasing.

  - Better charge capture capabilities through scanning, which automates the charge to the patient charts (replacing the current sticker process)

  - Upgraded materials management capabilities including EDI and centralized controls on ordering and pricing.

  - LMS solution:  better organized and standardized clinical training across the facilities, which is needed to handle the higher level acuity patients.

- Promise is also working with our Oracle consulting firm Travercent to develop a Pharmacy Inventory Management solution, expected to go live in 3rd quarter 2017.

- Management is currently exploring putting the Oracle solution into the Success facilities, as part of the iCare implementation.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001044

P003829

# Chief Financial Officer Report
## i.) Information Technology.  Electronic Health Record Selection.

- Because the E H R and Back Office systems are a mission critical decision with a 5 year Total Cost of Ownership of potentially more than $20MM+ including implementation, hardware, software and support personnel, carefully vetting options is crucial.

- In January 2017 we began testing the iCare system.  Based on the initial testing from iCare, it became clear that project success required deeper Company involvement in the development and implementation of iCare.  In return for the additional support, Promise / Success would be accorded a higher percentage of ownership.

- With the Meaningful Use 3 deadline looming in the 4th quarter 2017 for Success, management intends to both file for a hardship extension and simultaneously expedite the iCare implementation process.

February 8, 2017                                        PRIVILEGED & CONFIDENTIAL                                        154

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                                        PROMISE_00001045

P003830

# Chief Financial Officer Report
## j.) Insurance Programs.  Employee Benefits.

To meet our goal of reducing the cost of employee healthcare while providing quality coverage, Promise/Success continue to introduce new concepts in our benefit offerings to optimize the drivers behind cost and employee satisfaction.  Currently, our self insured plans cost ~ $25 million annually with consistently high cash flow requirements.

- Expand utilization of a high deductible, high co-pay ("HDHP") Health Savings Account ("HSA") program.  We now offer this HDHP to our eligible employees - a competitive medical insurance tied to a tax–advantaged HSA that lets our employees decide how to spend their healthcare dollars while incentivizing saving versus spending.

- Policy design changes for the 2017 policy year including a review of Rx spend for additional savings.  Targeting at least a 20% savings to ancillary spending.

| | Promise | Success | Total |
|---|---|---|---|
| High Deductible - less than 1 year | 32 | 27 | 59 |
| High Deductible - more than 1 year | 63 | 24 | 87 |
| Preferred Provider Network | 832 | 284 | 1,116 |
| Exclusive Provider Network | 542 | 107 | 649 |
| Exclusive Provider Network - CA | 384 | 39 | 423 |
| Preferred Provider Network - CA | - | 74 | 74 |
| Total employees | 1,853 | 555 | 2,408 |

- Added TELE-DOC offering, instituted a nicotine surcharge and adjusted deductibles and co-pays;

- Currently in process of developing 2018 RFPs for networks, stop-loss plans, TPA firms and brokers to extract additional savings over time;

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY    PROMISE_00001046

P003831

# Chief Financial Officer Report
## j.) Insurance Programs.  Corporate Coverages.

With total premiums of more than $10 million annually in our general insurance programs, management continues to pursue cost saving opportunities through program redesign, education and incentive programs to reduce the cost and frequency of claims.

Workers Compensation costs are the single largest component of the general insurance spend totaling $5.4 million annually.  Key considerations include the following:

- Work Comp is capital intensive and traditionally requires continuing collateral for the long development tail and consistently high cash outflows to support current claim activity.

- Our primary focus is to reduce the frequency and severity of claims through a number of avenues intended to improve employee training, safety, return to work which will ultimately lower costs.

- Management is currently reviewing Worker Compensation renewal options since current policy expiration is on March 21, 2017.

- In addition to the traditional insurance markets, Management is exploring the feasibility of implementing a captive insurance company (owned by PHG LLC) whereby capital would remain within our organization as we continue to improve worker compensation loss ratios.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY      PROMISE_00001047

P003832

# Chief Financial Officer Report
## j.) Insurance Programs.  Corporate Coverages.

| Property Program | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Coverage** | **Carrier** | **Effective** | **Expiration** | **Limits/Participation** | **Deductible** | | **Premium** |
| Excess Excess Earthquake Layer (Excess of Deductible) | | | | | | | |
| Earthquake (CA) | United Specialty Insurance Company | 11/18/2015 | 11/18/2016 | $25M Part of $40M XS of $10M | | $ | 213,750 |
| Earthquake (CA) | Underwriters at Lloyds of London | 11/18/2015 | 11/18/2016 | $5M Part of $40M XS of $10M | See Below | $ | 42,750 |
| Earthquake (CA) | General Security Indemnity Co of Arizona | 11/18/2015 | 11/18/2016 | $10M Part of $40M XS of $10M | | $ | 85,500 |
| | | | Total Layer | **$40,000,000** | | | |
| Primary Layer (Excess of Deductible) | | | | | | | |
| Primary Property | Continental Casualty Company | 11/18/2015 | 11/18/2016 | $763,358,570 Per Occurrence | | $ | 840,578 |
| Casualty Program | | | | | | | |
| SUCCESS HEALTHCARE, LLC | | | | | | | |
| **Coverage** | **Carrier** | **Effective** | **Expiration** | **Limits/Participation** | **Deductible** | | **Premium** |
| Hospital Professional Liability | Nautilus Insurance Company | 11/18/2015 | 11/18/2016 | $1M Per Occurrence | $100,000 Per Occurrence | $ | 628,200 |
| General Liability / EBL | Nautilus Insurance Company | 11/18/2015 | 11/18/2016 | $1M Per Occurrence | $50,000 Per Occurrence | $ | 40,824 |
| Business Auto | Philadelphia Indemnity Insurance Company | 11/18/2015 | 11/18/2016 | $1M Combined Single Limit | $1,000 Comp / $1,000 Collision | $ | 62,737 |
| PROMISE HEALTHCARE, INC | | | | | | | |
| **Coverage** | **Carrier** | **Effective** | **Expiration** | **Limits/Participation** | **Deductible** | | **Premium** |
| Hospital Professional Liability | Nautilus Insurance Company | 11/18/2015 | 11/18/2016 | $1M Per Occurrence | $100,000 Per Occurrence | $ | 1,013,800 |
| General Liability / EBL | Nautilus Insurance Company | 11/18/2015 | 11/18/2016 | $1M Per Occurrence | $50,000 Per Occurrence | $ | 124,698 |
| Business Auto | PMA Insurance Company | 11/18/2015 | 11/18/2016 | $1M Combined Single Limit | $1,000 Comp / $1,000 Collision | | |
| PROMISE HEALTHCARE, INC. / SUCCESS HEALTHCARE, LLC | | | | | | | |
| **Coverage** | **Carrier** | **Effective** | **Expiration** | **Limits/Participation** | **Deductible** | | **Premium** |
| Excess Liability | Steadfast Insurance Company | 11/18/2015 | 11/18/2016 | $25M xs of $1M | Underlying Policies | $ | 890,716 |
| Excess Liability | Ironshore Specialty Insurance Company | 11/18/2015 | 11/18/2016 | $10M xs of $26M | Underlying Policies | $ | 55,000 |
| Workers Compensation | PMA Insurance Company | 3/21/2016 | 3/21/2017 | $1M/$1M/$1M | N/A | $ | 5,427,042 |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001048

P003833

# Chief Financial Officer Report
## j.) Insurance Programs.  Corporate Coverages.

| Executive Package Program | | | | | | |
|---|---|---|---|---|---|---|
| Coverage | Carrier | Effective | Expiration | Limits/Participation | Deductible | Premium |
| Executive Package | Hiscox Insurance Company | 1/24/2016 | 1/24/2017 | $5,000,000 | $250,000 Per Occurrence Except: $50,000 Fiduciary Liability $50,000 Employed Lawyers Liability | $    268,747 |
| Excess Liabilty (Directors & Officers) | RSUI Indemnity Company | 1/24/2016 | 1/24/2017 | $5M xs of $5M | Underlying Policies | $      66,280 |
| Excess Liabilty (Directors & Officers) | Navigators Insurance Company | 1/24/2016 | 1/24/2017 | $5M xs of $10M | Underlying Policies | $      46,396 |
| Excess Liabilty (Directors & Officers) | Starr Indemnity & Liability Company | 1/24/2016 | 1/24/2017 | $5M xs of $15M | Underlying Policies | $      40,000 |
| Excess Liabilty (Directors & Officers) | Ironshore Specialty Insurance Company | 1/24/2016 | 1/24/2017 | $5M xs of $20M | Underlying Policies | $      40,000 |
| Excess Liabilty (Directors & Officers) | Illinois National Insurance Company | 1/24/2016 | 1/24/2017 | $5M xs of $25M (Side A Only) | Underlying Policies | $      55,293 |
| Excess Liabilty (Directors & Officers) | Hudson Insurance Company | 1/24/2016 | 1/24/2017 | $5M xs of $30M (Side A Only) | Underlying Policies | $      50,000 |
| Crime | Hiscox Insurance Company | 1/24/2016 | 1/24/2017 | $5,000,000 | $250,000 Per Occurrence | $    112,641 |
| Bonds Program | | | | | | |
| SUCCESS HEALTHCARE, LLC | | | | | | |
| Coverage | Carrier | Effective | Expiration | Limits/Participation | Deductible | Premium |
| Bond - St Alexius Hospital | Hartford | 10/26/2011 | Until Cancelled | $10,000 | N/A | |
| PROMISE HEALTHCARE, INC | | | | | | |
| Coverage | Carrier | Effective | Expiration | Limits/Participation | Deductible | Premium |
| Bond - Sonny Ramdeo, PayServ Tax | Hartford | 10/25/2012 | Until Cancelled | $50,000 | N/A | |
| Bond - Sonny Ramdeo, PayServ Tax | Hartford | 11/7/2012 | Until Cancelled | $5,000 | N/A | |
| Bond - Sonny Ramdeo, PayServ Tax | Hartford | 11/30/2012 | Until Cancelled | $30,000 | N/A | |
| Bond - Witchita Falls | Hartford | 3/15/2014 | Until Cancelled | $30,000 | N/A | |
| Bond - Overland Park | Hartford | 3/15/2014 | Until Cancelled | $20,000 | N/A | |
| Bond - ELA - California Care Licensing | Western Surety Company | 6/19/2008 | Until Cancelled | $5,000 | N/A | |
| Storage Tank Liability Program | | | | | | |
| PROMISE HEALTHCARE, INC. / SUCCESS HEALTHCARE, LLC | | | | | | |
| Coverage | Carrier | Effective | Expiration | Limits/Participation | Deductible | Premium |
| Storage Tank Liability | Indian Harbour Insurance Company | 6/20/2016 | 6/20/2018 | $1M Per Tank / $13M Agg | $25,000 Each Pollution Incident Except $100,000 for the Shreveport, LA UST | $      23,332 |
| Cyber Liability Program | | | | | | |
| PROMISE HEALTHCARE, INC. / SUCCESS HEALTHCARE, LLC | | | | | | |
| Coverage | Carrier | Effective | Expiration | Limits/Participation | Deductible | Premium |
| Cyber Liability | Brit Insurance | 5/13/2015 | 11/12/2016 | $10,000,000 | Business Income Loss 8 Hours Waiting Period | $    102,485 |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001049

P003834

# Chief Financial Officer Report
## k.) Promise Healthcare Group Treasury Report

| Promise Healthcare Group, LLC | | | | Current Status | | |
|---|---|---|---|---|---|---|
| Treasury Report | Year 1 | Year 2 | Year 3 | Cash | Payable to | |
| As of February 3, 2017 | Actual | Actual | Actual | Reconcilation | Third Parties | Notes on Payable Balances |
| Income | | | | | | |
| Interest Income | $6,083,333 | $6,100,000 | $4,583,333 | $ 16,766,667 | | |
| Other Income | 111,080 | - | 101,400 | 212,480 | | |
| Total Income | 6,194,413 | 6,100,000 | 4,684,734 | 16,979,146 | | |
| | | | | | | |
| Expenses | | | | | | |
| Audit Expense | - | (120,000) | (912,318) | (1,032,318) | 3,000 | |
| Tax Returns | - | (111,670) | (555,195) | (666,865) | 446,894 | Crowe Horwath LLP |
| Legal Expense | (1,461,328) | (364,545) | (2,971,135) | (4,797,008) | 1,296,261 | Archdioces Settlement |
| Directors Fees | (499,169) | (325,417) | (440,208) | (1,264,793) | - | |
| Investor Relations | (270,036) | (259,028) | (40,650) | (569,714) | - | |
| Board Travel | (5,523) | (9,868) | (4,847) | (20,238) | - | |
| D&O Insurance | - | (365,317) | (80,545) | (445,861) | 632,041 | First Insurance Funding |
| Donation | - | - | (50,000) | (50,000) | - | |
| MTS Financial | (246,254) | - | (415,956) | (662,209) | 328,196 | Invoice dated 1/31/17 |
| Total expenses | (2,482,309) | (1,555,845) | (5,470,852) | (9,509,006) | 2,706,392 | |
| | | | | | | |
| Cash Book Balance | | | | $ 7,470,140 | | |
| | | | | | | |
| Less: Payable to Third Parties | | | | (2,706,392) | | |
| | | | | | | |
| Net Cash after Payables | | | | $ 4,763,748 | | |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001050

P003835

# VI

Please replace this page with a **roman numeral** tab

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

PROMISE_00001051

P003836

# Chief Medical Officer – Report

## VI. Chief Medical Officer Report
- Department Review
- 2017 Strategy
- Quality Report
- Clinical Documentation
- Compliance
- Accreditation

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001052

P003837

# CHIEF MEDICAL OFFICER REPORT

Dr. Charles Posternack

February 8, 2017

PRIVILEGED & CONFIDENTIAL

161

**PROMISE_00001053**

P003838

# CLINICAL OPERATIONS

- Promise corporate has successfully created a distinct Department of Clinical Operations to oversee all aspects of clinical care delivery, emphasizing overall quality outcomes, patient safety and optimizing regulatory compliance.

- Additionally, clinical operations will focus on maximizing EDITAM through improvements in cost effective care delivery and maximizing payer reimbursement through CDI & authorization/denial management

February 8, 2017

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001054

P003839

# 2017 Clinical Operations Department



**PRIVILEGED & CONFIDENTIAL**                                  163

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00001055**

P003840

# OVERALL CLINICAL OPERATIONS SUMMARY & STRATEGY

I.  Maximize Clinical Quality Outcomes and Patient Safety
- Key to minimizing value based purchasing financial hit
- Also key to building academic, health system, and physician partnerships

II.  Establishing high performing, cost effective utilization of medical resources (LOS, cost per case)
- Maximizes revenue and minimizes HAC's, and unnecessary readmissions

III.  Focus on appropriate and compliant clinical documentation improvement
- Maximizes revenue and minimizes compliance driven audits

February 8, 2017

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001056

P003841

# OVERALL CLINICAL OPERATIONS SUMMARY & STRATEGY

IV.  Redefining a central authorization and claims denial process to assure we are appropriately paid for the services that we provide
  - We cannot leave dollars on the table

V.   Promote cost effective use of drugs to maximize clinical outcomes and minimize spend

VI.  Maximize risk prevention by standardizing national, best practices and assuring complete regulatory compliance

VII. Create a Promise standard of clinical care (24 hour hospitalist coverage, fellowship trained intensivists) that will separate it from the rest of the industry and create an industry mismatch for the LTACH compliant patient

February 8, 2017

PRIVILEGED & CONFIDENTIAL

165

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

P003842

## QUALITY & PATIENT SAFETY

- "Good quality is good business!"

- Affords the ability to minimize risk, develop highly profitable strategic partnerships, and minimizes expensive value based purchasing fallouts

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001058**

P003843

# HOW IS QUALITY & PATIENT SAFETY MAXIMALLY IMPROVED?

I.  Standardize clinical practice bundles across the company- employing the
    highest and best proven, evidence based standards

      e.g.  -CLABSI reduction program

          -CAUTI prevention

          -Fall prevention

         -Ventilator weaning

- This is accomplished by establishing corporately driven policies
  and procedures

February 8, 2017

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001059

P003844

# HOW IS QUALITY & PATIENT SAFETY MAXIMALLY IMPROVED?

II. Engage high quality clinical leaders and focus on executive retention
- Current leadership turnover in clinical areas is too high
- Turnover is expensive ($45,000/New hire) and very disruptive to developing a sustainable culture of excellence

- 1ST ANNUAL CLINICAL CONFERENCE (APRIL 10-12TH)
  Gaylord Texan Resort and Convention Center – Dallas, TX
  CMO's, Medical Directors, Chief of Staffs, CCO's and DQRM's

February 8, 2017

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001060

P003845

# CLINICAL DOCUMENTATION IMPROVEMENT

- Intense focus on ensuring maximum but compliant reimbursement for work which is done

- Focus on clear physician documentation to establish severity of case and assuring that appropriate DRG coding is occurring

- Corporate review has been performed and facility by facility audit is to begin Q1

- Program to be rolled out in Q1-Q2

February 8, 2017

PRIVILEGED & CONFIDENTIAL

169

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

## COMPLIANCE

- Multiple Surveys by Regulatory Agencies
  - Q3-Q4 2016

- Expected deficiencies and weaknesses were exposed

- All corrected are in final stages of correction

February 8, 2017

PRIVILEGED & CONFIDENTIAL

170

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001062

P003847

## ACCREDITATION

- All facilities are currently accredited and in good standard with regulatory agencies
    - (Joint Commission, CMS, STATE)

- Program for ongoing regulatory oversight has been initiated and preventative continuous mock surveys have been scheduled with new corporate regulatory team

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# VII

Please replace this page with a **roman numeral** tab

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001064

P003849

# General Counsel and Chief Compliance Officer

## VII. General Counsel and Chief Compliance Officer

- Department Review
- Promise Class Action Suit Update
- Archdiocese Litigation Update
- Litigation Update
- Mayer Brown/Ernst & Young Litigation Update

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY    PROMISE_00001065

P003850

# General Counsel and Chief Compliance Officer

LEGAL COMMITTEE:

- Promise California Employment Class Action Update
- St. Alexius Employment Discrimination Arbitration Update
- Missouri FRA Litigation Update
- CMS overpayment audits
  - Protein Malnutrition
  - Wound Care Medical Necessity

February 8, 2017

**173**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

PROMISE_00001066

P003851



# VIII

Please replace this page with a Roman Numeral tab (see above)

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001067**

P003852

# Committee Reports

## VIII.  Committee Reports

- Governance
  - o  Offshore Update
- Compensation and Employment
  - o  Long-Term Compensation Plan Update
    - Valuation process

**PRIVILEGED & CONFIDENTIAL**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001068**

P003853

# IX

Please replace this page with a Roman Numeral tab (see above)

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

# Monetization Report

## IX.  Monetization Report

- MTS Presentation – JAY SHILAND
  - o Sale/Leaseback/Debt – Real Estate
  - o Facility – Sales process update
    - St. Alexius
    - Silver Lake
  - o Equity
    - KPC Health
  - o Timing
  - o Growth Initiatives
- Board discussion - Review of options and process
- 2017 Board Schedule and Annual Meeting

February 8, 2017

**PRIVILEGED & CONFIDENTIAL**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00001070**

P003855

# 2017 Board Schedule and Annual Meeting

**Chicago - Operations and Board Meeting (Location in Chicago to be determined):**
April 25, 2017 (Tuesday) – Operations Meeting  & Board Dinner
April 26, 2017 (Wednesday) – Board Meeting
 **\* Shareholder and Annual Meeting**


**Florida/Boca Raton - Operations and Board Meeting (Boca Resort Beach Club):**
July 25, 2017 (Tuesday) – Operations Meeting  & Board Dinner
July 26, 2017 (Wednesday) – Board Meeting


**Florida/Boca Raton - Operations and Board Meeting (Boca Resort Main Resort):**
Oct. 24, 2017 (Tuesday) – Operations Meeting  & Board Dinner
Oct. 25, 2017 (Wednesday) – Board Meeting

February 8, 2017

PRIVILEGED & CONFIDENTIAL

176

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001071

P003856



Please replace this page with a **roman numeral** tab X

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

# Executive Session

## X.    Executive Session

**PRIVILEGED & CONFIDENTIAL**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001073**

P003858

# Exhibit 31

EXHIBIT

SPD 17

| From: | GWatkins@silverlakemc.com |
|---|---|
| Sent: | Friday, February 10, 2017 6:29 AM |
| To: | James Hopwood <James.Hopwood@promisehealthcare.com> |
| Subject: | RE: SPD CHECK |

Jim about 225,000

| 1 | checks Spine Program |
|---|---|
| 2 | $ 222,522.33 |
| 3 | $ 3,280.43 |
| 4 | $ 39,000.00 |
| 5 | $ 10,314.49 |
| 6 | $ 23,477.68 |
| 7 | $ 82,076.47 |
| 8 | $ 8,358.00 |
| 9 | $ 34,885.35 |
| 10 | $ 21,129.91 |
| 11 | |

**From:** James Hopwood [mailto:James.Hopwood@promisehealthcare.com]
**Sent:** Friday, February 10, 2017 6:22 AM
**To:** George Watkins <GWatkins@silverlakemc.com>
**Cc:** David Armstrong <David.Armstrong@promisehealthcare.com>
**Subject:** RE: SPD CHECK

How much money and how many cases are you holding?

James A Hopwood

Promise Healthcare, Inc.
Success Healthcare, LLC
Office 561 869 3100
Cell: 561 400 6904

**From:** George Watkins [mailto:GWatkins@silverlakemc.com]
**Sent:** Friday, February 10, 2017 9:16 AM
**To:** James Hopwood <James.Hopwood@promisehealthcare.com>
**Cc:** David Armstrong, Esq. <David.Armstrong@promisehealthcare.com>
**Subject:** FW: SPD CHECK

Jim
What do you want to do about this?

**From:** Fatima Manuao
**Sent:** Thursday, February 09, 2017 3:23 PM
**To:** George Watkins <GWatkins@silverlakemc.com>
**Subject:** FW: SPD CHECK

fyi

**From:** Brendan B [mailto:brendan@surgicalprogram.com]
**Sent:** Thursday, February 09, 2017 3:15 PM
**To:** Pearl Guy
**Cc:** Fatima Manuao; George Watkins
**Subject:** Re: SPD CHECK

Hi Pearl

There are a number of checks that were issued and mailed, but we haven't received yet. I am going to have Craig put a stop payment on them and have the payer reissue, but can you check to see if we may have received some and misplaced them?

Regards

Brendan

On Tue, Feb 7, 2017 at 12:24 PM, Pearl Guy <pandrews@silverlakemc.com> wrote:

Hi Brendan,

There were no checks today.

Thanks

Pearl Guy
Business Office Clerk
Silver Lake Medical Center
1711 West Temple Street
Los Angeles, CA 90026
Phone: (213) 989-6100 ext.3230
Fax: (213) 484-3599
Email: pandrews@silverlakemc.com

 Silver Lake Medical Center
Downtown Campus - 1711 West Temple Street, Los Angeles, CA 90026
Ingleside Campus - 7500 East Hellman Avenue, Rosemead, CA 91770

--
Brendan Bakir, CEO
The Silver Lake Spine Institute
Surgical Program Development
Brendan@SurgicalProgram.com
www.SurgicalProgram.com
(800) 399-4399
+1(310) 861-5001 (fax)
+1(310) 748-8800 (Mobile)

SPDvPROMISE 0001046

P001047

# Exhibit 32

| | |
|---|---|
| **From:** | GWatkins@silverlakemc.com |
| **Sent:** | Tuesday, February 14, 2017 10:34 AM |
| **To:** | James Hopwood <James.Hopwood@promisehealthcare.com> |
| **Cc:** | David Armstrong <David.Armstrong@promisehealthcare.com> |
| **Subject:** | RE: The Spine and Orthopedic Institute |

**EXHIBIT**

SPD18

Jim
Can we have a quick call on this, we have not deposited the checks,

**From:** James Hopwood [mailto:James.Hopwood@promisehealthcare.com]
**Sent:** Tuesday, February 14, 2017 10:27 AM
**To:** George Watkins <GWatkins@silverlakemc.com>
**Cc:** David Armstrong <David.Armstrong@promisehealthcare.com>
**Subject:** RE: The Spine and Orthopedic Institute

We have been texting.  I spoke to him while he was out of the country.

James A Hopwood

Promise Healthcare, Inc.
Success Healthcare, LLC
Office 561 869 3100
Cell: 561 400 6904

**From:** George Watkins [mailto:GWatkins@silverlakemc.com]
**Sent:** Tuesday, February 14, 2017 1:21 PM
**To:** James Hopwood <James.Hopwood@promisehealthcare.com>
**Subject:** FW: The Spine and Orthopedic Institute

Jim
Have you talked to Brendan

**From:** Brendan B [mailto:brendan@surgicalprogram.com]
**Sent:** Tuesday, February 14, 2017 10:16 AM
**To:** George Watkins <GWatkins@silverlakemc.com>
**Cc:** jhopwood@promisehealthcare.com; Steve Helland <Steve.Helland@promisehealthcare.com>; Mark Apodaca <MApodaca@silverlakemc.com>
**Subject:** The Spine and Orthopedic Institute

Good Morning George

Your business office has misplaced a number of checks, potentially totaling $88,000 in the last few days. We have requested a stop payment on these items from the payer, and they will hopefully reissue over the next 30 days.

I had spoken to Jim Hopwood in December, and as we negotiated with Erik on that $200K settlement, I promised Jim that I would pay an additional $88,784.02 in addition to the December payment of $85, 160.42 which I did hence allowing us to settle for that $200k without facing a $1 million lawsuit as threatened by Erik. I also promised Jim that I would pay more each month to bring the balance to 90 days from 180 days. All the while, Myself, Steve Helland, Jim Hopwood and hopefully you George will get to the bottom of the accounts receivable fiasco. It really is black and white. Brent Cope takes control of teh hardware for 18 months or so, he

SPDvPROMISE  0001052

instructs surgery not to get our approval during that time, he racks up over on million in invoices, then he asks us to come back and the requests for approvals start coming again. But that is another conversation meant for another time.....

The reason i am writing this email is on the outside chance that someone had instructed your business office to "hold" checks again. I can not reiterate enough the danger of that especially in view of the comments from your recently departed CEO which connected the holding of payments with volume. Secondly and most importantly, I can deduct what could be held, but that will be half of what i had offered to pay, so it would be a losing proposition for the hospital as well as an accounting nightmare for both of us. It will also throw an already confusing spreadsheet into even more chaos making cases that were due for payment in 180 days or even 90 days, carry for another 90 - 180 days.

A very important issue is the fact that the stop payments may have already hurt us is that we are negotiating with payers without the hospital being on ANY MPN (network). Meaning if the payer wises up to that they will notify the surgeons not to use SLMC. Again. m,ultiple stop payments and reissuing of checks almost guarantees that the payers look deeper into the situation. Currently my understanding is that we are using the Spine Institute 's MPN as well as that of the City of Angels Medical Group to get these cases authorized.

Any offset or perceived offset coupled with the documented negotiations with Erik and his threats and the history with Brent and his threats to withhold could be misinterpreted as a pay for play situation.

So please check with Jim Hopwood before you instruct anyone to be a part of what could be interpreted as a violation of a regulatory issue.

Regards

Brendan

--
*Brendan Bakir, CEO*
*The Silver Lake Spine Institute*
*Surgical Program Development*
*Brendan@SurgicalProgram.com*
*www.SurgicalProgram.com*
*(800) 399-4399*
*+1(310) 861-5001 (fax)*
*+1(310) 748-8800 (Mobile)*

SPDvPROMISE 0001053

# Exhibit 33

| | |
|---|---|
| **From:** | brendan@surgicalprogram.com |
| **Sent:** | Thursday, February 16, 2017 1:14 PM |
| **To:** | George Watkins <GWatkins@silverlakemc.com> |
| **Cc:** | James Hopwood <James.Hopwood@promisehealthcare.com>; David Armstrong <David.Armstrong@promisehealthcare.com> |
| **Subject:** | Re: checks |

Hello George

Glad you were able to get to the bottom of this. I will have Jacob or Karla bring you the checks totaling $274,960.59 before 4:00 PM today.

Regards

Brendan

On Thu, Feb 16, 2017 at 11:39 AM, George Watkins <GWatkins@silverlakemc.com> wrote:

Brendan

When we searched the business office we found some un processed checks sitting on a desk that is not occupied. There were some checks that are for the spine program. The checks associated with spine procedures total **$ 274,960.59** Per your conversation with Mr. Hopwood last night, we would like to do a check swap, please send a check to Silverlake MC for the above amount, so we can facilitate the swap.

--
*Brendan Bakir, CEO*
*The Silver Lake Spine Institute*
*Surgical Program Development*
*Brendan@SurgicalProgram.com*
*www.SurgicalProgram.com*
*(800) 399-4399*
*+1(310) 861-5001 (fax)*
*+1(310) 748-8800 (Mobile)*



EXHIBIT

SPD 19

**SPDvPROMISE 0001062**

P001063

# Exhibit 34

**Subject**: Re: Point of contact
**From**: James Hopwood <James.Hopwood@promisehealthcare.com>
**To**: Brendan B <brendan@surgicalprogram.com>
**Date Sent**: Tuesday, February 28, 2017 3:10:40 PM GMT-08:00
**Date Received**: Tuesday, February 28, 2017 3:10:42 PM GMT-08:00

No need to copy the lawyers but copy myself and David.

James Hopwood

Promise Healthcare
Success Healthcare
561 400 6904

Sent from IPhone

On Tue, Feb 28, 2017 at 6:01 PM -0500, "Brendan B" <brendan@surgicalprogram.com> wrote:

> Hi Jim
>
> Do you want to be copied or contacted directly along with David Armstrong on every little dtail that needs taking care of from an operational standpoint? If so i will start emailing you, but certain days there may be 4-8 emails that need attention. i see that George is copying you and David. We also made contact with Jeremy Miller last Thursday, do you want to cc him and Lloyd as well? copying lloyd would cost me thousands, but if you want jeremy copied, let me know.
>
> Regards
>
> Brendan
> --
> Brendan Bakir, CEO
> The Silver Lake Spine Institute
> Surgical Program Development
> Brendan@SurgicalProgram.com
> www.SurgicalProgram.com
> (800) 399-4399
> +1(310) 861-5001 (fax)
> +1(310) 748-8800 (Mobile)

# Exhibit 35

**Subject**: RE: Copy of spine agreement
**From**: George Watkins <GWatkins@silverlakemc.com>
**To**: Brian Cotter <brian.cotter@silverlakemc.com>
**Cc**: Michael Choo <mochoo@aol.com>, Brendan B <Brendan@SurgicalProgram.com>
**Date Sent**: Tuesday, February 21, 2017 6:57:30 AM GMT-08:00
**Date Received**: Tuesday, February 21, 2017 6:57:55 AM GMT-08:00
**Attachments**: SPD original contract.pdf,SPD 2nd Amendment Collection-Mgmt SrvcsAgmt051513 0002.pdf,SLMC - Surgical dev prog 3rd Amendment Collection-Mgmt SrvcsAgmt revised 4-24-14.rtf

Brian
Please see attached

-----Original Message-----
From: Brian Cotter
Sent: Tuesday, February 21, 2017 12:03 AM To: George Watkins <GWatkins@silverlakemc.com> Cc: Michael Choo <mochoo@aol.com>; Brendan B <Brendan@SurgicalProgram.com> Subject: Copy of spine agreement

George,

Please email the spine agreement along with the 3 addendums.

Thanks,

Brian

Sent from my iPhone

EXHIBIT

SPD 23

SPD003755

# Exhibit 36

# THIRD AMENDMENT
# TO COLLECTIONS AND MANAGEMENT SERVICES AGREEMENT

**THIS THIRD AMENDMENT TO COLLECTIONS AND MANAGEMENT SERVICES AGREEMENT (the "Third Amendment")** is entered into by and between Surgical Program Development, LLC, a California limited liability company, ("Company") and  Success Healthcare 1, LLC, a California limited liability company dba Silver Lake Medical Center ("Hospital").   Any capitalized terms used herein but not defined herein shall have the meaning set forth in the Agreement as amended by the First Amendment To Collections and Management Services Agreement (the "First Amendment"), as defined below.

**RECITALS**

    A.  Company and Hospital have previously entered into that certain Collections and Management Services Agreement, effective June 1, 2010 (the "Agreement"), which was subsequently amended by the First Amendment entered into in or about March 2013 and the Second Amendment entered in or about June 2013, under which Company provides collection and other services to Hospital.

    B.  Company and Hospital now desire to amend the Agreement as set forth below in view of reductions to payments under California's worker's compensation program that became effective January 1, 2013.

**NOW, THEREFORE,** for good and valuable consideration, the receipt of which is hereby acknowledged, the Company and Hospital hereby agree that effective with respect to Claims arising from services to patients furnished on and after January 1, 2014 the agreement shall be amended as follows:

1.  Sections 3.2 and 3.3 of the Amended Agreement are hereby deleted and replaced as follows:

    3.2    "Compensation In consideration for Company's Collection Services rendered to or on behalf of Hospital, and other services furnished by Company to Hospital under this Agreement, Hospital shall pay Company for each Referred Case the amount, if any, the DRG Guaranteed as defined below less any Hardware Payment received or due from Payor (the "Compensation"). The Compensation shall be paid to Company within five (5) days of receiving payments from the Payer.

    3.3    "Minimum Guaranteed Collection Company guarantees that the amount of the DRG payment for Referred Case will be no less than 50% of the Hospitals published State of California Workers Compensation In-Patient Reimbursement Fee Schedule for Diagnostic Related Groups ("DRG") value of the Referred Case in effect on the date of the patients discharge ("DRG Guarantee") minus any amount that reduces the Hospitals net compensation ( reimbursement minus collection fees, minus implant costs) on inpatient accounts, to a rate no less than $ 3,500 per day.

2.  Except as provided above, all other terms and conditions of the Agreement as amended by the First Amendment shall remain in full force and effect.

**IN WITNESS THEREOF**, this Third Amendment is entered into.

| HOSPITAL | COMPANY |
|---|---|
| **Success Healthcare 1, LLC dba** | **Surgical Program Development** |
| **Silver Lake Medical Center** | **Company, LLC** |
| By:_____ | By:_____ |
| Its:_____ | Its:_____ |
| Date:_____ | Date:_____ |

**EXHIBIT**

SPD - 6

# Exhibit 37

| | |
|---|---|
| **From:** | brendan@surgicalprogram.com |
| **Sent:** | Monday, February 27, 2017 8:02 AM |
| **To:** | jhopwood@promisehealthcare.com |
| **Subject:** | Findings, proposed changes, settlement |

Good Morning Jim

**<u>This is a long email, feel free to scroll to the last three paragraphs in red if you want a condensed version</u>**

The meetings last week, starting with the Wednesday meeting and concluding with the all day Friday session netted some sobering findings, here are some items that were uncovered.

- Approximately $400K of the money we agree that we owe is being paid so late because of business office issues, they have not operated efficiently in at least two years, and they had room for improvement back then. It seems that they have not been able to get a complete bill together, which leads one to wonder what they are doing with the non-SPD bills? Is Silver Lake settling for partial payments, or no payments? My guess is "Yes".

- The so called "3rd Amendment" to my agreement, which I had never seen before, is something we did entertain entering into, however, the contract was issued by Brent Cope personally on 4/24/2014 five months after he entered int the agreement to take over hardware and be responsible for approving cases. What may be a little disturbing is that the proposed amendment was then opened up and edited by George Watkins on November 26, 2016 (almost three years later and days before Bret was to leave) the other term of the  guarantee of $3,500 were never discussed, but had we approved and declined cases as we did in 2016 and are now doing in 2017, I'm sure the losses would have been avoided. Incidentally, in 2016 and year to date 2017, the average per diem from SPD has eclipsed $3600

- The revenue contribution of SPD can not be limited to the $800K to $1.2 mm that I write in check to Silver Lake. The contribution is all of the business these physicians bring to Silver lake and all of the ancillary services these patients require in future admits.

- We have recruited over 40 surgeons (not a typo, forty) in the past few years. Unfortunately, A/C issues, OR directors that were incompetent in the past (current one is good), Elevator issues, and overall visual effects of the lobby, parking lot and the Psych patients, all contributed to us having to retool with new surgeons often. The A/C is the one thing that ties my hands when a surgeon attributes his leaving to.

- With your permission, I will share most of these findings with the current president and his CEO at Silver Lake. I think they are uniquely qualified to resolve these issues. They are revenue cycle and money people by reputation, and they will not let things deteriorate as they have.

- I made an offer to George that Phil Calvano could help or even go back to work there full time. George seem receptive (How could he not be) I think George realizes deep down inside that it was the last time things ran somewhat smoothly in the BO. If that happens i will ask that Fatima or someone else manages my account and let Phil do what he does best, increase revenue for SL and pursue collections on accounts that were written off without an effort to collect. I found that out by accident as my attorneys were trying to settle with Coastwise on a spine case, they found two cases that total $48K that were never appealed...

- The funny thing is that the payer offered to settle the cases for 100% of billed (yes, billed charges) with minimal attorney fees only for my attorney. Patrick Carreon, and Brent Cope refused to receive the money. Just an example of how bad things were.

- Thank you for releasing the hold on our checks, it really was a bad idea from many perspectives, First, we

SPDvPROMISE  0001089

never shied away from what we owe, second and very unfortunate, Phil and Craig determine what is what and they reconcile with patient account numbers, and until Brian and Mike revamp your BO, neither you nor I can trust their ability and the time it requires. Fatima, the director is very capable, but that is it, and she is overwhelmed and short staffed,

Now for the Bottom Line:

George, bless his heart,  is trying his best to get money to SL. That effort is somewhat blinding him to the facts, especially when he feels that the buck stops at his desk. I told him that the objective here is to get to the bottom and not just "recover more', this is a relationship, not a one time settlement!

According to my guys, there is approximately $780K in dispute. According to George, there is $604K in dispute (he also asked for evidence on biologics that we paid to the tune of $135k) So his number could have gone up to $740K. We also have paid Primacare on behalf of SL $83,718 that SL never assigned to receivables. they did assign another $122K that we paid Primacare to receivables. We intend to do an audit of paid vendors so that we don't get into a situation like this again.

Here is what George proposed and we ageed to. By the way, your CEO, COO and CFO where all in attendance. George suggested that we go with his number $604k of hardware that we were not supposed to be charged for, we agree to pay half and the hospital agrees to pay half. $302K each. He wanted to get your approval on this so we could move forward. I can get this done by July 1, 2017 and still reduce the aging on the accounts (provided that your local BO is improved and the billing documents are forwarded to us like they were in 2013 and 2014. I think that is a fair deal. We have been good partners, and as such I don't want things to sour over $302K. Maybe it is time that you do the same? There is much more money to be made....

Warm Regards

Brendan


--
Brendan Bakir, CEO
The Silver Lake Spine Institute
Surgical Program Development
Brendan@SurgicalProgram.com
www.SurgicalProgram.com
(800) 399-4399
+1(310) 861-5001 (fax)
+1(310) 748-8800 (Mobile)


SPDvPROMISE 0001090

# Exhibit 38

| | |
|---|---|
| **From:** | brendan@surgicalprogram.com |
| **Sent:** | Tuesday, February 28, 2017 4:22 PM |
| **To:** | James Hopwood <James.Hopwood@promisehealthcare.com> |
| **Cc:** | George Watkins <gwatkins@silverlakemc.com>; Brian Cotter <brian.cotter@silverlakemc.com>; Mark Apodaca <mapodaca@silverlakemc.com>; David Armstrong, Esq. <David.Armstrong@promisehealthcare.com> |
| **Subject:** | CORRECTION TO EARLIER EMAIL |

Hello Jim

I am so sorry. The hospital gets 40% of DRG PLUS hardware. I mistakenly followed your question asking about 505 by only adding the hardware liability and not correcting the percentage.

Regards

Brendan

On Tue, Feb 28, 2017 at 3:09 PM, James Hopwood <James.Hopwood@promisehealthcare.com> wrote:
> I'd like to get complete clarity on the arrangement regarding each of the cases related to the hardware invoices being discussed here.  Is it correct to assume that the hospital expects to receive 50% ?  For each of the cases, has the insurance carrier already paid ?
>
> James Hopwood
>
> Promise Healthcare
> Success Healthcare
> 561 400 6904
>
> Sent from IPhone
>
>
>
> On Tue, Feb 28, 2017 at 6:03 PM -0500, "Brendan B" <brendan@surgicalprogram.com> wrote:
>
>> Thank you George. Please let me know when the checks are ready as i will suggest we FedEx them to their respective companies.
>>
>> Regards
>>
>> Brendan
>>
>> On Tue, Feb 28, 2017 at 2:45 PM, George Watkins <GWatkins@silverlakemc.com> wrote:
>>
>>> Brendan
>>>
>>> I appreciate your offer, the facility will pay the invoices nessasary to make sure the procedure is performed.
>>>
>>>
>>> From: Brendan B [mailto:brendan@surgicalprogram.com]

SPDvPROMISE 0001108

**Sent:** Tuesday, February 28, 2017 2:36 PM
**To:** George Watkins <GWatkins@silverlakemc.com>
**Cc:** Mark Apodaca <MApodaca@silverlakemc.com>; Brian Cotter <brian.cotter@silverlakemc.com>
**Subject:**


Hi George


Below is a list of invoices that need to be paid this week. the rep, Regina, already discussed with Dr. Esposito and is threatening to not have the product for Saturday's case(s), here is the list, let me know if you want me to pay it on behalf of the hospital.


Spineworks

Invoice # 0004834-IN $3000 12/1/2015

Invoice # 0005289-IN $750 10/1/16

Stability

Invoice # 533835 $3600 11/5/16

Surgeries where PO is still needed DOS 2/4/17 PT ███████ $3935 ( pricing corrected)

Xspine

Invoice # 81850 $7700 11/5/16

Surgery where PO is still needed DOS 2/4/17 PT ███████ $7700


--

Brendan Bakir, CEO

The Silver Lake Spine Institute

Surgical Program Development

Brendan@SurgicalProgram.com

www.SurgicalProgram.com

(800) 399-4399

+1(310) 861-5001 (fax)

+1(310) 748-8800 (Mobile)

--

Brendan Bakir, CEO
The Silver Lake Spine Institute
Surgical Program Development
Brendan@SurgicalProgram.com
www.SurgicalProgram.com
(800) 399-4399
+1(310) 861-5001 (fax)
+1(310) 748-8800 (Mobile)

--

Brendan Bakir, CEO
The Silver Lake Spine Institute
Surgical Program Development
Brendan@SurgicalProgram.com
www.SurgicalProgram.com
(800) 399-4399
+1(310) 861-5001 (fax)
+1(310) 748-8800 (Mobile)

SPDvPROMISE 0001110

# Exhibit 39



**Brendan B <brendan@surgicalprogram.com>**

---

## RE: Check Pick Up
1 message

---

George Watkins <GWatkins@silverlakemc.com>                    Wed, Mar 1, 2017 at 2:30 PM
To: Brendan B <brendan@surgicalprogram.com>, Brian Cotter <brian.cotter@silverlakemc.com>, Mark Apodaca
<MApodaca@silverlakemc.com>
Cc: "jhopwood@promisehealthcare.com" <jhopwood@promisehealthcare.com>, David Armstrong
<David.Armstrong@promisehealthcare.com>


Brendan

I do have one check, she can pick up from Nancy in Admin


**From:** Brendan B [mailto:brendan@surgicalprogram.com]
**Sent:** Wednesday, March 01, 2017 1:08 PM
**To:** George Watkins <GWatkins@silverlakemc.com>; Brian Cotter <brian.cotter@silverlakemc.com>; Mark
Apodaca <MApodaca@silverlakemc.com>
**Cc:** jhopwood@promisehealthcare.com; David Armstrong <David.Armstrong@promisehealthcare.com>
**Subject:** Check Pick Up


Hello George


Karla just picked up some checks from Silver Lake, she is on her way to Craig's office. Can you see if there are any more
from yesterday's or today's mail.


Thank you.


Brendan



--

Brendan Bakir, CEO

The Silver Lake Spine Institute

Surgical Program Development

Brendan@SurgicalProgram.com

www.SurgicalProgram.com

(800) 399-4399

+1(310) 861-5001 (fax)

+1(310) 748-8800 (Mobile)