# Exhibit 40

| | |
|---|---|
| **From:** | james.hopwood@promisehealthcare.com |
| **Sent:** | Wednesday, March 1, 2017 2:45 PM |
| **To:** | Peter Baronoff <Peter.Baronoff@promisehealthcare.com> |
| **Subject:** | Re: Meeting in Marina Del Rey |

Yes. We are tightening everything down around him and in the process of setting up clear expectations.

James Hopwood

Promise Healthcare
Success Healthcare
561 400 6904

Sent from IPhone

On Wed, Mar 1, 2017 at 5:42 PM -0500, "Peter Baronoff" <Peter.Baronoff@promisehealthcare.com> wrote:

Jim, make sure Brendan is held accountable for the 1.8 million of accounts receivable and that he forwards a payment plan, as per our discussion.

Peter

**From:** Brendan B [mailto:brendan@surgicalprogram.com]
**Sent:** Monday, February 27, 2017 11:02 AM
**To:** James Hopwood <James.Hopwood@promisehealthcare.com>; Peter Baronoff <Peter.Baronoff@promisehealthcare.com>
**Subject:** Meeting in Marina Del Rey

Good Morning Gentlemen

It was very nice catching up over breakfast and dinner last Thursday, As promised, we got to the bottom of things on Friday after a number of meetings. I will send an email to Jim detailing the long, detailed list of issues that popped up. The bottom line is that most items can be attributed to the gross mismanagement at the hospital level that had taken place and almost encouraged over the past three plus years.
On the bright side, Brian Cotter, the new CEO, and Micheal Choo are already doing an amazing job getting to the bottom of things, At the end of the day, my issue will feel like a drop in the bucket compared to what has been mismanaged, not collected, or lost.
I look forward to working with you and your new team here at Silver Lake to rebuild the surgery program (including Bariatrics) especially after we open more ORs post retrofitting work.

Warm Regards

Brendan

--
Brendan Bakir, CEO
The Silver Lake Spine Institute
Surgical Program Development
Brendan@SurgicalProgram.com
www.SurgicalProgram.com
(800) 399-4399
+1(310) 861-5001 (fax)
+1(310) 748-8800 (Mobile)

# Exhibit 41

**Subject**: RE: Assignment Letters
**From**: Brian Cotter <brian.cotter@silverlakemc.com>
**To**: Brendan B <brendan@surgicalprogram.com>
**Cc**: George Watkins <GWatkins@silverlakemc.com>, "jhopwood@promisehealthcare.com"
<jhopwood@promisehealthcare.com>, David Armstrong <David.Armstrong@promisehealthcare.com>, Mark Apodaca
<MApodaca@silverlakemc.com>
**Date Sent**: Tuesday, March 14, 2017 9:10:38 AM GMT-07:00
**Date Received**: Tuesday, March 14, 2017 9:10:51 AM GMT-07:00

Thanks Brendan,

I'll take of them today.

George, please have Nancy give them to me.

Thanks,

Brian

Brian Cotter
Chief Executive Officer
Silver Lake Medical Center
1711 West Temple Street
Los Angeles, CA 90026

**From**: Brendan B [mailto:brendan@surgicalprogram.com]
**Sent**: Tuesday, March 14, 2017 8:57 AM
**To**: Brian Cotter <brian.cotter@silverlakemc.com>
**Cc**: George Watkins <GWatkins@silverlakemc.com>; jhopwood@promisehealthcare.com; David Armstrong
<David.Armstrong@promisehealthcare.com>; Mark Apodaca <MApodaca@silverlakemc.com>
**Subject**: Assignment Letters

Good Morning Brian

It seems that we have a whole stack of assignment letters that have not been signed. Historically, these would be sent to Mark Apodaca and the CEO would sign them within a day or two with no issues. Since we had a lame duck CEO, the decision was made to have George sign them. Well, they have been sitting on Nancy's desk unsigned for weeks. We have two options at this point, we can reissue them with the signature line reading Brian Cotter, since we now have a CEO, or you can have George sign them.

Regards

Brendan

--
Brendan Bakir, CEO
The Silver Lake Spine Institute
Surgical Program Development
Brendan@SurgicalProgram.com
www.SurgicalProgram.com
(800) 399-4399
+1(310) 861-5001 (fax)
+1(310) 748-8800 (Mobile)

EXHIBIT

SPD 20

SPD003606

# Exhibit 42

**Subject**: RE: Reconciliation file from brendan
**From**: James Hopwood <James.Hopwood@promisehealthcare.com>
**To**: "brendan@surgicalprogram.com" <brendan@surgicalprogram.com>
**Date Sent**: Monday, March 27, 2017 4:22:07 PM GMT-07:00
**Date Received**: Monday, March 27, 2017 4:22:11 PM GMT-07:00

Ok. No worries. I'm available when you're ready.

James A Hopwood

Promise Healthcare, Inc.
Success Healthcare, LLC
Office 561 869 3100
Cell: 561 400 6904

---

**From:** brendan@surgicalprogram.com [mailto:brendan@surgicalprogram.com]
**Sent:** Monday, March 27, 2017 7:21 PM
**To:** James Hopwood <James.Hopwood@promisehealthcare.com>
**Subject:** Re: Reconciliation file from brendan

Yes, we can use that one. I'm running 10 minutes behind, can we talk at 4:45 please. I'm also trying to get a hold of Lloyd to get him on the call if he's available at 8:30

B

Sent from my mobile device, please excuse any errors or omissions

On Mar 27, 2017, at 3:57 PM, James Hopwood <James.Hopwood@promisehealthcare.com> wrote:

Brendan,

Let me know if the file sent January 5, 2017 is the one to use for our discussion. Also, I spoke to Jeremy. He does not want to be on a call without Lloyd Bookman present on the call as well.

James A Hopwood

Promise Healthcare, Inc.
Success Healthcare, LLC
Office 561 869 3100
Cell: 561 400 6904

**From:** Brendan B [mailto:brendan@surgicalprogram.com]
**Sent:** Thursday, January 5, 2017 3:21 PM
**To:** James Hopwood <James.Hopwood@promisehealthcare.com>
**Cc:** Steve Helland <Steve.Helland@promisehealthcare.com>
**Subject:** Reconciliation file from brendan

Good Afternoon Jim

Enclosed is the file that we spoke about. I had sent it to George, and I have copied Steve Helland here. It outlines the details surrounding the change of agreement based on Brent Cope's request as well as the post Wells Fargo loan adjustments that were taken.

If you have any questions, please feel free to contact me.

SPD003558

Happy New Year!


Brendan

--
*Brendan Bakir, CEO*
*The Silver Lake Spine Institute*
*Surgical Program Development*
*Brendan@SurgicalProgram.com*
*www.SurgicalProgram.com*
*(800) 399-4399*
*+1(310) 861-5001 (fax)*
*+1(310) 748-8800 (Mobile)*

# Exhibit 43



Pepperdine University

Pepperdine Digital Commons

Pepperdine Private Capital Markets Report      Pepperdine Private Capital Markets Project

4-1-2017

# 2017 Private Capital Markets Report

Craig R. Everett
*Pepperdine University*

Follow this and additional works at: https://digitalcommons.pepperdine.edu/gsbm_pcm_pcmr

 Part of the Corporate Finance Commons, and the Finance and Financial Management Commons

## Recommended Citation

Everett, Craig R.,"2017 Private Capital Markets Report" (2017). Pepperdine University Graziadio School of Business and Management. http://digitalcommons.pepperdine.edu/gsbm_pcm_pcmr/10

This Article is brought to you for free and open access by the Pepperdine Private Capital Markets Project at Pepperdine Digital Commons. It has been accepted for inclusion in Pepperdine Private Capital Markets Report by an authorized administrator of Pepperdine Digital Commons. For more information, please contact bailey.berry@pepperdine.edu.

# 2017 Private Capital Markets Report

**Dr. Craig R. Everett**

Assistant Professor of Finance
Director, Pepperdine Private Capital Markets Project







# Earn A Certificate in Private Capital Markets



# PEPPERDINE | **GRAZIADIO** SCHOOL OF BUSINESS AND MANAGEMENT

Enroll in the Pepperdine Graziadio School of Business and Management three-day Private Capital Markets Project Certificate program. Dr. Craig R. Everett, director of the ground-breaking Pepperdine Private Capital Market Project research, leads this dynamic program designed for business and financial professionals to gain knowledge, skills and insights to succeed in the Private Capital Markets industry.



**Driving Leadership:**
Explore an in-depth overview of the Private Capital Markets, earning a valuable credential from the top ranked Pepperdine Graziadio Business School.

**Tackle the Complexity of Today's Capital Markets:**
Gain critical analysis and evaluating skills for transacting successful financing deals, learning valuation methods, essential in accurate valuation.

**Build Value by Making Better Investment and Financing Decisions:**
Analyze various types of capital in the private markets from bank loans and asset based lending to equity funding.

## ELEVATE YOUR CAREER
**ENROLL IN THE PRIVATE CAPITAL MARKET CERTIFICATE PROGRAM.**
**October 16-18, 2017 and February 26-28, 2018 in Malibu**
**bschool.pepperdine.edu/cipcm**

# PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT

*Director*
**CRAIG R. EVERETT, PhD**

*Research Support*
**IRINA SHAYKHUTDINOVA, MBA**

*Director Marketing & Communications*
**LISA PERRY, MBA**

# PEPPERDINE UNIVERSITY

## Graziadio School of Business & Management

*Dean*
**DR. DERYCK J. VAN RENSBURG**

Executive Director, Peate Institute for Entrepreneurship & Founding Director
**JOHN K. PAGLIA, PHD**

Executive Director of Marketing & Communications
**MELISSA MIKOLAJCZAK, MA, MBA**

© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | i

## FINANCIAL SPONSORS

Dun & Bradstreet

## RESEARCH PARTNERS

International Business Brokers Association (IBBA)
M&A Source

## RESEARCH SPONSORS

Alliance for Mergers and Acquisitions Advisors
Association for Corporate Growth (ACG)
Business Valuation Resources (BVR)
Commercial Finance Association (CFA)
Community Bank (LinkedIn Group)
Community Banking Group (LinkedIn Group)
Corporate Banking (LinkedIn Group)
Deal Flow Source (LinkedIn Group)
Equipment Leasing Group (LinkedIn Group)
Exit Planning Institute
Factoring & Merchant Cash Advance Group (LinkedIn Group)
Finance Club (LinkedIn Group)
Graziadio Alumni Network (GAN)
International Business Valuation Assoc. (LinkedIn Group)
International Factoring Association (IFA)
Mezzanine Debt Group (LinkedIn Group)
National Association for Small Business Investment Companies (NASBIC)
Regional Banking (LinkedIn Group)
Risk Management Association (RMA)
Valuation (LinkedIn Group)
Venture Capital (LinkedIn Group)

## SURVEY DESIGN, DISTRIBUTION, AND OTHER SUPPORT

| | | |
|---|---|---|
| Robert T. Slee | Letitia Green | Brett Palmer |
| Leonard Lanzi | Nevena Orbach | Gary LaBranche |
| Gray DeFevere | Brad Triebsch | Dennis Gano |
| Jan Hanssen | Gary W. Clark | Linh Xavier Vuong |
| Robert Zielinski | M. Todd Stemler | Michael Nall |
| Kevin D. Cantrell | Patrick George | Simon James, PhD |
| Eric Nath | Brian Cove | Howard J. Lothrop, CFA |
| Jeri Harmon | Rob Brougham | |

© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | ii

# TABLE OF CONTENTS

**INVESTMENT BANKER SURVEY INFORMATION** ..................................................................................**4**

    Operational and Assessment Characteristics ......................................................................4

**PRIVATE EQUITY SURVEY INFORMATION**.......................................................................................**12**

    Operational and Assessment Characteristics ....................................................................12

**BANK AND ASSET-BASED LENDING SURVEY INFORMATION** .......................................................**20**

    Operational and Assessment Characteristics ....................................................................20

    Asset-Based Lending Specific Characteristics ...................................................................27

**MEZZANINE SURVEY INFORMATION**...............................................................................................**29**

    Operational and Assessment Characteristics ....................................................................29

**LIMITED PARTNER SURVEY INFORMATION** ....................................................................................**37**

    Operational and Assessment Characteristics ....................................................................37

**VENTURE CAPITAL SURVEY INFORMATION** ...................................................................................**43**

    Operational and Assessment Characteristics ....................................................................43

**ANGEL INVESTOR SURVEY INFORMATION** ....................................................................................**49**

    Operational and Assessment Characteristics ....................................................................49

**BUSINESS APPRAISER SURVEY INFORMATION** ..............................................................................**55**

    Operational and Assessment Characteristics ....................................................................55

**BROKER SURVEY INFORMATION**....................................................................................................**59**

    Operational and Assessment Characteristics ....................................................................59

    Business Transactions Valued Under $499 Thousand .......................................................68

    Business Transactions Valued Under from $500 to $999 Thousand....................................71

    Business Transactions Valued Under from $1 to $1.99 Million ...........................................75

    Business Transactions Valued Under from $2 to $4.99 Million ...........................................78

    Business Transactions Valued Under from $5 to $50 Million ..............................................82

**FACTOR SURVEY INFORMATION**.....................................................................................................**88**

    Operational and Assessment Characteristics....................................................................88

**BUSINESS OWNER SURVEY INFORMATION** ...................................................................................**94**

    Operational and Assessment Characteristics....................................................................94

**ABOUT THE AUTHOR** ...................................................................................................................**112**

**INDEX OF TABLES** ........................................................................................................................**113**

**INDEX OF FIGURES**.......................................................................................................................**116**

# PEPPERDINE PRIVATE CAPITAL MARKETS SURVEY

The Pepperdine private cost of capital (PCOC) survey was originally launched in 2007 and was the first comprehensive and simultaneous investigation of the major private capital market segments. This year's survey was deployed in January 2017 and specifically examined the behavior of senior lenders, asset-based lenders, mezzanine funds, private equity groups, venture capital firms, angel investors, privately-held businesses, investment bankers, business brokers, limited partners, and business appraisers. The Pepperdine PCOC survey investigates, for each private capital market segment, the important benchmarks that must be met in order to qualify for each particular capital type, how much capital is typically accessible, what the required returns are for extending capital in today's economic environment, and outlooks on demand for various capital types, interest rates, and the economy in general.

Our findings indicate that the cost of capital for privately-held businesses varies significantly by capital type, size, and risk assumed. This relationship is depicted in the Pepperdine Private Capital Market Line, which appears below.

*Figure 1. Private Capital Market Required Rates of Return*



The cost of capital data presented below identifies medians, 25th percentiles (1st quartile), and 75th percentiles (3rd quartile) of annualized gross financing costs for each major capital type and its segments. The data reveal that loans have the lowest average rates while capital obtained from angels has the highest average rates. As the size of loan or investment increases, the cost of borrowing or financing from any of the following sources decreases.

*Table 1.  Private Capital Market Required Rates of Return*

|  | 1st quartile | Median | 3rd quartile |
|---|---|---|---|
| Bank ($1M CF loan) | 6.0% | 6.5% | 8.0% |
| Bank ($5M CF loan) | 5.1% | 5.5% | 6.5% |
| Bank ($10M CF loan) | 4.4% | 5.3% | 5.9% |
| Bank ($25M CF loan) | 3.8% | 5.0% | 5.0% |
| Bank ($50M CF loan) | 3.5% | 4.0% | 4.3% |
| ABL ($1M loan) | 9.4% | 14.0% | 15.8% |
| ABL ($5M loan) | 10.0% | 10.0% | 12.3% |
| ABL ($10M loan) | 8.6% | 10.0% | 12.0% |
| ABL ($25M loan) | 6.5% | 8.0% | 8.0% |
| ABL ($50M loan) | 5.5% | 5.5% | 6.3% |
| Mezz ($1M loan) | 18.0% | 24.0% | 24.5% |
| Mezz ($5M loan) | 15.0% | 17.0% | 17.5% |
| Mezz ($10M loan) | 13.0% | 15.5% | 20.0% |
| Mezz ($25M loan) | 11.5% | 14.5% | 16.5% |
| Mezz ($50M loan) | 10.8% | 13.5% | 16.0% |
| Mezz ($100M loan) | 9.5% | 10.0% | 13.0% |
| PEG ($1M EBITDA) | 21.8% | 27.5% | 33.8% |
| PEG ($5M EBITDA) | 21.0% | 25.5% | 31.5% |
| PEG ($10M EBITDA) | 21.0% | 23.0% | 30.0% |
| PEG ($25M EBITDA) | 20.8% | 21.0% | 28.8% |
| PEG ($50M EBITDA) | 16.5% | 21.0% | 21.0% |
| PEG ($100M EBITDA) | 14.0% | 20.5% | 21.0% |
| VC (Seed) | 25.0% | 35.0% | 60.0% |
| VC (Startup) | 25.0% | 35.0% | 55.0% |
| VC (Early Stage) | 15.0% | 25.0% | 50.0% |
| VC (Expansion) | 15.0% | 25.0% | 50.0% |
| VC (Later Stage) | 15.0% | 25.0% | 50.0% |
| Angel (Seed) | 45.0% | 60.0% | 67.5% |
| Angel (Startup) | 35.0% | 40.0% | 52.5% |
| Angel (Early Stage) | 30.0% | 35.0% | 47.5% |
| Angel (Expansion) | 30.0% | 35.0% | 45.0% |
| Angel (Later Stage) | 25.0% | 35.0% | 35.0% |

# INVESTMENT BANKER SURVEY INFORMATION

The majority of the 88 respondents to the investment banker survey indicated increasing presence of strategic buyers making deals over the last twelve months. They also reported increases in deal flow, leverage and deal multiples, margin pressure on companies and improved general business conditions. Domestic government regulations and taxes were identified as the most important current issue facing privately-held businesses, following by economic uncertainty and access to capital. Economic uncertainty was identified as the most important emerging issue.

Other key findings include:

- Approximately 50% of respondents expect to close six or more deals in the next 12 months.

- The top three reasons for deals not closing were valuation gap (30%), unreasonable seller/buyer demand (21%), and no market for business (12%).

- Respondents indicated a general balance between companies worthy of financing and capital available for the same. There is a reported shortage of capital for those companies with less than $1 million in EBITDA, but a general surplus for companies with $1 million in EBITDA or more.

- The most popular valuation methods used by respondents when valuing privately-held businesses were guideline company transactions, discounted future earnings, and capitalization of earnings approaches.

- When using multiples to determine the value of a business, the most popular methods used by respondents when valuing privately-held businesses were recast (adjusted) EBITDA multiple (70%), revenue multiple (11%) and EBITDA (unadjusted) multiple (9%) approaches.

## Operational and Assessment Characteristics

Approximately 6% of the respondents didn't close any deals in the last twelve months; 55% closed between one and five deals, while 38% closed six deals or more.

*Figure 2. Private Business Sales Transactions Closed in the Last 12 Months*



INVESTMENT BANKER cont.

*Figure 3. Business Types That Were Involved in the Transactions Closed in the Last 12 Months*



The majority of deals (82%) took 5 to 12 months to close. 14% of closed deals took more than one year to close.

*Figure 4. Average Number of Months to Close One Deal*



Nearly 53% of respondents expect to close between one and five deals, while 46% expect to close 6 deals or more.

*Figure 5. Private Business Transactions Expected to Close in the Next 12 Months*



**INVESTMENT BANKER cont.**

Approximately 27% of deals terminated without transacting over the past year.

*Figure 6. Percentage of Business Sales Engagements Terminated Without Transacting*



The top three reasons for deals not closing were: valuation gap in pricing (30%), unreasonable seller or buyer demand (21%) and no market for business (12%).

*Figure 7. Reasons for Business Sales Engagements Not Transacting*



Of those transactions that didn't close due to a valuation gap in pricing, approximately 64% had a valuation gap in pricing between 11% and 30%.

*Figure 8. Valuation Gap in Pricing for Transactions That Didn't Close*



© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 6

**INVESTMENT BANKER cont.**

The weights of the various valuation methods used by respondents when valuing privately-held businesses included 26% for guideline company transactions method.

*Figure 9. Usage of Valuation Methods*



The most popular multiple method used by respondents when valuing privately-held businesses is the recast (adjusted) EBITDA multiple method, utilized by 70% of respondents.

*Figure 10. Usage of Multiple Methods*

Average deal multiples on transactions from the prior twelve months as observed by respondents varied from 3.6 to 8.8.

*Table 2. Median Deal Multiples by EBITDA Size of Company*

| EBITDA | Manufacturing | Construction & engineering | Cons. goods & services | Wholesale & distribution | Business services | Basic materials & energy | Health care & biotech | IT | Financial services | Media & entertain. | Avg. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $0K - $999K | 4.0 | 3.0 | 4.0 | 4.0 | 4.3 | 5.0 | 5.0 | 2.0 | 2.5 | 2.0 | **3.6** |
| $1M - $4.99M | 5.5 | 5.0 | 6.0 | 5.3 | 6.0 | 5.3 | 5.5 | 6.5 | 5.0 | 3.5 | **5.4** |
| $5M - $9.99M | 6.8 | 5.8 | 8.0 | 6.0 | 7.0 | 6.0 | 7.5 | 7.0 | 5.8 | 5.0 | **6.5** |
| $10M - $24.99M | 7.0 | 7.0 | 8.5 | 7.0 | 6.3 | 7.0 | 9.0 | 8.5 | 6.0 | 7.5 | **7.4** |
| $25M - $49.99M | 7.5 | 7.3 | 9.0 | 7.0 | 6.8 | 8.5 | 9.0 | 9.0 | n/a | n/a | **8.0** |
| $50M+ | 10.0 | 7.8 | 9.0 | 7.0 | 6.8 | 10.0 | 11.0 | 10.0 | 7.5 | n/a | **8.8** |

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

**INVESTMENT BANKER cont.**

Average total leverage multiples observed by respondents varied from 2.5 to 5.6.

*Table 3. Median Total Leverage Multiples by Size of Company*

| EBITDA | Manufacturing | Construction & engineering | Cons. goods & services | Wholesale & distribution | Business services | Basic materials & energy | Health care & biotech | IT | Financial services | Media & entertain. | **Median, all industries** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $0K - $999K | 3.5 | 2.0 | 2.0 | 3.0 | 2.5 | n/a | 3.0 | 3.0 | 1.0 | n/a | **2.5** |
| $1M - $4.999M | 4.0 | 3.8 | 3.5 | 3.5 | 3.0 | 3.5 | 4.3 | 4.0 | 3.8 | 2.8 | **3.6** |
| $5M - $9.99M | 4.0 | 4.0 | 4.0 | 4.3 | 4.0 | n/a | 4.3 | 4.3 | 5.3 | n/a | **4.3** |
| $10M - $24.99M | 4.5 | 4.0 | 4.5 | 4.5 | 5.0 | n/a | 5.5 | 4.5 | 7.5 | n/a | **5.0** |
| $25M - $49.99M | 5.0 | 4.5 | 4.8 | 4.5 | 5.0 | n/a | 6.0 | 5.0 | n/a | n/a | **5.0** |
| $50M+ | 6.0 | 4.8 | 5.8 | 5.8 | 5.5 | n/a | 6.5 | 5.0 | n/a | n/a | **5.6** |

Average senior leverage multiples observed by respondents varied from 1.8 to 4.6.

*Table 4. Median Senior Leverage Multiples by Size of Company*

| EBITDA | Manufacturing | Construction & engineering | Cons. goods & services | Wholesale & distribution | Business services | Basic materials & energy | Health care & biotech | IT | Financial services | Media & entertain. | **Avg.** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $0K - $999K | **2.5** | **1.8** | **2.0** | **1.5** | **2.0** | **n/a** | **2.5** | **1.0** | **2.0** | **1.0** | **1.8** |
| $1M - $4.99M | **2.8** | **2.0** | **2.0** | **2.3** | **2.0** | **2.5** | **3.0** | **2.0** | **3.3** | **2.0** | **2.4** |
| $5M - $9.99M | **3.0** | **2.5** | **2.5** | **2.5** | **2.0** | **n/a** | **4.3** | **2.5** | **3.5** | **n/a** | **2.8** |
| $10M - $24.99M | **3.5** | **3.0** | **4.0** | **2.5** | **3.0** | **3.0** | **5.0** | **2.5** | **n/a** | **n/a** | **3.3** |
| $25M - $49.99M | **5.0** | **3.0** | **4.0** | **3.0** | **3.3** | **n/a** | **5.8** | **2.5** | **n/a** | **n/a** | **3.8** |
| $50M+ | **7.0** | **3.5** | **5.0** | **3.0** | **3.5** | **n/a** | **6.3** | **3.0** | **5.3** | **n/a** | **4.6** |

Approximately 33% of business sales transactions closed in the last 12 months involved contingent earnout.

*Figure 11. Components of Closed Deals*



PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

INVESTMENT BANKER cont.

Approximately 55% of closed business sales transactions over the past 12 months involved strategic buyers.

*Figure 12.  Percent of Transactions Involved Strategic and Financial Buyers*



Approximately 30% of respondents did not witness any premium paid by strategic buyers, while 46% saw premiums between 1% and 20%.

*Figure 13.  Premium Paid by Strategic Buyers Relative to Financial Buyers*



Approximately 51% of closed business sales transactions that involved financial buyers over the past 12 months were platform investments.

*Figure 14.  Percent of Transactions Involved Strategic and Financial Buyers*



**INVESTMENT BANKER cont.**

Respondents indicated a general balance between companies worthy of financing and capital available for the same. There is a reported shortage of capital for those companies with less than $1 million in EBITDA but a general surplus for companies with $1 million in EBITDA or more.

*Table 5. Balance of Available Capital with Quality Companies*

| EBITDA | Companies worthy of financing GREATLY exceed capital available | Companies worthy of financing exceed capital available | General balance | Capital available exceeds companies worthy of financing | Capital available GREATLY exceeds companies worthy of financing | Score (-2 to 2) |
|---|---|---|---|---|---|---|
| $0K - $999K | 25% | 27% | 27% | 16% | 4% | -0.5 |
| $1M - $4.99M | 5% | 15% | 39% | 32% | 8% | 0.2 |
| $5M - $9.99M | 0% | 6% | 30% | 47% | 17% | 0.8 |
| $10M - $24.99M | 2% | 0% | 24% | 38% | 36% | 1.0 |
| $25M - $49.99M | 0% | 3% | 17% | 29% | 51% | 1.3 |
| $50M - $99.99M | 0% | 0% | 19% | 22% | 59% | 1.4 |
| $100M+ | 0% | 0% | 10% | 28% | 62% | 1.5 |

Respondents indicated a general difficulty with arranging senior debt for businesses with less than $1 million in EBITDA.

*Table 6. How Difficult to Arrange Senior Debt for Transactions over the Past 12 Months*

| EBITDA | Extremely difficult | Difficult | Somewhat difficult | Neutral | Somewhat easy | Easy | Extremely easy | Score (-3 to 3) |
|---|---|---|---|---|---|---|---|---|
| $0K - $999K | 15% | 15% | 24% | 9% | 24% | 12% | 0% | -0.5 |
| $1M - $4.99M | 4% | 4% | 9% | 17% | 37% | 26% | 2% | 0.7 |
| $5M - $9.99M | 0% | 7% | 7% | 7% | 33% | 29% | 17% | 1.2 |
| $10M - $24.99M | 0% | 0% | 9% | 4% | 22% | 30% | 35% | 1.8 |
| $25M - $49.99M | 0% | 8% | 0% | 0% | 8% | 31% | 54% | 2.2 |
| $50M - $99.99M | 0% | 0% | 0% | 0% | 0% | 38% | 63% | 2.6 |
| $100M+ | 0% | 0% | 0% | 0% | 0% | 14% | 86% | 2.9 |

The majority of the 78 respondents to the investment banker survey indicated increasing presence of strategic buyers making deals over the last twelve months. They also reported increases in deal flow, leverage and deal multiples, margin pressure on companies and improved general business conditions.

*Table 7. General Business and Industry Assessment: Today versus 12 Months Ago*

| | Decreased significantly | Decreased slightly | Stayed about the same | Increased slightly | Increased significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Deal flow | 4% | 22% | 27% | 36% | 10% | 47% | 26% | 21% |
| Leverage multiples | 3% | 14% | 55% | 27% | 1% | 28% | 16% | 12% |
| Deal multiples | 1% | 10% | 47% | 36% | 5% | 42% | 12% | 30% |
| Amount of time to sell business | 0% | 6% | 57% | 30% | 6% | 36% | 6% | 30% |
| Difficulty financing/selling business | 3% | 13% | 63% | 18% | 3% | 21% | 16% | 5% |
| General business conditions | 1% | 11% | 36% | 49% | 3% | 52% | 12% | 40% |
| Strategic buyers making deals | 1% | 8% | 38% | 50% | 3% | 53% | 10% | 43% |
| Margin pressure on companies | 1% | 9% | 53% | 32% | 4% | 36% | 11% | 26% |
| Buyer interest in minority transactions | 5% | 8% | 41% | 36% | 10% | 45% | 14% | 32% |

© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 10

INVESTMENT BANKER cont.

During the next twelve months, respondents expect further increases in deal flow, leverage and deals multiples, strategic buyers making deals, margin pressure on companies and improving general business conditions.

*Table 8. General Business and Industry Assessment Expectations over the Next 12 Months*

| | Decrease significantly | Decrease slightly | Stay about the same | Increase slightly | Increase significantly | % increase | % decrease | **Net increase/ decrease** |
|---|---|---|---|---|---|---|---|---|
| Deal flow | 0% | 6% | 23% | 52% | 18% | 70% | 6% | **64%** |
| Leverage multiples | 0% | 11% | 61% | 27% | 1% | 28% | 11% | **17%** |
| Deal multiples | 0% | 12% | 49% | 35% | 4% | 39% | 12% | **27%** |
| Amount of time to sell business | 0% | 13% | 70% | 17% | 0% | 17% | 13% | **4%** |
| Difficulty financing/selling business | 3% | 18% | 68% | 10% | 1% | 12% | 21% | **-9%** |
| General business conditions | 0% | 9% | 24% | 59% | 8% | 67% | 9% | **58%** |
| Strategic buyers making deals | 0% | 7% | 31% | 51% | 12% | 63% | 7% | **56%** |
| Margin pressure on companies | 1% | 8% | 55% | 31% | 5% | 36% | 9% | **27%** |
| Buyer interest in minority transactions | 3% | 3% | 56% | 33% | 5% | 39% | 5% | **33%** |

Respondents believe domestic government regulations and taxes is the most important current issue facing privately-held businesses, whereas domestic economic uncertainty is the most important emerging issue.

*Figure 15. Issues Facing Privately-Held Businesses*



# Great research requires great funding.

Beginning with the 2018 Private Capital Markets Report, each of our financial sponsors will receive a full-page advertisement in appreciation for underwriting our important research.

If your organization is interested in becoming a donor, please contact Dr. Craig Everett at craig.everett@pepperdine.edu.

PEPPERDINE | **GRAZIADIO** SCHOOL OF BUSINESS AND MANAGEMENT

# PRIVATE EQUITY SURVEY INFORMATION

Approximately 56% of the 38 participants who responded to the private equity group survey indicated that they make investments in the $1 million to $5 million range. Nearly 52% of respondents said that demand for private equity is up from twelve months ago, this is up from 42% of respondents indicating increased demand in January 2016. Other key findings include:

- Respondents indicated flat quality of companies seeking investment. They also reported decrease in expected returns on new investments, improved general business conditions and increased deal multiples.

- Respondents expect further increases in demand for private equity, deal multiples, value of portfolio companies and general business conditions.

- The types of businesses respondents plan to invest in over next 12 months are very diverse with over 21% targeting manufacturing and another 18% planning to invest in business services.

- Respondents believe domestic economic uncertainty is the most important current and emerging issue facing privately-held businesses.

- The most popular valuation methods used by respondents when valuing privately-held businesses were discounted future earnings and capitalization of earnings approaches.

- When using multiples to determine the value of a business, the most popular methods used by respondents when valuing privately-held businesses were recast EBITDA multiple (40%) and cash flow multiple (22%).

## Operational and Assessment Characteristics

The largest concentration of checks written was in the $1 million - $5 million range (56%), followed by $10 - $25 million (37%), and $5 million - $10 million (30%).

*Figure 16. Typical Investment Size*



Respondents reported on business practices, and the results are reflected below.

*Table 9. PEG Fund Data*

|  | 1st Quartile | Median | 3rd Quartile |
|---|---|---|---|
| Vintage year (year in which first investment made) | 2010 | 2014 | 2015 |
| Size of fund ($ millions) | 17.5 | 75 | 163 |
| Targeted number of total investments | 8 | 8 | 14 |
| Target fund return (gross pretax cash on cash annual IRR %) | 18% | 25% | 30% |
| Expected fund return (gross pretax cash on cash annual IRR%) | 15% | 20% | 30% |

**PRIVATE EQUITY cont.**

The types of businesses respondents plan to invest in over next 12 months are very diverse with nearly 21% targeting manufacturing and another 17% planning to invest in business services.

*Figure 17. Type of Business for Investments Planned over Next 12 Months*



Approximately 46% of respondents made between one and three investments over the last twelve months.

*Figure 18. Total Number of Investments Made in the Last 12 Months*



*Figure 19. Number of Follow-on Investments Made in the Last 12 Months*



**PRIVATE EQUITY cont.**

The majority (69%) of respondents plan to make one to three investments over the next 12 months.

*Figure 20. Number of Total Investments Planned over Next 12 Months*



*Figure 21. Number of Follow-on Investments Planned over Next 12 Months*



Approximately 83% of buyout investments were in the range between $0 million and $10 million of EBITDA.

*Figure 22. Size of Buyout Investments in the Last 12 Months*



**PRIVATE EQUITY cont.**

Average deal multiples for buyout deals for the prior twelve months vary from 5.0 to 8.5 times EBITDA depending on the size of the company. Expected returns vary from 20% to 27.5%.

*Table 10. General Characteristics – Buyout Transactions (medians)*

| EBITDA size | $0K - $999K EBITDA | $1M - $4.99M EBITDA | $5M - $9.99M EBITDA | $10M - $24.99M EBITDA | $25M - $49.99M EBITDA | $50M - $99.99M EBITDA |
|---|---|---|---|---|---|---|
| Number of investments (total) | 21 | 33 | 17 | 3 | 3 | 3 |
| Average size of investment (in million USD) | 1.5 | 3 | 4 | 7.5 | 7.5 | 25 |
| Expected time to exit (years) (median) | 4 | 5 | 5 | 4.5 | 2 | 2 |
| Equity as % of new capital structure (median) | 45% | 35% | 30% | 10% | 5% | 5% |
| % of total equity purchased (median) | 80% | 75% | 65% | 15% | 5% | 5% |
| Average deal multiple (multiple of EBITDA) | 3 | 4 | 4.5 | 6 | n/a | n/a |
| Median total expected returns (gross cash on cash pre-tax IRR) | 27.5% | 26% | 23% | 21% | 21% | 20.5% |

Approximately 27% of non-buyout investments were in the range between $0 million and $1 million of EBITDA.

*Figure 23. Size of Non-Buyout Investments in the Last 12 Months*



Average expected returns on non-buyout deals vary from 15% to 50%.

*Table 11. General Characteristics – Non-Buyout Transactions (medians)*

| | $0K - $999K EBITDA | $1M - $4.99M EBITDA | $5M - $9.99M EBITDA | $10M - $24.99M EBITDA | $25M - $49.99M EBITDA | $50M+ EBITDA |
|---|---|---|---|---|---|---|
| Number of investments | 7 | 2 | 3 | 3 | n/a | 2 |
| Average size of investment in million USD | 0.5 | 2 | 2.5 | 25 | n/a | n/a |
| Expected time to exit (years) (medians) | 6 | 3 | 4 | 5 | n/a | 5.5 |
| Equity as % of new capital structure | 10% | 20% | 20% | 45% | n/a | 60% |
| % of total equity purchased | 25% | 25% | 50% | 65% | n/a | 50% |
| Average deal multiple (multiple of EBITDA) | 4 | 3.5 | 4.5 | 5 | n/a | 9.3 |
| Total expected returns (gross cash on cash pre-tax IRR) | 50% | 27.5% | 27.5% | 25% | n/a | 16% |

**PRIVATE EQUITY cont.**

When valuing a business, approximately 29% of the weight is placed on discounted future earnings method.

*Figure 24. Usage of Valuation Approaches*



The weights of the various multiple methods used by respondents when valuing privately-held businesses included 40% for recast (adjusted) EBITDA multiple and 22% for cash flow multiple.

*Figure 25. Usage of Multiple Methods*

© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 16

**PRIVATE EQUITY cont.**

Respondents reported on items required to close one deal.

*Figure 26. Items Required to Close One Deal*



Respondents reported exit strategies that include selling to private company (35%), selling to another private equity group (27%), and selling to a public company (17%).

*Figure 27. Exit Plans for Portfolio Companies*



PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

**PRIVATE EQUITY cont.**

Most of the respondents believe the number of companies "worthy of financing" exceeds "capital available" for the companies with less than $1M in EBITDA. Whereas for the larger companies, "capital available" exceeds the number of companies "worthy of financing."

*Table 12. The Balance of Available Capital with Quality Companies for the Following EBITDA Size*

|  | Companies worthy of financing GREATLY exceed capital available | Companies worthy of financing exceed capital available | General balance | Capital available exceeds companies worthy of financing | Capital available GREATLY exceeds companies worthy of financing | Score (-2 to 2) |
|---|---|---|---|---|---|---|
| $0K - $999K | 14% | 27% | 23% | 27% | 9% | -0.1 |
| $1M - $4.99M | 14% | 18% | 32% | 23% | 14% | 0.0 |
| $5M - $9.99M | 0% | 5% | 47% | 26% | 21% | 0.6 |
| $10M - $14.99M | 0% | 6% | 28% | 44% | 22% | 0.8 |
| $15M - $24.99M | 0% | 0% | 33% | 28% | 39% | 1.1 |
| $25M - $49.99M | 0% | 0% | 29% | 29% | 41% | 1.1 |
| $50M - $99.99M | 0% | 0% | 29% | 24% | 47% | 1.2 |
| $100M+ | 0% | 0% | 19% | 44% | 38% | 1.1 |

Relative to twelve months ago, respondents indicated increases in demand for private equity, quality of companies seeking investment, amount of non-control investments and deal multiples. They also reported a decrease in expected returns on new investments, increase in expected investment holding period and improved general business conditions.

*Table 13. General Business and Industry Assessment: Today versus 12 Months Ago*

|  | Decreased significantly | Decreased slightly | Stayed about the same | Increased slightly | Increased significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Demand for private equity | 0% | 4% | 44% | 24% | 28% | 52% | 4% | 48% |
| Quality of companies seeking investment | 0% | 19% | 46% | 35% | 0% | 35% | 19% | 15% |
| Average investment size | 0% | 23% | 46% | 27% | 4% | 31% | 23% | 8% |
| Non-control investments | 0% | 0% | 52% | 38% | 10% | 48% | 0% | 48% |
| Expected investment holding period | 0% | 8% | 69% | 23% | 0% | 23% | 8% | 15% |
| Deal multiples | 0% | 15% | 31% | 42% | 12% | 54% | 15% | 38% |
| Exit opportunities | 0% | 16% | 40% | 36% | 8% | 44% | 16% | 28% |
| Expected returns on new investments | 0% | 50% | 27% | 15% | 8% | 23% | 50% | -27% |
| Value of portfolio companies | 0% | 0% | 38% | 50% | 12% | 62% | 0% | 62% |
| General business conditions | 0% | 19% | 35% | 46% | 0% | 46% | 19% | 27% |
| Size of private equity industry | 0% | 4% | 36% | 40% | 20% | 60% | 4% | 56% |

© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 18

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

**PRIVATE EQUITY cont.**

Respondents expect further increases in demand for private equity, decreasing expected returns on new investments, and improving general business conditions.

*Table 14. General Business and Industry Assessment Expectations over the Next 12 Months*

| | Decrease significantly | Decrease slightly | Stay about the same | Increase slightly | Increase significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Demand for private equity | 0% | 4% | 28% | 44% | 24% | 68% | 4% | **64%** |
| Quality of companies seeking investment | 0% | 20% | 44% | 28% | 8% | 36% | 20% | **16%** |
| Average investment size | 0% | 4% | 48% | 44% | 4% | 48% | 4% | **44%** |
| Non-control investments | 0% | 5% | 75% | 20% | 0% | 20% | 5% | **15%** |
| Expected investment holding period | 0% | 8% | 60% | 32% | 0% | 32% | 8% | **24%** |
| Deal multiples | 0% | 20% | 40% | 40% | 0% | 40% | 20% | **20%** |
| Exit opportunities | 0% | 8% | 44% | 40% | 8% | 48% | 8% | **40%** |
| Expected returns on new investments | 0% | 36% | 44% | 12% | 8% | 20% | 36% | **-16%** |
| Value of portfolio companies | 0% | 4% | 36% | 44% | 16% | 60% | 4% | **56%** |
| General business conditions | 4% | 17% | 29% | 38% | 13% | 50% | 21% | **29%** |
| Size of private equity industry | 0% | 4% | 42% | 42% | 13% | 54% | 4% | **50%** |

Respondents believe domestic economic uncertainty is the most important current and emerging issue facing privately-held businesses.

*Figure 28. Issues Facing Privately-Held Businesses*



# BANK AND ASSET-BASED LENDING SURVEY INFORMATION

There were 54 responses to the bank and asset-based lending surveys. Over 36% of respondents believe that general business conditions will improve over the next 12 months and over 66% said demand for loans will increase. Other key findings include:

- Over the last twelve months respondents were seeing slightly increased senior and leverage multiples, with increase in demand for business loans and improved general business conditions

- Respondents also expect increases in demand for business loans, lending capacity of banks, improving general business conditions, total and leverage multiples, and further increase in interest rates.

- Currently, 27% lenders see government regulations and taxes and domestic economic uncertainty as the top issue facing privately-held businesses today, followed by access to capital (24%) and international economic uncertainty (20%).

## Operational and Assessment Characteristics

Respondents reported on the type of entity that best describes their lending function.

*Figure 29. Description of Lending Entity*



■ Commercial bank

■ Community bank

■ Commercial finance company

■ Private banker

■ Corporate bank

The majority (68%) report participating in government loan programs.

*Figure 30. Participation in Government Loan Programs*

■ Yes

■ No

© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 20

**BANKS cont.**

The largest concentration of loan sizes was between $0 million and $5 million (70%).

*Figure 31. Typical Investment Size*



Respondents reported on all-in rates for various industries and loan types.

*Table 15. All-in Rates by Loan Size and Industry*

| Loan size | Less than $1M | $1M - $4.99M | $5M - $9.99M | $10M - $24.99M | $25M+ | $100M | $500M |
|---|---|---|---|---|---|---|---|
| Manufacturing | 7.8% | 5.5% | 4.8% | 5.0% | 4.5% | 4.0% | 3.0% |
| Consumer goods and services | 6.5% | 6.0% | 5.0% | 5.0% | 4.5% | 4.0% | 3.0% |
| Wholesale & distribution | 6.5% | 5.8% | 4.8% | 4.5% | 4.5% | 4.0% | 3.0% |
| Business services | 7.8% | 5.8% | 5.0% | 5.0% | 4.5% | 4.0% | 3.0% |
| Basic materials & energy | 7.0% | 5.5% | 4.8% | 4.5% | 4.5% | 4.5% | 4.0% |
| Health care & biotech | 6.5% | 5.5% | 5.0% | 4.5% | 3.5% | 3.5% | 2.6% |
| Information technology | 8.3% | 6.8% | 5.5% | 5.0% | 4.5% | 3.5% | 3.0% |
| Financial services | 8.0% | 4.8% | 5.0% | 5.0% | 3.5% | 3.5% | 3.5% |
| Typical Fixed-Rate Loan Term (months) | 60 | 60 | 60 | 60 | 60 | 60 | 60 |

*Table 16. All-in Rates by Loan Type*

| | $1M | $5M | $10M | $25M | $50M | $100M | $500M |
|---|---|---|---|---|---|---|---|
| Cash flow loan | 6.5% | 5.5% | 5.5% | 5.3% | 5.0% | 4.0% | 3.5% |
| Working capital loan | 7.0% | 4.8% | 4.0% | 3.5% | 3.5% | 3.5% | 3.5% |
| Equipment loan | 6.5% | 5.0% | 4.5% | 3.8% | 3.0% | 3.0% | 3.0% |
| Real estate loan | 5.8% | 5.0% | 5.0% | 5.0% | 4.8% | 4.5% | 4.0% |

**BANKS  cont.**

Senior leverage multiples are reported below for the various industries and EBITDA sizes.

*Table 17. Senior Leverage Multiple by EBITDA Size*

| EBITDA size | $0K - $999K | $1M - $4.99M | $5M - $9.99M | $10M - $24.99M | $25M - $49.99M | $50M+ |
|---|---|---|---|---|---|---|
| Manufacturing | 1.5 | 1.8 | 1.9 | 1.9 | 3.0 | 3.0 |
| Construction & engineering | 1.0 | 1.3 | 1.5 | 1.8 | 1.9 | 2.8 |
| Consumer goods & services | 0.5 | 1.3 | 1.4 | 1.8 | 2.3 | 3.0 |
| Wholesale & distribution | 1.5 | 2.0 | 2.0 | 2.3 | 2.3 | 3.0 |
| Business services | 1.5 | 1.5 | 1.5 | 2.4 | 2.5 | 3.0 |
| Basic materials & energy | 1.3 | 1.9 | 1.9 | 2.0 | 2.0 | 2.3 |
| Healthcare & biotech | 1.3 | 2.0 | 2.3 | 2.4 | 2.5 | 2.5 |
| Information technology | 1.3 | 2.0 | 2.4 | 2.5 | 2.8 | 2.8 |
| Financial services | 1.4 | 1.5 | 1.9 | 2.0 | 2.0 | 2.0 |
| Media & entertainment | 1.3 | 2.0 | 2.0 | 2.3 | 2.3 | 3.0 |
| **Total median** | **1.3** | **1.8** | **1.9** | **2.1** | **2.3** | **2.9** |

Various fees as reported by lenders are as follows.

*Table 18. Fees Charged*

| | 1st Quartile | Median | 3rd Quartile |
|---|---|---|---|
| Closing fee | 0.1% | 0.6% | 1.0% |
| Modification fee | 0.2% | 0.3% | 0.5% |
| Commitment fee | 0.0% | 0.3% | 1.0% |
| Underwriting fee | 0.0% | 0.2% | 0.6% |
| Arrangement fee | 0.0% | 0.2% | 0.5% |
| Prepayment penalty (yr 1) | 0.5% | 2.0% | 3.0% |
| Prepayment penalty (yr 2) | 0.9% | 1.5% | 2.8% |
| Unused line fee | 0.2% | 0.3% | 0.5% |

Refinancing was the most commonly described financing motivation at 32%, followed by management buyout at 18%.

*Figure 32. Borrower Motivation to Secure Financing (past 12 months)*



**BANKS cont.**

Total debt-service coverage ratio (or fixed charge coverage) was the most important factor when deciding whether to invest or not.

### Table 19. Importance of Financial Evaluation Metrics

|  | Unimportant | Of little importance | Moderately important | Important | Very important | Score (1 to 5) |
|---|---|---|---|---|---|---|
| Current ratio | 31% | 22% | 17% | 19% | 11% | 2.6 |
| Senior DSCR or FCC ratio | 11% | 3% | 20% | 29% | 37% | 3.8 |
| Total DSCR or FCC ratio | 8% | 3% | 16% | 30% | 43% | 4.0 |
| Senior debt-to-cash flow | 15% | 12% | 30% | 18% | 24% | 3.2 |
| Total debt-to-cash flow | 6% | 17% | 19% | 22% | 36% | 3.7 |
| Debt-to-net worth | 17% | 8% | 33% | 28% | 14% | 3.1 |

### Table 20. Financial Evaluation Metrics Average Data

|  | Average borrower data | Limit not to be exceeded |
|---|---|---|
| Current ratio | 1.35 | 1.05 |
| Senior DSCR or FCC ratio | 1.5 | 1.2 |
| Total DSCR or FCC ratio | 1.3 | 1.15 |
| Senior debt to cash flow | 2.4 | 3.1 |
| Total debt to cash flow | 3.0 | 4.0 |
| Debt to net worth | 2.0 | 3.0 |

Respondents reported on the percentage of loans (by size) that require personal guarantee and collateral.

### Table 21. Personal Guarantee and Collateral Percentage of Occurrence by Size of Loan (%)

| Loan size | Less than $1M | $1M - $4.99M | $5M - $9.99M | $10M - $24.99M | $50M - $99.99M | $100M+ |
|---|---|---|---|---|---|---|
| Personal guarantee | 95% | 95% | 95% | 55% | 0% | 0% |
| Collateral | 83% | 93% | 95% | 90% | 95% | 70% |

Approximately 25% of cash flow applications were declined.

### Table 22. Applications Data

|  | Reviewed | Offered | Booked | Declined |
|---|---|---|---|---|
| Cash flow based | 664 | 40% | 35% | 25% |
| Collateral based | 683 | 41% | 36% | 24% |
| Real estate | 517 | 42% | 23% | 28% |

© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 23

**BANKS cont.**

Approximately 31% of applications were declined due to poor quality of earnings and/or cash flow followed by 20% that were declined due to insufficient collateral.

*Figure 33. Reason for Declined Loans*



Respondents believe government regulations and taxes and domestic economic uncertainty are the most important issues facing privately-held businesses today.

*Figure 34. Issues Facing Privately-Held Businesses*

**BANKS cont.**

Respondents indicated increases in demand for business loans, due diligence efforts, improved general business conditions, loans outstanding, decreased loan fees, and interest rates.

*Table 23. General Business and Industry Assessment: Today versus 12 Months Ago*

| | Decreased significantly | Decreased slightly | Stayed about the same | Increased slightly | Increased significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Demand for business loans (applications) | 0% | 9% | 25% | 48% | 18% | 66% | 9% | **57%** |
| General underwriting standards | 4% | 18% | 49% | 13% | 16% | 29% | 22% | **7%** |
| Credit quality of borrowers applying for credit | 2% | 11% | 59% | 25% | 2% | 27% | 14% | **14%** |
| Due diligence efforts | 0% | 2% | 52% | 30% | 16% | 45% | 2% | **43%** |
| Average loan size | 0% | 2% | 49% | 40% | 9% | 49% | 2% | **47%** |
| Average loan maturity (months) | 0% | 7% | 69% | 19% | 5% | 24% | 7% | **17%** |
| Percent of loans with personal guarantees | 0% | 8% | 82% | 8% | 3% | 10% | 8% | **3%** |
| Percent of loans requiring collateral | 0% | 0% | 82% | 5% | 14% | 18% | 0% | **18%** |
| Size of interest rate spreads (pricing) | 0% | 42% | 30% | 26% | 2% | 28% | 42% | **-14%** |
| Loan fees | 0% | 28% | 53% | 16% | 2% | 19% | 28% | **-9%** |
| Senior leverage multiples | 0% | 14% | 59% | 18% | 9% | 27% | 14% | **14%** |
| Total leverage multiples | 0% | 14% | 48% | 24% | 14% | 38% | 14% | **24%** |
| Focus on collateral as backup means of payment | 0% | 8% | 70% | 15% | 8% | 23% | 8% | **15%** |
| SBA lending | 13% | 13% | 47% | 20% | 7% | 27% | 27% | **0%** |
| Lending capacity of bank | 0% | 19% | 43% | 38% | 0% | 38% | 19% | **19%** |
| General business conditions | 0% | 18% | 45% | 30% | 7% | 36% | 18% | **18%** |
| Appetite for risk | 9% | 20% | 39% | 30% | 2% | 32% | 30% | **2%** |
| Loans outstanding | 11% | 0% | 32% | 42% | 16% | 58% | 11% | **47%** |
| Nonaccrual loans | 11% | 11% | 56% | 17% | 6% | 22% | 22% | **0%** |
| Number/ tightness of financial covenants | 0% | 6% | 83% | 11% | 0% | 11% | 6% | **6%** |
| Standard advance rates | 0% | 5% | 90% | 5% | 0% | 5% | 5% | **0%** |

© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 25

**BANKS cont.**

Respondents expect further increases in demand for business loans, average loan size, lending capacity of bank, senior and total leverage multiples, improving general business conditions, focus on collateral as backup means of payment, and leverage multiples, decreasing percent of loans with personal guarantees.

*Table 24. General Business and Industry Assessment Expectations over the Next 12 Months*

|  | Decrease significantly | Decrease slightly | Stay about the same | Increase slightly | Increase significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Demand for business loans (applications) | 0% | 5% | 31% | 50% | 14% | 64% | 5% | **60%** |
| General underwriting standards | 0% | 7% | 71% | 15% | 7% | 22% | 7% | **15%** |
| Credit quality of borrowers applying for credit | 0% | 12% | 54% | 32% | 2% | 34% | 12% | **22%** |
| Due diligence efforts | 0% | 0% | 63% | 34% | 2% | 37% | 0% | **37%** |
| Average loan size | 0% | 0% | 48% | 43% | 10% | 52% | 0% | **52%** |
| Average loan maturity (months) | 0% | 3% | 80% | 15% | 3% | 18% | 3% | **15%** |
| Percent of loans with personal guarantees | 0% | 8% | 86% | 6% | 0% | 6% | 8% | **-3%** |
| Percent of loans requiring collateral | 0% | 11% | 61% | 17% | 11% | 28% | 11% | **17%** |
| Size of interest rate spreads (pricing) | 0% | 22% | 39% | 39% | 0% | 39% | 22% | **17%** |
| Loan fees | 0% | 20% | 58% | 20% | 3% | 23% | 20% | **3%** |
| Senior leverage multiples | 0% | 5% | 68% | 26% | 0% | 26% | 5% | **21%** |
| Total leverage multiples | 0% | 5% | 68% | 26% | 0% | 26% | 5% | **21%** |
| Focus on collateral as backup means of payment | 0% | 5% | 70% | 16% | 8% | 24% | 5% | **19%** |
| SBA lending | 8% | 15% | 46% | 8% | 23% | 31% | 23% | **8%** |
| Lending capacity of bank | 0% | 5% | 47% | 37% | 11% | 47% | 5% | **42%** |
| General business conditions | 0% | 18% | 40% | 40% | 3% | 43% | 18% | **25%** |
| Appetite for risk | 0% | 15% | 63% | 23% | 0% | 23% | 15% | **8%** |
| Loans outstanding | 0% | 0% | 32% | 58% | 11% | 68% | 0% | **68%** |
| Nonaccrual loans | 0% | 11% | 83% | 6% | 0% | 6% | 11% | **-6%** |
| Number/ tightness of financial covenants | 0% | 11% | 78% | 11% | 0% | 11% | 11% | **0%** |
| Standard advance rates | 0% | 5% | 85% | 10% | 0% | 10% | 5% | **5%** |

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

**BANKS** cont.

## Asset-Based Lending Specific Characteristics

According to respondents approximately 25% of asset-based loans were issued to financial services & real estate companies.

*Figure 35. Industries Served by Asset-Based Lenders*



- Financial services & real estate
- Manufacturing
- Wholesale & distribution
- Business services
- Information technology
- Construction & engineering
- Consumer goods & services
- Basic materials & energy
- Health care & biotech
- Other

Approximately 83% of the companies that booked asset-based loans in the last twelve months had EBITDA size of less than $5 million.

*Figure 33. Typical EBITDA Sizes for Companies Booked*

| | Negative EBITDA | $0-5 million in EBITDA | $6-10 million in EBITDA | $11-50 million in EBITDA | $51+ million in EBITDA |
|---|---|---|---|---|---|
| % | 19% | 64% | 10% | 4% | 4% |

Respondents reported on all-in rates by type and size of current booked loans and the results are reported below.

*Table 25. All-in Rates on Current Asset-Based Loans (medians)*

| | Marketable Securities | Accounts Receivable | Inventory | Equipment | Real estate | Working capital | Typical Fixed-Rate Loan Term (months) |
|---|---|---|---|---|---|---|---|
| Less than $1 million | n/a | 14.0% | 14.0% | 12.0% | 12.0% | 14.0% | 16 |
| $1-5 million | 9.3% | 10.5% | 12.0% | 12.0% | 9.4% | 10.0% | 28 |
| $5-$10 million | n/a | 10.0% | 10.0% | 10.0% | 8.0% | 10.0% | 28 |
| $10-25 million | n/a | 8.0% | 8.0% | 9.0% | 8.0% | 8.0% | 16 |
| $25-50 million | n/a | 5.5% | 7.0% | 8.0% | 7.8% | 5.5% | 16 |
| $50-100 million | n/a | 4.0% | n/a | n/a | n/a | 5.5% | 52 |

© 2017 | PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved. | 27

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

**BANKS cont.**

Respondents reported on standard advance rates and the results are reflected below.

*Table 26. Standard Advance Rate (or LTV ratio) for Assets (%)*

|  | Typical Loan | | | Upper Limit | | |
|---|---|---|---|---|---|---|
|  | 1st quartile | Median | 3rd quartile | 1st quartile | Median | 3rd quartile |
| Marketable securities | 70% | 100% | 100% | 70% | 100% | 100% |
| Accounts receivable | 85% | 85% | 85% | 85% | 85% | 90% |
| Inventory - low quality | 19% | 25% | 30% | 20% | 30% | 39% |
| Inventory - intermediate quality | 34% | 38% | 43% | 35% | 43% | 54% |
| Inventory - high quality | 50% | 55% | 60% | 50% | 60% | 73% |
| Equipment | 50% | 53% | 80% | 54% | 73% | 85% |
| Real estate | 50% | 65% | 75% | 65% | 70% | 80% |
| Land | 5% | 23% | 46% | 5% | 5% | 45% |

Respondents reported on valuation standards used to estimate LTV ratios.

*Figure 37. Valuation Standards Used to Estimate LTV Ratio*



|  | Purchase price | Depreciated Value (Book) | Face value | Fair Market Value | Forced liquidation | Orderly liquidation | Other |
|---|---|---|---|---|---|---|---|
| Equipment | 12% | 0% | 0% | 6% | 35% | 41% | 0% |
| Real estate | 11% | 0% | 0% | 67% | 0% | 6% | 11% |
| Accounts Receivable | 6% | 12% | 47% | 6% | 12% | 6% | 0% |
| Inventory | 18% | 6% | 6% | 6% | 24% | 29% | 0% |

According to respondents, receivables, inventory and term financing combined loans had the highest rate of decline (48%) over the last twelve months.

*Figure 34. Asset-Based Loans Decline Rate*



# MEZZANINE SURVEY INFORMATION

The majority of the 24 participants that responded to the mezzanine survey typically book deals in the $5 million to $10 million range. Over 24% plan on investing in manufacturing companies over the next 12 months, followed by 20% in basic materials & energy. Other key findings include:

- Relative to 12 months ago, respondents indicated increases in demand for mezzanine capital, average investment size, leverage multiples, and improved general business conditions. They also reported decreases in warrant coverage, loan fees, and expected returns on new investments.

- Respondents expect further increase in demand for mezzanine capital, leverage multiples, appetite for risk, and improving general business conditions; and decrease in general underwriting standards, warrant coverage, and expected returns on new investments.

- Approximately 35% of respondents believe economic uncertainty is the most important issue facing privately-held businesses today.

## Operational and Assessment Characteristics

Approximately 65% of respondents are SBIC Firms.

*Figure 35. SBIC (small business investment) Firms*



The largest concentration of typical loan sizes is between $5 million and $10 million.

*Figure 40. Typical Investment Size*

**MEZZANINE cont.**

Respondents reported on business practices and the results are reflected below.

### Table 27. Mezzanine Fund Data

|  | 1st quartile | Median | 3rd quartile |
|---|---|---|---|
| Vintage year (year in which first investment made) | 2012 | 2013 | 2014 |
| Size of fund ($ millions) | 125 | 175 | 275 |
| Targeted number of total investments | 18 | 22 | 28 |
| Target fund return (gross pretax cash on cash annual IRR %) | 15% | 17% | 20% |
| Expected fund return (gross pretax cash on cash annual IRR %) | 15% | 17% | 18% |

The types of businesses that mezzanine lenders plan to invest in over next 12 months are very diverse with over 24% targeting manufacturing, followed by 20% who plan to invest in basic materials & energy.

### Figure 36. Type of Business for Investments Planned over Next 12 Months



Approximately 57% of respondents made 5 investments or more over the last 12 months.

### Figure 37. Total Number of Investments Made in the Last 12 Months



PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

MEZZANINE cont.

*Figure 38. Number of Follow-on Investments Made in the Last 12 Months*



Approximately 70% of respondents plan to make 5 investments or more over the next 12 months.

*Figure 39. Number of Total Investments Planned over Next 12 Months*



*Figure 40. Number of Follow-on Investments Planned over Next 12 Months*



**MEZZANINE cont.**

Approximately 34% of sponsored deals were in the range between $5 million and $10 million of EBITDA.

*Figure 41. Size of Sponsored Deals in the Last 12 Months*



Results of responses to sponsored deals based on size of borrower EBITDA are reported below.

*Table 28. Sponsored Deals by EBITDA Size (medians)*

| EBITDA size | $0K - $999K | $1M - $4.99M | $5M - $9.99M | $10M - $24.99M | $25M - $49.99M | $50M+ |
|---|---|---|---|---|---|---|
| % of deals with warrants | 100% | 50% | 50% | 67% | 0% | 0% |
| Average loan terms (years) | 2.5 | 5.0 | 5.0 | 5.0 | 5 | 6 |
| Senior leverage ratio (multiple of EBITDA) | 2.5 | 2.5 | 2.5 | 3.75 | 4.25 | 4.5 |
| Total leverage ratio (multiple of EBITDA) | 3.5 | 3.5 | 3.5 | 4.5 | 5.75 | 6 |
| Average loan size ($ millions) | 4 | 4 | 7.5 | 15 | 35 | 15 |
| Cash interest rate | 11% | 12% | 11% | 11% | 10.5% | 9% |
| PIK | 0% | 2% | 1% | 0% | 0% | 0% |
| Warrants expected return (IRR contribution) | 9% | 3% | 1% | n/a | n/a | n/a |
| Total expected returns (gross cash on pre-tax IRR) | 24% | 17.0% | 16% | 15% | 14% | 10% |

*Table 29. Investment Type by Size of Investee Company, Sponsored Deals*

| | Sub debt only | Blended Sr. / Jr. | Other |
|---|---|---|---|
| $0K - $999K EBITDA | 0% | 100% | 0% |
| $1M - $4.99M EBITDA | 14% | 71% | 0% |
| $5M - $9.99M EBITDA | 0% | 73% | 18% |
| $10M - $24.99M EBITDA | 0% | 50% | 50% |
| $25M - $49.99M EBITDA | 0% | 75% | 25% |

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

MEZZANINE cont.

Approximately 41% of non-sponsored deals were in the range between $1 million and $5 million of EBITDA.

*Figure 42. Size of Non-Sponsored Deals in the Last 12 Months*



Results of responses to non-sponsored deals based on size of investee EBITDA are reported below.

*Table 30. Non-Sponsored Deals by EBITDA Size (medians)*

| EBITDA size | $0K - $999K | $1M - $4.99M | $5M - $9.99M | $10M - $24.99M |
|---|---|---|---|---|
| % of deals with warrants | 100% | 50% | 100% | 0% |
| Average loan terms (years) | 3 | 5 | 5 | 5 |
| Senior leverage ratio (multiple of EBITDA) | 2.5 | 2.5 | 2.5 | 3 |
| Total leverage ratio (multiple of EBITDA) | 3.5 | 3.5 | 4 | 4 |
| Average loan size ($ millions) | 2 | 7.5 | 7.5 | 25 |
| Cash interest rate | 11% | 11% | 11% | 8.5% |
| PIK | 4% | 2% | 1.5% | n/a |
| Warrants expected return (IRR contribution) | 2.5% | 9% | 9.0% | n/a |
| Total expected returns (gross cash on pre-tax IRR) | 19% | 17% | 17% | 11.0% |

*Table 31. Investment Type by Size of Borrower Company, Sponsored Deals*

| | Senior debt only | Sub debt only | Blended Sr. / Jr. | Other |
|---|---|---|---|---|
| $0K - $999K EBITDA | 0% | 100% | 0% | 0% |
| $1M - $4.99M EBITDA | 8% | 54% | 8% | 31% |
| $5M - $9.99M EBITDA | 11% | 67% | 11% | 11% |
| $10M - $24.99M EBITDA | 50% | 0% | 50% | 0% |
| $25M - $49.99M EBITDA | 0% | 100% | 0% | 0% |

**MEZZANINE cont.**

Acquisition loan was reported by 38% of respondents as a motivation to secure mezzanine funding, followed by management or owner buyout at 19%.

*Figure 43. Borrower Motivation to Secure Mezzanine Funding (past 12 months)*



■ Acquisition loan

■ Management or owner buyout

■ Refinancing

■ Financing growth or construction

■ Working capital fluctuations

■ Finance worsening operations conditions or distress

■ Other

*Figure 44. Items Required to Close One Deal*

| Item | 1st Quartile | Median | 3rd Quartile |
|---|---|---|---|
| Business plans or memorandums reviewed | 20 | 33 | 68 |
| Meetings with principals conducted | 6 | 10 | 19 |
| Proposal letters or term sheets issued | 4 | 5 | 10 |
| Letters of intent signed | 2 | 3 | 5 |

Total debt service coverage ratio was the most important factor when deciding whether to invest or not, followed by total debt-to-cash flow ratio.

*Table 32. Importance of Financial Evaluation Metrics*

|  | Unimportant | Of little importance | Moderately important | Important | Very important | Score (1 to 5) |
|---|---|---|---|---|---|---|
| Senior DSCR or FCC ratio | 0% | 10% | 45% | 35% | 10% | 3.5 |
| Total DSCR or FCC ratio | 0% | 0% | 0% | 50% | 50% | 4.5 |
| Senior debt-to-cash flow ratio | 0% | 5% | 40% | 35% | 20% | 3.7 |
| Total debt-to-cash flow ratio | 0% | 0% | 10% | 25% | 65% | 4.6 |

**MEZZANINE cont.**

### Table 33. Financial Evaluation Metrics Average Data

|  | Average borrower data | Limit not to be exceeded |
|---|---|---|
| Senior DSCR or FCC ratio | 1.5 | 1.4 |
| Total DSCR or FCC ratio | 1.4 | 1.2 |
| Senior debt to cash flow ratio | 2.5 | 2.5 |
| Total debt to cash flow ratio | 3.6 | 4.6 |

Respondents believe domestic economic uncertainty is the most important issue facing privately-held businesses today.

### Figure 50. Issues Facing Privately-Held Businesses



PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

MEZZANINE cont.

Relative to 12 months ago, respondents indicated increases in demand for mezzanine capital, average investment size, leverage multiples, and improved general business conditions. They also reported decreases in warrant coverage, loan fees, and expected returns on new investments.

*Table 34. General Business and Industry Assessment: Today versus 12 Months Ago*

| | Decreased significantly | Decreased slightly | Stayed about the same | Increased slightly | Increased significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Demand for mezzanine capital | 0% | 9% | 52% | 35% | 4% | 39% | 9% | **30%** |
| Credit quality of borrowers seeking investment | 4% | 13% | 52% | 22% | 9% | 30% | 17% | **13%** |
| Average investment size | 4% | 4% | 39% | 43% | 9% | 52% | 9% | **43%** |
| Average investment maturity (months) | 0% | 5% | 77% | 18% | 0% | 18% | 5% | **14%** |
| General underwriting standards | 0% | 9% | 77% | 9% | 5% | 14% | 9% | **5%** |
| Warrant coverage | 10% | 33% | 43% | 10% | 5% | 14% | 43% | **-29%** |
| PIK features | 0% | 5% | 75% | 20% | 0% | 20% | 5% | **15%** |
| Loan fees | 0% | 13% | 83% | 4% | 0% | 4% | 13% | **-9%** |
| Leverage multiples | 0% | 0% | 43% | 48% | 9% | 57% | 0% | **57%** |
| Expected returns on new investments | 0% | 35% | 65% | 0% | 0% | 0% | 35% | **-35%** |
| General business conditions | 0% | 4% | 70% | 26% | 0% | 26% | 4% | **22%** |
| Appetite for risk | 0% | 9% | 57% | 35% | 0% | 35% | 9% | **26%** |

Respondents expect further increase in demand for mezzanine capital, leverage multiples, appetite for risk, and improving general business conditions; and decrease in general underwriting standards, warrant coverage, and expected returns on new investments.

*Table 35. General Business and Industry Assessment Expectations over the Next 12 Months*

| | Decrease significantly | Decrease slightly | Stay about the same | Increase slightly | Increase significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Demand for mezzanine capital | 0% | 5% | 65% | 25% | 5% | 30% | 5% | **25%** |
| Credit quality of borrowers seeking investment | 5% | 5% | 70% | 20% | 0% | 20% | 10% | **10%** |
| Average investment size | 0% | 0% | 65% | 30% | 5% | 35% | 0% | **35%** |
| Average investment maturity (months) | 0% | 0% | 89% | 11% | 0% | 11% | 0% | **11%** |
| General underwriting standards | 0% | 10% | 85% | 5% | 0% | 5% | 10% | **-5%** |
| Warrant coverage | 6% | 28% | 61% | 0% | 6% | 6% | 33% | **-28%** |
| PIK features | 0% | 11% | 79% | 11% | 0% | 11% | 11% | **0%** |
| Loan fees | 0% | 10% | 80% | 10% | 0% | 10% | 10% | **0%** |
| Leverage multiples | 0% | 5% | 55% | 40% | 0% | 40% | 5% | **35%** |
| Expected returns on new investments | 0% | 35% | 55% | 10% | 0% | 10% | 35% | **-25%** |
| General business conditions | 0% | 10% | 55% | 35% | 0% | 35% | 10% | **25%** |
| Appetite for risk | 0% | 10% | 45% | 45% | 0% | 45% | 10% | **35%** |

© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 36

# LIMITED PARTNER SURVEY INFORMATION

Approximately 38% of the 40 respondents in the limited partner survey reported direct real estate funds as being the best risk/return trade-off investment class and another 32% reported direct investments as being the best risk/return trade-off investment class. When asked about which industry currently offers the best risk/return trade-off, 20% of respondents reported health care & biotech, followed by 13% reporting information technology, and another 10% reporting basic materials and energy. Other key findings include:

- On average respondents target to allocate 27% of their assets to direct investments, 26% to real estate funds and 9% to buyout private equity and 9% to hedge funds. Respondents expect the highest returns of 10% from direct investments and real estate funds, 9% from venture capital, and 8% from growth private equity.

- Respondents indicated increased allocation to private equity, real estate funds and direct investments, and decreased allocation to all other alternative assets in the last twelve months. They also reported improved business conditions and increased expected returns on new investments.

- Respondents also expect further increases in allocation to all other alternative assets except mezzanine and hedge funds, improving business conditions and increasing expected returns.

## Operational and Assessment Characteristics

Approximately 40% of respondents indicated being family office followed by private investor (20%).

*Figure 45. Entity Type*



- ■ Family office
- ■ Private investor
- ■ Investment company
- ■ Public pension fund
- ■ Bank or investment bank
- ■ Governmental agency
- ■ Endowment
- ■ Other

© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 37

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

LP cont.

Approximately 35% of respondents reported their asset category being less than $50 million, while 24% were between $50 million and $500 million.

*Figure 46. Assets under Management or Investable Funds*



Respondents reported on their % of total asset allocations for "Alternative Assets".

*Figure 47. Current Asset Allocation for "Alternative Assets" (% of total portfolio)*



*Figure 48. Target Asset Allocation for "Alternative Assets" (% of total portfolio)*



LP cont.

On average, respondents target to allocate 27% of their assets to direct investments, 26% to real estate funds, 9% to private equity - buyouts and 9% to hedge funds.

*Figure 49. Target Asset Allocation by Assets*



On average, respondents expect the highest returns from investments in direct investments, real estate funds, and venture capital.

*Figure 50. Annual Return Expectations for New Investments*

**LP cont.**

Approximately 38% of the 40 respondents in the limited partner survey reported real estate funds as being the best risk/return trade-off investment class and another 32% reported direct investments as being the best risk/return trade-off investment class.

*Figure 51. Assets with the Best Risk/Return Trade-off Currently*



When asked about which industry currently offers the best risk/return trade-off, 20% of respondents reported health care & biotech, followed by 13% reporting information technology, and another 10% reporting basic materials and energy.

*Figure 52. Industry with the Best Risk/Return*



With regard to the geographic regions with the best risk/return trade-offs, 94% of respondents reported North America.

*Figure 53. Geographic Regions of the World Offering the Best Risk/Return Tradeoff Currently*



LP cont.

Regarding the geographic regions with the best risk/return trade-offs in the US, 40% of respondents reported West Coast, 20% reported South and another 20% reported Midwest.

*Figure 60. Geographic Regions in the US Offering the Best Risk/Return Tradeoff Currently*



- West Coast
- South
- Midwest
- Southeast
- Mountain
- Mid-Atlantic

According to respondents, general partner and specific strategy are the most important factors when evaluating investment followed by historical fund performance on all funds.

*Table 36. Importance of Factors When Evaluating*

|  | Unimportant | Of little importance | Moderately important | Important | Very important | Score (1 to 5) |
|---|---|---|---|---|---|---|
| Historical fund performance on all funds | 3% | 0% | 30% | 48% | 18% | **3.8** |
| Returned capital from most recent fund (Distribution to Paid-in or DPI) | 3% | 9% | 30% | 36% | 21% | **3.6** |
| Residual value of most recent fund (Residual Value to Paid-in or RVPI) | 3% | 13% | 13% | 59% | 13% | **3.7** |
| General partner | 6% | 3% | 12% | 24% | 55% | **4.2** |
| Specific strategy | 0% | 3% | 16% | 41% | 41% | **4.2** |
| Specific location | 6% | 15% | 52% | 9% | 18% | **3.2** |
| Gut feel/instinct | 0% | 18% | 42% | 27% | 12% | **3.3** |

Respondents believe government regulations and taxes are the most important current issue facing privately-held businesses.

*Figure 54. Issues Facing Privately-Held Businesses*



PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

LP cont.

Respondents indicated increased allocation to private equity, direct investments and real estate funds, and decreased allocation to all other alternative assets in the last twelve months. They also reported improved general business conditions and expected returns on new investments.

*Table 37. General Business and Industry Assessment: Today versus 12 Months Ago*

| Characteristics | Decreased significantly | Decreased slightly | Stayed about the same | Increased slightly | Increased significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Allocation to venture capital | 6% | 19% | 65% | 10% | 0% | 10% | 26% | **-16%** |
| Allocation to private equity | 0% | 13% | 61% | 23% | 3% | 26% | 13% | **13%** |
| Allocation to mezzanine | 11% | 11% | 68% | 11% | 0% | 11% | 21% | **-11%** |
| Allocation to hedge funds | 19% | 4% | 67% | 11% | 0% | 11% | 22% | **-11%** |
| Allocation to secondary funds | 8% | 8% | 81% | 4% | 0% | 4% | 15% | **-12%** |
| Allocation to real estate funds | 0% | 10% | 53% | 23% | 13% | 37% | 10% | **27%** |
| Direct investments | 7% | 4% | 25% | 46% | 18% | 64% | 11% | **54%** |
| General business conditions | 3% | 3% | 43% | 40% | 10% | 50% | 7% | **43%** |
| Expected returns on new capital deployed | 3% | 10% | 52% | 29% | 6% | 35% | 13% | **23%** |

Respondents also expect further increases in allocation to all other alternative assets except mezzanine and hedge funds, improving business conditions and increasing expected returns.

*Table 38. General Business and Industry Assessment Expectations over the Next 12 Months*

| Characteristics | Decrease significantly | Decrease slightly | Stay about the same | Increase slightly | Increase significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Allocation to venture capital | 3% | 10% | 67% | 17% | 3% | 20% | 13% | **7%** |
| Allocation to private equity | 0% | 6% | 55% | 33% | 6% | 39% | 6% | **33%** |
| Allocation to mezzanine | 0% | 14% | 76% | 10% | 0% | 10% | 14% | **-3%** |
| Allocation to hedge funds | 11% | 11% | 64% | 11% | 4% | 14% | 21% | **-7%** |
| Allocation to secondary funds | 4% | 8% | 77% | 8% | 4% | 12% | 12% | **0%** |
| Allocation to real estate funds | 0% | 7% | 43% | 43% | 7% | 50% | 7% | **43%** |
| Direct investments | 3% | 7% | 37% | 30% | 23% | 53% | 10% | **43%** |
| General business conditions | 3% | 6% | 47% | 31% | 13% | 44% | 9% | **34%** |
| Expected returns on new capital deployed | 0% | 13% | 48% | 29% | 10% | 39% | 13% | **26%** |

© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 42

# VENTURE CAPITAL SURVEY INFORMATION

Of the 25 participants who responded to the venture capital survey, approximately 44% of respondents expect an increasing size of the venture capital industry. The majority (89%) of respondents plan to make three investments or more over the next 12 months.

Other key findings include:

- The types of businesses respondents plan to invest in the next 12 months are very diverse with over 34% targeting information technology and another 30% planning to invest in financial services.

- Respondents' exit strategies include selling to a public company (42%) followed by selling to a private company (24%).

- Respondents believe access to capital is the most important issue facing privately-held businesses today.

## Operational and Assessment Characteristics

Approximately 56% of respondents made five investments or more over the last twelve months.

*Figure 55. Total Number of Investments Made in the Last 12 Months*




*Figure 56. Number of Follow-on Investments Made in the Last 12 Months*



VENTURE CAPITAL cont.

The majority (61%) of respondents plan to make four investments or more over the next 12 months.

### Figure 57. Number of Total Investments Planned over Next 12 Months



### Figure 58. Number of Follow-on Investments Planned over Next 12 Months

Respondents reported on business practices and the results are reflected below.

### Table 39. VC Fund Data

|  | 1st quartile | Median | 3rd quartile |
|---|---|---|---|
| Vintage year (year in which first investment made) | 2006 | 2012 | 2015 |
| Size of fund ($ millions) | $18 | $75 | $125 |
| Targeted number of total investments | 8 | 15 | 22 |
| Target fund return (gross pretax cash on cash annual IRR %) | 15% | 25% | 25% |
| Expected fund return (gross pretax cash on cash annual IRR %) | 15% | 15% | 25% |

**VENTURE CAPITAL cont.**

The types of businesses respondents plan to invest in over next 12 months are very diverse with over 34% targeting Information technology, and another 30% planning to invest in financial services.

*Figure 59. Type of Business for Investments Planned over Next 12 Months*



Respondents reported on a variety of statistics pertaining to their investments.

*Table 40. General Information on Investments by Company Stages*

|  | Seed | Startup | Early Stage | Expansion | Later Stage |
|---|---|---|---|---|---|
| **Number of Investments Made in Last twelve months** | | | | | |
|  | 35 | 48 | 63 | 42 | 29 |
| **Average Size of Investment ($ million)** | | | | | |
| 1st Quartile | 0.5 | 0.75 | 1.5 | 2 | 5.5 |
| **Median** | 0.5 | 1.5 | 2.5 | 3.5 | 10 |
| 3rd Quartile | 0.5 | 1.5 | 4 | 8.5 | 10 |
| **Average % of Total Equity Purchased (fully diluted basis)** | | | | | |
| 1st Quartile | 15% | 13% | 15% | 7.5% | 5% |
| **Median** | 15% | 15% | 15% | 15% | 5% |
| 3rd Quartile | 35% | 25% | 25% | 15% | 20% |
| **Total expected Returns (gross cash on cash pretax IRR) on new investments** | | | | | |
| 1st Quartile | 28% | 20% | 18% | 20% | 23% |
| **Median** | 35% | 25% | 23% | 23% | 23% |
| 3rd Quartile | 39% | 29% | 32% | 23% | 28% |
| **Expected Time to Exit (years)** | | | | | |
| 1st Quartile | 5 | 4 | 3.5 | 2.5 | 3 |
| **Median** | 5 | 5 | 4 | 3 | 4 |
| 3rd Quartile | 7 | 5 | 5 | 4.5 | 5 |
| **Average company 'pre-money' value ($ million)** | | | | | |
| 1st Quartile | 2.5 | 3.5 | 4.5 | 20 | 65 |
| **Median** | 2.5 | 7.5 | 10 | 25 | 100 |
| 3rd Quartile | 3.5 | 7.5 | 15 | 55 | 100 |
| **Average Company Value at Time of Investment (post-money $ millions)** | | | | | |
| 1st Quartile | 4.0 | 10 | 7.5 | 37.5 | 75 |
| **Median** | 7.5 | 15 | 25 | 50.0 | 95 |
| 3rd Quartile | 15.0 | 15 | 25 | 62.5 | 100 |

**VENTURE CAPITAL cont.**

Respondents reported on where they plan to invest over the next 12 months. The results reflect investment throughout the U.S.

*Figure 60. Geographic Location of Planned Investment over Next 12 Months*



When valuing the company, approximately 20% of respondents use guideline public company method and 20% use capitalization of earnings method when valuing privately-held businesses.

*Figure 61. Usage of Valuation Methods*



The weights of the various multiple methods used by respondents when valuing privately-held businesses included 59% for revenue multiple and 13% for recast (adjusted) EBITDA multiple methods.

*Figure 62. Usage of Multiple Methods*



**VENTURE CAPITAL cont.**

Respondents reported on items required to close one deal.

*Figure 70. Items Required to Close One Deal*



Respondents' exit strategies include selling to a public company (42%) followed by selling to a private company (24%).

*Figure 63. Exit Plans for Portfolio Companies*



Respondents believe access to capital is the most important issue facing privately-held businesses today.

*Figure 64. Current Issues Facing Privately-Held Businesses*

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

**VENTURE CAPITAL cont.**

Respondents indicated increases in demand for venture capital, follow-on investments, value of portfolio companies, presence of super angels in space formerly occupied by VCs, and improved general business conditions.

*Table 41. General Business and Industry Assessment: Today versus 12 Months Ago*

| | Decreased significantly | Decreased slightly | Stayed about the same | Increased slightly | Increased significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Demand for venture capital | 0% | 0% | 39% | 33% | 28% | 61% | 0% | **61%** |
| Quality of companies seeking investment | 0% | 11% | 56% | 28% | 6% | 33% | 11% | **22%** |
| Follow-on investments | 6% | 11% | 28% | 56% | 0% | 56% | 17% | **39%** |
| Average investment size | 6% | 11% | 44% | 33% | 6% | 39% | 17% | **22%** |
| Exit opportunities | 6% | 25% | 38% | 25% | 6% | 31% | 31% | **0%** |
| Time to exit deals | 0% | 18% | 29% | 35% | 18% | 53% | 18% | **35%** |
| Expected returns on new investments | 0% | 17% | 56% | 28% | 0% | 28% | 17% | **11%** |
| Value of portfolio companies | 0% | 0% | 17% | 61% | 22% | 83% | 0% | **83%** |
| General business conditions | 0% | 17% | 50% | 28% | 6% | 33% | 17% | **17%** |
| Presence of super angels in space formerly occupied by VCs | 0% | 24% | 24% | 47% | 6% | 53% | 24% | **29%** |
| Size of venture capital industry | 0% | 33% | 22% | 39% | 6% | 44% | 33% | **11%** |
| Appetite for risk | 11% | 22% | 44% | 17% | 6% | 22% | 33% | **-11%** |

Respondents expect further improving general business conditions.

*Table 42. General Business and Industry Assessment Expectations over the Next 12 Months*

| | Decrease significantly | Decrease slightly | Stay about the same | Increase slightly | Increase significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Demand for venture capital | 0% | 6% | 22% | 39% | 33% | 72% | 6% | **67%** |
| Quality of companies seeking investment | 0% | 11% | 39% | 39% | 11% | 50% | 11% | **39%** |
| Follow-on investments | 0% | 11% | 17% | 61% | 11% | 72% | 11% | **61%** |
| Average investment size | 0% | 6% | 44% | 33% | 17% | 50% | 6% | **44%** |
| Exit opportunities | 0% | 11% | 39% | 22% | 28% | 50% | 11% | **39%** |
| Time to exit deals | 0% | 22% | 50% | 22% | 6% | 28% | 22% | **6%** |
| Expected returns on new investments | 0% | 11% | 50% | 22% | 17% | 39% | 11% | **28%** |
| Value of portfolio companies | 0% | 11% | 39% | 28% | 22% | 50% | 11% | **39%** |
| General business conditions | 0% | 17% | 56% | 6% | 22% | 28% | 17% | **11%** |
| Presence of super angels in space formerly occupied by VCs | 0% | 18% | 29% | 41% | 12% | 53% | 18% | **35%** |
| Size of venture capital industry | 0% | 22% | 33% | 33% | 11% | 44% | 22% | **22%** |
| Appetite for risk | 6% | 17% | 39% | 17% | 22% | 39% | 22% | **17%** |

# ANGEL INVESTOR SURVEY INFORMATION

Of the 46 participants who responded to the angel investor survey, the majority (67%) of respondents plan to make between two and four investments in the next twelve months. Other key findings include:

- Approximately 32% of respondents base valuations on gut feel when valuing privately-held businesses.

- When using multiples to determine the value of a business, the most popular methods used by respondents were revenue multiple (30%), and EBITDA multiple (22%).

- The types of businesses respondents plan to invest in over next 12 months are very diverse with 22% targeting information technology and another 20% planning to invest in health care or biotech.

- Respondents indicated increase in demand for angel capital, size of angel industry, quality of companies seeking investment and improved general business conditions. They also reported worsened exit opportunities and decreased expected returns on new investments.

- Respondents' exit strategies include selling to a public company (33%) and selling to a private company (28%).

## Operational and Assessment Characteristics

Approximately 64% of respondents made between two and four investments over the last twelve months.

*Figure 65. Total Number of Investments Made in the Last 12 Months*



*Figure 66. Number of Follow-on Investments Made in the Last 12 Months*



ANGEL cont.

The majority (67%) of respondents plan to make between two and four investments over the next 12 months.

*Figure 67. Number of Total Investments Planned over Next 12 Months*



*Figure 68. Number of Follow-on Investments Planned over Next 12 Months*



The types of businesses respondents plan to invest in over next 12 months are very diverse with over 22% targeting information technology and another 20% planning to invest in health care & biotech.

*Figure 69. Type of Business for Investments Planned over Next 12 Months*



PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

**ANGEL cont.**

Respondents reported on a variety of stats pertaining to their investments.

*Table 43. General Information on Investments by Company Stages*

| | Seed | Startup | Early Stage | Expansion |
|---|---|---|---|---|
| **Number of investments made in last twelve months** | | | | |
| 1st Quartile | 91 | 30 | 28 | 14 |
| **Average Size of Investment** | | | | |
| 1st Quartile | $25,000 | $25,000 | $25,000 | $75,000 |
| **Median** | **$75,000** | **$100,000** | **$75,000** | **$150,000** |
| 3rd Quartile | $250,000 | $150,000 | $150,000 | $150,000 |
| **Average % of Total Equity Purchased (fully diluted basis)** | | | | |
| 1st Quartile | 6% | 5% | 2% | 2.5% |
| **Median** | **13%** | **10%** | **3%** | **3%** |
| 3rd Quartile | 26% | 20% | 6.75% | 17.5% |
| **Total EXPECTED Returns (gross cash on cash pretax IRR) on New Investments (%)** | | | | |
| 1st Quartile | 25% | 25% | 15% | 15% |
| **Median** | **35%** | **35%** | **25%** | **15%** |
| 3rd Quartile | 60% | 55% | 50% | 28% |
| **Expected Time to Exit (years)** | | | | |
| 1st Quartile | 3 | 3 | 3 | 3 |
| **Median** | **5** | **4** | **3.5** | **3** |
| 3rd Quartile | 5 | 5 | 4.5 | 3.5 |
| **Average company 'pre-money' value** | | | | |
| 1st Quartile | $75,000 | $550,000 | $1,500,000 | $3,250,000 |
| **Median** | **$350,000** | **$950,000** | **$3,500,000** | **$4,500,000** |
| 3rd Quartile | $1,500,000 | $2,500,000 | $4,750,000 | $8,750,000 |
| **Average Company Value at Time of Investment (post-money value)** | | | | |
| 1st Quartile | $300,000 | $750,000 | $1,375,000 | $4,000,000 |
| **Median** | **$750,000** | **$1,000,000** | **$3,750,000** | **$4,250,000** |
| 3rd Quartile | $1,500,000 | $4,000,000 | $4,625,000 | $12,500,000 |

Respondents reported on where they plan to invest over the next 12 months. The results reflect investment throughout the U.S.

*Figure 70. Geographic Location of Planned Investment over Next 12 Months*



| | | | |
|---|---|---|---|
| ■ West Coast | | ■ Southeast | |
| ■ Midwest | | ■ Great Lakes | |
| ■ South | | ■ Mountain | |
| ■ New England | | ■ Mid-Atlantic | |
| ■ Outside of US | | | |

© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 51

**ANGEL cont.**

Respondents reported on their geographical limits for investments.

### Figure 71. Geographical Limit for Investment



- 2-hour drive
- 4-hour drive
- State/province
- Region
- No restriction

Approximately 32% of respondents base valuations on gut feel when valuing privately-held businesses followed by capitalization of earnings method (12%).

### Figure 80. Usage of Valuation Methods



- Gut feel
- Capitalization of earnings method
- Discounted future earnings method
- Guideline company transactions method
- Adjusted net asset method
- Guideline public company method
- Other

The weights of the various multiple methods used by respondents when valuing privately-held businesses included 30% for revenue multiple and 22% for EBITDA multiple methods.

### Figure 72. Usage of Multiple Methods



- Revenue multiple
- EBITDA multiple
- Cash flow multiple
- Recast EBITDA multiple
- EBIT multiple
- Net income multiple
- Other

**ANGEL cont.**

Respondents reported on items required to close one deal.

*Figure 73. Items Required to Close One Deal*



Respondents' exit strategies include selling to a public company (33%) and selling to a private company (28%).

*Figure 74. Exit Plans for Portfolio Companies*



- Sell to a public company
- Sell to a private company
- Sell to private equity group
- Other
- IPO
- Sell to a venture capital fund
- Management buyout
- Liquidate or bankrupt

Respondents believe access to capital is the most important current issue facing privately-held businesses.

*Figure 84. Issues Facing Privately-Held Businesses*



ANGEL cont.

Respondents indicated increase in demand for angel capital, size of angel industry, quality of companies seeking investment and improved general business conditions. They also reported worsened exit opportunities and decreased expected returns on new investments.

*Table 44. General Business and Industry Assessment: Today versus 12 Months Ago*

|  | Decreased significantly | Decreased slightly | Stayed about the same | Increased slightly | Increased significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Demand for angel capital | 6% | 6% | 35% | 29% | 24% | 53% | 12% | **41%** |
| Size of angel finance industry | 3% | 9% | 36% | 36% | 15% | 52% | 12% | **39%** |
| Quality of companies seeking investment | 3% | 15% | 44% | 24% | 15% | 38% | 18% | **21%** |
| Follow-on investments | 0% | 18% | 39% | 30% | 12% | 42% | 18% | **24%** |
| Average investment size | 0% | 19% | 56% | 19% | 6% | 25% | 19% | **6%** |
| Exit opportunities | 0% | 27% | 52% | 21% | 0% | 21% | 27% | **-6%** |
| Time to exit deals | 0% | 12% | 42% | 27% | 18% | 45% | 12% | **33%** |
| Expected returns on new investments | 0% | 26% | 62% | 9% | 3% | 12% | 26% | **-15%** |
| Value of portfolio companies | 3% | 26% | 24% | 32% | 15% | 47% | 29% | **18%** |
| General business conditions | 0% | 12% | 44% | 24% | 21% | 44% | 12% | **32%** |
| Appetite for risk | 6% | 21% | 38% | 26% | 9% | 35% | 26% | **9%** |

Respondents expect further increases in all business characteristics.

*Table 45. General Business and Industry Assessment Expectations over the Next 12 Months*

|  | Decrease significantly | Decrease slightly | Stay about the same | Increase slightly | Increase significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Demand for angel capital | 6% | 6% | 31% | 29% | 29% | 57% | 11% | **46%** |
| Size of angel finance industry | 3% | 14% | 31% | 43% | 9% | 51% | 17% | **34%** |
| Quality of companies seeking investment | 3% | 12% | 41% | 35% | 9% | 44% | 15% | **29%** |
| Follow-on investments | 0% | 6% | 31% | 46% | 17% | 63% | 6% | **57%** |
| Average investment size | 0% | 0% | 49% | 51% | 0% | 51% | 0% | **51%** |
| Exit opportunities | 0% | 17% | 34% | 37% | 11% | 49% | 17% | **31%** |
| Time to exit deals | 0% | 20% | 49% | 29% | 3% | 31% | 20% | **11%** |
| Expected returns on new investments | 0% | 14% | 57% | 29% | 0% | 29% | 14% | **14%** |
| Value of portfolio companies | 3% | 9% | 29% | 54% | 6% | 60% | 11% | **49%** |
| General business conditions | 6% | 6% | 31% | 46% | 11% | 57% | 11% | **46%** |
| Appetite for risk | 9% | 11% | 40% | 31% | 9% | 40% | 20% | **20%** |

© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 54

# BUSINESS APPRAISER SURVEY INFORMATION

According to the 131 business appraiser survey respondents, government regulations and taxes are the most important issue facing privately-held business today. Respondents indicated increases in number of engagements, fees for services, competition, and improved general business conditions over the last twelve months. They also expect slightly worsening business conditions in the next twelve months.

Other key findings include:

- When using valuation methods to determine the value of a business, the most popular methods used by respondents were discounted future earnings method (33%), capitalization of earnings method (25%) and guideline company transactions method (17%).
- Recast (adjusted) EBITDA multiple is the most popular when using multiple valuation method
- Respondents use an average risk-free rate of 3.16% and a market (equity) risk premium of 6.14%
- Average long-term terminal growth is estimated at 3.28%

## Operational and Assessment Characteristics

Most of the companies valued by respondents have annual revenues from $1 million to $50 million.

*Figure 75. Annual Revenues of Companies Valued*



Appraisers, on average, apply a 33% weight to discounted future earnings method when valuing a privately-held business.

*Figure 76. Usage of Valuation Methods*



© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 55

APPRAISERS cont.

Respondents using multiples-based approaches indicate a preference for using recast (adjusted) EBITDA multiples (41%), followed by revenue multiples (24%).

### Figure 77. Usage of Multiple Methods



Respondents indicated using an average risk-free rate of 3.16%, average market (equity) risk premium of 6.14% and average long-term growth rate of 3.28%.

### Figure 78. Average Risk-Free Rate and Market (equity) Risk Premium and Long-Term Growth Rate

Figure below indicates considerable differences in DLOMs across sizes of companies and subject interests.

### Figure 79. Discount for Lack of Marketability (DLOM) by Revenue Sizes

APPRAISERS cont.

Only 28% of respondents are comfort applying public cost of capital to privately-held companies with annual revenues less than $1 million.

*Figure 80. Overall Comfort Level with Applying Public Cost of Capital to Privately-held Companies of Various Sizes*



*Figure 81. Explicit Forecast Period for High-Growth Companies by Revenue Sizes (years)*



Respondents indicated increases in number of engagements, fees for services, competition, and improved general business conditions over the last twelve months.

*Table 46. General Business and Industry Assessment: Today versus 12 Months Ago*

| Characteristics | Decreased significantly | Decreased slightly | Stayed about the same | Increased slightly | Increased significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Number of engagements | 4% | 12% | 32% | 38% | 13% | 52% | 16% | **35%** |
| Time to complete a typical appraisal | 2% | 16% | 61% | 19% | 3% | 22% | 17% | **5%** |
| Fees for services | 1% | 7% | 56% | 33% | 3% | 36% | 8% | **28%** |
| Competition | 0% | 3% | 57% | 33% | 7% | 40% | 3% | **37%** |
| Cost of capital | 1% | 10% | 63% | 24% | 2% | 25% | 11% | **14%** |
| Market (equity) risk premiums | 0% | 4% | 76% | 19% | 1% | 20% | 4% | **15%** |
| Discounts for lack of marketability (DLOM) | 0% | 8% | 84% | 7% | 1% | 8% | 8% | **0%** |
| Company specific risk premiums | 1% | 7% | 76% | 15% | 1% | 16% | 8% | **8%** |
| General business conditions | 1% | 9% | 46% | 42% | 2% | 45% | 9% | **35%** |
| Appetite for risk | 2% | 8% | 47% | 41% | 1% | 42% | 11% | **32%** |

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

**APPRAISERS cont.**

Respondents expect slightly worsening business conditions in the next twelve months.

*Table 47. General Business and Industry Assessment Expectations over the Next 12 Months*

| Characteristics | Decrease significantly | Decrease slightly | Stay about the same | Increase slightly | Increase significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Number of engagements | 2% | 7% | 34% | 48% | 9% | 0% | 8% | **-8%** |
| Time to complete a typical appraisal | 1% | 14% | 69% | 16% | 0% | 1% | 15% | **-14%** |
| Fees for services | 0% | 5% | 50% | 40% | 2% | 3% | 5% | **-2%** |
| Competition | 0% | 1% | 58% | 35% | 5% | 2% | 1% | **1%** |
| Cost of capital | 0% | 1% | 40% | 56% | 1% | 2% | 1% | **2%** |
| Market (equity) risk premiums | 0% | 2% | 57% | 34% | 3% | 4% | 2% | **2%** |
| Discounts for lack of marketability (DLOM) | 1% | 5% | 80% | 8% | 0% | 5% | 6% | **-1%** |
| Company specific risk premiums | 1% | 5% | 70% | 18% | 2% | 5% | 5% | **0%** |
| General business conditions | 0% | 7% | 42% | 44% | 5% | 2% | 7% | **-5%** |
| Appetite for risk | 2% | 8% | 46% | 37% | 4% | 5% | 9% | **-5%** |

Respondents believe government regulations and taxes is the most important issue facing privately-held businesses today.

*Figure 82. Issues Facing Privately-Held Businesses*



# BROKER SURVEY INFORMATION

Approximately 36% of the 373 participants for the broker survey said they expect to close six deals or more in the next 12 months.

Other key findings include:

- Approximately 17% of business listings/ engagements terminated without closing in the last 12 months.

- Respondents indicated increases in deal flow, ratio of businesses sold to total listings, business exit opportunities, difficulty selling business and improved general business conditions.

- 41% of respondents closed more deals in 2016 than in 2015.

## Operational and Assessment Characteristics

Approximately 20% of the respondents didn't close any deal in the last twelve months; 63% closed between one to five deals, while 17% closed six or more transactions.

*Figure 83. Private Business Sales Transactions Closed in the Last Twelve Months*



Approximately 62% of respondents are planning to close between one and five business sales transactions in the next 12 months.

*Figure 84. Private Business Sales Transactions Expected to Close in the Next Twelve Months*



**BROKER cont.**

Respondents indicated typical sizes of transactions they are currently working on.

*Figure 85. Typical Size of Business Transactions*



Respondents indicate out of all business transactions they worked on in the last 12 months 33% were closed, 44% are continued marketing, 6% are in escrow and 16% were terminated without closing.

*Figure 86. Business Transactions in the Last 12 Months*



Nearly 41% of respondents closed more transactions in 2015 than in 2014, 14% of respondents closed equal amount.

*Figure 87. Did Respondents Close More Transactions in 2016 than in Previous Years*



|  | Yes | No | Equal amount |
|---|---|---|---|
| 2015 | 41% | 44% | 15% |
| 2014 | 38% | 45% | 17% |
| 2013 | 42% | 47% | 11% |
| 2012 | 37% | 49% | 14% |
| 2011 | 42% | 42% | 16% |
| 2010 | 45% | 43% | 12% |

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

**BROKER cont.**

Approximately in 43% of business transactions sellers had planned for their exit.

*Figure 88. Closed Business Transactions*



Respondents indicate difficulty to arrange senior debt for transactions with annual revenues under $500 thousands.

*Table 48. How Difficult to Arrange Senior Debt for Transactions over the Past 12 Months*

| Revenue size | Extremely difficult | Difficult | Somewhat difficult | Neutral | Somewhat easy | Easy | Extremely easy | Score (-3 to 3) |
|---|---|---|---|---|---|---|---|---|
| $100K | 24% | 16% | 20% | 15% | 6% | 12% | 7% | -0.9 |
| $500K | 7% | 15% | 18% | 14% | 25% | 15% | 7% | -0.1 |
| $1M | 4% | 6% | 15% | 23% | 26% | 18% | 8% | 0.2 |
| $5M | 2% | 10% | 10% | 20% | 31% | 19% | 8% | 0.3 |
| $10M | 7% | 5% | 16% | 31% | 19% | 15% | 7% | 0.0 |
| $15M | 6% | 8% | 11% | 30% | 25% | 13% | 8% | 0.1 |
| $25M+ | 9% | 9% | 6% | 41% | 15% | 9% | 12% | 0.0 |

Approximately 60% of respondents indicate best clients arrived by referrals.

*Figure 89. In 2016, Best Client Arrived By:*



© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 61

**BROKER cont.**

Nearly 27% of referrals were past clients.

*Figure 90. Types of Referrals*



*Figure 91. Types of Publication/ Media Source*



Approximately 69% of respondents indicated it was 'buyer's market' for deals valued under $500 thousands, whereas only 32% of respondents indicated it was 'buyer's market' for deals valued between $5 million and $50 million.

*Figure 92. Was It Buyer's or Seller's Market in the Last 3 Months*



© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 62

**BROKER cont.**

*Table 49. Number of New Clients in the Last 3 Months*

| Deal size | Greatly decrease | Decrease | Stay the same | Increase | Greatly increase | Score (1 to 5) |
|---|---|---|---|---|---|---|
| Deals valued under $499,999 | 8% | 12% | 53% | 22% | 5% | 3.8 |
| Deals valued from $500,000 to $999,999 | 7% | 12% | 59% | 19% | 3% | 4.0 |
| Deals valued from $1 million to $1.99 million | 6% | 11% | 63% | 17% | 2% | 4.1 |
| Deals valued from $2 million to $4.99 million | 7% | 8% | 57% | 28% | 1% | 3.8 |
| Deals over $5 million | 7% | 9% | 56% | 24% | 3% | 3.8 |

Median number of months from listing / engagement to close varies from 7 to 10 months.

*Figure 93. Median Number of Months from Listing / Engagement to Close by Deal Size*



Median number of months from LOI / Offer to close varies from 2 to 4 months.

*Figure 94. Median Number of Months from LOI / Offer to Close by Deal Size*



Median SDE multiple paid varies between 2.3 and 3.9.

*Figure 95. Median SDE Multiple Paid by Deal Size*



PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

**BROKER cont.**

Median EBITDA multiple paid varies between 2.0 and 5.5.

*Figure 96. Median EBITDA Multiple Paid by Deal Size*



SDE not including working capital was the most popular multiple type used for deals valued under $2 million, while EBITDA including working capital was the most popular type for deals valued between $2 million and $50 million.

*Figure 97. Multiple Types by Deal Size*



| | < 500K | 500K - 1M | 1M - 2M | 2M - 5M | 5M - 50M |
|---|---|---|---|---|---|
| ■ SDE including working capital | 27.3% | 25.0% | 18.8% | 37.5% | 6.5% |
| ■ SDE not including working capital | 65.2% | 63.3% | 53.1% | 25.0% | 0.0% |
| ■ EBITDA including working capital | 1.2% | 1.7% | 18.8% | 16.7% | 45.2% |
| ■ EBITDA not including working capital | 6.2% | 10.0% | 9.4% | 16.7% | 12.9% |
| ■ TTM EBITDA including working capital | 0% | 0.0% | 0.0% | 0.0% | 22.6% |
| ■ TTM EBITDA not including working capital | 0.0% | 0.0% | 0.0% | 4.2% | 12.9% |

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

BROKER cont.

*Figure 98. Buyer Type by Deal Size*



|  | < 500K | 500K - 1M | 1M - 2M | 2M - 5M | 5M - 50M |
|---|---|---|---|---|---|
| 1st time individual | 52% | 32% | 28% | 21% | 3% |
| individual who owned a business | 30% | 40% | 41% | 29% | 3% |
| existing company/strategic buyer | 12% | 25% | 28% | 29% | 42% |
| PE firm - Platform | 0% | 2% | 0% | 4% | 32% |
| PE firm - Add-on | 0% | 0% | 0% | 13% | 13% |
| Other | 6% | 2% | 3% | 4% | 6% |

Reason number one for sellers to go to market was retirement.

*Figure 99. Reason for Seller to Go to Market by deal Size*



|  | < 500K | 500K - 1M | 1M - 2M | 2M - 5M | 5M - 50M |
|---|---|---|---|---|---|
| Recapitalization | 3% | 0% | 0% | 4% | 13% |
| Burnt out | 22% | 28% | 13% | 8% | 16% |
| Family issues | 5% | 5% | 6% | 0% | 6% |
| Health | 7% | 3% | 9% | 4% | 3% |
| New opportunity | 9% | 7% | 13% | 13% | 3% |
| Relocation/moving | 8% | 7% | 6% | 0% | 0% |
| Retirement | 35% | 47% | 50% | 67% | 48% |
| Unsolicited offer | 1% | 0% | 0% | 0% | 3% |
| Other | 10% | 3% | 3% | 4% | 6% |

© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 65

**BROKER cont.**

Buying a job was the number one motivation for buyer for deals valued under $1 million, while horizontal add-on was the number one motivation for buyer for deals valued between $1 million and $50 million.

*Figure 100. Number One Motivation for Buyer by Deal Size*



| | < 500K | 500K - 1M | 1M - 2M | 2M - 5M | 5M - 50M |
|---|---|---|---|---|---|
| ■ Buying a job | 55% | 35% | 25% | 25% | 0% |
| ■ Better ROI than other investment | 6% | 20% | 22% | 13% | 10% |
| ■ Vertical add-on | 8% | 7% | 19% | 25% | 23% |
| ■ Horizontal add-on | 19% | 23% | 28% | 25% | 35% |
| ■ Other | 12% | 15% | 6% | 13% | 32% |

Average percentage of final/ selling price realized to asking/ benchmark price was 92%.

*Figure 101. Median Percentage of Final/ Selling Price Realized to Asking/ Benchmark Price by Deal Size*

**BROKER cont.**

*Figure 102. Buyer Location by Deal Size*



| | < 500K | 500K - 1M | 1M - 2M | 2M - 5M | 5M - 50M |
|---|---|---|---|---|---|
| within 20 miles | 70.2% | 56.7% | 43.8% | 25.0% | 9.7% |
| within 50 miles | 14.9% | 11.7% | 15.6% | 8.3% | 9.7% |
| within 100 miles | 1.9% | 8.3% | 9.4% | 16.7% | 6.5% |
| more than 100 miles | 13.0% | 23.3% | 31.3% | 50.0% | 74.2% |

*Figure 103. Financing Structure by Deal Size*



| | < 500K | 500K - 1M | 1M - 2M | 2M - 5M | 5M - 50M |
|---|---|---|---|---|---|
| Buyers equity | 65% | 43% | 32% | 35% | 59% |
| Senior debt | 20% | 40% | 55% | 42% | 24% |
| Seller financing | 11% | 13% | 11% | 19% | 4% |
| Earn out | 1% | 1% | 1% | 4% | 1% |
| Seller retained equity | 0% | 0% | 0% | 0% | 3% |
| Mezzanine financing | 0% | 0% | 0% | 0% | 3% |
| Other | 3% | 2% | 1% | 0% | 5% |

**BROKER cont.**

## Business Transactions Valued Under $499 Thousand



*Figure 104. Number of Months from Engagement/ Listing to Close*



*Figure 105. Number of Months from LOI/ Offer to Close*



*Figure 106. Industry Type*

© 2017 | PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 68

**BROKER cont.**

*Figure 107. SDE Multiple Paid*



*Figure 108. EBITDA Multiple Paid*



*Figure 109. Multiple Paid*



PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

**BROKER cont.**

*Figure 110. Buyer Type*



- 1st time individual
- individual who owned a business
- existing company/strategic buyer
- Other

*Figure 111. Reason for Seller to Go to Market*



*Figure 112. Buyer Location*



© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 70

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

**BROKER cont.**

*Figure 113. Number One Motivation for Buyer*



*Figure 114. Financing Structure*



## Business Transactions Valued from $500 to $999 Thousand

*Figure 115. Number of Months from Engagement/ Listing to Close*



© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 71

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

**BROKER cont.**

*Figure 116. Number of Months from LOI/ Offer to Close*



*Figure 117. Industry Type*



*Figure 118. SDE Multiple Paid*



© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 72

**BROKER cont.**

*Figure 119. EBITDA Multiple Paid*



*Figure 120. Multiple Paid*



*Figure 121. Buyer Type*



© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 73

**BROKER cont.**

*Figure 122. Reason for Seller to Go to Market*



*Figure 123. Buyer Location*



*Figure 124. Number One Motivation for Buyer*



© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 74

**BROKER cont.**

*Figure 125. Financing Structure*



## Business Transactions Valued from $1 to $1.99 Million

*Figure 126. Number of Months from Engagement/ Listing to Close*



*Figure 127. Number of Months from LOI/ Offer to Close*



PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

**BROKER cont.**

*Figure 128. Industry Type*



*Figure 129. SDE Multiple Paid*



*Figure 130. EBITDA Multiple Paid*



**BROKER cont.**

**BROKER cont.**

*Figure 131. Multiple Paid*



*Figure 132. Buyer Type*



*Figure 133. Reason for Seller to Go to Market*



**BROKER cont.**

*Figure 134. Buyer Location*



*Figure 135. Number One Motivation for Buyer*



*Figure 136. Financing Structure*



© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 78

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

**BROKER cont.**

## Business Transactions Valued from $2 to $4.99 Million

*Figure 137. Number of Months from Engagement/ Listing to Close*



*Figure 138. Number of Months from LOI/ Offer to Close*



*Figure 139. Industry Type*



© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 79

**BROKER cont.**

*Figure 140. SDE Multiple Paid*



*Figure 141. EBITDA Multiple Paid*



*Figure 142. Multiple Paid*



PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

**BROKER cont.**

*Figure 143. Buyer Type*



- 1st time individual
- individual who owned a business
- existing company/strategic buyer
- PE firm - Platform
- PE firm - Add-on
- Other

*Figure 144. Reason for Seller to Go to Market*



*Figure 145. Buyer Location*



PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

**BROKER cont.**

*Figure 146. Number One Motivation for Buyer*



*Figure 147. Financing Structure*



## Business Transactions Valued from $5 to $50 Million

*Figure 148. Number of Months from Engagement/ Listing to Close*



PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

**BROKER cont.**

*Figure 149. Number of Months from LOI/ Offer to Close*



*Figure 150. Industry Type*



*Figure 151. SDE Multiple Paid*



© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 83

**BROKER cont.**

*Figure 152. EBITDA Multiple Paid*



*Figure 153. Multiple Paid*



*Figure 154. Buyer Type*



© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 84

**BROKER cont.**

*Figure 155. Reason for Seller to Go to Market*



*Figure 156. Buyer Location*



*Figure 157. Number One Motivation for Buyer*



PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

**BROKER cont.**



*Figure 158. Financing Structure*



*Table 50. Expectations of Business Listings/ Engagements from New Clients in the Next 3 Months*

| Deal size | Greatly decrease | Decrease | Stay the same | Increase | Greatly increase | Score (1 to 5) |
|---|---|---|---|---|---|---|
| Deals valued under $499,999 | 1.4% | 4.7% | 36.3% | 52.8% | 4.7% | 3.5 |
| Deals valued from $500,000 to $999,999 | 1.1% | 2.7% | 35.7% | 55.1% | 5.4% | 3.6 |
| Deals valued from $1 million to $1.99 million | 1.2% | 2.4% | 37.3% | 56.6% | 2.4% | 3.6 |
| Deals valued from $2 million to $4.99 million | 0.7% | 1.3% | 44.7% | 50.7% | 2.7% | 3.5 |
| Deals over $5 million | 0.7% | 2.7% | 49.7% | 43.5% | 3.4% | 3.5 |

*Table 51. Expectations for Business Valuation Multiples in the Next 3 Months*

| Deal size | Greatly decrease | Decrease | Stay the same | Increase | Greatly increase | Score (1 to 5) |
|---|---|---|---|---|---|---|
| Deals valued under $499,999 | 0.5% | 6.2% | 81.5% | 11.8% | 0.0% | 3.0 |
| Deals valued from $500,000 to $999,999 | 1.1% | 3.2% | 80.5% | 15.1% | 0.0% | 3.1 |
| Deals valued from $1 million to $1.99 million | 0.6% | 1.8% | 78.4% | 19.2% | 0.0% | 3.2 |
| Deals valued from $2 million to $4.99 million | 0.6% | 1.9% | 73.4% | 23.4% | 0.6% | 3.2 |
| Deals over $5 million | 0.7% | 2.7% | 70.7% | 24.0% | 2.0% | 3.2 |

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

**BROKER cont.**

Compared to twelve months ago, respondents indicated increases in deal flow, ratio of businesses sold to total listings, business exit opportunities and improved general business conditions.  During the next twelve months, respondents expect further increases in deal flow, margin pressure on companies, and improving general business conditions.

*Table 52. General Business and Industry Assessment: Today versus 12 Months Ago*

| | Decreased significantly | Decreased slightly | Stayed about the same | Increased slightly | Increased significantly | % increase | % decrease | **Net increase** |
|---|---|---|---|---|---|---|---|---|
| Deal flow | 7% | 12% | 35% | 35% | 11% | 46% | 19% | **27%** |
| Ratio of businesses sold / total listings | 6% | 14% | 48% | 25% | 6% | 31% | 21% | **10%** |
| Deal multiples | 3% | 7% | 66% | 21% | 2% | 24% | 10% | **14%** |
| Business exit opportunities | 3% | 9% | 54% | 29% | 5% | 34% | 13% | **21%** |
| Amount of time to sell business | 2% | 11% | 55% | 25% | 7% | 32% | 13% | **19%** |
| Difficulty selling business | 2% | 11% | 54% | 28% | 5% | 33% | 13% | **20%** |
| Business opportunities for growth | 2% | 5% | 53% | 35% | 4% | 39% | 7% | **32%** |
| General business conditions | 2% | 7% | 43% | 44% | 3% | 47% | 10% | **38%** |
| Margin pressure on companies | 2% | 9% | 61% | 26% | 2% | 28% | 11% | **17%** |

*Table 53. General Business and Industry Assessment: Expectations over the Next 12 Months*

| | Decrease significantly | Decrease slightly | Stay about the same | Increase slightly | Increase significantly | % increase | % decrease | **Net increase** |
|---|---|---|---|---|---|---|---|---|
| Deal flow | 0% | 3% | 23% | 54% | 20% | 74% | 3% | **70%** |
| Ratio of businesses sold / total listings | 0% | 2% | 31% | 54% | 13% | 67% | 2% | **65%** |
| Deal multiples | 0% | 5% | 61% | 30% | 4% | 34% | 5% | **29%** |
| Business exit opportunities | 0% | 4% | 47% | 40% | 9% | 49% | 4% | **45%** |
| Amount of time to sell business | 1% | 17% | 61% | 19% | 1% | 20% | 19% | **1%** |
| Difficulty selling business | 2% | 21% | 61% | 16% | 0% | 16% | 23% | **-7%** |
| Business opportunities for growth | 1% | 3% | 48% | 42% | 7% | 49% | 3% | **45%** |
| General business conditions | 0% | 4% | 31% | 54% | 11% | 65% | 4% | **60%** |
| Margin pressure on companies | 1% | 10% | 65% | 22% | 1% | 24% | 11% | **12%** |

# FACTOR SURVEY INFORMATION

Approximately 55% of 16 respondents to the factor survey said the primary uses of factoring facilities are financing working capital fluctuations, followed by expansion (22%), and finance worsening operations conditions (16%). Factoring facilities are relatively short-term compared to other investments with respondents reporting approximately 60% of factoring facilities have less than or equal to 12 months term.

Other key findings include:

- Respondents reported approximately 21% of their company's gross invoices over the last twelve months were originated from wholesale & distribution. Manufacturing was responsible for 20% of invoices followed by business services at 17%.

- When asked about conditions compared to twelve months ago nearly 53% of respondents said they saw decreased demand for business factoring lines in the last 12 months. Approximately 40% of lenders indicated increased general business conditions in the last twelve months.

- Nearly 47% of respondents believe government regulations and taxes are the most important issue facing privately-held businesses today, followed by economic uncertainty (40%) and access to capital (20%).

## Operational and Assessment Characteristics

Approximately 55% of respondents indicated working capital fluctuations as the primary uses of factoring facilities.

*Figure 159. Primary Use of the Factoring Facilities Over the Last 12 Months*



Respondents reported approximately 21% of their company's gross invoices over the last twelve months were originated from wholesale & distribution.

*Figure 160. Industries for Gross Invoices for the Last 12 Months*

**FACTOR cont.**

Factoring facilities are relatively short-term compared to other investments with respondents reporting approximately 60% of factoring facilities have less than or equal to 12 months term.

*Figure 161. Term of Current Typical Factoring Facility*



Respondents reported average advance rates charged for various-sized facilities range from 22% to 80% on a monthly basis.

*Figure 162. Current Average Advance Rates for Various-Sized Facilities*



Nearly 100% of respondents charge wire transfer / ACH fee, while 36% of respondents charge due diligence fee.

*Table 54. Fees Charged*



**FACTOR cont.**

*Table 55. Median Percentage or Amount Charged*

|  | Percentage | or Amount |
|---|---|---|
| Application fees | n/a | $225 |
| Due diligence fees | 0.1% | $3,250 |
| Invoice processing | n/a | $25 |
| Wire transfer / ACH fees | n/a | $150 |
| Filing fees | n/a | $50 |
| UCC Search | n/a | $150 |
| Line fee | 1% | $100 |
| Same day funding fee | n/a | $225 |

Approximately 36% of respondents are using prime rate to price items.

*Figure 163. Usage of Reference Rates*



*Table 56. Spread (%)*

|  | 1st quartile | Median | 3rd quartile |
|---|---|---|---|
| Tied to prime | 2 | 2.5 | 3.5 |
| Tied to three-month LIBOR | 4 | 4 | 4 |
| Tied to six-month LIBOR | 3 | 3 | 3 |

*Figure 164. Percentage of Factoring Business - Recourse vs Non-recourse*



© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 90

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

**FACTOR cont.**

Respondents reported 95% of their current purchases were on a notification basis.

*Figure 165. Percentage of Purchases on a Non-notification Basis*



Nearly 100% of respondents require personal guarantee and 93% require a background check.

*Table 57. Typical Current Requirements*

| Requirement | % |
|---|---|
| Lien on A/R assets | 80% |
| Background check | 93% |
| Personal guarantee | 100% |
| Financial statements | 87% |
| Lien on all assets | 67% |
| Performance guarantee | 64% |
| Audit | 23% |

*Table 58. Discount fee (%) on Outstanding Invoices for Notification Basis*

| | $0 - $25K | $25K - $50K | $50K - $100K | $100K - $250K | $250K - $1M | $1M - $5M | $5M - $10M | $10M - $25M | $25M - $50M | $50M - $100M | $100M+ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **First 30 days** | | | | | | | | | | | |
| 1st quartile | 2.5% | 2.2% | 2.0% | 1.9% | 1.2% | 1.0% | 0.7% | 0.9% | 0.8% | 0.8% | 0.6% |
| Median | 3.0% | 3.0% | 2.5% | 2.4% | 1.6% | 1.0% | 0.9% | 1.0% | 1.0% | 1.0% | 1.0% |
| 3rd quartile | 3.6% | 3.0% | 2.8% | 2.6% | 2.1% | 1.8% | 1.5% | 1.1% | 1.3% | 1.3% | 1.3% |
| **Next 15 days (31-45)** | | | | | | | | | | | |
| 1st quartile | 1.0% | 1.5% | 1.3% | 1.0% | 1.0% | 0.8% | 0.4% | 1.0% | 1.0% | 1.0% | 1.0% |
| Median | 1.5% | 1.5% | 1.3% | 1.3% | 1.0% | 1.0% | 0.6% | 1.0% | 1.0% | 1.0% | 1.0% |
| 3rd quartile | 1.8% | 1.7% | 1.5% | 1.5% | 1.3% | 1.0% | 0.8% | 1.0% | 1.0% | 1.0% | 1.0% |
| **Next 15 days (46-60)** | | | | | | | | | | | |
| 1st quartile | 1.3% | 1.5% | 1.3% | 1.0% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% |
| Median | 1.6% | 1.5% | 1.3% | 1.3% | 1.0% | 0.6% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% |
| 3rd quartile | 1.8% | 1.7% | 1.5% | 1.5% | 1.3% | 0.9% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% |

FACTOR cont.

*Table 59. Expected Total Write-off – Percentage of Receivables Purchased on New Arrangements (%)*

|  | 1st quartile | Median | 3rd quartile |
|---|---|---|---|
| Expected total write-off | 0.5% | 0.5% | 0.75% |

*Table 60. Average Number of Days Outstanding Receivables*

|  | 1st quartile | Median | 3rd quartile |
|---|---|---|---|
| During Last 12 Months | 35 | 40 | 45 |
| Expected for Next 12 Months | 35 | 40 | 45 |

According to the 43% of respondents, the most significant concern to factoring business is lack of quality businesses or poor financial health.

*Figure 166. Most Significant Concern to Factoring Business*



Respondents believe government regulations and taxes are the most important current issue facing privately-held businesses.

*Figure 167. Current Issues Facing Privately-Held Businesses*



PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

**FACTOR cont.**

Respondents indicated decreases in demand for business factoring lines, credit quality of borrowers, interest rate spreads, fees and improved general business conditions.

*Table 61. General Business and Industry Assessment: Today versus 12 Months Ago*

|  | Decreased significantly | Decreased slightly | Stayed about the same | Increased slightly | Increased significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Demand for business factoring lines (applications) | 27% | 27% | 7% | 40% | 0% | 40% | 53% | **-13%** |
| Credit quality of borrowers applying for credit | 7% | 27% | 60% | 7% | 0% | 7% | 33% | **-27%** |
| Time to process Facility | 0% | 27% | 53% | 20% | 0% | 20% | 27% | **-7%** |
| Average facility size | 7% | 7% | 60% | 20% | 7% | 27% | 13% | **13%** |
| Average facility term (months) | 0% | 0% | 93% | 7% | 0% | 7% | 0% | **7%** |
| Size of interest rate spreads (pricing) | 0% | 21% | 71% | 7% | 0% | 7% | 21% | **-14%** |
| Fees | 0% | 40% | 53% | 7% | 0% | 7% | 40% | **-33%** |
| Standard advance rates on receivables | 7% | 0% | 67% | 27% | 0% | 27% | 7% | **20%** |
| General business conditions | 0% | 27% | 33% | 40% | 0% | 40% | 27% | **13%** |

Respondents expect further decreases in interest rate spreads, fees and improving general business conditions.

*Table 62. General Business and Industry Assessment Expectations over the Next 12 Months*

|  | Decrease significantly | Decrease slightly | Stay about the same | Increase slightly | Increase significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Demand for business factoring lines (applications) | 7% | 27% | 27% | 27% | 13% | 40% | 33% | **7%** |
| Credit quality of borrowers applying for credit | 0% | 27% | 60% | 13% | 0% | 13% | 27% | **-13%** |
| Time to process Facility | 0% | 13% | 60% | 20% | 7% | 27% | 13% | **13%** |
| Average facility size | 0% | 7% | 57% | 14% | 21% | 36% | 7% | **29%** |
| Average facility term (months) | 0% | 14% | 86% | 0% | 0% | 0% | 14% | **-14%** |
| Size of interest rate spreads (pricing) | 0% | 15% | 77% | 8% | 0% | 8% | 15% | **-8%** |
| Fees | 0% | 29% | 64% | 7% | 0% | 7% | 29% | **-21%** |
| Standard advance rates on receivables | 0% | 0% | 87% | 13% | 0% | 13% | 0% | **13%** |
| General business conditions | 0% | 7% | 33% | 47% | 13% | 60% | 7% | **53%** |

© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved. | 93

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

# BUSINESS OWNER SURVEY INFORMATION

Of the 1,034 privately-held businesses that responded to the survey, 10% had businesses that involved manufacturing, another 10% were in construction & engineering, another 10% were in professional, scientific or technical services, followed by business services (9%). Approximately 58% of businesses have annual revenues less than $1 million. Nearly 88% of business owners report having the enthusiasm to execute growth strategies, yet just 51% report having the necessary financial resources to successfully execute growth strategies.

Of the respondents who were seeking financing in the last 12 months, approximately 51% anticipated to raise less than $100,000 in capital. Approximately 45% of respondents reported that they were seeking bank business loans or business credit card financing as a source of funding, followed by friends and family (23%). Of all financing options, bank loans emerged as the financing source with the highest "willingness" for small business to use, followed by business credit cards. Results also showed that 71% of privately-held businesses that sought bank loans over the past 12 months were successful. Survey results indicated that business owners who raised capital on average contacted 2.3 banks.

Nearly three quarters of businesses (73%) are planning to hire additional workers. Approximately 45% of respondents believe government regulations and taxes are the number one issue small businesses face today, another 31% believe access to capital is the most important current issue, followed by domestic economic uncertainty (23%) and health care costs (23%). According to small businesses, of those policies most likely to lead to job creation in 2016, regulatory reform emerged as number one (27%) followed by increased access to capital (24%), and tax incentives (22%). The study showed that of those that do plan to hire, sales and marketing skills (34%) and skilled labor (34%) are in greatest demand followed by service/customer service (27%). Also, 85% of companies planning to hire indicate they'd need to train those they hire.

36% of respondents believe that general business conditions improved in the twelve months compared to 49% surveyed year ago.

## Operational and Assessment Characteristics

The privately-held business survey results were generated from 1,034 participants. The locations of businesses are distributed over all regions of the United States.

*Figure 168. Respondents Distribution by State*



© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 94

**BUSINESS OWNER cont.**

Businesses involved in manufacturing accounted for 12% of respondents followed by professional, scientific or technical services (11%) and business services (9%).

*Figure 169. Description of Entity*



- Manufacturing
- Construction & engineering
- Professional, scientific or technical services
- Business services
- Healthcare & biotech
- Retail trade
- Information technology or services
- Wholesale & distribution
- Real estate or rental and leasing
- Consumer goods & services
- Transportation and warehousing
- Finance or insurance
- Arts, entertainment or recreation
- Forestry, fishing, hunting or agriculture
- Educational services
- Basic materials & energy
- Restaurants
- Unclassified establishments
- Hotel / motel or related services
- Other services

Approximately 55% of businesses have less than or equal to five employees.

*Figure 170. Number of Employees*



- 0
- 1-2
- 3-5
- 6-10
- 11-20
- 21 - 50
- 51 - 100
- 101 - 500
- More than 500

**BUSINESS OWNER cont.**

Approximately 70% of the respondents are active control owners of their businesses.

### Figure 171. Ownership Role



- Control owner (>50%) who actively operates the business
- Control owner (>50%) who passively manages the business
- Shared-control owner (exactly 50%) who actively operates the business
- Shared-control owner (exactly 50%) who passively manages the business)
- Non-control owner (<50%) who actively operates the business
- Non-control owner (<50%) who passively manages the business
- Manager or executive with no ownership interest in the business
- Other

Approximately 58% of respondents have less than or equal to $1M in annual revenues, followed by 22% reporting between $1M and $5M.

### Figure 172. Annual Revenues



- $0
- $1 - $99K
- $100K - $499K
- $500K - $999K
- $1M - $4.99M
- $5M - $9.99M
- $10M - $24.99M
- $25M - $49.99M
- $50M - $99.99M
- $100M - $499.99M
- $500M+
- Unknown

**BUSINESS OWNER cont.**

Average change in annual revenues in the last 12 months was 1.8%.

*Figure 173. Annual Revenues Change in the Last 12 Months*



On average respondents expect their annual revenues to grow by 9.4% in the next 12 months.

*Figure 174. Annual Revenues Change Expectations in the Next 12 Months*



© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 97

**BUSINESS OWNER cont.**

Approximately 78% of businesses have net income less than or equal to $500,000, 9% of those have negative net income.

*Figure 175. Net Income*



Approximately 39% of respondents are currently not financed by any external capital sources. Nearly 27% and 24% of respondents' businesses are financed by bank business loans and business credit card financing, respectively.

*Figure 176. Current Sources of Financing*

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

**BUSINESS OWNER cont.**

Among the businesses that tried to raise capital in the last 12 months 45% applied for bank business loan and 71% were successful, whereas 40% of respondents didn't try to raise capital from any source.

*Figure 177. Capital Sources Contacted To Raise Capital in the Last 12 Months*



*Figure 178. Success Rates*



BUSINESS OWNER cont.

On average respondents who successfully raised capital contacted 3 different capital providers.

*Figure 179. Average Number of Capital Providers Contacted*



Approximately 77% of respondents attempted to raise less than $1 million in the last 12 months.

*Figure 180. Amount of Capital Attempted to Raise in the last 12 Months*



**BUSINESS OWNER cont.**

Approximately 37% of respondents took less than 7 days to complete financing process.

*Figure 181. Average Time to Complete Financing Process in Days*



32% of respondents spent less than one day during the process to successfully obtain financing (time spent by all employees and hired outsiders making inquiries, submitting proposals, meeting with capital providers, furnishing documents).

*Figure 182. Days Spent During the Process to Successfully Obtain Financing*



© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved. | 101

**BUSINESS OWNER cont.**

Among those respondents who were not able to obtain external financing in the last 12 months 44% are planning to improve the financial health of their businesses before attempting to raise capital in the future.

*Figure 183. Next Steps to Satisfy Financial Needs*



Among those respondents who didn't attempt to obtain any external financing in the last 12 months, 26% said their businesses would be rejected for funding, followed by 18% of respondents who have sufficient financing already in place, and 13% of respondents who said there were unfavorable economic conditions or low demand for products/services.

*Figure 184. Reasons for Not Trying to Obtain Capital in the Last 12 Months*

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

**BUSINESS OWNER cont.**

According to the respondents, "bank loans" as a category is the most appealing option to obtain financing.

*Figure 185. Willingness to Obtain Financing*



Approximately 48% of respondents indicated increasing revenues from current products or services as the area their businesses are most focused on today.

*Figure 186. The Most Important Area to Focus On*



© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 103

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

**BUSINESS OWNER cont.**

Approximately 27% of respondents are not planning to hire additional employees in the next 12 months, while 32% of respondents are planning to hire one or two additional employees in the next twelve months.

*Figure 187. Amount of Employees Planned to be Hired*



Approximately 18% of respondents believe economic uncertainty in the U.S. market is the number one reason preventing them from hiring, followed by consumer/business demand (16%).

*Figure 188. Reasons Preventing Privately-Held Businesses from Hiring*



According to respondents, of those policies most likely to lead to job creation in 2016, regulatory reform emerged as number one (27%) followed by increased access to capital (24%).

*Figure 189. Government Policies to Lead to Job Creation*



- Regulatory reform
- Increased access to capital
- Tax incentives
- Repeal or modify Affordable Care Act
- Education reform
- Increased competitiveness with foreign trade partners
- Other

**BUSINESS OWNER cont.**

For those businesses which do plan to hire, sales and marketing skills (34%) and skilled labor (34%) are in greatest demand followed by service/customer service (27%).

*Figure 190. The Skills in Demand for New Hires*

| Skill | Percentage |
|-------|-----------|
| Sales & marketing | 34% |
| Skilled labor | 34% |
| Service/customer service | 27% |
| Information technology | 21% |
| Management | 18% |
| Finance/financial management | 15% |
| Entrepreneurship | 13% |
| Unskilled labor | 11% |
| Human resources | 5% |
| Global business | 5% |
| Other | 8% |

85% of businesses planning to hire indicate need to train those they hire.

*Figure 191. Need for Training of New Hires*



Yes 85%
No 15%

© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 105

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

**BUSINESS OWNER cont.**

Approximately 19% of respondents indicated their business cost of equity capital is in the range of 9% - 10%.

*Figure 192. Cost of Equity Capital*



Privately-held businesses with revenues less than $5 million on average have almost the same desire to execute growth strategies (86%) as privately-held businesses with revenues greater than $5 million (94%). However, privately-held businesses with smaller revenues report lower levels of necessary resources (people, money, etc.) to grow (46%) as compared to privately-held businesses with higher revenues (68%).

*Figure 193. Usage of Financial Analysis by Revenue Sizes*



**BUSINESS OWNER cont.**

Respondents reported on their level of knowledge financing components (scale 0-4: none, some, moderate, very, completely).

### Figure 194. Level of Knowledge of Financing Components



| | Types of financing | Specific firms to contact to seek various types of financing | Advantages/ disadvantages of various types of financing | "Costs of capital" | Process to obtain financing | Specific benchmarks to qualify for financing | Financing acceptance rates |
|---|---|---|---|---|---|---|---|
| Whole sample | 2.2 | 1.9 | 2.0 | 2.1 | 2.0 | 2.1 | 1.8 |
| < $5 million | 2.1 | 1.8 | 1.9 | 2.0 | 1.9 | 2.0 | 1.7 |
| $5 - $100 million | 2.6 | 2.3 | 2.5 | 2.6 | 2.5 | 2.4 | 2.2 |

Most of the respondents are planning to transfer their ownership interest in more than five years from now while only 43% plan to transfer their ownership at the first available opportunity.

### Figure 195. Anticipation of the Ownership Transfer

**BUSINESS OWNER cont.**

Assuming respondents businesses were eligible to raise financing from both private equity and a public stock offering (IPO), 58% of them would choose private equity.

*Figure 196. Private Equity vs Initial Public Offering*



| | Private equity | Initial public offering (IPO) | Unsure |
|---|---|---|---|
| ■ Whole sample | 58% | 13% | 29% |
| ■ < $5 million | 57% | 13% | 30% |
| ■ $5 - $100 million | 63% | 13% | 24% |

When asked about general view, 56% of respondents indicated private equity as favorable financing source.

*Figure 197. General Views on Initial Public Offering and Private Equity*

| | Favorable | Neither favorable nor unfavorable | Unfavorable |
|---|---|---|---|
| ■ IPO | 32% | 35% | 33% |
| ■ PE | 56% | 26% | 18% |

© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 108

**BUSINESS OWNER cont.**

Privately-held businesses with annual revenues less than $5 million are more concerned about access to capital than those with revenues greater than $5 million. Larger privately-held businesses are more concerned about government regulations and taxes.

*Figure 198. The Number One Issue Facing Privately-Held Businesses Today by Revenue Sizes*



*Figure 199. The Number One Emerging Issue Facing Privately-Held Businesses by Revenue Sizes*



PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

**BUSINESS OWNER cont.**

Most of respondents indicated increased unit sales and prices of labor and materials, flat access to capital, and slightly improved general business conditions.

*Table 63. General Business and Industry Assessment: Today Versus Twelve Months Ago*

| Characteristics | Decreased significantly | Decreased slightly | Stayed about the same | Increased slightly | Increased significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Unit sales | 9% | 15% | 25% | 31% | 20% | 51% | 24% | 27% |
| Prices of labor and materials | 1% | 4% | 37% | 46% | 13% | 58% | 5% | 54% |
| Net income | 9% | 17% | 25% | 33% | 16% | 50% | 26% | 24% |
| Inventory levels | 2% | 14% | 59% | 19% | 6% | 25% | 16% | 8% |
| Capital expenditures | 4% | 10% | 46% | 28% | 12% | 40% | 14% | 26% |
| Opportunities for growth | 4% | 10% | 28% | 36% | 23% | 58% | 14% | 45% |
| Access to bank loans | 8% | 10% | 54% | 20% | 7% | 28% | 18% | 10% |
| Access to equity capital | 7% | 10% | 61% | 16% | 5% | 22% | 17% | 5% |
| Prices of your products or services | 1% | 7% | 43% | 43% | 5% | 49% | 8% | 41% |
| Time to collect receivables | 2% | 9% | 64% | 19% | 7% | 26% | 10% | 15% |
| Number of employees | 2% | 7% | 62% | 25% | 3% | 28% | 9% | 19% |
| Competition | 1% | 9% | 53% | 28% | 9% | 36% | 10% | 26% |
| General business conditions | 5% | 15% | 43% | 29% | 7% | 36% | 20% | 16% |
| Appetite for risk | 3% | 12% | 52% | 26% | 7% | 34% | 15% | 19% |
| Probability of business closure | 19% | 21% | 45% | 11% | 5% | 16% | 39% | -23% |
| Time worrying about economy | 8% | 16% | 41% | 20% | 15% | 35% | 24% | 12% |

PEPPERDINE PRIVATE CAPITAL MARKETS PROJECT | PRIVATE CAPITAL MARKETS REPORT – 2017

**BUSINESS OWNER cont.**

Participants of the survey believe almost all general business characteristics will increase in the next 12 months.

*Table 64. General Business and Industry Assessment Expectations Over the Next 12 Months*

| Characteristics | Decreased significantly | Decreased slightly | Stayed about the same | Increased slightly | Increased significantly | % increase | % decrease | Net increase/ decrease |
|---|---|---|---|---|---|---|---|---|
| Unit sales | 1% | 5% | 19% | 49% | 25% | 75% | 7% | **68%** |
| Prices of labor and materials | 1% | 3% | 34% | 55% | 7% | 62% | 4% | **57%** |
| Net income | 1% | 7% | 19% | 49% | 24% | 73% | 8% | **64%** |
| Inventory levels | 2% | 7% | 56% | 29% | 6% | 36% | 8% | **27%** |
| Capital expenditures | 3% | 8% | 46% | 32% | 10% | 43% | 11% | **31%** |
| Opportunities for growth | 1% | 5% | 25% | 41% | 29% | 69% | 6% | **63%** |
| Access to bank loans | 4% | 5% | 54% | 28% | 8% | 36% | 10% | **26%** |
| Access to equity capital | 5% | 5% | 57% | 25% | 9% | 34% | 9% | **25%** |
| Prices of your products or services | 1% | 3% | 40% | 51% | 5% | 56% | 4% | **51%** |
| Time to collect receivables | 2% | 8% | 69% | 18% | 3% | 21% | 10% | **11%** |
| Number of employees | 1% | 2% | 45% | 46% | 6% | 52% | 3% | **49%** |
| Competition | 2% | 6% | 56% | 30% | 6% | 36% | 8% | **28%** |
| General business conditions | 2% | 8% | 41% | 39% | 10% | 49% | 10% | **39%** |
| Appetite for risk | 2% | 11% | 51% | 28% | 8% | 36% | 13% | **23%** |
| Probability of business closure | 23% | 22% | 44% | 7% | 4% | 12% | 45% | **-33%** |
| Time worrying about economy | 11% | 20% | 45% | 14% | 11% | 24% | 31% | **-7%** |

© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 111

# ABOUT THE AUTHOR

**Craig R. Everett, PhD**

Director, Pepperdine Private Capital Markets Project

Craig R. Everett is an assistant professor of finance at Pepperdine Graziadio School of Business and Management and Director of the Pepperdine Private Capital Markets Project. His teaching and research interests include entrepreneurial finance, private capital markets, business valuation and behavioral corporate finance.

He holds a PhD in finance from Purdue University, an MBA from George Mason University, and a BA in quantitative economics from Tufts University. Dr. Everett is the author of the best-selling children's fantasy novel, Toby Gold and the Secret Fortune, which incorporates such financial literacy topics as saving, investing, banking, entrepreneurship, interest rates, return on investment, and net worth.

His research has appeared in the *Wall Street Journal*, CNBC, *USA Today*, and the *New York Times*, been published in a number of journals and been presented at domestic and international conferences. Craig Everett is member of the Beta Gamma Sigma Honor Society, Financial Executives International, and the Los Angeles World Affairs Council. Dr. Everett is a certified mergers & acquisitions advisor (CM&AA), and a registered investment advisor (RIA) with the state of California.

Contact: privatecap@pepperdine.edu

# ABOUT PEPPERDINE GRAZIADIO
# SCHOOL OF BUSINESS AND MANAGEMENT

A leader in cultivating entrepreneurship and digital innovation, the Pepperdine Graziadio School of Business and Management focuses on the real-world application of MBA-level business concepts. The Graziadio School provides student-focused, globally-oriented education through part-time, full-time, and executive MBA programs at our five Southern California locations, Silicon Valley and Santa Barbara campuses, as well as through online and hybrid formats. In addition, the Graziadio School offers a variety of master of science programs, a bachelor of science in management degree-completion program, and the Presidents and Key Executives MBA, as well as executive education certificate programs. Follow the Graziadio School on Facebook, on Twitter at @GraziadioSchool, Instagram and LinkedIn.

© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 112

# INDEX OF TABLES

Table 1.  Private Capital Market Required Rates of Return ................................................................................. 3

Table 2.  Median Deal Multiples by EBITDA Size of Company .......................................................................... 7

Table 3. Median Total Leverage Multiples by Size of Company ....................................................................... 8

Table 4. Median Senior Leverage Multiples by Size of Company ..................................................................... 8

Table 5. Balance of Available Capital with Quality Companies ...................................................................... 10

Table 6. How Difficult to Arrange Senior Debt for Transactions over the Past 12 Months........................... 10

Table 7. General Business and Industry Assessment: Today versus 12 Months Ago ................................... 10

Table 8. General Business and Industry Assessment Expectations over the Next 12 Months...................... 11

Table 9. PEG Fund Data .................................................................................................................................. 12

Table 10. General Characteristics – Buyout Transactions (medians) ............................................................ 15

Table 11. General Characteristics – Non-Buyout Transactions (medians) .................................................... 15

Table 12. The Balance of Available Capital with Quality Companies for the Following EBITDA Size .......... 18

Table 13. General Business and Industry Assessment: Today versus 12 Months Ago.................................. 18

Table 14. General Business and Industry Assessment Expectations over the Next 12 Months .................... 19

Table 15. All-in Rates by Loan Size and Industry........................................................................................... 21

Table 16. All-in Rates by Loan Type............................................................................................................... 21

Table 17. Senior Leverage Multiple by EBITDA Size ..................................................................................... 22

Table 18. Fees Charged .................................................................................................................................. 22

Table 19. Importance of Financial Evaluation Metrics ................................................................................... 23

Table 20. Financial Evaluation Metrics Average Data .................................................................................... 23

Table 21. Personal Guarantee and Collateral Percentage of Occurrence by Size of Loan (%) ................... 23

Table 22. Applications Data ............................................................................................................................. 23

Table 23. General Business and Industry Assessment: Today versus 12 Months Ago.................................. 25

Table 24. General Business and Industry Assessment Expectations over the Next 12 Months .................... 26

Table 25. All-in Rates on Current Asset-Based Loans (medians) .................................................................. 27

Table 26. Standard Advance Rate (or LTV ratio) for Assets (%) ................................................................... 28

Table 27. Mezzanine Fund Data ..................................................................................................................... 30

Table 28. Sponsored Deals by EBITDA Size (medians) ................................................................................ 32

Table 29. Investment Type by Size of Investee Company, Sponsored Deals ..............................................................32

Table 30. Non-Sponsored Deals by EBITDA Size (medians) .....................................................................................33

Table 31. Investment Type by Size of Investee Company, Sponsored Deals ..............................................................33

Table 32. Importance of Financial Evaluation Metrics ...........................................................................................34

Table 33. Financial Evaluation Metrics Average Data ...........................................................................................35

Table 34. General Business and Industry Assessment: Today versus 12 Months Ago ..................................................36

Table 35. General Business and Industry Assessment Expectations over the Next 12 Months ......................................36

Table 36. Importance of Factors When Evaluating ...............................................................................................41

Table 37. General Business and Industry Assessment: Today versus 12 Months Ago ..................................................42

Table 38. General Business and Industry Assessment Expectations over the Next 12 Months ......................................42

Table 39. VC Fund Data .................................................................................................................................44

Table 40. General Information on Investments by Company Stages ..........................................................................45

Table 41. General Business and Industry Assessment: Today versus 12 Months Ago ..................................................48

Table 42. General Business and Industry Assessment Expectations over the Next 12 Months ......................................48

Table 43. General Information on Investments by Company Stages ..........................................................................51

Table 44. General Business and Industry Assessment: Today versus 12 Months Ago ..................................................54

Table 45. General Business and Industry Assessment Expectations over the Next 12 Months ......................................54

Table 46. General Business and Industry Assessment: Today versus 12 Months Ago ..................................................57

Table 47. General Business and Industry Assessment Expectations over the Next 12 Months ......................................58

Table 48. How Difficult to Arrange Senior Debt for Transactions over the Past 12 Months ...........................................61

Table 49. Number of New Clients in the Last 3 Months ..........................................................................................63

Table 49. Expectations of Business Listings/ Engagements from New Clients in the Next 3 Months .......................................86

Table 50. Expectations for Business Valuation Multiples in the Next 3 Months ...........................................................86

Table 51. General Business and Industry Assessment: Today versus 12 Months Ago ..................................................87

Table 52. General Business and Industry Assessment: Expectations over the Next 12 Months ......................................87

Table 53. Fees Charged ..................................................................................................................................89

Table 54. Median Percentage or Amount Charged ...............................................................................................90

Table 55. Spread (%) .....................................................................................................................................90

Table 56. Typical Current Requirements ............................................................................................................91

Table 57. Discount fee (%) on Outstanding Invoices for Notification Basis ................................................................91

**Table 58. Expected Total Write-off – Percentage of Receivables Purchased on New Arrangements (%)** ................................ 92

**Table 59. Average Number of Days Outstanding Receivables** ................................................................................................... 92

**Table 60. General Business and Industry Assessment: Today versus 12 Months Ago** ............................................................... 93

**Table 61. General Business and Industry Assessment Expectations over the Next 12 Months** ................................................ 93

**Table 62. General Business and Industry Assessment: Today Versus Twelve Months Ago** ..................................................... 110

**Table 63. General Business and Industry Assessment Expectations Over the Next 12 Months** ............................................. 111

# INDEX OF FIGURES

Figure 1. Private Capital Market Required Rates of Return ................................................................................................ 2

Figure 2. Private Business Sales Transactions Closed in the Last 12 Months ................................................................ 4

Figure 3. Business Types That Were Involved in the Transactions Closed in the Last 12 Months ............................ 5

Figure 4. Average Number of Months to Close One Deal ................................................................................................ 5

Figure 5. Private Business Transactions Expected to Close in the Next 12 Months ................................................... 5

Figure 6. Percentage of Business Sales Engagements Terminated Without Transacting ........................................... 6

Figure 7. Reasons for Business Sales Engagements Not Transacting ............................................................................ 6

Figure 8. Valuation Gap in Pricing for Transactions That Didn't Close ....................................................................... 6

Figure 9. Usage of Valuation Methods ............................................................................................................................... 7

Figure 10. Usage of Multiple Methods ............................................................................................................................... 7

Figure 11. Components of Closed Deals ............................................................................................................................. 8

Figure 12.  Percent of Transactions Involved Strategic and Financial Buyers ............................................................ 9

Figure 13.  Premium Paid by Strategic Buyers Relative to Financial Buyers ............................................................. 9

Figure 14.  Percent of Transactions Involved Strategic and Financial Buyers ............................................................ 9

Figure 15. Issues Facing Privately-Held Businesses ...................................................................................................... 11

Figure 16. Typical Investment Size ................................................................................................................................... 12

Figure 17. Type of Business for Investments Planned over Next 12 Months ........................................................... 13

Figure 18. Total Number of Investments Made in the Last 12 Months ...................................................................... 13

Figure 19. Number of Follow-on Investments Made in the Last 12 Months ............................................................ 13

Figure 20. Number of Total Investments Planned over Next 12 Months .................................................................. 14

Figure 21. Number of Follow-on Investments Planned over Next 12 Months .......................................................... 14

Figure 22. Size of Buyout Investments in the Last 12 Months .................................................................................... 14

Figure 23. Size of Non-Buyout Investments in the Last 12 Months ........................................................................... 15

Figure 24. Usage of Valuation Approaches ..................................................................................................................... 16

Figure 25. Usage of Multiple Methods ............................................................................................................................. 16

Figure 26. Items Required to Close One Deal .................................................................................................................. 17

Figure 27. Exit Plans for Portfolio Companies ............................................................................................................... 17

Figure 28. Issues Facing Privately-Held Businesses ...................................................................................................... 19

Figure 29. Description of Lending Entity ................................................................................................... 20

Figure 30. Participation in Government Loan Programs ........................................................................... 20

Figure 31. Typical Investment Size ........................................................................................................... 21

Figure 32. Borrower Motivation to Secure Financing (past 12 months) ................................................... 22

Figure 33. Typical EBITDA Sizes for Companies Booked .......................................................................... 27

Figure 34. Asset-Based Loans Decline Rate ............................................................................................. 28

Figure 35. SBIC (small business investment) Firms .................................................................................. 29

Figure 36. Type of Business for Investments Planned over Next 12 Months ............................................ 30

Figure 37. Total Number of Investments Made in the Last 12 Months ..................................................... 30

Figure 38. Number of Follow-on Investments Made in the Last 12 Months .............................................. 31

Figure 39. Number of Total Investments Planned over Next 12 Months ................................................... 31

Figure 40. Number of Follow-on Investments Planned over Next 12 Months ........................................... 31

Figure 41. Size of Sponsored Deals in the Last 12 Months ...................................................................... 32

Figure 42. Size of Non-Sponsored Deals in the Last 12 Months .............................................................. 33

Figure 43. Borrower Motivation to Secure Mezzanine Funding (past 12 months) .................................... 34

Figure 44. Items Required to Close One Deal ........................................................................................... 34

Figure 45. Entity Type .............................................................................................................................. 37

Figure 46. Assets under Management or Investable Funds ...................................................................... 38

Figure 47. Current Asset Allocation for "Alternative Assets" (% of total portfolio) ................................... 38

Figure 48. Target Asset Allocation for "Alternative Assets" (% of total portfolio) ..................................... 38

Figure 49. Target Asset Allocation by Assets ........................................................................................... 39

Figure 50. Annual Return Expectations for New Investments ................................................................... 39

Figure 51. Assets with the Best Risk/Return Trade-off Currently ............................................................. 40

Figure 52. Industry with the Best Risk/Return ......................................................................................... 40

Figure 53. Geographic Regions of the World Offering the Best Risk/Return Tradeoff Currently ............... 40

Figure 54. Issues Facing Privately-Held Businesses ................................................................................ 41

Figure 55. Total Number of Investments Made in the Last 12 Months ..................................................... 43

Figure 56. Number of Follow-on Investments Made in the Last 12 Months .............................................. 43

Figure 57. Number of Total Investments Planned over Next 12 Months ................................................... 44

Figure 58. Number of Follow-on Investments Planned over Next 12 Months ........................................... 44

Figure 59. Type of Business for Investments Planned over Next 12 Months ................................................................. 45

Figure 60. Geographic Location of Planned Investment over Next 12 Months ............................................................. 46

Figure 61. Usage of Valuation Methods ....................................................................................................................... 46

Figure 62. Usage of Multiple Methods ......................................................................................................................... 46

Figure 63. Exit Plans for Portfolio Companies .............................................................................................................. 47

Figure 64. Current Issues Facing Privately-Held Businesses ........................................................................................ 47

Figure 65. Total Number of Investments Made in the Last 12 Months ........................................................................ 49

Figure 66. Number of Follow-on Investments Made in the Last 12 Months ................................................................ 49

Figure 67. Number of Total Investments Planned over Next 12 Months ..................................................................... 50

Figure 68. Number of Follow-on Investments Planned over Next 12 Months ............................................................. 50

Figure 69. Type of Business for Investments Planned over Next 12 Months ............................................................... 50

Figure 70. Geographic Location of Planned Investment over Next 12 Months ............................................................ 51

Figure 71. Geographical Limit for Investment .............................................................................................................. 52

Figure 72. Usage of Multiple Methods ......................................................................................................................... 52

Figure 73. Items Required to Close One Deal ............................................................................................................... 53

Figure 74. Exit Plans for Portfolio Companies .............................................................................................................. 53

Figure 75. Annual Revenues of Companies Valued ...................................................................................................... 55

Figure 76. Usage of Valuation Methods ....................................................................................................................... 55

Figure 77. Usage of Multiple Methods ......................................................................................................................... 56

Figure 78. Average Risk-Free Rate and Market (equity) Risk Premium and Long-Term Growth Rate ....................... 56

Figure 79. Discount for Lack of Marketability (DLOM) by Revenue Sizes ................................................................... 56

Figure 80. Overall Comfort Level with Applying Public Cost of Capital to Privately-held Companies of Various Sizes .............. 57

Figure 81. Explicit Forecast Period for High-Growth Companies by Revenue Sizes (years) ....................................... 57

Figure 82. Issues Facing Privately-Held Businesses ..................................................................................................... 58

Figure 83. Private Business Sales Transactions Closed in the Last Twelve Months ..................................................... 59

Figure 84. Private Business Sales Transactions Expected to Close in the Next Twelve Months ................................... 59

Figure 85. Typical Size of Business Transactions .......................................................................................................... 60

Figure 86. Business Transactions in the Last 12  Months ............................................................................................. 60

Figure 87. Did Respondents Close More Transactions in 2016 than in Previous Years ............................................... 60

Figure 88. Closed Business Transactions ...................................................................................................................... 61

Figure 89. In 2016, Best Client Arrived By: .................................................................................................... 61

Figure 90. Types of Referrals ........................................................................................................................ 62

Figure 91. Types of Publication/ Media Source ............................................................................................ 62

Figure 92. Was It Buyer's or Seller's Market in the Last 3 Months ............................................................... 62

Figure 93. Median Number of Months from Listing / Engagement to Close by Deal Size ........................... 63

Figure 94. Median Number of Months from LOI / Offer to Close by Deal Size ............................................ 63

Figure 95. Median SDE Multiple Paid by Deal Size........................................................................................ 63

Figure 96. Median EBITDA Multiple Paid by Deal Size .................................................................................. 64

Figure 97. Multiple Types by Deal Size ......................................................................................................... 64

Figure 98. Buyer Type by Deal Size................................................................................................................ 65

Figure 99. Reason for Seller to Go to Market by deal Size ........................................................................... 65

Figure 100. Number One Motivation for Buyer by Deal Size......................................................................... 66

Figure 101. Median Percentage of Final/ Selling Price Realized to Asking/ Benchmark Price by Deal Size.............................. 66

Figure 102. Buyer Location by Deal Size ....................................................................................................... 67

Figure 103. Financing Structure by Deal Size ............................................................................................... 67

Figure 104. Number of Months from Engagement/ Listing to Close ........................................................... 68

Figure 105. Number of Months from LOI/ Offer to Close ............................................................................ 68

Figure 106. Industry Type ............................................................................................................................. 68

Figure 107. SDE Multiple Paid....................................................................................................................... 69

Figure 108. EBITDA Multiple Paid................................................................................................................. 69

Figure 109. Multiple Paid .............................................................................................................................. 69

Figure 110. Buyer Type ................................................................................................................................. 70

Figure 111. Reason for Seller to Go to Market ............................................................................................ 70

Figure 112. Buyer Location ........................................................................................................................... 70

Figure 113. Number One Motivation for Buyer ........................................................................................... 71

Figure 114. Financing Structure ................................................................................................................... 71

Figure 115. Number of Months from Engagement/ Listing to Close ........................................................... 71

Figure 116. Number of Months from LOI/ Offer to Close ............................................................................ 72

Figure 117. Industry Type ............................................................................................................................. 72

Figure 118. SDE Multiple Paid....................................................................................................................... 72

Figure 119. EBITDA Multiple Paid ................................................................................................... 73

Figure 120. Multiple Paid ............................................................................................................... 73

Figure 121. Buyer Type .................................................................................................................. 73

Figure 122. Reason for Seller to Go to Market .............................................................................. 74

Figure 123. Buyer Location ............................................................................................................ 74

Figure 124. Number One Motivation for Buyer .............................................................................. 74

Figure 125. Financing Structure .................................................................................................... 75

Figure 126. Number of Months from Engagement/ Listing to Close .............................................. 75

Figure 127. Number of Months from LOI/ Offer to Close ............................................................... 75

Figure 128. Industry Type .............................................................................................................. 76

Figure 129. SDE Multiple Paid ....................................................................................................... 76

Figure 130. EBITDA Multiple Paid ................................................................................................. 76

Figure 131. Multiple Paid ............................................................................................................... 77

Figure 132. Buyer Type .................................................................................................................. 77

Figure 133. Reason for Seller to Go to Market .............................................................................. 77

Figure 134. Buyer Location ............................................................................................................ 78

Figure 135. Number One Motivation for Buyer .............................................................................. 78

Figure 136. Financing Structure .................................................................................................... 78

Figure 137. Number of Months from Engagement/ Listing to Close .............................................. 79

Figure 138. Number of Months from LOI/ Offer to Close ............................................................... 79

Figure 139. Industry Type .............................................................................................................. 79

Figure 140. SDE Multiple Paid ....................................................................................................... 80

Figure 141. EBITDA Multiple Paid ................................................................................................. 80

Figure 142. Multiple Paid ............................................................................................................... 80

Figure 143. Buyer Type .................................................................................................................. 81

Figure 144. Reason for Seller to Go to Market .............................................................................. 81

Figure 145. Buyer Location ............................................................................................................ 81

Figure 146. Number One Motivation for Buyer .............................................................................. 82

Figure 147. Financing Structure .................................................................................................... 82

Figure 148. Number of Months from Engagement/ Listing to Close .............................................. 82

Figure 149. Number of Months from LOI/ Offer to Close ................................................................................ 83

Figure 150. Industry Type ................................................................................................................................ 83

Figure 151. SDE Multiple Paid ......................................................................................................................... 83

Figure 152. EBITDA Multiple Paid ................................................................................................................... 84

Figure 153. Multiple Paid ................................................................................................................................ 84

Figure 154. Buyer Type .................................................................................................................................... 84

Figure 155. Reason for Seller to Go to Market ................................................................................................ 85

Figure 156. Buyer Location .............................................................................................................................. 85

Figure 157. Number One Motivation for Buyer .............................................................................................. 85

Figure 158. Financing Structure ...................................................................................................................... 86

Figure 159. Primary Use of the Factoring Facilities Over the Last 12 Months ................................................ 88

Figure 160. Industries for Gross Invoices for the Last 12 Months .................................................................. 88

Figure 161. Term of Current Typical Factoring Facility ................................................................................... 89

Figure 162. Current Average Advance Rates for Various-Sized Facilities ........................................................ 89

Figure 163. Usage of Reference Rates ............................................................................................................. 90

Figure 164. Percentage of Factoring Business - Recourse vs Non-recourse ................................................... 90

Figure 165. Percentage of Purchases on a Non-notification Basis .................................................................. 91

Figure 166. Most Significant Concern to Factoring Business .......................................................................... 92

Figure 167. Current Issues Facing Privately-Held Businesses ......................................................................... 92

Figure 168. Respondents Distribution by State ............................................................................................... 94

Figure 169. Description of Entity ..................................................................................................................... 95

Figure 170. Number of Employees .................................................................................................................. 95

Figure 171. Ownership Role ............................................................................................................................. 96

Figure 172. Annual Revenues .......................................................................................................................... 96

Figure 173. Annual Revenues Change in the Last 12 Months ......................................................................... 97

Figure 174. Annual Revenues Change Expectations in the Next 12 Months ................................................... 97

Figure 175. Net Income ................................................................................................................................... 98

Figure 176. Current Sources of Financing ....................................................................................................... 98

Figure 177. Capital Sources Contacted To Raise Capital in the Last 12 Months ............................................ 99

Figure 178. Success Rates ................................................................................................................................ 99

Figure 179. Average Number of Capital Providers Contacted ................................................................... 100

Figure 180. Amount of Capital Attempted to Raise in the last 12 Months .............................................. 100

Figure 181. Average Time to Complete Financing Process in Days ........................................................... 101

Figure 182. Days Spent During the Process to Successfully Obtain Financing .......................................... 101

Figure 183. Next Steps to Satisfy Financial Needs ................................................................................... 102

Figure 184. Reasons for Not Trying to Obtain Capital in the Last 12 Months .......................................... 102

Figure 185. Willingness to Obtain Financing ........................................................................................... 103

Figure 186. The Most Important Area to Focus On .................................................................................. 103

Figure 187. Amount of Employees Planned to be Hired .......................................................................... 104

Figure 188. Reasons Preventing Privately-Held Businesses from Hiring ................................................... 104

Figure 189. Government Policies to Lead to Job Creation ........................................................................ 104

Figure 190. The Skills in Demand for New Hires ...................................................................................... 105

Figure 191. Need for Training of New Hires ............................................................................................. 105

Figure 192. Cost of Equity Capital .......................................................................................................... 106

Figure 193. Usage of Financial Analysis by Revenue Sizes ...................................................................... 106

Figure 194. Level of Knowledge of Financing Components ...................................................................... 107

Figure 195. Anticipation of the Ownership Transfer ............................................................................... 107

Figure 196. Private Equity vs Initial Public Offering ............................................................................... 108

Figure 197. General Views on Initial Public Offering and Private Equity ................................................. 108

Figure 198. The Number One Issue Facing Privately-Held Businesses Today by Revenue Sizes ............................................. 109

Figure 199. The Number One Emerging Issue Facing Privately-Held Businesses by Revenue Sizes ........................................ 109

© 2017| PEPPERDINE GRAZIADIO SCHOOL OF BUSINESS AND MANAGEMENT. All Rights Reserved.  | 122

# Exhibit 44

**Subject**: Surgical Program Development
**From**: Brendan B <brendan@surgicalprogram.com>
**To**: jhopwood@promisehealthcare.com
**Cc**: "mapodaca@silverlakemc.com" <mapodaca@silverlakemc.com>, Brian Cotter <brian.cotter@silverlakemc.com>, David Armstrong <David.Armstrong@promisehealthcare.com>, George Watkins <GWatkins@silverlakemc.com>
**Date Sent**: Monday, April 3, 2017 3:09:19 PM GMT-07:00
**Date Received**: Monday, April 3, 2017 3:09:19 PM GMT-07:00
**Attachments**: SPD SL RECONCILIATION SPREADSHEETS 4-3-17.xlsx

Good Afternoon Jim

Per your request, enclosed is the most recent spreadsheet that Phil has updated with the approximately $325K payments made in the last 5 weeks as well as adjustments due to the accounts that were previously assigned to us that were Tri-West or MediCal.

The results actually put us at the agreed 180 days -agreed after determining that it was taking 45-90 days to get a completed bill- as we have now paid up to and including cases on September 20, 2016 9per the attached). We will still honor the $304K that I agreed to pay provided our collections aren't interfered with and our checks are announced and offered for pick-up as they come; and we will pay that sum over the next six months by adding $50K to each month's balance.

You will notice that the credit that we took for the cases from 1-1-14 to 8-10-15 is still there. George asked his B.O. to back it out, but if we do that we will be in default on cases that the BO originally accepted and we both rightfully zeroed out, therefore it is best to address the $304 discount that we agreed to take under those certain conditions as a separate issue to be paid as outlined above.

I also promised to lower the 180 days to hopefully 90-120 days since you promised to fix the issues that need correcting at the business office level so that we can get our bills timely and have them be complete packages.

Lloyd Bookman is working on the new agreement, and he will hopefully have it to Jeremy Miller in the next few days.

Regards

Brendan

--
*Brendan Bakir, CEO*
*The Silver Lake Spine Institute*
*Surgical Program Development*
*Brendan@SurgicalProgram.com*
*www.SurgicalProgram.com*
*(800) 399-4399*
*+1(310) 861-5001 (fax)*
*+1(310) 748-8800 (Mobile)*



EXHIBIT

SPD -13

# Exhibit 45

4:51 PM
04/11/17
Cash Basis

# Surgical Program Development
# Profit & Loss
### January through December 2016

| | Jan - Dec 16 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Income | 3,282,585.94 |
| **Total Income** | 3,282,585.94 |
| **Cost of Goods Sold** | |
| Cost of Services Sold | 1,281,805.02 |
| **Total COGS** | 1,281,805.02 |
| **Gross Profit** | 2,000,780.92 |
| **Expense** | |
| Reference Materials | 845.23 |
| Employee Medical Care | 4,057.69 |
| Meals & Entertainment | 11,426.36 |
| Advertising | 8,610.55 |
| **Auto** | |
| Fuel | 2,701.77 |
| Insurance | 5,228.78 |
| Loan | 15,982.92 |
| Parking | 286.24 |
| Registration | 731.00 |
| Service | 1,633.54 |
| **Total Auto** | 26,564.25 |
| Bank Charge | 203.73 |
| Computer Expenses | 10,378.09 |
| Dues | 1,329.55 |
| Entertainment | 1,526.54 |
| Gift | 2,394.51 |
| Hosting Expense | 11,314.10 |
| **Insurance** | |
| Workers Comp | 450.00 |
| Liability | 4,813.00 |
| Insurance - Other | 3,459.00 |
| **Total Insurance** | 8,722.00 |
| Licenses and Permits | 844.70 |
| Management Fees - Out Acct | 385,000.00 |
| Marketing | 364.71 |
| Merchant Fees | 846.70 |
| Miscellaneous | 7,250.00 |
| Office Expense | 3,547.19 |
| Office Supplies | 6,937.88 |
| Outside Services | 154,801.16 |
| **Patients expense** | |
| Transportation | 1,361.30 |
| **Total Patients expense** | 1,361.30 |
| Postage and Delivery | 4,759.35 |
| Printing and Reproduction | 1,104.80 |
| Processing Fees | 848.80 |
| **Professional Fees** | |
| Professional Fees | 4,243.53 |
| Doctor | 1,750.00 |
| Bookkeeping | 10,572.50 |
| Consulting | 36,175.00 |
| Legal | 20,750.00 |
| **Total Professional Fees** | 73,491.03 |

SPD003043

# Surgical Program Development
## Profit & Loss
### January through December 2016

|  | Jan - Dec 16 |
|---|---|
| **Promotion** | 176.54 |
| **Promotional Material** | 3,685.79 |
| **Rent** | 13,574.03 |
| **Repairs & Maintenance** | 2,748.80 |
| **Software** | 114.80 |
| **Storage** | 7,343.00 |
| **Subscriptions** | 2,974.27 |
| **Taxes** | |
|     **Property** | 33,677.75 |
|     **Taxes - Other** | 21,153.05 |
| **Total Taxes** | 54,830.80 |
| **Telephone** | |
|     **Cell** | 1,318.23 |
|     **Telephone** | 4,859.15 |
|     **Telephone - Other** | 5,087.32 |
| **Total Telephone** | 11,264.70 |
| **Trade Show Exp** | 1,194.42 |
| **Travel** | |
|     **Transportation** | 38,145.07 |
|     **Lodging** | 31,458.22 |
|     **Meals** | 2,278.58 |
|     **Travel** | 4,454.71 |
| **Total Travel** | 76,336.58 |
| **Utilities** | |
|     **Internet** | 3,324.29 |
|     **Utilities - Other** | 2,400.34 |
| **Total Utilities** | 5,724.63 |
| **Total Expense** | 908,498.58 |
| **Net Ordinary Income** | 1,092,282.34 |
| **Other Income/Expense** | |
| **Other Expense** | |
|     **Interest Exp** | 120.52 |
| **Total Other Expense** | 120.52 |
| **Net Other Income** | -120.52 |
| **Net Income** | **1,092,161.82** |

SPD003044

4:59 PM

04/11/17

Cash Basis

# Surgical Program Development
## Balance Sheet
### As of December 31, 2016

|  | Dec 31, 16 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| First Bank and Trust #3334 | -128,829.39 |
| **Total Checking/Savings** | -128,829.39 |
| **Other Current Assets** | |
| Loan - Yvonne ML Medical | 2,000.00 |
| Loan - Machelle Murray | 2,705.86 |
| Loan - Shimadzu Lab Equipment | 52,288.36 |
| Loan - Bay Spine Associates | 20,000.00 |
| Loan - Steve Popkin | 169,000.00 |
| Loan - Tachycardia | 545,258.27 |
| Loan - Phillip Sobol MD | 225,000.00 |
| Loan - Hospital Consultants Grp | 28,000.00 |
| Loan - Reemar Med Grp Inc | 197,335.73 |
| Loan - Power Surgical | 35,896.13 |
| **Total Other Current Assets** | 1,277,484.35 |
| **Total Current Assets** | 1,148,654.96 |
| **Fixed Assets** | |
| Shimadzu Lab Equipment | 158,212.71 |
| Machinery (Lab) | 37,112.31 |
| Equipment (Office) | 15,821.25 |
| **Total Fixed Assets** | 211,146.27 |
| **TOTAL ASSETS** | **1,359,801.23** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| AmEx #72006 | 18.61 |
| AmEx #73005 | 8,480.33 |
| AmEx #52007 | 16,753.64 |
| Bank of America | -8,226.79 |
| **Total Credit Cards** | 17,025.79 |
| **Other Current Liabilities** | |
| Payroll checks for PS or RMG | -2,519.21 |
| Loan - Hospital Reveivable Acq | 50,000.00 |
| Credit Line - Preferred Credit | 17,347.67 |
| Loan #1 | 18,825.00 |
| Loan - Brendan Bakir | 644,500.00 |
| **Total Other Current Liabilities** | 728,153.46 |
| **Total Current Liabilities** | 745,179.25 |
| **Long Term Liabilities** | |
| Owner Loan | -1,366,389.65 |
| **Total Long Term Liabilities** | -1,366,389.65 |
| **Total Liabilities** | -621,210.40 |
| **Equity** | |
| Owner Contribution | 216.33 |
| **Owner Draw** | |
| Taxes | -125,290.00 |
| Medical | -25,766.79 |
| Owner Draw - Other | -646,596.93 |
| **Total Owner Draw** | -797,653.72 |

4:59 PM

04/11/17

Cash Basis

# Surgical Program Development
## Balance Sheet
### As of December 31, 2016

|  | Dec 31, 16 |
| --- | --- |
| Retained Earnings | 1,686,287.20 |
| Net Income | 1,092,161.82 |
| **Total Equity** | 1,981,011.63 |
| **TOTAL LIABILITIES & EQUITY** | **1,359,801.23** |

SPD003046

# Exhibit 46

| SCHEDULE C<br>(Form 1040) | **Profit or Loss From Business**<br>(Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service  (99) | ► Information about Schedule C and its separate instructions is at *www.irs.gov/schedulec*.<br>► Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065. | **2016**<br>Attachment<br>Sequence No.  **09** |

| Name of proprietor<br>BRENDAN BAKIR | Social security number (SSN)<br>\*\*\*–\*\*–\*\*\*\* |
|---|---|

**A** Principal business or profession, including product or service (see instructions)
SURGICAL PROGRAM DEVELOPMENT LLC

**B** Enter code from instructions
► 523900

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN), (see instr.)
20-3517408

**E** Business address (including suite or room no.) ►

City, town or post office, state, and ZIP code

**F** Accounting method:  (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ►

**G** Did you 'materially participate' in the operation of this business during 2016? If 'No,' see instructions for limit on losses. . . . ☒ Yes ☐ No

**H** If you started or acquired this business during 2016, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . ►☐

**I** Did you make any payments in 2016 that would require you to file Form(s) 1099? (see instructions) . . . . . . . . . . . ☐ Yes ☒ No

**J** If 'Yes,' did you or will you file required Forms 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

### Part I  Income

| | | |
|---|---|---|
| 1 Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked . . . . . . . . . . . . . . . . ►☐ | **1** | 3,282,586. |
| 2 Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| 3 Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 3,282,586. |
| 4 Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | 1,281,865. |
| 5 **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | 2,000,721. |
| 6 Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| 7 **Gross income.** Add lines 5 and 6. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► | **7** | 2,000,721. |

### Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 Advertising. . . . . . . . . . . . . . | **8** | 15,234. | 18 Office expense (see instructions) . . . . | **18** | 3,547. |
| 9 Car and truck expenses (see instructions). . . . . . . . . . . | **9** | 7,881. | 19 Pension and profit-sharing plans. . . . | **19** | |
| 10 Commissions and fees . . . . . . . | **10** | | 20 Rent or lease (see instructions): | | |
| 11 Contract labor (see instructions) . . . . . . . . . . | **11** | | **a** Vehicles, machinery, and equipment. . . . . | **20a** | |
| 12 Depletion . . . . . . . . . . . . . . | **12** | | **b** Other business property . . . . . . . . . . . | **20b** | 13,574. |
| 13 Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . . . . . . . | **13** | | 21 Repairs and maintenance . . . . . . . . . | **21** | 2,749. |
| | | | 22 Supplies (not included in Part III) . . . . . | **22** | 6,938. |
| | | | 23 Taxes and licenses . . . . . . . . . . . . | **23** | 55,416. |
| | | | 24 Travel, meals, and entertainment: | | |
| 14 Employee benefit programs (other than on line 19). . . . . . | **14** | 4,058. | **a** Travel . . . . . . . . . . . . . . . . . . . | **24a** | 74,058. |
| 15 Insurance (other than health) . . | **15** | 8,722. | **b** Deductible meals and entertainment (see instructions) . . . . . . . . . . . . . . | **24b** | 7,616. |
| 16 Interest: | | | 25 Utilities . . . . . . . . . . . . . . . . . . | **25** | 5,725. |
| **a** Mortgage (paid to banks, etc.) . . . . . . | **16a** | | 26 Wages (less employment credits). . . . . | **26** | |
| **b** Other. . . . . . . . . . . . . . . . . | **16b** | 121. | 27a Other expenses (from line 48) . . . . . . . | **27a** | 603,780. |
| 17 Legal and professional services . | **17** | 73,491. | **b** Reserved for future use . . . . . . . . . . | **27b** | |

| | | |
|---|---|---|
| 28 **Total expenses** before expenses for business use of home. Add lines 8 through 27a. . . . . . . . . . . . . . ► | **28** | 882,910. |
| 29 Tentative profit or (loss). Subtract line 28 from line 7. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **29** | 1,117,811. |
| 30 Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions).<br>**Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . . . . . . . . . . | **30** | |
| 31 **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | **31** | 1,117,811. |

32 If you have a loss, check the box that describes your investment in this activity (see instructions).

• If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**

• If you checked 32b, you **must** attach Form 6198. Your loss may be limited.

32a ☐ All investment is at risk.
32b ☐ Some investment is not at risk.

**BAA  For Paperwork Reduction Act Notice, see the separate instructions.**   FDIZ0112L  08/13/16   Schedule C (Form 1040) 2016

Schedule C (Form 1040) 2016  BRENDAN BAKIR                          ***-**-****            Page 2

**Part III**  **Cost of Goods Sold** (see instructions)

| | | | |
|---|---|---|---|
| 33 | Method(s) used to value closing inventory:  a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation) | | |
| 34 | Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If 'Yes,' attach explanation. | | ☐ Yes  ☐ No |
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | 1,281,865. |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 | Materials and supplies | 38 | |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | 1,281,865. |
| 41 | Inventory at end of year | 41 | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | 42 | 1,281,865. |

**Part IV**  **Information on Your Vehicle.**  Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year)  ▶ 1/01/08 .

44  Of the total number of miles you drove your vehicle during 2016, enter the number of miles you used your vehicle for:

a Business _____ 9,600  b Commuting (see instructions) _____  c Other _____ 2,400

45  Was your vehicle available for personal use during off-duty hours? .................................. ☒ Yes  ☐ No

46  Do you (or your spouse) have another vehicle available for personal use? .......................... ☐ Yes  ☒ No

47a Do you have evidence to support your deduction? ................................................ ☒ Yes  ☐ No

  b If 'Yes,' is the evidence written? ............................................................. ☒ Yes  ☐ No

**Part V**  **Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

SEE STATEMENT 1 _____

_____

_____

_____

_____

_____

_____

_____

| | | |
|---|---|---|
| 48 | Total other expenses. Enter here and on line 27a | 48 | 603,780. |

Schedule C (Form 1040) 2016

FDIZ0112L  08/13/16

DO NOT MAIL

# Exhibit 47

**For Discussion Purposes Only**

# Promise Healthcare Group, LLC
# OPERATIONS MEETING - April 25, 2017
# BOARD MEETING – April 26, 2017





**PRIVILEGED & CONFIDENTIAL**

1

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001554**

P004339

# AGENDA - April 25, 2017 – Operations Meeting

1. Call to Order – PETER BARONOFF
2. Chair's Introduction and Comments – PETER BARONOFF
3. Roll Call and Attendance – PETER BARONOFF
4. CEO-COO Report – Promise Healthcare, Inc. – PETER BARONOFF and RICHARD GOLD
   a. 2016 Performance
   b. 2017 Budget
   c. 2017 YTD and Second Quarter
   d. 2017 Strategy Review
   e. 2017 Growth
   f. Organization Chart
   g. Market Review
      - Performance
   h. Los Angeles Presentation
   i. CMO Report – Dr. Charles Posternack
   j. Regulatory Status – David Armstrong
   k. Facility Management Update
   l. Promise Rejuvenation Clinic

April 25, 2017

2

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001555

P004340

# AGENDA - April 25, 2017 – Operations Meeting

5.  Success Healthcare, LLC
    a.  2016 Performance
    b.  2017 Budget
    c.  2017 Performance
    d.  2017 Strategy Review
    e.  2017 Growth
    f.  Market Review
        •   Performance
        •   Revenue
        •   Expense
        •   Regulatory Impact
        •   St. Alexius Residency Slots
        •   Silver Lake Seismic Update
    g.  MTS Sale Update

6.  Board Meeting (**Board Members only**) – **Compensation Committee
    Long-Term Compensation Plan Review**
    Bill Pomierski, Partner – McDermott Will & Emery

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                                        **PROMISE_00001556**

P004341

4

Please replace this page with a number  4 (tab)

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001557**

# 4. COO Report – Promise Healthcare, Inc. – Peter Baronoff and Richard Gold

4.   CEO-COO Report – Promise Healthcare, Inc. – PETER BARONOFF and RICHARD GOLD
   a.   2016 Performance
   b.   2017 Budget
   c.   2017 YTD and Second Quarter
   d.   2017 Strategy Review
   e.   2017 Growth
   f.   Organization Chart
   g.   Market Review
      •   Performance
   h.   Los Angeles Presentation
   i.   CMO Report – Dr. Charles Posternack
   j.   Regulatory Status – David Armstrong
   k.   Facility Management Update
   l.   Promise Rejuvenation Clinic

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                              PROMISE_00001558

P004343

| EBITDAM by Facility - Annual Trend | 2013 | 2014 | 2015 | 2016 | | | 2017 | | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Audit | Stub/Audit | Audit | Budget | Operations | Extra. | Audit | Budget | Forecast | Forecast | Forecast | Forecast |
| **East Region** | | | | | | | | | | | | |
| **Shreveport/Bossier** | 5.3 | 7.6 | 11.8 | 12.5 | 12.6 | (0.1) | 12.5 | 10.0 | 8.7 | 9.0 | 10.0 | 10.3 |
| Shreveport | 0.7 | 1.8 | 6.0 | 5.8 | 6.2 | (0.1) | 6.1 | 4.3 | 3.8 | 3.7 | 4.1 | 4.3 |
| Bossier | 4.6 | 5.9 | 5.8 | 6.7 | 6.4 | (0.0) | 6.4 | 5.7 | 4.9 | 5.3 | 5.9 | 6.0 |
| | | | | | | | | | | | | |
| **Baton Rouge** | 6.9 | 5.7 | 6.8 | 7.9 | 7.8 | (0.5) | 7.3 | 6.7 | 8.1 | 8.9 | 9.9 | 10.2 |
| Ascension (Main) | 2.9 | 2.3 | 4.1 | 5.8 | 5.8 | (0.5) | 5.2 | 4.2 | 4.5 | 4.9 | 5.4 | 5.6 |
| Baton Rouge HwH | 4.0 | 3.5 | 2.7 | 2.2 | 2.1 | (0.0) | 2.0 | 2.5 | 3.6 | 4.1 | 4.5 | 4.6 |
| | | | | | | | | | | | | |
| **Florida** | 0.3 | 3.1 | (2.5) | 11.5 | 8.7 | (0.0) | 8.6 | 12.8 | 13.8 | 15.4 | 17.4 | 17.9 |
| Villages | 0.3 | 4.8 | 3.8 | 4.9 | 4.0 | (0.0) | 4.0 | 3.8 | 4.5 | 4.9 | 5.4 | 5.6 |
| Miami | | (0.3) | (3.9) | 2.2 | 1.0 | - | 1.0 | 4.7 | 3.9 | 4.9 | 5.7 | 5.8 |
| Ft. Myers | | (1.4) | (2.5) | 4.3 | 3.7 | - | 3.7 | 4.3 | 5.3 | 5.7 | 6.3 | 6.5 |
| | | | | | | | | | | | | |
| **Others** | 1.4 | 0.8 | 2.2 | 1.2 | 1.6 | (0.1) | 1.5 | 1.1 | 2.2 | 2.7 | 3.0 | 3.1 |
| Miss Lou | 1.2 | 0.8 | 1.4 | (0.4) | (0.3) | (0.0) | (0.4) | 0.0 | 0.8 | 1.2 | 1.4 | 1.4 |
| Vicksburg | 0.2 | (0.0) | 0.8 | 1.6 | 1.9 | (0.0) | 1.9 | 1.1 | 1.4 | 1.5 | 1.6 | 1.7 |
| **Total East** | 13.9 | 17.3 | 18.2 | 33.2 | 30.7 | (0.7) | 29.9 | 30.6 | 32.8 | 36.0 | 40.2 | 41.4 |
| | | | | | | | | | | | | |
| **West Region** | | | | | | | | | | | | |
| **Los Angeles** | 11.6 | 9.5 | 15.9 | 8.7 | 3.0 | (2.0) | 0.9 | 9.0 | 11.0 | 13.1 | 14.9 | 15.4 |
| East LA | 1.2 | (0.2) | 1.6 | 0.2 | (0.7) | (0.2) | (0.9) | 0.7 | 1.2 | 1.3 | 1.4 | 1.5 |
| Suburban | 10.4 | 9.6 | 14.3 | 8.5 | 3.7 | (1.8) | 1.9 | 8.3 | 9.8 | 11.8 | 13.5 | 13.9 |
| | | | | | | | | | | | | |
| **Salt Lake City** | 4.5 | 5.0 | 5.6 | 6.0 | 6.7 | (0.0) | 6.6 | 5.7 | 5.4 | 5.6 | 6.2 | 6.4 |
| Salt Lake | 4.5 | 5.0 | 5.6 | 6.0 | 6.7 | (0.0) | 6.6 | 5.7 | 5.4 | 5.6 | 6.2 | 6.4 |
| | | | | | | | | | | | | |
| **Others** | (2.0) | (0.8) | 2.7 | 2.5 | 0.7 | (0.2) | 0.5 | 3.9 | 5.4 | 6.3 | 7.1 | 7.3 |
| Phoenix | (0.2) | 0.1 | 2.4 | 2.1 | 1.7 | (0.0) | 1.7 | 2.7 | 4.1 | 4.9 | 5.5 | 5.7 |
| San Diego | (1.8) | (0.8) | 0.3 | 0.4 | (1.0) | (0.2) | (1.1) | 1.2 | 1.4 | 1.5 | 1.6 | 1.7 |
| **Total West** | 14.1 | 13.7 | 24.2 | 17.2 | 10.4 | (2.3) | 8.1 | 18.6 | 21.9 | 25.0 | 28.3 | 29.1 |
| | | | | | | | | | | | | |
| **East / West Total** | 28.0 | 31.0 | 42.3 | 50.4 | 41.1 | (3.0) | 38.1 | 49.2 | 54.7 | 61.0 | 68.5 | 70.5 |
| | | | | | | | | | | | | |
| **Ruby Region** | | | | | | | | | | | | |
| Overland Park LTACH | - | (0.0) | 1.1 | 2.0 | 2.3 | (0.0) | 2.2 | 2.1 | 1.8 | 1.9 | 2.1 | 2.1 |
| Overland Park SNF | - | 0.4 | (0.5) | 0.1 | 0.0 | (0.0) | 0.0 | 0.2 | 0.4 | 0.5 | 0.5 | 0.6 |
| Wichita Falls LTACH | - | 0.2 | 0.2 | 1.7 | 2.2 | (0.0) | 2.2 | 1.4 | 1.4 | 1.5 | 1.6 | 1.7 |
| Wichita Falls SNF | - | (0.6) | (0.9) | (0.8) | (1.0) | (0.0) | (1.0) | 0.0 | 0.1 | 0.2 | 0.2 | 0.2 |
| Dallas | - | (1.4) | 0.3 | 1.0 | 0.1 | (0.5) | (0.4) | 1.2 | 1.6 | 1.6 | 1.8 | 1.9 |
| **Total Ruby** | - | (1.4) | 0.2 | 4.0 | 3.7 | (0.6) | 3.1 | 4.9 | 5.3 | 5.6 | 6.2 | 6.4 |
| | | | | | | | | | | | | |
| **EBITDAM: East / West & Ruby Total** | 28.0 | 29.6 | 42.6 | 54.4 | 44.7 | (3.5) | 41.2 | 54.1 | 59.9 | 66.6 | 74.7 | 76.9 |
| | | | | | | | | | | | | |
| **Corporate / Real Estate** | | | | | | | | | | | | |
| **Promise 1** | | | | | | | | | | | | |
| Less: Corp. Exp. at Promise 1 | (13.8) | (14.7) | (15.1) | (17.9) | (18.6) | (0.1) | (18.6) | (18.4) | (19.7) | (20.6) | (21.6) | (21.6) |
| Plus: Rent at Owned Facilities | 3.9 | 3.5 | 3.4 | 3.4 | 3.4 | | 3.4 | 3.4 | 3.5 | 3.6 | 3.6 | 3.6 |
| Less: Real Estate Company Expenses | (0.3) | (0.2) | (0.6) | (0.8) | (0.7) | | (0.7) | (0.7) | (0.9) | (1.0) | (1.0) | (1.0) |
| Less: Wellness Overhead | | | (0.6) | (0.5) | (0.4) | | (0.4) | (0.4) | (0.5) | (0.5) | (0.5) | (0.5) |
| | | | | | | | | | | | | |
| **Promise II** | | | | | | | | | | | | |
| Less: Regional Office and Allocation | - | (1.0) | (1.6) | (1.1) | (1.1) | | (1.1) | (1.1) | (1.1) | (1.1) | (1.1) | (1.1) |
| Plus: Equipment Rentals | - | - | | | | | | | | | | |
| **Total Corporate / Real Estate** | (10.2) | (12.4) | (14.4) | (16.9) | (17.4) | (0.1) | (17.4) | (17.2) | (18.7) | (19.6) | (20.6) | (20.6) |
| | | | | | | | | | | | | |
| **EBITDA** | 17.8 | 17.2 | 28.2 | 37.5 | 27.3 | (3.6) | 23.7 | 36.9 | 41.2 | 47.0 | 54.1 | 56.3 |

April 25, 2017

5

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

| Promise Healthcare, Inc. | Audited | | | | | Estimate |
|---|---|---|---|---|---|---|
| | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
| Net Operating Revenues | 256,862,133 | 265,490,262 | 264,829,135 | 332,689,015 | 369,592,673 | 379,350,136 |
| Operating Income (Loss) | (2,679,327) | 6,797,361 | (328,242) | (4,145,328) | 9,790,755 | 5,716,672 |
| Add: | | | | | | |
| Non-Recurring and one time transaction costs | 6,874,823 | 1,798,423 | 9,284,673 | 9,478,890 | 4,448,796 | 5,045,334 |
| Discontinued Operations | | | | 1,085,185 | 439,635 | 605,260 |
| Depreciation, amortization, deferred rent | 6,511,916 | 6,089,926 | 7,571,029 | 10,807,980 | 13,515,102 | 15,965,159 |
| Pro Forma Adjusted EBITDA | 10,707,412 | 14,685,710 | 16,527,460 | 17,226,727 | 28,194,288 | 27,332,425 |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001560

P004345

| | | Extraordinary items |
|---|---|---|
| **East Region** | | |
| **Shreveport/Bossier** | | |
| | Shreveport | (71k) for Workers Comp |
| | Bossier | (30k) for Workers Comp |
| **Baton Rouge** | | |
| | Ascension (Main) | (465k) for Kwashiorkor |
| | | (50k) for Workers Comp |
| | Baton Rouge HwH | (33k) for Workers Comp |
| **Florida** | | |
| | Villages | (23k) for Workers Comp |
| | Miami | |
| **Others** | | |
| | Miss Lou | (29k) for Workers Comp |
| | Vicksburg | (27k) for Workers Comp |
| **West Region** | | |
| **Los Angeles** | | |
| | East LA | (180k) for Lewis Brisbois |
| | | (37k) for Workers Comp |
| | Suburban | (209k) for Lewis Brisbois |
| | | (180k) for Workers Comp |
| | | (1.41M) for Class Action |
| **Salt Lake City** | | |
| | Salt Lake | (47k) for Workers Comp |
| **Others** | | |
| | Phoenix | (41k) for Workers Comp |
| | San Diego | (43k) for Lewis Brisbois |
| | | (107k) for Workers Comp |
| **Ruby Region** | | |
| | Overland Park LTACH | (15k) for Workers Comp |
| | Overland Park SNF | (8k) for Workers Comp |
| | Wichita Falls LTACH | (14k) for Workers Comp |
| | Wichita Falls SNF | (7k) for Workers Comp |
| | Dallas | (500k) for MCR Outlier Audit |
| | | (18k) for Workers Comp |
| **Corporate** | | |
| | Corporate | (21k) for Lewis Brisbois |
| | | (36k) for Workers Comp |
| | **Total** | **(3.6 million)** |

April 25, 2017

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001561

P004346

# 2017 YTD and Q2

**Promise Healthcare, Inc.**

**Executive Summary- Board Budget Variances**

| | Annual 2017 | One Month Ended March 31, 2017 | | | | | YTD Ended March 31, 2017 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Board Budget | Operations | AR Reserve | Total NOI | Budget | Variance | Operations | AR Reserve | Total NOI | Budget | Variance |
| **EBITDAM** | | | | | | | | | | | |
| **Eastern Region** | | | | | | | | | | | |
| Shreveport/Bossier City | 9,987,660 | 914,842 | (107,299) | 807,543 | 814,179 | (6,636) | 3,137,846 | (354,238) | 2,783,608 | 2,285,533 | 498,075 |
| Miss Lou | 456 | 2,598 | (40,355) | (37,757) | (1,833) | (35,924) | 127,891 | 48,800 | 176,691 | 3,931 | 172,760 |
| Baton Rouge(Main Camp | 4,230,463 | 219,328 | (5,619) | 213,709 | 347,897 | (134,188) | 837,334 | (20,484) | 816,850 | 986,076 | (169,227) |
| Baton Rouge | 2,519,251 | (3,279) | (118,724) | (122,003) | 212,433 | (334,436) | 212,683 | (18,324) | 194,359 | 593,507 | (399,148) |
| The Villages | 3,825,889 | 227,219 | (69,073) | 158,146 | 335,717 | (177,571) | 1,225,563 | (38,484) | 1,187,079 | 1,039,004 | 148,075 |
| Miami Lakes | 4,679,650 | 471,408 | 2,665 | 474,073 | 374,643 | 99,430 | 1,341,663 | (72,407) | 1,269,256 | 1,088,432 | 180,824 |
| Fort Myers | 4,320,677 | 140,640 | 77,714 | 218,354 | 317,511 | (99,157) | 378,894 | 111,602 | 490,496 | 866,016 | (375,520) |
| Vicksburg | 1,080,075 | 40,264 | (10,248) | 30,016 | 85,657 | (55,641) | (103,686) | (14,610) | (118,296) | 234,860 | (353,156) |
| | 30,644,121 | 2,013,020 | (270,939) | 1,742,081 | 2,486,204 | (744,123) | 7,158,188 | (358,145) | 6,800,043 | 7,097,361 | (297,318) |
| **Western Region** | | | | | | | | | | | |
| Suburban/East Los Angel | 8,999,978 | (344,346) | 552,215 | 207,869 | 459,533 | (251,664) | (1,340,986) | 235,216 | (1,105,770) | (298,630) | (807,140) |
| Phoenix | 2,700,951 | 20,892 | (166,197) | (145,305) | 232,783 | (378,088) | 263,354 | (158,990) | 104,364 | 523,619 | (419,255) |
| Salt Lake City | 5,675,588 | 401,137 | 291,019 | 692,156 | 445,011 | 247,145 | 913,617 | 972,258 | 1,885,875 | 1,386,864 | 499,010 |
| | 17,376,517 | 77,683 | 677,037 | 754,720 | 1,137,327 | (382,607) | (164,015) | 1,048,484 | 884,469 | 1,611,854 | (727,385) |
| **Ruby Region** | | | | | | | | | | | |
| Dallas | 1,170,936 | 28,274 | - | 28,274 | 66,183 | (37,909) | 15,315 | 82,684 | 97,999 | 166,838 | (68,839) |
| Wichita Falls | 1,445,265 | 413,617 | - | 413,617 | 108,257 | 305,360 | 619,144 | (19,960) | 599,184 | 388,341 | 210,843 |
| Overland Park | 2,070,862 | 297,709 | - | 297,709 | 196,752 | 100,957 | 515,800 | 43,791 | 559,591 | 543,058 | 16,534 |
| Overland Park SNF | 181,566 | (32,319) | - | (32,319) | 12,034 | (44,353) | (72,746) | - | (72,746) | 32,255 | (105,001) |
| Wichita Falls - SNF | 6,548 | (14,372) | - | (14,372) | 130 | (14,502) | (100,225) | - | (100,225) | 1,233 | (101,458) |
| | 4,875,177 | 692,909 | - | 692,909 | 383,357 | 309,552 | 977,288 | 106,516 | 1,083,804 | 1,131,725 | (47,921) |
| **Total EBITDAM-Promise Healthcare, Inc.** | 52,895,815 | 2,783,612 | 406,098 | 3,189,710 | 4,006,888 | (817,178) | 7,971,461 | 796,855 | 8,768,316 | 9,840,941 | (1,072,624) |
| Less: Corporate Expense - (ex non recurring) | (18,811,280) | (1,767,607) | - | (1,767,607) | (1,696,773) | (70,833) | (5,115,027) | - | (5,115,027) | (5,090,320) | (24,707) |
| Less: Allocated Expense - Ruby | (1,100,000) | (91,667) | - | (91,667) | (91,667) | - | (275,001) | - | (275,001) | (275,000) | (1) |
| Plus: Rent building at owned facilities | 3,420,000 | 235,561 | - | 235,561 | 285,000 | (49,439) | 706,683 | - | 706,683 | 855,000 | (148,317) |
| Less: Real Estate Company expenses | (700,001) | (58,333) | - | (58,333) | (59,083) | 750 | (171,355) | - | (171,355) | (172,750) | 1,395 |
| **Pro Forma EBITDA-Promise Healthcare, In** | 35,704,534 | 1,101,566 | 406,098 | 1,507,664 | 2,444,364 | (936,700) | 3,116,761 | 796,855 | 3,913,617 | 5,157,870 | (1,244,254) |

**April 25, 2017**

8

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

P004347

# 2017 YTD and Q2

|  | | One Month Ended March 31, 2017 | | | YTD Ended March 31, 2017 | | | 2nd Qtr |
|---|---|---|---|---|---|---|---|---|
|  | | Total NOI | Budget | Variance | Total NOI | Budget | Variance | Projected |
| **Eastern Region** | | | | | | | | |
|  | Shreveport/Bossier City | 807,543 | 814,179 | (6,636) | 2,783,608 | 2,285,533 | 498,075 | 2,313,871 |
|  | Miss Lou | (37,757) | (1,833) | (35,924) | 176,691 | 3,931 | 172,760 | (1,662) |
|  | Baton Rouge(Main Campus) | 213,709 | 347,897 | (134,188) | 816,850 | 986,076 | (169,227) | 1,006,931 |
|  | Baton Rouge | (122,003) | 212,433 | (334,436) | 194,359 | 593,507 | (399,148) | 554,805 |
|  | The Villages | 158,146 | 335,717 | (177,571) | 1,187,079 | 1,039,004 | 148,075 | 923,062 |
|  | Miami Lakes | 474,073 | 374,643 | 99,430 | 1,269,256 | 1,088,432 | 180,824 | 1,159,014 |
|  | Fort Myers | 218,354 | 317,511 | (99,157) | 490,496 | 866,016 | (375,520) | 971,522 |
|  | Vicksburg | 30,016 | 85,657 | (55,641) | (118,296) | 234,860 | (353,156) | 246,203 |
|  | | **1,742,081** | **2,486,204** | **(744,123)** | **6,800,043** | **7,097,361** | **(297,318)** | **7,173,747** |
| **Western Region** | | | | | | | | |
|  | Suburban/East Los Angeles | 207,869 | 459,533 | (251,664) | (1,105,770) | (298,630) | (807,140) | 2,506,000 |
|  | Phoenix | (145,305) | 232,783 | (378,088) | 104,364 | 523,619 | (419,255) | 661,357 |
|  | Salt Lake City | 692,156 | 445,011 | 247,145 | 1,885,875 | 1,386,864 | 499,010 | 1,427,545 |
|  | | **754,720** | **1,213,830** | **(459,110)** | **884,469** | **1,611,854** | **(727,385)** | **4,594,902** |
| **Ruby Region** | | | | | | | | |
|  | Dallas | 28,274 | 66,183 | (37,909) | 97,999 | 166,838 | (68,839) | 242,835 |
|  | Wichita Falls | 413,617 | 108,257 | 305,360 | 599,184 | 388,341 | 210,843 | 352,219 |
|  | Overland Park | 297,709 | 196,752 | 100,957 | 559,591 | 543,058 | 16,534 | 482,892 |
|  | Overland Park SNF | (32,319) | 12,034 | (44,353) | (72,746) | 32,255 | (105,001) | 30,348 |
|  | Wichita Falls - SNF | (14,372) | 130 | (14,502) | (100,225) | 1,233 | (101,458) | 1,723 |
|  | | **692,909** | **383,357** | **309,552** | **1,083,804** | **1,131,725** | **(47,921)** | **1,110,016** |
|  | | | | | | | | |
|  | | **3,189,710** | **4,083,391** | **(893,681)** | **8,768,316** | **9,840,941** | **(1,072,624)** | **12,878,665** |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                                                PROMISE_00001563

P004348

# 2017 Strategy Review

1. <u>Good Quality – Good Business</u>
   - Clinical Operations Expansion
     - Clinical operations
     - Quality and Risk
     - Coding and clinical documentation
     - Denials management
     - Admissions verification and management
     - Accreditation and survey preparation
     - Standardized services

2. <u>Admission Criteria Execution</u>
   - Quality LTACH Compliance – CCO Strength
   - "Dashboard" Management System
   - Physician "buy in"
   - Facility clinical leadership vetted through corporate clinical department
   - Referral source value proposition

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001564

P004349

# 2017 Strategy Review

3.  <u>Promise Operating Performance</u>
    - RPPD vs. EPPD – "Dashboard" Review
    - RPPD action plan requirement – "War Board"
    - 10% EPPD reduction strategy – Labor schedule tool
    - Senior Management facility responsibility
    - Los Angeles reorganization and realignment
    - Facility CEO Metrics
    - Service contract review
    - Supply chain cost reduction

4.  <u>Cash Flow</u>
    - Wells Fargo Review
    - Revenue cycle centralized development
    - Payables leadership and changes

**April 25, 2017**

**11**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001565**

P004350

# 2017 Strategy Review

5. <u>CAPEX Requirement</u>
   - IT – Oracle, iCare
   - Shreveport HOU
   - Phoenix redesign
   - Facilities management infrastructure

6. <u>Success Divestiture</u>
   - Update

7. <u>Growth</u>
   - Los Angeles – potential 3 locations
   - Salt Lake City – Landmark acquisition
   - Phoenix expansion
   - Baton Rouge post-acute continuum
   - PRC

April 25, 2017

12

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001566

P004351

Daily Dashboard

| Region | Facility | Daily Census Data | | | | | | | Discharged SLOT Recap | | | | | | | | Cost Report Data | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Budget | Current | ADC | LTAC | Site | Other | LTAC % | LTAC LS % | LTAC NS % | LTAC SS % | Optimal Slot % | Site @ 5/6 % | Site in Valley % | Site @ IPPS % | ALOS | Days +/- | Date |
| East | Ascension | 40 | 42 | 37 | 7 | 15 | 20 | 31.8 % | 0.0 % | 75.0 % | 25.0 % | 0.0 % | 75.0 % | 8.3 % | 8.3 % | 24.17 | -63 | 8/31 |
| East | Baton Rouge Mid-City | 12 | 16 | 17 | 5 | 5 | 6 | 50.0 % | 50.0 % | 50.0 % | 0.0 % | 0.0 % | 55.6 % | 11.1 % | 33.3 % | 31.67 | 40 | 12/31 |
| East | Baton Rouge Ochsner | 18 | 9 | 10 | 2 | 3 | 4 | 40.0 % | 0.0 % | 100.0 % | 0.0 % | 0.0 % | 80.0 % | 20.0 % | 0.0 % | 32.93 | 119 | 12/31 |
| East | Bossier City | 47 | 44 | 45 | 15 | 23 | 6 | 39.5 % | 10.0 % | 60.0 % | 30.0 % | 60.0 % | 68.2 % | 0.0 % | 4.5 % | 21.33 | -180 | 12/31 |
| East | Fort Myers | 41 | 46 | 41 | 25 | 9 | 12 | 73.5 % | 10.5 % | 31.6 % | 57.9 % | 15.8 % | 11.1 % | 33.3 % | 11.1 % | 25.63 | 173 | 8/31 |
| East | Miami Dade | 47 | 45 | 45 | 41 | 1 | 3 | 97.6 % | 33.3 % | 42.9 % | 23.8 % | 20.0 % | 100.0 % | 0.0 % | 0.0 % | 28.25 | 104 | 3/31 |
| East | Miss Lou | 23 | 29 | 27 | 14 | 14 | 1 | 50.0 % | 14.3 % | 28.6 % | 57.1 % | 28.6 % | 26.3 % | 26.3 % | 0.0 % | 24.47 | -19 | 12/31 |
| East | Shreveport | 83 | 71 | 77 | 19 | 49 | 3 | 27.9 % | 0.0 % | 66.7 % | 33.3 % | 33.3 % | 50.0 % | 15.0 % | 1.7 % | 30.15 | 211 | 12/31 |
| East | The Villages | 33 | 33 | 36 | 16 | 1 | 16 | 94.1 % | 28.0 % | 56.0 % | 16.0 % | 30.8 % | 0.0 % | 0.0 % | 0.0 % | 25.08 | 18 | 6/30 |
| East | Vicksburg | 28 | 27 | 27 | 11 | 5 | 11 | 68.8 % | 66.7 % | 0.0 % | 33.3 % | 0.0 % | 64.7 % | 5.9 % | 5.9 % | 26.48 | 147 | 6/30 |
| Ruby | Dallas | 28 | 32 | 29 | 2 | 18 | 12 | 100.0 % | 50.0 % | 50.0 % | 0.0 % | 50.0 % | 66.7 % | 0.0 % | 0.0 % | 27.84 | 125 | 5/31 |
| Ruby | Overland Park | 28 | 24 | 26 | 15 | 4 | 5 | 78.9 % | 40.0 % | 60.0 % | 0.0 % | 0.0 % | 50.0 % | 50.0 % | 0.0 % | 25.37 | 51 | 5/31 |
| Ruby | Wichita | 23 | 22 | 20 | 15 | 4 | 3 | 78.9 % | 66.7 % | 16.7 % | 16.7 % | 16.7 % | 60.0 % | 20.0 % | 0.0 % | 26.24 | 171 | 5/31 |
| West | East Los Angeles | 19 | 22 | 19 | 12 | 7 | 3 | 63.2 % | 60.0 % | 20.0 % | 20.0 % | 20.0 % | 0.0 % | 66.7 % | 25.0 % | 25.87 | 54 | 6/30 |
| West | Phoenix | 40 | 31 | 31 | 21 | 0 | 10 | 100.0 % | 33.3 % | 33.3 % | 33.3 % | 20.0 % | 0.0 % | 0.0 % | 0.0 % | 22.84 | -514 | 5/31 |
| West | Salt Lake City | 36 | 36 | 34 | 17 | 3 | 16 | 85.0 % | 16.7 % | 58.3 % | 25.0 % | 50.0 % | 66.7 % | 0.0 % | 0.0 % | 22.84 | -95 | 1/31 |
| West | Suburban | 109 | 127 | 120 | 40 | 63 | 24 | 38.8 % | 20.0 % | 35.0 % | 45.0 % | 15.0 % | 46.1 % | 28.2 % | 7.7 % | 40.04 | 4393 | 6/30 |

| Region | Facility | Revenue Month to Date Recap | | | | Revenue Month to Date PPD Recap | | | | | | YTD PPD Recap | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Rev- LTAC | Rev- Site | Rev- Other | Rev- MTD | Rev- LTAC PPD | Rev- Site PPD | Rev- Other PPD | Rev- MTD PPD | Exp- Prior Mth PPD | Rev- Mth End Proj. | Rev- YTD PPD | Exp- YTD PPD |
| East | Ascension | 242,495.69 | 360,847.62 | 347,569.84 | 950,913.15 | 1,649.63 | 1,164.02 | 1,277.83 | 1,304.41 | -553.56 | 1,507,791.03 | 1,375.75 | 370.41 |
| East | Baton Rouge Mid-City | 87,341.05 | 142,168.23 | 185,571.77 | 415,081.05 | 1,505.88 | 987.28 | 1,325.51 | 1,213.69 | -582.21 | 594,048.85 | 1,237.61 | 377.86 |
| East | Baton Rouge Ochsner | 41,036.70 | 64,302.20 | 202,562.81 | 307,901.71 | 1,465.60 | 918.60 | 1,893.11 | 1,501.96 | -582.21 | 466,910.79 | 1,255.62 | 377.86 |
| East | Bossier City | 428,674.34 | 626,866.08 | 246,336.94 | 1,301,877.36 | 1,863.80 | 1,182.77 | 1,811.30 | 1,452.99 | -403.95 | 1,974,058.75 | 1,362.97 | 261.10 |
| East | Fort Myers | 727,305.58 | 158,391.72 | 299,653.67 | 1,185,350.97 | 1,641.77 | 920.88 | 1,505.80 | 1,456.21 | -528.34 | 1,903,697.07 | 1,318.97 | 394.81 |
| East | Miami Dade | 1,347,049.01 | 31,274.48 | 8,018.48 | 1,386,341.97 | 1,603.63 | 1,042.48 | 286.37 | 1,543.81 | -678.57 | 2,091,387.07 | 1,529.58 | 333.11 |
| East | Miss Lou | 229,864.00 | 266,020.66 | 11,432.00 | 507,322.66 | 1,321.06 | 755.76 | 571.60 | 929.16 | -444.09 | 811,291.38 | 956.18 | 330.37 |
| East | Shreveport | 341,691.01 | 1,212,933.10 | 146,883.88 | 1,701,507.99 | 1,817.51 | 1,003.25 | 992.46 | 1,101.30 | -435.12 | 2,540,583.55 | 1,112.24 | 285.01 |
| East | The Villages | 671,297.87 | 22,851.03 | 488,487.71 | 1,182,636.61 | 1,674.06 | 1,142.55 | 1,690.27 | 1,665.69 | -688.09 | 1,714,724.27 | 1,657.17 | 350.30 |
| East | Vicksburg | 273,676.55 | 152,613.94 | 169,848.61 | 596,139.10 | 1,479.33 | 892.48 | 976.14 | 1,124.79 | -794.76 | 896,634.48 | 1,114.19 | 218.28 |
| Ruby | Dallas | 72,571.23 | 395,321.48 | 333,290.41 | 801,183.12 | 2,134.45 | 1,251.02 | 1,436.60 | 1,376.60 | -1,030.06 | 1,248,904.73 | 1,456.73 | 212.72 |
| Ruby | Overland Park | 564,637.29 | 112,951.38 | 167,900.00 | 845,488.67 | 1,798.21 | 1,466.90 | 1,301.55 | 1,625.94 | -802.70 | 1,233,069.50 | 1,594.91 | 300.56 |
| Ruby | Wichita | 594,510.47 | 77,083.57 | 76,800.00 | 748,394.04 | 2,340.59 | 1,117.15 | 1,052.05 | 1,889.88 | -865.10 | 1,203,905.53 | 1,677.59 | 330.58 |
| West | East Los Angeles | 331,313.20 | 239,231.55 | 36,200.00 | 606,744.75 | 1,871.83 | 1,367.04 | 1,392.31 | 1,605.14 | -1,418.05 | 981,619.12 | 1,800.34 | 352.30 |
| West | Phoenix | 878,693.70 | 0.00 | 297,944.05 | 1,176,637.75 | 2,006.15 | 0.00 | 1,568.13 | 1,873.63 | -1,181.95 | 1,769,977.17 | 1,766.23 | 282.46 |
| West | Salt Lake City | 608,993.55 | 107,695.10 | 524,262.95 | 1,240,951.60 | 2,159.55 | 1,455.34 | 1,638.32 | 1,835.73 | -701.64 | 1,897,333.47 | 1,770.92 | 390.74 |
| West | Suburban | 1,500,988.72 | 1,380,961.66 | 979,501.09 | 3,861,451.47 | 2,078.93 | 1,241.87 | 1,709.43 | 1,604.26 | -1,172.88 | 5,994,694.44 | 1,760.95 | 305.04 |
| Total | | 8,942,139.96 | 5,351,519.80 | 4,522,264.21 | 18,815,923.97 | | | | | | 28,830,631.20 | | |

Microsoft Power BI

P004352

# 2017 Growth Opportunities

| Opportunity | Description/Comments | Overall Funding Need | Equity Funding Need | Run-Rate EBITDA | Timing |
|---|---|---|---|---|---|
| 1. Los Angeles Status | Gardens Regional – lease negotiation<br>St. Vincent lease negotiations<br>Plan to move ELA beds<br>Reduce semiprivate Suburban beds | | | 5.0 | 2017 |
| 2. Baton Rouge SNF Status | BRG executed agreement | | | | 2017 |
| 3. SLC SNF Status | Landmark facility acquisition | 3.0 | 1.8 | | 2017 |
| 4. Vicksburg Status | Move to main building<br>New Lease | - | - | 1.0 | 2017 |
| 5. Phoenix - Building | Add services – SNF, OR, UC – Plan 6/1/17 | *5.0 | 5.0 | 7.0 | 2017 |
| 6. Miss Lou | Acute care strategy – implementation 6/1/17 | ? | ? | 1.5-2.0 | January 2017 |
| 7. Promise Rejuvenation Clinic Status | New plan<br>Promise Rejuvenation Clinic Plan | 1.0 | - | 1.0-10.0 | 2017-2019 |

**\*Over 5 years**

14

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001568

P004353

# Corporate Organization Chart



**April 25, 2017**

15

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001569

P004354

# Operations Organization Chart



PROMISE HEALTHCARE, INC.
Organizational Chart 2017

Revised  4/21/17

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001570

P004355

g

Please replace this page with a letter "g" tab (see above)

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001571**

# COO Report – Promise - Market Review (g)

Market Review
- Performance

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                                                                                   **PROMISE_00001572**

P004357

# COO Report - Market Review  - Suburban/East LA  (g)

## Suburban/East Los Angeles:

|                      | Jan-17      | Feb-17      | Mar-17      | Qtr 1       | Qtr 2     |
|----------------------|-------------|-------------|-------------|-------------|-----------|
| Actual / Projections | (1,269,482) | (44,159)    | 207,869     | (1,105,772) | 2,506,000 |
| Budget               | (581,105)   | (177,058)   | 459,533     | (298,630)   | 2,506,000 |
| Variance             | (688,377)   | 132,899     | (251,664)   | (807,142)   | -         |

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001573**

P004358

# COO Report - Market Review  - Suburban/East LA  (g)

<u>2017 Execution Plan:</u>

- Change in leadership – CEO, CCO, DQRM, Nursing leadership – January 2017
    - Hired dynamic, experienced and proven CEO – Michael Choo
    - Hired experienced, quality driven and clinical expert CCO – Patrick Reinhard
    - Contracted new Hospital CMO – Dr. Sabahi
- Continue the execution of academic partnerships USC, UCLA and UCI for patient transfer of high acuity patients – Q1 2017
- Implemented new clinical plan – Q1 2017
    - New hospitalists and intensivists program – 4 to 8 new physicians
    - New clinical education and development requirement of nursing and clinical staff – hired Director of Clinical Education
    - Mandated physician extender management plan in ICU and Med/surg floors
    - Fully implement wound care program with Medcentris
- Developed revenue cycle oversight and review to decrease bad debt – Q1 2017
- Revamping case management with new leadership and accountability (6 employees) – Q1 2017
- Addressing building and capital needs review – Q1 2017

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001574

P004359

# COO Report - Market Review  - Suburban/East LA  (g)

- Manage and execute clinical/quality plan of improvement – CCO with CMO oversight
- Manage and execute expenses reduction plan - CFO
    - 10% overall reduction in expenses
    - Eliminate non core business lines – January 2017
- ELA Campus
    - Scale down services for preparation to close
    - Relocate 36 licenses beds to either St. Vincent's or Hawaiian Gardens
- Complete Hawaiian Gardens acquisition
    - Allows for expansion of our geographic footprint and reconfigure beds in Suburban for improved efficiency and market competitiveness

**April 25, 2017**

**20**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001575**

P004360

# COO Report - Market Review  - Suburban/East LA  (g)

Current Status:
- Hired new CFO, COO, DQRM
- CEO completed assessment and began implementation of turnaround plan
- Turnaround includes
    - Physician recruitment
    - Hire nurse managers to support nurse leadership (CCO)
    - Hired CDI specialist to improve documentation, leading to higher CMI
    - Reorganize case management department, focus on SLOT performance, appropriate timelines of discharge
    - Reorganize admitting department
    - Additional training to coding department for improved sequencing and higher CMI
    - Reorganize and set higher standards and goals for business development department.  Census growth from 89 to 125 at Suburban and 11 to 22 at East Los Angeles
- Prepare and successfully pass CMS follow up survey plan of correction
- Implement cost reduction program yielding savings of $300K/month
- Expense PPD reduced from $2000/day to $1,700/day
- Continuing to pursue high acuity patients from Academic Institutions
- Hawaiian Gardens Acquisition – court date May 3, 2017

April 25, 2017

21

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001576

P004361

# COO Report – Market Review – Shreveport/Bossier  (g)

## Shreveport/Bossier:

|  | Jan-17 | Feb-17 | Mar-17 | Qtr 1 | Qtr 2 |
|---|---|---|---|---|---|
| Actual / Projections | 889,197 | 1,086,862 | 807,543 | 2,783,602 | 2,313,871 |
| Budget | 793,736 | 677,619 | 814,179 | 2,285,533 | 2,313,871 |
| Variance | 95,461 | 409,243 | (6,636) | 498,069 | - |

April 25, 2017

22

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001577**

P004362

# COO Report – Market Review – Shreveport/Bossier (g)

2017 Execution Plan:
- Continue to grow LTACH compliant volume
- Build out high observation unit to accommodate volume of high acuity patients and LSU fellowship program yielding an ADC at 10 LTACH compliant patients – Q3 2017

Current Status:
- Exceeding objectives
- Strong, consistent volume
- Improved coding & documentation
- Strong case management (SLOT%)
- Excellent expense management – Expense PPD lowest in company
- HOU plans finalized and in bid process
- LSU program progressing.  ADC currently 5.

April 25, 2017

23

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001578

P004363

# COO Report – Market Review – Baton Rouge (g)

## Baton Rouge - Main:

|  | Jan-17 | Feb-17 | Mar-17 | Qtr 1 | Qtr 2 |
|---|---|---|---|---|---|
| Actual / Projections | 298,271 | 304,865 | 213,709 | 816,845 | 1,006,931 |
| Budget | 324,702 | 313,478 | 347,897 | 986,076 | 1,006,931 |
| Variance | (26,431) | (8,613) | (134,188) | (169,231) | - |

## Baton Rouge – HIH:

|  | Jan-17 | Feb-17 | Mar-17 | Qtr 1 | Qtr 2 |
|---|---|---|---|---|---|
| Actual / Projections | 245,576 | 70,784 | (122,003) | 194,357 | 554,805 |
| Budget | 244,578 | 136,496 | 212,433 | 593,507 | 554,805 |
| Variance | 998 | (65,712) | (334,436) | (399,150) | - |

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001579**

P004364

# COO Report – Market Review – Baton Rouge (g)

2017 Execution Plan:

- Management agreement for Rehab, SNF, post-acute care agreement to be executed with Baton Rouge General Hospital in February 2017.  This will give us the ability to contract with ACO's and payors to provide full continuum of care.  Managing the SNF's will also give us a discharge destination which will enable us to better manage LOS.  The agreement will yield $350K annually in management fees.
-  Ongoing meetings with Dr. Posternack and Our Lady of the Lake CMO, Dr. Vath, to discuss closer referral relationship through ACO and bundling agreements
- Focus on increasing LTACH compliant patients by recruiting additional pulmonary group

Current Status:

- Corrective plan of action
  - LTACH % growth slower than expected - executed exclusive agreement with pulmonary group at Our Lady of the Lake effective May 2017.  This will result in volume growth of LTACH compliant patients
  - SLOT performance weak – 35% - replaced Director of Case Management and hiring 2 case managers
- Post acute management agreement with Baton Rouge General Hospital commenced April 1, 2017

**April 25, 2017**

25

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# COO Report – Market Review – Miami (g)

## Miami:

|                      | Jan-17  | Feb-17  | Mar-17  | Qtr 1     | Qtr 2     |
|----------------------|---------|---------|---------|-----------|-----------|
| Actual / Projections | 418,913 | 376,268 | 474,073 | 1,269,254 | 1,159,014 |
| Budget               | 390,211 | 323,579 | 374,643 | 1,088,432 | 1,159,014 |
| Variance             | 28,702  | 52,689  | 99,430  | 180,822   | -         |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001581

P004366

# COO Report – Market Review – Miami (g)

2017 Execution Plan:
- Volume growth allowed therapy services to be brought in-house vs. outside service, resulting in significant savings ($350K annually) – January 2017
- Assessing in-house practitioners for 24/7 coverage – Q1 2017
- Building relationship with Jackson Health System and Mt. Sinai will result In additional high acuity referrals


Current Status:
- Exceeding expectations
- Strong LTACH compliance % (94% YTD)
- Still assessing opportunities for in-house 24/7 coverage
- In early discussions with Jackson Health System and Mt. Sinai

**April 25, 2017**

27

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001582

P004367

# COO Report – Market Review – Villages (g)

## Villages:

|                        | Jan-17  | Feb-17  | Mar-17    | Qtr 1     | Qtr 2   |
|------------------------|---------|---------|-----------|-----------|---------|
| Actual / Projections   | 565,713 | 463,222 | 158,146   | 1,187,081 | 923,062 |
| Budget                 | 359,786 | 343,501 | 335,717   | 1,039,004 | 923,062 |
| Variance               | 205,927 | 119,721 | (177,571) | 148,077   | -       |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001583

P004368

# COO Report – Market Review – Villages  (g)

2017 Execution Plan:
- Recruit additional physician to increase LTACH compliant patients – Q1 2017
- Recruit physician for O/P surgery, podiatry, orthopedic surgeon – Q2 2017
- Educate United Healthcare to receive admissions from managed Medicare product – Q2 2017
- Coordinated meeting with Dr. Posternack and CMO of Villages Health to better understand cost/benefits of LTACH utilization

Current Status:
- March showed volume weakness; April appears to be rebounding
- Strong LTACH compliance % (92% YTD)
- Outpatient surgery at budget
- Recruited urologist group starting May 1
- Recruiting Dr. Uche (Cardiologist)

April 25, 2017

29

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001584

P004369

# COO Report – Market Review – Ft. Myers  (g)

## Ft. Myers:

|  | Jan-17 | Feb-17 | Mar-17 | Qtr 1 | Qtr 2 |
|---|---|---|---|---|---|
| Actual / Projections | 280,048 | (7,906) | 218,354 | 490,496 | 971,522 |
| Budget | 305,538 | 242,967 | 317,511 | 866,016 | 971,522 |
| Variance | (25,490) | (250,873) | (99,157) | (375,520) | - |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001585

P004370

# COO Report – Market Review – Ft. Myers (g)

2017 Execution Plan:
- Expand into Naples area for additional high acuity patients – Q1 2017
- Recruiting in-house practitioner for additional night and weekend coverage – Q1 2017
- Meetings scheduled with Dr. Posternack and CMO from Lee Memorial
  System to discuss gain sharing and bundling agreements February 2017

Current Status:
- Poor performance – Revenue PPD off due to poor patient selection, long stay and short stay (expirations)
- April appears to be trending towards budget
- Corrective plan of action
  - Case management department must improve SLOT performance, appropriate timeliness of discharge
  - Corporate VP Quality and Care Management conducted site visit and educated staff
  - Educated coding staff to improve CMI
- Replaced Director of Business Development and entire team – Replaced CCO
- Receiving LTACH discharges from Naples Community Hospital
- LTACH compliant % continues to be strong (75%) – however, needs SLOT performance to improve
- In-house night coverage effective April 1st will reduce patient transfers
- Recruited 3 additional medical doctors
- CMO working closely with Chief of Staff

**April 25, 2017**

31

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001586

P004371

# COO Report – Market Review – Miss Lou  (g)

## Miss Lou:

|  | Jan-17 | Feb-17 | Mar-17 | Qtr 1 | Qtr 2 |
|---|---|---|---|---|---|
| Actual / Projections | 30,645 | 183,801 | (37,757) | 176,689 | (1,662) |
| Budget | 3,815 | 1,948 | (1,833) | 3,931 | (1,662) |
| Variance | 26,830 | 181,853 | (35,924) | 172,758 | - |

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001587**

P004372

# COO Report – Market Review – Miss Lou  (g)

2017 Execution Plan:
- Continue to pursue partnership with adjacent MD owned imaging, surgical services, labs and urgent care to better function as an acute care hospital – Q2 2017
- Continue to reduce outside purchased services to lower expenses
- Need to bring laboratory and blood bank services in-house – Q2 2017

Current Status:
- Managing expenses towards acute care transition
- Reduction in outside transportation with purchase of ambulance transport van
- Reduction in dietary costs by 10K/month with contracted service
- Continue volume of site neutral patients with efficient case management
- Working with state to increase Medicaid reimbursement in market

April 25, 2017

33

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001588

P004373

# COO Report – Market Review – Vicksburg  (g)

## Vicksburg:

|  | Jan-17 | Feb-17 | Mar-17 | Qtr 1 | Qtr 2 |
|---|---|---|---|---|---|
| Actual / Projections | (50,930) | (97,387) | 30,016 | (118,301) | 246,203 |
| Budget | 90,969 | 58,234 | 85,657 | 234,860 | 246,203 |
| Variance | (141,899) | (155,621) | (55,641) | (353,161) | - |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001589

P004374

# COO Report – Market Review – Vicksburg  (g)

2017 Execution Plan:
- Expanded relationship with Mississippi State and Federal prison system to increase census – Q1 2017
- Move hospital to 6th floor of River Region Medical Center, owned by CHS delayed due to leadership changes.  Interim leadership has indicated Continued interest and have extended current lease through June while we work on finalization – Q3 2017

Current Status:
- Slow transition plan with River Region resulted in low census
- Corrective plan of action
  - Low volume at main referral source, resulting in lower than expected volume
  - Meetings with University of Mississippi Medical Center in Jackson to build volume
  - Meetings with prison have resulted in volume increased from ADC of 5 to 8
- Lease negotiations with new leadership completed.  Ancillary agreement to be finalized by end of month.  Move in anticipated for Q4 2017

**April 25, 2017**

**35**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001590**

P004375

# COO Report - Market Review  - Salt Lake City  (g)

## Salt Lake City:

|  | Jan-17 | Feb-17 | Mar-17 | Qtr 1 | Qtr 2 |
|---|---|---|---|---|---|
| Actual / Projections | 439,711 | 754,007 | 692,156 | 1,885,874 | 1,427,545 |
| Budget | 486,858 | 454,995 | 445,011 | 1,386,864 | 1,427,545 |
| Variance | (47,147) | 299,012 | 247,145 | 499,010 | - |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001591

P004376

# COO Report - Market Review  - Salt Lake City  (g)

2017 Execution Plan:
- Acquire Landmark Hospital allowing for Q1 2017:
  - Increase in private rooms
  - South Valley/Utah penetration and gain market share
  - Elimination of market competitor
- Reduce administrative expenses allowing for better operating margin
- Implement product lines of cardio/thoracic pathways to increase high acuity – Q1 2017
- Execute Intermountain manage care contract – Q3 2017
  - Potential for bundled and "risk" contracting

Current Status:
- Stable performance
- Strong LTACH compliance % - (75% YTD)
- Strong CMI – 1.5
- Lack of % charge patients has led to lower revenue patient per day
- Lower than seasonal average vent patients
- Negotiation with Landmark & REIT are expected to become finalized
- Landmark acquisition strategy
  - Increase private rooms total in marketplace
  - Enlarge market footprint, increasing admissions from South Valley
  - Eliminate competition from marketplace

April 25, 2017

37

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001592

P004377

# COO Report - Market Review  - Phoenix  (g)

## Phoenix:

|                      | Jan-17  | Feb-17    | Mar-17    | Qtr 1     | Qtr 2   |
|----------------------|---------|-----------|-----------|-----------|---------|
| Actual / Projections | 173,361 | 76,306    | (145,305) | 104,362   | 661,357 |
| Budget               | 111,119 | 179,718   | 232,783   | 523,619   | 661,357 |
| Variance             | 62,242  | (103,412) | (378,088) | (419,257) | -       |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001593

P004378

# COO Report - Market Review  - Phoenix  (g)

2017 Execution Plan:
- Replaced CEO and Leadership team – January 2017
- Increase volume and maintain criteria patients by recruiting Banner and Dignity pulmonary groups
- CMO to educate hospitalist on benefits of LTACH - Q1 2017
- Renegotiate managed care contracts and acquire new contracts – United Health Care - Q1 2017
- Potential bundled and "risk" plans with payer and providers

Develop post acute care campus:
- Long-term lease executed requiring development of campus
- New private LTACH rooms
- 12 bed dedicated ICU
- Emergency room/urgent care/surgical services – outsourced with physician partners
- Ancillary services – lab/imaging (eliminates contracted services)

April 25, 2017

39

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001594

P004379

# COO Report - Market Review  - Phoenix  (g)

Current Status:
- Corrective plan of action
  - Appointed Linda Hook, Regional Manager, over Phoenix and Salt Lake City, spending majority of time in Phoenix
  - Improved patient selection
  - Recruited new pulmonary group for additional LTACH compliant patients
  - Need 25 day length of stay or greater for 5 of 6 consecutive months
- Strong LTACH compliance % (93% YTD)
- Expansion plan submitted to landlord and permitting process to begin within 30 days.  Phase I to be completed in 6 months

April 25, 2017

40

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001595

P004380

# COO Report - Market Review - Phoenix (g)



CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001596

P004381

# COO Report - Market Review  - Dallas  (g)

## Dallas:

|  | Jan-17 | Feb-17 | Mar-17 | Qtr 1 | Qtr 2 |
|---|---|---|---|---|---|
| Actual / Projections | (2,807) | 72,532 | 28,274 | 97,999 | 242,835 |
| Budget | 39,355 | 61,300 | 66,183 | 166,838 | 242,835 |
| Variance | (42,162) | 11,232 | (37,909) | (68,839) | - |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001597

P004382

# COO Report - Market Review - Dallas (g)

2017 Execution Plan:
- Increase LTACH compliant volume through:
  - Recruit three pulmonary physician groups associated with HCA, Methodist and Texas Health Resource – Q1 2017
  - CMO to meet with UT Southwestern and Parkland to discuss bundling partnership
  - Physician recruitment of sub specialists allowing for additional admissions; cardiology, GI, Nephrology – Q1 2017
  - Reduce salary and wages by changing skill mix and nurse : patient ratios CCO – Q1 2017
  - Renegotiate lab and imaging contracts to reduce costs - CFO – Q2 2017
  - Renegotiate existing managed case contracts for improved rates – BC/BS – VP managed care – Q2 2017
  - Acquire new managed care plans for additional volume – Humana – Aetna – VP managed care – Q2 2017

Current Status:
- Inconsistent volume and LTACH compliance %
- Largest hospitalist group, comprised of critical care specialists, responsible for 350 ICU beds in Dallas, verbally agreed to 12 hours a day coverage starting August 1. This will create immediate volume growth in LTACH compliant patients. Interim coverage being discussed starting May 1, through an existing pulmonologist on staff.

**April 25, 2017**

**43**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001598**

P004383

# COO Report - Market Review  - Overland Park LTACH  (g)

## Overland Park LTACH:

|  | Jan-17 | Feb-17 | Mar-17 | Qtr 1 | Qtr 2 |
|---|---|---|---|---|---|
| Actual / Projections | 161,343 | 100,539 | 297,709 | 559,591 | 482,892 |
| Budget | 187,824 | 158,482 | 196,752 | 543,058 | 482,892 |
| Variance | (26,481) | (57,943) | 100,957 | 16,533 | - |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001599

P004384

# COO Report - Market Review  - Overland Park LTACH  (g)

<u>2017 Execution Plan:</u>
- Recruit pulmonary group from Shawnee Mission and HCA to diversify – Q2 2017
- Acquire managed care contracts – Aetna and MO Medicaid – Q2 2017
    - Potential risk based business with hospital referrals
- Expand LTACH beds in central corridor reducing SNF beds, allowing for more private rooms – Q2 2017
- Complete procedure room resulting in lower costs – Q2 2017


<u>Current Status:</u>
- Slower than expected volume and LTACH compliance %
- March turnaround with stronger volume, and ventilator patient growth from 2 to 7
    - LTACH compliance % (78%) and CMI (1.4)
- Expense reduction plan implemented to address salaries, purchased services and supplies
- Meeting scheduled with CMO of St. Lukes (large referral system) for May to discuss additional LTACH compliance % and bundling

**April 25, 2017**

**45**

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001600

P004385

# COO Report - Market Review  - Overland Park SNF  (g)

## Overland Park (SNF):

|  | Jan-17 | Feb-17 | Mar-17 | Qtr 1 | Qtr 2 |
|---|---|---|---|---|---|
| Actual / Projections | (20,875) | (19,552) | (32,319) | (72,746) | 30,348 |
| Budget | 10,269 | 9,952 | 12,034 | 32,255 | 30,348 |
| Variance | (31,144) | (29,504) | (44,353) | (105,001) | - |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001601

P004386

# COO Report - Market Review  - Overland Park SNF (g)

2017 Execution Plan:
- Increase better paying census with focus on Medicare rehabilitation and respiratory  patients – Q1 2017
    - Improve clinical documentation with oversite by CMO
- Reduce expenses
    - Decrease contract labor and retain CNAs – Q1 2017
    - Change pharmacy provider (includes WTF SNF) - Q2 2017
- Decertify six SNF beds and convert to LTACH private rooms allowing additional high
         acuity patients and reduce KS state bed tax – Q2 2017
- Increased quality star rating from 3 with a goal of 4 by August 2017 allowing for more participation in bundled payments

Current Status:
- Corrective plan of action
    - Volume of Medicare less than expected.  Marketing to referral sources, services not delivered by competitors (cardiac rehab, pain management).
- Working on improving quality star rating from 3 to 4 star rating.  This will allow participation in bundling project.
- Meeting with St. Joseph to become SNF of choice for post acute patients
- Reduce expenses in salaries, through recruitment and hiring of staff, reducing contract labor
- Improve documentation leading to additional billable hours for therapy, increasing revenue PPD

April 25, 2017

47

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001602

P004387

# COO Report - Market Review  - Wichita Falls LTACH  (g)

## Wichita Falls:

|  | Jan-17 | Feb-17 | Mar-17 | Qtr 1 | Qtr 2 |
|---|---|---|---|---|---|
| Actual / Projections | (21,562) | 207,129 | 413,617 | 599,184 | 352,219 |
| Budget | 127,050 | 153,034 | 108,257 | 388,341 | 352,219 |
| Variance | (148,612) | 54,095 | 305,360 | 210,843 | - |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001603

P004388

# COO Report - Market Review  - Wichita Falls LTACH  (g)

2017 Execution Plan:
- Continued referrals from United Regional Hospital (URH) and Texoma markets
  - Direct admits from URH ER – January 2017
- Continued focus on increase of LTACH compliant patients – January 2017
- Continued reduction in expenses focusing on contract labor – Q1 2017

Current Status:
- Strong LTACH compliance % (64% YTD)
- Strong CMI
- Consistent expense management
- Relationship with United Regional getting stronger

April 25, 2017

49

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001604

P004389

# COO Report - Market Review  - **Wichita Falls SNF  (g)**

## Wichita Falls (SNF):

|  | Jan-17 | Feb-17 | Mar-17 | Qtr 1 | Qtr 2 |
|---|---|---|---|---|---|
| Actual / Projections | (46,036) | (39,817) | (14,372) | (100,225) | 1,723 |
| Budget | 622 | 481 | 130 | 1,233 | 1,723 |
| Variance | (46,658) | (40,298) | (14,502) | (101,458) | - |

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**　　　　　　　　　**PROMISE_00001605**

P004390

# COO Report - Market Review  - Wichita Falls SNF  (g)

2017 Review:
- SNF administrator and Nursing leadership change – January 2017
- Continue LOS management in collaboration with LTACH - ongoing
- New SNF administrator hired from competing SNF – well known and respected in market with proven results – January 2017
- New administrator will recruit new physicians – Q1 2017
- Continue focus on Medicare "rehab" (low intensity) and ventilator dependent
    - patients - ongoing
- Reduce expenses
    - Decrease contract labor and retain CNA's - Q1 2017
    - Change pharmacy provider (includes Overland Park SNF) - Q2 2017
- Increase quality star rating from 3 to 4 - Q3 2017

Current Status:
- Corrective plan of action
    - New SNF Administrator assessing opportunities to increase revenue through improved documentation of therapies and billable hours
    - Hired new Business Officer Manager starting May 1
    - Focus on expenses reduction; emphasis on salaries, rentals and supplies

**April 25, 2017**

**51**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001606**

P004391

h

Please replace this page with a letter "h" tab (see above)

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001607

P004392



# Promise Hospital
# of East Los Angeles

## Turnaround Strategy 2017

April 25, 2017

52

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001608

P004393

# Table of Contents

- ► Initial Assessment
- ► Phase One Evaluation
- ► Phase Two Evaluation
- ► On-Going Operational Strategy
- ► PHELA Recovery Initiatives
- ► PHELA Revenue and Quality Initiatives
- ► 2017 Business Development
    - ► Capturing LTACH Compliant Patients

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                                   **PROMISE_00001609**

P004394

# Initial Assessment

| Post CMS Survey | Low Census |
|---|---|
| Low CMI | Long Stay/No Plan |
| Layers of Staff | Inefficiencies |
| Insufficient Nursing Leadership | Skilled Nursing Level Nursing |
| Cost Per Day over 2,000 | Inadequate Case Management |
| Confused Business Development Department | Disconnect between Admissions Department and Hospital Staff |
| Admitting Process was Cumbersome | Inadequate Coding/Documentation |
| Changed CNA's to 8 hour shifts, direct impact of 2.2m, 6m indirect impact | 12 Beds are out of Commission due to HVAC issues |
| Untimely Vendor Payments Causing Account Holds, Compromising Patient Care | |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                PROMISE_00001610

P004395

# Phase One  Evaluation

| Attending Daily Operations Meeting/ Changing the Focus of the Meeting | Attend Daily Case Management Meetings |
|---|---|
| New CFO, COO | Held Meeting with all Department Directors |
| Utilization of Networks to Attract Experienced Management | Re-evaluation and Reorganization of the Organizational Chart |
| Initiate Physician Relations Meeting up to 7 Nights Per Week | Developed Daily FTE Management Process by Department |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001611

P004396

# Phase Two Evaluation

| Engaged Experienced Staff: | Preparing for CMS Re-Survey |
|---|---|
| Director of Quality and Risk Management | Initiation of Corporate Support to Review and Update Coding |
| Enhanced the Nursing Management with Experienced Staff | Initiated Review of the Revenue Cycle, Including the Business Office |
| CDI Specialist | Increased Census (89 to 120+ SUB), (11 to 22 ELA) |
| Director of Case Management | Improved Employee Morale |
| Improve Facility Presentation | Improved Physician Morale/Engagement |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY    PROMISE_00001612

P004397

# On-Going Operational Strategy

| | |
|---|---|
| **Reaffirm the Hospital as an LTACH** | **Realign the Admission Process to be Competitive in Timely Acceptance** |
| **Continue to Recruit New Physicians** | **Continue to Support Current Physicians** |
| **Empower and Hold Accountable Physician Leaders** | **Continue to Streamline Department Functioning** |
| **Empower and Hold Accountable Hospital Leaders** | **Repair the Patient Care Process** |
| **Continue to Recruit Experienced Staff** | **Initiate and/or Repair Relationships with Referring Hospitals** |
| **Determine the Best Strategy for the East Los Angeles Campus** | **Continue Plant Improvement** |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001613

P004398

# PHELA
# Recovery Initiatives

| Item | Expense Category | Current Annual Spend | Proposed Reduction $ | Monthly Savings | # of Months Affected | FYE 2017 Savings |
|---|---|---|---|---|---|---|
| Reduction in Nursing HPPD by 1 HPPD | Salaries/Benefits | $19,453,174.00 | $960,000.00 | $80,000.00 | 8 | $640,000.00 |
| RIF - Non-Nursing Departments 10 FTEs | Salaries/Benefits | $946,527.86 | $813,407.86 | $67,783.99 | 9 | $601,342.28 |
| RT vent check change from q2 to q3 (3 per day) | Salaries/Benefits | $581,996.88 | $581,996.88 | $48,499.74 | 8 | $412,247.79 |
| Bring Security In-House | Salaries/Benefits | $379,288.00 | $50,904.00 | $4,242.00 | 6 | $25,452.00 |
| Elimination of EMR Ortho Program | Purch Serv/Supplies | $1,241,340.00 | $1,241,340.00 | $103,445.00 | 9 | $931,005.00 |
| Dialysis Ancillary Fees | Purchased Services | $237,500.00 | $118,750.00 | $9,895.83 | 9 | $89,062.50 |
| Elimination of 2 Directorships (Emerging Services & Tech; Operations & Strategic Advisement) | Purchased Services | $122,100.00 | $122,100.00 | $10,175.00 | 9 | $91,575.00 |
| Supply Waste/Expense Reduction | Supplies | $6,543,326.00 | $327,166.30 | $27,263.86 | 9 | $245,374.73 |
| | | | | | | |
| **Total** | | | | **$324,041.56** | | **$2,790,684.56** |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001614

P004399

# PHELA
## Revenue and Quality Initiatives

- Improve On-Time Discharges
- Recruit and Hire 2 additional Case Managers
- Recruit and Hire HIM Coding Coordinator
- Recruited and Hired CDI Specialist
- Improve Authorization Process
- Recruit and Hire Director of Business Development
- Reorganized Admitting Department under Finance
- Recruited and Hired Director of Quality and Risk
- Implementation of CMS Plan of Correction

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                                          **PROMISE_00001615**

P004400

# 2017 Business Development
## Capturing Compliant Patients

▶ Focus on Intensive Care Units at all area hospitals

- BD Team obtains ICU census numbers 1x/week
- Continued development of relationships with ICU Intensivists, Medical Directors, and Critical Care Pulmonologists
- Continued development of relationships with ICU Case Management/Discharge Planning staff

▶ Recruitment of Critical Care Pulmonologists

- Recruitment onto PHELA staff
- Identify PHELA physicians to partner with referring Critical Care physicians

**April 25, 2017**                                                                                     **60**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                        **PROMISE_00001616**

P004401

# 2017 Business Development
## Capturing Compliant Patients

▶ Partnerships with large educational institutions (UCLA, USC, UCI, Cedars)
- Develop fellowship rounding program with LA County facilities – LAC-USC, Rancho Los Amigos
- Develop higher acuity programs – LVAD, Transplants, etc. – and formalize partnerships with UCLA, USC, UCI for this population

▶ Clinical Evaluators posted at prominent LTAC referring facilities to capture compliant patients with no delay
- Long Beach Memorial – CE meets with Dr. Sabahi at 8:30am every day
- St. Francis
- UCLA/UCLA Santa Monica
- USC
- Needs to be assessed regularly & territory assignments will shift accordingly

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001617

P004402

i

Please replace this page with a letter "i" tab (see above)

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

## CMO Report – Dr. Charles Posternack (i)

# THE CLINICAL EVOLUTION OF PROMISE HEALTHCARE

## DR. CHARLES POSTERNACK

PRIVILEGED & CONFIDENTIAL

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001619**

P004404

## DAY ONE GOALS & OBJECTIVES (Sept 6, 2016) (i)

1) QUALITY
   - Focus on improving and maximizing quality outcomes to best position Promise Healthcare in the new world of value based purchasing
   (Clinical Pathways, Clinical Bundles)
   GOOD QUALITY= GOOD BUSINESS

2) UTILIZATION MANAGEMENT
   - To assure appropriate utilization of medical resources in the management of our patients (LOS, pharmacy costs, site neutrality, LTAC compliance)

3) CLINICAL DOCUMENTATION IMPROVEMENT AND CODING
   - To assure appropriate documentation to facilitate "appropriate" and "compliant" DRG coding.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY    PROMISE_00001620

P004405

# DAY ONE GOALS & OBJECTIVES (Sept 6, 2016)  (i)

4)  NEW BUSINESS STRATEGIES
   - Strategically reach out to large academic medical centers and healthcare systems via their medical leadership to facilitate new partnerships
   - Conceptually begin discussions regarding risk and population health

5)  IMPROVE RELEVANT REVENUE CYCLE FUNCTIONS
   - Patients intake assessment
   - Authorization processes
   - Denial and Appeal Process

6)  IMPROVE REGULATORY PERFORMANCE
   - Joint Commission, CMS, State (CDPH)

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                                    **PROMISE_00001621**

P004406

# DEVELOPMENT OF CLINICAL TEAM  (i)

- Kim Montes- SVP & Chief Clinical Officer

- Maureen Moore- VP of Quality & Care Management

- Terry Hunkins- VP of Clinical Risk Management & Patient Safety

- Nish Patel- VP Corporate Pharmacy Operations

- Jacinda Jones- Corporate Director of Patient Access

April 25, 2017                              PRIVILEGED & CONFIDENTIAL                              65

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                              PROMISE_00001622

P004407

# QUALITY  (i)

- Most critical focus

- Maximizing clinical outcomes and quality measures as they become publicly reported Q1 2017

- Evidence based clinical pathways and clinical bundles have been rolled out to the facilities
  CAUTI, CLABSI, Falls, Pressure Ulcers, VAE

**SHORT TERM GOALS**

- Partnership with CDC to pilot new pathways to minimize healthcare acquired infections

- Partnership with CMS to pilot LTAC patient satisfaction survey

**LONG TERM GOALS**

- To make Promise the LTAC Gold Standard for clinical quality

April 25, 2017                    PRIVILEGED & CONFIDENTIAL                    66

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00001623**

| West Region | Rate of Pressure Ulcers New or Worse | CAUTI | CLABSI | Rate of Unplanned Readmission after D/C from LTACH |
|---|---|---|---|---|
| *Data Collection Period* | 04/01/2015 - 03/31/2016 | 04/01/2015 - 03/31/2016 | 04/01/2015 - 03/31/2016 | 01/01/2013 - 12/31/2014 |
| **National Average** | 1.7% | 0.887% | 0.905% | 24.61% |
| **Phoenix** | 0.2% | Better Than National Average | No Different Than National Average | Better Than National Average |
| **Salt Lake** | 0.0% | No Different Than National Average | Better Than National Average | Better Than National Average |
| **PHELA** | 1.0% | Better Than National Average | No Different Than National Average | Worse Than National Average |
| *East Region* | | | | |
| **Baton Rouge Mancuso** | 1.0% | No Different Than National Average | No Different Than National Average | Better Than National Average |
| **Baton Rouge Oschner** | 1.7% | Better Than National Average | Better Than National Average | Better Than National Average |
| **Shreveport/ Bossier** | 0.8% | Better Than National Average | Better Than National Average | No Different Than National Average |
| **Miss Lou** | 0.2% | Better Than National Average | No Different Than National Average | Worse Than National Average |
| **Vicksburg** | 7.5% | No Different Than National Average | Worse Than National Average | Better Than National Average |
| **The Villages** | 1.1% | No Different Than National Average | No Different Than National Average | Worse Than National Average |
| **Fort Myers** | 0.5% | No Different Than National Average | No Different Than National Average | Not Available |

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

PROMISE_00001624

P004409

# INAGURAL PROMISE HEALTHCARE CLINICAL CONFERENCE 2017- Dallas, TX  (i)

- 3 day event bringing together physician leaders, CCO's and DQRM's from all facilities

- Variety of subjects covered related to clinical quality, utilization, regulatory, CDI/coding and risk

- Rolled out Promise vision of the future and strategic plan to achieve vision

## GREAT SUCCESS BASED ON WRITTEN FEEDBACK!

April 25, 2017                                     PRIVILEGED & CONFIDENTIAL                                     68

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                                     **PROMISE_00001625**

P004410

# UTILIZATION MANAGEMENT  (i)

- Tremendous focus for our team

- Patient care must be not only of high quality, but also cost effective

- Focused attention on GMLOS, pharmacy costs etc.

- New focus on assessing which patients are appropriate (payer source, exhaust days, cost of care e.g. Hemodialysis, drugs, and discharge potential

**SHORT TERM GOALS**

- Redesign intake process

- Structure daily review of GMLOS

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001626

P004411

## CLINICAL DOCUMENTATION & CODING  (i)

- **2 components**

  - Robust clinical documentation

  - Appropriate DRG based on detailed clinical review of medical record

- 2 week audit at Suburban→ $300K per month improvement based on CMI 1.23-1.64

**Short Term Goal**

- Company wide audit of all facilities with priority on high LTAC compliant facilities with low CMI FLORIDA

**Long Term Goal**

- Coding and Case Management Conference 06/2017- in planning stages

- Facilitate Remote Coding

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001627

P004412

# NEW BUSINESS STRATEGIES (i)

## Academic Medical Centers

- USC
- UCLA

LA

- UT SOUTHWESTERN- DALLAS

- UNIVERSITY OF MIAMI
- MOUNT SINAI

MIAMI

- LSU SCHOOL OF MEDICINE- unique demonstration project

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001628

P004413

# NEW BUSINESS STRATEGIES (i)

## Health Care Systems

- Naples Community Hospital- Ft. Myers

- Lee Memorial Healthcare System- Ft. Myers

- Our Lady of the Lakes- Baton Rouge

- Willis Knighton- Shreveport

- Banner Health- Phoenix

- St. Lukes- Kansas City 05/17

- Quest Physician Group/ HCA- Dallas

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001629

P004414

# NEW BUSINESS STRATEGIES  (i)

## Short Term Goals

- Close hospitalist/intensivist QUEST

- Close hospitalist/intensivist PHELA

## Long Term Goals

- Risk deals with Lee Memorial, OLOL

- Promise/LSU School of Medicine Medicaid demonstration project with State of Louisiana

- UT Southwestern risk deal- pop health

- Banner Health risk deal- pop health

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                                        PROMISE_00001630

P004415

# REVENUE CYCLE  (i)

- Improve patient triage (Green, Yellow, Red )

- Improve initial auth and concurrent auth process

- Process to address concurrent denials
  (peer to peer)

- Backend denial reorganization

## Short Term Goals

- Suburban will be pilot for new system

## Long Term Goals

- Rollout company wide

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                                    **PROMISE_00001631**

P004416

# REGULATORY ISSUES  (i)

- Promise and Success Healthcare have both been very active in a regulatory sense

- Multiple surveys (Joint Commission, CMS Validation, State Surveys)

- Suburban- Joint Commission
    - CMS Validation (Immediate jeopardy)

- Silverlake- CMS Validation and Complaint Survey
    - Joint Commission Shortly

- St. Alexius- Continuous issues with patient and regulatory complaints
    - Joint Commission
    - CMS Validation
    - EMTALA

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001632

P004417

# REGULATORY ISSUES  (i)

**Short Term Goal**

- Put together Corporate Response Team
  (CMO, CCO, VP Quality, VP Risk)

**Long Term Goals**

- Improve company wide survey readiness by instituting corporate wide mock survey
  program

- Improve overall facility quality

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001633

P004418

# OVERALL ASSESSMENT (i)

1) LTAC CRITERIA
   - While patient pool is limited, this is a huge opportunity for Promise
     - Hospitalists/intensivists, high quality, and innovative partnerships will separate us in the LTAC space

2) CHANGE IN QUALITY REPORTING → LTAC FUTURE
   - Vent Care Weaning
   - Pressure Ulcer Healing

3) TREMENDOUS OPPORTUNITY FOR INNOVATIVE PROGRAMS
   - Risk (population based ACO, episode based bundle, quality based-value based

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001634

P004419

## OVERALL ASSESSMENT (i)

4) BACK TO THE BASICS
- We need to refocus on key areas of basic healthcare operations as there are tremendous revenue opportunities for no additional cost (BLOCKING AND TACKLING OF HEALTHCARE)

- Admission Processes
- Authorization Processes- initial and continuous
- CMI and Coding improvement
- Denial and Appeal Processes
- Stabilize Employee Workforce

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001635

P004420

**IF WE CAN EXECUTE ON THE ABOVE STRATEGY, DESPITE ALL THE REGULATORY CHALLENGES, THE FUTURE WILL BE BRIGHT**

*"While change is often scary, especially when that which is changing is both extremely challenging and difficult, the opportunity for the strong to both survive and thrive is at it's greatest potential"*

*Chuck Posternack 4/25/2017*

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY     PROMISE_00001636

P004421

j

Please replace this page with a letter "j" tab (see above)

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001637

P004422

# Regulatory Status – David Armstrong (j)

**REGULATORY UPDATE**

**CURRENT LTACH REGULATORY LANDSCAPE**

- 2011 Congress failed to agree upon $1.1 trillion in federal spending reductions as required by the Budget Control Act of 2011.
- Caused government shutdown ("sequestration") in October 2012.
- Aftermath resulted in the Bipartisan Budget Act of 2013.
- The Budget Act of 2013 extended a 0.5% physician increase to avoid a 23.7% cut to doctors.
- The $7.3 billion "doc fix" and increases to other providers was funded largely by changing the way Medicare pays for LTACH services
- New Regulations effective October 1, 2015:

April 25, 2017                     PRIVILEGED & CONFIDENTIAL                     80

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                     PROMISE_00001638

P004423

# Regulatory Status – David Armstrong (j)

**REGULATIONS EFFECTIVE OCTOBER 1, 2015**

**Admission Criteria:**  LTACHs are now paid at the LTACH PPS rate only if a patient either **(i)** spent **three days in an ICU** of a short-term acute care hospital prior to being admitted to an LTACH, or **(ii)** is admitted from a hospital and then spends at least **96 hours on a ventilator** in an LTACH.

**Site-Neutral Payment Rate:**  Effective October 1, 2015 all discharges that do not qualify for payment under the LTCH PPS will be paid at a site-neutral payment rate that is the lower of either **(i)** the IPPS **comparable per-diem rate**, or **(ii) Cost** (100 percent of the estimated costs for services).

**Blended Rate (50/50 Rule):**  For fiscal years 2016 and 2017, a blended site-neutral payment rate applies.  Calculated as 50% of the site-neutral payment rate and 50% of the LTCH PPS payment rate that otherwise would be applicable. Beginning fiscal year 2018, only the site-neutral payment rate will apply.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001639

P004424

# Regulatory Status – David Armstrong (j)

**REGULATIONS EFFECTIVE OCTOBER 1, 2015 (CONT.)**

**50% Rule:**  For cost reporting periods beginning in fiscal year 2020, if an LTACH has an LTACH discharge payment percentage below 50 percent, then all discharges will be reimbursed at the site neutral rate.

**Extension of LTACH Moratorium:** The LTACH moratorium was reinstated for the period from Jan. 1, 2015, to Sept. 30, 2017.

**Delayed Application of the 25% Rule:**  Limits the number of admissions from a single referral source to 25%.  There has been a moratorium on enforcement since 2013.  On April 14, 2017 CMS has proposed extension of this moratorium for another year.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001640

P004425

# Regulatory Status – David Armstrong (j)

**2017 PROPOSED REGULATION:**

**April 14, 2017 Long Term Acute Care Hospital (LTCH) Prospective Payment System Proposed Rule**

- April 14, 2017 CMS issued a proposed rule to be effective October 1, 2017.
- CMS is proposing a 1% (one percent) *increase* in the LTACH PPS
- However, CMS is projecting that overall LTACH PPS payments will *decrease* by approximately 3.75%, or $173 million in FY 2018.
- While CMS proposes to increase LTCH PPS by one percent, it attributes its projected overall 3.75% reimbursement reduction to the continued phase-in of the admission criteria and dual payment rate system.
- CMS is evaluating if the 25% threshold policy is still needed and is  proposing a one year extension of the moratorium on the implementation of the 25% Rule while it conducts the evaluation.
- This is a proposed rule.  Industry has until June 13, 2017 to comment.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001641

P004426

# Regulatory Status – David Armstrong (j)

**RESPONSE TO REGULATORY REFORMS:**

**PROMISE LOBBYIST:**                                    Eric Hanson
**PROMISE MARKET REPRESENTATIVE:**      Blake MacDiarmid

**PAC COALITION:**
- April 10 and 11, 2017 first Post-Acute Care ("PAC") Coalition Conference held in Boca Raton.
- Organized by Peter Baronoff in response to the multitude of regulatory challenges facing the industry.
- Attended by representatives from every major LTACH hospital system except Select Healthcare.
- Primary goals included agreement upon key issues and a platform for the industry to speak with a unified voice when seeking change in Washington.
- Agenda, Participation Roster and Power Point are attached for your review.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY          PROMISE_00001642

P004427

# Regulatory Status – David Armstrong (j)

**RESPONSE TO REGULATORY REFORMS (CONT.)**

- The PAC Conference generated significant productive debate and resulted in consensus agreement on the following top issues to address:
    1) Elimination of the 25% Rule;
    2) Extension of the blended rate reimbursement period;
    3) Elimination of the 25 day ALOS requirement; and,
    4) Addition of High Acuity Wound Care to Admission Criteria

- Promise, through its representatives, intends to work with the PAC Coalition to meet with CMS and key legislators in preparation for drafting a coordinated response to the April 14, 2017 Proposed Rule and to simultaneously advance the PAC Coalition Agenda.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001643

P004428

# Regulatory Status – David Armstrong (j)

## CONCLUSION:

- To date Admission Criteria and associated regulatory pressures have resulted in a 30-40% reduction of LTACH criteria since October 2015.
- Continued reimbursement pressures include:
  - Proposed 3.75% decrease in LTACH reimbursement
  - Expiration of the 50/50 blended rate phase-in period
  - Enforcement of the 50% Rule
  - Enforcement of the 25% Rule
  - Continued enforcement of 25 day ALOS requirement

April 25, 2017

86

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001644

P004429

k

Please replace this page with a letter "k" tab (see above)

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001645

P004430

# COO Report – Facility Management Update (k)

## Facility Management Update

Objectives:
- Centralized facility management process
  - Facility managers report to corporate
- Facility condition survey
- CAPEX planning for equipment replacement, repairs and structural improvements
- Growth initiatives – i.e. PRC Villages – status/Phoenix/HOU-Shreveport
- National facility maintenance contracts
- Facility RFP process for all CAPEX requests

**April 25, 2017**

**87**

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001646

P004431

I

Please replace this page with a letter "I" tab (see above)

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001647

# Promise Rejuvenation Clinic



- **THE VILLAGES**
  **Opening May 2, 2017**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**



CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001649

P004434



# PROMISE REJUVENATION
## AT THE VILLAGES

At **Promise Rejuvenation,** we provide a variety of customized anti-aging, weight loss, and integrative medicine therapy solutions for our patients. As an affiliate of Promise Healthcare, a national hospital company and longstanding member of The Villages community, we have a keen understanding of the unique needs of patients living in The Villages and surrounding communities.

*We provide high quality, compassionate care to improve and rejuvenate the body, through customized wellness solutions.*

www.promiserejuvenation.com
contact@promiserejuvenation.com

A PROMISE HEALTHCARE HOSPITAL COMPANY

**The scope of our services will help you to achieve a healthy longevity.**
*We specialize in:*

**BIOIDENTICAL HORMONE RESTORATION**

**SEXUAL WELLNESS PROGRAMS**

**BRAIN BRAWN PROGRAMS**

**CUSTOMIZED WEIGHT LOSS PROGRAMS**

**PLATELET RICH PLASMA THERAPY (HAIR RESTORATION, SEXUAL DYSFUNCTION, FACIAL REJUVENATION)**

**COSMETIC THERAPIES (BOTOX, FACIAL FILLERS, SKIN CARE PRODUCTS)**

**IV THERAPIES AND NUTRIENT INJECTIONS**

**SPECIALIZED TESTING (HORMONES, HORMONE METABOLISM, FOOD ALLERGIES, NUTRITION AND FITNESS GENETIC PROFILE, AND MUCH MORE)**

**PHARMACEUTICAL GRADE NUTRITIONAL SUPPLEMENTS**

We are the only medical center in The Villages that offers patients the opportunity to work with a **Board Certified Integrative Medicine and Anti-Aging Expert,** Dr. Lena Edwards. We pride ourselves in offering our patients unique programs to assist them in achieving wellness and healthy longevity. We set the standard of excellence by partnering with our patients and providing them with high quality, individualized medical care, patient education and expert physician oversight.

www.promiserejuvenation.com
contact@promiserejuvenation.com

April 25, 2017

90

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

# OPENING MAY 2, 2017

PROMISE REJUVENATION CENTER AT THE VILLAGES



**Empowering patients to enjoy healthy longevity.**

## Specializing in:

**Bioidentical Hormone Restoration**

**Sexual Health and Vitality**

**Brain Brawn Program**

**Customized Weight Loss Programs**

**Platelet Rich (PRP) Plasma Therapy**
(Hair Restoration, Male and Female Sexual Dysfunction)

**Cosmetic Therapies**
(Facial PRP)

**IV Therapies & Nutrient Injections**

**Specialized Testing**
(Hormones, Hormone Metabolism, Food Allergies, Nutrition and Fitness Genetic Profile, and much more)

**Pharmaceutical Grade Nutritional Supplements**

## Call 352-430-3397 Today to Get 30% OFF Initial Consultation

(PROMO CODE: PROJUV-A)

Limited time only.
Cannot be combined with any other offer.

### Introducing Dr. Lena Edwards
MD, ABOIM, FAARM, ABAARM



- Board Certified Integrative Medicine
- Board Certified Anti-Aging & Functional Medicine
- Fellowship Trained Anti-Aging & Functional Medicine
- Fellowship Trained Integrative Cancer Therapy
- American Academy of Regenerative Medicine

**FULL BIO**

We set the standard of excellence by partnering with our patients and providing them with high quality, individualized medical care, patient education, and expert physician oversight.

**Call Today & Receive Special Introductory Pricing on Our Services!**

## 352-430-3397 or visit PromiseRejuvenation.com

April 25, 2017

91

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**OPENING MAY 2, 2017**



**Empowering patients to enjoy healthy longevity.**



A PROMISE HEALTHCARE HOSPITAL COMPANY

Promise Rejuvenation Center at The Villages provides patients with high quality integrative medical care that rejuvenates the body and improves overall health through customized wellness solutions.

## Services

**BIOIDENTICAL HORMONE RESTORATION**

**SEXUAL HEALTH AND VITALITY**

**BRAIN BRAWN PROGRAMS**

**CUSTOMIZED WEIGHT LOSS**

**PLATELET RICH PLASMA (PRP) THERAPY**
(Hair Restoration, Male and Female Sexual Dysfunction)

**COSMETIC THERAPIES**
(Facial PRP)

**IV THERAPIES & NUTRIENT INJECTIONS**

**SPECIALIZED TESTING**
(Hormones, Hormone Metabolism, Food Allergies, Nutrition and Fitness Genetic Profile, and much more)

**PHARMACEUTICAL GRADE NUTRITIONAL SUPPLEMENTS**

**Call 352-430-3397 today to get 30% OFF initial consultation** (PROMO CODE: PROJUV-A).

Limited time only. Cannot be combined with any other offer.

April 25, 2017

PromiseRejuvenation.com

92

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001652

P004437



**OPENING MAY 2, 2017**

One size does not
fit all when it comes
to weight loss.

A PROMISE HEALTHCARE HOSPITAL COMPANY

Try a weight loss program tailored just for you. Promise Rejuvenation Center at The Villages provides patients with high quality integrative medical care that rejuvenates the body and improves overall health through customized wellness solutions.

**Services**

BIOIDENTICAL HORMONE
RESTORATION

SEXUAL HEALTH AND VITALITY

BRAIN BRAWN PROGRAMS

CUSTOMIZED WEIGHT LOSS

PLATELET RICH PLASMA (PRP) THERAPY
(Hair Restoration, Male and Female
Sexual Dysfunction)

COSMETIC THERAPIES
(Facial PRP)

IV THERAPIES & NUTRIENT INJECTIONS

SPECIALIZED TESTING
(Hormones, Hormone Metabolism,
Food Allergies, Nutrition and Fitness
Genetic Profile, and much more)

PHARMACEUTICAL GRADE
NUTRITIONAL SUPPLEMENTS

**Call 352-430-3397 to get 25% OFF any
weight loss program (PROMO CODE: PROJUV-W).**
Limited time only. Cannot be combined with any other offer.

PromiseRejuvenation.com

April 25, 2017

93

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00001653**

P004438

# Marketing Plan

**Promise Rejuvenation Clinics Marketing Schedule:**

**Status:**

- February - Finalize Brand Voice — Complete
    - Begin Building Web Site — Started
    - Doctors Videos' and services — In production
- March - PR, Clinics, Prepare Market — Completed
- March - Begin 30 advanced marketing plan — Started
- April   -  Grand Opening — May 2, 2017

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                                                      **PROMISE_00001654**

P004439

# Proposed Timeline for MD Role in Pilot Clinic: *The Villages*

- Phase I:  Two Months (January – February)          **Status:**
    - Clinical Operations Manual                            Completed
    - Hire and initial training of nurse practitioner       Hired/Starts May
    - Medical clinical protocol development                 Completed
    - Community outreach                                     Started
    - Collaborative affiliations                             Started
    - Vendor account set up                                 Completed
    - Nutritional supplements                               Ordered/Received
    - EMR set up                                            Completed
    - Assist with medical aspects of marketing materials    Completed/Ongoing

April 25, 2017                                                                    95

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                      PROMISE_00001655

P004440

# Proposed Time Line for MD Role

- Phase II:  Two Months (March-April)                                    **Status:**

- ARNP education and training (on and off site)                May 2
- Ongoing practice evaluation and analysis of clinical efficacy,        Ongoing
       market applicability, financial feasibility and products
       and services offered
- Expansion of nutritional supplement line                       Assessing
- Ongoing community outreach                                        Ongoing
- Ongoing corporate affiliation development                    Ongoing

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                          PROMISE_00001656

P004441

# Proposed Time Line for MD Role

- Phase III:  Two Months (May-June)

- Review and revise to the Clinical Operations Manual

- Ongoing practice evaluation and analysis of clinical efficacy, market applicability, financial feasibility and products and services offered

- Add additional relevant clinical services and ancillary testing

- Add additional relevant clinical protocols

- Interview and hire a part-time physician to serve as the 'official' Medical Director of the Clinic

- Continue to expand community outreach and introduce the

    new physician to the community

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001657

P004442

# COO Report – Promise Rejuvenation Clinic

|  | **Status** |
|---|---|
| • Executed agreement with Chief Medical Officer, Dr. Lena Edwards | Completed |
| • Executed Lease for space in Villages | Completed |
| • Interviews scheduled for Office Manager position | Hired |
| • Finalizing market plan | Ongoing |
| • Expected opening April 1, 2017 | May 2, 2017 |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001658

P004443

# Revenue and Expense

| | FYE May 17 to Apr 18 2018 Projected | FYE May 18 to Apr 19 2019 Projected | FYE May 19 to Apr 20 2020 Projected | FYE May 20 to Apr 21 2021 Projected |
|---|---|---|---|---|
| **Total Revenue** | 3,125,498 | 3,982,534 | 4,579,914 | 5,266,901 |
| **Total COGS** | 1,383,522 | 1,591,050 | 1,829,708 | 2,104,164 |
| **Gross Margin** | 1,741,976 | 2,391,484 | 2,750,206 | 3,162,737 |
| - | | | | |
| **Operating Expenses** | | | | |
| Consulting Fee | 262,250 | 225,000 | 225,000 | 225,000 |
| Salaries | 194,091 | 297,322 | 341,920 | 393,208 |
| Employee tax | 40,067 | 59,464 | 68,384 | 78,642 |
| Marketing | 265,000 | 303,600 | 349,140 | 401,511 |
| Utilities, telephone, rubbish, water | 6,720 | 7,728 | 8,887 | 10,220 |
| Rent | 84,000 | 103,500 | 119,025 | 136,879 |
| Other Expenses | 127,674 | 159,935 | 183,925 | 211,514 |
| | - | - | - | - |
| **Total Operating Expenses** | 979,802 | 1,156,549 | 1,296,282 | 1,456,974 |
| **Net Operating Income/(Loss)/EBITDAM** | 762,174 | 1,234,934 | 1,453,924 | 1,705,763 |
| **CapEx/ Start Up Inventory, Etc** | 24,000 | 27,600 | 31,740 | 36,501 |
| **Cash Flow After Capital Expenses** | 738,174 | 1,207,334 | 1,422,184 | 1,669,262 |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001659

P004444

# 5

Please **replace this page with a number "5" tab** (see above)

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

PROMISE_00001660

P004445

# 5. CEO Report – Success Healthcare, LLC

5. Success Healthcare, LLC
   a. 2016 Performance
   b. 2017 Budget
   c. 2017 Performance
   d. 2017 Strategy Review
   e. 2017 Growth
   f. Market Review
      - Performance
      - Revenue
      - Expense
      - Regulatory Impact
      - St. Alexius Residency Slots
      - Silver Lake Seismic Update
   g. MTS Sale Update

**April 25, 2017**

**100**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001661**

# Success Healthcare, LLC

**Success Healthcare, LLC**

**Executive Summary- Board Budget Variances**

| | Annual 2017 | One Month Ended March 31, 2017 | | | | | YTD Ended March 31, 2017 | | | | | YTD 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Board Budget | Operations | AR Reserve | Total | Budget | Variance | Operations | AR Reserve | Total | Budget | Variance | Actual |
| **EBITDAM** | | | | | | | | | | | | |
| **Success** | | | | | | | | | | | | |
| St. Alexius Hospital | 3,200,346 | 139,006 | - | 139,006 | 308,943 | (169,937) | 350,635 | - | 350,635 | 657,515 | (306,880) | 60,328 |
| Sliver Lake Medical Center | 1,378,701 | 279,000 | - | 279,000 | 90,946 | 188,054 | 1,399,015 | - | 1,399,015 | 181,702 | 1,217,313 | 1,582,083 |
| **Total EBITDAM-Success Healthcare, LLC** | 4,579,047 | 418,006 | - | 418,006 | 399,889 | 18,117 | 1,749,650 | - | 1,749,650 | 839,217 | 910,433 | 1,642,411 |
| Less: Corporate Expense | (4,204,000) | (327,900) | - | (327,900) | (350,333) | 22,433 | (983,700) | - | (983,700) | (1,051,000) | 67,300 | (1,227,045) |
| Plus: Rent building at owned facilities | 2,093,542 | 174,462 | - | 174,462 | 174,462 | 0 | 523,386 | - | 523,386 | 523,385 | 1 | 523,386 |
| Less: Real Estate Company expenses | (30,000) | | - | - | (2,500) | 2,500 | | - | - | (7,500) | 7,500 | |
| **Pro Forma EBITDA-Success Healthcare, LLC.** | 2,438,589 | 264,568 | - | 264,568 | 221,517 | 43,051 | 1,289,336 | - | 1,289,336 | 304,102 | 985,234 | 938,752 |

**April 25, 2017**

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001662

P004447

# Success Healthcare, LLC

**Success Healthcare, LLC**

| | FYE 2015 Actual | FYE 2016 PreAudit Actual | FYE 2017 Budgeted |
|---|---|---|---|
| **EBITDAM** | | | |
| **Success** | | | |
| St. Louis | 473,183 | 85,061 | 3,200,346 |
| Silver Lake | 4,088,462 | 7,353,052 | 1,378,701 |
| **Total Success EBITDAM** | **4,561,645** | **7,438,113** | **4,579,047** |
| | | | |
| PROMISE ALLOCATED EXPENSES | | | |
| Less: Corporate Expense (Success) | (4,257,424) | (3,925,101) | (4,204,000) |
| Plus: Rent Adjustment (owned facilities) | 2,133,185 | 2,093,544 | 2,093,542 |
| Less: Real Estate Company Expenses | | | (30,000) |
| | | | |
| **Pro Forma EBITDA** | **2,437,406** | **5,606,556** | **2,438,589** |

April 25, 2017

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001663

P004448

# Success Healthcare – 2017 Strategic Review
# Silver Lake Medical Center

**2017 Strategy**

- 8th Floor lease options with multiple groups – Rollins Nelson, etc.
- Redirect surgeries from competing facilities
- Participation in risk based IPA plans
- Reduce Medicare LOS by 2 days – new CEO
- Outside consultants review HQAF strategy
  - Potential for a $8.5 mm swing from negative impact to $5 mm positive impact
- Renegotiate with City of Los Angeles and USC psychiatric base rate
- Development of emergency room allows for participation in larger DSH pool with State and increase in commercial contracts – Investment component
- Divestiture plan to sell hospital and accompanying buildings results in high demand
  - Increase in property value due to gentrification of areas
    - New boutique hotel being built across street
  - Ability to sell parking lot for gain – numerous offers of approximately $6.5mm

PRIVILEGED & CONFIDENTIAL

April 25, 2017

103

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001664

P004449

g

Please replace this page with a letter "g" tab (see above)

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    PROMISE_00001665

P004450

# Success – MTS Sale Update (g)

- MTS Sale Update

April 25, 2017

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001666**

P004451

# 6

Please replace this page with a letter "6" tab (see above)

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

# 6. Compensation Committee
## Board Members Only

Board Meeting 4:00 p.m. – April 25, 2017 – Compensation Committee

- Compensation Committee
- Long Term Compensation Plan Review and Recommended Action

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001668

P004453

PLEASE INSERT A **BLANK TAB** HERE IN PLACE OF THIS SLIDE
We will label it ourselves when the books are finished

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001669

P004454

**For Discussion Purposes Only**

# Promise Healthcare Group, LLC BOARD MEETING

## April 26, 2017




**PRIVILEGED & CONFIDENTIAL**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

PROMISE_00001670

P004455

# AGENDA – BOARD MEETING

**BOARD MEETING** - *"Chestnut A" Meeting Room* **– 13th Floor**

- **Governance Update**

    I.  **Call To Order – JAMES BROWN**

    II. **Roll Call – JAMES BROWN**

    III. **Approval of Prior Meeting Minutes – JAMES BROWN**
        - February 7, 2017 – Operations Meeting Minutes
        - February 8, 2017 - Board Meeting Minutes
        - April 6, 2017 – Board Update Call Minutes

---

April 26, 2017

PRIVILEGED & CONFIDENTIAL

107

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001671

P004456

# AGENDA – BOARD MEETING

IV.    Promise/Success Healthcare Report – PETER BARONOFF

- 2016 Performance
- 2017 Performance YTD
- 2017 Strategic Plan
- 2017 Budget
- 2018 – 2021 Projections
- Regulatory Updates
- Competition Update
- Growth Opportunities
- Corporate Organization Chart
- Facility Management Update

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

PROMISE_00001672

P004457

# AGENDA – BOARD MEETING

V.    Chief Financial Officer Report – JIM HOPWOOD
   a.    Technology Review
   b.    Organization
   c.    Insurance Programs
   d.    Revenue Cycle
   e.    Cash Flow Review and Plan
   f.    PHG Treasury Report
   g.    Audit Status

**April 26, 2017**

**PRIVILEGED & CONFIDENTIAL**                                    **109**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                        **PROMISE_00001673**

# AGENDA – BOARD MEETING

VI.     Chief Medical Officer
- Department Review
- Clinical Update

VII.    General Counsel and Chief Compliance Officer
- Compliance Update
- Transaction Update
- Regulatory Update

VIII.   Committee Reports
- Governance
  - o   Offshore Update
- Compensation and Employment
  - o   Long-Term Compensation Plan Update
    - Valuation
    - Board action

IX.     Monetization
- MTS Presentation – JAY SHILAND
  - o   Facility – Sales process update
    - St. Alexius
    - Silver Lake
- Board discussion - Review of options and process

X.      Executive Session

April 26, 2017

**PRIVILEGED & CONFIDENTIAL**

**110**

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001674

P004459



PLEASE REPLACE THIS PAGE WITH A ROMAN NUMERAL TAB III

**April 26, 2017**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

# Approval of Prior Meeting Minutes – JAMES BROWN

III.   Approval of Prior Meeting Minutes – JAMES BROWN
- February 7, 2017 - Operations Meeting Minutes
- February 8, 2017 - Board Meeting Minutes
- April 6, 2017 – Board Update Call Minutes

**April 26, 2017**

111

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

PROMISE_00001676

P004461

# Minutes – February 7, 2017 Operations Meeting

**OPERATIONS MEETING**
February 7, 2017 - Boca Raton, Florida
Promise Healthcare Group, LLC

**Minutes**

**February 7, 2017 - Operations Reports**

**Attendees:**

| | |
|---|---|
| James Brown | Present |
| Keith Kennedy | Present |
| Ed Woodbury | Present |
| Mike Keller | Present |
| Evatt Tamine | Not Present |
| Peter Baronoff | Present |
| Keith Reuben | Present |
| Richard Gold | Present |
| James Hopwood | Present |
| Dr. Charles Posternack | Present |
| Theresa Laurenzano | Present |
| Hannah Holdstein - MTS Partners - Present Via Telephone | |

**11:00 a.m. -  4:45 p.m. - Operations Reports and Presentations:**

- o **Peter Baronoff – CEO, Promise Healthcare**
- o **Richard Gold – President and COO, Promise Healthcare**

April 26, 2017

112

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001677

P004462

# Minutes – February 7, 2017 Operations Meeting

**Secretary Certificate**

I, DAVID ARMSTRONG, the Corporate Secretary for Promise Healthcare Group, LLC, Promise Healthcare, Inc. and Success Healthcare, LLC do hereby certify that the above is a true and correct transcript of the minutes of the meeting and that the meeting was duly called and held in all respects in accordance with the bylaws and that a quorum was present.

I further certify that the votes and resolutions of the Board of Directors at the me eting are operative and in full force and effect and have not been annulled or modified by any vote or resolution passed or adopted by either board since the meeting.

Operations Presentation adjourned at 5:00 p.m.

Respectfully Submitted by:

_____

David J. Armstrong
Corporate Secretary

April 26, 2017

113

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001678

P004463

# Minutes – February 8, 2017 Board Meeting

**BOARD OF DIRECTORS' MEETING**
February 8, 2017 - Boca Resort, Raton, Florida
Promise Healthcare Group, LLC

**Minutes**

**February 8, 2017 - Board of Directors' Meeting**

**Voting Board Members:**

| | |
|---|---|
| James Brown - Chair | Present |
| Peter Baronoff | Present |
| Keith Kennedy | Present |
| Ed Woodbury | Present |
| Mike Keller | Present |
| Evatt Tamine | Via Telephone |
| Keith Reuben | Present |

**Non-Voting:**

| | |
|---|---|
| Richard Gold | Present |
| James Hopwood | Present |
| David Armstrong | Present (Secretary) |
| Dr. Charles Posternack | Present |
| Jay Shiland | Present |
| Evan Bernstein | Present |
| Theresa Laurenzano | Present |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001679

P004464

# Minutes – February 8, 2017 Board Meeting

**James Brown, Chair – Called Board Meeting to Order at 9:00 a.m.**
- Six Directors Present out of Seven – Quorum met
- Evatt Tamine present via telephone intermittently

**Peter Baronoff – Summarized Operations Meeting from February 7, 2017**

**Board Meeting:**

- o Motion to approve Prior Minutes for October 24, 2016, October 25, 2016 Operations and Board Meetings and December 13, 2016 Board Update Call – by James Brown
  - o Seconded – Keith Reuben (also on behalf of Evatt Tamine, not present)
  - o Unanimously approved

- o Motion to approve the 2017 Budget - by James Brown
  - o Seconded – Keith Reuben (also on behalf of Evatt Tamine, not present)
  - o Unanimously approved

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                                    PROMISE_00001680

P004465

# Minutes – February 8, 2017 Board Meeting

**Secretary Certificate**

**I, DAVID ARMSTRONG, the Corporate Secretary for Promise Healthcare Group, LLC, Promise Healthcare, Inc. and Success Healthcare, LLC do hereby certify that the above is a true and correct transcript of the minutes of the meeting and that the meeting was duly called and held in all respects in accordance with the bylaws and that a quorum was present.**

**I further certify that the votes and resolutions of the Board of Directors at the meeting are operative and in full force and effect and have not been annulled or modified by any vote or resolution passed or adopted by either board since the meeting.**

**Board Meeting adjourned 3:30 p.m.**

Respectfully Submitted by:

_____

**David J. Armstrong**
**Corporate Secretary**

April 26, 2017

116

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001681

P004466

# Minutes – April 6, 2017 Board Update Call

**BOARD UPDATE CALL**
April 6, 2017 - Boca Raton, Florida
Promise Healthcare Group, LLC

**Minutes**

**April 6, 2017 – Board Update Call**

**Attendees:**

| | |
|---|---|
| James Brown | Not available |
| Keith Kennedy | Present Via Telephone |
| Ed Woodbury | Present Via Telephone |
| Mike Keller | Present Via Telephone |
| Evatt Tamine | Not available |
| Peter Baronoff | Present Via Telephone |
| Keith Reuben | Not available |
| Richard Gold | Present Via Telephone |
| David Armstrong | Present Via Telephone |
| James Hopwood | Present Via Telephone |
| Dr. Charles Posternack | Present Via Telephone |
| Brian Dunn | Present Via Telephone |
| Bryan Day | Present Via Telephone |
| Jay Shiland | Present Via Telephone |
| Theresa Laurenzano | Present Via Telephone |

**5:00 p.m.    - Call to discuss January and February 2017 Operating Performance Report**

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001682

P004467

# Minutes – April 6, 2017 Board Update Call

### Secretary Certificate

I, DAVID ARMSTRONG, the Corporate Secretary for Promise Healthcare Group, LLC, Promise Healthcare, Inc. and Success Healthcare, LLC do hereby certify that the above is a true and correct transcript of the minutes of the meeting and that the meeting was duly called and held in all respects in accordance with the bylaws and that a quorum was present.

I further certify that the votes and resolutions of the Board of Directors at the meeting are operative and in full force and effect and have not been annulled or modified by any vote or resolution passed or adopted by either board since the meeting.

Call adjourned at 5:30 p.m.

Respectfully Submitted by:

_____

**David J. Armstrong**
**Corporate Secretary**

April 26, 2017

118

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001683

P004468

# IV

## Please replace this page with a Roman Numeral tab IV

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

PROMISE_00001684

P004469

# IV. Promise/Success Healthcare Report – Peter Baronoff

IV.    Promise/Success Healthcare Report – PETER BARONOFF
- 2016 Performance
- 2017 Performance YTD
- 2017 Strategic Plan
- 2017 Budget
- 2018 – 2021 Projections
- Regulatory Updates
- Growth Opportunities
- Corporate Organization Chart
- Facility Management Update

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**    **PROMISE_00001685**

P004470

| EBITDAM by Facility - Annual Trend | 2013 | 2014 | 2015 | 2016 | | | 2017 | 2018 | 2019 | 2020 | 2021 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Audit | Stub/Audit | Audit | Budget | Operations | Extra. | Audit | Budget | Forecast | Forecast | Forecast | Forecast |
| **East Region** | | | | | | | | | | | | |
| **Shreveport/Bossier** | **5.3** | **7.6** | **11.8** | **12.5** | **12.6** | **(0.1)** | **12.5** | **10.0** | **8.7** | **9.0** | **10.0** | **10.3** |
| Shreveport | 0.7 | 1.8 | 6.0 | 5.8 | 6.2 | (0.1) | 6.1 | 4.3 | 3.8 | 3.7 | 4.1 | 4.3 |
| Bossier | 4.6 | 5.9 | 5.8 | 6.7 | 6.4 | (0.0) | 6.4 | 5.7 | 4.9 | 5.3 | 5.9 | 6.0 |
| **Baton Rouge** | **6.9** | **5.7** | **6.8** | **7.9** | **7.8** | **(0.5)** | **7.3** | **6.7** | **8.1** | **8.9** | **9.9** | **10.2** |
| Ascension (Main) | 2.9 | 2.3 | 4.1 | 5.8 | 5.8 | (0.5) | 5.2 | 4.2 | 4.5 | 4.9 | 5.4 | 5.6 |
| Baton Rouge HwH | 4.0 | 3.5 | 2.7 | 2.2 | 2.1 | (0.0) | 2.0 | 2.5 | 3.6 | 4.1 | 4.5 | 4.6 |
| **Florida** | **0.3** | **3.1** | **(2.5)** | **11.5** | **8.7** | **(0.0)** | **8.6** | **12.8** | **13.8** | **15.4** | **17.4** | **17.9** |
| Villages | 0.3 | 4.8 | 3.8 | 4.9 | 4.0 | (0.0) | 4.0 | 3.8 | 4.5 | 4.9 | 5.4 | 5.6 |
| Miami | | (0.3) | (3.9) | 2.2 | 1.0 | - | 1.0 | 4.7 | 3.9 | 4.9 | 5.7 | 5.8 |
| Ft. Myers | | (1.4) | (2.5) | 4.3 | 3.7 | - | 3.7 | 4.3 | 5.3 | 5.7 | 6.3 | 6.5 |
| **Others** | **1.4** | **0.8** | **2.2** | **1.2** | **1.6** | **(0.1)** | **1.5** | **1.1** | **2.2** | **2.7** | **3.0** | **3.1** |
| Miss Lou | 1.2 | 0.8 | 1.4 | (0.4) | (0.3) | (0.0) | (0.4) | 0.0 | 0.8 | 1.2 | 1.4 | 1.4 |
| Vicksburg | 0.2 | (0.0) | 0.8 | 1.6 | 1.9 | (0.0) | 1.9 | 1.1 | 1.4 | 1.5 | 1.6 | 1.7 |
| **Total East** | **13.9** | **17.3** | **18.2** | **33.2** | **30.7** | **(0.7)** | **29.9** | **30.6** | **32.8** | **36.0** | **40.2** | **41.4** |
| **West Region** | | | | | | | | | | | | |
| **Los Angeles** | **11.6** | **9.5** | **15.9** | **8.7** | **3.0** | **(2.0)** | **0.9** | **9.0** | **11.0** | **13.1** | **14.9** | **15.4** |
| East LA | 1.2 | (0.2) | 1.6 | 0.2 | (0.7) | (0.2) | (0.9) | 0.7 | 1.2 | 1.3 | 1.4 | 1.5 |
| Suburban | 10.4 | 9.6 | 14.3 | 8.5 | 3.7 | (1.8) | 1.9 | 8.3 | 9.8 | 11.8 | 13.5 | 13.9 |
| **Salt Lake City** | **4.5** | **5.0** | **5.6** | **6.0** | **6.7** | **(0.0)** | **6.6** | **5.7** | **5.4** | **5.6** | **6.2** | **6.4** |
| Salt Lake | 4.5 | 5.0 | 5.6 | 6.0 | 6.7 | (0.0) | 6.6 | 5.7 | 5.4 | 5.6 | 6.2 | 6.4 |
| **Others** | **(2.0)** | **(0.8)** | **2.7** | **2.5** | **0.7** | **(0.2)** | **0.5** | **3.9** | **5.4** | **6.3** | **7.1** | **7.3** |
| Phoenix | (0.2) | 0.1 | 2.4 | 2.1 | 1.7 | (0.0) | 1.7 | 2.7 | 4.1 | 4.9 | 5.5 | 5.7 |
| San Diego | (1.8) | (0.8) | 0.3 | 0.4 | (1.0) | (0.2) | (1.1) | 1.2 | 1.4 | 1.5 | 1.6 | 1.7 |
| **Total West** | **14.1** | **13.7** | **24.2** | **17.2** | **10.4** | **(2.3)** | **8.1** | **18.6** | **21.9** | **25.0** | **28.3** | **29.1** |
| **East / West Total** | **28.0** | **31.0** | **42.3** | **50.4** | **41.1** | **(3.0)** | **38.1** | **49.2** | **54.7** | **61.0** | **68.5** | **70.5** |
| **Ruby Region** | | | | | | | | | | | | |
| Overland Park LTACH | - | (0.0) | 1.1 | 2.0 | 2.3 | (0.0) | 2.2 | 2.1 | 1.8 | 1.9 | 2.1 | 2.1 |
| Overland Park SNF | - | 0.4 | (0.5) | 0.1 | 0.0 | (0.0) | 0.0 | 0.2 | 0.4 | 0.5 | 0.5 | 0.6 |
| Wichita Falls LTACH | - | 0.2 | 0.2 | 1.7 | 2.2 | (0.0) | 2.2 | 1.4 | 1.4 | 1.5 | 1.6 | 1.7 |
| Wichita Falls SNF | - | (0.6) | (0.9) | (0.8) | (1.0) | (0.0) | (1.0) | 0.0 | 0.1 | 0.2 | 0.2 | 0.2 |
| Dallas | - | (1.4) | 0.3 | 1.0 | 0.1 | (0.5) | (0.4) | 1.2 | 1.6 | 1.6 | 1.8 | 1.9 |
| **Total Ruby** | **-** | **(1.4)** | **0.2** | **4.0** | **3.7** | **(0.6)** | **3.1** | **4.9** | **5.3** | **5.6** | **6.2** | **6.4** |
| **EBITDAM: East / West & Ruby Total** | **28.0** | **29.6** | **42.6** | **54.4** | **44.7** | **(3.5)** | **41.2** | **54.1** | **59.9** | **66.6** | **74.7** | **76.9** |
| **Corporate / Real Estate** | | | | | | | | | | | | |
| **Promise 1** | | | | | | | | | | | | |
| Less: Corp. Exp. at Promise 1 | (13.8) | (14.7) | (15.1) | (17.9) | (18.6) | (0.1) | (18.6) | (18.4) | (19.7) | (20.6) | (21.6) | (21.6) |
| Plus: Rent at Owned Facilities | 3.9 | 3.5 | 3.4 | 3.4 | 3.4 | | 3.4 | 3.4 | 3.5 | 3.6 | 3.6 | 3.6 |
| Less: Real Estate Company Expenses | (0.3) | (0.2) | (0.6) | (0.8) | (0.7) | | (0.7) | (0.7) | (0.9) | (1.0) | (1.0) | (1.0) |
| Less: Wellness Overhead | | | | (0.6) | (0.5) | (0.4) | (0.4) | (0.4) | (0.5) | (0.5) | (0.5) | (0.5) |
| **Promise II** | | | | | | | | | | | | |
| Less: Regional Office and Allocation | - | (1.0) | (1.6) | (1.1) | (1.1) | | (1.1) | (1.1) | (1.1) | (1.1) | (1.1) | (1.1) |
| Plus: Equipment Rentals | - | - | | | | | | | | | | |
| **Total Corporate / Real Estate** | **(10.2)** | **(12.4)** | **(14.4)** | **(16.9)** | **(17.4)** | **(0.1)** | **(17.4)** | **(17.2)** | **(18.7)** | **(19.6)** | **(20.6)** | **(20.6)** |
| **EBITDA** | **17.8** | **17.2** | **28.2** | **37.5** | **27.3** | **(3.6)** | **23.7** | **36.9** | **41.2** | **47.0** | **54.1** | **56.3** |

April 26, 2017

120

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001686

| Promise Healthcare, Inc. | Audited | | | | | Estimate |
|---|---|---|---|---|---|---|
| | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
| Net Operating Revenues | 256,862,133 | 265,490,262 | 264,829,135 | 332,689,015 | 369,592,673 | 379,350,136 |
| Operating Income (Loss) | (2,679,327) | 6,797,361 | (328,242) | (4,145,328) | 9,790,755 | 5,716,672 |
| Add: | | | | | | |
| Non-Recurring and one time transaction costs | 6,874,823 | 1,798,423 | 9,284,673 | 9,478,890 | 4,448,796 | 5,045,334 |
| Discontinued Operations | | | | 1,085,185 | 439,635 | 605,260 |
| Depreciation, amortization, deferred rent | 6,511,916 | 6,089,926 | 7,571,029 | 10,807,980 | 13,515,102 | 15,965,159 |
| Pro Forma Adjusted EBITDA | 10,707,412 | 14,685,710 | 16,527,460 | 17,226,727 | 28,194,288 | 27,332,425 |

April 26, 2017

121

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001687

P004472

**East Region**

**Shreveport/Bossier**                                    **Extraordinary items**

| | | |
|---|---|---|
| | Shreveport | (71k) for Workers Comp |
| | Bossier | (30k) for Workers Comp |

**Baton Rouge**

| | | |
|---|---|---|
| | Ascension (Main) | (465k) for Kwashiorkor |
| | | (50k) for Workers Comp |
| | Baton Rouge HwH | (33k) for Workers Comp |

**Florida**

| | | |
|---|---|---|
| | Villages | (23k) for Workers Comp |
| | Miami | |

**Others**

| | | |
|---|---|---|
| | Miss Lou | (29k) for Workers Comp |
| | Vicksburg | (27k) for Workers Comp |

**West Region**

**Los Angeles**

| | | |
|---|---|---|
| | East LA | (180k) for Lewis Brisbois |
| | | (37k) for Workers Comp |
| | Suburban | (209k) for Lewis Brisbois |
| | | (180k) for Workers Comp |
| | | (1.41M) for Class Action |

**Salt Lake City**

| | | |
|---|---|---|
| | Salt Lake | (47k) for Workers Comp |

**Others**

| | | |
|---|---|---|
| | Phoenix | (41k) for Workers Comp |
| | San Diego | (43k) for Lewis Brisbois |
| | | (107k) for Workers Comp |

**Ruby Region**

| | | |
|---|---|---|
| | Overland Park LTACH | (15k) for Workers Comp |
| | Overland Park SNF | (8k) for Workers Comp |
| | Wichita Falls LTACH | (14k) for Workers Comp |
| | Wichita Falls SNF | (7k) for Workers Comp |
| | Dallas | (500k) for MCR Outlier Audit |
| | | (18k) for Workers Comp |

**Corporate**

| | | |
|---|---|---|
| | Corporate | (21k) for Lewis Brisbois |
| | | (36k) for Workers Comp |

| | | |
|---|---|---|
| | **Total** | **(3.6 million)** |

April 26, 2017

122

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001688

P004473

# 2017 YTD and Q2

**Promise Healthcare, Inc.**
**Executive Summary- Board Budget Variances**

| | Annual 2017 | One Month Ended March 31, 2017 | | | | | YTD Ended March 31, 2017 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Board Budget | Operations | AR Reserve | Total NOI | Budget | Variance | Operations | AR Reserve | Total NOI | Budget | Variance |
| **EBITDAM** | | | | | | | | | | | |
| **Eastern Region** | | | | | | | | | | | |
| Shreveport/Bossier City | 9,987,660 | 914,842 | (107,299) | 807,543 | 814,179 | (6,636) | 3,137,846 | (354,238) | 2,783,608 | 2,285,533 | 498,075 |
| Miss Lou | 456 | 2,598 | (40,355) | (37,757) | (1,833) | (35,924) | 127,891 | 48,800 | 176,691 | 3,931 | 172,760 |
| Baton Rouge(Main Camp | 4,230,463 | 219,328 | (5,619) | 213,709 | 347,897 | (134,188) | 837,334 | (20,484) | 816,850 | 986,076 | (169,227) |
| Baton Rouge | 2,519,251 | (3,279) | (118,724) | (122,003) | 212,433 | (334,436) | 212,683 | (18,324) | 194,359 | 593,507 | (399,148) |
| The Villages | 3,825,889 | 227,219 | (69,073) | 158,146 | 335,717 | (177,571) | 1,225,563 | (38,484) | 1,187,079 | 1,039,004 | 148,075 |
| Miami Lakes | 4,679,650 | 471,408 | 2,665 | 474,073 | 374,643 | 99,430 | 1,341,663 | (72,407) | 1,269,256 | 1,088,432 | 180,824 |
| Fort Myers | 4,320,677 | 140,640 | 77,714 | 218,354 | 317,511 | (99,157) | 378,894 | 111,602 | 490,496 | 866,016 | (375,520) |
| Vicksburg | 1,080,075 | 40,264 | (10,248) | 30,016 | 85,657 | (55,641) | (103,686) | (14,610) | (118,296) | 234,860 | (353,156) |
| | 30,644,121 | 2,013,020 | (270,939) | 1,742,081 | 2,486,204 | (744,123) | 7,158,188 | (358,145) | 6,800,043 | 7,097,361 | (297,318) |
| **Western Region** | | | | | | | | | | | |
| Suburban/East Los Angel | 8,999,978 | (344,346) | 552,215 | 207,869 | 459,533 | (251,664) | (1,340,986) | 235,216 | (1,105,770) | (298,630) | (807,140) |
| Phoenix | 2,700,951 | 20,892 | (166,197) | (145,305) | 232,783 | (378,088) | 263,354 | (158,990) | 104,364 | 523,619 | (419,255) |
| Salt Lake City | 5,675,588 | 401,137 | 291,019 | 692,156 | 445,011 | 247,145 | 913,617 | 972,258 | 1,885,875 | 1,386,864 | 499,010 |
| | 17,376,517 | 77,683 | 677,037 | 754,720 | 1,137,327 | (382,607) | (164,015) | 1,048,484 | 884,469 | 1,611,854 | (727,385) |
| **Ruby Region** | | | | | | | | | | | |
| Dallas | 1,170,936 | 28,274 | - | 28,274 | 66,183 | (37,909) | 15,315 | 82,684 | 97,999 | 166,838 | (68,839) |
| Wichita Falls | 1,445,265 | 413,617 | - | 413,617 | 108,257 | 305,360 | 619,144 | (19,960) | 599,184 | 388,341 | 210,843 |
| Overland Park | 2,070,862 | 297,709 | - | 297,709 | 196,752 | 100,957 | 515,800 | 43,791 | 559,591 | 543,058 | 16,534 |
| Overland Park SNF | 181,566 | (32,319) | - | (32,319) | 12,034 | (44,353) | (72,746) | - | (72,746) | 32,255 | (105,001) |
| Wichita Falls - SNF | 6,548 | (14,372) | - | (14,372) | 130 | (14,502) | (100,225) | - | (100,225) | 1,233 | (101,458) |
| | 4,875,177 | 692,909 | - | 692,909 | 383,357 | 309,552 | 977,288 | 106,516 | 1,083,804 | 1,131,725 | (47,921) |
| | | | | | | | | | | | |
| **Total EBITDAM-Promise Healthcare, Inc.** | 52,895,815 | 2,783,612 | 406,098 | 3,189,710 | 4,006,888 | (817,178) | 7,971,461 | 796,855 | 8,768,316 | 9,840,941 | (1,072,624) |
| | | | | | | | | | | | |
| Less: Corporate Expense - (ex non recurring) | (18,811,280) | (1,767,607) | - | (1,767,607) | (1,696,773) | (70,833) | (5,115,027) | - | (5,115,027) | (5,090,320) | (24,707) |
| Less: Allocated Expense - Ruby | (1,100,000) | (91,667) | - | (91,667) | (91,667) | - | (275,001) | - | (275,001) | (275,000) | (1) |
| Plus: Rent building at owned facilities | 3,420,000 | 235,561 | - | 235,561 | 285,000 | (49,439) | 706,683 | - | 706,683 | 855,000 | (148,317) |
| Less: Real Estate Company expenses | (700,001) | (58,333) | - | (58,333) | (59,083) | 750 | (171,355) | - | (171,355) | (172,750) | 1,395 |
| **Pro Forma EBITDA-Promise Healthcare, In** | 35,704,534 | 1,101,566 | 406,098 | 1,507,664 | 2,444,364 | (936,700) | 3,116,761 | 796,855 | 3,913,617 | 5,157,870 | (1,244,254) |

**April 26, 2017**

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001689

P004474

# 2017 YTD and Q2

| | | One Month Ended March 31, 2017 | | | YTD Ended March 31, 2017 | | | 2nd Qtr |
|---|---|---|---|---|---|---|---|---|
| | | Total NOI | Budget | Variance | Total NOI | Budget | Variance | Projected |
| **Eastern Region** | | | | | | | | |
| | Shreveport/Bossier City | 807,543 | 814,179 | (6,636) | 2,783,608 | 2,285,533 | 498,075 | 2,313,871 |
| | Miss Lou | (37,757) | (1,833) | (35,924) | 176,691 | 3,931 | 172,760 | (1,662) |
| | Baton Rouge(Main Campus) | 213,709 | 347,897 | (134,188) | 816,850 | 986,076 | (169,227) | 1,006,931 |
| | Baton Rouge | (122,003) | 212,433 | (334,436) | 194,359 | 593,507 | (399,148) | 554,805 |
| | The Villages | 158,146 | 335,717 | (177,571) | 1,187,079 | 1,039,004 | 148,075 | 923,062 |
| | Miami Lakes | 474,073 | 374,643 | 99,430 | 1,269,256 | 1,088,432 | 180,824 | 1,159,014 |
| | Fort Myers | 218,354 | 317,511 | (99,157) | 490,496 | 866,016 | (375,520) | 971,522 |
| | Vicksburg | 30,016 | 85,657 | (55,641) | (118,296) | 234,860 | (353,156) | 246,203 |
| | | 1,742,081 | 2,486,204 | (744,123) | 6,800,043 | 7,097,361 | (297,318) | 7,173,747 |
| **Western Region** | | | | | | | | |
| | Suburban/East Los Angeles | 207,869 | 459,533 | (251,664) | (1,105,770) | (298,630) | (807,140) | 2,506,000 |
| | Phoenix | (145,305) | 232,783 | (378,088) | 104,364 | 523,619 | (419,255) | 661,357 |
| | Salt Lake City | 692,156 | 445,011 | 247,145 | 1,885,875 | 1,386,864 | 499,010 | 1,427,545 |
| | | 754,720 | 1,213,830 | (459,110) | 884,469 | 1,611,854 | (727,385) | 4,594,902 |
| **Ruby Region** | | | | | | | | |
| | Dallas | 28,274 | 66,183 | (37,909) | 97,999 | 166,838 | (68,839) | 242,835 |
| | Wichita Falls | 413,617 | 108,257 | 305,360 | 599,184 | 388,341 | 210,843 | 352,219 |
| | Overland Park | 297,709 | 196,752 | 100,957 | 559,591 | 543,058 | 16,534 | 482,892 |
| | Overland Park SNF | (32,319) | 12,034 | (44,353) | (72,746) | 32,255 | (105,001) | 30,348 |
| | Wichita Falls - SNF | (14,372) | 130 | (14,502) | (100,225) | 1,233 | (101,458) | 1,723 |
| | | 692,909 | 383,357 | 309,552 | 1,083,804 | 1,131,725 | (47,921) | 1,110,016 |
| | | | | | | | | |
| | | 3,189,710 | 4,083,391 | (893,681) | 8,768,316 | 9,840,941 | (1,072,624) | 12,878,665 |

April 26, 2017

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001690

P004475

# 2017 Strategic Plan

1. <u>Good Quality – Good Business</u>
   - Clinical Operations Expansion
     - Clinical operations
     - Quality and Risk
     - Coding and clinical documentation
     - Denials management
     - Admissions verification and management
     - Accreditation and survey preparation
     - Standardized services

2. <u>Admission Criteria Execution</u>
   - Quality LTACH Compliance – CCO Strength
   - "Dashboard" Management System
   - Physician "buy in"
   - Facility clinical leadership vetted through corporate clinical department
   - Referral source value proposition

**April 26, 2017**

**125**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001691**

P004476

# 2017 Strategic Plan

3.  <u>Promise Operating Performance</u>
    - RPPD vs. EPPD – "Dashboard" Review
    - RPPD action plan requirement – "War Board"
    - 10% EPPD reduction strategy – Labor schedule tool
    - Senior Management facility responsibility
    - Los Angeles reorganization and realignment
    - Facility CEO Metrics
    - Service contract review
    - Supply chain cost reduction

4.  <u>Cash Flow</u>
    - Wells Fargo Review
    - Revenue cycle centralized development
    - Payables leadership and changes

**April 26, 2017**

**126**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001692**

P004477

# 2017 Strategic Plan

5. CAPEX Requirement
   - IT – Oracle, iCare
   - Shreveport HOU
   - Phoenix redesign
   - Facilities management infrastructure

6. Success Divestiture
   - Update

7. Growth
   - Los Angeles – potential 3 locations
   - Salt Lake City – Landmark acquisition
   - Phoenix expansion
   - Baton Rouge post-acute continuum
   - PRC

April 26, 2017

127

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001693

P004478

# 2017 Strategic Plan

## Summarized
## 2017 Strategic Plan

1. Operating and Quality Performance
2. Success Divestiture
3. Capital Plan
4. Growth Initiatives
5. Monetization Plan

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001694

P004479

## Daily Dashboard

| Region | Facility | Daily Census Data | | | | | | | Discharged SLOT Recap | | | | | | | Cost Report Data | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Budget | Current | ADC | LTAC | Site | Other | LTAC % | LTAC LS % | LTAC NS % | LTAC SS % | Optimal Slot % | Site @ 5/6 % | Site in Valley % | Site @ IPPS % | ALOS | Days +/- | Date |
| East | Ascension | 40 | 42 | 37 | 7 | 15 | 20 | 31.8 % | 0.0 % | 75.0 % | 25.0 % | 0.0 % | 75.0 % | 8.3 % | 8.3 % | 24.17 | -63 | 8/31 |
| East | Baton Rouge Mid-City | 12 | 16 | 17 | 5 | 5 | 6 | 50.0 % | 50.0 % | 50.0 % | 0.0 % | 0.0 % | 55.6 % | 11.1 % | 33.3 % | 31.67 | 40 | 12/31 |
| East | Baton Rouge Ochsner | 18 | 9 | 10 | 2 | 3 | 4 | 40.0 % | 0.0 % | 100.0 % | 0.0 % | 0.0 % | 80.0 % | 20.0 % | 0.0 % | 32.93 | 119 | 12/31 |
| East | Bossier City | 47 | 44 | 45 | 15 | 23 | 6 | 39.5 % | 10.0 % | 60.0 % | 30.0 % | 60.0 % | 68.2 % | 0.0 % | 4.5 % | 21.33 | -180 | 12/31 |
| East | Fort Myers | 41 | 46 | 41 | 25 | 9 | 12 | 73.5 % | 10.5 % | 31.6 % | 57.9 % | 15.8 % | 11.1 % | 33.3 % | 11.1 % | 25.63 | 173 | 8/31 |
| East | Miami Dade | 47 | 45 | 45 | 41 | 1 | 3 | 97.6 % | 33.3 % | 42.9 % | 23.8 % | 20.0 % | 100.0 % | 0.0 % | 0.0 % | 28.25 | 104 | 3/31 |
| East | Miss Lou | 23 | 29 | 27 | 14 | 14 | 1 | 50.0 % | 14.3 % | 28.6 % | 57.1 % | 28.6 % | 26.3 % | 26.3 % | 0.0 % | 24.47 | -19 | 12/31 |
| East | Shrevport | 83 | 71 | 77 | 19 | 49 | 3 | 27.9 % | 0.0 % | 66.7 % | 33.3 % | 33.3 % | 50.0 % | 15.0 % | 1.7 % | 30.15 | 211 | 12/31 |
| East | The Villages | 33 | 33 | 36 | 16 | 1 | 16 | 94.1 % | 28.0 % | 56.0 % | 16.0 % | 30.8 % | 0.0 % | 0.0 % | 0.0 % | 25.08 | 18 | 6/30 |
| East | Vicksburg | 28 | 27 | 27 | 11 | 5 | 11 | 68.8 % | 66.7 % | 0.0 % | 33.3 % | 0.0 % | 64.7 % | 5.9 % | 5.9 % | 26.48 | 147 | 6/30 |
| Ruby | Dallas | 28 | 32 | 29 | 2 | 18 | 12 | 100.0 % | 50.0 % | 50.0 % | 0.0 % | 50.0 % | 66.7 % | 0.0 % | 0.0 % | 27.84 | 125 | 5/31 |
| Ruby | Overland Park | 28 | 24 | 26 | 15 | 4 | 5 | 78.9 % | 40.0 % | 60.0 % | 0.0 % | 0.0 % | 50.0 % | 50.0 % | 0.0 % | 25.37 | 51 | 5/31 |
| Ruby | Wichita | 23 | 22 | 20 | 15 | 4 | 3 | 78.9 % | 66.7 % | 16.7 % | 16.7 % | 16.7 % | 60.0 % | 20.0 % | 0.0 % | 26.24 | 171 | 5/31 |
| West | East Los Angeles | 19 | 22 | 19 | 12 | 7 | 3 | 63.2 % | 60.0 % | 20.0 % | 20.0 % | 20.0 % | 0.0 % | 66.7 % | 25.0 % | 25.87 | 54 | 6/30 |
| West | Phoenix | 40 | 31 | 31 | 21 | 0 | 10 | 100.0 % | 33.3 % | 33.3 % | 33.3 % | 20.0 % | 0.0 % | 0.0 % | 0.0 % | 22.84 | -514 | 5/31 |
| West | Salt Lake City | 36 | 36 | 34 | 17 | 3 | 16 | 85.0 % | 16.7 % | 58.3 % | 25.0 % | 50.0 % | 66.7 % | 0.0 % | 0.0 % | 22.84 | -95 | 1/31 |
| West | Suburban | 109 | 127 | 120 | 40 | 63 | 24 | 38.8 % | 20.0 % | 35.0 % | 45.0 % | 15.0 % | 46.1 % | 28.2 % | 7.7 % | 40.04 | 4393 | 6/30 |

| Region | Facility | Revenue Month to Date Recap | | | | Revenue Month to Date PPD Recap | | | | | | YTD PPD Recap | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Rev- LTAC | Rev- Site | Rev- Other | Rev- MTD | Rev- LTAC PPD | Rev- Site PPD | Rev- Other PPD | Rev- MTD PPD | Exp- Prior Mth PPD | Rev- Mth End Proj. | Rev- YTD PPD | Exp- YTD PPD |
| East | Ascension | 242,495.69 | 360,847.62 | 347,569.84 | 950,913.15 | 1,649.63 | 1,164.02 | 1,277.83 | 1,304.41 | -553.56 | 1,507,791.03 | 1,375.75 | 370.41 |
| East | Baton Rouge Mid-City | 87,341.05 | 142,168.23 | 185,571.77 | 415,081.05 | 1,505.88 | 987.28 | 1,325.51 | 1,213.69 | -582.21 | 594,048.85 | 1,237.61 | 377.86 |
| East | Baton Rouge Ochsner | 41,036.70 | 64,302.20 | 202,562.81 | 307,901.71 | 1,465.60 | 918.60 | 1,893.11 | 1,501.96 | -582.21 | 466,910.79 | 1,255.62 | 377.86 |
| East | Bossier City | 428,674.34 | 626,866.08 | 246,336.94 | 1,301,877.36 | 1,863.80 | 1,182.77 | 1,811.30 | 1,452.99 | -403.95 | 1,974,058.75 | 1,362.97 | 261.10 |
| East | Fort Myers | 727,305.58 | 158,391.72 | 299,653.67 | 1,185,350.97 | 1,641.77 | 920.88 | 1,505.80 | 1,456.21 | -528.34 | 1,903,697.07 | 1,318.97 | 394.81 |
| East | Miami Dade | 1,347,049.01 | 31,274.48 | 8,018.48 | 1,386,341.97 | 1,603.63 | 1,042.48 | 286.37 | 1,543.81 | -678.57 | 2,091,387.07 | 1,529.58 | 333.11 |
| East | Miss Lou | 229,864.00 | 266,026.66 | 11,432.00 | 507,322.66 | 1,321.06 | 755.76 | 571.60 | 929.16 | -444.09 | 811,291.38 | 956.18 | 330.37 |
| East | Shrevport | 341,691.01 | 1,212,933.10 | 146,883.88 | 1,701,507.99 | 1,817.51 | 1,003.25 | 992.46 | 1,101.30 | -435.12 | 2,540,583.55 | 1,112.24 | 285.01 |
| East | The Villages | 671,297.87 | 22,851.03 | 488,487.71 | 1,182,636.61 | 1,674.06 | 1,142.55 | 1,690.27 | 1,665.69 | -688.09 | 1,714,724.27 | 1,657.17 | 350.30 |
| East | Vicksburg | 273,676.55 | 152,613.94 | 169,848.61 | 596,139.10 | 1,479.33 | 892.48 | 976.14 | 1,124.79 | -794.76 | 896,634.48 | 1,114.19 | 218.28 |
| Ruby | Dallas | 72,571.23 | 395,321.48 | 333,290.41 | 801,183.12 | 2,134.45 | 1,251.02 | 1,436.60 | 1,376.60 | -1,030.06 | 1,248,904.73 | 1,456.73 | 212.72 |
| Ruby | Overland Park | 564,637.29 | 112,951.38 | 167,900.00 | 845,488.67 | 1,798.21 | 1,466.90 | 1,301.55 | 1,625.94 | -802.70 | 1,233,069.50 | 1,594.91 | 300.56 |
| Ruby | Wichita | 594,510.47 | 77,083.57 | 76,800.00 | 748,394.04 | 2,340.59 | 1,117.15 | 1,052.05 | 1,889.88 | -865.10 | 1,203,905.53 | 1,677.59 | 330.58 |
| West | East Los Angeles | 331,313.20 | 239,231.55 | 36,200.00 | 606,744.75 | 1,871.83 | 1,367.04 | 1,392.31 | 1,605.14 | -1,418.05 | 981,619.12 | 1,800.34 | 352.30 |
| West | Phoenix | 878,693.70 | 0.00 | 297,944.05 | 1,176,637.75 | 2,006.15 | 0.00 | 1,568.13 | 1,873.63 | -1,181.95 | 1,769,977.17 | 1,766.23 | 282.46 |
| West | Salt Lake City | 608,993.55 | 107,695.10 | 524,262.95 | 1,240,951.60 | 2,159.55 | 1,455.34 | 1,638.32 | 1,835.73 | -701.64 | 1,897,333.47 | 1,770.92 | 390.74 |
| West | Suburban | 1,500,988.72 | 1,380,961.66 | 979,501.09 | 3,861,451.47 | 2,078.93 | 1,241.87 | 1,709.43 | 1,604.26 | -1,172.88 | 5,994,694.44 | 1,760.95 | 305.04 |
| Total | | 8,942,139.96 | 5,351,519.80 | 4,522,264.21 | 18,815,923.97 | | | | | | 28,830,631.20 | | |

## Microsoft Power BI

# Regulatory Update

<u>2017 Regulatory Impact</u>

- Admission Criteria
- New Rule
- Coalition Meeting

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**     **PROMISE_00001696**

P004481

S&P Global
Market Intelligence

**Global Credit Portal®**
RatingsDirect

## U.S. Long-Term Acute-Care Providers Feel The Pain Of New, More Stringent Medicare Criteria

02-Aug-2016

The long-term acute-care (LTAC) industry is starting to feel the effects of the U.S. Centers For Medicare & Medicaid Services' (CMS) new, more stringent patient criteria. And though we expect the tighter eligibility standards for reimbursement of LTAC services at the attractive LTAC-specific rate to have a significant adverse financial impact on the LTAC industry, we believe it will be less severe for the three LTAC providers we rate: Kindred Healthcare Inc. (B+/Stable/--), Select Medical Corp. (B+/Negative/--), and Hospital Acquisition LLC (B-/Stable/--). Our ratings already incorporate the change in patient criteria and our expectations for modest revenue declines and margin contraction in each company's LTAC segment. They also reflect our view that the impact will vary among these companies, given differences in their average patient acuity (intensity of care required) and exposure to the LTAC segment. LTAC represents approximately 33% of Kindred's total revenues, approximately 40% for Select's and approximately 95% for Hospital Acquisition's. We expect the impact of the new patient criteria to be least severe for Kindred given good segment diversification beyond LTAC, while we expect it will be most severe for Hospital Acquisition, which predominantly provides LTAC services and has a materially weaker acuity patient-base than its rated peers. While our ratings incorporate these expectations, we view Select as potentially more vulnerable to a downgrade if the industry deteriorates beyond our expectations. This is reflected by our negative outlook on the company.

### Overview

- Although we expect the tightening in Medicare patient criteria for LTAC providers to have a significant adverse financial impact on the industry, we believe it will be less severe for the three large LTAC providers that we rate.
- We expect the impact on these rated companies will vary given differences in their average patient acuity levels and exposure to the LTAC industry.
- Although the LTAC companies we rate have been implementing or pursuing various strategies to mitigate the impact of the new patient criteria, we don't believe these will fully offset the headwinds.
- While there is still considerable uncertainty about the potential impact, our ratings reflect base-case assumptions of mid- to high-single-digit revenue declines and about 100-200 basis points of margin compression for the LTAC business of our rated entities following each of the two phases of the criteria rollout. We believe these assumptions are generally weaker than many investors' expectations.
- Our ratings incorporate the impact of new patient criteria. The stable outlooks on Kindred and Hospital Acquisition indicate cushion for the current ratings. The negative outlook on Select reflects heightened sensitivity for deterioration beyond our base-case forecast.

### What's Changed In Patient Eligibility Criteria

Medicare reimbursement for LTAC services has been relatively attractive to LTAC providers, supporting robust profit margins, with an average base rate of around $41,000 for patient stays of 25 days in 2015. Until recently, doctors at acute-care hospitals (ACH) had relatively broad discretion in discharging a patient to an LTAC provider, and Medicare would cover the cost of care at the LTAC. An ACH can benefit from the ability to discharge a long-stay patient to an LTAC because it frees up bed capacity for higher-revenue patients. Moreover, an earlier discharge by the ACH doesn't necessarily significantly reduce the ACH's reimbursement for that patient under Medicare's diagnosis-related group (DRG)-based reimbursement frameworks for ACHs.

about:blank

1/7

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001697

P004482

To curb the rapid growth of Medicare spending on LTAC services, CMS introduced stricter eligibility criteria for patients to qualify for the attractive LTAC 25-day reimbursement rate. This started to affect some LTAC providers with a reimbursement reduction beginning in October 2015, depending on each facilities' cost reporting period end date.

The new patient criteria limit this 25-day reimbursement rate to (1) patients that have spent at least three days in a hospital's intensive care unit (ICU) or a coronary care unit (CCU) immediately prior to being admitted to an LTAC facility; or (2) patients who will require at least 96 hours on a ventilator, and providing the patient had an ACH stay immediately prior to being admitted to an LTAC.

In addition, the discharge to an LTAC cannot have a principal psychiatric or rehabilitation diagnosis. Finally, the LTAC facility must be certified by Medicare to provide LTAC services, which involves certain patient mix requirements.

For patients not eligible for this higher LTAC rate, Medicare will reimburse care at the lesser of (1) the per diem Medicare rates paid for patients with the same diagnosis under the inpatient prospective payment system (IPPS), which we estimate to average about $10,000 for 25 days (compared with the approximate $41,000 LTAC rate) or (2) the estimated cost of care. This lower rate is referred to as a "site-neutral" payment because it is the same reimbursement that an ACH would receive for this service.

While CMS is tightening the standards for LTAC reimbursement, we believe it continues to view LTAC services as a necessary component of post-acute-care services because these facilities are more efficient than ACHs for certain patients, given their lower daily per-patient operating expenses.

## The Reimbursement Change Roll-Out Will Be Gradual

To reduce the disruption to the industry, the approximately 75% reduction in reimbursement (to $10,000 from $41,000) for non-LTAC-eligible patients occurs in two stages, with some variation in timing depending on each facility's year-end date for Medicare cost reporting. The first phase went into effect for cost reporting periods beginning on or after Oct. 1, 2015. During the two-year phase-in period (from October 2015 to October 2017), a blended reimbursement rate of about $25,000 will apply, based on 50% of the rate at the current LTAC rate and 50% of the rate based on the site-neutral rate (i.e. [$41,000 + $10,000]/2 = $25,500). Starting October 2017 (or cost reporting periods starting after that), the rate for non-eligible patients falls to the site-neutral rate (an estimated $10,000). For example, Kindred's facilities now have year-end reporting periods in August and will therefore not be affected by the first phase of the reimbursement changes until September 2016; the company will face the second phase beginning in September 2018. In contrast, the facilities of the other two rated companies have cost reporting periods spread over the course of the year.

Early comments from Select Medical indicate that the company's transition has been smoother than expected thus far. The company has been able to offset decreased patient volume by successfully maintaining and even improving its higher-acuity LTAC patient-base, through targeting criteria-eligible patients and by closing facilities unlikely to be profitable under the new reimbursement framework. Still, it has experienced weakening margins, reflecting elevated labor costs associated with treating higher-acuity patients. Conversely, Hospital Acquisition, which has a lower average patient acuity, has experienced both revenue declines and margin contraction since commencing its transition to new patient criteria.

We believe however the deterioration is likely to accelerate for all companies once all (surviving) providers are competing more intensely for the criteria-eligible patients.

## Many LTAC Closures Are Likely

We expect a material portion of the approximately 435 LTAC facilities nationwide to close over the next few years amid the phase-in of lower reimbursement for non-eligible LTAC patients. Certain smaller, non-rated LTAC operators have already closed their doors in anticipation of the criteria rollout, and some of the rated companies have begun implementing site closures in certain facilities that have weak prospects of remaining profitable under the new patient criteria.

about:blank

2/7

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001698

P004483

Kindred and Select Medical assert that their LTAC operations are likely to be less affected than the industry overall, due to the higher-than-average acuity of their patients. Even so, we expect the new patient criteria to shift 20%-30% of the current patient population in Kindred's and Select's LTAC facilities to the site-neutral rate. Although their strategies under the new criteria differ (with Select exclusively targeting criteria-eligible patients, and Kindred planning to accept site-neutral patients too) we expect significant revenue declines and margin pressures for both company's LTAC businesses.

We expect the reduction in reimbursement to affect an even higher proportion of Hospital Acquisition's patients due to their lower average acuity levels.

The difference in acuity levels between these companies is partially attributable to their mix of free-standing LTAC facilities and hospital-within-hospital (HIH) facilities (which are located within or adjacent to acute-care hospitals). Select's LTAC facilities are mostly HIHs, which tend to attract higher-acuity patients, whereas a high proportion (about two-thirds) of Hospital Acquisition's facilities are free-standing facilities. Other factors also influence acuity levels, such as referral relationships, as well as capabilities, expertise, and reputation. Kindred's LTAC facilities, for example, are mostly free-standing, but still maintain above-average acuity, similar to Select.

### How LTAC Companies Are Coping

LTAC companies have already taken a number of steps to mitigate the effects of the new criteria. These include:

- Changing year-end reporting dates. Kindred modified its reporting periods to align them all in August, which helped to delay the onset of the change in reimbursement. When other companies subsequently attempted to change their year-end reporting dates, CMS disallowed it.
- Diversification through acquisitions. Both Kindred (which acquired Gentiva Health Services) and Select (which acquired Concentra Inc. and Physiotherapy Associates Inc.) have recently gained scale and diversification (away from LTAC) through acquisitions.
- Portfolio optimization. Kindred recently exchanged several of its LTAC facilities for several of Select's, in differing geographies, to optimize their respective portfolios. Kindred also recently agreed to sell 12 non-strategic LTAC facilities.

We understand that LTAC providers plan to implement several other strategies to mitigate the revenue and margin pressures, including cutting costs and shutting down unprofitable facilities and focusing more heavily, or even exclusively, on attracting patients still eligible for the attractive LTAC-specific rate (albeit with a likely increase in operating costs, given the higher patient acuity). They will also seek to capture criteria-eligible patients from nearby facilities of smaller operators that may be closed or closing, as well as pursue patients that are eligible for LTAC services under the new criteria but were not previously served by the LTAC (e.g., patients who were previously served by a longer stay in the ACH). Kindred asserts that for every patient made ineligible by the current change in criteria, there are three eligible patients that are not making use of LTAC services. However, we believe that even if this estimate is correct, LTAC providers will need extensive efforts to persuade ACHs to modify past practices and start discharging these patients to the LTACs.

While these considerations may help mitigate some of these pressures, we don't believe they will fully offset the impact.

We expect the new patient criteria to have a moderate impact on the three large LTAC providers we rate, depending on each company's level of exposure to the LTAC industry and the acuity levels of their patients. We expect the impact of the new patient criteria to be least severe for Kindred given its broad segment diversification beyond LTAC, while we expect it will be most severe for Hospital Acquisition, which predominantly provides LTAC services (see tables).

More specifically, we estimate revenue declines of about 5% for Kindred and Select and about 100 basis points of margin compression within their LTAC business in each of the two phases of the rollout (in 2015/2016 and again in 2018/2019). For Hospital Acquisition, which predominantly provides LTAC services, we estimate revenue declines of about 10% and about 300 basis points of margin compression in each of the two phases of the rollout.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001699

P004484

For context, these estimates contrast with our expectation for low-single-digit revenue growth both for the post-acute-care segment overall and for these companies in other years within our forecast horizon.

We recognize the significant uncertainty around these estimates and the potential for revenues and profitability to differ from our base-case assumptions. If the industry manages to adapt to and offset the cost reductions, for example by expanding to serve eligible patients who were not previously served by LTACs, we would expect CMS to pursue additional initiatives to control the rapidly growing costs of LTAC care. However, if the change in eligibility criteria causes a large proportion of LTAC facilities to close down, we believe Medicare would likely temper the severity of the reimbursement reduction in phase two, given that CMS views LTAC services as an appropriate and cost-efficient setting for certain patients.

## Other Industry Dynamics Play A Role

Although we view the change in criteria for eligibility as the most significant development in the industry, other industry dynamics are exacerbating these headwinds. In recent quarters, some post-acute-care service providers, including LTAC operators, have been experiencing margin pressures stemming from higher-than-expected labor costs and weaker patient volumes. This weakness stems from an ongoing shift in the payor mix from Medicare to managed-care payors. Managed-care payors tend to pay a lower rate and are more proactive in reducing paid days of post-acute care. For instance, they can reduce days of care in the LTAC by insisting that patients remain in the ACH (under an episodic reimbursement framework) rather than move to an LTAC.

CMS has talked about implementing a site-neutral payment framework across the entire spectrum of post-acute care over the next few years. (This is where the reimbursement is not dependent on or restricted to a specific site of care). Under this reimbursement framework, other post-acute-care providers, such as skilled nursing home operators, who have developed capabilities to providing necessary care, would compete for certain LTAC patients. We believe this is still years away from implementation.

## A Comparison Of Three LTAC Company Credit Profiles

To recap, Kindred is best positioned to withstand the pressures of new patient criteria. We view the company's diversification across various post-acute care segments and strong free cash flow generation as a significant strength relative to its peers. Select also exhibits good segment diversity, which we expect to limit the impact of the criteria change. Still, it has greater exposure to the LTAC business than Kindred, which in our view, increases its credit risk. The rating on Select also has less cushion to withstand shortfall to our base case, hence the negative rating outlook. Hospital Acquisition remains the most exposed to industry deterioration, given that it is the only pure-play LTAC operator of the three and has a considerably lower acuity patient-base. That said, its current rating (B-/Stable/--) has substantial cushion to withstand greater-than-expected deterioration compared to our base-case forecast.

### Table 1

Business Risk Profile Comparison

| (All data as of FYE 2015 reported) | Kindred Healthcare Inc. | Select Medical Corp. | Hospital Acquisition LLC |
|---|---|---|---|
| Rating* | B+/Stable/-- | B+/Negative/-- | B-/Stable/-- |
| Scale | $7.1 bil. 2015YE | $3.7 bil. 2015YE | ~$0.5 bil. 2015YE |
| | LTAC = ~35% | LTAC = ~40% | LTAC = ~100% |
| | Home health & hospice = ~28% | Outpatient rehab facilities = ~25% | |
| | Skilled nursing facility = ~15% | Occupational health (Concentra) = ~23% | |
| | Contract rehab services = ~14 % | Inpatient rehab facilities = ~12% | |
| | Inpatient rehab facilities = ~8% | | |
| LTAC data: | Facilities = 95 | Facilities = 109 | Facilities = ~25 |
| | HIH = ~20% | HIH = ~73% | HIH = ~33% |

about:blank

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001700

P004485

 **UBS**

Global Research

17 April 2017

## U.S. Post-Acute Care
### LTAC FY18 Proposed Rule: Total Payment Cut of 3.75%, but Impact on Companies Will Vary

**Equities**

Americas
Healthcare Providers

**A.J. Rice**
Analyst
aj.rice@ubs.com
+1-212-713 4299

**Caleb Harris, CPA**
Associate Analyst
caleb.harris@ubs.com
+1-212-713 6253

**Jailendra Singh**
Associate Analyst
jailendra.singh@ubs.com
+1-212-713 9903

**CMS Proposes Net 3.75% LTACH Payment Decrease for FY18**
On Friday, April 14, CMS issued its proposed FY18 (beginning Oct 1, 2017) Medicare payment update for LTACHs. The proposal calls for a net 3.75% decrease in LTACH payments ($173 mln), which includes the phase-in of patient criteria (the end of "blended" site-neutral rates). For background, the site-neutral rate is calculated as the lower of the IPPS rate (including outlier pmts) or 100% of the est cost of the case. Additionally, CMS proposed a one-year delay in full implementation of the "25 percent rule." For background, the 25 percent rule limits the share of LTACH cases that can come from certain referring acute care hospitals, with the goal of ensuring that LTACHs do not function as units of acute care hospitals and that admission, treatment, and discharge decisions are made for clinical reasons rather than financial reasons. Under the 21st Century Cures Act, a moratorium was placed on the 25 percent rule through September 30, 2017. The CMS proposal would exercise the agency's regulatory authority for a delay of full implementation of the rule through September 30, 2018 while CMS evaluates whether the rule is still needed. The LTAC industry's most recent criticism of the 25 percent rule has included the idea that its goals may be sufficiently achieved through implementation of the patient criteria rules.

**Additional Details on the Payment Changes; Largest Impact from Criteria Rules**
The 3.75% decrease in total LTACH pmts includes (1) a 0.4% payment incr ($15 mln) for standard pmt rate cases, (2) a decr in site-neutral pmt rate cases of 22% ($252 mln), (3) a $50 mln incr in pmts related to delay in full implementation of the 25 percent rule, and (4) a $15 mln incr due to implementation of certain aspects of the 21st Century Cures Act. The Cures act include certain exceptions to the moratorium on bed increases, change in treatment of high cost outlier (HCO) pmts, and a temporary exception to the site-neutral pmt rate for certain spinal cord hospitals.

**Other Aspects of the Proposed Rule**
CMS also announced that it is requesting ideas on "positive solutions to better achieve transparency, flexibility, program simplification and innovation" related to both inpatient hospitals and LTACHs. Various updates were also proposed for the LTACH quality reporting program.

**Overall Medicare Payments to LTACHs; Impact on SEM and KND**
The proposed decrease in payments of $173 mln (3.75%) for FY18 compares to the FY17 final rule estimated net payment decrease of $363 mln (7.1%). In 2015, Medicare FFS payments to LTACHs totaled $5.3 bln according to MedPAC. Based on the information in the FY18 proposed rule, total LTACH payments through Medicare FFS would be cut from roughly $4.6 bln in FY17 to roughly $4.4 bln in FY18. Medicare FFS makes up approximately half of revenues for LTACHs. SEM's 2016 Specialty Hospital revenues were $2.2 bln (50% from Medicare). This includes LTACHs and IRFs, but the vast majority is from LTACHs. KND's 2016 LTACH revenues totaled $2.4 bln (excludes IRFs). Medicare comprised 56% of KND LTACH revenues. The FY18 transition away from the blended site-neutral rate should negatively impact KND more than SEM, due to KND's strategy of accepting site-neutral patients. In 4Q16, 11% of KND's LTACH revenues came from Medicare site-neutral patients.

www.ubs.com/investmentresearch

This report has been prepared by UBS Securities LLC.   **ANALYST CERTIFICATION AND REQUIRED DISCLOSURES BEGIN ON PAGE 3.**  UBS does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

April 26, 2017

135

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

PROMISE_00001701

P004486

# Welcome

## Anthony Misitano
## Post Acute Medical

## Peter Baranoff
## Promise Health Care

Thank you to our sponsors







2

April 26, 2017

136

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00001702**

P004487

# In the Room

2 public companies

- 82 LTCHs

8 private companies

- 95 SNFs

- 131 LTCHs

- 144 Rehab Hospitals

- 4 SNFs

- 828 Home Health

- 27 Rehab Hospitals

- 35 Hospices



3

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001703

P004488

# Growth Opportunities

| Opportunity | Description/Comments | Overall Funding Need | Equity Funding Need | Run-Rate EBITDA | Timing |
|---|---|---|---|---|---|
| 1. Los Angeles Status | Gardens Regional – lease negotiation<br>St. Vincent lease negotiations<br>Plan to move ELA beds<br>Reduce semiprivate Suburban beds | | | 5.0 | 2017 |
| 2. Baton Rouge SNF Status | BRG executed agreement | | | | 2017 |
| 3. SLC SNF Status | Landmark facility acquisition | 3.0 | 1.8 | | 2017 |
| 4. Vicksburg Status | Move to main building<br>New Lease | - | - | 1.0 | 2017 |
| 5. Phoenix - Building | Add services – SNF, OR, UC – Plan 6/1/17 | *5.0 | 5.0 | 7.0 | 2017 |
| 6. Miss Lou | Acute care strategy – implementation 6/1/17 | ? | ? | 1.5-2.0 | January 2017 |
| 7. Promise Rejuvenation Clinic Status | New plan<br>Promise Rejuvenation Clinic Plan | 1.0 | - | 1.0-10.0 | 2017-2019 |

**\*Over 5 years**

**138**

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001704

P004489

# Corporate Organization Chart



**April 26, 2017**

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001705

P004490

# Operations Organization Chart



PROMISE HEALTHCARE, INC.
Organizational Chart 2017

Revised 4/21/17

**Peter Baronoff**
**CEO**

**James Hopwood**
**CFO**

Jennifer Lyons
Sr. Exec. Assistant

**Richard Gold**
**President & COO**

**Theresa Laurenzano**
**Senior Exec. Assistant**

**David Armstrong, Esq.,**
**Exec. V.P.,**
**General Counsel**
**& Chief**
**Compliance Officer**

Leah Cuadra
Paralega 1

Faye Dunne
Legal Dept.
Administrator

Nancy Price
VP
Revenue Cycle
Management and
CBO

James Brooks
Interim
Chief Information
Officer

Dr. Charles Posternack
Chief Medical Officer

Toni Strickland
Executive Ass't.

Bob Buruchian
Chief Marketing
Technologist

Richard Cohen
Chief
Administrative
Officer

**Brian Dunn**
**EVP**
**Western Region**

**Bryan Day**
**EVP**
**East Region**

Vacant
Associate
Compliance
Officer

Suzanne Sterling, Esq.
SVP Chief Hospital
Operations Counsel

Ted Duay
SVP
Chief Accounting
Officer

Michael Vlahovic
Network
Operations
Manager

Nishat Patel
Corporate V.P.
Of Pharmacy

Kimberly Wade
Marketing
Manager

Rick Coffin
Facilities
Management
Consultant

Brenda Gonzalez
VP
Supply Chain

Michael Choo
CEO
Los Angeles
Market

Rick Stockton
CEO (2)
Shreveport/Bossier

Terry Arke
Contracts
Admin.

Vacant
Contracts
Admin

Lilienne Pierre     -
Louis
Divisional
Controller

Robyn Redgate
Director of
Payroll

Kim Montes
SVP
Chief Clinical Officer

Linda Hook
Vice President
Mountain Region

Kiley Cedotal
CEO
Baton Rouge

Jesus Llorens
Corporate
Risk Mgr.

Val Monte
Litigation
Manager

Aleyda Yanes
Divisional
Controller
For Success
and Ruby

Suzanne Hyde
VP
Managed Care

Maureen Moore
VP Quality & Care
Management

Wayne Kinsey
CEO
Salt Lake

Mike Harrell
CEO (2)
Miss Lou

Mickael Cohen
Sr. Financial
Analyst

Steve Helland
SVP
Investor Relations

Theresa   Hunkins
VP Clinical Risk &
Patient Safety

David Covert
CEO
Phoenix

Mike Harrell
CEO
Vicksburg

Stanley Grabish
VP
Strategic Planning
/Financial Analyst

Katie Kato
VP
Human Resources

Roseann Webb
Corporate
HIM Director

Lou Bradley
CEO
Dallas

Patrick Ryan
CEO
Ft. Myers

Jacinda Jones
Director of
Patient Access

Lou Bradley
CEO
Wichita Falls

Hoyt Ross
CEO
Villages

Kristen Barrett
CEO
Overland Park

Charles Doten
CEO
Miami

**April 26, 2017**

140

PROMISE_00001706

P004491

# Facility Management Update

## Facility Management Update

Objectives:
- Centralized facility management process
  - Facility managers report to corporate
- Facility condition survey
- CAPEX planning for equipment replacement, repairs and structural improvements
- Growth initiatives – i.e. PRC Villages – status/Phoenix/HOU-Shreveport
- National facility maintenance contracts
- Facility RFP process for all CAPEX requests

April 26, 2017

**141**

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001707

P004492

# V

## Please replace this page with a **roman numeral** tab V

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001708**

P004493

# V. Chief Financial Officer Report
## Agenda

a. Technology Review
b. Organization
c. Insurance Programs
d. Revenue Cycle
e. Cash Flow Review and Plan
f. PHG Treasury Report
g. Audit Status

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001709

P004494

# Chief Financial Officer Report
## a.) Technology Review.  Infrastructure Investments.

Promise has made investments in IT infrastructure to create a solid foundation upon which our future systems and processes can be built.  In a cost-effective manner, our objective is to: (i) create efficient processing of patient care needs, (ii) reduce the risk of system downtime and data hacking, and (iii) provide a flexible platform for data analysis and employee collaboration.

| User Experience | Risk Reduction | Patient Care |
|---|---|---|
| Helpdesk | Citrix VDI | Pyxis ES |
| Sharepoint | Palo Alto Security | Oracle |
| eContracts | Peak 10 Data Center | iCare |
| Data Repositories | Redundant Systems | LMS |
| Dashboards | Interface Engine | LTRAX |
| | | Kronos Scheduler |
| | | McKesson Interqual |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001710

P004495

# Chief Financial Officer Report
## a.) Technology Review.  Oracle.

**Oracle Implementation.  *Areas of Concentration.***

- Materials Management – Procurement cost. Inventory control.  Charge capture.
- Accounting – Reduce time required for financial close.  Accelerate analytics.
- Accounts Payable – Reduce paper.  Reduce accrual efforts.  Reduce headcount.
- Learning Management  - Accelerate critical training of clinician and admin functions

| Grouping | Description | Annualized Savings |
|---|---|---|
| Cost Savings | Inventory controls (estimate of 5% to 10%) | 1,500,000 |
| | Accurate charge capture of materials and supplies, | 1,000,000 |
| | Bank processing fees, Fedex delivery costs | 200,000 |
| | Long term productivity gains | 500,000 |
| | | **3,200,000** |
| Qualitative | Reduced time for accounting close, | |
| | Increased analytical capabilities/More efficient/More broadly distributed, | |
| | Reduce rework of administrative/back office flows (missing invoices/vendor issues) | |

Footnote: Cost of Oracle implementation $1.0 million plus annual subscription fees of $330 thousand

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

P004496

# Chief Financial Officer Report
## a.) Technology Review.  Oracle.

**Materials Management**.  *Future State*.  As paperless as possible.  Tight tracking of inventory and material usage.

- Increase vendors brought online onto EDI over the next 120 days.  Medline, our largest vendor comprising over 50%+ of our purchases, and Grainger are the only vendors up on EDI at this juncture.  This decision was made to allow for testing and refining before other vendors are set up.
- Significant ordering activity occurs with rentals; we are working with our vendors to determine if we can order and receive the invoices electronically.  We are working with Freedom Medical currently.
- Inventory management and stickers for patient charging are currently inefficient. As an add-on to Oracle, we are implementing "Capsure" to eliminate the stickers for charge entry and improve the on-hand inventory process.  Miami is the test site and is expected to go live in the next 90 days.

**Accounting.  *Future State.*  Close monthly financials in less than 10 days.  Accelerate real time analysis.**

- Financial analysis will be much easier.  For example, reports with "click through" capabilities.
- Much of the manual financial reporting will go-away. Oracle allows much easier compilation of data.
- Bank reconciliation will be largely automated, allowing accounting team to take on more responsibilities.

**Accounts Payable.  *Future State.*  Reduce paper.  Reduce accruals.  Reduce headcount.**

- As more vendors go EDI, less paperwork is required.
- As scanners and process training are brought into the field, Fed-Ex usage and work load will decline.
- The processing of expense reports will be streamlined.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                     PROMISE_00001712

P004497

# Chief Financial Officer Report
## a.) Technology Review.  Kronos Labor Scheduler.

**Prerequisite.  *Updated pay practices.***  Updated and more uniform pay practices and pay rules are required before the Kronos Labor Scheduler can be piloted.  HR is finalizing pay practices and pay rules by facility.  Salt Lake is complete and the others will be complete over the next several months.

**Pilot.**  The Kronos Labor Scheduler pilot is slated to begin at the Salt Lake facility in May with a go-live rollout to all facilities spread over the remainder of 2017.

**Opportunity.  *Cost savings.  More efficient and clearer scheduling.*** Staffing coordinators tend to manage conservatively on staffing decisions and may not adjust staffing when census fluctuates leading to overstaffing.  The Kronos Labor Scheduler will help build confidence in staffing appropriately by (i) minimizing contract labor and overtime by matching shifts and acuity levels to available nurses, and (ii) maximizing flexibility and productivity of our core workforce to reduce these significant costs further over time.

- Through a client testimonial, Genesis HealthCare System indicated being able to: (i) align patient staffing with patient census and workload, (ii) decrease hours per patient day by 18%, and (iii) improve staffing productivity to save an additional $1.5 million.

- Promise front-line clinicians were paid $113.6 million in 2016 with $8.85 million paid as over-time (7.8% of total wages).  Reducing over-time percentage to 5% of total wages would produce $3.2 million of potential savings.  Other areas of opportunity will be realized as the Kronos Labor Scheduler is fully deployed.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY        PROMISE_00001713

P004498

# Chief Financial Officer Report
## a.) Technology Review.  iCare.

- iCare implementation and development costs will be significantly below the costs of traditional Electronic Health Record vendors.
- Unique opportunity to turn an expense into an investment with significant upside potential.
- The expected $3.0 million in initial costs to develop and implement iCare will: (i) create a fully functional Electronic Health Record platform for Promise and Success facilities, (ii) represent a 33% equity interest in the iCare newco, and (iii) establish our IT infrastructure and human capital investment as a revenue generating sales and support platform.
- A large team of clinical and support employees from Promise/Success facilities, Corporate and iCare are involved in the project's success as shown below:

| FACILITY: | iCARE | CORP | BAT | DAL | FMY | MIA | MIS | PHX | SAH | SHR | SLC | SLMC | SUB | VIC | VIL | WIC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FUNCTIONAL AREA:** | | | | | | | | | | | | | | | | | |
| INFORMATION TECHNOLOGY | 2 | 5 | - | - | - | - | - | - | 2 | - | - | 4 | - | - | - | - | 13 |
| ANCILLARY SERVICES | 2 | 6 | 1 | - | 1 | - | 1 | 1 | 3 | - | - | 17 | 5 | - | 1 | - | 38 |
| CASE MANAGEMENT | 2 | 4 | - | - | 1 | 1 | - | 1 | 2 | - | - | 9 | 5 | 1 | 1 | - | 27 |
| MATERIALS MANAGEMENT | - | 4 | - | - | - | - | - | - | - | - | - | 1 | 2 | - | - | - | 7 |
| NURSING | 2 | 5 | 1 | 1 | - | - | 1 | - | 2 | - | 1 | 13 | 4 | - | 1 | - | 31 |
| PHARMACY | 1 | 5 | 1 | - | 1 | 1 | - | - | - | - | 1 | 4 | 1 | - | - | - | 15 |
| PHYSICIAN | 1 | 2 | - | 2 | 1 | 2 | - | - | 1 | - | 1 | 8 | 1 | - | 1 | - | 20 |
| PRE/ADM/REG/SCHEDULING | 2 | 3 | - | - | - | 1 | - | - | 1 | - | 1 | 7 | 4 | - | - | 1 | 20 |
| QUALITY/RISK/INFECTION | 2 | 4 | - | 1 | - | 2 | - | - | 2 | 2 | - | 3 | 2 | - | 1 | - | 19 |
| REVENUE CYCLE | 2 | 8 | - | - | - | - | - | - | - | - | - | 6 | 4 | - | - | - | 20 |
| SURGERY | 1 | 5 | - | 2 | 1 | 2 | - | - | - | - | 1 | 6 | 2 | - | 1 | - | 21 |
| Less: Multiple Functional Areas | (4) | (29) | - | (2) | (1) | (2) | - | - | (5) | - | (1) | (12) | (5) | - | (1) | - | (62) |
| | | | | | | | | | | | | | | | | | |
| TOTAL | 13 | 22 | 3 | 4 | 4 | 7 | 2 | 2 | 8 | 2 | 4 | 66 | 25 | 1 | 5 | 1 | 169 |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001714

P004499

# Chief Financial Officer Report
## a.) Technology Review.  iCare.

| MONTH 1 - 3<br>Jan - Mar | MONTH 4 - 7<br>Apr - Jul | MONTH 8 - 10<br>Aug - Oct | MONTH 11<br>Nov | MONTH 12 +<br>Dec → |
|---|---|---|---|---|
| Initiation<br><br>Contracting & Kick-off<br><br>Assessment / Workflow Analysis<br><br>Hardware/ Software<br><br>Interface Design Initiation | Design & Build<br><br>Multidisciplinary Design Team<br><br>Configuration Training<br><br>Database Build<br><br>Peripheral Device Selection | Testing & User Training<br><br>Unit Testing<br><br>Integration Testing<br><br>Super User Training & End User Training Planning | Go-Live<br><br>End User Training (Cont'd)<br><br>Phase I – Go-Live (TBD)<br><br>All Apps<br><br>CC Transition | Post Go-Live<br><br>Phase II – Activities<br><br>System Optimization |

April 26, 2017    PRIVILEGED & CONFIDENTIAL    148

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY    PROMISE_00001715

# Chief Financial Officer Report
## a.) Technology Review.  iCare.

**iCare tasks completed:**
- Partnership agreement finalized & contract signed
- Initial discovery visits completed for St. Alexius and Silver Lake
- Implementation project plans created for St. Alexius, Silver Lake and Suburban.
- iCare staff onboarded
- IT leads identified
- Subject matter core teams established
- Current state analysis completed for St. Alexius and Silver Lake
- Necessary points of integration identified
- Weekly subject-specific meetings began (integration, security, clinical, etc.)
- Clinical content vendor chosen

**iCare tasks in Process:**
- Onboarding of Success & Promise IT leads
- Workflow analysis & development
- Review of current forms, templates, care plans and order sets
- Development of Specifications for 3rd party interfaces
- Incident Reporting Analysis and Discovery
- Continue iCare Security/Network Discussions
- Establishing clinical content review committees
- Continued development of iCare platform per Promise Healthcare's specifications and requests

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                    **PROMISE_00001716**

P004501

# Chief Financial Officer Report

## a.) Technology Review.  iCare.

**iCare tasks moving forward:**
- Build clinical content: order sets, forms, templates
- Develop workflows tailored to our organization's needs via core team meetings
- On-site design sessions
- Train IT super users
- Complete Therapy, Pharmacy, and Radiology GUI Enhancements
- Develop Specifications for the enhancement of the Patient Portal
- Enhancements for Surgery and Operating Room
- Unit & Integrated testing
- End user training
- Go-Live & Rollout
- Phase 2 & Optimization

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**                                                    **PROMISE_00001717**

P004502

# Chief Financial Officer Report
## b.) Organization



CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY    PROMISE_00001718

P004503

# Chief Financial Officer Report
## c.) Insurance Programs.  Employee Benefits.

We are in the process of soliciting employee benefit broker RFPs. Responses are due back from all brokers by May 1, 2017.  We will select brokers for face-to-face meetings to be held during 2nd and 3rd week of May.  Final decision on new broker is planned for June 1, 2017.

Management is dedicated to controlling and reducing benefit costs.  There are a number of key indicators that will be directly impacted as we continue to drive enrollment to the High Deductible Health Plan (HDHP).  The following data is based on Promise Healthcare for the covered periods Jan. 2016 to Dec. 2016 and Jan. 2015 to Dec. 2015 (Benchmark is BCBS book of business, same industry and similar covered lives –3,685 members in 2016 and 3,264 members in 2015):

| Overall Expenses (Paid PMPM) | Jan.'16-Dec.'16 | Jan.'15-Dec.'15 | % Change | Benchmark | % Variance |
|---|---|---|---|---|---|
| Inpatient Facility | $113.92 | $126.35 | -9.8% | $86.97 | 31.0% |
| Outpatient Facility | $83.79 | $91.95 | -8.9% | $101.69 | -17.6% |
| Professional | $102.41 | $104.03 | -1.6% | $96.49 | 6.1% |
| Total Medical | $300.13 | $322.33 | -6.9% | $285.15 | 5.3% |
| Pharmacy | $92.30 | $79.48 | 16.1% | $77.37 | 19.3% |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001719

P004504

# Chief Financial Officer Report
## c.) Insurance Programs.  Employee Benefits.

As we continue to increase the enrollment in the HDHP, the overall expenses of the plan will trend towards the benchmark as some cost shifts to employees under the higher deductible. We could see more than a 10% reduction in the Inpatient/Outpatient Facility (PMPM) service categories.  Cost is not only shifted by the design of the HDHP, but also by the changed behavior of the employees as a Health Savings Account (HSA) is included in this type of plan.

Education of our employees is key in an effort to build an increased level of health care consumer consciousness.  Our education campaign will include Tele-doc, HDHP,  the value of Treatment Cost Estimators (Know-before-you-go), HCC (High Cost Claims), and Case Management with the goal of keeping treatment & care within the preferred provider network to better control cost.

Combined with a refined Wellness strategy that is claims-data driven, we will use specific reporting metrics to change employee behavior and the overall performance of our health care plans.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001720

P004505

# Chief Financial Officer Report
## c.) Insurance Programs.  Corporate Coverages.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Promise Healthcare Group, LLC** | | | | | | | |
| Promise Healthcare, Inc. & Success Healthcare, LLC | | | | | | | |
| *Schedule of Insurance* | | | | | | | |
| *Property Program* | | | | | | | |
| **Coverage** | **Carrier** | **Policy #** | **Effective** | **Expiration** | **Limits/Participation** | **Deductible** | **Premium** |
| **Excess Excess Earthquake Layer (Excess of Deductible)** | | | | | | | |
| Earthquake (CA) | United Specialty Insurance Company | RDF100541 | 11/18/2016 | 11/18/2017 | $15M Part of $40M XS of $10M | | $  105,375 |
| Earthquake (CA) | General Security Indemnity Co of Arizona | TR00014860260516 | 11/18/2016 | 11/18/2017 | $10M Part of $40M XS of $10M | See Below | $  70,250 |
| Earthquake (CA) | Everest Indemnity Insurance Company | 8400004469161 | 11/18/2016 | 11/18/2017 | $15M Part of $40M XS of $10M | | $  105,375 |
| | | | | **Total Layer** | **$40,000,000** | | |
| **Primary Layer (Excess of Deductible)** | | | | | | | |
| Primary Property (ALL LOCATIONS INCLUDING CA) | Continental Casualty Company | RMP2083618782 | 11/18/2016 | 11/18/2017 | $713,505,924 Per Occurrence | | $  770,711 |
| **Deductibles** | | | | | | | |
| All Coverages & Perils | | | | | | $100,000 | |
| Terrorism is included on C.N.A. Policy | | | | | | | |
| Business Interruption period of indemnity: Twelve (12) Months | | | | | | | |
| Extended period of indemnity of 365 days | | | | | | | |
| *Except* | | | | | | | |
| Windstorm for locations in FL, HI, CNA First Tier Areas, within the states of AL, GA, LA, MS, NC, SC, TX,or VA and Puerto Rico, US Virgin Islands, and other US territories and possessions (5% or $250,000 Deductible Which ever is greater | | | | | | | |
| Flood (Per Occurrence/Per Location) | | | | | | $250,000 | |
| *Except Flood in 100 Year Flood Plains (Per Occurrence/Per Location)* | | | | | | $500,000 | |
| Earth Movement for locations in Alaska California Hawaii, Puerto Rico (5% or $250,000 Deductible Which ever is greater | | | | | | | |
| Earth Movement for locations in Critical Madrid Areas NM-A, NM-B and NM-C (5% or $250,000 Deductible Which ever is greater | | | | | | | |
| *Casualty Program* | | | | | | | |
| **PROMISE HEALTHCARE, INC. / SUCCESS HEALTHCARE, LLC** | | | | | | | |
| **Coverage** | **Carrier** | **Policy #** | **Effective** | **Expiration** | **Limits/Participation** | **Deductible** | **Premium** |
| Hospital Professional Liability / GL / EBL | Steadfast Insurance Company | HPC0161904-00 | 11/18/2016 | 11/18/2017 | $1M Per Occ / $3M Agg | $100,000 Each Occurrence | $  1,889,700 |
| Excess Liability | Steadfast Insurance Company | HPC6221004-03 | 11/18/2016 | 11/18/2017 | $25M xs of $1M | Underlying Policies | $  836,957 |
| Excess Liability | Ironshore Specialty Insurance Company | 96230306 | 11/18/2016 | 11/18/2017 | $10M xs of $26M | Underlying Policies | $  50,000 |
| **SUCCESS HEALTHCARE, LLC** | | | | | | | |
| **Coverage** | **Carrier** | **Policy #** | **Effective** | **Expiration** | **Limits/Participation** | **Deductible** | **Premium** |
| Business Auto | Philadelphia Indemnity Insurance Company | PHPK1579470 | 11/18/2016 | 11/18/2017 | $1M Combined Single Limit | $1,000 Comp / $1,000 Collision | $  63,560 |
| Workers Compensation | United Heartland | | 3/21/2017 | 3/21/2018 | $1M/$1M/$1M | N/A | $  1,692,585 |
| **PROMISE HEALTHCARE, INC** | | | | | | | |
| **Coverage** | **Carrier** | **Policy #** | **Effective** | **Expiration** | **Limits/Participation** | **Deductible** | **Premium** |
| Business Auto | PMA Insurance Company | | 3/21/2016 | 4/30/2017 | $1M Combined Single Limit | $1,000 Comp / $1,000 Collision | |
| Workers Compensation | United Heartland | | 3/21/2017 | 3/21/2018 | $1M/$1M/$1M | N/A | $  2,993,616 |

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001721**

P004506

# Chief Financial Officer Report
## c.) Insurance Programs.  Corporate Coverages.

| Promise Healthcare Group, LLC | | | | | | | |
|---|---|---|---|---|---|---|---|
| Promise Healthcare, Inc. & Success Healthcare, LLC | | | | | | | |
| *Schedule of Insurance* | | | | | | | |
| *Executive Package Program* | | | | | | | |
| **Coverage** | **Carrier** | **Policy #** | **Effective** | **Expiration** | **Limits/Participation** | **Deductible** | **Premium** |
| Executive Package | Hiscox Insurance Company | | 1/24/2017 | 1/24/2018 | $5,000,000 | $250,000 Per Occurrence Except: $50,000 Fiduciary Liability $50,000 Employed Lawyers Liability | |
| Excess Liabilty (Directors & Officers) | RSUI Indemnity Company | | 1/24/2017 | 1/24/2018 | $5M xs of $5M | Underlying Policies | |
| Excess Liabilty (Directors & Officers) | Navigators Insurance Company | | 1/24/2017 | 1/24/2018 | $5M xs of $10M | Underlying Policies | |
| Excess Liabilty (Directors & Officers) | Starr Indemnity & Liability Company | | 1/24/2017 | 1/24/2018 | $5M xs of $15M | Underlying Policies | |
| Excess Liabilty (Directors & Officers) | Ironshore Specialty Insurance Company | | 1/24/2017 | 1/24/2018 | $5M xs of $20M | Underlying Policies | |
| Excess Liabilty (Directors & Officers) | Illinois National Insurance Company | | 1/24/2017 | 1/24/2018 | $5M xs of $25M (Side A Only) | Underlying Policies | |
| Excess Liabilty (Directors & Officers) | Hudson Insurance Company | | 1/24/2017 | 1/24/2018 | $5M xs of $30M (Side A Only) | Underlying Policies | |
| Crime | Hiscox Insurance Company | | 1/24/2017 | 1/24/2018 | $5,000,000 | $250,000 Per Occurrence | |
| Wage and Hour | Underwriters at Lloyds of London | AC1604283 | 12/13/2016 | 12/13/2017 | $5M Each Claim / $5M Aggregate | $1,500,000 Each and Every Claim | $ 264,000 |
| *Bonds Program* | | | | | | | |
| *SUCCESS HEALTHCARE, LLC* | | | | | | | |
| **Coverage** | **Carrier** | **Policy #** | **Effective** | **Expiration** | **Limits/Participation** | **Deductible** | **Premium** |
| Bond - St Alexius Hospital | Hartford | 21BSBGD3576 | 10/26/2011 | Until Cancelled | $10,000 | N/A | |
| *PROMISE HEALTHCARE, INC* | | | | | | | |
| **Coverage** | **Carrier** | **Policy #** | **Effective** | **Expiration** | **Limits/Participation** | **Deductible** | **Premium** |
| Bond - Witchita Falls | Hartford | 83BSBGR0703 | 3/15/2014 | Until Cancelled | $30,000 | N/A | |
| Bond - Overland Park | Hartford | 83BSBGR0702 | 3/15/2014 | Until Cancelled | $20,000 | N/A | |
| Bond - ELA - California Care Licensing | Western Surety Company | 14599388 | 6/19/2008 | Until Cancelled | $5,000 | N/A | |
| *Storage Tank Liability Program* | | | | | | | |
| *PROMISE HEALTHCARE, INC. / SUCCESS HEALTHCARE, LLC* | | | | | | | |
| **Coverage** | **Carrier** | **Policy #** | **Effective** | **Expiration** | **Limits/Participation** | **Deductible** | **Premium** |
| Storage Tank Liability | Indian Harbour Insurance Company | PEC0047745 | 6/20/2016 | 6/20/2018 | $1M Per Tank / $13M Agg | $25,000 Each Pollution Incident Except $100,000 for the Shreveport, LA UST | $ 23,332 |
| *Cyber Liability Program* | | | | | | | |
| *PROMISE HEALTHCARE, INC. / SUCCESS HEALTHCARE, LLC* | | | | | | | |
| **Coverage** | **Carrier** | **Policy #** | **Effective** | **Expiration** | **Limits/Participation** | **Deductible** | **Premium** |
| Cyber Liability | Brit Insurance | B1262FI0813616 | 11/18/2016 | 11/18/2017 | $10,000,000 | $100,000 Each and Every Claim Business Income Loss 8 Hours Waiting Period | $ 110,000 |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001722

P004507

# Chief Financial Officer Report
## d.) Revenue Cycle Update.  Quarterly A/R Cash Collections



CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                              PROMISE_00001723

P004508

# Chief Financial Officer Report
## d.) Revenue Cycle Update.  Cash Waterfall Analysis.

A waterfall analysis of total collections by month of discharge for the previous 36 months was prepared to determine the percentage of net recorded revenue ultimately collected on patient accounts.  This "waterfall valuation" was used to value December 31, 2016 accounts receivable.

| Facility | Net Revenue in A/R Ledger | Waterfall Valuation | Target Valuation | Revenue @ Target | Cash Collected | A/R @ Target | Add. Target Reserve | Discretionary Reserve | Net AR after all Reserves | Total Reserve % |
|---|---|---|---|---|---|---|---|---|---|---|
| SUB | 53,443,382 | 92.4% | 92.4% | 49,389,074 | 21,340,849 | 28,048,225 | 1,383,142 | 1,250,000 | 26,798,225 | 16.5% |
| DAD | 8,443,713 | 91.1% | 91.1% | 7,691,192 | 3,542,121 | 4,149,071 | 450,359 | | 4,149,071 | 15.4% |
| VIL | 7,885,611 | 95.4% | 95.4% | 7,525,892 | 3,611,671 | 3,914,221 | 78,316 | | 3,914,221 | 8.4% |
| SHR | 10,703,161 | 96.3% | 96.3% | 10,304,463 | 4,529,390 | 5,775,073 | 131,922 | | 5,775,073 | 6.5% |
| SALE | 9,207,247 | 104.9% | 97.0% | 8,931,030 | 3,755,991 | 5,175,039 | 34,578 | | 5,175,039 | 5.1% |
| SAND | 6,351,542 | 100.2% | 97.0% | 6,160,996 | 2,474,038 | 3,686,958 | - | | 3,686,958 | 4.9% |
| PHO | 8,305,490 | 97.0% | 97.0% | 8,054,750 | 3,181,101 | 4,873,649 | 45,151 | | 4,873,649 | 4.9% |
| FMY | 6,653,283 | 99.6% | 97.0% | 6,453,685 | 2,153,667 | 4,300,018 | - | | 4,300,018 | 4.4% |
| VIC | 3,706,275 | 97.4% | 97.0% | 3,595,087 | 987,352 | 2,607,735 | - | | 2,607,735 | 4.1% |
| EAS | 5,521,348 | 95.0% | 95.0% | 5,244,681 | 2,715,429 | 2,529,252 | 90,228 | | 2,529,252 | 9.9% |
| ASC | 6,011,836 | 98.3% | 97.0% | 5,831,481 | 2,513,482 | 3,317,998 | 35,932 | | 3,317,998 | 5.2% |
| BOS | 4,243,086 | 100.1% | 97.0% | 4,115,794 | 1,724,879 | 2,390,915 | 17,722 | | 2,390,915 | 5.1% |
| BATS | 2,180,316 | 101.4% | 97.0% | 2,114,907 | 1,082,893 | 1,032,014 | - | | 1,032,014 | 6.0% |
| BATG | 1,925,704 | 101.4% | 97.0% | 1,867,933 | 968,287 | 899,646 | - | | 899,646 | 6.0% |
| MIS | 2,810,063 | 100.4% | 97.0% | 2,725,761 | 968,870 | 1,756,891 | 16,391 | | 1,756,891 | 4.6% |
| **TOTAL** | **137,392,058** | | | **130,006,725** | **55,550,021** | **74,456,704** | **2,283,741** | **1,250,000** | **73,206,704** | **10.6%** |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001724

P004509

# Chief Financial Officer Report

## d.) Revenue Cycle Update. DSO Groups.

| | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 | Aug-16 | Sep-16 | Oct-16 | Nov-16 | Dec-16 | Avg DSO | Avg Daily Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VIC | 56 | 47 | 63 | 56 | 60 | 72 | 74 | 67 | 69 | 83 | 87 | 81 | 68 | 57,382 |
| FMY | 63 | 51 | 54 | 62 | 65 | 66 | 59 | 76 | 72 | 84 | 82 | 76 | 67 | 28,167 |
| DAD | - | - | - | - | - | - | 70 | 64 | 67 | 71 | 74 | 56 | 67 | 59,023 |
| SHR | 61 | 61 | 53 | 62 | 63 | 59 | 59 | 62 | 63 | 69 | 62 | 62 | 61 | 36,751 |
| BAT | 61 | 54 | 55 | 56 | 70 | 58 | 54 | 64 | 57 | 64 | 70 | 70 | 61 | 89,505 |
| ASC | 58 | 52 | 48 | 52 | 61 | 52 | 53 | 59 | 70 | 83 | 67 | 61 | 60 | 31,168 |
| MIS | 52 | 43 | 46 | 48 | 50 | 51 | 60 | 55 | 50 | 60 | 47 | 54 | 51 | 52,496 |
| BOS | 44 | 45 | 51 | 48 | 50 | 47 | 44 | 46 | 51 | 59 | 49 | 46 | 48 | 34,328 |
| | | | | | | | | | | | | | | **388,820** |
| SUB | 125 | 104 | 109 | 114 | 125 | 143 | 150 | 150 | 154 | 169 | 156 | 130 | 136 | 214,982 |
| SALE | 104 | 117 | 120 | 105 | 133 | 124 | 120 | 113 | 93 | 104 | 102 | 91 | 110 | 62,526 |
| EAS | 91 | 87 | 85 | 94 | 105 | 123 | 133 | 102 | 138 | 97 | 98 | 98 | 104 | 36,036 |
| PHO | 81 | 77 | 82 | 82 | 92 | 91 | 105 | 78 | 97 | 95 | 90 | 90 | 88 | 59,393 |
| VIL | 90 | 94 | 83 | 80 | 91 | 84 | 105 | 82 | 76 | 83 | 83 | 76 | 86 | 55,811 |
| SAND | 97 | 84 | 88 | 83 | 80 | 88 | 64 | 75 | 87 | 75 | 93 | 70 | 82 | 53,639 |
| | | | | | | | | | | | | | | **482,386** |
| WSN | 383 | 360 | 300 | 268 | 239 | 182 | 205 | 183 | 179 | 172 | 162 | 164 | 233 | 35,295 |
| OPN | 191 | 210 | 192 | 223 | 223 | 163 | 217 | 127 | 131 | 140 | 118 | 116 | 171 | 39,279 |
| OVP | 133 | 108 | 106 | 136 | 148 | 116 | 115 | 142 | 90 | 89 | 103 | 144 | 119 | 39,089 |
| DAL | 115 | 109 | 139 | 95 | 106 | 108 | 107 | 94 | 110 | 133 | 114 | 127 | 113 | 12,969 |
| WIC | 122 | 96 | 91 | 84 | 86 | 92 | 113 | 113 | 97 | 64 | 84 | 63 | 92 | 13,794 |
| | | | | | | | | | | | | | | **140,426** |
| SLMC | 56 | 53 | 59 | 65 | 68 | 60 | 57 | 63 | 59 | 57 | 59 | 65 | 60 | 183,678 |
| SAH | 46 | 48 | 48 | 46 | 44 | 54 | 59 | 63 | 71 | 64 | 69 | 54 | 55 | 147,004 |
| | | | | | | | | | | | | | | **330,683** |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001725

P004510

# Chief Financial Officer Report
## d.) Revenue Cycle Update.

***We are executing on the opportunities summarized on the previous pages.***

- Our resources are focusing on processes at both our facilities and our central business office.

  - From admissions to case management through coding, current procedures at our hospitals are being reviewed and redesigned to assure effective revenue cycle processes.

  - Difficult payers and accounts are being assigned to our Senior Management to address more aggressively with the payer.

  - Revenue Cycle Consultant with extensive background in systems and process hired to provide us with an independent perspective and new approaches both at our facilities and at our CBO.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY        PROMISE_00001726

P004511

# Chief Financial Officer Report
## e.) Cash Flow Financing Plan.  Current State.

*A number of factors contributing to current limited liquidity:*

- Weaker than expected operating performance
- Tightening borrowing base and low excess availability
- Pressure to remain current with a large number of suppliers and professionals
- A number of settlement agreements that need to be addressed
- Collateral demands of expiring Workers Compensation policy
- Capital expenditures required primarily at Silver Lake and St Alexius
- Final Seller Note payment completed on March 17, 2017
- Funding requirements of Gardens and Landmark Acquisitions
- iCare electronic health record and other IT investments

*On the following pages, we will outline some statistics and solutions…*

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY         PROMISE_00001727

P004512

# Chief Financial Officer Report
## e.) Cash Flow Financing Plan.  Borrowing Base and Loan Trends.

| | Borrowing Base | Loan Balance | Excess Availability | Outstanding Checks |
|---|---|---|---|---|
| **3/21/2016** | 58,212,552 | 52,727,604 | 5,484,948 | 2,447,090 |
| **Apr-16** | 58,212,552 | 51,634,674 | 6,577,878 | 4,457,733 |
| **May-16** | 59,306,229 | 55,809,152 | 3,497,077 | 4,556,373 |
| **Jun-16** | 67,898,191 | 56,980,749 | 10,917,442 | 4,149,647 |
| **Jul-16** | 69,544,224 | 54,000,280 | 15,543,944 | 4,443,886 |
| **Aug-16** | 69,544,224 | 48,911,331 | 20,632,893 | 4,380,293 |
| **Sep-16** | 66,526,160 | 51,584,430 | 14,941,730 | 5,781,614 |
| **Oct-16** | 65,996,947 | 54,567,670 | 11,429,277 | 4,112,729 |
| **Nov-16** | 70,923,022 | 54,778,397 | 16,144,625 | 3,414,997 |
| **Dec-16** | 70,923,022 | 59,793,040 | 11,129,982 | 4,889,332 |
| **Jan-17** | 73,089,560 | 62,570,656 | 10,518,904 | 2,180,481 |
| **Feb-17** | 73,716,421 | 59,044,046 | 14,672,375 | 3,593,620 |
| **Mar-17** | 69,757,454 | 59,768,371 | 9,989,082 | 3,992,399 |
| **4/19/2017** | 63,323,123 | 59,149,646 | 4,173,478 | 3,195,699 |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001728

P004513

# Chief Financial Officer Report
## e.) Cash Flow Financing Plan. Payables Aging by Entity.

|  | Total | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-360 | 361+ |
|---|---|---|---|---|---|---|---|---|---|---|
| Promise | 39,685,125 | 6,570,081 | 7,889,888 | 6,739,854 | 3,672,937 | 3,560,763 | 1,871,842 | 2,788,060 | 1,098,558 | 5,493,142 |
| *% of Total* | *17%* | *20%* | *17%* | *9%* | *9%* | *5%* | *7%* | *3%* | *14%* |
| St. Alexius | 4,271,576 | 432,227 | 653,850 | 423,890 | 451,688 | 165,347 | 75,474 | 125,149 | 85,296 | 1,858,654 |
| *% of Total* | *10%* | *15%* | *10%* | *11%* | *4%* | *2%* | *3%* | *2%* | *44%* |
| Silver Lake | 6,216,828 | 537,263 | 1,200,382 | 1,159,592 | 911,208 | 182,447 | (94,988) | 221,338 | 314,200 | 1,785,386 |
| *% of Total* | *9%* | *19%* | *19%* | *15%* | *3%* | *-2%* | *4%* | *5%* | *29%* |
| Total | 50,173,529 | 7,539,572 | 9,744,121 | 8,323,336 | 5,035,833 | 3,908,556 | 1,852,329 | 3,134,547 | 1,498,054 | 9,137,182 |
| *% of Total* | *15%* | *19%* | *17%* | *10%* | *8%* | *4%* | *6%* | *3%* | *18%* |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001729

P004514

# Chief Financial Officer Report
## e.) Cash Flow Financing Plan.  Capital Structure Improvements.

***Immediate Term.***  Request approval to borrow PHG, LLC funds on an emergency basis.  A $3.0 million tranche of availability will be ideal.  Borrowing to fund any short term payment spikes.  Repayment will occur from excess cash flow and reborrowed if necessary.

Improve Wells Fargo borrowing base characteristics by correcting cross-aged payer balances and aged credit-balance accounts.  Target is a $5.0 million improvement.

Continue utilizing lease financing for equipment purchases and other eligible capital items.  We are currently working with VFI, Tetra and LaSalle to expand capacity by an additional $5 million to $6 million.

***Short Term.***  Obtain a $15 million to $20 million first mortgage on our Shreveport and Bossier real estate assets.  Currently working to secure proposals from interested parties.  Center State Bank, Iberia Bank, Red River Bank, MB Financial, City National Bank.

***Mid Term.***  Return net proceeds of Silver Lake and St Alexius to LLC members.  Consider restructuring Senior and Subordinated Notes and/or converting to equity in Promise Healthcare, Inc.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001730

P004515

# Chief Financial Officer Report
## e.) Cash Flow Financing Plan.  Silver Lake Mortgage.

HLP of Los Angeles LLC is the real estate entity for the downtown campus of our Silver Lake Medical Center.  The property is subject to a First Deed of Trust with a maturity of June 1, 2017.

Refinancing efforts have not identified any cost effective options and we are in the final stages of negotiating an extension with the partners who control the First Deed of Trust.  This fourth loan extension and modification is intended to provide us time to market and sell the Silver Lake operation and real property.  General terms include:

- Beginning loan balance at 6-1-17 of $16,793,816.43
- Interest at 9.00% per annum
- Amortization is 20 years
- An 18 month extension with equal monthly payments on the 1st day of each month beginning 6-1-17 and ending 11-1-18, with a final payment on 12-1-18
- 1.0% fee of the loan balance due at sale or payoff.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001731

P004516

# Chief Financial Officer Report
## f.) Promise Healthcare Group Treasury Report

**Promise Healthcare Group, LLC**

| Treasury Report | Year 1 | Year 2 | Year 3 | Year 4 | Current Status | | Notes on Payable Balances |
|---|---|---|---|---|---|---|---|
| As of April 21, 2017 | Actual | Actual | Actual | Actual | Cash Reconcilation | Payable to Third Parties | |
| **Income** | | | | | | | |
| Interest Income | $6,083,333 | $6,100,000 | $ 6,083,333 | $       - | $    18,266,667 | | |
| Other Income | 111,080 | - | 101,400 | - | 212,480 | | |
| Total Income | 6,194,413 | 6,100,000 | 6,184,734 | - | 18,479,146 | | |
| | | | | | | | |
| **Expenses** | | | | | | | |
| Audit Expense | - | (120,000) | (1,095,318) | (266,894) | (1,482,212) | 224,566 | Crowe Horwath LLP |
| Tax Returns | - | (111,670) | (555,195) | (8,200) | (675,065) | - | |
| Legal Expense | (1,461,328) | (364,545) | (2,972,085) | - | (4,797,958) | 1,302,218 | Archdioces Settlement |
| Directors Fees | (499,169) | (325,417) | (505,058) | (56,250) | (1,385,893) | 529 | |
| Investor Relations | (270,036) | (259,028) | (40,650) | - | (569,714) | - | |
| Board Travel | (5,523) | (9,868) | (4,847) | - | (20,238) | - | |
| D&O Insurance | - | (365,317) | (80,545) | - | (445,861) | - | |
| Donation | - | - | (50,000) | - | (50,000) | - | |
| MTS Financial | (246,254) | - | (744,152) | - | (990,405) | - | |
| Total expenses | (2,482,309) | (1,555,845) | (6,047,848) | (331,344) | (10,417,346) | 1,527,313 | |
| | | | | | | | |
| Cash Book Balance | | | | | $    8,061,800 | | |
| | | | | | | | |
| Less: Payable to Third Parties | | | | | (1,527,313) | | |
| Less: Due from Promise Healthcare, Inc. | | | | | (1,500,000) | | |
| | | | | | | | |
| Net Cash after deducting Payables and Due From Promise | | | | | $    5,034,487 | | |

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001732

P004517

# Chief Financial Officer Report
## g.) Preliminary Financial Statement and Audit Recap

**PROMISE HEALTHCARE GROUP, LLC AND SUBSIDIARIES**
**AUDITED CONSOLIDATED STATEMENT OF OPERATIONS**
**FOR THE 12 MONTHS ENDED DECEMBER 31, 2016**

| | Promise Healthcare, Inc and Affiliates | Success Healthcare, LLC and Subsidiaries | Promise Healthcare # 2 and Subsidiaries | Promise Healthcare Holdings, Inc | Promise Healthcare Group, LLC | Eliminations | Consolidated & Combined |
|---|---|---|---|---|---|---|---|
| **Net Operating Revenues** | | | | | | | |
| Operating revenues before provision for doubtful accounts | 337,875,021 | 156,451,778 | 52,902,272 | - | - | (3,703,418) | 543,525,653 |
| Less: provision for doubtful account | 9,171,647 | 19,924,666 | 2,255,510 | - | - | - | 31,351,823 |
| **Net Operating Revenues** | 328,703,374 | 136,527,112 | 50,646,762 | - | - | (3,703,418) | 512,173,830 |
| | | | | | | | |
| **Operating expenses:** | | | | | | | |
| Salaries and wages | 157,868,692 | 68,685,500 | 22,900,721 | - | 2,379,775 | - | 251,834,688 |
| Employee taxes and benefits | 26,519,868 | 12,571,457 | 3,515,444 | - | 60,180 | - | 42,666,949 |
| Purchased services | 49,477,798 | 11,460,411 | 5,801,546 | - | 7,238,868 | - | 73,978,623 |
| Supplies and materials | 38,603,987 | 17,052,514 | 5,788,334 | - | - | - | 61,444,835 |
| Rent and leases | 14,506,483 | 4,599,075 | 4,783,435 | - | - | (103,515) | 23,785,478 |
| General and administrative expenses | 22,126,800 | 18,258,158 | 6,475,578 | - | 631,366 | (3,599,903) | 43,891,999 |
| Depreciation and amortization | 14,944,262 | 4,572,760 | 320,517 | - | - | - | 19,837,539 |
| **Total operating expenses** | 324,047,890 | 137,199,875 | 49,585,574 | - | 10,310,189 | (3,703,418) | 517,440,111 |
| | | | | | | | |
| **Operating Income (Loss)** | 4,655,484 | (672,763) | 1,061,188 | - | (10,310,189) | - | (5,266,281) |
| | | | | | | | |
| **Other Income (Expense):** | | | | | | | |
| Interest expense | (6,886,766) | (2,373,327) | (229,163) | - | - | - | (9,489,256) |
| Interest (expense) income - related party | (28,789,872) | (486,584) | - | 22,488,889 | 6,787,567 | - | 0 |
| Other income(expense) | 225,213 | (1,792,245) | (27,023) | (10,054) | (4,200) | - | (1,608,309) |
| **Total other (expense), net** | (35,451,425) | (4,652,156) | (256,186) | 22,478,835 | 6,783,367 | - | (11,097,565) |
| | | | | | | | |
| **Net Income (Loss) before taxes** | (30,795,941) | (5,324,919) | 805,002 | 22,478,835 | (3,526,822) | - | (16,363,846) |
| | | | | | | | |
| **Net Loss Attributable to Non-controlling Interest** | (1,582,052) | - | 31,478 | - | - | - | (1,550,574) |
| | | | | | | | |
| **Net Income (Loss) before taxes Attributable to Controlling Interest** | (29,213,890) | (5,324,919) | 773,524 | 22,478,835 | (3,526,822) | - | (14,813,272) |
| | | | | | | | |
| **Footnotes** | | | | | | | |
| | | | | | | | |
| **Operating Income (Loss) from Operations** | 4,655,484 | (672,763) | 1,061,188 | - | (10,310,189) | - | (5,266,281) |
| | | | | | | | |
| Add: Non Recurring and one time transactions costs | 1,426,367 | - | - | - | 1,793,375 | - | 3,219,741 |
| Add: Prior Year charges | 3,040,285 | - | 578,682 | - | 3,500,000 | - | 7,118,967 |
| Add: Depreciation and Amortization | 14,944,262 | 4,572,760 | 320,517 | - | - | - | 19,837,539 |
| Add: Non Cash Items | 700,380 | - | 605,260 | - | - | - | 1,305,640 |
| | | | | | | | |
| **Adjusted EBITDA** | 24,766,777 | 3,899,997 | 2,565,646 | - | (5,016,814) | - | 26,215,607 |

**April 26, 2017**                      **PRIVILEGED & CONFIDENTIAL**                      **166**

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# Chief Financial Officer Report
## g.) Preliminary Financial Statement and Audit Recap

**PROMISE HEALTHCARE GROUP, LLC AND SUBSIDIARIES**
**AUDITED CONSOLIDATED STATEMENT OF OPERATIONS**
**FOR THE 12 MONTHS ENDED DECEMBER 31, 2016**

| | Promise Healthcare, Inc and Affiliates | Success Healthcare, LLC and Subsidiaries | Promise Healthcare # 2 and Subsidiaries | Promise Healthcare Holdings, Inc | Promise Healthcare Group, LLC | Eliminations | Consolidated & Combined |
|---|---|---|---|---|---|---|---|
| **EASTERN REGION** | | | | | | | |
| Shreveport | 6,170,798 | | | | | | 6,170,798 |
| Bossier City | 6,417,549 | | | | | | 6,417,549 |
| Miss Lou | (346,376) | | | | | | (346,376) |
| Baton Rouge(Main Campus) | 5,757,257 | | | | | | 5,757,257 |
| Baton Rouge | 2,066,454 | | | | | | 2,066,454 |
| The Villages | 3,985,837 | | | | | | 3,985,837 |
| Miami Lakes | 950,866 | | | | | | 950,866 |
| Fort Myers | 3,729,929 | | | | | | 3,729,929 |
| Vicksburg | 1,945,258 | | | | | | 1,945,258 |
| **TOTAL EASTERN REGION** | 30,677,572 | - | - | - | - | - | 30,677,572 |
| | | | | | | | - |
| **WESTERN REGION** | | | | | | | |
| Suburban | 3,651,441 | | | | | | 3,651,441 |
| East Los Angeles | (696,526) | | | | | | (696,526) |
| San Diego | (971,208) | | | | | | (971,208) |
| Phoenix | 1,707,360 | | | | | | 1,707,360 |
| Salt Lake City | 6,684,280 | | | | | | 6,684,280 |
| **TOTAL WESTERN REGION** | 10,375,347 | - | - | - | - | - | 10,375,347 |
| **RUBY REGION** | | | | | | | |
| Dallas | | | 121,866 | | | | 121,866 |
| Houston | | | (605,260) | | | | |
| Wichita Falls | | | 2,206,815 | | | | 2,206,815 |
| Overland Park | | | 2,257,782 | | | | 2,257,782 |
| Overland Park SNF | | | 42,886 | | | | 42,886 |
| Wichita Falls - SNF | | | (963,697) | | | | (963,697) |
| **TOTAL RUBY REGION** | - | - | 3,060,392 | - | - | - | 3,060,392 |
| **SUCCESS** | | | | | | | |
| St. Alexius | | (1,447,162) | | | | | (1,447,162) |
| Silver Lake | | 7,181,920 | | | | | 7,181,920 |
| **TOTAL EBITDAM** | $ 41,052,919 | $ 5,734,758 | $ 3,060,392 | $ - | $ - | $ - | $ 49,848,070 |
| Less: Corporate Expense - (Promise/Ph#2) (ex non recurring) | (18,596,650) | (3,893,573) | (1,100,006) | - | (5,016,814) | - | (28,607,043) |
| Plus: Discontinued Ops | - | - | 605,260 | - | - | - | 605,260 |
| Plus: Rent building at owned facilities | 3,426,732 | 2,093,542 | - | - | - | - | 5,520,274 |
| Less: Anti- Aging/ Wellness | (366,788) | - | - | - | - | - | (366,788) |
| Less: Real Estate Company expenses | (749,436) | (34,730) | - | - | - | - | (784,166) |
| **Pro Forma EBITDA** | $ 24,766,777 | $ 3,899,997 | $ 2,565,646 | $ - | $ (5,016,814) | $ - | $ 26,215,607 |

| April 26, 2017 | PRIVILEGED & CONFIDENTIAL | 167 |
|---|---|---|

# VI

Please replace this page with a **roman numeral** tab VI

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

P004520

# VI. Chief Medical Officer – Dr. Charles Posternack

Chief Medical Officer
- Department Review
- Clinical Update

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

P004521

## VI. Chief Medical Officer

# CLINICAL BOARD PRESENTATION

## DR. CHARLES POSTERNACK

PRIVILEGED & CONFIDENTIAL

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001737**

P004522

# REGULATORY ISSUES

- Promise and Success Healthcare have both been very active in a regulatory sense

- Multiple surveys (Joint Commission, CMS Validation, State Surveys)

- Suburban- Joint Commission
      - CMS Validation (Immediate jeopardy)

- Silverlake- CMS Validation and Complaint Survey
      - Joint Commission Shortly

- St. Alexius- Continuous issues with patient and regulatory complaints
      - Joint Commission
      - CMS Validation
      - EMTALA

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001738

P004523

# REGULATORY ISSUES

**Short Term Goal**

- Put together Corporate Response Team
  (CMO, CCO, VP Quality, VP Risk)

**Long Term Goals**

- Improve company wide survey readiness by instituting corporate wide mock survey
  program

- Improve overall facility quality

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001739

P004524

| West Region | Rate of Pressure Ulcers New or Worse | CAUTI | CLABSI | Rate of Unplanned Readmission after D/C from LTACH |
|---|---|---|---|---|
| *Data Collection Period* | 04/01/2015 - 03/31/2016 | 04/01/2015 - 03/31/2016 | 04/01/2015 - 03/31/2016 | 01/01/2013 - 12/31/2014 |
| **National Average** | **1.7%** | **0.887%** | **0.905%** | **24.61%** |
| **Phoenix** | 0.2% | Better Than National Average | No Different Than National Average | Better Than National Average |
| **Salt Lake** | 0.0% | No Different Than National Average | Better Than National Average | Better Than National Average |
| **PHELA** | 1.0% | Better Than National Average | No Different Than National Average | Worse Than National Average |
| *East Region* | | | | |
| **Baton Rouge Mancuso** | 1.0% | No Different Than National Average | No Different Than National Average | Better Than National Average |
| **Baton Rouge Oschner** | 1.7% | Better Than National Average | Better Than National Average | Better Than National Average |
| **Shreveport/ Bossier** | 0.8% | Better Than National Average | Better Than National Average | No Different Than National Average |
| **Miss Lou** | 0.2% | Better Than National Average | No Different Than National Average | Worse Than National Average |
| **Vicksburg** | 7.5% | No Different Than National Average | Worse Than National Average | Better Than National Average |
| **The Villages** | 1.1% | No Different Than National Average | No Different Than National Average | Worse Than National Average |
| **Fort Myers** | 0.5% | No Different Than National Average | No Different Than National Average | Not Available |

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

PROMISE_00001740

P004525

# VII

Please replace this page with a **roman numeral** tab VII

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001741

P004526

---

# VII. General Counsel and Chief Compliance Officer

## VII. General Counsel and Chief Compliance Officer

- Compliance Update
- Transaction Update
- Regulatory Update

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001742

P004527

# COMMITTEE REPORTS
# LEGAL COMMITTEE

## COMPLIANCE UPDATE:

- Baton Rouge Medical Necessity Overpayment Appeal

- Protein Malnutrition Overpayment Appeal

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**          **PROMISE_00001743**

P004528

# COMMITTEE REPORTS
# LEGAL COMMITTEE

## TRANSACTIONAL UPDATE:

- iCare Licensing and Joint Venture Agreements

- Hawaiian Gardens

- Landmark Salt Lake

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001744

P004529

# COMMITTEE REPORTS
# LEGAL COMMITTEE

## LITIGATION UPDATE:

- Promise California Employment Class Action Update

- St. Alexius Employment Discrimination Arbitration

- Missouri FRA Litigation Update

- Amerihealth Caritas – Baton Rouge Medicaid Payer Litigation

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001745

P004530

# COMMITTEE REPORTS
# LEGAL COMMITTEE

## REGULATORY UPDATE
## CURRENT LTACH REGULATORY LANDSCAPE

- 2011 Congress failed to agree upon $1.1 trillion in federal spending reductions as required by the Budget Control Act of 2011.
- Caused government shutdown ("sequestration") in October 2012.
- Aftermath resulted in the Bipartisan Budget Act of 2013.
- The Budget Act of 2013 extended a 0.5% physician increase to avoid a 23.7% cut to doctors.
- The $7.3 billion "doc fix" and increases to other providers was funded largely by changing the way Medicare pays for LTACH services
- New Regulations effective October 1, 2015:

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY          PROMISE_00001746

P004531

# COMMITTEE REPORTS
# LEGAL COMMITTEE

## REGULATIONS EFFECTIVE OCTOBER 1, 2015

**Admission Criteria:**  LTACHs are now paid at the LTACH PPS rate only if a patient either **(i)** spent **three days in an ICU** of a short-term acute care hospital prior to being admitted to an LTACH, or **(ii)** is admitted from a hospital and then spends at least **96 hours on a ventilator** in an LTACH.

**Site-Neutral Payment Rate:**  Effective October 1, 2015 all discharges that do not qualify for payment under the LTCH PPS will be paid at a site-neutral payment rate that is the lower of either **(i)** the IPPS **comparable per-diem rate**, or **(ii) Cost** (100 percent of the estimated costs for services).

**Blended Rate (50/50 Rule):**  For fiscal years 2016 and 2017, a blended site-neutral payment rate applies.  Calculated as 50% of the site-neutral payment rate and 50% of the LTCH PPS payment rate that otherwise would be applicable. Beginning fiscal year 2018, only the site-neutral payment rate will apply.

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001747

P004532

# COMMITTEE REPORTS
# LEGAL COMMITTEE

## REGULATIONS EFFECTIVE OCTOBER 1, 2015 (CONT.)

**50% Rule:** For cost reporting periods beginning in fiscal year 2020, if an LTACH has an LTACH discharge payment percentage below 50 percent, then all discharges will be reimbursed at the site neutral rate.

**Extension of LTACH Moratorium:** The LTACH moratorium was reinstated for the period from Jan. 1, 2015, to Sept. 30, 2017.

**Delayed Application of the 25% Rule:** Limits the number of admissions from a single referral source to 25%. There has been a moratorium on enforcement since 2013. On April 14, 2017 CMS has proposed extension of this moratorium for another year.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY              PROMISE_00001748

P004533

# COMMITTEE REPORTS
# LEGAL COMMITTEE

**2017 PROPOSED REGULATION:**

**April 14, 2017 Long Term Acute Care Hospital (LTCH) Prospective Payment System Proposed Rule**

- April 14, 2017 CMS issued a proposed rule to be effective October 1, 2017.
- CMS is proposing a 1% (one percent) *increase* in the LTACH PPS
- However, CMS is projecting that overall LTACH PPS payments will *decrease* by approximately 3.75%, or $173 million in FY 2018.
- While CMS proposes to increase LTCH PPS by one percent, it attributes its projected overall 3.75% reimbursement reduction to the continued phase-in of the admission criteria and dual payment rate system.
- CMS is evaluating if the 25% threshold policy is still needed and is  proposing a one year extension of the moratorium on the implementation of the 25% Rule while it conducts the evaluation.
- This is a proposed rule.  Industry has until June 13, 2017 to comment.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY      PROMISE_00001749

P004534

# COMMITTEE REPORTS
# LEGAL COMMITTEE

**RESPONSE TO REGULATORY REFORMS:**

**PROMISE LOBBYIST:**                    Eric Hanson
**PROMISE MARKET REPRESENTATIVE:**       Blake MacDiarmid

**PAC COALITION:**
- April 10 and 11, 2017 first Post-Acute Care ("PAC") Coalition Conference held in Boca Raton.
- Organized by Peter Baronoff in response to the multitude of regulatory challenges facing the industry.
- Attended by representatives from every major LTACH hospital system except Select Healthcare.
- Primary goals included agreement upon key issues and a platform for the industry to speak with a unified voice when seeking change in Washington.
- Agenda, Participation Roster and Power Point are attached for your review.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY                    PROMISE_00001750

P004535

## COMMITTEE REPORTS
## LEGAL COMMITTEE

### RESPONSE TO REGULATORY REFORMS (CONT.)

- The PAC Conference generated significant productive debate and resulted in consensus agreement on the following top issues to address:
    1) Elimination of the 25% Rule;
    2) Extension of the blended rate reimbursement period;
    3) Elimination of the 25 day ALOS requirement; and,
    4) Addition of High Acuity Wound Care to Admission Criteria

- Promise, through its representatives, intends to work with the PAC Coalition to meet with CMS and key legislators in preparation for drafting a coordinated response to the April 14, 2017 Proposed Rule and to simultaneously advance the PAC Coalition Agenda.

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY     PROMISE_00001751

P004536

## COMMITTEE REPORTS
## LEGAL COMMITTEE

## CONCLUSION:

- To date Admission Criteria and associated regulatory pressures have resulted in a 30-40% reduction of LTACH criteria since October 2015.
- Continued reimbursement pressures include:
  - Proposed 3.75% decrease in LTACH reimbursement
  - Expiration of the 50/50 blended rate phase-in period
  - Enforcement of the 50% Rule
  - Enforcement of the 25% Rule
  - Continued enforcement of 25 day ALOS requirement

April 26 2017

183

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001752

P004537

# VIII

Please replace this page with a Roman Numeral tab VIII (see above)

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

PROMISE_00001753

P004538

# VIII. Committee Reports

**Committee Reports**

- Governance
  - o Offshore Update
- Compensation and Employment
  - o Long-Term Compensation Plan Update
    - Valuation
    - Board action

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001754

P004539

# IX

Please replace this page with a Roman Numeral tab IX (see above)

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

# IX. Monetization Report

**Monetization**

- MTS Presentation – JAY SHILAND
  - o Facility – Sales process update
    - St. Alexius
    - Silver Lake
- Board discussion - Review of options and process

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

# 2017 Board Schedule

**Florida/Boca Raton - Operations and Board Meeting (Boca Resort Beach Club):**
**July 25, 2017 (Tuesday) – Operations Meeting  & Board Dinner**
**July 26, 2017 (Wednesday) – Board Meeting**

**Florida/Boca Raton - Operations and Board Meeting (Boca Resort Main Resort):**
**Oct. 24, 2017 (Tuesday) – Operations Meeting  & Board Dinner**
**Oct. 25, 2017 (Wednesday) – Board Meeting**

**April 26, 2017**

**186**

**CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY**

**PROMISE_00001757**

P004542



X

Please replace this page with a **roman numeral** tab X

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001758

P004543

# X. Executive Session

## Executive Session

CONFIDENTIAL - FOR MEDIATION PURPOSES ONLY

PROMISE_00001759

P004544

# Exhibit 48

EXHIBIT

SPD 14

**From:** GWatkins@silverlakemc.com
**Sent:** Tuesday, June 6, 2017 9:08 AM
**To:** Brian Dunn <Brian.Dunn@promisehealthcare.com>
**Subject:** RE: SPD and Silver Lake

Brian
Yes, I thought this was resolved, I will talk to Jim about it

**From:** Brian Dunn [mailto:Brian.Dunn@promisehealthcare.com]
**Sent:** Tuesday, June 06, 2017 8:47 AM
**To:** George Watkins <GWatkins@silverlakemc.com>
**Subject:** FW: SPD and Silver Lake

FYI – I have not been included.  I assume Jim and you are working on this.

Best wishes.

**Brian E. Dunn**
801.666.5755 Office





Confidentiality Notice:

This email communication and any attachments may contain confidential and privileged
information including but not limited to Protected Health Information, all of which is
intended only for the use of the designated recipients. If you are not the intended recipient
or authorized to receive for the recipient, you are hereby notified that you have received
this communication in error and that any disclosure, dissemination, distribution or copying
of it or its contents is prohibited. If you have received this communication in error, please
destroy all copies of this communication and any attachments and contact the sender by reply
email.

**From:** Brendan B [mailto:brendan@surgicalprogram.com]
**Sent:** Monday, June 5, 2017 6:23 PM
**To:** James Hopwood <James.Hopwood@promisehealthcare.com>
**Cc:** Lloyd A. Bookman <LBOOKMAN@health-law.com>; Steve Helland <Steve.Helland@promisehealthcare.com>; Brian
Dunn <Brian.Dunn@promisehealthcare.com>; David Armstrong, Esq. <David.Armstrong@promisehealthcare.com>
**Subject:** SPD and Silver Lake

Gentlemen

During a phone conference a few week ago, we agreed that we would have Lloyd Bookman update the contract
to reflect the reaffirmation of the original agreement, one that was scheduled to happen a few times over the
years, and have the new contract reflect the way we have done business since day one; and B. have Jeremy
Miller draft an agreement to repay any owed amounts. I bring this to everyone's attention as Lloyd did bring it
to my attention this afternoon. The question is, what happened to have us renege on that agreement? Renege
may not be the right word, so let's rephrase: What happened to make us forget that agreement that we came to

SPDvPROMISE  0001326

during that call?

One thing did change on my end. No matter what happens, I don't think that my name will be cleared unless we arbitrate the disputed amount, which according to my staff's calculations is $768,486.79 I have spoken to the new CEO, the former two CEOs, the former COO, and the current COO. It seems that George Watkins has shared this information directly or indirectly with all. Every person I spoke to feels that if I settle this I would still be looked at as somewhat culpable. I definitely do not want that to happen. So I believe we need to arbitrate that amount. Peter Baronoff had suggested that Jeremy do that but I really think we need to hire an impartial arbitrator.

If we defer the disputed hardware amount to the arbitrator, we are left with $830 K in the amount that is on the books and current, $287,761.64 is scheduled to be paid to the hospital in the next 60 days. That would bring us current based on the current way of doing business which accounts for the shortcomings of the business office. As an example, Dr. Tauber did cases in February 2017, we are now in June 2017 and we still don't have the paperwork to bill the cases. The clock starts when we receive those bills.

As to the letter of the contract. i spoke to Lloyd Bookman, Michael Choo, and Michael Phillips. They all share my concerns about receiving a "per case" management fee. I explained that to Jim Hopwood, and connected it to the proliferation of my contract, and he agreed with me. But that was 8 weeks ago, and there is no underestimation George's influence. I will speak to Jim. Hopwood again this week after which I am confident he will remember the basis for our concerns.

My suggestion is that we move ahead with the agreement reached during that phone conference. The one difference is that I want to arbitrate the disputed hardware amount that arose from the George / Brent fiasco of 2014 / 2015. If an arbitrator rules that I owe the money, I will gladly pay it. If they rule that the hospital is liable, then I am cleared once and for all.

Jim had a concern about getting paid or not getting paid if we receive the check as we have been doing for seven years. i reminded him that he has been in control of that since day one, so if we renege on the deal, Jim Hopwood can hold the checks and we can cure the issue. I remember coning in with $187K check just to clear a misunderstanding back in February. We need to continue to receive these payments as it will effect our financials and our cash flow if we do not. We haven'y received our {swap checks for 60 days now which hurts our business model.

I think we can resolve to accomplish what we set out to accomplish and achieve the bookkeeping balance that would address receivables in a timely manner if we follow the plan that we set out to follow during that call a few weeks ago.


Regards


Brendan

--
Brendan Bakir, CEO
The Silver Lake Spine Institute
Surgical Program Development
Brendan@SurgicalProgram.com
www.SurgicalProgram.com
(800) 399-4399
+1(310) 861-5001 (fax)
+1(310) 748-8800 (Mobile)

SPDvPROMISE 0001327

# Exhibit 49

SPD002848



# Project Summit

## Management Presentation

June 2017

SPD002849

# Introduction
## Silver Lake Attendees

### Silver Lake Medical Center Executives

**Michael Phillips**

*Chief Executive Officer*

**Jamie Yoo**

*Chief Operating Officer*

**George Watkins**

*Chief Financial Officer*

**Michael Choo**

*Market President*

Confidential

2

SPD002850

# I. Executive Summary

SPD002851

# Executive Summary
## Transaction Rationale

- The two campuses of Silver Lake Medical Center ("Silver Lake") are owned and operated by Success Healthcare, LLC, a subsidiary of Promise Healthcare Group ("PHG"), an operator of 21 post-acute facilities (primarily Long-Term Acute care hospitals) in eight states

- PHG has determined that Silver Lake does not fit strategically within PHG and is therefore looking to divest it

- Silver Lake has the potential to garner significant market share under the right ownership
  - □ Centralized location in an up-and-coming, high-traffic area, with a new hotel in construction adjacent to the hospital
  - □ Silver Lake owns the campus, land and surrounding parcels of land, which provides financial flexibility
    - – Recent proposals to purchase Silver Lake's overflow parking lot were in excess of $6 million

SPD002852

# Executive Summary
## Transaction Rationale (cont'd)

- While Silver Lake has demonstrated consistent operating performance, there remain significant capital expenditures required for Silver Lake to operate at its potential; that investment and focus does not fit with PHG's core strategy
  - Transformation of urgent care center into an emergency room ("ER") ($3 million)
    - Provides an expanded payor base; currently, commercial insurance companies will not contract with Silver Lake because it does not have an ER
    - Places Silver Lake into a higher reimbursement pool for California's supplemental payment programs – DSH and HQAF[1]
  - Upgrade of ORs and proper surgical supply stocking
    - The operating room suites are underutilized because of cancelled surgeries due to an inability to acquire appropriate surgical supplies and implants. Resulting reputation has reduced ability to grow volume
  - Upgrade of radiological equipment
    - Facility lacks technologically advanced equipment to better compete in the market
    - Adding diagnostic equipment would allow for high-margin diagnostic testing on an outpatient basis
  - Timely payment of accounts payable
    - Recent capital allocations in this area have led to meaningful physician add-ons and less attrition, driving overall volume growth in the past 6 months
  - Miscellaneous routine capital expenditures (~$3mm), such as deferred maintenance for elevators, which impact the reputation of the facility
- Besides capital deployment, Silver Lake should also benefit from a parent with a singular acute care vision
  - Ability to provide legislative expertise, leverage in managed care contracting, economies of scale for market penetration and focus on outpatient services

---

(1) Disproportionate Share Hospital ("DSH") program is a federal law requiring state Medicaid programs to make payments to qualifying hospitals that serve a large number of Medicaid and uninsured individuals; Hospital Quality Assurance Fee ("HQAF") is a California state law that imposes a quality assurance fee on certain general acute care hospitals in order to provide supplemental and grant payments and increased capitation payments to hospitals up to the aggregate upper payment limit

SPD002853

# Executive Summary
Silver Lake Medical Center



## Overview

- Silver Lake Medical Center ("Silver Lake") is located in Los Angeles, CA
  - □ Comprised of two campuses servicing the Greater Los Angeles area and a downtown medical office which houses 35+ physician offices and specialty clinics
  - □ Both campuses operate under the same license
  - □ Downtown Campus: predominately medical/surgical with limited psychiatric care
  - □ Ingleside Campus: psychiatric care only
- Key Statistics:
  - □ 87 inpatient acute care beds (all downtown)
  - □ 147 inpatient psychiatric beds (29 downtown; 118 Ingleside)
  - □ 234 physicians on active medical staff
  - □ 7,304 admissions (2016)
  - □ 1.40 Medical / Surgical Case Mix Index (2016)
- Leading (and longest licensed) behavioral health franchise in Los Angeles
  - □ One of the largest Intensive Outpatient Program ("IOP") providers in California
- Strong patient care lines

Note: Financials reflect audited results for 2013, 2014 and 2015, and actual unaudited results for 2016. LTM financials as presented in this Presentation are as of March 31, 2017.

### Net Patient Revenue Mix (2016)



**Total: $76.6mm**

### Payor Mix By Adjusted Patient Days (2016)



**Total: 59,269 days**

SPD002854

# Executive Summary

Investment Highlights

Confidential



8

SPD002855

# Executive Summary
Attractive Locations



## Downtown Campus

- Central location with access from several major Interstate highways
  - □ Main campus located right off of the 101 freeway and is close to downtown, the most trafficked freeway in the greater LA area
- Medical office building connected to main hospital
  - □ Attractive to physicians as office space, and has the ability to convert to hospital space
- Recent redevelopment of area by the city of LA
  - □ Resurgence of the Silver Lake area with increase in stable population, access to downtown financial and business district allowing for executive business
  - □ Ongoing commercial and residential redevelopment and zoning, including boutique hotel and condos

## Ingleside Campus

- Located near the San Gabriel Mountains
- Optimal setting for treatment and as well as extensive opportunities for therapeutic outdoor activities
- Economically strong area of Los Angeles with further redevelopment planned
- Easy access off the main East West corridor of the 10 freeway
- Long standing facility with great reputation
- Participation in local community boards

SPD002856

# Executive Summary
## Excellent Clinical Care Outcomes

> *Silver Lake Medical Center's mission is to deliver **quality, compassionate, safe health care** to our patients and to the community we serve.*

### Industry Leading Outcomes

- Silver Lake is a highly-regarded provider of medical, surgical, behavioral and psychiatric services in the Los Angeles area
- Silver Lake offers its medical and surgical services at its Downtown campus and has a demonstrated track record of premium care
  - Fewer hospital acquired complications than most hospitals in the country
  - Near perfect scores from Medicare in core measures
- Silver Lake received the Gold Seal of Approval by the Joint Commission, reserved for the top 20% of hospitals
  - Guarantees compliance with all of the Joint Commission Standards
  - Ensures that Silver Lake has successfully addressed areas for improvement as required by Evidence of Standards Compliance
- Recipient of SafeCare 100 Safest Hospitals award for patient safety metrics
- Silver Lake has been surveyed and continues to be in 100% compliance with the requirements of these National Patient Safety Goals established by the Joint Commission

### Core Measures



- A. AMI
- B. Pneumonia
- C. HF
- D. Immunizations
- E. VTE
- F. HBIPS
- G. Tobacco Use
- H. Substance Abuse

### Hospital Acquired Complication Stats

- Silver Lake overall exceeds all state and national standards in preventing hospital acquired complications
  - Central line blood stream infection rate is 0.5 per 1,000
  - Ventilator associated pneumonia rate is 2.6 per 1,000
  - Hospital acquired urinary catheter infection rate is 0
  - Hospital acquired pressure ulcer rate is 1.9 per 1,000
  - Total medication error rate is less than 1.0%

SPD002857

# Executive Summary
## Strong Patient Care Lines

- Silver Lake has developed a leading presence in several patient care lines
- **Medicare 65+**
  - ☐ Strong referral base and association with local long-term care facilities
- **Spine and Orthopedic Surgery**
  - ☐ Spine and Podiatry fellowship programs
  - ☐ Extensive surgical volume from worker's compensation program
- **Behavioral Health**
  - ☐ Leading provider for mental health services
  - ☐ One of the largest IOP program in the state of California
- **Bariatric and Metabolic Surgery**
  - ☐ Specialized equipment and staff experienced in performing bariatric surgery
- **Center for Vascular and Endovascular Surgery**
  - ☐ With minimally invasive, catheter-based procedures and open surgical treatments, Silver Lake's team of vascular specialists offers the full spectrum of options to its patients



Recent Growth in Most Patient Care Lines

SPD002858

# Executive Summary
Leading Behavioral Health Provider

## Silver Lake Behavioral Health

- Silver Lake is the one of the preeminent providers of mental health services in Los Angeles

- Patients are generally admitted on an involuntary basis (permitted by the Lanterman-Petris-Short ("LPS") Act), with steady referrals from major county hospitals, psychiatrists

- The Ingleside Campus features a 118-bed, full service psychiatric unit, offering both inpatient and outpatient services

  - Consistently reports monthly occupancy rates of 90% as it is one of the few hospitals in the area that caters to chronically ill, adult psychiatric patients

  - There is a 29 bed psychiatric unit at the downtown campus that caters to patients that may be more fragile or require an increased level of monitoring.

  - One of the largest IOP providers in California

- Due to its long-standing reputation as a provider of high-quality, full-service mental health services, Silver Lake has obtained LPS designation from Riverside County

  - Significantly expands existing Greater Los Angeles footprint into contiguous markets and adding to the referral relationships with San Bernardino and Ventura Counties

## Inpatient Psychiatric Patient Days



## Psychiatric Adjusted Patient Days



SPD002859

# Executive Summary
## Experienced Management Team with Demonstrated Track Record

| | | |
|---|---|---|
| **Michael Phillips** | *Chief Executive Officer* | • Chief Executive Officer for Silver Lake since April 2017<br>• Prior C-suite roles in acute care and long-term acute care hospitals; prior to joining SLMC, served in executive leadership roles at Kaiser Permanente, Kindred Healthcare and Cedars-Sinai Health System<br>• Former U.S. Army Officer and current Veteran<br>• Graduate of the University of Southern California, Master of Health Administration degree; Board certified in healthcare management with the American College of Healthcare Executives<br>• ***More than 20 years of healthcare operations management experience*** |
| **George Watkins** | *Chief Financial Officer* | • CFO at Silver Lake for almost 5 years. Prior experience in both non-profit and for profit hospitals<br>• Prior to Silver Lake, worked for Mental Health Management, Behavioral Health Corp, Primary Health Management Services, Corcoran District Hospital and Envision<br>• Bachelor of Science in Accounting from University of Laverne<br>• ***More than 20 years of experience in healthcare in a finance capacity*** |
| **Jamie Yoo** | *Chief Operating Officer* | • Chief Operating Officer for Silver Lake since April 2017<br>• Prior to Silver Lake, has worked for UCLA Health, Northwestern Health Sciences University, Pacific Health Corporation, Hollywood Presbyterian Medical Center<br>• Masters in Business Administration from the Marshall School of Business at the University of Southern California<br>• **10 years of diverse health care leadership experience roles in business development, strategy, operations, emerging technologies and change management** |

SPD002860

# II. Silver Lake Overview

SPD002861

# Silver Lake Overview
Organizational Structure



SPD002862

# Silver Lake Overview
## Employee and Physician Information

- Silver Lake currently employs more than 550 full time equivalents ("FTEs")
- Staff of over 200 physicians is committed to delivering quality care to the Los Angeles community
  - □ Silver Lake's physicians have an average age of 53 years
- Employee benefits:
  - □ 401k (pre/post tax), health insurance, FSA/HSA, disability insurance, life/accidental death dismemberment insurance core & supplemental, voluntary products (i.e. accident, critical care, pet insurance), tuition reimbursement, paid time off, bereavement pay, jury duty pay

| Productive FTEs | |
|---|---|
| Management & Supervision | 45 |
| Technical & Specialist | 110 |
| Registered Nurses | 114 |
| Licensed Voc. Nurses | 37 |
| Aides & Orderlies | 99 |
| Clerical & Other Admin. | 101 |
| Environ. & Food Services | 45 |
| All Other Employees | 4 |

| Physicians by Specialty | | | |
|---|---|---|---|
| Anesthesiology | 13 | Orthopedic | 18 |
| Cardiology | 7 | Otolaryngology | 1 |
| Emergency Med | 7 | Pain Management | 1 |
| Endocrinology | 2 | Pathology & Lab | 2 |
| Family Practice | 14 | Podiatry | 17 |
| Gastroenterology | 2 | Psychiatry/Psychology | 27 |
| Hematology | 2 | Pulmonary/Critical Care | 5 |
| Infections Disease | 3 | Radiology | 17 |
| Internal Medicine | 28 | Rheumatology | 1 |
| Nephrology | 10 | Surgery | 23 |
| NP/PA/LPT/RN | 26 | Thoracic | 1 |
| Ophthalmology | 5 | Urology | 2 |

**Total** 553     **Total** 234

Note: Information as of December 31, 2016

**Confidential**

1/3 active

16

SPD002863

# Silver Lake Overview

## Facilities Overview – Downtown Campus

- Facility is owned by Silver Lake

- Main Hospital
  - ☐ Eight-story, 139,800 square foot building renovated in 1998
  - ☐ Medical/surgical care provided at this facility (87 beds)
  - ☐ Psychiatric care offered (29 beds on 5th floor); LPS-designated locked, secure unit

- Medical Office Building
  - ☐ Eight-story, 82,746 square foot building renovated in 1974
  - ☐ Silver Lake utilizes part of the 1st and 8th floor and all of the 2nd floor for administrative purposes; the remainder is leased

- Semidetached Boiler House
  - ☐ Building with 18' ceiling, 1,860 square foot building renovated in 1974

- Seismic work will be completed this year, bring facility into compliance through 2030
  - ☐ No interruptions to hospital operations from seismic work
  - ☐ Hospital and medical office building constructed on rollers, providing extra safety

- Parking Structure
  - ☐ Two-story building, 46,150 square foot building renovated in 1974

- 2 additional parking lots across from the hospital for convenient employee parking as well as overflow parking for the patient lot (504 spaces in total between parking structure and additional lots)



*Operating Room*



*Urgent Care Center*




*Patient Room*

# Silver Lake Overview

## Facilities Overview – Downtown Campus: Details by Floor

- 8th Floor
  - Currently used as storage
  - Area does not include any licensed or suspended beds

- 7th Floor
  - 38 bed med/surg unit  *+ Psych med surg*
  - Primarily used as to treat medical conditions of patients with underlying psychiatric issues

- 6th Floor
  - 37 bed med/surg unit
  - Includes two private VIP rooms

- 5th floor
  - 29 bed adult/psych unit
  - Generally patient population includes older, potentially medically compromised patients (due to the proximity of the urgent care)

- 4th Floor
  - 12 bed ICU   *+ 75 = 87 Total*
  - 7 Operating Rooms

- 3rd Floor
  - Diagnostics and ancillary services including radiology and clinical laboratory   *16 slice CT Scan.*
    *· 3 open old*
    *1..5*

- 2nd Floor
  - Urgent Care Department
  - Materials Management and Central Supply
  - Pharmacy
  - Physical Therapy

Note: Bed counts refer to licensed beds.

Confidential

18

SPD002865

# Facilities Aerial View
Downtown Campus



A. Medical Office Building
B. Semidetached Boiler House

C. Parking Structure
D. Overflow Parking

SPD002866

# Silver Lake Overview

## Facilities Overview – Ingleside Campus

- Facility is leased; current term through September 2026, with option to renew for up to two 5 year renewal terms
- Main Hospital
  - □ Five one-story pavilions encompass 81,635 square feet, renovated in 1964
  - □ Psychiatric care provided at this facility
  - □ LPS-designated locked, secure unit; state licensed
- Administration and Outpatient services
  - □ Two-story, 28,314 square foot building renovated in 1985


*Main Hallway*


*Inside Courtyard*


*Basketball Court*


*Cafeteria*


*Front Entrance*


*Entryway*


*Exterior*

SPD002867

# Facilities Aerial View
## Ingleside Campus



A. Front Entrance
B. Inpatient Units
C. Cafeteria, Social Worker Offices, and Conference Rooms
D. Outpatient Services
E. Parking

SPD002868

# Silver Lake Overview
## Service Offering

### Hospital Services

- Medical/Surgical Acute Care
- Telemetry
- Intensive Care Unit (12 beds)
- Outpatient Ancillary Services
- Urgent Care Center
- Industrial/Occupational Medicine
- Podiatric Residency Program
- Spine Fellowship

### Workers' Compensation

- Workers' Comp Injuries Rehabilitation
- Physical Therpay
- Rehabilitation Services
- Surgical Services
- Discharge Planning

### Behavioral Health Care Services

- Inpatient Adult Psychiatric Services
- Geriatric Psychiatric Services
- Outpatient Adult Behavioral Health[1]
- Psychopharmacological Therapy[1]
- Recreational Therapy
- Cognitive Rehabilitation
- Occupational Therapy
- Speech Therapy
- Social Services
- Discharge Planning

[1]   Ingleside campus only

### Ancillary Services

- Cardiopulmonary/Respiratory Diagnostic Services
- Electrocardiography
- Electroencephalography
- Electromyography
- Food and Nutrition Services
- Clinical Laboratory
- Diagnostic Radiology
- Cardiology
- Gastroenterology
- Hemodialysis
- Infectious Disease Treatment
- Infusion Therapy
- Nephrology
- Neurology
- Nuclear Medicine
- Outpatient Respiratory Services
- Peripheral Vascular Lab
- Physical Therapy
- Pulmonary/Respiratory Therapy Services
- Pharmacy Services
- Urology

### Surgical Services

- Ambulatory/Outpatient Surgery
- Anesthesia
- Arthroscopic Surgery
- Bariatric Surgery
- Bronchoscopy
- Cystoscopy Services
- Gastrointestinal Laboratory
- General Surgery
- Gynecologic Surgery
- Laparoscopic Procedures
- Laser Surgery
- Ophthalmologic Surgery
- Orthopedic Surgery
- Otolaryngologic Surgery
- Pacemaker Insertion
- Pain Management
- Plastic Surgery
- Podiatric Residency Program
- Podiatric Surgery
- Spinal Surgery
- Thoracic Surgery
- Thrombectomy
- Urologic Surgery
- Vascular Surgery

Confidential

SPD002869

# Silver Lake Overview
Urgent Care Center (Downtown Campus)

## Highlights

- Walk-in patients are provided a fast-track option to reduce wait time

- Work with skilled nursing facilities to coordinate transportation, ensuring patients are seen quickly and returned or transitioned to the appropriate level of care

- LPS designated facility with a Psychiatric Evaluation Team available to assess patients and determine their treatment needs

- **Opportunity to convert to full service ER with capital**
  - Allows for commercial payor contracts and larger DSH/HQAF reimbursement pools

## Inpatient/Outpatient Visits



## Urgent Care Center Overview

- 24-hour urgent care services with a focus on short wait time of less than one hour

- Comprehensive Medical Services for Adults and Pediatrics

- Full-diagnostic capabilities, including lab and imaging services

- Transportation available upon physician request

- Translation services available

- Medi-Cal, Medicare and most insurance plans accepted

- Terms and payment plans also available

- Medical Director: Dr. Louis Acosta
  - 24/7 physician medical coverage

## Occupational Services Available

- Industrial Medicine
- New Injury
- Pre-placement Physicals
- Physical Therapy
- Drug Testing
- X-Ray

SPD002870

# Silver Lake Overview
## Outpatient Services Overview

- **Increasing focus on providing high quality outpatient services to drive overall performance**
- **Steady growth in outpatient net revenue**
  - ☐ 8.4% net operating revenue CAGR from 2013 to 2016
- **Broad scope of outpatient services**
  - ☐ Urgent Care
  - ☐ Intensive Outpatient Psychiatric services[1]
  - ☐ Outpatient Surgery
  - ☐ Outpatient Lab services
  - ☐ Outpatient Radiology services
  - ☐ Outpatient Physical Therapy



**Outpatient Net Operating Revenue**

*($ in thousands)*

| | 2013 | 2014 | 2015 | 2016 | LTM |
|---|---|---|---|---|---|
| | $1,844 | $2,005 | $2,239 | $2,513 | $2,545 |



**Outpatient Surgeries[2]**

| | 2013 | 2014 | 2015 | 2016 | LTM |
|---|---|---|---|---|---|
| | 383 | 414 | 542 | 522 | 510 |



**Total Outpatient Visits**

| | 2013 | 2014 | 2015 | 2016 | LTM |
|---|---|---|---|---|---|
| | 20,071 | 19,787 | 19,838 | 18,733 | 18,747 |

(1) Ingleside campus only
(2) Excludes pain management program, which was offered in 2015 only (434 epidural procedures)

Confidential

24

SPD002871

# Silver Lake Overview
## Market Analysis – Competitor Overview

- **Provides niche services in a strong competitive environment**
- Strong affiliation with USC for psychiatric services
- Proximity to Good Samaritan and St. Vincent's
  - Allows Silver Lake's Urgent Care Center to handle worker's compensation and urgent cases while avoiding higher risk and charitable cases
  - Silver Lake receives incremental surgical volume as both hospitals at capacity
- Recent closure of Temple Hospital (1 mile away) allows for further development in the Silver Lake District
- Saturation of not-for-profit hospitals allows for reduction in bad debt admissions
- Development of Silver Lake's emergency department would allow for an increase in commercial contracts and inclusion in a different DSH pool



☆ Downtown Campus   ● Medical/Surgical Hospitals
★ Ingleside Campus   ○ Psychiatric Hospitals

| | Facility | Bed Count | Proximity |
|---|---|---|---|
| | **Downtown Campus Area Hospitals** | | |
| A | California Hospital Medical Center | 318 | 3.3mi |
| B | East Los Angeles Doctors Hospital | 127 | 6.2mi |
| C | Good Samaritan Hospital | 408 | 1.5mi |
| D | Hollywood Community Hospital | 160 | 5.2mi |
| E | Hollywood Presbyterian Medical Center | 434 | 3.1mi |
| F | Los Angeles Community Hospital | 130 | 6.6mi |
| G | Los Angeles County USC Medical Center | 600 | 4.4mi |
| H | Pacific Alliance Medical Center | 138 | 1.7mi |
| I | St. Vincent Medical Center | 366 | 0.9mi |
| J | Keck Hospital of USC | 401 | 5.0mi |
| K | White Memorial Medical Center | 353 | 3.6mi |
| | **Ingleside Campus Area Hospitals** | | |
| L | Aurora Charter Oak Hospital | 134 | 15.6mi |
| M | BHC Alhambra Hospital | 97 | 3.2mi |
| N | Della Martin Center at Huntington Memorial Hospital | 54 | 6.8mi |
| O | Las Encinas Psychiatric Hospital | 118 | 6.2mi |

SPD002872

# Silver Lake Overview
## Facility Level and Corporate Overhead

- Silver Lake predominately operates on a stand-alone basis. However, PHG provides certain program level support and oversight to each of the following overhead functions
  - **Legal**
    - Mostly handled by a local attorney on a per-hour basis
    - PHG provides oversight on risk management, workers' compensation and contracts
  - **Information Technology**
    - Silver Lake utilizes the McKesson Paragon operating system, a fully integrated clinical and financial system, to handle all technical functions, including electronic health records, clinical documentation, and billing
    - IT platform is hosted out of a sister hospital in St. Louis and receives personnel support from that facility
  - **Finance and Patient Accounts**
    - Managed care contracting and administration and revenue cycle and collections are handled at Silver Lake with minimal oversight from PHG
    - PHG provides oversight (e.g., annual audits)
    - Cost reporting is contracted (included in "other" expense)
  - **Human Resources**
    - All functions are handled onsite except payroll and benefit administration, which is handled by PHG
  - **Insurance**
    - PHG provides administration of corporate insurance
    - Insurance premiums are charged to Silver Lake
  - **Corporate Facility Management and Design**
    - PHG provides preventive maintenance management, physical property design and development and state code monitoring and regulation (single person overseeing all facilities in PHG's operations)

Note: Further financial detail related to direct (facility level) and indirect (corporate level) overhead is provided on page 34 of this presentation

Confidential

26

SPD002873

# III. Operating Summary

SPD002874

# Operating Summary

## Admissions and Patient Days – Medical/Surgical

- Consistent admissions with a slight increase in Q4'16 due to redirection of physicians and business development
- ALOS increase in 2016 due to lack of case management leadership; provides future opportunity to increase revenue per admission
- Increase in Medicare population allowing for better reimbursement per admission and quicker payment for cash flow purposes beginning in 2015
- Development of ER would meaningfully increase overall admissions through inclusion of commercial admits



**Admissions(1)**

| | 2013 | 2014 | 2015 | 2016 | LTM |
|---|---|---|---|---|---|
| | 2,101 | 2,015 | 1,824 | 2,131 | 2,094 |

**Adjusted Admissions(1)**

| | 2013 | 2014 | 2015 | 2016 | LTM |
|---|---|---|---|---|---|
| | 2,373 | 2,272 | 2,038 | 2,324 | 2,292 |

**Patient Days**

| | 2013 | 2014 | 2015 | 2016 | LTM |
|---|---|---|---|---|---|
| | 14,548 | 13,006 | 12,481 | 16,124 | 15,795 |

**Adjusted Patient Days**

| | 2013 | 2014 | 2015 | 2016 | LTM |
|---|---|---|---|---|---|
| | 16,433 | 14,665 | 13,943 | 17,585 | 17,292 |

(1)  Decreasing admissions from 2013 to 2015 due to one-time closure of practice as a result of loss of key physicians resulting in decline in IP surgeries

SPD002875

# Operating Summary
## Admissions and Patient Days – Psychiatric (Total)

- Increasing admissions with consistent patient days reflecting good psychiatric care case management and optimization of DRG payments
- Growth in Medicare admissions in 2016 as a result of business efforts to focus on better reimbursements and quicker payment versus MediCal
- Strong average daily census at the Ingleside Campus



**Admissions**

| 2013 | 2014 | 2015 | 2016 | LTM |
|---|---|---|---|---|
| 3,828 | 3,898 | 4,264 | 4,903 | 4,698 |

**Patient Days**

| 2013 | 2014 | 2015 | 2016 | LTM |
|---|---|---|---|---|
| 39,960 | 39,971 | 38,483 | 38,222 | 37,196 |

**Adjusted Admissions**

| 2013 | 2014 | 2015 | 2016 | LTM |
|---|---|---|---|---|
| 4,324 | 4,395 | 4,763 | 5,347 | 5,143 |

**Adjusted Patient Days**

| 2013 | 2014 | 2015 | 2016 | LTM |
|---|---|---|---|---|
| 45,138 | 45,068 | 42,990 | 41,685 | 40,721 |

Confidential

SPD002876

# Operating Summary

Admissions and Patient Days – Psychiatric (Ingleside vs Downtown Campus)



## Ingleside Campus

### Admissions

| Year | Value |
|------|-------|
| 2013 | 3,024 |
| 2014 | 2,974 |
| 2015 | 3,276 |
| 2016 | 3,873 |
| LTM | 3,664 |

### Patient Days

| Year | Value |
|------|-------|
| 2013 | 29,987 |
| 2014 | 30,144 |
| 2015 | 29,068 |
| 2016 | 28,783 |
| LTM | 27,791 |

## Downtown Campus

### Admissions

| Year | Value |
|------|-------|
| 2013 | 804 |
| 2014 | 924 |
| 2015 | 988 |
| 2016 | 1,030 |
| LTM | 1,034 |

### Patient Days

| Year | Value |
|------|-------|
| 2013 | 9,973 |
| 2014 | 9,827 |
| 2015 | 9,415 |
| 2016 | 9,439 |
| LTM | 9,405 |

Confidential

30

SPD002877

# Operating Summary
## Admissions and Patient Days – Total Hospital



### Admissions

| Year | Admissions |
|------|-----------|
| 2013 | 5,929 |
| 2014 | 5,913 |
| 2015 | 6,088 |
| 2016 | 7,034 |
| LTM | 6,792 |

### Patient Days

| Year | Patient Days |
|------|-------------|
| 2013 | 54,508 |
| 2014 | 52,977 |
| 2015 | 50,964 |
| 2016 | 54,346 |
| LTM | 52,991 |

### Adjusted Admissions

| Year | Adjusted Admissions |
|------|--------------------|
| 2013 | 6,697 |
| 2014 | 6,667 |
| 2015 | 6,801 |
| 2016 | 7,671 |
| LTM | 7,436 |

### Adjusted Patient Days

| Year | Adjusted Patient Days |
|------|----------------------|
| 2013 | 61,571 |
| 2014 | 59,733 |
| 2015 | 56,932 |
| 2016 | 59,269 |
| LTM | 58,013 |

Confidential

SPD002878

# Operating Summary

## Admissions and Patient Days – Quarter over Quarter Performance

- Increase in adjusted admissions was achieved through the redirection of two physician groups
- Patient days decreased over the same time period as operational controls were implemented through extensive case management reducing LOS



### Admissions

**Medical/Surgical**

| 4Q'16 | 453 |
| 1Q'17 | 504 |

**Psychiatric (Downtown)**

| 4Q'16 | 248 |
| 1Q'17 | 261 |

**Psychiatric (Ingleside)**

| 4Q'16 | 728 |
| 1Q'17 | 880 |

**Total**

| 4Q'16 | 1,429 |
| 1Q'17 | 1,645 |

### Patient Days

**Medical/Surgical**

| 4Q'16 | 3,685 |
| 1Q'17 | 3,590 |

**Psychiatric (Downtown)**

| 4Q'16 | 2,328 |
| 1Q'17 | 2,306 |

**Psychiatric (Ingleside)**

| 4Q'16 | 6,071 |
| 1Q'17 | 6,759 |

**Total**

| 4Q'16 | 12,084 |
| 1Q'17 | 12,655 |

Confidential

SPD002879



# Operating Summary
## Average Daily Census

### Medical/Surgical

| Year | Value |
|------|-------|
| 2013 | 40 |
| 2014 | 36 |
| 2015 | 34 |
| 2016 | 44 |
| LTM | 43 |

### Psychiatric (Downtown)

| Year | Value |
|------|-------|
| 2013 | 27 |
| 2014 | 27 |
| 2015 | 26 |
| 2016 | 26 |
| LTM | 26 |

### Psychiatric (Ingleside)

| Year | Value |
|------|-------|
| 2013 | 82 |
| 2014 | 83 |
| 2015 | 80 |
| 2016 | 79 |
| LTM | 76 |

### Total

| Year | Value |
|------|-------|
| 2013 | 109 |
| 2014 | 110 |
| 2015 | 105 |
| 2016 | 104 |
| LTM | 102 |

Confidential

33

SPD002880



# Operating Summary
## Occupancy



Medical/Surgical

| | |
|---|---|
| 2013 | 46% |
| 2014 | 41% |
| 2015 | 39% |
| 2016 | 51% |
| LTM | 50% |

Psychiatric (Downtown)

| | |
|---|---|
| 2013 | 94% |
| 2014 | 93% |
| 2015 | 89% |
| 2016 | 89% |
| LTM | 89% |

Psychiatric (Ingleside)

| | |
|---|---|
| 2013 | 87% |
| 2014 | 88% |
| 2015 | 67% |
| 2016 | 67% |
| LTM | 65% |

Total

| | |
|---|---|
| 2013 | 71% |
| 2014 | 69% |
| 2015 | 60% |
| 2016 | 63% |
| LTM | 62% |

Confidential

SPD002881



# Operating Summary

Average Daily Census and Occupancy – Quarter over Quarter Performance

- Increase in ADC at Ingleside due to ability to meet state required staffing levels

**Average Daily Census**

**Medical/Surgical**

4Q'16: 40
1Q'17: 40

**Psychiatric (Downtown)**

4Q'16: 25
1Q'17: 26

**Psychiatric (Ingleside)**

4Q'16: 66
1Q'17: 75

**Total**

4Q'16: 131
1Q'17: 141

**Occupancy**

**Medical/Surgical**

4Q'16: 46%
1Q'17: 46%

**Psychiatric (Downtown)**

4Q'16: 87%
1Q'17: 88%

**Psychiatric (Ingleside)**

4Q'16: 56%
1Q'17: 64%

**Total**

4Q'16: 56%
1Q'17: 60%

Confidential

35

SPD002882

# Operating Summary
### Average Length of Stay, Visits and Surgeries



## Average Length of Stay

— Medical/Surgical
— Psychiatric

| | 2013 | 2014 | 2015 | 2016 | LTM |
|---|---|---|---|---|---|
| Medical/Surgical | 6.9 | 6.5 | 6.8 | 7.8 | 7.5 |
| Psychiatric | 10.4 | 10.3 | 9.0 | 7.6 | 7.9 |

## Surgeries⁽¹⁾

■ Inpatient  ■ Outpatient

| | 2013 | 2014 | 2015 | 2016 | LTM |
|---|---|---|---|---|---|
| Total | 750 | 784 | 843 | 922 | 898 |
| Inpatient | 367 | 370 | 301 | 400 | 388 |
| Outpatient | 383 | 414 | 542 | 522 | 510 |

## Outpatient Visits

| 2013 | 2014 | 2015 | 2016 | LTM |
|---|---|---|---|---|
| 20,071 | 19,787 | 19,838 | 18,733 | 18,747 |

## Urgent Care Visits

■ Inpatient  ■ Outpatient

| | 2013 | 2014 | 2015 | 2016 | LTM |
|---|---|---|---|---|---|
| Total | 9,525 | 10,549 | 10,781 | 12,053 | 12,211 |
| Inpatient | 5,929 | 5,913 | 6,088 | 7,034 | 6,792 |
| Outpatient | 3,596 | 4,636 | 4,693 | 5,019 | 5,419 |

(1) Excludes pain management program, which has not been marketed by the hospital since 2015

Confidential

36

SPD002883

# Operating Summary

## Average Length of Stay, Visits and Surgeries — Quarter over Quarter Performance



### Average Length of Stay

- Medical/Surgical
- Psychiatric

| | 4Q'16 | 1Q'17 |
|---|---|---|
| Medical/Surgical | 8.1 | 7.1 |
| Psychiatric | 8.6 | 7.9 |

### Outpatient Visits

| 4Q'16 | 1Q'17 |
|---|---|
| 4,574 | 4,866 |

### Surgeries

- Inpatient
- Outpatient

| | 4Q'16 | 1Q'17 |
|---|---|---|
| Inpatient | 108 | 81 |
| Outpatient | 101 | 129 |
| Total | 209 | 210 |

### Urgent Care Visits

- Inpatient
- Outpatient

| | 4Q'16 | 1Q'17 |
|---|---|---|
| Inpatient | 1,429 | 1,645 |
| Outpatient | 1,363 | 1,666 |
| Total | 2,792 | 3,311 |

SPD002884

# IV. Financial Summary

SPD002885

# Financial Summary
## 2016 Payor Mix



### Based on Adjusted Patient Days

**Medical/Surgical**

Commercial/Other 4%
Medicaid 35%
Medicare 61%

Total: 17,585

**Psychiatric**

Commercial/Other 1%
Medicaid 51%
Medicare 49%

Total: 41,685

**Total**

Commercial/Other 2%
Medicaid 46%
Medicare 52%

Total: 59,269



### Based on Net Revenue

**Inpatient Medical/Surgical**

Commercial/Other 7%
Medicaid 24%
Medicare 69%

Total: $43.1mm

**Inpatient Psychiatric**

Commercial/Other 1%
Medicaid 8%
Medicare 91%

Total: $31.0mm

**Outpatient**

Commercial/Other 10%
Medicaid 23%
Medicare 67%

Total: $2.5mm

**Total**

Outpatient 3%
Inpatient Psych 41%
Inpatient Med/Surg 56%

Total: $76.6mm

SPD002886

# Financial Summary

Financial Metrics



(1)  Contract labor is included in purchased services, and is therefore not reflected in this figure

Confidential

40

SPD002887

# Financial Summary
## Inpatient versus Outpatient Revenue Detail



**Inpatient Medical/Surgical**

($ in thousands)

| Year | Value |
|------|-------|
| 2013 | $23,321 |
| 2014 | $22,933 |
| 2015 | $23,468 |
| 2016 | $32,553 |
| LTM Mar 31 | $32,829 |

**Inpatient Psychiatric**

($ in thousands)

| Year | Value |
|------|-------|
| 2013 | $25,928 |
| 2014 | $31,415 |
| 2015 | $31,776 |
| 2016 | $30,986 |
| LTM Mar 31 | $29,753 |

**Outpatient**

($ in thousands)

| Year | Value |
|------|-------|
| 2013 | $2,417 |
| 2014 | $2,378 |
| 2015 | $2,239 |
| 2016 | $2,513 |
| LTM Mar 31 | $2,544 |

**Total**

($ in thousands)

| Year | Value |
|------|-------|
| 2013 | $51,666 |
| 2014 | $56,725 |
| 2015 | $57,483 |
| 2016 | $66,052 |
| LTM Mar 31 | $65,127 |

Confidential

SPD002888

# Financial Summary
## Historical Financial Performance

| ($ in thousands) | 2013 | 2014 | 2015 | 2016 | 2017 YTD[1] |
|---|---|---|---|---|---|
| Revenue Before Doubtful Accounts | $51,666 | $56,725 | $57,483 | $66,052 | $15,588 |
| Provision for Uncollectible Accounts | (2,034) | (2,671) | (1,781) | (534)[2] | (488) |
| DSH | 8,750 | 6,243 | 3,809 | 1,643 | 0 |
| HQAF | 5,490 | 5,677 | 6,032 | 9,414 | 2,858 |
| Net Patient Revenue | 63,873 | 65,974 | 65,543 | 76,576 | 17,958 |
| EHR Payments | 2,692 | 1,438 | 1,050 | 356 | - |
| Other Revenue | 956 | 1,049 | 1,083 | 1,114 | 393 |
| **Total Revenue** | **$67,521** | **$68,460** | **$67,676** | **$78,046** | **$18,352** |
| Salaries and Wages | 32,030 | 33,862 | 34,422 | 35,673 | 9,158 |
| Employee Benefits | 5,568 | 5,814 | 5,260 | 6,449 | 1,744 |
| Supplies | 4,736 | 5,678 | 5,229 | 6,665 | 561 |
| Pharmaceuticals | 1,251 | 1,237 | 1,225 | 1,273 | 224 |
| Professional Fees | 1,372 | 1,439 | 1,600 | 1,675 | 522 |
| Purchased Services | 5,763 | 4,673 | 4,095 | 7,626 | 1,799 |
| Repairs and Maintenance | 317 | 407 | 497 | 672 | 220 |
| Insurance | 2,029 | 2,377 | 1,592 | 1,376 | 210 |
| Utilities | 1,311 | 1,632 | 1,691 | 1,577 | 445 |
| Rents and Leases | 509 | 845 | 889 | 680 | 147 |
| Other | 1,629 | 1,094 | 1,916 | 1,817 | 626 |
| Total Operating Expenses | 56,515 | 59,056 | 58,414 | 65,485 | 15,655 |
| **EBITDAR** | **11,006** | **9,404** | **9,262** | **12,561** | **2,697** |
| *EBITDAR %* | *16.3%* | *13.7%* | *13.7%* | *16.1%* | *14.7%* |
| Rents on Property | 3,246 | 3,511 | 3,280 | 3,354 | 851 |
| **EBITDA** | **$7,760** | **$5,893** | **$5,982** | **$9,207** | **$1,846** |
| *EBITDA %* | *11.5%* | *8.6%* | *8.8%* | *11.8%* | *10.1%* |

*(handwritten margin note: NNN taxes property)*

- Steady growth in net patient revenue, resulting from new physician recruitment and improving payor mix (increasing Medicare)
  - Offset partially by declining DSH/HQAF in most recent periods
- Salaries, wages and benefits have increased significantly in 2016 as a result of the nationwide nursing shortage
  - Increased wages offered in order to retain qualified staff
- Purchased services also increased meaningfully in 2016 due to the nationwide nursing shortage
  - Significant use of contract labor in 2016 to compensate for shortages ($1.5 million above projected 2017 run-rate)
- Other expenses relatively flat year-over-year, other than increasing general and administrative expenses resulting from property tax assessments

Note: Expenses presented above include direct and indirect overhead; 2016 detail is provided on the following page
(1)  YTD as of March 31, 2017
(2)  Includes one-time gain of approximately $880k to lower reserves based on recent experience

# Financial Summary
## Historical P&L with Indirect Detail

*($ in thousands)*

| | 2015 | | | | 2016 | | | |
|---|---|---|---|---|---|---|---|---|
| | **Downtown** | **Ingleside** | **Indirect** | **Total** | **Downtown** | **Ingleside** | **Indirect** | **Total** |
| Revenue Before Doubtful Accounts | $38,406 | $25,616 | ($6,539) | $57,483 | $44,374 | $23,309 | ($1,631) | $66,052 |
| Provision for Uncollectible Accounts | - | - | (1,781) | (1,781) | - | - | (534) | (534) |
| DSH | - | - | 3,809 | 3,809 | | | 1,643 | 1,643 |
| HQAF | - | - | 6,032 | 6,032 | - | - | 9,414 | 9,414 |
| Net Patient Revenue | 38,406 | 25,616 | 1,521 | 65,543 | 44,374 | 23,309 | 8,892 | 76,576 |
| EHR | - | - | 1,050 | 1,050 | | | 356 | 356 |
| Other Revenue | 1,078 | 5 | - | 1,083 | 1,108 | 7 | - | 1,114 |
| **Total Net Revenue** | **$39,484** | **$25,621** | **$2,571** | **$67,676** | **$45,482** | **$23,316** | **$9,248** | **$78,046** |
| Salaries and Wages | 18,987 | 11,394 | 4,040 | 34,422 | 21,451 | 11,237 | 2,984 | 35,673 |
| Employee Benefits | 2,636 | 1,884 | 740 | 5,260 | 3,595 | 2,050 | 804 | 6,449 |
| Supplies | 4,909 | 671 | (351) | 5,229 | 5,120 | 1,392 | 154 | 6,665 |
| Pharmaceuticals | 749 | 476 | - | 1,225 | 804 | 469 | - | 1,273 |
| Professional Fees | 1,387 | 63 | 149 | 1,600 | 1,419 | 79 | 177 | 1,675 |
| Purchased Services | 2,336 | 377 | 1,382 | 4,095 | 6,048 | 669 | 909 | 7,626 |
| Repairs and Maintence | 437 | 57 | 3 | 497 | 630 | 34 | 7 | 672 |
| Insurance | 1,074 | 400 | 118 | 1,592 | 845 | 409 | 122 | 1,376 |
| Utilities | 1,258 | 432 | - | 1,691 | 1,207 | 370 | - | 1,577 |
| Rents and Leases | 699 | 42 | 148 | 889 | 490 | 91 | 100 | 680 |
| Other | 119 | 404 | 1,394 | 1,916 | 86 | 414 | 1,317 | 1,817 |
| Total Operating Expenses | 34,589 | 16,201 | 7,624 | 58,414 | 41,697 | 17,214 | 6,574 | 65,485 |
| **EBITDAR** | **$4,895** | **$9,420** | **($5,053)** | **$9,262** | **$3,785** | **$6,102** | **$2,674** | **$12,561** |
| Rents on Property | - | 3,280 | - | 3,280 | - | 3,354 | - | 3,354 |
| **EBITDA** | **$4,895** | **$6,140** | **($5,053)** | **$5,982** | **$3,785** | **$2,748** | **$2,674** | **$9,207** |

# Financial Summary
## 2016 Overhead Financial Detail

| ($ in thousands) | Legal | IT | Finance | Patient Accts | HR | Insurance | Total |
|---|---|---|---|---|---|---|---|
| **Direct Overhead** | | | | | | | |
| Salaries and Wages | - | $370 | $303 | $419 | $270 | - | $1,361 |
| Employee Benefits | - | 36 | 27 | 41 | 27 | - | 132 |
| Supplies | - | 7 | 0 | 3 | 2 | - | 13 |
| Pharmaceuticals | - | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | - | - | - |
| Purchased Services | 276 | 16 | 1 | 89 | 51 | - | 432 |
| Repairs and Maintenance | - | 1 | - | - | - | - | 1 |
| Insurance | - | - | - | - | - | 64 | 64 |
| Utilities | - | - | - | - | - | - | - |
| Rents and Leases | - | - | - | - | - | - | - |
| Other | - | 2 | 3 | - | 84 | - | 89 |
| **Total Direct Overhead** | **$276** | **$433** | **$334** | **$552** | **$434** | **$64** | **$2,092** |
| | | | | | | | |
| **# of Direct Employees** | - | 3 | 3 | 16 | 4 | - | 26 |
| *Direct FTE Count* | - | *3.0* | *3.0* | *15.0* | *4.0* | - | *25.0* |
| | | | | | | | |
| **Indirect Overhead** | | | | | | | |
| Salaries and Wages | - | $124 | - | - | - | - | $124 |
| Employee Benefits | - | 41 | - | - | - | - | 41 |
| Supplies | - | - | - | - | - | - | - |
| Pharmaceuticals | - | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | - | - | - |
| Purchased Services | - | 49 | - | - | 91 | - | 140 |
| Repairs and Maintenance | - | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | 908 | 908 |
| Utilities | - | - | - | - | - | - | - |
| Rents and Leases | - | - | - | - | - | - | - |
| Other | - | 1 | 0 | - | - | - | 1 |
| **Total Indirect Overhead** | - | **$216** | **$0** | - | **$91** | **$908** | **$1,215** |

- **Functions and Costs Included in EBITDA**
  - **Legal:** fees for legal services related to Silver Lake specific cases
  - **Information Technology:** indirect overhead includes FTEs allocated from a sister hospital in St. Louis
  - **Finance:** cost is almost entirely employee based
  - **Patient Accounts:** purchased services related to the cost of an outside collection agency
  - **Human Resources:** purchased services related to external recruitment efforts and advertising from PHG's corporate office; G&A includes cost of contract employee education
  - **Insurance:** relates to Silver Lake's portion of an insurance contract that covers multiple facilities. Predominately:
    - PL/GL/Umbrella/Malpractice ($497k)
    - Property ($469k)

- **Functions and Costs not Included in EBITDA**[(1)]
  - Corporate oversight and program management functions
  - McKesson Paragon operating system
  - Ultimate HR payroll software
  - Certain IT consulting fees and other ancillary expenses (bank fees, etc.)

(1) No cost is included in Silver Lake's EBITDA for these services

SPD002891

# Financial Summary
## 2015 to 2016 EBITDA Bridge



*($ in millions)*

(1) Includes one-time gain of approximately $880k to lower reserves based on recent experience
(2) Increase in some hourly nursing wages (~$1.7mm) and associated benefits (~$350k) to become more competitive with market pricing, as well as ~$500k increase in health insurance premiums
(3) Resulted in the elimination of certain management and non-clinical positions.
(4) Increase in contract labor as competition increased wages resulting in higher turnover (included in Purchased Services)
(5) Adjustment to surgical (~$800k) and pharmaceutical (~$100k) supply inventory

SPD002892

# Financial Summary
## 2016 to 2017P EBITDA Bridge



($ in millions)

(1) Increase in medical admissions of ~6% and surgeries of ~10%
(2) Shift of psychiatric admissions from Medicaid to Medicare (~$5,500 difference per admit on average)
(3) Reduction in length of stay from 8.2 days to 6.8 days across all admissions
(4) Normalizing for one-time adjustment incurred in 2016
(5) ~$2.6mm market pricing adjustment for additional nursing staff not adjusted in 2016, and ~$500k for annual merit increases
(6) Assumes 2016 contract labor expense decreased from $3.5mm to $2.0mm run-rate
(7) Normalizing for one-time adjustment incurred in 2016
(8) Annual changes include i) reduction in EHR payments of ~$355k, ii) ~$400k reduction in surgical implants resulting from new orthopedic group with cost saving initiatives, iii) an increase in professional fees of ~$360K related to new physician hires at the end of 2016 and projected in 2017 and iv) reductions in repairs and maintenance and rentals (~$530k total) resulting from increased expenditures in 2015/2016

Confidential

SPD002893

# Financial Summary
## Projected Financial Performance

| ($ in thousands) | 2017P | 2018P | 2019P | 2020P |
|---|---|---|---|---|
| Revenue Before Doubtful Accounts | $73,497 | $74,567 | $75,783 | $78,065 |
| Provision for Uncollectible Accounts | (2,481) | (2,556) | (2,633) | (2,713) |
| DSH[1] | 500 | 1,500 | 1,500 | 1,500 |
| HQAF[1] | 11,200 | 13,200 | 14,400 | 14,400 |
| Net Patient Revenue | 82,716 | 86,711 | 89,050 | 91,253 |
| EHR Payments | - | - | - | - |
| Other Revenue | 1,110 | 1,200 | 2,725 | 2,725 |
| **Total Revenue** | **$83,826** | **$87,911** | **$91,775** | **$93,978** |
| Salaries and Wages | 38,513 | 40,572 | 41,783 | 43,029 |
| Employee Benefits | 6,744 | 7,018 | 7,229 | 7,448 |
| Supplies | 5,460 | 5,626 | 5,739 | 5,854 |
| Pharmaceuticals | 1,168 | 1,204 | 1,228 | 1,252 |
| Professional Fees | 2,037 | 2,098 | 2,141 | 2,184 |
| Purchased Services | 6,338 | 6,530 | 6,661 | 6,795 |
| Repairs and Maintenance | 387 | 399 | 407 | 415 |
| Insurance | 1,408 | 1,451 | 1,480 | 1,510 |
| Utilities | 1,576 | 1,624 | 1,656 | 1,690 |
| Rents and Leases | 436 | 449 | 459 | 468 |
| Other | 1,789 | 1,843 | 1,880 | 1,918 |
| Total Operating Expenses | 65,856 | 68,813 | 70,662 | 72,562 |
| **EBITDAR** | **17,970** | **19,098** | **21,113** | **21,416** |
| *EBITDAR %* | *21.4%* | *21.7%* | *23.0%* | *22.8%* |
| Rents on Property | 3,364 | 3,523 | 3,632 | 3,743 |
| **EBITDA** | **$14,606** | **$15,575** | **$17,481** | **$17,672** |
| *EBITDA %* | *17.4%* | *17.7%* | *19.0%* | *18.8%* |

- Y-o-Y increases are due to greater surgical volume and LOS management allowing for optimization of DRG payments
  - Increased surgical volumes due to redirection of physician groups, spinal surgical cases increase in workers' compensation and personal injury protection insurance cases
- Management expects solid growth in 2017 and beyond as several in-place initiatives continue to improve performance
  - Increase in payer mix (Medicare) for medical/surgical and psychiatric services
  - Decrease in DSH/HQAF resulting from decreased Medicaid exposure offsets some of this payer mix gain
- Silver Lake also expects to implement a co-management agreement with physicians for surgical services during 2H'17, which will drive meaningful top-line growth
- Not included in the projections is the conversion of the Urgent Care Center to an ER
  - This initiative would provide meaningful upside to the projections

Note: The current California HQAF program (QAF5) is expected to be finalized in June 2017. Management currently estimates that this entire QAF5 program (Jan'17 to Jun'19) will provide $36 million to the facility, and assumes that QAF6 (Jul'19 to Dec'21) will relate to the same payments. For illustrative purposes, these payments have been allocated evenly over the periods

(1) 2017 assumes $4.7 million reduction related to QAF4 true-up, $14.4 million for QAF5 and $0.5 million for DSH. 2018 assumes $2.7 million reduction related to QAF4 true-up, $14.4 million for QAF5 and $1.5 million for DSH. 2019 and 2020 assume $14.4 million annually for QAF5/QAF6 and $1.5 million annually for DSH

SPD002894

# Financial Summary
## Historical and Projected Capital Expenditures

| ($ in thousands) | 2013 | 2014 | 2015 | 2016 | 2017P | 2018P | 2019P | 2020P |
|---|---|---|---|---|---|---|---|---|
| Asset Acquisition[1] | $133 | $43 | $1,437 | $0 | $350 | $350 | $350 | $350 |
| Other | 149 | 200 | 68 | 21 | 350 | 350 | 350 | 350 |
| Growth | 282 | 243 | 1,505 | 21 | 700 | 700 | 700 | 700 |
| Seismic | 324 | 447 | 1,258 | 2,458 | 1,000 | 500 | - | - |
| Other | 2 | - | 44 | - | - | - | - | - |
| Special Projects | 326 | 447 | 1,302 | 2,458 | 1,000 | 500 | - | - |
| Psychiatric Upgrades | - | 182 | - | 18 | 100 | 100 | 50 | 50 |
| Roof Repairs | 40 | - | - | - | 300 | 300 | - | - |
| Asset Acquisition | - | 5 | - | - | 250 | 250 | 250 | 250 |
| Other | 18 | 142 | 65 | 17 | 100 | 100 | 200 | 200 |
| Maintenance | 58 | 330 | 65 | 35 | 750 | 750 | 500 | 500 |
| HVAC | 70 | 266 | 332 | 185 | 300 | 300 | 300 | 300 |
| Elevators | 18 | 19 | 84 | 107 | 300 | 100 | - | - |
| Other | - | - | - | - | 250 | 250 | 250 | 250 |
| Deferred Maintenance | 88 | 285 | 417 | 293 | 850 | 650 | 550 | 550 |
| **Total Capital Expenditures** | **$752** | **$1,305** | **$3,289** | **$2,807** | **$3,300** | **$2,600** | **$1,750** | **$1,750** |

(1)  2015 expense predominately related to the purchase of orthopedic surgery assets associated with the creation of the Orthopedic Spine Fellowship Program at Silver Lake

SPD002895

# Financial Summary
## Key Capital Requirements

**Proper Surgical Supply Stocking**

- Silver Lake had 34 and 14 cancelled surgeries in 2015 and 2016, respectively

- Most of these cancellations are controllable and due to lack of surgical supply stocking

- This has led to loss of surgeons which has hindered growth potential during the historical period

- With consistent physician development and commitment to product payment, the surgical growth can increase

- The surgery suites are in great condition and easily accessible, allowing a surgeon to maximize time and cases

**Seismic Compliance**

- SPC (structural)
  - Complete with the exception of the boiler room, which will be completed in the fall

- NPC (anchorage of all equipment in the critical care areas and floor 1- 4)
  - Critical care areas and floors 1-3 are complete
  - Floor 4 will be completed by end of June

**Conversion from Urgent Care to Emergency Room**

- Design / permits / fees
  - Estimated cost: $130K

- Construction (incl. HVAC retrofit)
  - Estimated cost: $2.3mm

- Furniture, fixtures and equipment
  - Estimated cost: $400k

- **Total project cost: $2.83mm**

**Equipment Upgrades**

- Various capital needs to upgrade the operating rooms and radiology offering has the potential to drive meaningful margin expansion

SPD002896

# Financial Summary
## Balance Sheet (03/31/17)

| Assets | | Liabilities and Equity | |
|---|---|---|---|

*($ in thousands)*

| Current Assets | | Current Liabilities | |
|---|---|---|---|
| Cash and Cash Equivalents | ($185) | Accounts Payable | $6,935 |
| Accounts Receivable, Net of Allowances | 10,494 | Accrued Emp Comp & Liabilities | 2,510 |
| Inventory | 1,371 | Accrued Expenses & Other | 4,217 |
| Prepaid Expenses and Other | 5,156 | | |
| **Total Current Assets** | **$16,836** | **Total Current Liabilities** | **$13,663** |

| Long Term Assets | | Long-Term Liabilities and Equity | |
|---|---|---|---|
| Net Property, Plant, & Equipment (OpCo) | 8,294 | Notes Payable | 17,238 |
| Net Property, Plant, & Equipment (PropCo) | 30,717 | Cost Report Obligations | 4,070 |
| Other Assets | 3,018 | Shareholder's Equity | 23,896 |
| **Total Assets** | **$58,865** | **Total Liabilities + Shareholder's Equity** | **$58,865** |

Note: Excludes related party and defalcation accounts

Confidential



50

# Exhibit 50



Main 561.869.3100
Fax 561.869.3101
Toll Free 1.800.485.0885
999 Yamato Road
Third Floor
Boca Raton, FL 33431
www.promisehealthcare.com

*Office of General Counsel*

July 19, 2017

***VIA CERTIFIED MAIL/RETURN RECEIPT REQUESTED***

Surgical Program Development, LLC
1800 Studebaker Road, Suite 330
Cerritos, CA 90703

Re: Termination of Collections and Management Services Agreement and Notice of Defects

Dear Sirs:

Pursuant to Section 4.4 of the Collections and Management Services Agreement, dated June 1, 2010 (the "Agreement"), between Success Healthcare 1, LLC d/b/a Silver Lake Medical Center (SLMC") and Surgical Program Development, LLC ("SPD"), SLMC hereby terminates the Agreement with cause. Unless cured as set forth in the Agreement, the Agreement will terminate in thirty (30) days.

This letter will also serve as a notice of defects pursuant to Section 4.4.1 of the Agreement. By collecting and retaining monies rightfully belonging to SLMC, you have materially breached the Agreement. Attached please find documentation in support of our demand for One Million, Four Hundred, Sixty-seven Thousand, Six Hundred, Sixty-three Dollars and Eighty-nine Cents ($1,467,663.89). We expect payment in full no later than the ten (10) days from the date of this notice. No extensions will be granted. We reserve our rights to collect the remaining balance of Four Hundred, Sixty-one Thousand, Five Hundred, Eighty-seven Dollars and Ninety-seven Cents ($461,587.97) due on accounts that have not yet been paid.

Thank you in advance for your prompt attention to this matter.

Sincerely,

David Armstrong
General Counsel

cc: Richard Gold, President

# Exhibit 51



**Brendan B <brendan@surgicalprogram.com>**

## SPD
1 message

**Fatima Manuao** <fmanuao@silverlakemc.com>                                      Fri, Jul 21, 2017 at 10:25 AM
To: "brendan@surgicalprogram.com" <brendan@surgicalprogram.com>
Cc: George Watkins <GWatkins@silverlakemc.com>

  1 check received for $99,980.68.  I will leave with front desk.


  Thank you,

  Fatima.

# Exhibit 52



**Brendan B <brendan@surgicalprogram.com>**

## RE: SPD
1 message

**Fatima Manuao** <fmanuao@silverlakemc.com>                    Wed, Aug 2, 2017 at 3:21 PM
To: "brendan@surgicalprogram.com" <brendan@surgicalprogram.com>
Cc: George Watkins <GWatkins@silverlakemc.com>

1 check received for $79,984.55.  I will leave it at the front desk.


Thanks,

Fatima.

---

**From:** Fatima Manuao
**Sent:** Friday, July 28, 2017 12:44 PM
**To:** 'brendan@surgicalprogram.com'
**Cc:** George Watkins
**Subject:** SPD


Brendan -- 1 check received for $44,551.86.  You may pick-up check with front desk.


Thank you,

Fatima.

# Exhibit 53



PROMISE
H E A L T H C A R E

Main 561.869.3100
Fax 561.869.3101
Toll Free 1.800.485.0885
999 Yamato Road
Third Floor
Boca Raton, FL 33431
www.promisehealthcare.com

*Office of General Counsel*

August 15, 2017

**_VIA CERTIFIED MAIL/RETURN RECEIPT REQUESTED_**

Surgical Program Development, LLC
18000 Studebaker Road, Suite 330
Cerritos, CA 90703
ATTN: Brendan Bakir

Re: Termination of Collections and Management Services Agreement and Notice of Defects

Dear Mr. Bakir:

Pursuant to Section 4.4 of the Collections and Management Services Agreement, dated June 1, 2010 (the "Agreement"), between Success Healthcare 1, LLC d/b/a Silver Lake Medical Center (SLMC") and Surgical Program Development, LLC ("SPD"), SLMC hereby terminates the Agreement with cause. Unless cured as set forth in the Agreement, the Agreement will terminate in thirty (30) days.

This letter will also serve as a notice of defects pursuant to Section 4.4.1 of the Agreement. By collecting and retaining monies rightfully belonging to SLMC, you have materially breached the Agreement. Attached please find documentation in support of our demand for One Million, Four Hundred, Sixty-seven Thousand, Six Hundred, Sixty-three Dollars and Eighty-nine Cents ($1,467,663.89). We expect payment in full no later than the ten (10) days from the date of this notice. No extensions will be granted. We reserve our rights to collect the remaining balance of Four Hundred, Sixty-One Thousand, Five Hundred, Eighty-Seven Dollars and Ninety-Seven Cents ($461,587.97) due on accounts that have not yet been paid.

Thank you in advance for your prompt attention to this matter.

Sincerely,


David Armstrong
General Counsel

cc: Richard Gold, President
   Lloyd Bookman, Esq – Hooper, Lundy & Bookman, Inc.

# Exhibit 54

checks: Spine Program

| Checks Recvd | Date Received | Check given to Brendan & cashed by Brendan (Payable to SLMC) | Checks given to Brendan & returned thru check swap (Payable to Success) | Checks given to Brendan & have not returned by Brendan | |
|---|---|---|---|---|---|
| $ 2,146,313.13 | | $ 1,710,984.70 | $ 127,902.63 | $ 38,086.19 | Please Note: All CHECKS received are picked up by I |
| $ 139,471.70 | 12/14/16 | $ 139,471.70 | $ - | $ - | check given to Brendan on 122116 / check cashed & c |
| $ 3,240.00 | 12/14/16 | $ 3,240.00 | $ - | $ - | |
| $ 53,185.98 | 12/01/16 | $ 53,185.98 | $ - | $ - | Forward to Brendan |
| $ 57,877.91 | 12/06/16 | $ 57,877.91 | $ - | $ - | Forward to Brendan |
| $ 52,633.95 | 12/12/16 | $ 52,633.95 | $ - | $ - | Forward to Brendan |
| $ 3,240.00 | 12/14/16 | $ 3,240.00 | $ - | $ - | Forward to Brendan |
| $ 43,774.63 | 12/27/16 | $ - | $ 43,774.63 | $ - | recvd from SPD for check swap processing on 010417 |
| $ 27,014.17 | 12/27/16 | $ 27,017.17 | $ - | $ - | |
| $ 14,161.69 | 12/27/16 | $ 14,161.69 | $ - | $ - | Forward to Brendan |
| $ 27,014.17 | 12/27/16 | $ 27,014.17 | $ - | $ - | Forward to Brendan |
| $ 12,141.79 | 01/04/17 | $ - | $ 12,141.79 | $ - | recvd from SPD for check swap processing on 022417 |
| $ 72.09 | 01/04/17 | $ 72.09 | $ - | $ - | Forward to Brendan |
| $ 1,695.69 | 01/11/17 | $ 1,695.69 | $ - | $ - | Forward to Brendan |
| $ 3,280.43 | 01/30/17 | $ - | $ 3,280.43 | $ - | recvd from SPD for check swap processing on 022417 |
| $ 10,314.49 | 01/18/17 | $ - | $ 10,314.49 | $ - | recvd from SPD for check swap processing on 022417 |
| $ 23,477.68 | | $ 23,477.68 | $ - | $ - | Forward to Brendan |
| $ 82,076.47 | 01/18/17 | $ 82,076.47 | $ - | $ - | check cashed & cleared CMA bank 021817 |
| $ 8,358.00 | | $ - | $ 8,358.00 | $ - | recvd from SPD for check swap processing on 022417 |
| $ 6,965.00 | 01/18/17 | $ - | $ 6,965.00 | $ - | recvd from SPD for check swap processing on 022417 |
| $ 24,852.38 | 01/18/17 | $ - | $ 24,852.38 | $ - | recvd from SPD for check swap processing on 022417 |
| $ 34,885.35 | 02/21/17 | $ 34,885.35 | $ - | $ - | given to Brendan on 022417 during mtg with George / |
| $ 21,129.91 | 01/18/17 | $ 21,129.91 | $ - | $ - | given to Brendan on 022417 during mtg with George/ |
| $ 27,585.88 | 02/10/17 | $ 27,285.88 | $ - | $ - | given to Brendan on 022417 during mtg with George |
| $ 79,846.98 | 02/21/17 | $ 79,846.98 | $ - | $ - | given to Brendan on 022417 during mtg with George |
| $ 14,088.20 | 02/21/17 | $ 14,088.20 | $ - | $ - | given to Brendan on 022417 during mtg with George |
| $ 34,885.35 | 02/21/17 | $ 34,885.35 | $ - | $ - | |
| $ 22,270.40 | 02/28/17 | $ 22,270.40 | $ - | $ - | Forward to Brendan |
| $ 38,761.50 | 03/02/17 | $ 38,761.50 | $ - | $ - | Forward to Brendan |
| $ 13,655.29 | 03/15/17 | $ - | $ - | $ 13,655.29 | Forward to Brendan |
| $ 12,138.03 | 03/20/17 | $ 12,138.03 | $ - | $ - | Forward to Brendan |
| $ 15,653.55 | 03/20/17 | $ 15,653.55 | $ - | $ - | Forward to Brendan |
| $ 15,172.54 | 03/29/17 | $ 15,172.54 | $ - | $ - | Forward to Brendan |
| $ 13,655.29 | 04/13/17 | $ 13,655.29 | $ - | $ - | Forward to Brendan |
| $ 12,464.04 | 04/17/17 | $ 12,464.04 | $ - | $ - | Forward to Brendan |
| $ 44,203.50 | 04/18/17 | $ 44,203.50 | $ - | $ - | Forward to Brendan |
| $ 18,215.91 | 04/24/17 | $ - | $ 18,215.91 | $ - | Forward to Brendan |
| $ 24,430.90 | 05/01/17 | $ - | $ - | $ 24,430.90 | Karla picked up |
| $ 64,543.13 | 05/01/17 | $ 64,543.13 | $ - | $ - | Karla picked up |
| $ 62,865.02 | 05/03/17 | $ 62,865.02 | $ - | $ - | |
| $ 47,370.56 | 05/22/17 | $ 47,370.56 | $ - | $ - | Karla picked up / check cashed & cleared CMA bank o |
| $ 78,136.61 | 06/01/17 | $ 73,136.61 | $ - | | gave to Brendan 060817 |
| $ 20,995.14 | 06/02/17 | $ 20,995.14 | $ - | | gave to Brendan 060817 |
| $ 21,216.14 | 06/07/17 | $ 21,216.14 | $ - | | gave to Brendan 060817 |
| $ 25,448.85 | 06/14/17 | $ - | $ 25,448.85 | | Karla picked up on 061917 |
| $ 25,475.69 | 06/21/17 | $ 25,475.69 | | | Karla picked up on 062617 |
| $ 46,659.25 | 06/28/17 | $ 46,659.25 | | | |
| $ 49,115.00 | 07/05/17 | $ 49,115.00 | | | |
| $ 94,981.65 | 07/05/17 | $ 94,981.65 | | | |
| $ 13,655.29 | 07/12/17 | $ 13,655.29 | | | |
| $ 33,017.33 | 07/12/17 | $ 33,017.33 | | | |
| $ 15,172.54 | 07/13/17 | $ 15,172.54 | | | |
| $ 46,659.24 | 07/13/17 | $ 46,659.24 | | | |
| $ 99,980.68 | 07/17/17 | $ 99,980.68 | | | |
| $ 44,551.86 | 07/28/17 | $ 44,551.86 | | | |
| $ 79,984.55 | 08/02/17 | $ 79,984.55 | | | |
| $ 21,579.28 | 08/03/17 | | | | deposit to CNB |
| $ 19,890.14 | 08/03/17 | | | | deposit to CNB |
| $ 62,509.29 | 08/03/17 | | | | deposit to CNB |
| $ 21,035.22 | 09/05/17 | | | | deposit to CNB |
| $ 78,136.61 | 09/05/17 | | | | deposit to CNB |
| $ 35,443.22 | 09/05/17 | | | | deposit to CNB |

CONFIDENTIAL

GW-00009

| SPD repayment plans | With Down Payment | Without Down Payment |
|---|---|---|
| Debt as of 03/27/17 | $    1,885,617.49 | $    1,885,617.49 |
| Down Payment ( cost of 2016 hardware ) | $       662,678.17 | |
| Arrears | $    1,222,939.32 | $    1,885,617.49 |
| Average ongoing revenue to SLMC | $       130,505.97 | $       130,505.97 |
| Arrears payment to be current by 12/31/2017 | $       135,882.15 | $       209,513.05 |
| Total payment per month by SPD | $       266,388.12 | $       340,019.03 |

CONFIDENTIAL

GW-00010

checks: Spine Program

| Checks Recvd | Date Received | Check given to Brendan & cashed by Brendan (Payable to SLMC) | Checks given to Brendan & returned thru check swap (Payable to Success) | Checks given to Brendan & have not returned by Brendan | |
|---|---|---|---|---|---|
| $ 2,146,313.13 | | $ 1,710,984.70 | $ 127,902.63 | $ 38,086.19 | Please Note: All CHECKS received are picked up by Brendan or his staff. |
| $ 139,471.70 | 12/14/16 | $ 139,471.70 | $ - | $ - | check given to Brendan on 122116 / check cashed & cleared CMA bank on 020317 |
| $ 3,240.00 | 12/14/16 | $ 3,240.00 | $ - | $ - | |
| $ 53,185.98 | 12/01/16 | $ 53,185.98 | $ - | $ - | Forward to Brendan |
| $ 57,877.91 | 12/06/16 | $ 57,877.91 | $ - | $ - | Forward to Brendan |
| $ 52,633.95 | 12/12/16 | $ 52,633.95 | $ - | $ - | Forward to Brendan |
| $ 3,240.00 | 12/14/16 | $ 3,240.00 | $ - | $ - | Forward to Brendan |
| $ 43,774.63 | 12/27/16 | $ - | $ 43,774.63 | $ - | recvd from SPD for check swap processing on 010417 & deposited to CNB |
| $ 27,014.17 | 12/27/16 | $ 27,017.17 | $ - | $ - | |
| $ 14,161.69 | 12/27/16 | $ 14,161.69 | $ - | $ - | Forward to Brendan |
| $ 27,014.17 | 12/27/16 | $ 27,014.17 | $ - | $ - | Forward to Brendan |
| $ 12,141.79 | 01/04/17 | $ - | $ 12,141.79 | $ - | recvd from SPD for check swap processing on 022417 & deposited to CNB |
| $ 72.09 | 01/04/17 | $ 72.09 | $ - | $ - | Forward to Brendan |
| $ 1,695.69 | 01/11/17 | $ 1,695.69 | $ - | $ - | Forward to Brendan |
| $ 3,280.43 | 01/30/17 | $ - | $ 3,280.43 | $ - | recvd from SPD for check swap processing on 022417 & deposited to CNB |
| $ 10,314.49 | 01/18/17 | $ - | $ 10,314.49 | $ - | recvd from SPD for check swap processing on 022417 & deposited to CNB |
| $ 23,477.68 | | $ 23,477.68 | $ - | $ - | Forward to Brendan |
| $ 82,076.47 | 01/18/17 | $ 82,076.47 | $ - | $ - | check cashed & cleared CMA bank 021817 |
| $ 8,358.00 | | $ - | $ 8,358.00 | $ - | recvd from SPD for check swap processing on 022417 & deposited to CNB |
| $ 6,965.00 | 01/18/17 | $ - | $ 6,965.00 | $ - | recvd from SPD for check swap processing on 022417 & deposited to CNB |
| $ 24,852.38 | 01/18/17 | $ - | $ 24,852.38 | $ - | recvd from SPD for check swap processing on 022417 & deposited to CNB |
| $ 34,885.35 | 02/21/17 | $ 34,885.35 | $ - | $ - | given to Brendan on 022417 during mtg with George / check cashed & cleared CMA bank on 030417 |
| $ 21,129.91 | 01/18/17 | $ 21,129.91 | $ - | $ - | given to Brendan on 022417 during mtg with George/ check cashed & cleared CMA bank on 030417 |
| $ 27,585.88 | 02/10/17 | $ 27,585.88 | $ - | $ - | given to Brendan on 022417 during mtg with George |
| $ 79,846.98 | 02/21/17 | $ 79,846.98 | $ - | $ - | given to Brendan on 022417 during mtg with George |
| $ 14,088.20 | 02/21/17 | $ 14,088.20 | $ - | $ - | given to Brendan on 022417 during mtg with George |
| $ 34,885.35 | 02/21/17 | $ 34,885.35 | $ - | $ - | |
| $ 22,270.40 | 02/28/17 | $ 22,270.40 | $ - | $ - | Forward to Brendan |
| $ 38,761.50 | 03/02/17 | $ 38,761.50 | $ - | $ - | Forward to Brendan |
| $ 13,655.29 | 03/15/17 | $ - | $ - | 13,655.29 | Forward to Brendan |
| $ 12,138.03 | 03/20/17 | $ 12,138.03 | $ - | $ - | Forward to Brendan |
| $ 15,653.55 | 03/20/17 | $ 15,653.55 | $ - | $ - | Forward to Brendan |
| $ 15,172.54 | 03/29/17 | $ 15,172.54 | $ - | $ - | Forward to Brendan |
| $ 13,655.29 | 04/13/17 | $ 13,655.29 | $ - | $ - | Forward to Brendan |
| $ 12,464.04 | 04/17/17 | $ 12,464.04 | $ - | $ - | Forward to Brendan |
| $ 44,203.50 | 04/18/17 | $ 44,203.50 | $ - | $ - | Forward to Brendan |
| $ 18,215.91 | 04/24/17 | $ - | $ 18,215.91 | $ - | Forward to Brendan |
| $ 24,430.90 | 05/01/17 | $ - | $ - | 24,430.90 | Karla picked up |
| $ 64,543.13 | 05/01/17 | $ 64,543.13 | $ - | $ - | Karla picked up |
| $ 62,865.02 | 05/03/17 | $ 62,865.02 | $ - | $ - | |
| $ 47,370.56 | 05/22/17 | $ 47,370.56 | $ - | $ - | Karla picked up / check cashed & cleared CMA bank on 052417 |
| $ 78,136.61 | 06/01/17 | $ 73,136.61 | $ - | | gave to Brendan 060817 |
| $ 20,995.14 | 06/02/17 | $ 20,995.14 | $ - | | gave to Brendan 060817 |
| $ 21,216.14 | 06/07/17 | $ 21,216.14 | $ - | | gave to Brendan 060817 |
| $ 25,448.85 | 06/14/17 | $ - | $ 25,448.85 | | Karla picked up on 061917 |
| $ 25,475.69 | 06/21/17 | $ 25,475.69 | | | Karla picked up on 062617 |
| $ 46,659.25 | 06/28/17 | $ 46,659.25 | | | |
| $ 49,115.00 | 07/05/17 | $ 49,115.00 | | | |
| $ 94,981.65 | 07/05/17 | $ 94,981.65 | | | |
| $ 13,655.29 | 07/12/17 | $ 13,655.29 | | | |
| $ 33,017.33 | 07/12/17 | $ 33,017.33 | | | |
| $ 15,172.54 | 07/13/17 | $ 15,172.54 | | | |
| $ 46,659.24 | 07/13/17 | $ 46,659.24 | | | |
| $ 99,980.68 | 07/17/17 | $ 99,980.68 | | | |
| $ 44,551.86 | 07/28/17 | $ 44,551.86 | | | |
| $ 79,984.55 | 08/02/17 | $ 79,984.55 | | | |
| $ 21,579.28 | 08/03/17 | | | | deposit to CNB |
| $ 19,890.14 | 08/03/17 | | | | deposit to CNB |
| $ 62,509.29 | 08/03/17 | | | | deposit to CNB |
| $ 21,035.22 | 09/05/17 | | | | deposit to CNB |
| $ 78,136.61 | 09/05/17 | | | | deposit to CNB |
| $ 35,443.22 | 09/05/17 | | | | deposit to CNB |

CONFIDENTIAL

GW-00011

**SUMMARY PAGE**　　　　　　　　**Report updated includes all cases received as of 9/1/17**

Revised Reconciliation as follows:

IN-PT Cases 1/1/14 to 8/10/15 Cases with Hardware - Revised to SPD pays SLMC 50% of DRG no Hardware.
IN-PT Cases 1/1/14 to 8/10/15 Cases with no Hardware - Unchanged SPD pays SLMC 40% of DRG.

IN-PT Cases 8/11/15 to Present - ALL CASES - Unchanged SPD pays SLMC 40% of DRG plus 100% Hardware.

Spreadsheets reflect all POSTED payments made to SLMC prior to 8/31/16.  Below is a summary of
the revised reconciliation changes and all payments made to SLMC beginning 8/31/16 to present.

| | | | | | | |
|---|---|---|---|---|---|---|
| Amount due Cases 1/1/14 to 8/10/15 with Hardware | -547,030.15 | | SPD is calculating cases with No hardware at 40% reimbursement to SLMC and cases With hardware at 50% | | | |
| Amount due Cases 1/1/14 to 8/10/15 with no Hardware | -60,321.67 | | It should be % 50 % for all cases difference = 72,585.25 | | | |
| | | | | | | |
| Amount due Cases 8/11/15 to Present | 2,234,505.47 | 2,873,583.43 | 1,885,617 | ours | | 1,885,617 |
| | | | (729,827) | disputed hardware at 010114 to 081015 | | |
| Minus payment to SLMC 8/31/16 | -$111,634.18 | (147,719) | (181,703) | reclassed hardware to biologics 081115 to present | | (147,719) |
| Minus payment to SLMC 10/28/16 | -$60,212.99 | (16,800) | (68,062) | reclassed hardware to biologics 010114 to 081015 | | (16,800) |
| Minus payment to SLMC 12/29/16 | -$88,784.02 | | (46,900) | SPD claims it paid Primacare directly for hardware  010114 to 081015 | | |
| Minus payment to SLMC 2/16/17 | -$178,603.82 | | | SPD claims it paid Primacare directly for hardware  081115 to present Ttl 171,350 (included in disputed hardware ) | | |
| Minus payment to SLMC 3/31/17 | -$153,851.67 | | | SPD claims it paid Ulrich Medical USA directly for hardware  081115 to present Ttl 23,065 (included in disputed hardware ) | | |
| Minus payment to SLMC 6/8/17 | -$153,851.67 | | 55,955 | DRG corrections | 241,315 | |
| TOTAL REMAINING DUE IP CASES | $880,215.30 | | | | | |
| | | | | | | |
| TOTAL REMAINING DUE OP CASES | $9,564.46 | | (14,836.75) | 24,401  Variance in OP Due | | |
| GRAND TOTAL DUE SLMC | $889,779.76 | | 900,244 | (10,464) | | |
| | | | | | | |
| Minus current insurance checks to SLMC: | | Visit I.D. #'s | Send Primacare info | | | |
| Check # 1728053 issued 6/1/17 | -$14,413.92 YES | 984366 | | | | -$8,648.35 |
| Check # 0025103309 issued 6/7/17 | -$4,212.35 YES | 982650 | | | | -$2,527.41 |
| Check # 1872927953 issued 7/18/17　　PRE-OP | -$151.49 YES | 981749 | | | | -$90.89 |
| Check # CI58261 issued 7/19/17 | -$21,579.28 YES | 987348 | | | | -$12,947.57 |
| Check # 8816469542 issued 7/19/17 | -$62,509.29 YES | 987517 | | | | -$37,505.57 |
| Check # 1872954839 issued 7/28/17 | -$19,890.14 YES | 987862 | | | | -$11,934.08 |
| Check # CU358556 issued 8/17/17 | -$78,136.61 YES | 982994 | | | | -$46,881.97 |
| Check # CQ477825 issued 8/25/17 | -$35,443.22 YES | 989240 | | | | -$21,265.93 |
| | | | | | | |
| Minus "expected" remaining amounts: | | | | | | 1,579,297 |
| Open case in process expected payment | -$28,306.32 | 986470 | $22,645.06 | | | |
| Open case in process expected payment | -$6,000.00 | 966073 | $6,000.00 | | | |
| Open case in process expected payment | -$21,035.22 | 980839 | $21,035.22 | | | |
| Open case in process expected payment | -$59,286.66 | 987848 | | | | |
| Open case in process expected payment | -$49,115.00 | 983523 | | | | |
| POTENTIAL END AMOUNT DUE SLMC | $489,700.26 | | | | | |

CONFIDENTIAL

GW-00012

**SUMMARY PAGE**                    Report updated includes all
                                   cases received as of 9/1/17

Revised Reconciliation as follows:

IN-PT Cases 1/1/14 to 8/10/15 Cases with Hardware - Revised to SPD pays SLMC 50% of DRG no Hardware.
IN-PT Cases 1/1/14 to 8/10/15 Cases with no Hardware - Unchanged SPD pays SLMC 40% of DRG.

IN-PT Cases 8/11/15 to Present - ALL CASES - Unchanged SPD pays SLMC 40% of DRG plus 100% Hardware.

Spreadsheets reflect all POSTED payments made to SLMC prior to 8/31/16. Below is a summary of
the revised reconciliation changes and all payments made to SLMC beginning 8/31/16 to present.

| | | | | | |
|---|---|---|---|---|---|
| Amount due Cases 1/1/14 to 8/10/15 with Hardware | -547,030.15 | | SPD is calculating cases with No hardware at 40% reimbursement to SLMC and cases With hardware at 50% | | |
| Amount due Cases 1/1/14 to 8/10/15 with no Hardware | -60,321.67 | | It should be % 50 % for all cases difference = 72,585.25 | | |
| | | | | | |
| Amount due Cases 8/11/15 to Present | 2,234,505.47 | 2,873,583.43 | | 1,885,617 ours | 1,885,617 |
| | | | | (729,827) disputed hardware 010114 to 081015 | |
| Minus payment to SLMC 8/31/16 | -$111,634.18 | (147,719) | | (181,703) reclassed hardware to biologics 081115 to present | (147,719) |
| Minus payment to SLMC 10/28/16 | -$60,212.99 | (16,800) | | (68,062) reclassed hardware to biologics 010114 to 081015 | (16,800) |
| Minus payment to SLMC 12/29/16 | -$88,784.02 | | | (46,900) SPD claims it paid Primacare directly for hardware 010114 to 081015 | |
| Minus payment to SLMC 2/16/17 | -$178,603.82 | | | SPD claims it paid Primacare directly for hardware 081115 to present Ttl 171,350 (included in disputed hardware ) | |
| Minus payment to SLMC 3/31/17 | -$153,851.67 | | | SPD claims it paid Ulrich Medical USA directly for hardware 081115 to present Ttl 23,065 (included in disputed hardware ) | |
| Minus payment to SLMC 6/8/17 | -$153,851.67 | | | 55,955 DRG corrections | 241,315 |
| TOTAL REMAINING DUE IP CASES | $880,215.30 | | | | |
| | | | | | |
| TOTAL REMAINING DUE OP CASES | $9,564.46 | | | (14,836.75) 24,401 Variance in OP Due | |
| GRAND TOTAL DUE SLMC | $889,779.76 | | | 900,244 (10,464) | |

| Minus current insurance checks to SLMC: | | Visit I.D. #'s | Send Primacare info | |
|---|---|---|---|---|
| Check # 1728053 issued 6/1/17 | -$14,413.92 YES | 984366 | | -$8,648.35 |
| Check # 0025103309 issued 6/7/17 | -$4,212.35 YES | 982650 | | -$2,527.41 |
| Check # 1872927953 issued 7/18/17    PRE-OP | -$151.49 YES | 981749 | | -$90.89 |
| Check # CI58261 issued 7/19/17 | -$21,579.28 YES | 987348 | | -$12,947.57 |
| Check # 8816469542 issued 7/19/17 | -$62,509.29 YES | 987517 | | -$37,505.57 |
| Check # 1872954839 issued 7/28/17 | -$19,890.14 YES | 987862 | | -$11,934.08 |
| Check # CU358556 issued 8/17/17 | -$78,136.61 YES | 982994 | | -$46,881.97 |
| Check # CQ477825 issued 8/25/17 | -$35,443.22 YES | 989240 | | -$21,265.93 |
| | | | | |
| Minus "expected" remaining amounts: | | | | 1,579,297 |
| Open case in process expected payment | -$28,306.32 | 986470 | $22,645.06 | |
| Open case in process expected payment | -$6,000.00 | 966073 | $6,000.00 | |
| Open case in process expected payment | -$21,035.22 | 980839 | $21,035.22 | |
| Open case in process expected payment | -$59,286.66 | 987848 | | |
| Open case in process expected payment | -$49,115.00 | 983523 | | |
| POTENTIAL END AMOUNT DUE SLMC | $489,700.26 | | | |

**CONFIDENTIAL**

**SUMMARY PAGE**

**Report updated includes all cases received as of 9/1/17**

Revised Reconciliation as follows:

IN-PT Cases 1/1/14 to 8/10/15 Cases with Hardware - Revised to SPD pays SLMC 50% of DRG no Hardware.
IN-PT Cases 1/1/14 to 8/10/15 Cases with no Hardware - Unchanged SPD pays SLMC 40% of DRG.

IN-PT Cases 8/11/15 to Present - ALL CASES - Unchanged SPD pays SLMC 40% of DRG plus 100% Hardware.

Spreadsheets reflect all POSTED payments made to SLMC prior to 8/31/16. Below is a summary of the revised reconciliation changes and all payments made to SLMC beginning 8/31/16 to present.

| | | | | | |
|---|---|---|---|---|---|
| Amount due Cases 1/1/14 to 8/10/15 with Hardware | -547,030.15 | SPD is calculating cases with No hardware at 40% reimbursement to SLMC and cases With hardware at 50% | | | |
| Amount due Cases 1/1/14 to 8/10/15 with no Hardware | -60,321.67 | It should be % 50 % for all cases difference = 72,585.25 | | | |
| Amount due Cases 8/11/15 to Present | 2,234,505.47 | 2,873,583.43 | 1,885,617 ours | | 1,885,617 |
| | | | (729,827) disputed hardware 010114 to 081015 | | |
| Minus payment to SLMC 8/31/16 | -$111,634.18 | (147,719) | (181,703) reclassed hardware to biologics 010114 to 081015 | | (147,719) |
| Minus payment to SLMC 10/28/16 | -$60,212.99 | (16,800) | (68,062) reclassed hardware to biologics 010114 to 081015 | | (16,800) |
| Minus payment to SLMC 12/29/16 | -$88,784.02 | | (46,900) SPD claims it paid Primacare directly for hardware 010114 to 081015 | | |
| Minus payment to SLMC 2/16/17 | -$178,603.82 | | SPD claims it paid Primacare directly for hardware 081115 to present Ttl **171,350** (included in disputed hardware ) | | |
| Minus payment to SLMC 3/31/17 | -$153,851.67 | | SPD claims it paid Ulrich Medical USA directly for hardware 081115 to present Ttl **23,065** (included in disputed hardware ) | | |
| Minus payment to SLMC 6/8/17 | -$153,851.67 | | 55,955 DRG corrections | 241,315 | |
| TOTAL REMAINING DUE IP CASES | $880,215.30 | | | | |
| TOTAL REMAINING DUE OP CASES | $9,564.46 | | | | |
| GRAND TOTAL DUE SLMC | $889,779.76 | | (14,836.75) | 24,401 Variance in OP Due | |
| | | | 900,244 | (10,464) | |

*(handwritten: already given credit)*

| Minus current insurance checks to SLMC: | | Visit I.D. #'s | |
|---|---|---|---|
| | | Send Primacare info | |
| Check # 1728053 issued 6/1/17 | -$14,413.92 YES | 984366 | -$8,648.35 |
| Check # 0025103309 issued 6/7/17 | -$4,212.35 YES | 982650 | -$2,527.41 |
| Check # 1872927953 issued 7/18/17 PRE-OP | -$151.49 YES | 981749 | -$90.89 |
| Check # CI58261 issued 7/19/17 | -$21,579.28 YES | 987348 | -$12,947.57 |
| Check # 8816469542 issued 7/19/17 | -$62,509.29 YES | 987517 | -$37,505.57 |
| Check # 1872954839 issued 7/28/17 | -$19,890.14 YES | 987862 | -$11,934.08 |
| Check # CU358556 issued 8/17/17 | -$78,136.61 YES | 982994 (15,000 - Hardware) | -$46,881.97 |
| Check # CQ477825 issued 8/25/17 | -$35,443.22 YES | 989240 | -$21,265.93 |

*(handwritten right: Need to back out hardware since SPD not going to pay)*

*(handwritten: ⟨$15,000⟩)*

| Minus "expected" remaining amounts: | *(No Payments Yet)* | | |
|---|---|---|---|
| Open case in process expected payment | -$28,306.32 | 986470 | |
| Open case in process expected payment | -$6,000.00 | 966073 | |
| Open case in process expected payment | -$21,035.22 | 980839 | |
| Open case in process expected payment | -$59,286.66 | 987848 | 1,579,297 |
| Open case in process expected payment | -$49,115.00 | 983523 | |
| POTENTIAL END AMOUNT DUE SLMC | $489,700.26 | | |

*(handwritten: $22,645.06  Diff DRG 9/21/17)*
*(handwritten: $6,000.00  8/18/17)  SPD get 60% less hardware*
*(handwritten: $21,035.22  9/05/17)*

*(handwritten: not billed yet / still wasty for hardware cost.)*

CONFIDENTIAL

GW-00014

| Checks Recvd | Date Received | Check given to Brendan & cashed by Brendan (Payable to SLMC) | Checks given to Brendan & returned thru check swap (Payable to Success) | Checks given to Brendan & not returned by Brendan (Payable to Success) | |
|---|---|---|---|---|---|
| $ 1,911,333.12 | | $ 1,593,746.08 | $ 245,181.94 | $ 72,108.10 | Please Note: All CHECKS received are picked up by Brendan or his staff. |
| $ 139,471.70 | 12/14/16 | $ 139,471.70 | $ - | - | check given to Brendan on 122116 / check cashed & cleared CMA bank on 020317 |
| $ 3,240.00 | 12/14/16 | $ 3,240.00 | $ - | - | Forward to Brendan |
| $ 53,185.98 | 12/01/16 | $ 53,185.98 | $ - | - | Forward to Brendan |
| $ 57,877.91 | 12/06/16 | $ 57,877.91 | $ - | - | Forward to Brendan |
| $ 52,633.95 | 12/12/16 | $ 52,633.95 | $ - | - | Forward to Brendan |
| $ 3,240.00 | 12/14/16 | $ 3,240.00 | $ - | - | Forward to Brendan |
| $ 43,774.63 | 12/27/16 | $ - | $ 43,774.63 | - | recvd from SPD for check swap processing on 010417 & deposited to CNB |
| $ 27,014.17 | 12/27/16 | $ 27,017.17 | $ - | - | |
| $ 14,161.69 | 12/27/16 | $ 14,161.69 | $ - | - | Forward to Brendan |
| $ 27,014.17 | 12/27/16 | $ 27,014.17 | $ - | - | Forward to Brendan |
| $ 38,499.10 | 12/29/16 | $ - | $ 38,499.10 | - | |
| $ 12,141.79 | 01/04/17 | $ - | $ 12,141.79 | - | recvd from SPD for check swap processing on 022417 & deposited to CNB |
| $ 72.09 | 01/04/17 | $ 72.09 | $ - | - | Forward to Brendan |
| $ 1,695.69 | 01/11/17 | $ 1,695.69 | $ - | - | Forward to Brendan |
| $ 3,280.43 | 01/30/17 | $ - | $ 3,280.43 | - | recvd from SPD for check swap processing on 022417 & deposited to CNB |
| $ 8,358.00 | 01/00/00 | $ - | $ 8,358.00 | - | recvd from SPD for check swap processing on 022417 & deposited to CNB |
| $ 6,965.00 | 01/18/17 | $ - | $ 6,965.00 | - | recvd from SPD for check swap processing on 022417 & deposited to CNB |
| $ 24,852.38 | 01/18/17 | $ - | $ 24,852.38 | - | recvd from SPD for check swap processing on 022417 & deposited to CNB |
| $ 21,129.91 | 01/18/17 | $ 21,129.91 | $ - | - | given to Brendan on 022417 during mtg with George/ check cashed & cleared CMA bank on 030417 |
| $ 10,314.49 | 01/00/00 | $ - | $ 10,314.49 | - | recvd from SPD for check swap processing on 022417 & deposited to CNB |
| $ 82,076.47 | 01/00/00 | $ 82,076.47 | $ - | - | check cashed & cleared CMA bank 021817 |
| $ 27,585.88 | 02/10/17 | $ 27,285.88 | $ - | - | given to Brendan on 022417 during mtg with George |
| $ 23,477.68 | 01/00/00 | $ 23,477.68 | $ - | - | Forward to Brendan |
| $ 34,885.35 | 02/21/17 | $ 34,885.35 | $ - | - | given to Brendan on 022417 during mtg with George / check cashed & cleared CMA bank on 030417 |
| $ 79,846.98 | 02/21/17 | $ 79,846.98 | $ - | - | given to Brendan on 022417 during mtg with George |
| $ 14,088.20 | 02/21/17 | $ 14,088.20 | $ - | - | given to Brendan on 022417 during mtg with George |
| $ 22,270.40 | 02/28/17 | $ 22,270.40 | $ - | - | Forward to Brendan |
| $ 38,761.50 | 03/02/17 | $ 38,761.50 | $ - | - | Forward to Brendan |
| $ 13,655.29 | 03/15/17 | $ 13,655.29 | $ - | - | Forward to Brendan |
| $ 12,138.03 | 03/20/17 | $ - | $ 12,138.03 | - | Forward to Brendan |
| $ 15,653.55 | 03/20/17 | $ 15,653.55 | $ - | - | Forward to Brendan |
| $ 15,172.54 | 03/29/17 | $ 15,172.54 | $ - | - | Forward to Brendan |
| $ 13,655.29 | 04/13/17 | $ 13,655.29 | $ - | - | Forward to Brendan |
| $ 12,464.04 | 04/17/17 | $ 12,464.04 | $ - | - | Forward to Brendan |
| $ 44,203.50 | 04/18/17 | $ - | $ 44,203.50 | - | Forward to Brendan |
| $ 18,215.91 | 04/24/17 | $ - | $ 18,215.91 | - | Forward to Brendan |
| $ 24,430.90 | 05/01/17 | $ - | $ 24,430.90 | - | Karla picked up |
| $ 64,543.13 | 05/01/17 | $ 64,543.13 | $ - | - | Karla picked up |
| $ 62,865.02 | 05/03/17 | $ 62,865.02 | $ - | - | |
| $ 47,370.56 | 05/22/17 | $ 47,370.56 | $ - | - | Karla picked up / check cashed & cleared CMA bank on 052417 |
| $ 78,136.61 | 06/01/17 | $ 78,136.61 | $ - | - | gave to Brendan 060817 |
| $ 20,995.14 | 06/02/17 | $ - | $ 20,995.14 | - | gave to Brendan 060817 |
| $ 21,216.14 | 06/07/17 | $ - | $ 21,216.14 | - | gave to Brendan 060817 |
| $ 25,448.85 | 06/14/17 | $ - | $ - | $ 25,448.85 | Karla picked up on 061917 / |
| $ 25,475.69 | 06/21/17 | $ 25,475.69 | $ - | - | Karla picked up on 062617 |
| $ 46,659.25 | 06/28/17 | $ - | $ - | $ 46,659.25 | |
| $ 49,115.00 | 07/05/17 | $ 49,115.00 | $ - | - | |
| $ 94,981.65 | 07/05/17 | $ 94,981.65 | $ - | - | |
| $ 13,655.29 | 07/12/17 | $ 13,655.29 | $ - | - | |
| $ 33,017.33 | 07/12/17 | $ 33,017.33 | $ - | - | |
| $ 15,172.54 | 07/13/17 | $ 15,172.54 | $ - | - | |
| $ 46,659.24 | 07/13/17 | $ 46,659.24 | $ - | - | |
| $ 99,980.68 | 07/17/17 | $ 99,980.68 | $ - | - | |
| $ 44,551.86 | 07/28/17 | $ 44,551.86 | $ - | - | |
| $ 79,984.55 | 08/02/17 | $ 79,984.55 | $ - | - | |

Deposited into Comerica Acct