**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ) | |
| PROMISE HEALTHCARE GROUP, LLC *et al.*, ) | Case No. 18-12491 (CTG) |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| SUCCESS HEALTHCARE 1, LLC and ) | |
| PROMISE HEALTHCARE, INC., ) | Adv. No. 20-50769 (CTG) |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| SURGICAL PROGRAM DEVELOPMENT, LLC, ) | |
| ) | |
| Defendant. ) | |

**APPELLANT'S DESIGNATION OF RECORD ON APPEAL**
**AND STATEMENT OF ISSUES TO BE PRESENTED**

Appellant Surgical Program Development, LLC ("SPD"), by and through its attorneys, pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1), hereby (a) designates the record on its appeal from the Bankruptcy Court's Final Judgment, entered in this adversary proceeding on August 15, 2025; and (b) sets forth its statement of issues to be presented on appeal, as follows:[1]

**Designation of Record on Appeal**

1.    Plaintiffs' Complaint and Incorporated Objection to Proofs of Claim Filed by Surgical Program Development, LLC [Docket No. 1; filed July 27, 2020];

---

[1] All docket references are to the docket in the adversary proceeding.

2. Stipulation Regarding Dismissal of Certain Causes of Action [Docket No. 72; filed February 8, 2024];

3. Joint Exhibit List [Docket No. 82-1, filed June 3, 2025];

4. Pre-Trial Brief of Surgical Program Development, LLC [Docket No. 83; filed June 3, 2025];

5. Plaintiff's Trial Brief Regarding Damages [Docket No. 84; filed June 3, 2025];

6. Joint Pretrial Order [Docket No. 85; filed June 4, 2025];

7. Letter by Thomas G. Macauley to Judge Goldblatt [Docket No. 90; filed June 27, 2025];

8. Letter by Mark C. Taylor to Judge Goldblatt [Docket No. 91; filed July 2, 2025];

9. Transcript Regarding Hearing Held 07/22/25 [Docket No. 98; filed July 31, 2025];

10. Final Judgment [Docket No. 101; filed August 15, 2025];

11. Transcript Regarding Hearing Held 06/10/25 Re: Trial [Docket No. 103; filed August 22, 2025];

12. Notice of Appeal [Docket No. 104; filed August 28, 2025];

13. Joint Trial Exhibits [Docket No. 108; filed September 10, 2025];

14. Designated Deposition Testimony [Docket No. 109; filed September 10, 2025].

**Statement of Issues To Be Presented**

1. Whether the Bankruptcy Court erred by imposing on SPD, in connection with its breach of contract claim, the burden of proving that it could have successfully relocated its business if it had been given the notice to which it was contractually entitled.

2. Whether the Bankruptcy Court erred in concluding that SPD, in connection with its tortious interference claim, did not meet its burden to prove that the value of its business is recoverable as a measure of tort damages.

Dated: September 11, 2025

        MACAULEY LLC

        */s/ Thomas G. Macauley*
        Thomas G. Macauley (No. 3411)
        P.O. Box 2792
        Wilmington, DE 19805
        (302) 562-6141

        Attorneys for Appellant